# In The United States Court of Federal Claims

## Cover Sheet 06-407 T

Plaintiff(s) or Petitioner(s) Alpha I, L.P., by and through Robert Sands, a Notice Partner

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Lewis S. Wiener

Firm Name: Sutherland Asbill & Brennan LLP

Post Office Box:

Street Address: 1275 Pennsylvania Avenue, NW

City-State-Zip: Washington, D.C. 20004-2415

Telephone & Facsimile Numbers: 202-383-0140 ph / 202-637-3593 f

E-mail address: lewis.wiener@sablaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005