**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Alpha I, L.P., by and through Robert Sands, a Notice Partner,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 1:06-cv-00407 (ECF)<br>Judge Marian Blank Horn |
| Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 1:06-cv-00408 (ECF)<br>Judge Marian Blank Horn |

**NOTICE OF MOTION**

Please take note that a Motion to Transfer Related Cases has been filed requesting that case numbers 1:06-cv-00410, 1:06-cv-00409 and 1:06-cv-00411, currently assigned to Judge Emily C. Hewitt, be transferred to this Court so that they may consolidated with the above-referenced and captioned matters. A true and correct copy of the Motion to Transfer, with

Exhibits, is attached hereto.

Dated: June 23, 2006

Respectfully submitted,

/s/ Lewis S. Wiener
Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA 30308-3996
Tel: (404) 853-8000
Fax: (404) 853-8806
Attorneys for Plaintiff