**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 1:06-cv-00410<br>Judge Emily C. Hewitt |

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case").

In the Partners case, Plaintiff's complaint seeks readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Partners case involve the same ultimate parties and assert similar claims. Assignment of these two cases to a single judge is appropriate. Consolidation of the two cases will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in Alpha I LP, by and through Robert Sands, a Notice Partner v. United States; Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States; and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States. This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same

claims. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

/s/ Lewis S. Wiener
Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff