# United States Court of Federal Claims

**No. 06-407T**
**Filed: June 30, 2006**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **ALPHA I,L.P. and through** | * |
| **Robert Sands, a Notice Partner,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the above-captioned case is transferred to Judge Emily C. Hewitt. Judge Hewitt has agreed to the transfer. The parties have requested that all the directly related cases be assigned to the same judge. Therefore, the Clerk of Court is directed to take the action necessary to reflect this transfer on the docket of this court.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**