***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ALPHA I, L.P., by and through<br>Robert Sands, a Notice Partner<br><br>Plaintiff,<br>v.<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>Case No. 06-407 T<br>(Judge Hewitt) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House,
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/ David R. House
David R. House
Justice Department (Tax)
Civil Trial Section, Court of Federal Claims Section
(202)616-6616
Fax: (202) 514-9440
E-Mail: David.R.House@USDOJ.GOV