# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: April 10, 2007)

---

ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

06-407 T

---

BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

06-408 T

---

R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,

Plaintiff,

v.

06-409 T

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | ) | 06-810 T |

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | 06-811 T |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Before the court is United States' Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Substitute Parties and to Dismiss Certain Causes of Action for Lack of Jurisdiction (Motion), filed on April 9, 2007. Based on the representations contained therein, the Motion is GRANTED. Defendant shall file its response on or before Tuesday, May 1, 2007. Plaintiffs shall file their reply on or before Tuesday, May 8, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge