IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: May 1, 2007)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-409 T |

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DECLARATION OF THOMAS M. HERRIN**

I, Thomas M. Herrin, am a Trial Attorney with the Office of the United States Department of Justice, Tax Division, and in my capacity as such, and as part of my duties, I share responsibility for representing the United States of America in the above-entitled case. Attached hereto are true and correct copies of the following:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Robert Sands Charitable Remainder Unitrust 2001 dated September 21, 2001, which was provided to the United States with the Plaintiffs' Initial Disclosures.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Assignment and Assumption of Partnership Interest dated September 21, 2001, which was provided to the United States with the Plaintiffs' Initial Disclosures.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Designation of Charity dated January 28, 2002, which was provided to the United States with the Plaintiffs' Initial Disclosures.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Irrevocable Designation of Charity dated February 22, 2002, which was provided to the United States with the Plaintiffs' Initial Disclosures.

5. Attached hereto as Exhibit 5 is a true and correct copy of the 2002 Form 1065, U.S. Return of Partnership Income, for R,R,M & C Group, L.P., which was provided to the United States with the Plaintiffs' Initial Disclosures.

6. Attached hereto as Exhibit 6 is a true and correct copy of the 2001 Form 1065, U.S. Return of Partnership Income, for R,R,M & C Group, L.P., which was provided to the United States with the Plaintiffs' Initial Disclosures.

I declare that the penalties of perjury that the foregoing is true and correct.

EXECUTED on May 1, 2007.

/s/ Thomas M. Herrin

THOMAS M. HERRIN
State Bar No. Texas 09533500
Attorneys, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9762/9745
(214) 880-9741/9742 (FAX)
ATTORNEY FOR THE UNITED STATES