C

# ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST

THIS ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST (hereinafter referred to as the "Assignment") is made and entered into as of the 21st day of September, 2001, by and between Robert Sands (hereinafter referred to as "Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (hereinafter collectively referred to as "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September ___, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities.

## RECITALS

A. Assignor is the owner of an Interest as a Limited Partner in R, R, M & C Group, L.P. (the "Partnership") pursuant to that certain Agreement of Limited Partnership of R, R, M & C Group, L.P. dated as of August 23, 2001 (the "Partnership Agreement") between R, R, M & C Management Corporation, as General Partner, and Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership I, as Limited Partners. All terms used herein and not otherwise defined are assigned the definitions set forth in the Partnership Agreement.

B. Assignor has agreed to assign to Assignee, and Assignee has agreed to assume from Assignor, his entire Interest as a Limited Partner in the Partnership (the "Assigned Partnership Interest") and Assignee has agreed to act as a Substitute Limited Partner of the Partnership in accordance with this Assignment and the terms of the Partnership Agreement.

## AGREEMENT

In consideration of the premises and the mutual covenants hereinafter set forth, the parties hereto agree as follows:

1. Assignor hereby assigns and delivers Assignor's right, title and interest in and to the Assigned Partnership Interest to Assignee.

2. Assignee hereby assumes and agrees, as a Substitute Limited Partner under the terms and conditions of the Partnership Agreement, to be responsible and obligated to perform any and all of the duties and obligations of Assignor.

3. Assignor represents and warrants to Assignee, and Assignee agrees that:

(a) Assignor has not heretofore pledged, assigned, hypothecated or otherwise encumbered or conveyed any interest of Assignor in and to the Assigned Partnership Interest; and

(b) No other person has any right or option to purchase or otherwise obtain Assignor's Interest in the Assigned Partnership Interest except as set forth in the Partnership Agreement.

GOVERNMENT EXHIBIT 2
PENGAD-Bayonne, N.J.

4. This Assignment will inure to the benefit of, and be binding upon, the respective parties hereto, their heirs, successors and assigns.

5. This Assignment shall be governed by and construed in accordance with the laws of the State of Missouri.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Partnership Interest to be executed on the day and year first above written.

"ASSIGNOR"

______________________________
Robert Sands, as Assignor

"ASSIGNEE"

Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee, of the ROBERT SANDS CHARITABLE REMAINDER UNITRUST 2001

By:____________________________
Robert Sands
Independent Trustee

By:____________________________
Richard Sands
Independent Trustee

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Assignor and Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public
KAREN J. MEGAFFEE
Notary Public, State of New York
No 01ME5037146
Ontario County
Commission Expires December 19, 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared RICHARD SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York

Notary Public

JUDITH A. CELENTANI
Notary Public in the State of New York
County of Ontario #4762158
Commission Expires December 31, 2002

# NOTICE OF ASSIGNMENT OF PARTNERSHIP INTEREST

TO: R, R, M & C Group, L.P.
c/o R, R, M & C Management Corporation, General Partner
500 North Broadway, Suite 2000
St. Louis, MO 63102-2147

Pursuant to the Assignment and Assumption of Partnership Interest by and between Robert Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, dated as of the same date hereof, Assignor has assigned to Assignee his entire Interest as a Limited Partner (hereinafter referred to as the "Assigned Partnership Interest") and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed and all substitutes therefor (the "Partnership Agreement"). From the date hereof you are to pay directly to Assignee all amounts of income, earnings, fees, distributions, profits and capital accounts and other benefits to which Assignor was entitled with respect to the Assigned Partnership Interest under the Partnership Agreement. Assignor hereby releases you from any and all liability to Assignor, and Assignor's successors, heirs and assigns, as a result of your complying with this Notice.

Assignee has assumed any and all of the obligations of Assignor with respect to the Assigned Partnership Interest under the Partnership Agreement and Assignee will be responsible for all of Assignor's duties with respect to the Assigned Partnership Interest under the Partnership Agreement.

Dated this 21st day of September, 2001.

"ASSIGNOR"

[signature]

Robert Sands, as Assignor

SANDS8965

# CONSENT TO ASSIGNMENT OF PARTNERSHIP INTEREST

# AND

# SUBSTITUTION OF LIMITED PARTNER

The undersigned, being all of the General Partners of R, R, M & C Group, L.P. (the "Partnership") hereby consent and agree to (i) the assignment pursuant to the Assignment and Assumption of Partnership Interest dated September 21, 2001, by and between Robert Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, of Robert Sand's entire Interest as a Limited Partner and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed, and all substitutes therefor, and (ii) to the substitution of Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee of the Robert Sands Charitable Remainder Unitrust 2001 dated September 21, 2001, as a Limited Partner of the Partnership.

Dated as of the 21st day of September, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________________
Robert Sands
President

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 17th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and he acknowledged to me that he resides at Rochester, NY ; that he is President of R, R, M & C MANAGEMENT CORPORATION, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he executed the instrument by like order, in its corporate capacity and that such individual made such appearance before the undersigned in Fairport, New York.

Karen J Megaffee
Notary Public

KAREN J MEGAFFEE
Notary Public, State of New York
No 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002