D

# DESIGNATION OF CHARITY

ROBERT SANDS, Grantor and Recipient, hereinafter referred to as the "Recipient," of the ROBERT SANDS CHARITABLE REMAINDER UNITRUST, U/T/A dated September 21, 2001, hereinafter referred to as the "Trust," hereby exercises his power pursuant to paragraph A of Article FOURTH of the Trust, to designate a charitable organization described in Internal Revenue Code §§ 170(b)(1)(A), 2055(a) and 2522(a) as the Charity to receive the Remainder of said Trust's estate.

a. Deletion of Charity: The Recipient hereby revokes any Charity designations he has previously made pursuant to paragraph A of Article FOURTH of the Trust.

b. Addition of Charity: The Recipient hereby designates the following Charity to receive the following percentage distribution of the Remainder of the Trust, to wit:

i. One hundred percent (100%) to The Sands Supporting Foundation, U/T/A dated January 28, 2002, of which Richard Sands and Robert Sands are Grantors.

In all other respects, the other provisions of the Trust are confirmed and are not changed or affected except as hereinbefore set forth.

GOVERNMENT EXHIBIT 3
PENGAD-Bayonne, N. J.

DATED this 28th day of January, 2002.

Robert Sands

"Recipient"

**ACCEPTANCE BY INDEPENDENT TRUSTEES**

Pursuant to the terms of paragraph A of Article FOURTH of the Robert Sands Charitable Remainder Unitrust, U/T/A dated September 21, 2001, we, Richard Sands and Robert Sands, Independent Trustees of said Trust, hereby acknowledge receipt of this Designation of Charity.

DATED this 28th day of January, 2002.

Richard Sands

Robert Sands

"Independent Trustees"

SANDS8969