E

# IRREVOCABLE DESIGNATION OF CHARITY

ROBERT SANDS, Grantor and Recipient, hereinafter referred to as the "Recipient," of the ROBERT SANDS CHARITABLE REMAINDER UNITRUST, U/T/A dated September 21, 2001, hereinafter referred to as the "Trust," hereby exercises his power pursuant to paragraph A of Article FOURTH of the Trust, to irrevocably designate a charitable organization described in Internal Revenue Code §§ 170(b)(1)(A), 2055(a) and 2522(a) as the Charity to receive the Remainder of said Trust's estate.

a. Deletion of Charity: The Recipient hereby revokes any Charity designations he has previously made pursuant to paragraph A of Article FOURTH of the Trust, including but not limited to that certain Designation of Charity executed January 28, 2002.

b. Addition of Charity: The Recipient hereby irrevocably designates the following Charity to receive the following percentage distribution of the Remainder of the Trust, to wit:

i. One hundred percent (100%) to The Educational and Health Support Fund, U/T/A dated February 22, 2002, of which Richard Sands and Robert Sands are Grantors.



PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 4

c. Irrevocable Designation: Pursuant to this Irrevocable Designation of Charity, the Recipient hereby forever renounces the right to change the designation of the Charity to receive the trust principal and income at the expiration of the Unitrust Term pursuant to the terms of paragraph A of Article FOURTH of the Trust.

In all other respects, the other provisions of the Trust are confirmed and are not changed or affected except as hereinbefore set forth.

DATED this 22nd day of February, 2002.

Robert Sands
"Recipient"

**ACCEPTANCE BY INDEPENDENT TRUSTEES**

Pursuant to the terms of paragraph A of Article FOURTH of the Robert Sands Charitable Remainder Unitrust, U/T/A dated September 21, 2001, we, Richard Sands and Robert Sands, Independent Trustees of said Trust, hereby acknowledge receipt of this Irrevocable Designation of Charity.

DATED this 22nd day of February, 2002.

Richard Sands

Robert Sands

"Independent Trustees"

SANDS8972