IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-filed: May 3, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |



AO 1673650.1

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-811T |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND TO DISMISS CERTAIN CAUSES OF ACTION FOR LACK OF JURISDICTION**

Plaintiffs respectfully request this Court to extend Plaintiffs' time to reply to the United States' Response to Plaintiffs' Motion to Substitute Parties and to Dismiss Certain Causes of Action for Lack of Jurisdiction ("Defendant's Response") by thirteen days from May 8, 2007 to Monday, May 21, 2007. This is Plaintiffs' first request for an enlargement of time. In support thereof Plaintiffs state as follows:

1. Plaintiffs filed a Motion to Dismiss Certain Parties and Causes of Action for Lack of Jurisdiction on March 27, 2007. Upon the Court's order to refile as a Motion to Substitute Parties, in addition to or in place of a motion to dismiss, Plaintiffs complied and refiled on March 29, 2007.

2. Defendant filed an unopposed motion to extend time to respond to Plaintiffs' Motion to Substitute Parties and to Dismiss Certain Causes of Action for Lack of Jurisdiction ("Plaintiffs' Motion") on April 9, 2007. In its order dated April 10, 2007, the Court granted Defendant's request and also required Plaintiffs to file their reply to Defendant's Response on or before May 8, 2007.

3. Defendant filed its response to Plaintiffs' Motion on May 1, 2007. Defendant's

twenty-six page response raises a number of issues to which Plaintiffs must respond. Additional time is needed to adequately address Defendant's Response.

4. The Clerk's electronic designation states that Plaintiffs' deadline for filing is May 14, 2007, a different deadline than that provided in the Court's April 10, 2007 order. An extension to May 21, 2007 would clarify the Plaintiffs' deadline to file a reply.

5. Plaintiffs' counsel has discussed this motion with Defendant's counsel. Defendant's counsel does not oppose an extension until May 21, 2007 for Plaintiffs' to reply to Defendant's Response.

For the reasons set forth above, Plaintiffs respectfully request that the time to reply to Defendant's Response be extended from May 8 to May 21, 2007.

Respectfully submitted,

/s Lewis S. Wiener
LEWIS S. WIENER
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorneys for Plaintiffs

May 3, 2007