IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: June 4, 2007)

ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. 06-407 T

THE UNITED STATES,

Defendant.

---

BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. 06-408 T

THE UNITED STATES,

Defendant.

---

R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,

Plaintiff,

v. 06-409 T

THE UNITED STATES,

Defendant.

---

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DECLARATION OF THOMAS M. HERRIN**

I, Thomas M. Herrin, am a Trial Attorney with the Office of the United States Department of Justice, Tax Division, and in my capacity as such, and as part of my duties, I share responsibility for representing the United States of America in the above-entitled case. Attached hereto, as Appendix A, are true and correct copies of the following:

1. Selected excerpts from the Constellation Brands, Inc. Annual Report, Form 10-K, pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, dated May 29, 2001.

2. 1999 WLNR 3029840, Marvin Sands, Winery Chairman, Dies at 75, The New York Times, August 31, 1999.

3. Letter dated June 4, 1992 from Richard Sands to Mr. Freddy Robinson.

4. Partnership Agreement of CWC Partnership-I dated January 17, 1995.

5. Assignment of Interest in M, L, R & R dated January 17, 1995.

6. Assignment of Interest in M, L, R & R dated April 6, 1999.

7. Selected excerpts from the Constellation Brands, Inc. Pre-Effective Amendment No. 1 to Form S-3, Registration Statement under The Securities Act of 1933, filed September 4, 2001.

8. Letter dated March 29, 2001 from Chet R. Decker to Richard Sands.

9. Agreement between The Heritage Organization, L.L.C. and Richard Sands, Ph.D., Jennifer Sands, et al., dated August 9, 2001.

10. Agreement of Limited Partnership of Alpha I, L.P. dated as of December 3, 2001.

11. Limited Liability Company Operating Agreement of Beta Partners L.L.C. dated December 10, 2001.

12. UBS PaineWebber Investment Account Statements in the names of the Zachary Stern Trust, Abigail Stern Trust, Marilyn Sands, Richard Sands, Robert Sands, Andrew Stern and the Marvin Sands Master Trust for the December 2001 period.

13. A Group of Strategies for The Sands Family and Entity (Graphics) dated August 16, 2001.

14. Beta Partners, L.L.C. Members Equity, December 31, 2001 spreadsheet and E-mail dated December 18, 2002 from Freddy Robinson to Judy Celentani with a cc: to Richard Sands.

15. Merrill Lynch Fiscal Statement for Alpha I, L.P. as of December 31, 2001.

16. UBS PaineWebber Investment Account Statement in the name of Beta Partners, L.L.C. for the December 2001 period.

17. Alpha I, L.P. Stock Distribution, December 31, 2001 spreadsheet.

18. Form 1065, U.S. Return of Partnership Income, for Alpha I, L.P. for the 2001 tax year.

19. Form 1065, U.S. Return of Partnership Income, for Alpha I, L.P. for the 2002 tax year.

20. Form 1065, U.S. Return of Partnership Income, for Beta Partners, L.L.C. for the 2001 tax year.

21. Schedule D, Form 1065, U.S. Return of Partnership Income, for M, L, R & R for the 2001 tax year.

22. Schedule D, Form 1065, U.S. Return of Partnership Income, for M, L, R & R for the 2002 tax year.

23. Schedule D, Form 1065, U.S. Return of Partnership Income, for Mickey Management, LP for the 2002 tax year.

24. Chart, Stage 1, Formation of Shelter Partnerships, prepared by Government Counsel.

25. Chart, Stage 2, Distribution of Yahoo and Corning Stock, prepared by Government Counsel.

Also attached, as Appendix B, are true and correct copies of the following:

1. Notice 2000-44, 2000-36 I.R.B. 255, 2000 WL 1138430 (September 5, 2000).

2. H.R. Rep. No. 98-861, at 856-857 (1984), 1984-3 (Vol. 2) C.B. 110, 111.

I declare that the penalties of perjury that the foregoing is true and correct.

EXECUTED on June 4, 2007.

/s/ Thomas M. Herrin

THOMAS M. HERRIN
State Bar No. Texas 09533500
Attorneys, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9762/9745
(214) 880-9741/9742 (FAX)
ATTORNEY FOR THE UNITED STATES