0000016918-01-500005.txt

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
ANSfpxc7tdYAd3LFEEfaBsa7hBhaPjzu+3U+vfT7TfVUmAo/LrOIe//d95XpIeGE
7Y/4zsHUFBXCx9m8YYZfWw==

<SEC-DOCUMENT>0000016918-01-500005.txt : 20010530
<SEC-HEADER>0000016918-01-500005.hdr.sgml : 20010530
ACCESSION NUMBER: 0000016918-01-500005
CONFORMED SUBMISSION TYPE: 10-K
PUBLIC DOCUMENT COUNT: 12
CONFORMED PERIOD OF REPORT: 20010228
FILED AS OF DATE: 20010529

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: CONSTELLATION BRANDS INC
CENTRAL INDEX KEY: 0000016918
STANDARD INDUSTRIAL CLASSIFICATION: BEVERAGES [2080]
IRS NUMBER: 160716709
STATE OF INCORPORATION: DE
FISCAL YEAR END: 0228

FILING VALUES:
FORM TYPE: 10-K
SEC ACT:
SEC FILE NUMBER: 001-08495
FILM NUMBER: 1649830

BUSINESS ADDRESS:
STREET 1: 300 WILLOWBROOK OFFICE PARK
CITY: FAIRPORT
STATE: NY
ZIP: 14450
BUSINESS PHONE: 7162182169

MAIL ADDRESS:
STREET 1: 300 WILLOWBROOK OFFICE PARK
CITY: FAIRPORT
STATE: NY
ZIP: 14450

FORMER COMPANY:
FORMER CONFORMED NAME: CANANDAIGUA BRANDS INC
DATE OF NAME CHANGE: 19970902

FORMER COMPANY:
FORMER CONFORMED NAME: CANANDAIGUA WINE CO INC
DATE OF NAME CHANGE: 19920703

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: BATAVIA WINE CELLARS INC
CENTRAL INDEX KEY: 0000914160
STANDARD INDUSTRIAL CLASSIFICATION: UNKNOWN SIC - 0000 [0000]
IRS NUMBER: 161222994
STATE OF INCORPORATION: NY



PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
1

The number of shares outstanding with respect to each of the classes of common stock of Constellation Brands, Inc., as of May 15, 2001, is set forth below (all of the Registrants, other than Constellation Brands, Inc., are direct or indirect wholly-owned subsidiaries of Constellation Brands, Inc.):

| Class | Number of Shares Outstanding |
|---|---|
| Class A Common Stock, par value $.01 per share | 35,831,754 |
| Class B Common Stock, par value $.01 per share | 6,137,670 |

DOCUMENTS INCORPORATED BY REFERENCE

The proxy statement of Constellation Brands, Inc. to be issued for the annual meeting of stockholders to be held July 17, 2001 is incorporated by reference in Part III.

================================================================================

<PAGE>



PART I

ITEM 1. BUSINESS

Unless the context otherwise requires, the term "Company" refers to Constellation Brands, Inc. and its subsidiaries, and all references to "net sales" refer to gross revenue less excise taxes and returns and allowances to conform with the Company's method of classification. All references to "Fiscal 2001", "Fiscal 2000" and "Fiscal 1999" shall refer to the Company's fiscal year ended the last day of February of the indicated year.

During Fiscal 2001, the Company changed its name from Canandaigua Brands, Inc. to Constellation Brands, Inc. The new name better reflects the Company's dynamic growth, promising potential and diversified portfolio as well as provides a clear distinction between the corporate parent and its operating divisions.

Market share and industry data disclosed in this Annual Report on Form 10-K have been obtained from the following industry and government publications: The Gomberg-Fredrikson Report; Adams Liquor Handbook; Adams Wine Handbook; Adams Beer Handbook; Adams Media Handbook Advance; The U.S. Wine Market: Impact Databank Review and Forecast; The U.S. Beer Market: Impact Databank Review and Forecast; The U.S. Distilled Spirits Markets: Impact Databank Review and Forecast; NACM; AC Nielsen; the Zenith Guide; Beer Marketer's Insights; and The Drink Pocketbook 2001. The Company has not independently verified these data. Unless otherwise noted, all references to market share data are based on unit volume and unless otherwise noted, the most recent complete industry data available are for 1999.

The Company is a leader in the production and marketing of beverage alcohol brands in North America and the United Kingdom, and a leading independent drinks wholesaler in the United Kingdom. As the second largest supplier of wine, the second largest importer of beer and the fourth largest supplier of distilled spirits, the Company is the largest single-source supplier of these products in the United States. In the United Kingdom, the Company is a leading marketer of wine and the second largest producer and marketer of cider. With its broad product portfolio, the Company believes it is distinctly positioned to satisfy an array of consumer preferences across all beverage alcohol categories. Leading brands in the Company's portfolio include: Franciscan Oakville Estate, Simi,

| | | | | |
|---|---|---|---|---|
| Fiscal 2000 | | | | |
| High | $ 26.50 | $ 30.00 | $ 30.38 | $ 28.88 |
| Low | $ 23.75 | $ 22.13 | $ 28.00 | $ 24.50 |
| Fiscal 2001 | | | | |
| High | $ 27.00 | $ 27.50 | $ 28.06 | $ 33.50 |
| Low | $ 21.25 | $ 24.13 | $ 24.00 | $ 24.50 |

At May 15, 2001, the number of holders of record of Class A Stock and Class B Stock of the Company were 961 and 263, respectively.

The Company's policy is to retain all of its earnings to finance the development and expansion of its business, and the Company has not paid any cash dividends since its initial public offering in 1973. In addition, the Company's current senior credit facility, the Company's indenture for its $130 million 8 3/4% Senior Subordinated Notes due December 2003, its indenture for its $65 million 8 3/4% Series C Senior Subordinated Notes due December 2003, its indenture for its $200 million 8 1/2% Senior Subordinated Notes due March 2009, its indenture for its $200 million 8 5/8% Senior Notes due August 2006, its indenture for its $200 million 8% Senior Notes due February 2008, its indenture for its (pound)1 million 8 1/2% Series B Senior Notes due November 2009 and its (pound)154 million 8 1/2% Series C Senior Notes due November 2009 restrict the payment of cash dividends. On April 10, 2001, the Company's

<PAGE>



Board of Directors approved a two-for-one split of both the Company's Class A Stock and Class B Stock, which was distributed in the form of a stock dividend on May 14, 2001, to stockholders of record on April 30, 2001. All share and per share amounts have been retroactively restated to give effect to the common stock split.

ITEM 6. SELECTED FINANCIAL DATA
- ------- -----------------------

<TABLE>
<CAPTION>

| FOR THE YEARS ENDED FEBRUARY 28, | FOR THE YEAR ENDED FEBRUARY 28, 2001 | FOR THE YEAR ENDED FEBRUARY 29, 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|
| (in thousands, except per share data) | | | | | |
| <S> | <C> | <C> | <C> | <C> | <C> |
| Gross sales | $ 3,154,294 | $ 3,088,699 | $ 1,984,801 | $ 1,632,357 | $ 1,534,452 |
| Less-excise taxes | (757,609) | (748,230) | (487,458) | (419,569) | (399,439) |
| Net sales | 2,396,685 | 2,340,469 | 1,497,343 | 1,212,788 | 1,135,013 |
| Cost of product sold | (1,639,230) | (1,618,009) | (1,049,309) | (869,038) | (812,812) |