8/31/99 N.Y. Times A18
1999 WLNR 3029840

New York Times (NY)
Copyright (c) 1999 The New York Times. All rights reserved.

August 31, 1999

Section: A

Marvin Sands, Winery's Chairman, Dies at 75

LAWRENCE M. FISHER

Marvin Sands, chairman of Canandaigua Brands, nation's second-largest winery, dies at age 75; photo (M)

Marvin Sands, chairman of Canandaigua Brands, the nation's second-largest winery, died on Saturday after a brief illness.

Mr. Sands died of cancer at his home in Canandaigua, N.Y., according to the company. He was 75.

Mr. Sands took over a small bulk wine producer in Canandaigua, about 25 miles southeast of Rochester, that his father had acquired, eventually building it into one of America's big makers of mass-produced wine.

The Sands family was in the wine business as early as 1932, when Mordecai E. Sands, Marvin Sands's father, was a partner in a winery in Long Island City, Queens. In 1945, when Marvin Sands was just out of the Navy, the Sands family bought a Canandaigua, N.Y., sauerkraut factory-turned-winery for $60,000.

From 1945 to 1954, Canandaigua Industries, as it was called, struggled, selling fruit wines in bulk to local bottlers, who would then sell them under their own brand names. As California companies like Gallo and Italian Swiss Colony began creating national brands, Mr. Sands tried to create a brand himself.

He failed with King Solomon kosher wine and a Sands line, but in 1954 finally succeeded with a flaming-red blend of dessert wine named Richard's Wild Irish Rose, after his son Richard.

Wild Irish Rose became synonymous with Canandaigua, representing more than 90 percent of the company's sales during the early 1960's. On that base Mr. Sands

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 2

slowly expanded, acquiring 11 small wineries through 1984.

At first, these were relatively small deals -- $10 million to $20 million -- for small, well-known wine brands like Manischewitz and Italian Swiss Colony. As the sales volume swelled, distribution overhead stayed relatively steady and profit rose. The acquisition pace was stepped up in the 1990's.

In a buying spree that began in 1991, Canandaigua acquired Guild Wineries and Distillers, a California growers' cooperative whose Cook's champagne made Canandaigua the nation's No. 2 producer of sparkling wine, after Gallo.

In 1993, the acquisition of Barton Inc. carried the rights to import Corona Beer from Mexico. Vintners International, picked up four months later, brought in brands including Paul Masson and Taylor California Cellars.

In June 1994, Canandaigua acquired Almaden and Inglenook from Heublein Inc. And in 1995, it bought 30 brands of spirits from United Distillers Glenmore.

Matthew Clark P.L.C., a big British producer and distributor of everything from wine to bottled water, joined the fold in 1998. So far this year, Canandaigua has picked up eight brands of Canadian whisky, including Black Velvet and Golden Wedding, two Canadian distilleries and two California estate wineries, Simi and Franciscan Estates.

Today, Canandaigua is the country's second-largest wine producer after E.& J. Gallo; the second-largest beer importer, after Heineken, and the fourth-largest spirits producer. Worldwide, it is 3d in wine production and 10th in spirits.

Mr. Sands served as chief executive of Canandaigua, which is now based in Fairport, a suburb of Rochester, from 1945 until 1993. During his career, he was also president of the Finger Lakes Wine Growers Association and was a founder of the American Vintners Association, a national trade association.

Richard Sands took over as president of Canandaigua in 1993 and chief executive in 1996. Another son, Robert Sands, is chief executive for international operations and vice president and general counsel of Canandaigua Brands and chief executive of the Canandaigua Wine Company.

Mr. Sands was active in community affairs and in philanthropy. Among his leadership roles, he was chairman of F. F. Thompson Health Systems and affiliated organizations for more than 25 years. He was instrumental in the establishment of the Finger Lakes Performing Arts Center, which was constructed as the summer home of the Rochester Philharmonic.

Mr. Sands graduated from the University of North Carolina at Chapel Hill. He served as an ensign in the Navy during World War II.

In addition to his sons, he is survived by his wife of 52 years, Mickey Sands, of Canandaigua; a son-in-law, Dr. Andrew Stern, of Pittsford, N.Y., and several grandchildren. His daughter, Dr. **Laurie Sands**, died of cancer in 1995.

Photo: Marvin Sands at Canandaigua's headquarters. From Richard's Wild Irish Rose,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

he went on to buy brands like Paul Masson and Inglenook. (Associated Press)

---- INDEX REFERENCES ----

COMPANY: HEUBLEIN INC; CANANDAIGUA BRANDS INC

NEWS SUBJECT: (Social Issues (1SO05))

INDUSTRY: (Alcoholic Beverages (1AL86); Beverages (1BE22); Food & Beverage Production (1FO79); Agriculture, Food & Beverage (1AG53); Wine Production (1WI92))

REGION: (North Carolina (1NO26); Europe (1EU83); Central Europe (1CE50); USA (1US73); Americas (1AM92); Switzerland (1SW77); North America (1NO39); Canada (1CA33); Western Europe (1WE41); California (1CA98))

Language: EN

OTHER INDEXING: (Sands, Marvin; Fisher, Lawrence M) (AMERICAN VINTNERS ASSOCIATION; BARTON INC; CANANDAIGUA; CANANDAIGUA BRANDS; CANANDAIGUA WINE CO; COOK; FINGER LAKES PERFORMING ARTS CENTER; FINGER LAKES WINE GROWERS ASSOCIATION; HEUBLEIN INC; IRISH ROSE; KING SOLOMON; MANISCHEWITZ; NAVY; RICHARD; SWISS COLONY; THOMPSON HEALTH SYSTEMS; UNITED DISTILLERS GLENMORE; UNIVERSITY; WILD IRISH ROSE) (Andrew Stern; Black Velvet; Corona Beer; Distillers; E. J. Gallo; Golden Wedding; Guild Wineries; Inglenook; Laurie Sands; Marvin; Marvin Sands; Matthew Clark; Mordecai E. Sands; Paul Masson; Richard; Richard Sands; Robert Sands; Sands; Simi and Franciscan Estates; Vintners International; Worldwide) (Deaths (Obituaries); Biographical Information; Wines; Alcoholic Beverages) (Obituary (Obit); Biography)

COMPANY TERMS: CANANDAIGUA BRANDS INC

EDITION: Late Edition - Final

Word Count: 889
8/31/99 NYT A18
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.