ALPHA-005910.txt

Canandaigua Wine Company

June 4, 1992

Mr. Freddy Robinson
Mr. Bernie Robinson
Bernard Robinson 6 Co.
P.O. Box 19608
Greensboro, NC 271-19

RE: MLRR Formation and Transfers
Dear Freddy £ Bernie:

As you know, we have formed a partnership (tenants in common) named MLRR. At this stage, Marvin Sands will have a 20% interest (capital contribution) in this partnership while Laurie, Richard and Robert will have a 26-2/3% interest each. We have set up an account at Merrill Lynch named MLRR and we'11 make ,-•" sure that copies of this account are sent to you. On Tuesday, June 2nd, \ Marvin Sands transferred $1,000,000 and Laurie, Richard and Robert each

transferred $1,333,334 to this account. On Wednesday, June 3rd, $5,000,000 was transferred from MLRR to Paloma Partners. This represents our purchase of a partnership interest in Paloma Partners. We will be receiving monthly and quarterly reports from Paloma along with K-l's, etc. We will keep you advised as to the progress of this investment.

If there are any questions, please let me know.

Sincerely,

CANANDAIGUA WINE COMPANY, INC.

/CA^^

Richard Sands
RS:jc

SANDS5920

Canandaigua Wine Company, Inc., 116 Buffalo Street, Canandaigua, New York 14424-1086
Telephone (716) 394-7900 / Ttelex 856762 (CDGWINE) / Corp. Eax (716) 394-6017 / Plant Fax (716) 394-2027

ALPHA-005910



GOVERNMENT EXHIBIT 3

PENGAD-Bayonne, N. J.