# ASSIGNMENT OF INTEREST
## IN
## M, L, R & R

I, Laurie Sands, hereby transfer, as of the date hereof, all of my interest in M, L, R & R as general partner to the CWC Partnership-I ("CWCP-I").

**IN WITNESS WHEREOF,** the undersigned have executed and delivered this Assignment of Interest this 17th day of January, 1995.

Marvin Sands

Laurie Sands

Richard Sands

Robert Sands

GOVERNMENT EXHIBIT 5

PENGAD-Bayonne, N. J.

SANDS5925