# ASSIGNMENT OF INTEREST
# IN
# M, L, R & R

I, Marvin Sands, hereby transfer, as of the date hereof, all of my interest in M, L, R & R as general partner to The Marvin Sands Master Trust.

**IN WITNESS WHEREOF**, the undersigned have executed and delivered this Assignment of Interest this 6th day of April, 1999.

Marvin Sands

P:\KMEGAFFE\AMIPRO\DOCS\ASSIGN SAM\kjm

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
6

SANDS5922