ds3a.txt

<DOCUMENT>
<TYPE>S-3/A
<SEQUENCE>1
<FILENAME>ds3a.txt
<DESCRIPTION>FORM S-3/A
<TEXT>
<PAGE>

As filed with the Securities and Exchange Commission on September 4, 2001
Registration No. 333-63480

---

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

PRE-EFFECTIVE AMENDMENT NO. 1
to
FORM S-3
REGISTRATION STATEMENT
Under
THE SECURITIES ACT OF 1933

<TABLE>
<S> <C> <C>

| | | |
|---|---|---|
| Delaware | Constellation Brands, Inc. | 16-0716709 |
| | and its subsidiary guarantors: | |
| New York | Batavia Wine Cellars, Inc. | 16-1222994 |
| New York | Canandaigua Wine Company, Inc. | 16-1462887 |
| New York | Canandaigua Europe Limited | 16-1195581 |
| New York | Roberts Trading Corp. | 16-0865491 |
| New York | Polyphenolics, Inc. | 16-1546354 |
| England and Wales | Canandaigua Limited | 98-0198402 |
| The Netherlands | Canandaigua B.V. | 98-0205132 |
| Delaware | Franciscan Vineyards, Inc. | 94-2602962 |
| California | Allberry, Inc. | 68-0324763 |
| California | Cloud Peak Corporation | 68-0324762 |
| California | M.J. Lewis Corp. | 94-3065450 |
| California | Mt. Veeder Corporation | 94-2862667 |
| Delaware | Barton Incorporated | 36-3500366 |
| Delaware | Barton Brands, Ltd. | 36-3185921 |
| Maryland | Barton Beers, Ltd. | 36-2855879 |
| Connecticut | Barton Brands of California, Inc. | 06-1048198 |
| Georgia | Barton Brands of Georgia, Inc. | |



GOVERNMENT EXHIBIT 1
PENGAD-Bayonne, N. J.

58-1215938
New York Barton Distillers Import Corp.
13-1794441
Delaware Barton Financial Corporation
51-0311795
Illinois Barton Canada, Ltd.
36-4283446
Wisconsin Stevens Point Beverage Co.
39-0638900
Illinois Monarch Import Company
36-3539106
California Ravenswood Winery, Inc.
94-3026706
(State or (Exact name of registrant as specified in its charter) (I.R.S. Employer
other jurisdiction of Identification No.)
incorporation or
organization)
</TABLE>

300 WillowBrook Office Park
Fairport, New York 14450
716-218-2169
(Address, including zip code, and telephone number, including area code, of registrants' principal executive offices)

Thomas J. Mullin, Esq.
Executive Vice President and General Counsel
Constellation Brands, Inc.
300 WillowBrook Office Park
Fairport, New York 14450
716-218-2169
(Name, address, including zip code, and telephone number, including area code, of agent for service)

---

Copy to:
Bernard S. Kramer, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606-5096

---

Approximate date of commencement of proposed sale of securities to the public: As soon as practicable after the effective date of this registration statement with respect to the offering described in the prospectus supplement included herein. Otherwise, from time to time after the effective date of this registration statement.

---

---

<PAGE>

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. [_]

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box. [X]

juice concentrate, grains, alcohol and packaging materials from third-party suppliers. We could experience raw material supply, production or shipment difficulties which could adversely affect our ability to supply goods to our customers. We are also directly affected by increases in the costs of such raw materials. In the past, we have experienced dramatic increases in the cost of grapes. Although we believe we have adequate sources of grape supplies, in the event demand for certain wine products exceeds expectations, we could experience shortages. One of our largest components of cost of goods sold is that of glass bottles, which have only a small number of producers. The inability of any of our glass bottle suppliers to satisfy our requirements could adversely affect our business.

Competition could have a material adverse effect on our business.

We are in a highly competitive industry and the dollar amount, and unit volume, of our sales could be negatively affected by our inability to maintain or increase prices, changes in geographic or product mix, a general decline in beverage alcohol consumption or the decision of our wholesale customers, retailers or consumers to purchase competitors' products instead of our products. Wholesaler, retailer and consumer purchasing decisions are influenced by, among other things, the perceived absolute or relative overall value of our products, including their quality and pricing, compared to competitive products. Unit volume and dollar sales could also be affected by pricing, purchasing, financing, operational, advertising or promotional decisions made by wholesalers and retailers which could affect their supply of, or consumer demand for, our products. We could also experience higher than expected selling, general and administrative expenses if we find it necessary to increase the number of our personnel or our advertising or promotional expenditures to maintain our competitive position or for other reasons.

We are controlled by the Sands family.

Our outstanding capital stock consists of class A common stock and class B common stock. Holders of class A common stock are entitled to one vote per share and are entitled, as a class, to elect one fourth of the members of our board of directors. Holders of class B common stock are entitled to 10 votes per share and are entitled, as a class, to elect the remaining directors. Assuming the sale of all 2,150,000 shares offered by this prospectus supplement, as of July 31, 2001, the Sands family beneficially owned approximately 6% of the outstanding shares of class A common stock (exclusive of shares of class A common stock issuable pursuant to the conversion feature of the class B common stock owned by the Sands family) and approximately 93% of the outstanding shares of class B common stock. On the same basis, on all matters other than the election of directors, the Sands family had the ability to vote approximately 60% of the votes entitled to be cast by holders of our outstanding capital stock, voting as a single class. Consequently, we are essentially controlled by the Sands family and they would generally have sufficient voting power to determine the outcome of any corporate transaction or other matter submitted to our stockholders for approval.

If our stockholders, including members of the Sands family, sell substantial amounts of our common stock, the market price of our class A common stock may fall.

Sales of a substantial number of shares of our common stock in the public market by our stockholders, including members of the Sands family, or the perception that such sales may occur, could adversely affect the price of our class A common stock. Upon the completion of this offering:

. we will have outstanding an aggregate of 36,470,672 shares of class A common stock, of which 34,945,134 shares will be freely tradeable without restriction or further registration under the Securities Act; and

S-10

<PAGE>

. a total of 1,525,538 shares of our class A common stock will be held by our "affiliates" and other holders of restricted securities within the meaning of Rule 144 under the Securities Act and may only be sold in compliance with Rule 144.

The selling stockholders and members of the Sands family and related entities have agreed that, for a period of 180 days, and our executive officers and directors have agreed that, for a period of 90 days, from the date of this prospectus supplement, they will not, without the prior written consent of Salomon Smith Barney, dispose of or hedge any shares of our common stock or any securities convertible into or exchangeable for our common stock. The aggregate maximum number of such shares of class A common stock and class B common stock that are subject to these lock-up agreements are 3,394,221 (not taking into account shares of class A common stock that would be received upon exchange of shares of class B common stock) and 5,676,808, respectively.

We may file, from time to time, registration statements on Form S-8 with respect to shares of our class A common stock that are subject to issuance under our stock option and other stock incentive plans. Following the filing of these registration statements, all of these shares will become freely tradeable upon their issuance, subject to compliance with Rule 144 in the case of shares acquired by our affiliates.

S-11

<PAGE>

USE OF PROCEEDS

All of the proceeds from the sale of the shares of class A common stock in this offering will be received by the selling stockholders. If we sell any shares of class A common stock to cover the underwriter's over-allotment option, we will receive the proceeds from such sale, which we will use to repay a portion of the debt outstanding under our senior credit facility. If the underwriter's over-allotment is exercised in full, the net proceeds that we would receive (based on an assumed public offering price of $42.35 per share) are estimated to be approximately $13.2 million after deducting the underwriter's discount.

Our senior credit facility had a weighted average interest rate of 5.86% per annum as of August 31, 2001, and will mature on December 1, 2004.

PRICE RANGE OF CLASS A COMMON STOCK AND DIVIDEND POLICY

Prior to October 12, 1999, our class A common stock traded on the Nasdaq Stock Market under the symbol "CBRNA." On October 12, 1999, our class A common stock began trading on the New York Stock Exchange under the symbol "CDB." When the Company changed its name to Constellation Brands, Inc. on September 19, 2000, our class A common stock began trading under the symbol "STZ."

The following table sets forth for the periods indicated the high and low sales prices of the class A common stock. With respect to all periods for the year ended February 28, 1999, and the first two quarters of the year ended February 29, 2000, the high and low sales prices of the class A common stock reflect trades on the Nasdaq Stock Market. For the third quarter of the year ended February 29, 2000, the high and low sales prices of the class A common stock reflect trades on the Nasdaq Stock Market and the New York Stock Exchange, respectively. For the fourth quarter of the year ended February 29, 2000, for all periods for the year ended February 28, 2001, and for the first two quarters of the year ended February 28, 2002, the high and low sales prices

capitalize on the fast growing Australian wine segment.

Experienced and Incentivized Management Team

We have one of the most experienced management teams in the beverage alcohol industry. Our chief executive officer, group president and division presidents have an average of 10 years with Constellation or its affiliates and an average of 19 years in the beverage alcohol industry. Richard Sands, our Chairman, President and Chief Executive Officer, and Robert Sands, our Group President, are members of the Sands family, which, prior to this offering, beneficially owns common stock representing 62% of our voting power and controls 22% of our outstanding equity.

Business Strategy

Our objective is to be the premier marketer of a broad range of branded beverage alcohol products. We intend to continue to build our growth-oriented and profitable brands through the following key initiatives: effectively managing our brand portfolio, capitalizing on growth opportunities, introducing product line extensions and considering selective acquisition opportunities.

Effectively Manage Brand Portfolio

We maximize the profitability of our brand portfolio by focusing on the faster growing segments of the beverage alcohol market. We manage our brand portfolio with sales and marketing teams focused by major product category, and where appropriate, we leverage our sales and marketing expertise across product categories to take advantage of high-growth opportunities, particularly in national accounts. Our distilled spirits portfolio experienced a 3% growth rate versus a 2% growth rate for the overall distilled spirits industry between 1997 and 2000. We also concentrate our efforts in geographic markets with attractive demographics.

Capitalize on Growth Opportunities

We are focusing on a number of product categories that have demonstrated growth potential in an existing market, or are under-served by products currently available in the market. For example, we intend to further capitalize on the growth of the U.S. imported beer market. Our portfolio of imported beers, led by Corona Extra, grew at a compounded annual rate of 19% compared to 13% for the overall U.S. imported beer industry from 1997 through 2000. We continue to build distribution of Arbor Mist, a line of wine with fruit that we



<PAGE>

introduced in June 1998. We shipped over two million cases of Arbor Mist in Fiscal 1999 and over four million cases in Fiscal 2001. We continue to stimulate growth by introducing new flavors as well as additional package size options. We have established our wholesale business in the United Kingdom as a leading independent beverage supplier to the on-premises trade. The Franciscan Estates and Simi product lines are well established in the fine wine category. Our portfolio of fine wines had a compounded annual growth rate of 20% compared to 15% for the category from 1997 through 2000. We introduced Thor's Hammer, an imported premium vodka from Sweden, to capitalize on the growth of imported premium vodkas in the United States. We are taking advantage of cross-border opportunities between the United States and the United Kingdom. After its successful launch in the United States, Arbor Mist was test marketed and rolled out nationally in the United Kingdom. It is now being produced and bottled at one of our Matthew Clark facilities. Likewise, after successful test marketing, we are producing and marketing K cider in the United States. K is a well-recognized premium cider brand in the United Kingdom.

Matthew Clark

Matthew Clark maintains its headquarters in owned offices in Bristol, England. It currently owns and operates two facilities in England that are located in Bristol and Shepton Mallet and one facility in Scotland, located in Forfar. Matthew Clark considers all three facilities to be its principal facilities. The Bristol facility produces, bottles and packages wine; the Shepton Mallet facility produces, bottles and packages cider; and the Forfar facility produces, bottles and packages water products. Matthew Clark also owns another facility in England, located in Taunton, the operations of which have now been consolidated into its Shepton Mallet facility. Matthew Clark plans to sell the Taunton property.

Matthew Clark operates a National Distribution Centre, located at Severnside, England to distribute its products that are produced at the Bristol and Shepton Mallet facilities. This distribution facility is leased by Matthew Clark. To support its wholesaling business, Matthew Clark operates 11 distribution centers located throughout the United Kingdom, all of which are leased. These 11 distribution centers are used to distribute products produced by third parties, as well as by Matthew Clark. Matthew Clark has been and will continue consolidating the operations of its wholesaling distribution centers.

Franciscan

Franciscan maintains its headquarters in offices owned in Rutherford, California. Through this segment we own and operate six wineries in the United States, one of which is on land that is leased, and, through a majority owned subsidiary, operate one winery in Chile. All six wineries in the United States are located in the State of California, in Rutherford, Healdsburg, Monterey, Mt. Veeder, and two in Sonoma. The winery in Chile is located in the Casablanca Valley. Franciscan considers its principal wineries to be one of its wineries in Sonoma, California and its wineries located in Rutherford, California; Healdsburg, California; Monterey, California; and the Casablanca Valley, Chile. The winery in Monterey, California crushes, vinifies and cellars wine. The other principal wineries crush grapes, vinify, cellar and bottle wine.

Franciscan also owns and leases approximately 2,800 plantable acres of vineyards in California and approximately 1,000 plantable acres of vineyards in Chile.

Legal Proceedings

The Company and its subsidiaries are subject to litigation from time to time in the ordinary course of business. Although the amount of any liability with respect to such litigation cannot be determined, in the opinion of management such liability will not have a material adverse effect on our financial condition, results of operations or cash flows.



<PAGE>

MANAGEMENT

The following table sets forth information with respect to the current executive officers and directors of the Company:

<TABLE>
<CAPTION>

| Name | Age | Position |
|---|---|---|
| <S> | <C> | <C> |
| Richard Sands.......... | 50 | Chairman of the Board, President and Chief Executive |

| | | |
|---|---|---|
| | | Officer and Director |
| Robert Sands............ | 43 | Group President and Director |
| Peter Aikens............ | 63 | President and Chief Executive Officer of Matthew Clark plc |
| Alexander L. Berk....... | 51 | President and Chief Executive Officer of Barton Incorporated |
| Agustin Francisco Huneeus................ | 35 | President of Franciscan Vineyards, Inc. |
| Jon Moramarco........... | 44 | President and Chief Executive Officer of Canandaigua Wine Company, Inc. |
| Thomas J. Mullin........ | 50 | Executive Vice President and General Counsel |
| George H. Murray........ | 54 | Executive Vice President and Chief Human Resources Officer |
| Thomas S. Summer........ | 47 | Executive Vice President and Chief Financial Officer |
| George Bresler.......... | 77 | Director |
| Jeananne K. Hauswald.... | 57 | Director |
| James A. Locke, III..... | 59 | Director |
| Thomas C. McDermott..... | 65 | Director |
| Paul L. Smith........... | 65 | Director |

</TABLE>

Richard Sands, Ph.D., has been employed by the Company in various capacities since 1979. He was elected Executive Vice President and a director in 1982, became President and Chief Operating Officer in May 1986 and was elected Chief Executive Officer in October 1993. In September 1999, Mr. Sands was elected Chairman of the Board. He is the brother of Robert Sands.

Robert Sands was appointed Group President in April 2000 and has served as a director since January 1990. Mr. Sands also had served as Vice President from June 1990 through October 1993, as Executive Vice President from October 1993 through April 2000, and as General Counsel from June 1986 through May 2000. He is the brother of Richard Sands.

Peter Aikens serves as President and Chief Executive Officer of Matthew Clark plc, a wholly owned subsidiary of the Company. In this capacity, Mr. Aikens is in charge of the Company's Matthew Clark segment, and has been since the Company acquired control of Matthew Clark in December 1998. He has been the Chief Executive Officer of Matthew Clark plc since May 1990 and has been in the brewing and drinks industry for most of his career.

Alexander L. Berk serves as President and Chief Executive Officer of Barton Incorporated, a wholly owned subsidiary of the Company. In this capacity, Mr. Berk is in charge of the Company's Barton segment. From 1990 until February 1998, Mr. Berk was President and Chief Operating Officer of Barton and from 1988 to 1990, he was the President and Chief Executive Officer of Schenley Industries. Mr. Berk has been in the beverage alcohol industry for most of his career, serving in various positions.

Agustin Francisco Huneeus serves as President of Franciscan Vineyards, Inc., a wholly owned subsidiary of the Company. In this capacity, Mr. Huneeus is in charge of the Company's Franciscan segment. Since December 1995 and prior to becoming President on May 15, 2000, he served in various positions with Franciscan, the last of which was Senior Vice President, Sales and Marketing. From June 1994 to December 1995, he was an associate in the branded consumer venture group of Hambrecht & Quist.

Jon Moramarco joined Canandaigua Wine Company, Inc., a wholly owned subsidiary of the Company, in November 1999 as its President and Chief Executive Officer. In this capacity, Mr. Moramarco is in charge of the Company's Canandaigua Wine segment. Prior to joining Canandaigua Wine Company, Inc., he served as President and Chief Executive Officer of Allied Domecq Wines, USA since 1992. Mr. Moramarco has more than 15 years of diverse experience in the wine industry, including prior service as Chairman of the

American Vintners Association, a national wine trade organization.

S-42

<PAGE>

Thomas J. Mullin joined the Company as Executive Vice President and General Counsel on May 30, 2000. Prior to joining the Company, Mr. Mullin served as President and Chief Executive Officer of TD Waterhouse Bank, NA since February 2000, of CT USA, F.S.B. since September 1998, and of CT USA, Inc. since March 1997. He also served as Executive Vice President, Business Development and Corporate Strategy of C.T. Financial Services, Inc. from March 1997 through February 2000. From 1985 through 1997, Mr. Mullin served as Vice Chairman and Senior Executive Vice President of First Federal Savings and Loan Association of Rochester, New York and from 1982 through 1985, he was a partner in the law firm of Phillips, Lytle, Hitchcock, Blaine & Huber LLP.

George H. Murray joined the Company in April 1997 as Senior Vice President and Chief Human Resources Officer and in April 2000 was elected Executive Vice President. From August 1994 to April 1997, Mr. Murray served as Vice President-Human Resources and Corporate Communications of ACC Corp., an international long distance reseller. For eight and a half years prior to that, he served in various senior management positions with First Federal Savings and Loan Association of Rochester, New York, including the position of Senior Vice President of Human Resources and Marketing from 1991 to 1994.

Thomas S. Summer joined the Company in April 1997 as Senior Vice President and Chief Financial Officer and in April 2000 was elected Executive Vice President. From November 1991 to April 1997, Mr. Summer served as Vice President, Treasurer of Cardinal Health, Inc., a large national health care services company, where he was responsible for directing financing strategies and treasury matters. Prior to that, from November 1987 to November 1991, Mr. Summer held several positions in corporate finance and international treasury with PepsiCo, Inc.

George Bresler, a director of the Company since 1992, has been engaged in the practice of law since 1957. From August 1987 through July 1992, Mr. Bresler was a partner of the law firm of Bresler and Bab, New York, New York. Since 1992, Mr. Bresler has been a partner of the law firm of Kurzman Eisenberg Corbin Lever & Goodman, LLP, and its predecessor firms, in New York, New York. Mr. Bresler provides legal services to the Company.

Jeananne K. Hauswald, a director of the Company since 2000, has been a managing partner of Solo Management Group, LLC, a corporate financial and investment management consulting company, since September 1998. From 1987 to 1998, Ms. Hauswald was employed by The Seagram Company Ltd., a beverage and entertainment/communications company, where she served in various positions, including Vice President Human Resources from 1990 to 1993 and Vice President and Treasurer from 1993 to 1998. Ms. Hauswald currently serves on the board of directors of Thomas & Betts Corporation.

James A. Locke, III, a director of the Company since 1983, has been a partner of the law firm of Nixon Peabody LLP, and its predecessor firm, in Rochester, New York, the Company's principal outside counsel, since January 1, 1996. For twenty years prior to joining Nixon Peabody, Mr. Locke was a partner in another law firm in Rochester, New York.

Thomas C. McDermott, a director of the Company since 1997, has been a proprietor of Forbes Products, LLC, a custom vinyl business products company, since January 1998. From 1994 to 1997, Mr. McDermott was President and Chief Executive Officer of Goulds Pumps, Incorporated, a centrifugal pumps company for industrial, domestic and agricultural markets, where he also was Chairman from 1995 to 1997. From 1986 to 1993, he was President and Chief Operating Officer of Bausch & Lomb Incorporated, a contact lens, lens-care and eyewear

CWCP-I into class A common stock before this offering, CWCP-I would beneficially own 2,290,862 shares of class A common stock, representing 6.0% of the outstanding class A common stock after such conversion and before this offering.

(19) This number of shares includes 1,357,928 shares of class B common stock owned by CWCP-I, in which the Trust for the benefit of Andrew Stern, M.D., under the will of Laurie Sands (the "Marital Trust") is a partner and owns a majority in interest of the CWCP-I partnership interests, 140,908 shares of class B common stock owned by CWCP-II, in which the Marital Trust is a partner and owns a majority in interest of the CWCP-II partnership interests, and 166,842 shares of class B common stock owned by MLR&R, of which CWCP-I is a general partner. The Marital Trust disclaims beneficial ownership with respect to all of the foregoing shares except to the extent of its ownership interest in CWCP-I and CWCP-II.

Assuming the conversion of class B common stock beneficially owned by the Marital Trust into class A common stock before this offering, the Marital Trust would beneficially own 2,431,770 shares of class A common stock, representing 6.4% of the outstanding class A common stock after such conversion and before this offering.

(20) The trust was created by Marvin Sands under the terms of an Irrevocable Trust Agreement dated November 18, 1987 (the "Trust"). The Trust is for the benefit of the present and future grandchildren of Marvin and Marilyn Sands. The Co-Trustees of the Trust are Richard Sands and Robert Sands. Unanimity of the Co-Trustees is required with respect to voting and disposing of the class B common stock owned by the Trust. The shares owned by the trust are included in the number of shares beneficially owned by Richard Sands, Robert Sands and the Group described in footnote (13) above.

Assuming the conversion of class B common stock beneficially owned by the Trust into class A common stock before this offering, the Trust would beneficially own 1,012,500 shares of class A common stock, representing 2.7% of the outstanding class A common stock after such conversion and before this offering.

S-48

<PAGE>

SELLING STOCKHOLDERS

The selling stockholders are:

- R, R, M & C Partners, L.L.C., a Missouri limited liability company ("RRM&C"), and
- M, L, R & R, a New York general partnership ("MLR&R").

Substantially all of the equity interests of RRM&C are indirectly beneficially owned by Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership-I ("CWCP-I"), a New York general partnership, of which each of Richard Sands and Robert Sands is a managing partner. Each of Richard Sands and Robert Sands has transferred 501,001 shares, and each of Marilyn Sands and CWCP-I has transferred 500,000 shares, of class A common stock to R, R, M & C Group, L.P., a Missouri limited partnership and the managing member of RRM&C, which in turn has transferred all of such shares to RRM&C. The general partner of R, R, M & C Group, L.P. is R, R, M & C Management Corporation, of which Robert Sands is the president and Richard Sands is the secretary.

The general partners of MLR&R are Richard Sands, Robert Sands, CWCP-I, the

Marvin Sands Master Trust, and Andrew Stern. See footnotes to "Principal Stockholders."

As more fully described in "Description of Class A Common Stock" beginning on page 15 of the Company Prospectus, holders of class A common stock are entitled to one vote per share and are entitled, as a class, to elect one fourth of the members of our board of directors. Holders of class B common stock are entitled to 10 votes per share and are entitled, as a class, to elect the remaining directors. As of July 31, 2001, the Sands family beneficially owned approximately 11% of the outstanding shares of class A common stock (exclusive of shares of class A common stock issuable pursuant to the conversion feature of the class B common stock owned by the Sands family) and approximately 93% of the outstanding shares of class B common stock. On all matters other than the election of directors, the Sands family has the ability to vote approximately 62% of the votes entitled to be cast by holders of our outstanding capital stock, voting as a single class. Assuming the sale of all 2,150,000 shares offered by this prospectus supplement, but otherwise based on holdings of as of July 31, 2001, the Sands family will beneficially own approximately 6% of the outstanding shares of class A common stock (exclusive of shares of class A common stock issuable pursuant to the conversion feature of the class B common stock owned by the Sands family) and approximately 93% of the outstanding shares of class B common stock, and will have the ability to vote approximately 60% of the votes entitled to be cast by holders of our outstanding capital stock, voting as a single class. Consequently, we are essentially controlled by the Sands family and even assuming the sale of all the shares offered by this prospectus supplement they would generally have sufficient voting power to determine the outcome of any corporate transaction or other matter submitted to our stockholders for approval.

The following table sets forth the number of shares of class A common stock, assuming that the transfers described above occurred on July 31, 2001, owned by each of the selling stockholders prior to the offering, the number of such shares that each is offering to sell, the number of shares of class A common stock that each selling stockholder will own after the sale, and the percentage of ownership of the outstanding shares of class A common stock represented by the holdings of each selling stockholder before and after such sale:

Selling Stockholders
<TABLE>
<CAPTION>

| Name | Shares of class A common stock beneficially owned before this offering | | Shares to be offered | Shares of class A common stock beneficially owned after this offering | |
|---|---|---|---|---|---|
| | Number | Percent | | Number | Percent |
| <S> | <C> | <C> | <C> | <C> | <C> |
| R, R, M & C Partners, L.L.C......... | 2,002,002 | 5.5% | 2,002,002 | -- | -- |
| M, L, R & R......................... | 148,190 | * | 147,998 | 192 | * |

</TABLE>

--------
* Less than 1%

For information regarding the indirect beneficial ownership of the shares to be sold by the selling stockholders, see the tables and accompanying footnotes setting out beneficial ownership of our class A common stock and our class B common stock in "Principal Stockholders," above.



<PAGE>