March 29, 2001

PERSONAL & CONFIDENTIAL

Mr. Richard Sands

Constellation Brands, Inc.

300 Willow Brook Office Park

Fairport, NY 14450

Dear Mr. Sands:

I understand that responding to the numerous mailings and telephone calls you receive would not be a good use of your time. The purpose of this letter is to communicate how we are different from other firms and to provide you with definitive reasons to meet with us.

The Heritage Organization, L.L.C. works with the wealthiest families in the country. Our Principals include attorneys, CPAs, and MBAs who have over thirty years of experience working exclusively with multimillion-dollar transactions. We specialize in sophisticated tax reduction techniques for estates, capital gains, and stock options.

**Estate Taxation** ____ We can reduce wealth taxes to **15% or less** of your total estate. Furthermore, you will not have to sacrifice control of your assets just to achieve these tax savings. A Heritage plan accomplishes all of your planning objectives in the most effective manner by employing techniques not widely available to other firms.

**Capital Gains** We offer strategies that can eliminate the total tax liability on capital gains. These are not deferral techniques or the often-publicized plans offered by law and accounting firms. Our strategies are based on a solid legal foundation and can be used when selling an asset now or in the foreseeable future. As a result, you keep much more of your gain and have access to your money shortly after the transaction.

**Stock Options** ____ If you are currently holding stock options that are showing a profit, we can reduce the cost of exercising these options by **75% or more.**



CG2334

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 8

Typically, our clients have a minimum net worth of $30,000,000. They represent owners of large, private businesses as well as individuals who have considerable holdings in public companies. We know in advance that most people already have competent existing counsel and have formulated tax reduction plans. We do not replace advisors or plans; we use what is in place as a foundation to further reduce tax liabilities.

One commonly asked question is how The Heritage Organization, L.L.C. provides ideas that Big 5 accounting firms and Top 50 law firms cannot provide. Simply, we spend a great deal more time and money in research and development. Furthermore, while accounting and law firms do not share ideas among themselves, our firm acts as an information clearinghouse. When we encounter an idea that has proven results, we purchase it, include it in our portfolio of tax strategies, and make it available to our clients.

Finally, you should also know we are a results-based organization. We work on a contingency basis and thus are not compensated until you decide to implement our planning. We do this because we are confident in our ability to develop strategies that will keep your assets in your family and in your control where they belong.

Mr. Sands, I'm writing to schedule an initial, non-technical meeting with one of the Principals of our firm. The purpose of the meeting is to explore the benefits of working together. We want to understand your goals and objectives, answer your questions, and discuss the multimillion-dollar impact we believe we can make on your situation.

I hope this answers some of the questions about our firm and the purpose of my call. I look forward to speaking with you soon.

Very truly yours,

Chet R. Decker

CRD:mml

Back to top

---