SANDS7454

CH 751

# October 2001 - December 2001

Page 1 of 3

Value on September 28 $ .00
Value on December 31 $ .00

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ8L113068-X6 - 1201 - TX - 1

## UBS PaineWebber℠ Investment Account

Account Number TX [redacted] LG

NZ8L113068-X6

Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 14,062.15 | $ 103,612.36 |
| Net security earnings | $ 14,062.15 | $ 103,612.36 |

Duplicate statement for the account of
ZACHARY STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

Account instructions
Statement copies are sent to 1 interested party.

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | $ | .00 |
| 12/12 | TRANSFER | FM TX [redacted] 6100 | | | 72,572.18 |

December 01/ TX 63918 LG

Continued on page 2

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT 12

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE LOT 1 OF 1 21821-0622 YTM - 4.30 ACCRUED INT RECD $2,949.40 | | -855,000.000 | 101.2812500 | 888,904.09 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22680-0170 | | 1,995,000.000 | 102.5000000 | -2,044,875.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE LOT 1 OF 1 21588-0610 YTM - 2.92 ACCRUED INT RECD $11,002.64 | | -1,995,000.000 | 99.7031250 | 2,000,079.98 |
| 12/14 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 48202-0123 AS OF 12/12/01 | | 855,000 000 | 104.8750000 | -896,681.25 |
| 12/14 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 48203-0123 ACCRUED INT RECD AS OF 12/13/01 | $24.91 | -855,000.000 | 104.8750000 | 896,706.16 |
| 12/14 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 47108-0170 ACCRUED INT RECD AS OF 12/13/01 | $85.20 | -1,995,000.000 | 102.5000000 | 2,044,960.20 |
| 12/17 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/13/01 | | 855,000.000 | | -896,706.16 |
| 12/17 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 AS OF 12/13/01 | | 1,995,000.000 | | -2,044,960.20 |
| 12/31 | | Closing balance | | | $ | .00 |

CH 1752

October 2001 - December 2001

Account Number TX[redacted]LG
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZ9L113070-X6

## Unsettled transaction activity

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22442-0123 OPEN REPOS SETTLE 12/31/2069 | -855,000.000 | 104.8750000 | 896,681.25 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22881-0170 OPEN REPOS SETTLE 12/31/2069 | -1,995,000.000 | 102.5000000 | 2,044,875.00 |
| | | | Total pending securities sold | | $ | 2,941,556.25 |

CH 1753

SANDS7456

## October 2001 - December 2001



| | | |
|---|---|---|
| Value on September 28 | $ | .00 |
| Value on December 31 | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113053-X6 - 1201 - TX - 1

## UBS PaineWebber℠ Investment Account

Account Number TX[redacted]LG

NZ9L113053-X8

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

### Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 32,843.52 | $ 309,580 77 |
| Net security earnings | $ 32,843.52 | $ 309,580.77 |

### Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current Income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

**Duplicate statement for the account of**
MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

### Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX[redacted]100 | | | 184,242 30 |

Continued on page 2

December 01/ TX[redacted]

CH 635

SANDS8060

**UBS PaineWebber™**
**Investment Account**

NZ9L113054-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22357-0119 | 1,935,000.000 | 104.8750000 | -2,029,331.25 |
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE LOT 1 OF 1 21814-0620 YTM – 4.30 ACCRUED INT RECD $6,674.95 | -1,935,000.000 | 101.2812500 | 1,966,467.14 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22657-0162 | 4,515,000 000 | 102.5000000 | -4,627,875.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE LOT 1 OF 1 21524-0808 YTM – 2.92 ACCRUED INT RECD $24,900.72 | -4,515,000.000 | 99.7031250 | 4,526,496.81 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.2600 09581-0119 ACCRUED INT RECD $355.13 | -1,935,000.000 | 104.8750000 | 2,029,686.38 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.4200 09265-0162 ACCRUED INT RECD $912.72 | -4,515,000.000 | 102.5000000 | 4,628,787.72 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 1,935,000.000 | | -2,029,686.38 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 4,515,000.000 | | -4,628,787.72 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22358-0119 OPEN REPOS SETTLE 12/31/2069 | -1,935,000.000 | 104.8750000 | 2,029,331.25 |

Continued on page 3



CH 636

SANDS8061

UBS PaineWebber℠
Investment Account

NZ9L113055-X6

## Unsettled transaction activity - continued

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22658-0162 OPEN REPOS SETTLE 12/31/2069 | -4,515,000.000 | 102.5000000 | 4,627,875.00 |
| | | | Total pending securities sold | | $ | 6,657,206.25 |

CH 637

SANDS8082 CH 657

01/25/2002 FRI 02:04 FAX 214 978 6052 PAINEWEBBER 007

# December 2001

Page 1 of 2

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| Value on December 31 | $ | .00 |

## UBS PaineWebber™ Investment Account

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 800
DALLAS, TX 75201
NZFL050347-X8 -1201 - TX -

Account Number TX[redacted] NZFL050347-X5

Your Financial Advisor
LUEDKE, FRED 214-220-0400

ANDREW STERN
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 12,984.64 | $ 12,984.64 |
| Net security earnings | $ 12,984.64 | $ 12,984.64 |

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX[redacted] | | | 64 933.01 |
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22478-0128 | 765,000.000 | 104.8750000 | -802,293.75 |

Continued on page 2

SANDS8083 CH 658

01/25/2002 FRI 02:04 FAX 214 978 6052 PAINEWEBBER 008

December 2001

Account Number TX[redacted]
Your Financial Advisor
LUEDKE, FRED
214-220-0400

Page 2 of 2

UBS PaineWebber
Investment Account

NZFL050346-X8

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21628-0623 YTM = 4.30<br>ACCRUED INT RECD $2,638.83 | -765,000.000 | 101.2812500 | 777,440.49 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22706-0174 | 1,765,000.000 | 102.5000000 | -1,829,625.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21558-0611 YTM = 2.92<br>ACCRUED INT RECD $9,844.47 | -1,765,000.000 | 99.7031250 | 1,789,545.25 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2600 09802-0128 ACCRUED INT RECD $140.40 | -765,000.000 | 104.8750000 | 802,434.15 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09276-0174 ACCRUED INT RECD $360.84 | -1,765,000.000 | 102.5000000 | 1,829,985.84 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 765,000.000 | | -802,434 15 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 1,765,000.000 | | -1,829,985.84 |
| 12/31 | | Closing balance | | $ | 00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22479-0126 OPEN REPOS SETTLE 12/31/2069 | -765,000.000 | 104.8750000 | 802,293.75 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22707-0174 OPEN REPOS SETTLE 12/31/2069 | -1,765,000.000 | 102.5000000 | 1,829,625.00 |
| | | | Total pending securities sold | | $ | 2,631,918.75 |

December 01/ T[redacted]

CH 684

October 2001 - December 2001

Page 1 of 3

Value on September 28 $ .00
Value on December 31 $ .00

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113073-X8 · 1201 · TX · 1

## UBS PaineWebber℠ Investment Account

Account Number TX[redacted]G NZ9L113073-X8

Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 14,062.15 | $ 103,612.36 |
| Net security earnings | $ 14,062.15 | $ 103,612.36 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

Duplicate statement for the account of
ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

Account Instructions
Statement copies are sent to 1 interested party.

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX [redacted]2100 | | | 72,572.18 |

Continued on page 2

December 01/ TX[redacted]G

October 2001 - December 2001

Account Number TX[redacted]G
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400

Page 2 of 3

**UBS PaineWebber℠ Investment Account**

NZBL113074-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21818-0621 YTM = 4.30<br>ACCRUED INT RECD $2,949.40 | | -855,000.000 | 101.2812500 | 868,904.09 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22666-0164 | | 1,995,000.000 | 102.5000000 | -2,044,875 00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21532-0609 YTM = 2.92<br>ACCRUED INT RECD $11,002.64 | | -1,995,000.000 | 99.7031250 | 2,000,079.98 |
| 12/14 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 48192-0121 AS OF 12/12/01 | | 855,000.000 | 104.8750000 | -896,681.25 |
| 12/14 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 48193-0121 ACCRUED INT RECD<br>AS OF 12/13/01 | $24.91 | -855,000.000 | 104.8750000 | 896,706 16 |
| 12/14 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 47085-0184 ACCRUED INT RECD<br>AS OF 12/13/01 | $85.20 | -1,995,000.000 | 102.5000000 | 2,044,960.20 |
| 12/17 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/13/01 | | 855,000.000 | | -896,706.16 |
| 12/17 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/13/01 | | 1,995,000.000 | | -2,044,960.20 |
| 12/31 | | Closing balance | | | $ | .00 |

December 01/ TX[redacted]G

CH1685

SANDS8110

UBS PaineWebber℠
Investment Account

NZBL113075-X6

## Unsettled transaction activity

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22368-0121 OPEN REPOS SETTLE 12/31/2069 | -855,000.000 | 104.8750000 | 896,681.25 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22667-0164 OPEN REPOS SETTLE 12/31/2069 | -1,995,000.000 | 102.5000000 | 2,044,875 00 |
| | | | **Total pending securities sold** | | $ | 2,941,556.25 |



CH 696

SANDS8111

SANDS7555

CH 852

*October 2001 - December 2001*



| | | |
|---|---|---|
| Value on September 28 | $ | .00 |
| Value on December 31 | $ | .00 |

# UBS PaineWebber℠ Investment Account

Account Number TX[redacted]G

NZ9L113063-X6

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113063-X6 - 1201 - TX - 1

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 40,481.55 | $ 317,218.80 |
| Net security earnings | $ 40,481.55 | $ 317,218.80 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current Income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

**Duplicate statement for the account of**
RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX[redacted]100 | | | 202,438.18 |

December 01/ TX[redacted]G

*Continued on page 2*

October 2001 - December 2001

Account Number TX[redacted]LG
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZ8L113064-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|---|
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22329-0115 | | 2,385,000.000 | 104.8750000 | -2,501,268.75 |
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE LOT 1 OF 1 21798-0618 YTM — 4.30 ACCRUED INT RECD $8,227.26 | | -2,385,000.000 | 101.2812500 | 2,423,785.07 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22619-0149 | | 5,565,000.000 | 102.5000000 | -5,704,125.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE LOT 1 OF 1 21502-0606 YTM — 2.92 ACCRUED INT RECD $30,691.59 | | -5,565,000.000 | 99.7031250 | 5,579,170.50 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.2600 09595-0115 ACCRUED INT RECD | $437.72 | -2,385,000.000 | 104.8750000 | 2,501,706.47 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.4200 09254-0149 ACCRUED INT RECD | $1,124.98 | -5,565,000.000 | 102.5000000 | 5,705,249.98 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | | 2,385,000.000 | | -2,501,706.47 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | | 5,565,000.000 | | -5,705,249.98 |
| 12/31 | | Closing balance | | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22330-0115 OPEN REPOS SETTLE 12/31/2069 | -2,385,000.000 | 104.8750000 | 2,501,268.75 |

December 01/ TX[redacted]G

Continued on page 3

CH:853

SANDS7556

October 2001 - December 2001

Account Number TX[redacted] LG
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400

Page 3 of 3

UBS PaineWebber™
Investment Account

NZSL113065-X6

## Unsettled transaction activity - continued

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22620-0148 OPEN REPOS SETTLE 12/31/2089 | -5,565,000.000 | 102.5000000 | 5,704,125.00 |
| | | | **Total pending securities sold** | | $ | 8,205,393.75 |



CH 1 854

SANDS7557

SANDS7583

# October 2001 - December 2001



Value on September 28 $ .00
Value on December 31 $ .00

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113058-X8 - 1201 - TX - 1

## UBS PaineWebber℠ Investment Account

Account Number T[redacted] LG    NZ9L113058-X8

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 48,119.58 | $ 324,856.83 |
| Net security earnings | $ 48,119.58 | $ 324,856.83 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives*

Return objective: Current Income & capital appreciation
Risk profile: Primary: Aggressive/Speculative    Secondary: None Selected

**Duplicate statement for the account of**
ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

**Account instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX[redacted]100 | | | 240,634.06 |

Continued on page 2

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22339-0117 | 2,835,000.000 | 104.8750000 | -2,973,206.25 |
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21804-0619 YTM = 4.30<br>ACCRUED INT RECD $9,779.58 | -2,835,000.000 | 101.2812500 | 2,881,103.02 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22649-0153 | 6,615,000.000 | 102.5000000 | -6,780,375.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21514-0607 YTM = 2.92<br>ACCRUED INT RECD $36,482.45 | -6,615,000.000 | 99 7031250 | 6,631,844.17 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2600 09578-0117 ACCRUED INT RECD $520.31 | -2,835,000 000 | 104.8750000 | 2,973,726.56 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09214-0153 ACCRUED INT RECD $1,337.24 | -6,615,000.000 | 102.5000000 | 6,781,712.24 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 2,835,000 000 | | -2,973,726.56 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 6,615,000.000 | | -6,781,712.24 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22340-0117 OPEN REPOS SETTLE 12/31/2069 | -2,835,000.000 | 104.8750000 | 2,973,206.25 |

Continued on page 3



CH: 8 91

SANDS7584

October 2001 - December 2001

Account Number TX[redacted]G
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400

Page 3 of 3

UBS PaineWebber℠
Investment Account

NZ9L113060-X6

## Unsettled transaction activity - continued

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22650-0153 OPEN REPOS SETTLE 12/31/2069 | -6,615,000.000 | 102.5000000 | 6,780,375.00 |
| | | | Total pending securities sold | | $ | 9,753,581.25 |

December 01/ TX[redacted]G

CH 892

SANDS7585

SANDS7608

CHV905

01/25/2002 FRI 02:04 FAX 214 978 6052 PAINEWEBBER ☑008

# UBS PaineWebber™ Investment Account

December 2001

Page 1 of 2

Value on November 30 $ .00
Value on December 31 $ .00

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
IZAL064234-XB • 1201 - TX -

Account Number [redacted] IZAL064234-XB

Your Financial Advisor
LUEDKE, FRED 214-220-0400

MARVIN SANDS MASTER TRUST
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450

## Earnings summary

Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Plus non-municipal accrued interest received | $ | 60,595.03 | $ | 60,595.03 |
| Net security earnings | $ | 60,595.03 | $ | 60,595.03 |

## Investment objectives

The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.

Return objective: Capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | $ | .00 |
| 12/12 | TRANSFER | FM [redacted] | | | 303,020.87 |
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22522-0128 | 3,570,000.000 | 104.8750000 | -3,744,037.50 |

Continued on page 2

December 01/ [redacted]

December 2001

Account Number TX [redacted]
Your Financial Advisor
LUEDKE, FRED
214-220-0400

Page 2 of 2

UBS PaineWebber™
Investment Account

R

IZAL064235-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21632-0624 YTM = 4.30<br>ACCRUED INT RECD $12,315.02 | -3,570,000.000 | 101.2812500 | 3,628,055.65 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22688-0172 | 8,330,000.000 | 102.5000000 | -8,538,250.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21567-0612 YTM = 2.32<br>ACCRUED INT RECD $45,940.87 | -8,330,000 000 | 99.7031250 | 8,351,211.16 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2800 09586-0128 ACCRUED INT RECD $655.21 | -3,570,000.000 | 104.8750000 | 3,744,692.71 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09296-0172 ACCRUED INT RECD $1,683 93 | -8,330,000.000 | 102.5000000 | 8,539,933.93 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 3,570,000.000 | | -3,744,692.71 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 8,330,000.000 | | -8,539,933.93 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22323-0128 OPEN REPOS SETTLE 12/31/2069 | -3,570,000.000 | 104.8750000 | 3,744,037.50 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22689-0172 OPEN REPOS SETTLE 12/31/2069 | -8,330,000.000 | 102.5000000 | 8,538,250.00 |
| | | | Total pending securities sold | | $ | 12,282,287.50 |

December 01/ TX[redacted]

SANDS7609