(6) SS-1

**BETA PARTNERS, L.L.C.**
**MEMBERS EQUITY**
**DECEMBER 31, 2001**

**Used for book and tax**

| Cost Basis of stock | WP | Alpha | Gloria Robinson | Total |
|---|---|---|---|---|
| Beginning Balance @ December 20, 2001 | | - | - | - |
| Cash contributed | PBC-1 | 1,343,553 36 | 25,000.00 | 1,368,553.36 |
| Proceeds from Treasury note short sales contributed | PBC-1 | 44,293,087.42 | - | 44,293,087.42 |
| 67,525 sh Corning contributed | PBC-4 | 599,811.07 | - | 599,811.07 |
| 33,400 sh Yahoo contributed | PBC-4 | 599,530 00 | - | 599,530.00 |
| Interest Income | PBC-6 | 7,130 46 | Pbc-5 71 71 | 7,202.17 |
| Dividend income | A-1/1 | 358 40 | 3 60 | 362.00 |
| Income on Treasury note repurchases | PBC-6 | 89,121 64 | 896 31 | 90,017 95 |
| Partnership interest purchase/sale | PBC-3 | 25,999.13 | (25,971 62) | 27 51 |
| Distribution due to partnership termination-cash | PBC-4 | (1,466,135 48) | | (1,466,135 48) |
| Distribution due to partnership termination-stock | | (45,492,456 00) | - | (45,492,456 00) |
| Ending Balance @ December 31, 2001 | | - | - | - |

| | | | | |
|---|---|---|---|---|
| 67,525 sh Corning contributed | PBC-4 | 599,811 07 | 560,457.50 | FMV at buyout |
| Reduction in basis from FMV at termination to cost | * | (39,353 57) | (599,811.07) | original cost |
| Additional basis from TSY notes | PBC-4 | 21,701,637.48 | | |
| Distributed tax basis of Corning stock | | 22,262,094.98 | (39,353.57) * | |
| 33,400 sh Yahoo contributed | PBC-4 | 599,530.00 | 584,834 00 | FMV at buyout |
| Reduction in basis from FMV at termination to cost | ** | (14,696 00) | (599,530.00) | original cost |
| Additional basis from TSY notes | PBC-4 | 22,645,527.01 | | |
| Distributed tax basis of Corning stock | | 23,230,361 01 | (14,696 00) ** | |
| Total basis of stock distributed | | 45,492,455 99 | | |
| Actual stock distribution | | (45,492,456 00) X | | |

Used for reference to PBC workpapers

| FMV of stock | WP | Alpha | Gloria Robinson | Total |
|---|---|---|---|---|
| Beginning Balance @ December 20, 2001 | | - | - | - |
| Cash contributed | PBC-1 | 1,343,553 36 | 25,000.00 | 1,368,553 36 |
| Proceeds from Treasury note short sales contributed | PBC-1 | 44,293,087.42 | - | 44,293,087.42 |
| 67,525 sh Corning contributed | PBC-1 | 568,223.00 | - | 568,223 00 |
| 33,400 sh Yahoo contributed | PBC-1 | 573,478 00 | - | 573,478 00 |
| Interest income | PBC-6 | 7,130.46 | 71 71 | 7,202 17 |
| Dividend income | A-1/1 | 358 40 | 3 60 | 362 00 |
| Income on Treasury note repurchases | PBC-6 | 89,121 64 | 896.31 | 90,017 95 |
| Partnership interest purchase/sale | PBC-3 | 25,999.13 | (25,971.62) | 27.51 |
| Distribution due to partnership termination-cash | PBC-4 | (1,466,135.48) | | (1,466,135 48) |
| Distribution due to partnership termination-stock | | (45,434,815 93) | - | (45,434,815 93) |
| Ending Balance @ December 31, 2001 | | - | - | - |

**Freddy Robinson**
**<FRobinson@brccpa.com>**

12/18/2002 11 12 AM

To: "Judy Celentani (E-mail)" <judy.celentani@cbrands.com>
cc: "Richard Sands (E-mail)" <richard sands@cbrands.com>
Subject: Corning/Yahoo

Would you please advise Lyn Little at Merrill Lynch to enter the following basis information for all Corning and Yahoo shares held in Sands family accounts:

| | Date Acquired | Cost per Share |
|---|---|---|
| Corning | 12/20/01 | $329.69 |
| Yahoo | 12/20/01 | $692.52 |

Thanks, Freddy