Merrill Lynch

# WCMA® Fiscal Statement

SANDS3703

APP-A-000202

00000213

ALPHA I L P
C/O CONSTELLATION BRANDS INC
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450

YOUR FINANCIAL ADVISOR:
THE LENZ GROUP
FA # 1005
(716) 396-2850

Office Serving Your Account:
25 NORTH STREET
CANANDAIGUA NY 14424

For Client Service Questions Call:
1-800-MERRILL (1-800-637-7455)

**Account Value as of December 31, 2001**
**$17,660.35**

## Asset Allocation Summary



Cash
100%

* May not reflect all holdings

## Total Value Comparison ( in $ Thousands )




## Realized Capital Gain and Loss Summary*

| | Current Fiscal Year (12/01) | Prior Fiscal Year (12/00) |
|---|---|---|
| Short Term | 0.00 | 0.00 |
| Long Term | 0.00 | 0.00 |

* - Excludes transactions for which we have insufficient data

## Unrealized Capital Gain and Loss Summary*

| | Current Fiscal Year (12/01) | Prior Fiscal Year (12/00) |
|---|---|---|
| Short Term | 0.00 | 0.00 |
| Long Term | 0.00 | 0.00 |

* - Excludes transactions for which we have insufficient data

PLEASE SEE REVERSE SIDE



Statement Period
Year Ending 12/31/01

Account No.
70C[redacted]

00513568

GOVERNMENT EXHIBIT 15
GAD-Bayonne, N. J.

Merrill Lynch

# WCMA® Fiscal Statement

SANDS3704

**Total Account Value As Of 12/31/01** **$17,660.35**

ALPHA I L P
C/O CONSTELLATION BRANDS INC
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450

Your Financial Advisor:
THE LENZ GROUP
FA # 1005
(716) 396-2850

Your Merrill Lynch Office:
25 NORTH STREET
CANANDAIGUA NY 14424

FOR CUSTOMER SERVICE QUESTIONS: 1-800-MERRILL (1-800-637-7455)

## ACTIVITY SUMMARY

| | End of Fiscal Year Value 12/01 |
|---|---|
| **Credits** | |
| Sales | .00 |
| Income | 418.54 |
| Funds Received | 0.00 |
| Other Credits | 1,403,348.63 |
| Total Credits | 1,403,767.17 |
| **Debits** | |
| Purchases | 1,199,341.07 |
| Withdrawals | 0.00 |
| Fees | 0.00 |
| Checks | 0.00 |
| Visa Transactions | 0.00 |
| Interest Charged | 0.00 |
| Other Debits | 186,765.75 |
| Total Debits | 1,386,106.82 |
| **Net Activity** | **17,660.35** |

## ANNUAL PORTFOLIO SUMMARY

| | Beginning of Fiscal Year Value 01/01/01 | End of Fiscal Year Value 12/31/01 | Current Portfolio Cost Basis | Unrealized Gains/(Losses) |
|---|---|---|---|---|
| Cash/Money/Accounts | 0 00 | 17,660 35 | 17,660.35 | 0.00 |
| CD's/Equivalents | 0.00 | 0.00 | 0.00 | 0.00 |
| Government Securities | 0.00 | 0 00 | 0 00 | 0.00 |
| Corporate Bonds | 0.00 | 0 00 | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 | 0.00 | 0 00 |
| Equities | 0.00 | 0.00 | 0.00 | 0 00 |
| Mut Funds/Def Assets | 0.00 | 0.00 | 0.00 | 0 00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0 00 |
| **Long Market Value** | **0.00** | **17,660.35** | **17,660.35** | **0.00** |
| Short Market Value | 0.00 | 0.00 | 0.00 | 0.00 |
| Debit Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Estimated Accrued Int | 0 00 | 0 00 | 0.00 | 0 00 |
| **Net Portfolio Value** | **0.00** | **17,660.35** | **17,660.35** | **0.00** |

## INCOME SUMMARY

| | CurrentYear (12/01) |
|---|---|
| Interest | 0.00 |
| Dividends | 418.54 |
| **Total** | **418.54** |
| Accrued Interest Earned | 0.00 |
| Accrued Interest Paid | 0.00 |

## PLEASE NOTE:

- This fiscal year end statement is for information purposes and should be used in conjunction with your monthly statements. This statement does not reflect any pending trades or dividend reclassifications. Please consult your tax advisor regarding any tax planning and reporting requirements.
- L5 This transaction may be subject to reduced capital gains tax rates on five year gains. Please consult your tax advisor for more information.

Merrill Lynch

# WCMA® Fiscal Statement

SANDS3705

ALPHA I L P

## MONTHLY ACTIVITY SUMMARY

| | 1 /01 | 2 /01 | 3 /01 | 4 /01 | 5 /01 | 6 /01 |
|---|---|---|---|---|---|---|
| **Credits** | | | | | | |
| Sales | 0.00 | 0.00 | 0 00 | 0 00 | 0.00 | 0.00 |
| Income | 0.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Funds Received | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Credits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Credits** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Debits** | | | | | | |
| Purchases | 0.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0 00 |
| Withdrawals | 0.00 | 0.00 | 0 00 | 0.00 | 0.00 | 0.00 |
| Fees | 0 00 | 0.00 | 0.00 | 0 00 | 0.00 | 0.00 |
| Checks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Visa Transactions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Debits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Debits** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Net Activity** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| | 7 /01 | 8 /01 | 9 /01 | 10/01 | 11/01 | 12/01 | TOTA |
|---|---|---|---|---|---|---|---|
| **Credits** | | | | | | | |
| Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 00 | 0 |
| Income | 0.00 | 0.00 | 0.00 | 0 00 | 0.00 | 418.54 | 418 |
| Funds Received | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 00 | 0 |
| Other Credits | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,403,348.63 | 1,403,348 |
| **Total Credits** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,403,767.17** | **1,403,767** |
| **Debits** | | | | | | | |
| Purchases | 0.00 | 0.00 | 0.00 | 0.00 | 0 00 | 1,199,341.07 | 1,199,341 |
| Withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Checks | 0.00 | 0.00 | 0.00 | 0.00 | 0 00 | 0.00 | 0 |
| Visa Transactions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. |
| Interest Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. |
| Other Debits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 186,765.75 | 186,765. |
| **Total Debits** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,386,106.82** | **1,386,106.** |
| **Net Activity** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **17,660.35** | **17,660.** |

PLEASE SEE REVERSE SIDE



Statement Period
Year Ending 12/31/01

Account No
70C[redacted]

00513570

Merrill Lynch

# WCMA® Fiscal Statement

SANDS3706

APP-A-000205

ALPHA I L P

## MONTHLY PORTFOLIO SUMMARY

| | 1 /01 | 2 /01 | 3 /01 | 4 /01 | 5 /01 | 6 /01 |
|---|---|---|---|---|---|---|
| Cash/Money Accounts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CD's/Equivalents | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Corporate Bonds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mut Funds/Def Assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Long Market Value** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Short Market Value | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Debit Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Estimated Accrued Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Portfolio Value** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| | 7 /01 | 8 /01 | 9 /01 | 10/01 | 11/01 | 12/01 |
|---|---|---|---|---|---|---|
| Cash/Money Accounts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,660.35 |
| CD's/Equivalents | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Corporate Bonds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mut Funds/Def Assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Long Market Value** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **17,660.35** |
| Short Market Value | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Debit Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Estimated Accrued Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Portfolio Value** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **17,660.35** |

Merrill Lynch

ALPHA I L P

# WCMA® Fiscal Statement

SANDS3707

## CURRENT PORTFOLIO SUMMARY

| Quantity | Security Description | Date Acquired | Total/Adj Cost Basis | Beg of Fiscal Year Value 01/01/01 | End of Fiscal Year Value 12/31/01 | Unrealized Gain or (Loss) | Est Accrued Interest | E Ar Inc |
|---|---|---|---|---|---|---|---|---|
| | **Cash and Money Funds** | | | | | | | |
| | CASH | | 1.35 | | 1.35 | | | |
| 17,659 | CMA MONEY FUND | | 17,659.00 | | 17,659.00 | | | |
| | **Total Cash and Money Funds** | | 17,660.35 | | 17,660.35 | | | |

PLEASE SEE REVERSE SIDE

Page 5 of 7

Statement Period Year Ending 12/31/01

Account No. 70C[redacted]

00513572

Merrill Lynch

# WCMA® Fiscal Statement

SANDS3708

APP-A-000207

ALPHA I L P

## FISCAL YEAR ACTIVITY

| Date | Transaction | Quantity | Description | Price | Debit | Cre |
|---|---|---|---|---|---|---|
| | | | **Security Transactions** | | | |
| 12/20/01 | Purchase | 67,525 | CORNING INC EXECUTED 100PC NYSE AV PX IS SHOWN PER YR AG | 8.82 | 599,811.07 | |
| 12/20/01 | Purchase | 33,400 | YAHOO INC CAL PV$0.00017 AV PX IS SHOWN PER YR AG PRICE 17.950000 | 17 95 | 599,530.00 | |
| 12/21/01 | Delivered | -67,525 | CORNING INC | | | |
| 12/21/01 | Delivered | -33,400 | YAHOO INC CAL PV$0.00017 | | | |
| | | | **Net Total** | | 1,199,341.07 | |
| | | | **Dividends and Interest** | | | |
| 12/31/01 | CASH | | CMA MONEY FUND | | | 4 |
| 12/31/01 | Share Dividend | 418 | CMA MONEY FUND | | | |
| 12/31/01 | Cash Dividend | | CMA MONEY FUND | | | |
| | | | **Net Total** | | | 4 |
| | | | **Other Activity** | | | |
| 12/13/01 | Journal Entry | | TR FROM 16[redacted] | | | 181,7 |
| 12/13/01 | Journal Entry | | TR FROM 70[redacted] | | | 80,3 |
| 12/13/01 | Journal Entry | | TR FROM 70[redacted] | | | 80,3 |
| 12/13/01 | Journal Entry | | TR FROM 70[redacted] | | | 335, |
| 12/13/01 | Journal Entry | | TR FROM 70[redacted] | | | 265, |
| 12/13/01 | Journal Entry | | TR FROM 70[redacted] | | | 223, |
| 12/14/01 | Journal Entry | | TR FROM 70[redacted] | | | 160, |
| 12/14/01 | Journal Entry | | TR TO 70[redacted] | | 80,383.31 | |
| 12/14/01 | Journal Entry | | TR TO 70[redacted] | | 80,383.31 | |
| 12/17/01 | Journal Entry | | TR FROM 7[redacted] | | | 72, |
| 12/20/01 | Journal Entry | | TR FROM 70[redacted] | | | 2 |
| 12/27/01 | Journal Entry | | TR TO 74[redacted] | | 25,999.13 | |
| | | | **Net Total** | | 186,765.75 | 1,403 |

Merrill Lynch

# WCMA® Fiscal Statement

SANDS3709

APP-A-000208

ALPHA I L P

**Agreement Regarding Your Securities Account and Other Important Information**

You the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc , agree as follows

(1) We will direct your order for a multi-listed security or option to the market place we consider to be the primary market for that security unless you give us specific instructions to direct the order elsewhere

(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts) In the event of a call for less than an entire issue or series of those securities, the securities to be called will be automatically selected on a random basis from those held in bulk The probability that your holdings will be selected is proportional to the amount of your holdings relative to those of other customers

(3) If you have any obligations to us we can, subject to applicable rules and regulations of regulatory bodies, without notifying you, take any of the following actions with any or all securities in your account, including securities you may acquire or deposit to secure your account

- We can pledge, repledge, hypothecate, or rehypothecate the securities They may be commingled with securities carried for the accounts of other customers
- We can lend the securities
- We can deliver the securities on contracts for other customers even if we do not have in our possession and control a like amount of similar securities for delivery

We can take any of these actions until you have discharged all your obligations to us The amount involved in these actions may be more or less than the amount you owe us

(4) We are not responsible for the loss or destruction of securities that are placed in the custody of a foreign bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government acts or any other causes beyond the control of the depository or us

(5) This statement of account shall be deemed conclusive if not objected to within ten (10) days

(6) We can transfer your account to anyone by assignment, merger, consolidation or otherwise, unless you give us written notice to the contrary at the time This agreement will inure to the benefit of anyone to whom we transfer the accounts Nothing contained in this paragraph shall affect your right to transfer your account under NYSE Rule 412

**Insurance**

We are a member of the Securities Investor Protection Corporation (SIPC). The securities held in your account are covered by SIPC protection and excess-SIPC protection obtained by Merrill Lynch. For detail refer to the Program Description for your account, if applicable, or speak with your Financial Advisor

We are not a bank, and the securities offered by us, unless otherwise indicated, are not backed or guaranteed by any bank nor are they insured by the FDIC

**Other Important Information**

(1) Depository institutions participating in the ISA program and Merrill Lynch Bank USA in the Enhanced CMA 2 0 program pay us a fee up to 2% per annum of the average daily depository account balances in each program respectively

(2) You will have the right to vote full shares, and we will solicit instructions concerning the voting of full shares held in your account If such instructions are not received by us on a timely basis, the voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect

Merrill Lynch Pierce Fenner & Smith Inc
World Financial Center
North Tower
New York, N Y 10281-1332
Member, Securities Investor Protection Corporation (SIPC)

**Other Important Information (Continued)**

(3) This statement serves as a confirmation of purchases that result from automatic re-investment transactions as well as your AIPS transactions, during the statement period.

(4) Insurance policy information is based on data from the insurer that issued the policy. Merrill Lynch is not responsible for the calculation of policy values Policies are generally not held in your Merrill Lynch account. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and excess SIPC protection applies

(5) As an option customer, please advise your Financial Advisor promptly of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation, however, a summary of this information will be made available to you upon request.

(6) Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request

**Special Note:** If your records differ from this information, please notify your Financial Advisor in writing with a copy of the statement noting the discrepancy and, if appropriate, any necessary adjustments will be made

**WCMA Loan Account Activity**

Reports important information from Merrill Lynch Business Financial Services Inc. (MLBFS,Inc.) through which the WCMA Line of Credit is made available Includes information on your Line of Credit, Loan Balance, Loan Subject to Interest, and Loan Interest Charged Interest charges accrue daily during the statement period with each day being deemed to constitute 1/360 of year Refer to the WCMA Agreement and documents required by MLBFS for details

**Managed Trust Units**

Information for RCMA for Business Retirement Plan clients on units of the Merrill Lynch GIC Managed Trust is reported from information supplied by the Merrill Lynch Trust Company or its agent Neither the Trust nor its units are held in your Merrill Lynch, Pierce, Fenner & Smith Inc. account and therefore, are not subject to SIPC protection An annual report will be furnished separately

**Symbols and Abbreviations**

| | |
|---|---|
| ¤ | Interest reported to IRS by Merrill Lynch as required by law |
| * | Gross Proceeds reported to the IRS by Merrill Lynch as required by law |
| ** | Dividends reported to the IRS by Merrill Lynch as required by law |
| : | Merrill Lynch maintains a fundamental opinion on this company |
| | Transaction reported to IRS |
| # | Transaction you requested required same-day payment - MLPF&S retained last day's dividend to offset cost of advancing payment on your behalf |
| A | This transaction was effected through a specialist which is our affiliate. In conjunction with its market making activity, such specialist may have a long or short position in this stock or in options on this stock and may be on the other side of public orders executed on the exchange Such specialists may have profited or lost in connection with this transaction |
| N/A | Value and/or cost data not available. |
| N/C | Not calculated |
| N/N | Non-negotiable securities |
| N/N N/O | Non-negotiable securities held registered in your name |
| N/O | Held registered in your name |
| NOCC | Options Clearing Corporation |
| N/O CUST | Non-negotiable Custodian Registration |
| NPC | Interests in assets not registered in the name of nor held by us or our nominees and held by you or registered in your name with the issuer or its agent. Merrill Lynch, Pierce, Fenner & Smith Inc does not control or ac as custodian for these investments |
| RD | Bonds are changeable from coupon to registered and vice versa without charg |
| RG | Bonds registered for both principal and interest. |

PLEASE SEE REVERSE SIDE

| Page | Statement Period | Account No. |
|---|---|---|
| 7 of 7 | Year Ending 12/31/01 | 70C-07P67 |

00513574

Merrill Lynch

10-9 D0609