December 2001



# UBS PaineWebber℠ Investment Account

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| Value on December 31 | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ8L113097-X6 • 1201 • TX • 1

Account Number TX[redacted] NZ8L113097-X6

Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Plus non-municipal accrued interest received | $ | 7,202.17 | $ | 7,202.17 |
| Less non-municipal accrued interest paid | | -275,600.72 | | -275,600.72 |
| Net security earnings | $ | -268,398.55 | $ | -268,398.55 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives*

Return objective: Current income & capital appreciation
Risk profile: Primary: Moderate Secondary: None Selected

Duplicate statement for the account of
BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

Account instructions
Statement copies are sent to 1 interested party.

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |

Continued on page 2

Dece

GOVERNMENT EXHIBIT 16
PENGAD-Bayonne, N.J.

CH1810

SANDS7513

December 2001

Account Number TX[redacted]
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZ9L113098-X6

## Activity - continued

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/21 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .4500 48056-0750 AS OF 12/20/01 | 13,200,000.000 | 104.8750000 | -13,843,500.00 |
| 12/21 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.2500 47892-0731 AS OF 12/20/01 | 30,800,000.000 | 102.5000000 | -31,570,000.00 |
| 12/21 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .3500 48080-0755 | 13,200,000.000 | 104.8750000 | -13,843,500.00 |
| 12/21 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .4500 48057-0750 ACCRUED INT RECD $173.04 | -13,200,000.000 | 104.8750000 | 13,843,673.04 |
| 12/21 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE .8000 47925-0736 | 30,800,000.000 | 102.5000000 | -31,570,000.00 |
| 12/21 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.2500 47893-0731 ACCRUED INT RECD $1,096.18 | -30,800,000.000 | 102.5000000 | 31,571,096.18 |
| 12/24 | DELIVER | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/21/01 | -13,200,000.000 | | 13,844,943 96 |
| 12/24 | DELIVER | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/21/01 | -13,200,000.000 | | 13,843,500.00 |
| 12/24 | DELIVER | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/21/01 | -34,090,000.000 | | 31,573,218.38 |
| 12/26 | TRANSFER | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 FM TX 64439 1100<br>AS OF 12/20/01 | | | 2,357.85 |
| 12/26 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/20/01 | 13,200,000.000 | | -13,843,500.00 |

CH1811

Continued on page 3

December 2001

Account Number TX [redacted]
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber™
Investment Account

NZ9L113098-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/26 | TRANSFER | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 FM TX 64439 1100<br>AS OF 12/20/01 | | | 6,033.17 |
| 12/26 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/20/01 | 3,290,000.000 | | |
| 12/27 | TRANSFER | TO TX 64438 6100 | | | -1,240,964.98 |
| 12/27 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL PURCHASE<br>LOT 1 OF 1 22343-0519 YTM = 4.45<br>ACCRUED INT PAID $70,831.49 | 13,200,000.000 | 100.6718750 | -13,359,518.99 |
| 12/27 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .5000 30240-0755 ACCRUED INT RECD $1,153.62 | -13,200,000.000 | 104.8750000 | 13,844,653.62 |
| 12/27 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL PURCHASE<br>LOT 1 OF 1 22348-0520 YTM = 3.06<br>ACCRUED INT PAID $204,769.23 | 30,800,000.000 | 99.4765625 | -30,843,550.48 |
| 12/27 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE .8083 30193-0736 ACCRUED INT RECD $4,779.33 | -30,800,000.000 | 102.5000000 | 31,574,779.33 |
| 12/31 | TRANSFER | FM TX 64438 6100 AS OF 12/27/01 | | | 10,278.92 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/21 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .3500 48081-0755 OPEN REPOS SETTLE 12/31/2069 | -13,200,000.000 | 104.8750000 | 13,843,500.00 |
| 12/21 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE .8000 47826-0736 OPEN REPOS SETTLE 12/31/2069 | -30,800,000.000 | 102.5000000 | 31,570,000.00 |
| | | | Total pending securities sold | | $ | 45,413,500.00 |



CH^812