**ALPHA I, L.P.**
**STOCK DISTRIBUTION**
**DECEMBER 31, 2001**

To Mickey Margt

| | | Robert Sands 21.401% | | Richard Sands 18.022% | | Marilyn Sands 14.441% | | OWC-1 12.449% | | Andrew Stern 5.887% | | Marvin Sands Trust 27.030% | | RRMC Corp 0.100% | | Total 100.000% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # shares | Basis | # shares | Basis | # shares | Basis | # shares | Basis | # shares | Basis | # shares | Basis | # shares | Basis | | |
| Tax basis-67 926 shares Corning from Beta Partners, LLC | | 14,451 | 4,784,310 95 | 12 169 | 4 012,074 76 | 9 885 | 3,259,393.33 | 8,744 | 2,882,716 66 | 3,955 | 1,303 890 80 | 18,252 | 6,017 444.28 | 68 | 22,262.10 | N 1/1 | 22,262,095 00 |
| Shares distributed to partners - 18 602 | (A-4/2 | (3,959) | (1,305,231.96) | (3 334) | (1 099,207 60) | (2,709) | (893,151.58) | (2,396) | (789 912.39) | (1,084) | (357,374 80) | (5 001) | (1,648 763 91) | (19) | (6,220 29) | | (6,099,862 63) |
| Remaining shares and basis of Corning | | 10 492 | 3,459,078.99 | 8 835 | 2 912,867 16 | 7 177 | 2,366,241 75 | 6,348 | 2,092 806 29 | 2 871 | 946,516.00 | 13,251 | 4,368 680 37 | 49 | 16,041 81 | 49,023 | 16 162,232.37 |
| Basis per share - Corning | | | 329 69 | | 329.70 | | 329.70 | | 329 68 | | 329.68 | | 329 69 | | 327 38 | | 329 69 |
| Tax basis-33,400 shares Yahoo from Beta Partners, LLC | | 7,148 | 4,971,529 54 | 6 020 | 4,186,678.66 | 4,890 | 3,401 157 15 | 4 325 | 3 008 099 45 | 1 956 | 1,360,602.24 | 9,028 | 6,278 166 56 | 33 | 23,230.38 | N-1/1 | 23,230,361 00 |
| Shares distributed to partners - 9,099 | (A-4/2 | (1,947) | (1,354,164 53) | (1 640) | (1 140,528.92) | (1,332) | (926,450.17) | (1 178) | (819,315 87) | (533) | (370,757 15) | (2,460) | (1 710 982 46) | (9) | (6,335.55) | | (6,328,534 67) |
| Remaining shares and basis of Yahoo | | 5,201 | 3 617,365 01 | 4,380 | 3,046,049 74 | 3,558 | 2,474,706.98 | 3,147 | 2,188,783 58 | 1,423 | 989,845 09 | 6,568 | 4 568,184 10 | 24 | 16,894 81 | 24,301 | 16 901 826.33 |
| Basis per share - Yahoo | | | 695 51 | | 695.44 | | 695.83 | | 695.51 | | 695 60 | | 695 62 | | 703.95 | | 695.52 |
| Total basis of stock transferred from Beta Partners, LLC | | | 9,735,840 51 | | 8,198,650 42 | | 8,660,550 48 | | 5 890,816 13 | | 2,664 493 14 | | 12,295,610 86 | | 45,492 48 | | 45 492 456 00 |
| Total stock distributed to partners of Alpha I | | | (2,659,396 49) SS-1 | | (2,239,736 51) SS-1 | | (1 819,601 75) SS-1 | | (1,609,228.27) SS-1 | | (728 132 06) SS-1 | | (3,359 746.38) SS-1 | | (12 555 85) SS-1 | | (12,428,397 30) |
| Remaining stock basis at December 31, 2001 | | | 7,076,444 02 | | 5 958 913 91 | | 4,840,948 73 | | 4 281,589 86 | | 1,936,361.08 | | 8 935,864 48 | | 32,936.61 | | 33,064 058 70 |

see next page

⑤

SANDS6114

GOVERNMENT EXHIBIT 17
PENGAD-Bayonne, N. J.