MLRR 07/31/2003 9:24 AM

Form **1065** — Department of the Treasury, Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0099 — **2002**

For calendar year 2002, or tax year beginning ..............., and ending ..................

▶ See separate instructions.

| | | |
|---|---|---|
| A Principal business activity: Investments | Name of partnership: M, L, R & R c/o Constellation Brands | D Employer identification number: 16-[redacted]76 |
| B Principal product or service: Investments | Number, street, and room or suite no. If a P.O. box, see page 14 of the instructions: 300 Willowbrook Office Park | E Date business started: 6/01/92 |
| C Business code number: 523900 | City or town, state, and ZIP code: Fairport NY 14450 | F Total assets (see page 14 of the instructions): $ 80,308,164 |

Use the IRS label. Otherwise, print or type.

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 5

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | |
| | b | Less returns and allowances | 1b | 1c |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Ordinary inc. (loss) from other partnerships, estates, & trusts (att. sch.) See Stmt 1 | 4 | -28,585 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | -28,585 |
| Deductions (see pg. 15 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Other deductions (attach schedule) | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | -28,585 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member ▶ Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Preparer's Use Only**

Preparer's signature — Date: 7/31/03 — Check if self-employed ▶ ☐ — Preparer's SSN or PTIN: P00[redacted]61

Firm's name (or yours if self-employed), address, and ZIP code: Bernard Robinson & Company, L.L.P., PO Box 19608, Greensboro, NC 27419-9608 — EIN ▶ 56-[redacted]59 — Phone no. 336-[redacted]4

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form 1065 (2002)

SANDS0261

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 22

MLRR 07/31/2003 9:24 AM

**SCHEDULE D** (Form 1065)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

**2002**

Name of partnership: M, L, R & R

Employer identification number: 16-[redacted]76

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|---|
| 1 | 4,600 shares Corning | 12/20/01 | 12/18/02 | 17,070 | 1,516,528 | -1,499,458 |
| | 2,300 shares Yahoo | 12/20/01 | 12/18/02 | 38,426 | 1,599,673 | -1,561,247 |
| | Delted-see attached schedule | | | 62,838 | | 62,838 |
| | | | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | -1,278,018 |
| 5 | **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | -4,275,885 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|---|
| 6 | Delted-see attached schedule | | | 89,879 | | 89,879 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Line | Description | | (f) | (g) |
|---|---|---|---|---|
| 7 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 | Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 | Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | -147,155 | |
| 10 | Capital gain distributions | 10 | | |
| 11 | Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 | **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | -57,276 | |

*28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

DAA

Schedule D (Form 1065) 2002

SANDS0266