# Stage 1: Formation of the Shelter Partnerships




*Richard Sands, Robert Sands, Marilyn Sands, Marvin Sands Master Trust, Andrew Stern, and CWC Partnership I (Abigail Stern Trust and Zachary Stern Trust)

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 24