# Stage 2: Distribution of Yahoo and Corning Stock




GOVERNMENT EXHIBIT 25
PENGAD-Bayonne, N. J.