IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiff,

v. 06-811 T

THE UNITED STATES,

Defendant.

**DECLARATION OF JULIE P. BOWLING**

I, Julie P. Bowling, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiffs in the above-entitled case. Attached hereto, as Appendix A, are true and correct copies of the following:

1. WILLIAM S. MCKEE ET AL., FEDERAL TAXATION OF PARTNERSHIPS AND PARTNERS ¶ 7.03 (3d ed.1997)

2. S. REP. NO. 81-2375, pages 85-88 (1950)

3. Staff of the Joint Committee on Taxation, 98th Cong., GENERAL EXPLANATION OF THE REVENUE PROVISIONS OF THE DEFICIT REDUCTION ACT OF 1984 at 156-57 (Comm. Print 1985)

4. THE NEW ROGET'S THESAURUS IN DICTIONARY FORM 126-27 (Norman Lewis, ed., Berkley Books rev. ed 1978) (1961)

5. Temp. Treas. Reg. § 1.752-1T(k) (excerpt from now withdrawn regulation)

6. ALICE WELT CUNNINGHAM, SHORT-SALE OBLIGATIONS AND BASIS IN PARTNERSHIP INTERESTS, 72 TAX NOTES 1663 (1996)

7. Richard Starke Testimony (excerpts) and Notes from Jade Trading, LLC v. United States, #03-2164T

Also attached hereto, as Appendix B, are true and correct copies of the following:

1. 7/24/2001 Letter from Robert Sands to Gary Kornman
2. 7/29/2001 Letter from Gary Kornman to Robert Sands including list of references
3. Excerpts from 9/30/2005 Administrative Proceeding Deposition of Richard Sands
4. Alpha I, L.P. Certificate of Limited Partnership
5. Agreement of Limited Partnership of Alpha I, L.P.
6. Alpha I, L.P. Form 1065 for the Year Ended 12/31/2001
7. Alpha I, L.P. Form 1065 for the Year Ended 12/31/2002
8. CWC Partnership I Form 1065 for the Year Ended 12/31/2001
9. Articles of Incorporation for R, R, M & C Management Corporation
10. Written Consent of the Directors of R, R, M & C Management Corporation in Lieu of the Organization Meeting
11. Unanimous Written Consent of the Directors of R, R, M & C Management Corporation
12. Stock Certificates for R, R, M & C Management Corporation
13. Alpha I, L.P. Total Fund Review for Period ended March 31, 2007
14. December 2001 Account Statements for Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust
15. Trade Tickets for Short Sales of Treasury Notes for Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust
16. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of The Marvin Sands Master Trust, with appendix and Representations of the Trustees

17. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Andrew Stern, with appendix and Representations of Andrew Stern

18. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Marilyn Sands, with appendix and Representations of Marilyn Sands

19. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of Abigail Stern Trust, with appendix and Representations of the Trustees

20. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of Zachary Stern Trust, with appendix and Representations of the Trustees

22. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Robert Sands, with appendix and Representations of Robert Sands

22. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Richard Sands, with appendix and Representations of Richard Sands

23. Transfer and Assignment from the Abigail Stern Trust to CWC Partnership I

24. Transfer and Assignment from the Zachary Stern Trust to CWC Partnership I

25. Transfer and Assignment from Robert Sands to Alpha I, L.P.

26. Transfer and Assignment from Richard Sands to Alpha I, L.P.

27. Transfer and Assignment from Marilyn Sands to Alpha I, L.P.

28. Transfer and Assignment from CWC Partnership I to Alpha I, L.P.

29. Transfer and Assignment from Andrew Stern to Alpha I, L.P.

30. Transfer and Assignment from The Marvin Sands Master Trust to Alpha I, L.P.

31. 12/20/2001 Letter from Richard Sands to Lynn Lyttle

32. 12/13/2001 Letters from Sands family members to Lynn Lyttle

33. Journal Entries for purchase of Yahoo and Corning stock by Alpha I, L.P.

34. Certificate of Organization for Beta Partners, LLC

35. LLC Operating Agreement of Beta Partners, LLC

36. Transfer and Assignment from Alpha I, L.P. to Beta Partners, LLC

37. Beta Partners, LLC Account Transaction Record

38. Merrill Lynch Account Statement for Gloria Robinson

39. PaineWebber Account Statement of Beta Partners, LLC

40. Trade Tickets for Closing Short Sales of Treasury Notes

41. Beta Partners, LLC Form 1065 for the Tax Year Ended 12/27/2001

42. Purchase Agreement between Alpha I, L.P. and Gloria Robinson

43. Alpha I, L.P. Wire Transfer Request and Confirmation

44. Mickey Management, L.P. Form 1065 for the Tax Year Ended 12/31/2002

45. M, L, R & R Form 1065 for the Tax Year Ended 12/31/2002

46. Certificate of Limited Partnership of Mickey Management, L.P.

47. Certificate of Incorporation for Mickey Management Inc.

48. 8/20/2001 Fax from Michael Mulligan to Robert Sands

49. Engagement Letters between Lewis, Rice & Fingersh, L.C. and Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust

50. Invoices from Lewis, Rice & Fingersh, L.C. to Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust

51. CWC Partnership I Form 1065 for the Tax year Ended 12/31/2002

52. Affidavit of Robert Sands

53. Affidavit of Richard Sands

54. Affidavit of Kevin Witriol

55. Declaration of William Falk

56. Uncorrected copy of Excerpts from the 6/13/2007 Deposition of Robert Sands

57. Uncorrected copy of Excerpts form the 6/12/2007 Deposition of Richard Sands

58. Excerpts from the M, L, R& R Form 1065 for the Tax Year Ended 12/31/2001

59. Trade Tickets for short sales of Robert Sands, Richard Sands, Marilyn Sands, Abigail Stern Trust, and Zachary Stern Trust from August 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 5th day of July 2007.

Julie P. Bowling

Julie P Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8023
F: 404-853-8806