**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: July 5, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**APPENDIX A AND B TO PLAINTIFFS' RESPONSE TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT IN CAUSE NOS. 06-407T, 06-408T, 06-411T, 06-810T, AND 06-811T AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**


| **EXHIBIT** | **APPENDIX A** | **PAGE** |
|---|---|---|
| 1. | WILLIAM S. MCKEE ET AL., FEDERAL TAXATION OF PARTNERSHIPS AND PARTNERS ¶ 7.03 (3d ed.1997) | APP-A-1 |
| 2. | S. REP. NO. 81-2375, pages 85-88 (1950) | APP-A-9 |
| 3. | Staff of the Joint Committee on Taxation, 98th Cong., GENERAL EXPLANATION OF THE REVENUE PROVISIONS OF THE DEFICIT REDUCTION ACT OF 1984 at 156-57 (Comm. Print 1985) | APP-A-14 |
| 4. | THE NEW ROGET'S THESAURUS IN DICTIONARY FORM 126-27 (Norman Lewis, ed., Berkley Books rev. ed 1978) (1961) | APP-A-17 |
| 5. | Temp. Treas. Reg. § 1.752-1T(k) (excerpt from now withdrawn regulation) | APP-A-19 |
| 6. | ALICE WELT CUNNINGHAM, SHORT-SALE OBLIGATIONS AND BASIS IN PARTNERSHIP INTERESTS, 72 TAX NOTES 1663 (1996) | APP-A-21 |

7. Richard Starke Testimony (excerpts) and Notes from Jade Trading, LLC v. United States, #03-2164T APP-A-39

| **EXHIBIT** | **APPENDIX B** | **PAGE** |
|---|---|---|
| 1. | 7/24/2001 Letter from Robert Sands to Gary Kornman | APP-B- 1 |
| 2. | 7/29/2001 Letter from Gary Kornman to Robert Sands including list of references | APP-B-2 |
| 3. | Excerpts from 9/30/2005 Administrative Proceeding Deposition of Richard Sands | APP-B-6 |
| 4. | Alpha I, L.P. Certificate of Limited Partnership | APP-B-11 |
| 5. | Agreement of Limited Partnership of Alpha I, L.P. | APP-B-13 |
| 6. | Alpha I, L.P. Form 1065 for the Year Ended 12/31/2001 | APP-B-44 |
| 7. | Alpha I, L.P. Form 1065 for the Year Ended 12/31/2002 | APP-B-64 |
| 8. | CWC Partnership I Form 1065 for the Year Ended 12/31/2001 | APP-B-99 |
| 9. | Articles of Incorporation for R, R, M & C Management Corporation | APP-B-227 |
| 10. | Written Consent of the Directors of R, R, M & C Management Corporation in Lieu of the Organization Meeting | APP-B-229 |
| 11. | Unanimous Written Consent of the Directors of R, R, M & C Management Corporation | APP-B-235 |
| 12. | Stock Certificates for R, R, M & C Management Corporation | APP-B-236 |
| 13. | Alpha I, L.P. Total Fund Review for Period ended March 31, 2007 | APP-B-247 |

14. December 2001 Account Statements for Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust APP-B-253

15. Trade Tickets for Short Sales of Treasury Notes for Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust APP-B-298

16. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of The Marvin Sands Master Trust, with appendix and Representations of the Trustees APP-B-312

17. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Andrew Stern, with appendix and Representations of Andrew Stern APP-B-415

18. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Marilyn Sands, with appendix and Representations of Marilyn Sands APP-B-516

19. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of Abigail Stern Trust, with appendix and Representations of the Trustees APP-B-620

20. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to the Trustees of Zachary Stern Trust, with appendix and Representations of the Trustees APP-B-726

22. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Robert Sands, with appendix and Representations of Robert Sands APP-B-832

22. Lewis, Rice & Fingersh, L.C. Tax Opinion issued to Richard Sands, with appendix and Representations of Richard Sands APP-B-936

23. Transfer and Assignment from the Abigail Stern Trust to CWC Partnership I APP-B-1040

24. Transfer and Assignment from the Zachary Stern Trust to CWC Partnership I

APP-B-1048

25. Transfer and Assignment from Robert Sands to Alpha I, L.P. APP-B-1056

26. Transfer and Assignment from Richard Sands to Alpha I, L.P. APP-B-1062

27. Transfer and Assignment from Marilyn Sands to Alpha I, L.P. APP-B-1068

28. Transfer and Assignment from CWC Partnership I to Alpha I, L.P. APP-B-1075

29. Transfer and Assignment from Andrew Stern to Alpha I, L.P. APP-B-1081

30. Transfer and Assignment from The Marvin Sands Master Trust to Alpha I, L.P. APP-B-1088

31. 12/20/2001 Letter from Richard Sands to Lynn Lyttle APP-B-1096

32. 12/13/2001 Letters from Sands family members to Lynn Lyttle APP-B-1097

33. Journal Entries for purchase of Yahoo and Corning stock by Alpha I, L.P. APP-B-1100

34. Certificate of Organization for Beta Partners, LLC APP-B-1103

35. LLC Operating Agreement of Beta Partners, LLC APP-B-1106

36. Transfer and Assignment from Alpha I, L.P. to Beta Partners, LLC APP-B-1148

37. Beta Partners, LLC Account Transaction Record APP-B-1156

38. Merrill Lynch Account Statement for Gloria Robinson APP-B-1157

39. PaineWebber Account Statement of Beta Partners, LLC APP-B-1160

40. Trade Tickets for Closing Short Sales of Treasury Notes APP-B-1178

41. Beta Partners, LLC Form 1065 for the Tax Year Ended 12/27/2001 APP-B-1180

42. Purchase Agreement between Alpha I, L.P. and Gloria Robinson APP-B-1189

43. Alpha I, L.P. Wire Transfer Request and Confirmation APP-B-1192

44. Mickey Management, L.P. Form 1065 for the Tax Year Ended 12/31/2002 APP-B-1195

45. M, L, R & R Form 1065 for the Tax Year Ended 12/31/2002 APP-B-1214

46. Certificate of Limited Partnership of Mickey Management, L.P. APP-B-1269

47. Certificate of Incorporation for Mickey Management Inc. APP-B-1270

48. 8/20/2001 Fax from Michael Mulligan to Robert Sands APP-B-1272

49. Engagement Letters between Lewis, Rice & Fingersh, L.C. and Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust APP-B-1281

50. Invoices from Lewis, Rice & Fingersh, L.C. to Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust APP-B-1295

51. CWC Partnership I Form 1065 for the Tax year Ended 12/31/2002 APP-B-13316

52. Affidavit of Robert Sands APP-B-1348

53. Affidavit of Richard Sands APP-B-1355

54. Affidavit of Kevin Witriol APP-B-1361

55. Declaration of William Falk APP-B-1366

56. Uncorrected copy of Excerpts from the 6/13/2007 Deposition of Robert Sands APP-B-1373

57. Uncorrected copy of Excerpts form the 6/12/2007 Deposition of Richard Sands APP-B-1386

58. Excerpts from the M, L, R& R Form 1065 for the Tax Year Ended 12/31/2001 APP-B-1402

59. Trade Tickets for short sales of Robert Sands, Richard Sands, Marilyn Sands, Abigail Stern Trust, and Zachary Stern Trust from August 2001. APP-B-1407