RECEIVED
ATLANTA GA.
SEP 15 1981
Sutherland, Asbill
and Brennan

# THE NEW ROGET'S THESAURUS

## OF THE ENGLISH LANGUAGE IN DICTIONARY FORM

By NORMAN LEWIS

**LIBRARY EDITION**

**Revised, Updated 1978 Edition**

*Based on C. O. Sylvester Mawson's alphabetical arrangement of the famous Roget system of word classification*

G. P. PUTNAM'S SONS, NEW YORK

EXHIBIT
tabbies
4

dan, Jordan's bank, Stygian shore; dormition (*fig.*), the great adventure, happy hunting grounds, last breath, last sleep, night, tomb, quietus; death instinct, thanatos (*Freud*); desire for death, necromania; apparent death, suspended animation, asphyxia, asphyxiation; capital punishment, execution, electrocution, hanging, halter.
**gangrene,** mortification, necrosis, phagedena.
**death song,** dirge, funeral hymn, coronach, requiem, elegy, threnody.
**necrology,** obituary, death notice, obituary notice, register of deaths; mortality, death rate; necrologist, obituarian, obituarist.
**corpse,** dead body, dead person, ashes, cadaver, stiff (*slang*), corpus (*humorous*), corse (*poetic*), the deceased, decedent (*law*), the defunct, the departed; relics (*poetic*), remains; corpus delicti (*law*), casualty, victim, zombie, mummy, carcass.
**mortuary,** undertaking parlor, morgue; Elysium, Elysian Fields, Hades, other world.
II. *Verbs.* **die,** breathe one's last, croak (*slang*), decease, depart, expire, fall (drop, sink, etc.) dead, give up the ghost, go to the happy hunting grounds, join one's ancestors, kick the bucket (*slang*), pass away, pass on, perish, succumb, lose one's life, lay down one's life, go West, make the supreme sacrifice; predecease; drown, smother, stifle, strangle, suffocate, throttle; starve to death.
**gangrene,** mortify, necrose.
III. *Adjectives.* **dead,** deceased, departed, late, lifeless, stillborn; *ad patres* (*L.*), defunct, extinct.
**lifeless,** brute, exanimate, inanimate, inorganic; arid, inert, languid, languorous, listless, sluggish, spiritless, stodgy, torpid, vapid, washed-out, wooden, zestless; glassy, glazed, glazy, wooden (*as a look, stare, etc.*).
**dying,** at the point of death, at death's door, at the last gasp, mortal, commorient, moribund.
**corpselike,** pale, ghastly, cadaverous, cadaveric; defunctive.
[*pert. to death*] **lethal,** mortal, mortuary, necrotic, macabre; post-mortem, posthumous, post-obit, *post obitum* (*L.*); ante-mortem.
**deathlike,** deadly, deathful, deathly, ghastly, mortal.
See also END, INACTIVITY, INSENSITIVITY, KILLING, SUICIDE, TORTURE. *Antonyms*—See ACTIVITY, BIRTH, LIFE.

**deathblow,** *n.* *coup de grâce* (*F.*), finishing stroke (KILLING).
**deathless,** *adj.* immortal, undying, eternal, imperishable (ENDLESSNESS).
**debacle,** *n.* dud (*colloq.*), washout (*colloq.*), fiasco (FAILURE).
**debar,** *v.* exclude, bar, shut out, keep out (EXCLUSION).
**debark,** *v.* disembark, detrain, deplane, dismount (DEPARTURE).
**debase,** *v.* demean, degrade, abase, humble, bemean (HUMILIATION, MEANNESS); devaluate, devalue, cheapen, depreciate (WORTHLESSNESS).
**debatable,** *adj.* dubious, moot, disputable, questionable, controversial, contestable (UNCERTAINTY, DISAGREEMENT, INQUIRY).

---

**DEBATE.**—I. *Nouns.* **debate,** debating, agitation, argument, argumentation, controversy, disceptation, contention, disputation, dialectic, dialecticism, polemics.
**debater,** arguer, disceptator, disputant, disputer, picador, dialectician, polemic, polemicist, polemist, polemician; wrangler.
[*art of debate*] **dialectic,** dialectics, polemics.
II. *Verbs.* **debate,** agitate, argue, controvert, discept, dispute, wrangle.
III. *Adjectives.* [*relating to debate*] **forensic,** dialectic, dialectical, polemic, polemical.
See also DISAGREEMENT, OPPOSITION, STATEMENT, TALK. *Antonyms*—See AGREEMENT, ASSENT.

---

**debauch,** *v.* dissipate, wander, racket, riot (IMMORALITY, PLEASURE); seduce, betray, initiate, whore; fornicate, fraternize, intrigue (SEXUAL IMMORALITY, SEXUAL INTERCOURSE).
**debauched,** *adj.* dissipated, dissolute, rackety (PLEASURE); depraved, fast (*colloq.*), wanton (SEXUAL IMMORALITY).
**debauchery,** *n.* sensuality, sybaritism, dissipation, indulgence, license, animalism (PLEASURE, INTEMPERANCE); fornication, fraternization, intimacy (SEXUAL INTERCOURSE).
**debilitate,** *v.* weaken, enfeeble, devitalize, emasculate, eviscerate (WEAKNESS).
**debilitated,** *adj.* spent, limp, enervated, exhausted (WEAKNESS).
**debility,** *n.* enervation, exhaustion, enfeeblement (WEAKNESS).
**debris,** *n.* rubbish, trash, junk (*colloq.*), rubble (USELESSNESS, UNCLEANNESS).

---

**DEBT.**—I. *Nouns.* **debt,** obligation, liability, dues, debit, arrear.
**debts,** arrears, arrearage, indebtedness, liabilities.
[*record of a debt*] **bill,** statement, account,



invoice, manifest; check, tab, reckoning, score, tally; debit, I.O.U., chirograph, chit, memorandum, memo, note, promissory note, obligation, debenture; receipt, voucher, acknowledgment.
**debtor,** ower, borrower, mortgagor, cosigner.
**defaulter,** defaultant, delinquent, repudiator, welsher (*colloq.*), deadbeat; bankrupt, insolvent.
**default,** repudiation; bankruptcy, insolvency, nonpayment.
**credit,** trust, installment plan, installment buying, time payments, deferred payments, down payment; installment house, credit house.
**loan,** advance, accommodation, mortgage, investment.
**creditor,** debtee, Shylock, mortgagee.
**moneylender,** money broker, moneymonger, pawnbroker, uncle (*slang*), banker, usurer.
**pawnshop,** pawnbroker's, uncle's (*slang*), three balls; loan company.
II. *Verbs.* **be in debt,** owe, incur (*or* contract) a debt, run up a bill; borrow, run into debt, be in financial difficulties.
**vouch for,** answer for, be surety for, guarantee, go bail for; back one's note, cosign.
**indebt,** obligate, bind, astrict.
**default,** dishonor, repudiate, welsh (*colloq.*), not pay.
**lend,** loan, advance, accommodate with; invest.
III. *Adjectives.* **indebted,** obligated, bound, bounden, beholden, astricted; in debt, in embarrassed circumstances, in financial difficulties, encumbered, loaded down with debts.
**liable,** accountable, responsible, chargeable, answerable for.
**in default,** delinquent; bankrupt, insolvent, broke (*slang*).
**unpaid,** owing, due, unsettled, unliquidated, unsatisfied, in arrears, outstanding, delinquent, overdue.
**on credit,** on installment, on account.
*Antonyms*—See PAYMENT.

---

**debut,** *n.* entree, admission, incoming (INGRESS).
**decadent,** *adj.* degenerate, depraved, degraded, decayed, corrupt (IMMORALITY, DETERIORATION, DECAY).

---

**DECAY.**—I. *Nouns.* **decay,** decomposition, rot, putrefaction, spoilage, breakdown, caries, cariosity; putrescence, putrescency, putridity, putridness, rottenness; pythogenesis, gangrene; marcescence (*bot.*); decadence, decadency.
**wasting away,** waste, atrophy, contabescence, marasmus, consumption, blight, blast; decline, disintegration, dissolution, dilapidation.
II. *Verbs.* **decay,** decompose, rot, putrefy, putresce, spoil, fester, gangrene, molder, addle (*of eggs*).
**waste away,** waste, rot away, molder away, shrivel, wither, atrophy, blast, blight, consume, crumble, dilapidate, disintegrate, dissolve, decline, perish; pine, pine away, languish.
III. *Adjectives.* **decayed,** decomposed, moldered, rotten, rotted, putrescent, putrefied, putrid, putrefacted, spoiled, addle (*of eggs*), carious, gangrenous, carrion; decadent.
**wasted away,** wasted, marcescent (*bot.*), shriveled, etc. (see *Verbs*); marasmous, marasmic, marantic.
**putrefacient,** putrefactive, pythogenic, pythogenetic, saprogenic, saprogenous, septic.
See also DESTRUCTION, DETERIORATION, DISJUNCTION. *Antonyms*—See COMBINATION, PRODUCTION.

---

**decease,** *n.* demise, dying, departure (DEATH).
**deceit,** *n.* fraud, fraudulence, misrepresentation, duplicity (DECEPTION).
**deceive,** *v.* delude, dupe, fool, hoax (DECEPTION); lie to, be dishonest with (FALSEHOOD).
**decent,** *adj.* respectable, august, estimable (RESPECT); chaste, maidenly, proper (MODESTY); equitable, ethical, just (PROPRIETY); fair, mediocre, middling (GOOD).

---

**DECEPTION.**—I. *Nouns.* **deception,** deceit, fraud, duplicity, fraudulence, misrepresentation, bluff; craft, cunning, dishonesty, Machiavellianism, obliquity, subtility, subtlety, treachery; beguilement, sharp practices, chicanery, cozenage, dupery, guile; humbuggery, hocus-pocus, hanky-panky, illusion, imposition, imposture, legerdemain, pettifoggery; knavery, japery, rascality, roguery, shenanigans (*colloq.*), skulduggery, trickery, wiles.
**illusoriness,** illusiveness, colorability, colorableness, plausibility, plausibleness, speciousness, speciosity; disguise, gloss, varnish; façade, front, false front, bluff, false colors, camouflage, masquerade.
**double-dealing,** two-facedness, ambidexterity, ambidextrousness, hypocrisy, duplicity.
**trick,** artifice, cheat, chicane, dodge, device, bilk, flam, flimflam (*colloq.*), hoax, humbug, ruse, shift, pretext, stall (*slang*), feint, stratagem, subterfuge, swindle,