Constellation
*Building stellar brands*

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716·218·2120
fax 716·218·2160

**Robert S. Sands**
*Group President*

July 24, 2001

*Via telefax -- 972-980-9435*

Mr. Gary Kornman
Chief Executive Officer
The Heritage Organization, L.L.C.
Suite 800, East Tower
5001 Spring Valley Road
Dallas, Texas 75244

Dear Gary:

We have reviewed your proposed agreement and have prepared a Supplemental Agreement and Amendment to address the issues therein. The terms of this Agreement are somewhat self-explanatory but I would be glad to discuss them with you after your review. Outside counsel may have some additional comments on review.

Also, we have still not received references. We have asked for this several times. I would request that we receive at least two principals and two attorneys of major U.S. firms that have been involved in transactions similar to those which we are contemplating and can attest to your firm's ability to accomplish the goals discussed. We have also not received a copy of the agreement which you would expect our legal counsels and accountants to execute. It is important that this be received at the earliest possible time.

Please do not hesitate to give me a call after you have reviewed the attached.

Sincerely,

CONSTELLATION BRANDS, INC.

Robert S. Sands
Group President

EXHIBIT
tabbies
1

RSS/kjm
c: James A. Locke, Esq.

Att.
P\KMEGAFFE\Word\heritage-kornman.doc