THE HERITAGE ORGANIZATION, L.L.C.

July 29, 2001

PERSONAL & CONFIDENTIAL

Mr. Robert Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Rob:

You will find enclosed professional and client references. I believe you will be satisfied with the quality of the three professionals and the magnitude of the clients.

Mr. Edward D. Ahrens is a partner at the law firm of Ahrens & DeAngeli in Seattle, Washington. He was the Director of Family Wealth Planning for Arthur Andersen & Company in the Pacific Northwest and was also one of twelve members of Arthur Andersen's National Family Wealth Planning Specialty Team. Mr. Ahrens was selected in the field of Trusts and Estates in the 1989/1990 edition of The Best Lawyers in America (Woodward/White) and was elected as a Fellow in the American College of Trust and Estate Counsel in 1987.

David Sarver is a graduate of the University of Chicago Graduate School of Business and University of Chicago School of Law. He was the chief income tax attorney for the Illinois Department of Revenue, and is a certified public accountant (formerly a tax partner with Arthur Andersen & Co. and Laventhol & Horwath.) Since leaving the practice of public accounting, he has been the internal financial advisor to Ted Mann. Mr. Mann was the founder and sole owner of Mann Theaters which he sold to Paramount Pictures for several hundred million dollars. I have enclosed the information *Forbes* published in 1988 regarding Mr. Mann to give you an idea of his background. Mr. Mann passed away earlier this year, but Mr. Sarver continues to work as financial advisor for the Mann family.

EXHIBIT
2

APP-B-2 SANDS4489

Rick Penske was the Chief Executive Officer and Chairman of the Board of Piercing Pagoda, Incorporated, a nationwide retail chain of 940 mall-based jewelry stores, located in 44 states and Puerto Rico. Mr. Penske founded the company with only two stores in 1973 and after expanding the chain to nearly 400 stores, he successfully took the corporation public in 1994. Mr. Penske recently sold Piercing Pagoda to the Zale Corporation.

These gentlemen should serve to better acquaint you with The Heritage Organization.

Sincerely,

Tim W. Seaberg

TWS:jsr
Enclosures

# REFERENCES

Edward D. Ahrens
Ahrens & DeAngeli, pllc
1001 Fourth Avenue Plaza, Suite 4333
Seattle, Washington 98154
(206) 652-5561

As the representative of Ted Mann:
David Sarver, J.D., M.B.A., C.P.A.
P.O. Box 210 (for US Mail)
581 Harborview Lane (for UPS and FedEx)
Deer Harbor, Washington 98243
(360) 376-4435
(360) 317-4580 cell

Richard H. "Rick" Penske
1851 Saucon Valley Road
Bethlehem, Pennsylvania 18015
(610) 866-3613




## Ted Mann

**$215 million**

*Movie theaters. Los Angeles*

*65. Divorced, remarried (to actress Rhonda Fleming); 2 daughters.*

Son of North Dakota homesteaders; raised in Minneapolis. Built Midwest movie theater chain; sold 1968, kept some real estate. To LA mid-1960s. Bought ailing 270-theater National General chain for $67 million 1973, including venerable Grauman's Chinese Theatre–change to Mann's Chinese not well received. Rebuilt chain through trades, construction; sold with nearly 400 screens for $245 million 1986: "He had the golden touch." Still manages theaters; produces movies, invests in production companies. Assuming capital gains tax, net worth believed at least $215 million.

*Source: Forbes 400, 1988 Edition*