No. LP0013147

# STATE OF MISSOURI

SEAL OF THE SECRETARY OF STATE MISSOURI

Matt Blunt
Secretary of State

LIMITED PARTNERSHIP SECTION

CERTIFICATE OF LIMITED PARTNERSHIP

WHEREAS,

ALPHA I L.P.

filed its CERTIFICATE OF LIMITED PARTNERSHIP with this office on the 3rd day of DECEMBER, 2001, and that filing was found to conform to the Missouri Revised Uniform Limited Partnership Act;

NOW, THEREFORE, I, MATT BLUNT, Secretary of State of the State of Missouri, by virtue of authority vested in me by law, do certify and declare that on the 3rd day of DECEMBER, 2001, the above entity is a limited partnership, organized in this state and entitled to any rights granted limited partnerships organized under the Missouri Revised Uniform Limited Partnership Act.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 3rd day of DECEMBER, 2001.

THE GREAT SEAL OF THE STATE OF MISSOURI MDCCCXX

Matt Blunt
Secretary of State

$105.00

EXHIBIT
tabbies
4

# CERTIFICATE OF LIMITED PARTNERSHIP

FILED

DEC 03 2001

Matt Blunt
SECRETARY OF STATE

SECRETARY OF STATE
STATE OF MISSOURI
P.O. BOX 778
JEFFERSON CITY, MO 65102

The undersigned general partner, for the purpose of forming a limited partnership under the Missouri Revised Uniform Limited Partnership Act, hereby states the following:

(1) The name of the limited partnership is Alpha I L.P.

(2) The name and address of the limited partnership's initial registered agent is:

Michael D. Mulligan
500 North Broadway, Suite 2000
St. Louis, Missouri 63102

(3) The name and mailing address of the general partner is:

R, R, M & C Management Corporation
500 North Broadway
Suite 2000
St. Louis, Missouri 63102

(4) The latest date upon which the limited partnership is to be dissolved is December 31, 2051.

(5) The effective date of this document is the date it is filed by the Secretary of State of Missouri.

In affirmation thereof, the facts stated above are true as of this 3rd day of December, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________
Robert Sands, President

904584.1

SANDS8535