CWCI 09/16/2002 10:35 AM

Partner# 4

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶See separate instructions.

For calendar year 2001 or tax year beginning , and ending

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ 16-6433305

Partnership's identifying number ▶ 16-1472626

Partner's name, address, and ZIP code
Trust FBO Andrew Stern U/A Fifth C
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's name, address, and ZIP code
CWC Partnership I
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Trust

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 0.788970% | 0.000000% |
| Loss sharing | 0.788970% | 0.000000% |
| Ownership of capital | 0.788970% | Various% |

E IRS Center where partnership filed return:
Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 7,683 |
| Other | $ 54,411 |

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 53,673 | | 282,532 | ( 6,880 ) | 329,325 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of wkst. for Sch. D, ln. 29 |
| | f Other portfolio income (loss) (att. schedule) | 4f | | Enter on applic. ln. of your rtn. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applic. ln. of your rtn. |
| Deductions | 8 Charitable contributions (see instr.) (att. sch.) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio inc. (att. sch.) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

DAA

SANDS0116

CWCI 09/16/2002 10:35 AM
Partner# 4

Schedule K-1 (Form 1065) 2001 Trust FBO Andrew Stern U/A Fifth C c/o Constellation Brands, Inc. 16-1472626 Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 6,880 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| Supplemental Information | 25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed): | | | |

DAA

SANDS0117

Schedule K-1 (Form 1065) 2001

CWCI 09/16/2002 10:35 AM

Partner# 5

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶See separate instructions.

For calendar year 2001 or tax year beginning , and ending

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ 16-6433303

Partner's name, address, and ZIP code
Trust FBO Abigail Stern U/A Fifth G
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's identifying number ▶ 16-1472626

Partnership's name, address, and ZIP code
CWC Partnership I
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ Trust

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 7.823500% | 49.500000% |
| Loss sharing | 7.823500% | 49.500000% |
| Ownership of capital | 7.823500% | Various% |

E IRS Center where partnership filed return:
Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 237,731 |
| Other | $ 1,764,109 |

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 179,129 | 10,581,403 | -570,649 | | 10,189,883 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 40,103 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | -53 | |
| | 3 Net income (loss) from other rental activities | 3 | -586 | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 179,649 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 70,592 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | 4 | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | -509,913 | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | 105,406 | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of wkst. for Sch. D, ln. 29 |
| | f Other portfolio income (loss) (att. schedule) See Stmt | 4f | -3 | Enter on applic. ln. of your rtn. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 4,236 | |
| | 7 Other income (loss) (attach schedule) See Stmt | 7 | 13,962 | Enter on applic. ln. of your rtn. |
| Deductions | 8 Charitable contributions (see instr.) (att. sch.) See Stmt | 8 | 257,368 | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 187,530 | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits See Stmt | 13 | 6 | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065. Schedule K-1 (Form 1065) 2001

SANDS0118

DAA

CWCI 09/16/2002 10:35 AM

Partner# 5 Trust FBO Abigail Stern U/A Fifth G

Schedule K-1 (Form 1065) 2001 c/o Constellation Brands, Inc. 16-1472626 Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Invest-ment Interest | 14a Interest expense on investment debts | 14a | 238,355 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 250,242 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employ-ment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjust-ments and Tax Prefer-ence Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | 10,136 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | -75 | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ VARIOUS | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) See Stmt | 17d(2) | 9,660 | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) See Stmt | 17f(2) | 704 | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☒ Paid ☐ Accrued | 17g | 874 | Form 1116, Part II |
| | h Reduction in taxes available for credit | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | 227 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses See Stmt | 21 | 172 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Unrecaptured Section 1250 Gain | 831 |
| Interest from US Obligations Included in Line 4a | 13,722 |
| US Dividend Income included on Line 4b | 38,122 |
| All section 1231 gains and losses are passive | |
| Non-NY Municipal Income included on Line 19 | 225 |
| Passive Loss included in line 1 | -21,411 |
| Non Passive Income included in line 1 | 23,319 |
| Partner's Share of Ohio (Cleveland City) Source Income | -5,725 |

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

9/16/2002 10:35 AM

# Partner K-1 Statements
## c/o Constellation Brands, Inc.
## Schedule K-1

Partner #: 5

Partner Name: Trust FBO Abigail Stern U/A Fifth G

SSN/EIN: 16-6433303

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| income from investments | $ -3 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| SECTION 1256 GAIN (LOSS) | $ 13,962 |

## Schedule K-1, Line 8 - Charitable Contributions

| Description | 50% | 30% | 20% | Total |
|---|---|---|---|---|
| see attached Form 8283 | $ | $ 257,346 | $ | $ 257,346 |
| Various organizations | 22 | | | 22 |
| | $ 22 | $ 257,346 | $ 0 | $ 257,368 |

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Bank Charges | $ 79 |
| Professional Fees | 171,341 |
| Amortization of Loan Costs | 505 |
| Investment fees | 7,208 |
| Bank charges | 67 |
| Accounting fees | 428 |
| Legal fees | 4,033 |
| Farallon Capital Partners, LP | 219 |
| TCW China Auto Components | 1,088 |
| LRRM | 6 |
| F/T - Bristol Harbour Assoc. | 64 |
| F/T - Oxford Tax Exempt Fund | 7 |
| F/T - RHD | 2,485 |
| | $ 187,530 |

Continued on Page 2

SANDS0120