CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

9/16/2002 10:35 AM

# Partner K-1 Statements
## c/o Constellation Brands, Inc.
## Schedule K-1

Partner #: 5

Partner Name: Trust FBO Abigail Stern U/A Fifth G

SSN/EIN: 16-6433303

### Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| Federal Tax W/H | $ 6 |

### Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| Various sources | $ 9,660 |

### Schedule K-1, Line 17f(2) - Listed Categories Deductions

| Description | Amount |
|---|---|
| Various sources | $ 704 |

### Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Oxford Tax Exempt | $ 19 |
| MLRR | 153 |
| | $ 172 |

SANDS0121

CWCI 09/16/2002 10:35 AM

Partner# 6

**SCHEDULE K-1** (Form 1065)
Department of the Treasury Internal Revenue Service

## Partner's Share of Income, Credits, Deductions, etc.

▶See separate instructions.

For calendar year 2001 or tax year beginning , and ending

OMB No. 1545-0099

**2001**

Partner's identifying number ▶ 16-6433304

Partnership's identifying number ▶ 16-1472626

Partner's name, address, and ZIP code
Trust FBO Zachary Stern U/A Fifth G
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's name, address, and ZIP code
CWC Partnership I
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ Trust

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 7.823500% | 49.500000% |
| Loss sharing | 7.823500% | 49.500000% |
| Ownership of capital | 7.823500% | Various% |

E IRS Center where partnership filed return:
Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 237,731 |
| Other | $ 1,764,109 |

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 179,129 | 10,581,403 | -570,650 | ( ) | 10,189,882 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 40,103 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | -53 | |
| | 3 Net income (loss) from other rental activities | 3 | -587 | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 179,647 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 70,592 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | 3 | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | -509,913 | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | 105,406 | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of wkst. for Sch. D, ln. 29 |
| | f Other portfolio income (loss) (att. schedule) See Stmt | 4f | -2 | Enter on applic. ln. of your rtn. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 4,237 | |
| | 7 Other income (loss) (attach schedule) See Stmt | 7 | 13,961 | Enter on applic. ln. of your rtn. |
| Deductions | 8 Charitable contributions (see instr.) (att. sch.) See Stmt | 8 | 257,368 | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 187,524 | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits See Stmt | 13 | 6 | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

DAA

SANDS0122

CWCI 09/16/2002 10:35 AM
Partner# 6 Trust FBO Zachary Stern U/A Fifth G
Schedule K-1 (Form 1065) 2001 c/o Constellation Brands, Inc. 16-1472626 Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Invest-ment Interest | 14a Interest expense on investment debts | 14a | 238,355 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 250,240 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employ-ment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjust-ments and Tax Prefer-ence Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | 10,136 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | -75 | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ VARIOUS | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | Form 1116, Part I |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) See Stmt | 17d(2) | 9,660 | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) See Stmt | 17f(2) | 703 | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☒ Paid ☐ Accrued | 17g | 874 | Form 1116, Part II |
| | h Reduction in taxes available for credit | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | 228 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses See Stmt | 21 | 171 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Unrecaptured Section 1250 Gain | 832 |
| Interest from US Obligations Included in Line 4a | 13,721 |
| US Dividend Income included on Line 4b | 38,122 |
| All section 1231 gains and losses are passive | |
| Non-NY Municipal Income included on Line 19 | 225 |
| Passive Loss included in line 1 | -21,411 |
| Non Passive Income included in line 1 | 23,318 |
| Partner's Share of Ohio (Cleveland City) Source Income | -5,726 |

DAA

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

9/16/2002 10:35 AM

# Partner K-1 Statements
## c/o Constellation Brands, Inc.
## Schedule K-1

Partner #: 6

Partner Name: Trust FBO Zachary Stern U/A Fifth G

SSN/EIN: 16-6433304

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| income from investments | $ -2 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| SECTION 1256 GAIN (LOSS) | $ 13,961 |

## Schedule K-1, Line 8 - Charitable Contributions

| Description | 50% | 30% | 20% | Total |
|---|---|---|---|---|
| see attached Form 8283 | $ | $ 257,347 | $ | $ 257,347 |
| Various organizations | 21 | | | 21 |
| | $ 21 | $ 257,347 | $ 0 | $ 257,368 |

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Bank Charges | $ 79 |
| Professional Fees | 171,340 |
| Amortization of Loan Costs | 504 |
| Investment fees | 7,209 |
| Bank charges | 67 |
| Accounting fees | 428 |
| Legal fees | 4,032 |
| Farallon Capital Partners, LP | 219 |
| TCW China Auto Components | 1,088 |
| LRRM | 5 |
| F/T - Bristol Harbour Assoc. | 63 |
| F/T - Oxford Tax Exempt Fund | 6 |
| F/T - RHD | 2,484 |
| | $ 187,524 |

Continued on Page 2

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

9/16/2002 10:35 AM

# Partner K-1 Statements
## c/o Constellation Brands, Inc.
## Schedule K-1

Partner #: 6

Partner Name: Trust FBO Zachary Stern U/A Fifth G

SSN/EIN: 16-6433304

### Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| Federal Tax W/H | $ 6 |

### Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| Various sources | $ 9,660 |

### Schedule K-1, Line 17f(2) - Listed Categories Deductions

| Description | Amount |
|---|---|
| Various sources | $ 703 |

### Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Oxford Tax Exempt | $ 18 |
| MLRR | 153 |
| | $ 171 |

CWCI 09/16/2002 10:35 AM

Form **4797**

Department of the Treasury Internal Revenue Service (99)

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184

**2001**

Attachment Sequence No. 27

Name(s) shown on return: c/o Constellation Brands, Inc.

Identifying number: 16-1472626

1 Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) — 1

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft-Most Property Held More Than 1 Year (See instructions.)

| | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| 2 | Pass through entity (Sch K-1) | | | | | | 8,559 |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 8,559 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instr.): | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 | Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: | 18 | |

a **For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed.

b **For individual returns:**

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions — 18b(1)

(2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 — 18b(2)

For Paperwork Reduction Act Notice, see page 7 of the instructions.

Form 4797 (2001)

DAA

There are no amounts for Page 2

SANDS0126

CWCI 09/16/2002 10:35 AM

Form **8283** (Rev. October 1998) Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.

▶ See separate instructions.

OMB No. 1545-0908

Attachment Sequence No. 55

Name(s) shown on your income tax return: C/o Constellation Brands, Inc.

Identifying number: 16-1472626

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A-** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

## Part I Information on Donated Property- If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | CWC Partnership I Charitable Trust<br>300 Willowbrook Office Park<br>Fairport NY 14450 | 24.975% R,R,M & C Group, LP |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 9/21/01 | Various | purchase | 23,338,608 | 519,892 | Other |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

## Part II Other Information- Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a-e.

a Enter the letter from Part I that identifies the property ▶ ____ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ▶ ____________ . (2) For any prior tax years ▶ ____________ .

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d For tangible property, enter the place where the property is located or kept ▶

e Name of any person, other than the donee organization, having actual possession of the property ▶

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions).

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

For Paperwork Reduction Act Notice, see page 4 of separate instructions. Form **8283** (Rev. 10-98)

DAA

**CWC Partnership I**
**CWC-I Charitable Remainder Unitrust 2001**
**Calculation of Present Value of Remainder Interest**

**Charitable Remainder Unitrust - Period for a Term of Years**

| | | | |
|---|---|---|---|
| **Donor** | CWC Partnership I | **Term** | 20 years |
| **Date of transfer** | September 21, 2001 | **Section 7520 interest rate** | 5.80% |
| **Pmt Frequency** | Annually | **First Annuity Payment Date** | 12/1/2001 |

**Contribution to unitrust** 24.975% Interest in R, R, M, & C Group, LP
**Unitrust contribution** 5,198,897.00

| | |
|---|---|
| 1. Amount Contributed | 5,198,897 |
| 2. Annuity rate (per trust agreement) | 10.8868% |

**STEP 1: Determine adjusted payout rate.**

| | |
|---|---|
| 3. Factor from Table F of Reg. 1.664-4(e)(6) using the assumed September 2001 Section 7520 interest rate of 5.8% | 0.990647 |
| 4. Adjusted payout rate (line 2 x line 3) | 0.107850 |

**STEP 2: Calculate the appropriate remainder factor.**

| | |
|---|---|
| 5. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is less than the adjusted payout rate listed on line 4 | 0.106000 |
| 6. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 5 | 0.106353 |
| 7. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is greater than the adjusted payout rate listed on line 4 | 0.108000 |
| 8. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 7 | 0.101694 |
| 9. Line 6 less line 8 | 0.004659 |
| 10. Line 4 less line 5 | 0.001850 |
| 11. Line 10 divided by .002 | 0.924879 |
| 12. Line 9 multiplied by line 11 | 0.004309 |
| 13. Line 6 minus line 12 *(adjusted to be as close to 10% as mathematically possible)* | 0.100001 |

**STEP 3: Determine present value of remainder interest.**

| | |
|---|---|
| 14. Value of charitable remainder interest (line 1 multiplied by line 13) ( ie, the donor's charitable contribution) | $ 519,892 |

**SANDS0128**

CWCI 09/16/2002 10:35 AM

Form **8825**

Department of the Treasury Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on back.

▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2001**

Name: /o Constellation Brands, Inc.

Employer identification number: 16-1472626

1 Show the kind and location of each property. See page 2 for additional properties.

A ..........

B ..........

C ..........

D ..........

| | | Properties A | Properties B | Properties C | Properties D |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through H | 17 | |
| 18 Total expenses. Add total expenses from line 16, columns A through H | 18 | ( ) |
| 19 Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | -107 |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) EIN |
|---|---|
| M, L, R & R | 16-1417876 |

21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on:
- Form 1065 or 1120S: Schedule K, line 2, or
- Form 1065-B: Part I, line 4

| 21 | -107 |
|---|---|

For Paperwork Reduction Act Notice, see back of form.

DAA

Form 8825 (2001)

APP-B-127

SANDS0129

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

# Federal Statements

9/16/2002 10:35 AM

## Statement 1 - Form 1065, Line 4 - Ordinary Income (Loss) from Other Entities

| Description | Amount |
|---|---|
| M, L, R & R | $ 3,853 |
| L,R,R & M, L.L.C. | 77,163 |
| Total | $ 81,016 |

## Statement 2 - Form 1065, Schedule K, Line 3b - Expenses From Other Rental Activities

| Description | Amount |
|---|---|
| Losses From Pass Through | $ 1,185 |
| Total | $ 1,185 |

## Statement 3 - Form 1065, Schedule K, Line 4f - Other Portfolio Income

| Description | Amount |
|---|---|
| income from investments | $ -5 |
| Total | $ -5 |

## Statement 4 - Form 1065, Schedule K, Line 7 - Other Income

| Description | Amount |
|---|---|
| SECTION 1256 GAIN (LOSS) | $ 28,205 |
| Total | $ 28,205 |

## Statement 5 - Form 1065, Schedule K, Line 8 - Charitable Contributions

| Description | 50% | 30% | 20% | Total |
|---|---|---|---|---|
| see attached Form 8283 | $ | $ 519,892 | $ | $ 519,892 |
| Various organizations | 43 | | | 43 |
| Total | $ 43 | $ 519,892 | $ 0 | $ 519,935 |

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

# Federal Statements

9/16/2002 10:35 AM

## Statement 6 - Form 1065, Schedule K, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Bank Charges | $ 160 |
| Professional Fees | 346,142 |
| Amortization of Loan Costs | 1,019 |
| Investment fees | 14,563 |
| Bank charges | 135 |
| Accounting fees | 865 |
| Legal fees | 8,146 |
| Farallon Capital Partners, LP | 442 |
| TCW China Auto Components | 2,198 |
| LRRM | 11 |
| F/T - Bristol Harbour Assoc. | 128 |
| F/T - Oxford Tax Exempt Fund | 13 |
| F/T - RHD | 5,019 |
| Total | $ 378,841 |

## Statement 7 - Form 1065, Schedule K, Line 13 - Other Credits

| Description | Amount |
|---|---|
| Federal Tax W/H | $ 12 |
| Total | $ 12 |

## Statement 8 - Form 1065, Schedule K, Line 17d(2) - Listed Categories Gross Inc

| Description | Amount |
|---|---|
| Various sources | $ 19,515 |
| Total | $ 19,515 |

## Statement 9 - Form 1065, Schedule K, Line 17f(2) - Listed Categories Deductions

| Description | Amount |
|---|---|
| Various sources | $ 1,421 |
| Total | $ 1,421 |

## Statement 10 - Form 1065, Schedule K, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| | $ 157 |
| Oxford Tax Exempt | 37 |
| MLRR | 309 |
| Total | $ 503 |

CWCI CWC Partnership I
16-1472626
FYE: 12/31/2001

# Federal Statements

9/16/2002 10:35 AM

## Statement 11 - Form 1065, Sch K, Ln 24 - Oth Items Reported Separately to Partners

| Description | Amount |
|---|---|
| Unrecaptured Section 1250 Gain | $ 1,680 |

## Statement 12 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Distributions receivable | $ | $ 159,935 |
| Due from Partners | | 1,465 |
| Total | $ 0 | $ 161,400 |

## Statement 13 - Form 1065, Schedule L, Line 8 - Other Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| Equity Investments | $ 1,247,965 | $ 24,552,559 |
| Partnership Interests | 10,554,015 | 13,619,391 |
| CWC Charitable Remain. Trust | | 22,777,201 |
| Total | $ 11,801,980 | $ 60,949,151 |

## Statement 14 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Margin Loan - Merrill Lynch | $ 414,353 | $ 162,705 |
| Total | $ 414,353 | $ 162,705 |

## Statement 15 - Form 1065, Sch M-1, Ln 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| | $ 157 |
| Oxford Tax Exempt | 37 |
| MLRR | 309 |
| Total | $ 503 |

## Statement 16 - Form 1065, Schedule M-2, Line 4 - Other Increases

| Description | Amount |
|---|---|
| Section 754 step up in basis | $ 30,270,556 |
| Total | $ 30,270,556 |

CV'C 07/10/2002 1:49 PM

Form **8800** (Rev. September 2000)
Department of the Treasury Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

OMB No. 1545-1057

▶ File a separate application for each return.

Please type or print. File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.

Name: CWC Partnership - I c/o Constellation Brands

Employer identification number: 16-1472626

Number, street, and room or suite no. If a P.O. box, see instructions.: 300 Willowbrook Office Park

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.: Fairport NY 14450

1 I request an additional extension of time until 10/15/02, to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year 2001, or other tax year beginning ............, and ending ............

b If this tax year is for less than 12 months, check reason: ☐ Initial return ☐ Final return ☐ Change in accounting period

4 Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
Additional time is requested to gather information to prepare a complete and accurate return.

5 Has the entity filed Form 8736 to request an extension of time to file for this tax year? ☒ Yes ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ CPA Date ▶ JUL 10 2002

**File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.**

**Notice to Applicant-To Be Completed by the IRS.**

☒ We HAVE approved this application. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application.
However, we have granted a 10-day grace period to ............. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other: ............

Director By: ............ Date

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

Please Type or Print

Name: Bernard Robinson & Company, L.L.P.

Number, street, and room or suite no. (If a P.O. box, see instructions.): PO Box 19608

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.: Greensboro NC 27419-9608

EXTENSION APPROVED
JUL 31 2002
LINDA WEISKOPF, FIELD DIRECTOR, SUBMISSION PROCESSING, OGDEN

For Paperwork Reduction Act Notice, see back of form.
DAA



APP-B-131

SANDS0133

CWCI 04/03/2002 3:33 PM

Form **8736** (Rev. October 2000)
Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1054

| | | |
|---|---|---|
| Please type or print. File by the due date for filing the return for which an extension is requested. See instructions. | Name: CWC Partnership - I c/o Constellation Brands | Employer identification number: 16-1472626 |
| | Number, street, and room or suite no. If a P.O. box, see instructions. 300 Willowbrook Office Park | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. Fairport NY 14450 | |

1 I request an automatic 3-month extension of time to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year 2001, or other tax year beginning ............, and ending ............

b If this tax year is for less than 12 months, check reason:
☐ Initial return ☐ Final return ☐ Change in accounting period

4 If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions) ........ $

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0- ........ $

c **Balance due.** Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) ........ ▶ $ -0-

**Caution:** Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.

COPY

# Appraisal of the R, R, M & C GROUP Limited Partnership

September 21, 2001

GOERIG & ASSOCIATES, L.L.C.

George E. Goerig
Laurie Beth Gregory

1007 West 3rd Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

January 9, 2002

VIA CERTIFIED MAIL

Mr. Brian Czerwinski
The Heritage Organization, L.L.C.
Suite 800, East Tower
5001 Spring Valley Road
Dallas, Texas 75244-3942

Re: Appraisal of the R, R, M & C Group Limited Partnership

Dear Mr. Czerwinski:

Please find enclosed two original copies of the Appraisal of the R, R, M & C Group Limited Partnership. If you have any questions or concerns, please do not hesitate to contact our office at (907) 278-9926.

Sincerely,
GOERIG & ASSOCIATES, L.L.C.

Adrianna M. Griffith
Legal Secretary

:amg
Enclosures

COPY

# APPRAISAL

# OF THE

# R, R, M & C GROUP, L.P.

(Dated September 21, 2001)

SANDS0137

# APPRAISAL OF THE
# R, R, M & C GROUP LIMITED PARTNERSHIP

## TABLE OF CONTENTS


SECTION 1. INTRODUCTION
- 1.1 Description of the Assignment
- 1.2 Scope of the Assignment
- 1.3 Applicability of Revenue Ruling 59-60
- 1.4 Definitions
- 1.5 Principal Sources of Information
- 1.6 Assumptions and Limiting Conditions

SECTION 2. OVERVIEW OF NATIONAL ECONOMY
- 2.1 General Economic Overview
- 2.2 Consumer Spending and Tourism
- 2.3 Construction and Real Estate
- 2.4 Manufacturing
- 2.5 Banking and Finance
- 2.6 Labor Markets
- 2.7 Agriculture and Natural Resources

SECTION 3. SURVEY OF THE SUBJECT LIMITED PARTNERSHIP
- 3.1 History
- 3.2 Business Purposes of the Partnership
- 3.3 Prior Transactions
- 3.4 Nature of the Partnership's Assets
- 3.5 Terms of the Partnership

SECTION 4. SELECTION OF VALUATION METHODOLOGY
- 4.1 Rationale
- 4.2 Selection of Methodology

SECTION 5. ADJUSTED NET ASSET VALUE OF THE PARTNERSHIP
- 5.1 Book Value of the Partnership

SECTION 6. ANALYZING THE MARKET PLACE FOR PUBLICLY-TRADED PARTNERSHIP INTERESTS
6.1 Analyzing the Market Place for Publicly Traded Partnerships: 1994-1997
6.2 Discount and Yield Averages: 1998
6.3 Discount and Yield Averages: 1999
6.4 Discount and Yield Averages: 2000
6.5 Discount and Yield Averages: 2001
6.6 Empirical Data as it Relates to Family Limited Partnerships
6.7 Selection of a Publicly Traded Discount

SECTION 7. ADJUSTMENTS FOR MARKETABILITY DISCOUNT
7.1 Adjustment for Marketability Discount:
7.2 Studies of Restricted Stock and Public Offerings:
7.3 Other Studies and Discount Factors
7.4 The Latest Study - The Value of Marketability as Illustrated in Dot.Com IPOs: May 1997 – March 2000 by John D. Emory, Sr., F. R. Dengel and John D. Emory, Jr.
7.5 Selection of Marketability Discount
7.6 Value Conclusion

SECTION 8. APPRAISER'S CERTIFICATION

ADDENDUM A APPRAISER'S QUALIFICATIONS

ADDENDUM B COPY OF R, R, M & C GROUP LIMITED PARTNERSHIP AGREEMENT

## APPRAISAL OF THE
## R, R, M & C GROUP LIMITED PARTNERSHIP

### SECTION 1. INTRODUCTION

**1.1 Description of the Assignment:**

The subject of this appraisal report is a 24.975% interest in the R, R, M & C GROUP LIMITED PARTNERSHIP, a closely held Missouri limited partnership. The subject business' primary business activity is an open-ended investment company. The objective of this appraisal is to determine the fair market value of a 24.975% limited partnership interest in the R, R, M & C GROUP LIMITED PARTNERSHIP for the purpose of establishing a fair market value of the limited partnership interest. The date of valuation is defined as the appraisal effective date and is September 21, 2001.

**1.2 Scope of the Assignment:**

The scope of my assignment is limited to establishing the fair market value of a 24.975% limited partnership interest in the R, R, M & C GROUP LIMITED PARTNERSHIP as of September 21, 2001 for the sole purpose of establishing its fair market value for gifting purposes.

**1.3 Applicability of Revenue Ruling 59-60:**

Revenue Ruling 59-60 specifies the relevant factors which must be considered in the preparation of an appraisal report concerning an operating business entity for any purpose involving the Internal Revenue Service. More specifically, those factors include the following:

(a) The nature of the business and the history of the enterprise since inception.