According to the 1997 study by *The Partnership Spectrum*, investors tapping the partnership secondary market for their real estate fix are buying units of real estate partnerships at an average price-to-value discount of 30%. This compares to the results of similar studies published in that newsletter in 1996 and 1995, which reported average price-to-value discounts of 38% and 41%, respectively.

While values for many real estate partnerships have improved in recent years as the nationwide real estate recovery has continued, secondary market prices have outpaced these gains, causing price-to-value discounts to shrink. A study published in the January/February 1997 issue of *The Partnership Spectrum* revealed that prices for a sample group of 200 real estate partnerships rose an average of 35% during the year ended January 31, 1997.

Higher secondary market prices reflect investor optimism about real estate in general, a perception supported by increasing cash flows and property values for most partnerships, and the potential for near-term liquidations in particular. While secondary market buyers certainly factor current distribution yields into their pricing models, the potential for reaping near-term capital gains from partnership liquidations is even more appealing than quarterly distributions which help pass the time until the big check arrives in the mail at liquidation time.

The 1998 price-to-value discount study features 130 real estate partnerships owning real estate assets ranging from insured mortgages to debt-laden apartment complexes. This represents a decrease from the 167 partnerships in the 1997 discount study, due primarily to partnership liquidations in the past year. Since price-to-value discounts tend to shrink considerably when a

partnership announces definitive, near-term liquidation plans, efforts were made to exclude such partnerships from the discount study.

For purposes of the 1997 study, the 130 partnerships were grouped into five categories instead of the six categories used in prior studies. The results of the 1997 study are as follows:

| Category | # of Partnerships | Average Discount |
|---|---|---|
| Equity - Distributing (low or no debt) | 48 | 28% |
| Equity – Distributing (moderate to high debt) | 24 | 37% |
| Equity - Non-Distributing | 27 | 42% |
| Triple-Net-Lease | 19 | 16% |
| Mortgages - Insured | 12 | 20% |

Despite the continuing run-up in prices for "used" units of real estate partnerships, price-to-value discounts have changed very little during 1998 as improving unit values have managed to keep pace with rising prices.

According to a new study by *The Partnership Spectrum,* investors in the relatively obscure partnership secondary market are purchasing units of limited partnerships at an average price-to-value discount of 29%. This figure is virtually unchanged compared to the results of a similar study published in that newsletter last year which reported an average discount of 30%.

As some investors abandoned the partnership secondary market during the past year due to concerns that this market had become too "pricey" in terms of price-to-value discounts, the latest crop of unit values has given this market something of a shot-in-the-arm. Based upon the results of a study published in the March/April 1998 issue of *The Partnership Spectrum* that compared year-end 1997 unit values for 131 real estate partnerships to their corresponding values for 1996, the average increase in unit value was a whopping 21%. Excluding one partnership in the study which

experienced an incredible eleven-fold jump in unit value, the 130 other partnerships in the study reported unit values that were an average of 13% higher for 1997 compared to 1996.

The higher unit values reported earlier this year by most real estate partnerships – especially equity-based programs which are the bread-and-butter of the partnership secondary market – have held in check price-to-value discounts for these partnerships which have dwindled over the past five years. Unless next year's crop of partnership values is as stellar as the 1998, however, it could be that the decline in discounts has been staved off only temporarily. This assumes, of course, that secondary market trading prices will continue to rise which seems very likely as product becomes more scarce due to partnership liquidations.

The 1998 price-to-value discount study features 114 partnerships owning real estate assets ranging from insured mortgages to restaurants to hotels. This sample group represents a decline from the 130 partnerships in the 1997 study and 167 partnerships in the 1996 study, due primarily to partnership liquidations. Because price-to-value discounts typically shrink considerably when a partnership announces definitive, near-term liquidation plans, efforts were made to exclude such partnerships from the study. The 1998 sample group of partnerships was bolstered, however, due to the inclusion of a number of partnerships that have reported unit values in recent months as a result of tender offers, but which have not otherwise reported unit values over the years.

All of the partnerships included in the 1998 price-to-value discount study are publicly-registered with the Securities and Exchange Commission, though none of the partnerships are publicly-traded on any recognized securities exchange. Instead, units of the partnerships are bought and sold in the so-called limited partnership secondary market. This market is comprised of ten to

twelve independent securities brokerage firms that act primarily as intermediaries in matching up buyers and sellers of units in non-listed partnerships of all types.

In the 1998 price-to-value discount study, the most recent unit values reported by the sample group of 114 partnerships were compared to the weighted average prices at which investors purchased units in these partnerships in the partnership secondary market during the two-month period of April and May 1998. The study incorporates a total of 700 actual purchase transactions reported to *The Partnership Spectrum* by the ten secondary market firms listed on the back page of the May/June 1998 issue. These firms report transaction data on a bi-monthly basis to *The Partnership Spectrum* which is compiled and reported in the "Secondary Spectrum" section.

The partnership unit values used in the study have been reported by the partnerships and represent either (i) valuations prepared internally by general partners, (ii) independent valuations prepared by third-party appraisers retained on behalf of the partnerships, or (iii) some combination of the two. Each unit value generally represents an estimate of the total amount of cash that would be distributed to limited partners on a per unit basis, based upon a hypothetical sale of the partnership's real estate assets at current market values and the liquidation of the partnership.

The results of the 1998 price-to-value discount study are consistent with previous studies reported in *The Partnership Spectrum* in that the two most important factors considered by secondary market buyers in pricing units of real estate partnerships are (i) whether the partnership is consistently paying periodic distributions and (ii) the degree of debt financing utilized by the partnership. This is evidenced by the relatively low price-to-value discounts of debt-free insured mortgage and triple-net-lease programs which consistently deliver high distribution yields to buyers.

At the other end of the discount spectrum are debt-laden partnerships that are unable to pay cash distributions on a current basis and have no real prospects for doing so in the foreseeable future.

### 6.2 Discount and Yield Averages: 1998

As with the 1997 price-to-value discount study, the 1998 study includes cash distribution data for each of the 114 partnerships. This data provides evidence that there is a clear link between discounts and cash distribution yields, and vice versa.

For the purposes of the study, the 114 partnerships were grouped into five categories. These categories and the average discount and distribution yield for each group of partnerships is provided in the table below.

| Partnership Category | Number of Partnerships | Average Discount | Average Yield |
|---|---|---|---|
| Equity – Distributing (low or no debt) | 34 | 27% | 8.0% |
| Equity – Distributing (moderate-to-high debt) | 29 | 36% | 6.7% |
| Equity – Non-Distributing | 21 | 43% | 0.0% |
| Triple-Net-Lease | 20 | 17% | 9.7% |
| Insured Mortgages | 10 | 12% | 9.8% |

### 6.3 Discount and Yield Averages: 1999

As with the 1998 price-to-value discount study, the 1999 study includes cash distribution data for each of the 95 partnerships. This data provides evidence that there is a clear link between discounts and cash distribution yields, as buyers are willing to accept lower discounts in exchange for higher current distribution yields, and visa versa.

The partnerships in the 1999 study were grouped into six categories, compared to five categories in previous studies. The new category in the current study includes partnerships holding

undeveloped land. The addition of undeveloped land partnerships to the study was made possible because, for the first time ever, the land partnerships sponsored by Inland Real Estate Corporation reported unit values in 1999 based upon independent appraisals.

The six categories and the average discount and distribution yield for each group of partnerships is provided in the table below.

| Partnership Category | Number of Partnerships | Average Discount | Average Yield |
|---|---|---|---|
| Equity - Distributing (low or no debt) | 27 | 25% | 8.8% |
| Equity - Distributing (moderate-to-high debt) | 17 | 35% | 6.9% |
| Equity - Non-Distributing | 15 | 46% | 0% |
| Undeveloped Land | 4 | 46% | 0% |
| Triple-Net-Lease | 22 | 14% | 9.5% |
| Insured Mortgages | 10 | 14% | 11.8% |

### 6.4 Discount and Yield Averages: 2000

As the informal secondary market for "used" units of otherwise non-traded limited partnerships continues to shrink due to liquidations, so have the price-to-value discounts at which buyers in this off-beat market are pricing the units of those partnerships still around.

According to a new study by *The Partnership Spectrum,* investors in the relatively obscure partnership secondary market are purchasing units of real estate partnerships at an average price-to-value discount of 25%. This compares to the results of similar studies published in the newsletter in recent years which reported average discounts of 27% (1999), 29% (1998) and 30% (1997).

To be sure, price-to-value discounts for the units of real estate partnerships have been on the decline since 1994 when a study reported an average price-to-value discount of 48%. While most of the decline in discounts from 1994 to 1997 is probably attributable to the real estate recovery and

the increased efficiency of the partnership secondary market, in more recent years the decline is apparently due to buyers anticipating near-term liquidations, even for those partnerships that have not announced any such plans. This has caused buyers to "pay up" for the units of many partnerships, based upon their perception of a partnership's prospects for liquidating in the next one to two years, thereby resulting in a relatively quick capital gain.

A veritable avalanche of partnership liquidations in recent years has given secondary market buyers good reason for factoring relatively short holding periods into their pricing models. Indeed, the flood of partnership liquidations that began as a trickle in 1996 has changed the partnership landscape significantly. During 1999 some 100 publicly-registered partnerships sold all of their remaining assets, adding to the 115 partnerships that did likewise in 1998. But the real liquidation tsunami is expected to occur this year as a whopping 200 public partnerships are expected to dispose of their remaining assets, according to information compiled by the newsletter.

As would be expected, this liquidation activity has taken a heavy toll on the partnership secondary market which experienced its heyday in terms of trading volume in 1996 at around $225 million. Trading volume for 1999 of about $110 million was roughly half of what it was in 1996. Based upon trading volume reported in the "Secondary Spectrum" section of the newsletter during the first half of this year, trading volume for all of 2000 will dip to around $75 million.

Partnership liquidations have resulted in a gradual decline in the number of partnerships included in the "Re-Sale Discount Studies" published in the newsletter over the years. The 2000 study features 87 real estate partnerships owning real estate assets ranging from apartment complexes to restaurants to insured mortgages. This sample group represents a decline from the 95

partnerships in the 1999 study and the 114 partnerships in the 1998 study, primarily due to partnership liquidations. Partnerships included in the 1999 study that have since sold all or substantially all of their assets include: Copley Realty Income Partners 3; Drexel Burnham Lambert Real Estate III; First Capital Institutional Properties 4; First Capital Income & Growth Fund XII; and Windsor Park Properties 3 and 6. At the time the 1999 discount study was published it seemed likely that the popular "CNL Income Fund" series of triple-net-lease partnerships would have been liquidated by now, but a plan to merge these partnerships into an affiliated REIT was abandoned earlier this year.

As with previous price-to-value discount studies published in *The Partnership Spectrum*, efforts were made to exclude from the current study any partnerships that have announced definitive, near-term liquidation plans. These partnerships are excluded from the study because price-to-value discounts typically shrink considerably once a partnership has announced near-term liquidation plans as buyers are willing to pay more for the units of these partnerships. Although the discounts are smaller, the high likelihood of realizing these smaller discounts through near-term liquidations makes for a worthwhile investment play.

A study that was published in the March/April 2000 issue of the newsletter found that the average price-to-value discount on *liquidating* partnerships is a mere 16%. This study included a total of 70 partnerships that sold their remaining assets form 1996 through April 2000. The sample group included 59 real estate partnerships and 11 partnerships that owned cabled television systems. The study indicated that, once definitive liquidation plan has been announced, price-to-value discounts shrink more for the units of non-distributing partnerships than for partnerships making

regular distributions. Nevertheless, with respect to the partnerships in this study, the units of distributing partnerships continued to be priced at lower discounts than non-distributing partnerships (16% vs. 22%), probably because if the liquidation plan falls apart or gets put on hold, these partnerships would be able to resume distributions to their limited partners while they wait for the next liquidation opportunity.

The 87 partnerships selected for the 2000 price-to-value discount study are all publicly-registered with the Securities and Exchange Commission, though none of the partnerships are publicly-traded on any recognized securities exchange. Instead, units of the partnerships are bought and sold in the so-called limited partnership secondary market. This market is comprised of ten to twelve independent securities brokerage firms that act primarily as intermediaries in matching up buyers and sellers of units in non-listed partnerships of all types.

In the 2000 study, the most recent unit values reported by the partnerships in the sample group were compared to the weighted average prices at which investors purchased units in these partnership in the secondary market during a two-month trading period. For 77 of the partnerships in the study, this trading period was April 1 through May 31, 2000. For the other 10 partnerships, it was necessary to use the two-month period of February 1 through March 31, 2000, since no trades were reported to the newsletter for these partnerships during April or May.

The current study incorporates a total of 564 actual purchase transactions reported to *The Partnership Spectrum* by the secondary market firms listed on the back page of the newsletter. These firms report transaction data on a bi-monthly basis to the newsletter which is compiled and

reported in the "Secondary Spectrum" section of each issue. The number of transactions in the new study is up from 508 in the 1999 study, despite there being eight fewer partnerships in the new study.

The partnership unit values used in the study have been reported by the partnerships and represent either (i) valuations prepared internally by general partners, (ii) independent valuation prepared by third-party appraisers retained on behalf of the partnerships, or (iii) some combination of the two. Each unit value generally represents an estimate of the total amount of cash that would be distributed to limited partners on a per unit basis, based upon a hypothetical sale of the partnership's real estate asset at current market values and the liquidation of the partnership, after payment of all related costs.

Consistent with the 1999 price-to-value discount study, the partnership in the new study were grouped into six categories based upon certain characteristics. While the average discount of 25% for the partnerships in the current study is down only slightly compared to 27% last year, within certain categories the average discount has changed significantly compared to last year. For instance, the average discount for equity-based partnerships that do not pay operating distribution has dropped from 46% to 35%. On the other hand, the average discount for triple-net-lease and insured mortgage partnerships has moved from 14% to 21%.

Nevertheless, the results of the 2000 price-to-value discount study are consistent with prior studies in that the two most important factors considered by secondary market buyers when pricing units of real estate partnerships continue to be (i) whether the partnership has the ability to pay operating distributions and (ii) the degree of debt financing utilized by the partnership. This is evidenced by the fact that the units of debt-free partnerships paying high distribution yields change

hands in the secondary market at the lowest price-to-value discounts, while non-distributing partnerships owning undeveloped land or debt-laden income properties typically trade at the highest discounts.

The six categories and the average discount and distribution yield for each group of partnerships is provided in the table below.

| Partnership Category | Number of Partnerships | Average Discount | Average Yield |
|---|---|---|---|
| Equity – Distributing (low or no debt) | 24 | 24% | 9.2% |
| Equity – Distributing (moderate-to-high debt) | 18 | 26% | 7.7% |
| Equity – Non-Distributing | 9 | 35% | 0.0% |
| Undeveloped Land | 3 | 40% | 0.0% |
| Triple-Net-Lease | 24 | 21% | 10.5% |
| Insured Mortgages | 9 | 21% | 12.5% |

## 6.5 Discount and Yield Averages: 2001

After declining steadily for the last six years, price-to-value discounts for the units of real estate partnerships changing hands in the informal limited partnership secondary market seem to have finally bottomed out. This will certainly come as good news to secondary market buyers, at least those who are still around.

According to a new study by *The Partnership Spectrum*, secondary market buyers are purchasing minority interest in publicly-held real estate partnerships at an average price-to-value discount of 28%. This figure is up slightly compared to the results of a similar study published in the May/June 2000 issue of the newsletter which reported an average price-to-value discount of 25%.

The results of this new study turn back the trend – at least temporarily – of gradually declining price-to-value discounts over the past several years as reported in prior years' discount

studies published in this newsletter. From 1994 through 2000, the average price-to-value discounts for the real estate partnerships included in these studies have been 48% (1994), 41% (1995), 38% (1996), 30% (1997), 29% (1998), 27% (1999) and 25% (2000).

While the average discount of 28% in the new study is up compared to last year, it would be far-fetched to assume that discounts are now headed in the other direction after years of thinning down. More than anything else, the results of this latest study simply indicate that discounts have finally bottomed out. At least so it seems.

To be sure, the higher average discount in this year's study is due to the composition of partnerships in the current study as opposed to a changed in pricing methodology by secondary market buyers. While price-to-value discounts for equity-based partnerships paying cash distributions, triple-net-lease programs and undeveloped land partnerships changed very little compared to the results of last year's study, discounts attributable to insured mortgage programs and non-distributing, equity-based partnerships are materially higher in the new study compared to last year. (The six categories of real estate partnerships included in this study are discussed in detail below.)

While some of the steep decline in price-to-value discounts over the past several years is certainly attributable to the increased efficiency of the partnership secondary market and the extended real estate boom, the primary reason for this decline is the fact that secondary market buyers have been factoring ever shorter anticipated holding periods into their pricing models. For instance, in 1993 and 1994, when average discounts for real estate partnerships were 46% and 48%,

respectively, secondary market buyers had no reason to expect that they were in for anything less than a long-term hold scenario of, say, eight to ten years.

This long-term scenario began to change, however, in 1995 and 1996 when some of the larger real estate partnership sponsors such as the Balcor Company and Merrill Lynch began to liquidate their partnerships. This liquidation spark became something of a wildfire in 1997 and 1998 when partnerships began to vanish from the scene like never before. In 1998, for instance, at least 115 publicly-registered partnerships sold all of their assets, followed by another 100 or so partnerships in 1999.

With real estate partnerships being liquidated left and right, secondary market buyers began to shorten the holding period assumptions in their pricing models, even for those partnerships that had not announced any liquidation plans whatsoever. Indeed, what had once been an 8 to 10 year anticipated holding period had now become more like a 3 to 5 year hold, maybe less.

With the prospect of reaping significant capital gains from partnership liquidations occurring in the relatively near future as opposed to some indefinite point at least 8 to 12 years out, secondary market buyers began to "pay up" for the units of real estate partnerships. This caused price-to-value discounts to decline as buyers bet on much shorter holding periods. These bets have paid off for the most part as hundreds of partnerships have been added to the liquidation scrap-heap in recent years.

The flood of partnership liquidations that began as a trickle in 1995 has transformed the partnership secondary market into a shadow of its former self. When this market reached its zenith in 1996, annual trading volume was about $225 million. Based upon trading volume reported in the "Secondary Spectrum" section of this newsletter during the first half of this year, trading volume for

all of 2001 will be in the range of only $60 to $65 million. The secondary market pickings have become so slim in the past few years that many buyers have left this market in search of greener pastures. They've also left his market with a lot more green in their wallets than they came with.

Partnership liquidations have caused a gradual decline in the number of partnerships included in the "Re-Sale Discount Studies" published in this newsletter over the years. This year's study features 75 partnerships owning real estate assets ranging form office buildings to restaurants to insured mortgages. This sample group is down form 87 partnerships in last year's study and 95 partnerships in the 1999 report, due primarily to partnership liquidations. Partnerships included in last year's study that have since sold all or substantially all of their real estate assets include: Capital Source I and II; Copley Pension Properties VII; John Hancock Realty Income Fund III; New England Life Pension Properties III, IV and V; and Windsor Park Properties 5 and 7. In addition to these liquidations, High Equity Partners 85, 86 and 88 were converted into individual, publicly-traded REITs earlier this year.

As with previous price-to-value discount studies published in *The Partnership Spectrum,* efforts were made to exclude from the current study any partnerships that have announced definitive, near-term liquidation plans. These partnerships are excluded from the study because price-to-value discounts typically shrink considerably once a partnership has announced near-term liquidation plans as buyers are willing to pay more for the units of these partnerships. Although the discounts are smaller, the high likelihood of realizing these discounts through near-term liquidations still makes a worthwhile investment play.

A study that was published in the March/April 2000 issue of this newsletter found that the average price-to-value discount on *liquidating* partnerships is a mere 16%. This study includes a total of 70 partnerships that sold their remaining assets from 1996 through April 2000. The sample group included 59 real estate partnerships and 11 partnerships that owned cable television systems. The study indicated that, once a definitive liquidation plan has been announced, price-to-value discounts shrink more for the units of non-distributing partnerships than for partnerships making regular distributions. Nevertheless, with respect to the real estate partnerships in this study, the units of distributing partnerships continued to be priced at lower discounts than non-distributing partnerships (16% versus 22%), probably because if the liquidation plan falls apart or gets put on hold, these partnerships would be able to resume distributions to their limited partners while they wait for the next liquidation opportunity.

A well-known real estate partnership that has been included in previous discount studies published in this newsletter but which is now in liquidation mode is Aetna Real Estate Associates. With all four of its remaining properties being marketed for sale, this partnership's units are being priced in the secondary market at about an 18% to 19% price-to-value discount. This is well below the average discount of 25% for the group of debt-free, equity-based partnerships paying regular distributions as reported in this new study.

It could be that the price-to-value discount for Aetna Real Estate Associates will dwindle further as this partnership moves ever closer to final liquidation. But as the results of the study on liquidating partnerships noted above suggest, secondary market buyers have set something of a "floor discount" for these partnerships that they are unwilling to go below.

The 75 partnerships selected for this year's price-to-value discount study are all publicly-held and publicly-registered with the Securities and Exchange Commission, though none of the partnerships are publicly-traded on any recognized securities exchange. Instead, units of the partnerships are bought and sold in the so-called limited partnership secondary market. This market is comprised of ten to twelve independent securities brokerage firms that act primarily as intermediaries in matching up buyers and sellers of units in non-listed partnerships of all types.

In this year's study, the most recent unit values reported by the partnerships in the sample group were compared to the weighted average prices at which investors purchased units in these partnerships in the secondary market during a two-month trading period. For 70 of the partnerships in the study, this trading period was April 1 through May 31, 2001. For the other 7 partnerships, it was necessary to use the two-month period of February 1 through March 31, 2001, since no trades were reported to this newsletter for these partnerships during April or May.

The current study incorporates a total of 312 actual purchase transactions reported to *The Partnership Spectrum* by the secondary market firms listed on the back page of this newsletter. These firms report transaction data on a bi-monthly basis to this newsletter which is compiled and reported in the "Secondary Spectrum" section of each issue.

The partnership unit values used in this study have been reported by the partnerships and represent either (i) valuations prepared internally by general partners, (ii) independent valuations prepared by third-party appraisers retained on behalf of the partnerships, or (iii) some combination of the two. Each unit value generally represents an estimate of the total amount of cash that would be distributed to limited partners on a per unit basis, based upon a hypothetical sale of the

partnership's real estate assets at current market values and the liquidation of the partnership, after payment of all related costs.

### 6.5.1 Discount & Yields by Sector

Consistent with previous price-to-value discount studies published in this newsletter, the partnerships in the new study were grouped into six categories based upon certain key attributes. While the overall average discount for the 75 partnerships featured in this study is 28%, discounts can vary significantly from one partnership to the next depending on debt structure and cash distribution ability.

The be sure, the results of this year's price-to-value discount study are entirely consistent with previous studies in that the two most important factors considered by secondary market buyers when pricing units of real estate partnerships that have not announced definitive liquidation plans continue to be (i) whether the partnership has the ability to pay operating distributions and (ii) the degree of debt financing utilized by the partnership. This is evidenced by the fact that the units of debt-free partnerships paying high distributions yields change hands in the secondary market at the lowest price-to-value discounts, while non-distributing partnerships owning undeveloped land or debt-laden income properties typically trade at the highest discounts.

The six categories and the average discount and distribution yield for each group of partnerships is provided in the table below, followed by a discussion of each group (actual data for each partnership by category begins on page 12):

| Partnership Category | Number of Partnerships | Average Discount | Average Yield |
|---|---|---|---|
| Equity – Distributing (low or no debt) | 16 | 25% | 9.5% |
| Equity – Distributing (moderate-to-high debt) | 14 | 26% | 6.1% |
| Equity – Non-Distributing | 9 | 42% | 0% |
| Undeveloped Land | 3 | 38% | 0% |
| Triple-Net-Lease | 26 | 24% | 10.9% |
| Insured Mortgages | 7 | 28% | 12.3% |

### 6.5.2 Equity – Distributing (Average Discount: 26%)

The 30 partnerships in this group own equity interests in income-producing real estate ranging from apartments to parking garages to shopping centers. The amount of debt financing utilized by the partnerships in this category can vary dramatically from one partnership to the next, from debt-free to highly leveraged.

The average price-to-value discount of 26% for the partnerships in this group is up ever so slightly compared to the average discount of 25% for the 42 partnerships in this group in last year's study. The average discount in the 1999 study for the partnerships in this category was 29%.

Although the number of partnerships in this category has declined in recent years due to liquidations, the average discount for this group has remained quite consistent. This seems to indicate that secondary market buyers have established something of a "floor discount" for partnerships that have not announced definitive liquidation plans, even though they believe that the will do so in the foreseeable future.

This category of partnerships includes 16 partnerships that are either debt-free or employ very low levels of debt financing. For these 16 partnerships, the average price-to-value

discount is 25%, and the average cash distribution yield is 9.5%. This is relatively unchanged compared to the results of last year's study which reported an average discount of 24% and an average distribution yield of 9.2% for a sample group of 24 partnerships with similar capital structures. In the 1999 study, the average discount was 25% and the average distribution yield was 8.8% for the 27 partnerships in this category.

The 14 partnerships in this group that employ significant debt financing traded at an average price-to-value discount of 26% which is unchanged compared to the results of last year's study. While the results of previous discount studies published in this newsletter indicate that secondary market buyers factor in higher discounts for partnerships having significant debt financing on the books, this no longer seems to be the case when it comes to distributing partnerships.

It's not clear why the discount gap that existed for years between distributing partnerships with no debt versus high leverage has all but closed. The best explanation is that, as secondary market buyers have shortened the anticipated partnership liquidation horizons in their pricing models, they have become less concerned about the greater risks associated with significant debt financing. This outlook could change, or course, if the economy goes south to the extent these partnerships are forced to cut back or eliminate cash distributions to meet debt service and keep up their properties in the face of declining or stagnant revenues.

The average distribution yield for the partnerships in this category that employ significant debt financing is 6.1%, which is well below the yield of 9.5% for those partnerships utilizing little or no debt financing. It is important to consider, however, that many of the leveraged partnerships in this study that pay operating distributions do so on a sporadic basis instead of on a

regular monthly, quarterly or semi-annual basis. This makes both the timing and amounts of the operating distributions from these partnerships quite unpredictable. This also makes it very difficult, if not impossible, to measure the average distribution yield of leveraged partnerships with any statistical significance.

Although the discount gap has closed with respect to leveraged versus non-leveraged partnerships that pay operating distributions, there still exists trade-offs between discounts and distribution yields, as investors are willing to accept lower discounts in exchange for higher distribution yields, and vice versa. Consider, for example, the two Uniprop partnerships included in this category. While units of Uniprop I traded at a high discount of 47%, the distribution yield is only 3.4%. Conversely, units of its sister partnership, Uniprop II, traded at a much lower discount of 36% but at a much higher distribution yield of 7.9%.

#### 6.5.3 Equity – Non-Distributing (Average Discount: 42%)

Consistent with the results of prior discount studies, units of non-distributing partnerships continue to trade at a significantly higher discounts compared to distributing partnerships. While these partnerships are usually unable to pay operating distributions due to high debt loads and/or property improvement funding needs, it may be that the general partner – who has total discretion over distribution decisions – has simply decided to cut off operating distributions for no compelling reason. Such is the authority granted to the general partners of most publicly-held limited partnerships.

The average discount of 42% for the nine partnerships in this group is up from last year's study which reported an average discount of 35%. The results of the new study are more in