# ARTICLES OF INCORPORATION

FILED

AUG 2 3 2001

Matt Blunt
SECRETARY OF STATE

SECRETARY OF STATE
STATE OF MISSOURI
P.O. BOX 778
JEFFERSON CITY, MISSOURI 65102

The undersigned natural person of the age of 18 years or more, for the purpose of forming a corporation under the laws of the State of Missouri, hereby adopts the following Articles of Incorporation pursuant to Section 351.055 of The General and Business Corporation Law of Missouri:

## ARTICLE ONE

The name of the corporation is R, R, M & C Management Corporation.

## ARTICLE TWO

The name and address of the corporation's initial registered agent in Missouri is:

Michael D. Mulligan
500 North Broadway
Suite 2000
St. Louis, MO 63102

## ARTICLE THREE

The aggregate number of shares which the corporation has authority to issue is Thirty Thousand (30,000) shares consisting of the following:

Three Thousand (3,000) shares of Voting Common Stock, par value One Cent ($0.01) per share; and

Twenty-Seven Thousand (27,000) shares of Non-Voting Common Stock, par value One Cent ($0.01) per share.

The relative rights, preferences and limitations of the Voting Common Stock and the Non-Voting Common Stock are identical in all respects, except that, except as otherwise required by law, the voting power is vested exclusively in the holders of the Voting Common Stock, who shall have one vote per share, and the holders of Non-Voting Common Stock shall not have any voting power. In all matters in which the holders of the Non-Voting Common Stock are required

EXHIBIT 9

## ARTICLE NINE

The power to alter, amend or repeal the bylaws of the corporation is vested in the corporation's board of directors.

IN WITNESS WHEREOF, these Articles of Incorporation have been executed this 23rd day of August, 2001.

Jaime R. Mendez, Incorporator

STATE OF MISSOURI )
) ss.
CITY OF ST. LOUIS )

I, Peggy S. Folkerts, a notary public, do hereby certify that on the 23rd day of August, 2001, personally appeared before me Jaime R. Mendez, who being by me first duly sworn, declared that he is the person who signed the foregoing document as incorporator, and that the statements therein contained are true.

Notary Public

(Notarial Seal)
886328.1

PEGGY S FOLKERTS
Notary Public - Notary Seal
STATE OF MISSOURI
ST. LOUIS CITY
MY COMMISSION EXP. JUNE 11,2004

FILED

AUG 2 3 2001

SECRETARY OF STATE