# WRITTEN CONSENT OF THE DIRECTORS OF R, R, M & C MANAGEMENT CORPORATION IN LIEU OF THE ORGANIZATION MEETING

The undersigned, being the directors of R, R, M & C Management Corporation, a Missouri corporation (the "Corporation"), hereby adopt the following resolutions for the Corporation and consent to the taking of the actions therein described, such consent to have the same force and effect as a unanimous vote of the Board of Directors of the Corporation at a meeting duly held:

RESOLVED, that the following persons are hereby elected as officers of the Corporation to hold the offices set forth opposite their respective names below for the ensuing year or until their respective successors are duly elected and qualified unless sooner removed by action of the directors, as provided in the bylaws of the Corporation:

| | |
|---|---|
| Robert Sands | President |
| Richard Sands | Secretary |

FURTHER RESOLVED, that the form of the stock certificate attached hereto is hereby adopted as the form for the certificate of stock of the Corporation.

FURTHER RESOLVED, that the following subscriptions for stock of the Corporation are hereby accepted:

| # of Shares | Subscriber | Consideration |
|---|---|---|
| 50 voting common | Robert Sands | $ 275.00 |
| 50 voting common | Richard Sands | $ 275.00 |
| 9,950 non-voting common | Robert Sands | $ 54,725.00 |
| 9,950 non-voting common | Richard Sands | $ 54,725.00 |

FURTHER RESOLVED, that, upon payment of the designated consideration, an appropriate certificate of stock of the Corporation is to be issued to such subscriber.

FURTHER RESOLVED, that the Corporation pay out of the funds of the Corporation the organizational expenses of the Corporation.

FURTHER RESOLVED, that the Corporation open a bank account at such bank(s) as the president of the Corporation may select (the "Bank") for the deposit of the Corporation's funds and that the resolutions which are required by the Bank to open such account are hereby adopted.

EXHIBIT 10

FURTHER RESOLVED, that the Corporation elect to be an S corporation as provided in Section 1362 of the Internal Revenue Code of 1986, as amended.

FURTHER RESOLVED, that the fiscal year of the Corporation shall end on the last day of December of each year.

FURTHER RESOLVED, that the officers of the Corporation are hereby authorized and directed to do all acts and take all actions as may be necessary or desirable in order to carry out the purpose and intent of the above resolutions, and that all of the acts and actions, whether heretofore or hereafter done or performed, by the officers and employees of the Corporation in furtherance of the above resolutions are hereby in all respects ratified, approved and confirmed.

Dated as of the 23rd day of August, 2001.

| | |
|---|---|
| ROBERT SANDS | RICHARD SANDS |

CONSTITUTING THE DIRECTORS OF THE CORPORATION

886337.1



SANDS5500

INCORPORATED UNDER THE LAWS OF THE

STATE OF MISSOURI



NUMBER *** ***

*** *** SHARES

R, R, M & C MANAGEMENT CORPORATION

This Certifies that SPECIMEN is the owner of

Shares of the Capital Stock of

R, R, M & C MANAGEMENT CORPORATION

transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney, on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of this Corporation have hereunto subscribed their names and caused the corporate Seal to be hereto affixed at this ______ day of ______ A.D.

Secretary President

Shares $0.01 Each.

APP-B-231

SANDS5501

© GOES NT

For Value Received, ____ hereby sell, assign and transfer unto ____

____ Shares

of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint ____ Attorney

to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated ____

In presence of

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

# CERTIFICATE

FOR

*** ***

SHARES

OF THE

# Capital Stock

of

R, R, M & C MANAGEMENT CORPORATION

ISSUED TO

DATED

INCORPORATED UNDER THE LAWS OF MISSOURI

NUMBER

SHARES

*** ***

# R, R, M & C MANAGEMENT CORPORATION

*Authorized 3,000 Voting Common Shares - $0.01 Par Value*

## SPECIMEN

THIS CERTIFIES THAT

*** ***

*is the owner of*

*Shares of the Capital Stock of*

**R, R, M & C MANAGEMENT CORPORATION**

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

IN WITNESS WHEREOF, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this day of A.D.*

Secretary

President

SHARES $ EACH

© GOES 213



SANDS5503




*For Value Received, ______ hereby sell, assign and transfer unto ______________________________*

*______________________________ Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint ______________________________ Attorney to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.*

*Dated ______________*

*In presence of*

**NOTICE** THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER