# UNANIMOUS WRITTEN CONSENT OF THE DIRECTORS OF R, R, M & C MANAGEMENT CORPORATION

The undersigned, being the directors of R, R, M & C Management Corporation, a Missouri corporation (the "Corporation"), hereby adopt the following resolutions for the Corporation and consent to the taking of the actions therein described, such consent to have the same force and effect as a unanimous vote of the Board of Directors of the Corporation at a meeting duly held:

RESOLVED, that the Corporation previously accepted subscriptions for stock of the Corporation from Robert Sands and Richard Sands as described in the organizational minutes of the Corporation dated August 23, 2001;

FURTHER RESOLVED, that effective today's date Robert Sands and Richard Sands have each contributed shares of Class A common stock of Constellation Brands, Inc. to the Corporation, in proportion to their ownership interests in the Corporation, as follows:

| Shareholder | # of Shares Contributed |
|---|---|
| Robert Sands | 1,001 |
| Richard Sands | 1,001 |

FURTHER RESOLVED, that, the foregoing additional contributions are hereby accepted by the Corporation, and because of the proportionate nature of the contribution, no additional shares of stock of the Corporation are to be issued to such shareholders, it being intended that such contributions be treated as additional paid-in capital.

FURTHER RESOLVED, that the officers of the Corporation are hereby authorized and directed to do all acts and take all actions as may be necessary or desirable in order to carry out the purpose and intent of the above resolutions, and that all of the acts and actions, whether heretofore or hereafter done or performed, by the officers and employees of the Corporation in furtherance of the above resolutions are hereby in all respects ratified, approved and confirmed.

Dated as of the 28th day of August, 2001.

ROBERT SANDS

RICHARD SANDS

CONSTITUTING THE DIRECTORS OF THE CORPORATION

EXHIBIT 11

889646.1

SANDS5505