INCORPORATED UNDER THE LAWS OF MISSOURI

NUMBER

SHARES ***50***

# R, R, M & C MANAGEMENT CORPORATION

*Authorized 3,000 Voting Common Shares - $0.01 Par Value*

This Certifies That Robert Sands is the owner of ***Fifty (50) Voting Common*** Shares of the Capital Stock of

R, R, M & C MANAGEMENT CORPORATION

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 23rd day of August A.D. 2001

Richard Sands, Secretary

Robert Sands, President

SHARES $ EACH

EXHIBIT 12



SANDS5506




*For Value Received, ____ hereby sell, assign and transfer unto ____________________ Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint ____________ Attorney to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.*

*Dated ____________*

*In presence of*

NOTICE. THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

PASTE CANCELLED CERTIFICATE IN THIS SPACE

*Certificate No. -1- for -50- Voting Common Shares*
*of R, R, M & C Management Corporation*
*Dated August 23, 2001*

*Issued to:*
*Robert Sands*

*Received this Certificate August 23, 2001*

*Robert Sands*

*Surrendered this Certificate* ______

IF NOT AN ORIGINAL ISSUE SHOW DETAILS OF TRANSFER BELOW

| Transferred from | Original Certificate Number | Original Certificate Date | No. Orig. Shares | No. Shares Transf'd. |
|---|---|---|---|---|
| Original issue | | | | |
| | | | | |
| | | | | |
| | | | | |

IF THIS CERTIFICATE IS SURRENDERED FOR TRANSFER SHOW DETAILS

| New Certificate Issued to | No. of New Certificate | No. of Shares Transferred |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

R, R, M & C Management Corporation
Receipt for Voting Common Stock
886414



SANDS5508

INCORPORATED UNDER THE LAWS OF THE

STATE OF MISSOURI



NUMBER [illegible]

***9,950*** SHARES

# R, R, M & C MANAGEMENT CORPORATION

This Certifies that Robert Sands is the owner of ***Nine Thousand Nine Hundred Fifty (9,950) Non-Voting Common*** Shares of the Capital Stock of R, R, M & C MANAGEMENT CORPORATION transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney, on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of this Corporation have hereunto subscribed their names and caused the corporate Seal to be hereto affixed at this 23rd day of August A.D. 2001

Richard Sands, Secretary

Robert Sands, President

Shares $0.01 Each.

© GOES NI

APP-B-239

SANDS5509

For Value Received, ______ hereby sell assign and transfer unto ______

______ Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint ______ to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated ______

In presence of

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

# Certificate

***9,950***

SHARES

OF

# Capital Stock

of

R, R, M & C M AGE NT CORP

IS

Rob nds

DATED

Augus 2001

SANDS5510

PASTE CANCELLED CERTIFICATE IN THIS SPACE

*Certificate No.* -1- *for* -9,950- *Non-Voting Common Shares*
*of* R, R, M & C Management Corporation
*Dated* August 23, 2001

*Issued to:*
Robert Sands

*Received this Certificate* August 23, 2001

Robert Sands

*Surrendered this Certificate*

R. R. M & C Management Corporation
Receipt for Non Voting Common Stock
886414

IF NOT AN ORIGINAL ISSUE SHOW DETAILS OF TRANSFER BELOW

| Transferred from | Original Certificate | | No. Orig. Shares | No Shares Transf'd |
|---|---|---|---|---|
| | Number | Date | | |
| Original issue | | | | |
| | | | | |
| | | | | |
| | | | | |

IF THIS CERTIFICATE IS SURRENDERED FOR TRANSFER SHOW DETAILS

| New Certificate Issued to | No. of New Certificate | No. of Shares Transferred |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

INCORPORATED UNDER THE LAWS OF MISSOURI

NUMBER

SHARES ***50***

# R, R, M & C MANAGEMENT CORPORATION

*Authorized 3,000 Voting Common Shares - $0.01 Par Value*

THIS CERTIFIES THAT Richard Sands is the owner of ***Fifty (50) Voting Common*** Shares of the Capital Stock of

**R, R, M & C MANAGEMENT CORPORATION**

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

IN WITNESS WHEREOF, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* **23rd** *day of* **August** *A.D.* **2001**

Richard Sands, Secretary

Robert Sands, President

SHARES $ EACH

© GOES 213

SANDS5512




*For Value Received,* ______ *hereby sell, assign and transfer unto* ________________________________

________________________________ *Shares*

*of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint* ________________________________ *Attorney*

*to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.*

*Dated* ____________

*In presence of*

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

PASTE CANCELLED CERTIFICATE IN THIS SPACE

*Certificate No.* -2- *for* -50- *Voting Common Shares*
*of* R, R, M & C Management Corporation
*Dated* August 23, 2001

*Issued to:*
Richard Sands

*Received this Certificate* August 23, 2001

[signature]
*Richard Sands*

*Surrendered this Certificate* ______

IF NOT AN ORIGINAL ISSUE SHOW DETAILS OF TRANSFER BELOW

| Transferred from | Original Certificate | | No. Orig. Shares | No. Shares Transf'd |
|---|---|---|---|---|
| | Number | Date | | |
| Original issue | | | | |
| | | | | |
| | | | | |
| | | | | |

IF THIS CERTIFICATE IS SURRENDERED FOR TRANSFER SHOW DETAILS

| New Certificate Issued to | No. of New Certificate | No. of Shares Transferred |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

R. R. M & C Management Corporation
Receipt for Voting Common Stock
886414

INCORPORATED UNDER THE LAWS OF THE

STATE OF MISSOURI

NUMBER ***2***



***9,950*** SHARES

# R, R, M & C MANAGEMENT CORPORATION

Authorized 27,000 Non-Voting Common Shares
$0.01 Par Value

This Certifies that Richard Sands is the owner of ***Nine Thousand Nine Hundred Fifty (9,950) Non-Voting Common*** Shares of the Capital Stock of

R, R, M & C MANAGEMENT CORPORATION

transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney, on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of this Corporation have hereunto subscribed their names and caused the corporate Seal to be hereto affixed at this 23rd day of August A.D. 2001

Richard Sands, Secretary

Robert Sands, President

Shares $0.01 Each.

SANDS5515

PASTE CANCELLED CERTIFICATE IN THIS SPACE

*Certificate No.* -2- *for* -9,950- *Non-Voting Common Shares*
*of* R, R, M & C Management Corporation
*Dated* August 23, 2001

*Issued to:*
Richard Sands

*Received this Certificate* August 23, 2001

[signature]
Richard Sands

*Surrendered this Certificate* ____________

IF NOT AN ORIGINAL ISSUE SHOW DETAILS OF TRANSFER BELOW

| Transferred from | Original Certificate | | No. Orig. Shares | No. Shares Transf'd. |
|---|---|---|---|---|
| | Number | Date | | |
| Original issue | | | | |
| | | | | |
| | | | | |
| | | | | |

IF THIS CERTIFICATE IS SURRENDERED FOR TRANSFER SHOW DETAILS

| New Certificate Issued to | No. of New Certificate | No. of Shares Transferred |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

R. R. M & C Management Corporation
Receipt for Non Voting Common Stock
SS6414