# Alpha Total Fund Review – Investment Performance

## Investment Performance (% Rate of Return) - Periods Ended March 31, 2007

| | Qtr Ended Mar-07 | 1 YR | 2 YRS | 3 YRS | 5 YRS | Return | Since | Std. Dev. |
|---|---|---|---|---|---|---|---|---|
| **Total Fund** | **3.4** | **9.5** | **11.6** | **10.2** | **8.8** | **8.8** | **Mar-02** | **4.8** |

Periods greater than one year are annualized.

Standard deviations are based on quarterly observations.

## Market Value for the Period Ended March 31, 2007

| | Assets Market Value | % of Portfolio |
|---|---|---|
| **Total Fund** | **$61,272,887** | **100.0** |
| **Total Alternative Strategies** | **$61,272,887** | **100.0** |
| Directional Hedge | $52,790,018 | 86.2 |
| Absolute Return | $8,482,869 | 13.8 |

- Alpha I, L.P. was incorporated into the Sands Family structure during the first quarter of 2002. Since the first quarter of 2002, the L.P. has gained 8.8% annualized with a standard deviation of 4.8%. The LP posted a 3.4% gain in the first quarter of 2007, a 9.5% gain for the trailing one-year period through quarter-end. By the end of the first quarter of 2007, the L.P. held $61 million in assets.
- Entering the second quarter of 2007, Alpha had an underlying strategy allocation of approximately 35% Absolute Return and 65% Directional Hedge.

EXHIBIT 13

tabbies

APP-B-247

PRIME, BUCHHOLZ & ASSOCIATES, INC.



SANDS 11487

# Alpha Total Fund Review – Investment Performance

## Segment Level Performance (% Rate of Return) - Periods Ended March 31, 2007

| | Qtr Ended Mar-07 | 1 YR | 2 YRS | 3 YRS | 5 YRS | Return | Since | Std. Dev. |
|---|---|---|---|---|---|---|---|---|
| **Total Fund** | **3.4** | **9.5** | **11.6** | **10.2** | **8.8** | **8.8** | **Mar-02** | **4.8** |
| **Directional Hedge** | **3.3** | **9.4** | **11.6** | **10.2** | **8.8** | **8.8** | **Mar-02** | **4.8** |
| HFRI Fund-of-Funds Strategic Index | 3.0 | 8.5 | 12.2 | 9.8 | 8.6 | 8.6 | Mar-02 | 6.3 |
| **Absolute Return** | **3.8** | **NA** | **NA** | **NA** | **NA** | **7.0** | **Oct-06** | **NA** |
| CSFB/Tremont Event Driven Multi-Strategy | 5.6 | 16.9 | 13.6 | 13.3 | 11.8 | 9.8 | Oct-06 | NA |

Periods greater than one year are annualized.

Standard deviations are based on quarterly observations.

APP-B-248

# Alpha Total Fund Review – Risk vs. Return

## April 01, 2002 through March 31, 2007
## Risk/Return Statistics

| | SANDS-TOTAL FUND ALPHA | MSCI AC W |
|---|---|---|
| **RETURN SUMMARY STATISTICS** | | |
| Number of Periods | 20.00 | 20.00 |
| Maximum Return | 5.63 | 17.48 |
| Minimum Return | - 2.09 | -18.22 |
| Average Return | 2.16 | 3.12 |
| Annualized Return | 8.81 | 11.68 |
| **RISK SUMMARY STATISTICS** | | |
| Beta | 0.24 | 1.00 |
| **RISK/RETURN STATISTICS** | | |
| Annualized Standard Deviation | 4.80 | 15.78 |
| Alpha | 0.93 | 0.00 |
| Sharpe Ratio | 1.31 | 0.58 |
| Sortino Ratio | --- | 0.53 |
| **CORRELATION STATISTICS** | | |
| R-Squared | 0.67 | 1.00 |
| Correlation | 0.82 | 1.00 |

Market Proxy: MSCI AC W
Risk-Free Proxy: CG T-BILL 3 MO
© Russell/Mellon Analytical Services LLC, 1999. All Rights Reserved.

# Alpha Total Fund Review – Asset Growth

## Asset Growth

| | Beginning of Period Market Value | Net Flows | Investment Performance | End of Period Market Value |
|---|---|---|---|---|
| 12/31/2002 | | | | $39,602,200 |
| 12/31/2003 | $39,602,200 | $0 | $4,688,051 | $44,290,252 |
| 12/31/2004 | $44,290,252 | $0 | $4,182,831 | $48,473,082 |
| 12/31/2005 | $48,473,082 | $0 | $5,030,753 | $53,503,835 |
| 12/31/2006 | $53,503,835 | -$52,800 | $5,802,753 | $59,253,788 |
| 3/31/2007 | $59,253,788 | $0 | $2,019,100 | $61,272,887 |

# Alpha Asset Allocation – Current

## Asset Allocation*

| | 3/31/2007 Actual Allocation (%) |
|---|---|
| Absolute Return | 35.6 |
| Directional Hedge | 64.5 |

**Asset Allocation based on the following:*
*-Archstone strategy allocation of 60% Directional Hedge/40% Absolute Return*
*-Winston strategy allocation of 100% Directional Hedge*
*-Goldman Sachs strategy allocation of 100% Directional Hedge*
*-Millennium strategy allocation of 100% Absolute Return*
*-Does not include Meridian holdback amount.*

# Alpha Segment – Hedge Strategies

## Manager Performance (% ROR) - Periods Ended March 31, 2007

| | Qtr Ended Mar-07 | 1 YR | 2 YRS | 3 YRS | 5 YRS | Return | Since | Std. Dev. |
|---|---|---|---|---|---|---|---|---|
| **Directional Hedge** | **3.3** | **9.4** | **11.6** | **10.2** | **8.8** | **8.8** | **Mar-02** | **4.8** |
| **Archstone Partners, L.P.** | **3.9** | **12.2** | **13.5** | **12.0** | **10.2** | **10.2** | **Mar-02** | **4.7** |
| HFRI Fund-of-Funds Diversified Index | 3.0 | 8.2 | 10.0 | 8.2 | 7.8 | 7.8 | Mar-02 | 4.2 |
| S&P 500 Index | 0.6 | 11.8 | 11.8 | 10.1 | 6.3 | 6.3 | Mar-02 | 14.8 |
| **Winston Growth Fund, L.P.** | **2.1** | **10.0** | **10.8** | **8.9** | **8.1** | **8.1** | **Mar-02** | **4.3** |
| **Goldman Sachs Global Equity Long/Short LLC** | **2.9** | **6.0** | **10.2** | **8.6** | **7.5** | **7.5** | **Mar-02** | **6.7** |
| HFRI Fund-of-Funds Strategic Index | 3.0 | 8.5 | 12.2 | 9.8 | 8.6 | 8.6 | Mar-02 | 6.3 |
| S&P 500 Index | 0.6 | 11.8 | 11.8 | 10.1 | 6.3 | 6.3 | Mar-02 | 14.8 |
| LB Aggregate Index | 1.5 | 6.6 | 4.4 | 3.3 | 5.3 | 5.3 | Mar-02 | 3.6 |
| **Absolute Return** | **3.8** | **NA** | **NA** | **NA** | **NA** | **7.0** | **Oct-06** | **NA** |
| **Millennium USA, LP., Class U** | **3.8** | **NA** | **NA** | **NA** | **NA** | **7.0** | **Oct-06** | **NA** |
| CSFB/Tremont Event Driven Multi-Strategy | 5.6 | 16.9 | 13.6 | 13.3 | 11.8 | 9.8 | Oct-06 | NA |
| S&P 500 Index | 0.6 | 11.8 | 11.8 | 10.1 | 6.3 | 4.0 | Oct-06 | NA |

Periods greater than one year are annualized.

Standard deviations are based on quarterly observations.

## Market Value for the Period Ended March 31, 2007

| | Assets Market Value | % of Segment |
|---|---|---|
| **Marketable Alternative Assets** | **$60,331,878** | **100.0** |
| Archstone Partners, L.P. | $32,368,055 | 53.7 |
| Winston Growth Fund, L.P. | $4,905,679 | 8.1 |
| Goldman Sachs Global Equity Long/Short LLC | $14,575,275 | 24.2 |
| Millennium USA, LP., Class U | $8,482,869 | 14.1 |

*Market value does not include Meridian holdback amount of $941,009.