October 2001 - December 2001



# UBS PaineWebber℠ Investment Account

| | | |
|---|---|---|
| Value on September 28 | $ | .00 |
| **Value on December 31** | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZFL049090-X6 - 1201 - TX - 0

APP-B-253

**Account Number** [redacted] NZFL049090-X6

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 40,481.55 | $ 317,218.80 |
| Net security earnings | $ 40,481.55 | $ 317,218.80 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative Secondary: None Selected

**Account instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | **Balance forward** | | | $ .00 |
| 12/12 | TRANSFER | FM TX 63915 0100 | | | 202,438.18 |
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22329-0115 | 2,385,000.000 | 104.8750000 | -2,501,268.75 |

EXHIBIT 14 tabbies

SANDS7289

Continu

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21798-0618 YTM = 4.30<br>ACCRUED INT RECD $8,227.26 | -2,385,000.000 | 101.2812500 | 2,423,785.07 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22619-0149 | 5,565,000.000 | 102.5000000 | -5,704,125.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21502-0606 YTM = 2.92<br>ACCRUED INT RECD $30,691.59 | -5,565,000.000 | 99.7031250 | 5,579,170.50 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2600 09595-0115 ACCRUED INT RECD $437.72 | -2,385,000.000 | 104.8750000 | 2,501,706.47 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09254-0149 ACCRUED INT RECD $1,124.98 | -5,565,000.000 | 102.5000000 | 5,705,249.98 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 2,385,000.000 | | -2,501,706.47 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 5,565,000.000 | | -5,705,249.98 |
| **12/31** | | **Closing balance** | | $ | .00 |

APP-B-254

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22330-0115 OPEN REPOS SETTLE 12/31/2069 | -2,385,000.000 | 104.8750000 | 2,501,268.75 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22620-0149 OPEN REPOS SETTLE 12/31/2069 | -5,565,000.000 | 102.5000000 | 5,704,125.00 |
| | | | **Total pending securities sold** | | $ | **8,205,393.75** |

SANDS7290

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF 1
Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

D041004022
COPY FOR ACCOUNT OF

TX 63916 1.0002
DUPLICATE CONFIRMATION

*Important. Please retain for your records.*

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 09595 | 2,385,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.2600 09595-0115<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,501,268.75 | | $437.72 | | $2,501,706.47 |
| Total: | 2,385,000 | | | $2,501,268.75 | | $437.72 | | $2,501,706.47 |

APP-B-255

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7291

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

D041004024

TX 63916 1 0004E

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

Ve confirm the following transaction(s):

| 'rade activity | Trade date | Date processed | Payment dat Settlement da |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/200 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amo |
|---|---|---|---|---|---|---|---|---|
| 09254 | 5,565,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.4200 09254-0149<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $5,704,125.00 | | $1,124.98 | | $5,705,249. |
| Total: | 5,565,000 | | | $5,704,125.00 | | $1,124.98 | | $5,705,249 |

APP-B-256

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7292

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002848

COPY FOR ACCOUNT OF

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

TX 63916 1 0002S

DUPLICATE CONFIRMATION

*Important. Please retain for your records.*

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21798 | 2,385,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL SALE<br>LOT 1 OF 1 21798-0618<br>YTM = 4.30<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 101.2812500 | $2,415,557.81 | | $8,227.26 | | $2,423,785.07 |
| Total: | 2,385,000 | | | $2,415,557.81 | | $8,227.26 | | $2,423,785.07 |

APP-B-257

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7293

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63916 1 0002E

D041002849
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21502 | 5,565,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>PRINCIPAL SALE<br>LOT 1 OF 1 21502-0606<br>YTM = 2.92<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 99.7031250 | $5,548,478.91 | | $30,691.59 | | $5,579,170.50 |
| Total: | 5,565,000 | | | $5,548,478.91 | | $30,691.59 | | $5,579,170.50 |

APP-B-258

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7294

# UBS PaineWebber℠ Confirmation

PAGE 1 OF

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201 214-220-0400

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS

D041003311
TX 63916 1 0004S

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22329 | 2,385,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.0000 22329-0115<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,501,268.75 | | | | $2,501,268.75 |
| Total: | 2,385,000 | | | $2,501,268.75 | | | | $2,501,268.75 |

APP-B-259

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7295

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 63916 1 0003

D041003313
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

RICHARD SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22619 | 5,565,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.5000 22619-0149<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $5,704,125.00 | | | | $5,704,125.00 |
| Total: | 5,565,000 | | | $5,704,125.00 | | | | $5,704,125.00 |

APP-B-260

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7296

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002846
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0480
TX 63914 1 0002S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21804 | 2,835,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL SALE<br>LOT 1 OF 1 21804-0619<br>YTM = 4.30<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 101.2812500 | $2,871,323.44 | | $9,779.58 | | $2,881,103.02 |
| Total: | 2,835,000 | | | $2,871,323.44 | | $9,779.58 | | $2,881,103.02 |

APP-B-261

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7318

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002847

Account Number [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63914 1 0002E

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face Value | Description | Price | Gross amount | Commission/ Mark-up | Accrued Interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21514 | 6,615,000 | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE LOT 1 OF 1 21514-0607 YTM = 2.92 CUSIP NO. 9128277D8 Capacity: Principal | 99.7031250 | $6,595,361.72 | | $36,482.45 | | $6,631,844.17 |
| Total: | 6,615,000 | | | $6,595,361.72 | | $36,482.45 | | $6,631,844.17 |

APP-B-262

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7319

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041003307

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63914 1 0004S

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued Interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22339 | 2,835,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.0000 22339-0117<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,973,206.25 | | | | $2,973,206.25 |
| Total: | 2,835,000 | | | $2,973,206.25 | | | | $2,973,206.25 |

APP-B-263

It is Important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7320

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041003309
COPY FOR ACCOUNT OF

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63914 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | | | *Trade date* | | *Date processed* | | | *Payment date/ Settlement date* |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | | | 12/12/2001 | | 12/12/2001 | | | 12/12/2001 |
| *Reference no.* | *Quantity/ Face value* | *Description* | *Price* | *Gross amount* | *Commission/ Mark-up* | *Accrued interest* | *Other Fees and charges* | *Total amount* |
| 22649 | 6,615,000 | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.5000 22649-0153<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $6,780,375.00 | | | | $6,780,375.00 |
| Total: | 6,615,000 | | | $6,780,375.00 | | | | $6,780,375.00 |

APP-B-264

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7321

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0000

D041004018
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

TX 63914 1 0002
DUPLICATE CONFIRMATION

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/2000 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 09578 | 2,835,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.2600 09578-0117<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,973,206.25 | | $520.31 | | $2,973,726.5 |
| Total: | 2,835,000 | | | $2,973,206.25 | | $520.31 | | $2,973,726.5 |

APP-B-265

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7322

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

Account Number [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63914 1.0004E

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041004020

COPY FOR ACCOUNT OF
*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ROBERT SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

'e confirm the following transaction(s):

| 'ade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| OLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/2001 |

| 'ference | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 9214 | 6,615,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.4200 09214-0153<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $6,780,375.00 | | $1,337.24 | | $6,781,712.24 |
| Total: | 6,615,000 | | | $6,780,375.00 | | $1,337.24 | | $6,781,712.24 |

APP-B-266

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7323

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

D041002851 TX 63918 1.0002E

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ZACHARY STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

: confirm the following transaction(s):

| de activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| LD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| erence | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 588 | 1,995,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>PRINCIPAL SALE<br>LOT 1 OF 1 21588-0610<br>YTM = 2.92<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 99.7031250 | $1,989,077.34 | | $11,002.64 | | $2,000,079.98 |
| otal: | 1,995,000 | | | $1,989,077.34 | | $11,002.64 | | $2,000,079.98 |

APP-B-267

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7341