# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002850
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

ZACHARY STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63918 1 0002S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

Trade activity

| OLD | | | Trade date | | Date processed | | | Payment date/ Settlement date |
|---|---|---|---|---|---|---|---|---|
| | | | 12/11/2001 | | 12/11/2001 | | | 12/12/2001 |

| Reference | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 1821 | 855,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL SALE<br>LOT 1 OF 1 21821-0622<br>YTM = 4.30<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 101.2812500 | $865,954.69 | | $2,949.40 | | $868,904.09 |
| Total: | 855,000 | | | $865,954.69 | | $2,949.40 | | $868,904.09 |

APP-B-268

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7342

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 63918 1 0004S

D041003315
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ZACHARY STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

Trade activity

| | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference No. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22441 | 855,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.0000 22441-0123<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $896,681.25 | | | | $896,681.25 |
| Total: | 855,000 | | | $896,681.25 | | | | $896,681.25 |

APP-B-269

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7343

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041003317
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

ZACHARY STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63918 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22680 | 1,995,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.5000 22680-0170<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $2,044,875.00 | | | | $2,044,875.00 |
| Total: | 1,995,000 | | | $2,044,875.00 | | | | $2,044,875.00 |

APP-B-270

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7344

# UBS PaineWebber[SM] Investment Account

| | | |
|---|---|---|
| Value on September 28 | $ | .00 |
| **Value on December 31** | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZFL049099-X6 - 1201 - TX - 0

APP-B-271

**Account Number** [redacted] NZFL049099-X6

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Plus non-municipal accrued interest received | $ | 14,062.15 | $ | 103,612.36 |
| Net security earnings | $ | 14,062.15 | $ | 103,612.36 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative Secondary: None Selected

**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | **Balance forward** | | | $ .00 |
| 12/12 | TRANSFER | FM TX 63919 2100 | | | 72,572.18 |
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21818-0621 YTM = 4.30<br>ACCRUED INT RECD $2,949.40 | -855,000.000 | 101.2812500 | 868,904.09 |

SANDS7381

Continued on page 2

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22666-0164 | 1,995,000.000 | 102.5000000 | -2,044,875.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21532-0609 YTM = 2.92<br>ACCRUED INT RECD $11,002.64 | -1,995,000.000 | 99.7031250 | 2,000,079.98 |
| 12/14 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 48192-0121 AS OF 12/12/01 | 855,000.000 | 104.8750000 | -896,681.25 |
| 12/14 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 48193-0121 ACCRUED INT RECD $24.91<br>AS OF 12/13/01 | -855,000.000 | 104.8750000 | 896,706.16 |
| 12/14 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 47085-0164 ACCRUED INT RECD $85.20<br>AS OF 12/13/01 | -1,995,000.000 | 102.5000000 | 2,044,960.20 |
| 12/17 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/13/01 | 855,000.000 | | -896,706.16 |
| 12/17 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/13/01 | 1,995,000.000 | | -2,044,960.20 |
| 12/31 | | **Closing balance** | | $ | .00 |

APP-B-272

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22368-0121 OPEN REPOS SETTLE 12/31/2069 | -855,000.000 | 104.8750000 | 896,681.25 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22667-0164 OPEN REPOS SETTLE 12/31/2069 | -1,995,000.000 | 102.5000000 | 2,044,875.00 |

SANDS7382

*Continued on page 3*

October 2001 - December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZFL04910?X6

## Unsettled transaction activity - continued

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| | | | **Total pending securities sold** | | | **$ 2,941,556.25** |

APP-B-273

SANDS7383

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

Account Number [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

D041002852
TX 63920 1 0002S

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21818 | 855,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL SALE<br>LOT 1 OF 1 21818-0621<br>YTM = 4.30<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 101.2812500 | $865,954.69 | | $2,949.40 | | $868,904.0 |
| Total: | 855,000 | | | $865,954.69 | | $2,949.40 | | $868,904. |

APP-B-274

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

…ber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7384

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002853

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 63920 1 0002E

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21532 | 1,995,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>PRINCIPAL SALE<br>LOT 1 OF 1 21532-0609<br>YTM = 2.92<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 99.7031250 | $1,989,077.34 | | $11,002.64 | | $2,000,079.98 |
| Total: | 1,995,000 | | | $1,989,077.34 | | $11,002.64 | | $2,000,079.98 |

APP-B-275

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041003319

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63920 1 0004S

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22371 | 855,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.0000 22371-0121<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $896,681.25 | | | | $896,681.25 |
| Total: | 855,000 | | | $896,681.25 | | | | $896,681.25 |

APP-B-276

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7386

# UBS PaineWebber℠ Confirmation

PAGE 1 OF

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041003321

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 63920 1 0003

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

DUPLICATE CONFIRMATION

ABIGAIL STERN TRUST
U/W LAURIE SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/20 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22666 | 1,995,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.5000 22666-0164<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $2,044,875.00 | | | | $2,044,875. |
| Total: | 1,995,000 | | | $2,044,875.00 | | | | $2,044,875. |

APP-B-277

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

SANDS7387

# UBS PaineWebber℠ Investment Account

*December 2001*



| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| Value on December 31 | $ | 52.68 |
| Cash in 12/31 value | $ | 52.68 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113041-X6 - 1201 - TX - 1

Account Number [redacted] NZ9L113041-X8

Your Financial Advisor
LUEDKE, FRED 214-220-0400

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS PaineWebber Money fund dividends | $ 52.68 | $ 52.68 |
| Total taxable security earnings | $ 52.68 | $ 52.68 |
| Total current year security earnings | $ 52.68 | $ 52.68 |
| Net security earnings | $ 52.68 | $ 52.68 |

Duplicate statement for the account of
MARVIN SANDS MASTER TRUST
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

**Account Instructions**
Your signature is required to "Household" statements.
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |
| 12/07 | DEPOSIT | FEDERAL FUNDS DEPOSITED | | | 360,000.00 |
| 12/10 | BOUGHT | UBS PAINEWEBBER CASHFUND | 360,000.000 | 1 | -360,000.00 |

Continued on page 2





CH 1903

December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE, FRED
214-220-0400



UBS PaineWebber℠
Investment Account

NZ9L113042-X8

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | TRANSFER | TO TX 84359 9100 | | | -303,020.67 |
| 12/13 | SOLD | UBS PAINEWEBBER CASHFUND AS OF 12/12/01 | -303,020.670 | 1 | 303,020.67 |
| 12/17 | TRANSFER | TO TX 64438 2100 | | | -56,979.33 |
| 12/18 | SOLD | UBS PAINEWEBBER CASHFUND AS OF 12/17/01 | -56,979.330 | 1 | 56,979.33 |
| 12/18 | DIVIDEND | UBS PAINEWEBBER CASHFUND | | | 52.68 |
| 12/31 | | Closing balance | | $ | 52.68 |

December 01/ TX 64358 FL

# December 2001



# UBS PaineWebber™ Investment Account

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| Value on December 31 | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
IZAL064234-X8 • 1201 - TX -

Account Number [redacted] IZAL064234-X8

Your Financial Advisor
LUEDKE, FRED 214-220-0400

MARVIN SANDS MASTER TRUST
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 60,595.03 | $ 60,595.03 |
| Net security earnings | $ 60,595.03 | $ 60,595.03 |

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX 64358 1100 | | | 303,020.87 |
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22522-0128 | 3,570,000.000 | 104.8750000 | -3,744,037.50 |

Continued on page 2

December 01/ TX 64358 FL

December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE, FRED
214-220-0400



UBS PaineWebber™
Investment Account

R

IZAL064235-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21632-0624 YTM = 4.30<br>ACCRUED INT RECD $12,315.02 | -3,570,000.000 | 101.2812500 | 3,628,055.65 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22688-0172 | 8,330,000.000 | 102.5000000 | -8,538,250.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21567-0612 YTM = 2.82<br>ACCRUED INT RECD $45,840.87 | -8,330,000.000 | 99.7031250 | 8,351,211.16 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2800 09566-0128 ACCRUED INT RECD $855.21 | -3,570,000.000 | 104.8750000 | 3,744,892.71 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09296-0172 ACCRUED INT RECD $1,683.93 | -8,330,000.000 | 102.5000000 | 8,539,933.93 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 3,570,000.000 | | -3,744,892.71 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 8,330,000.000 | | -8,539,933.93 |
| 12/31 | | Closing balance | | | $ .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22523-0128 OPEN REPOS SETTLE 12/31/2069 | -3,570,000.000 | 104.8750000 | 3,744,037.50 |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22689-0172 OPEN REPOS SETTLE 12/31/2069 | -8,330,000.000 | 102.5000000 | 8,538,250.00 |
| | | | Total pending securities sold | | | $ 12,282,287.50 |

December 01/ TX 64359 FL

APP-B-281

SANDS7609

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002449
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

MARVIN SANDS MASTER TRUST
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE, FRED 214-220-0400
TX 64358 1 0001E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| BOUGHT | 12/10/2001 | 12/10/2001 | 12/10/2001 |

| *Reference no.* | *Quantity/ Face value* | *Description* | *Price* | *Gross amount* | *Commission/ Mark-up* | *Accrued interest* | *Other fees and charges* | *Total amount* |
|---|---|---|---|---|---|---|---|---|
| N / A | | PAINE WEBBER CASH FUND<br>SHARES BOUGHT 360000.000<br><br>Duplicate confirmation.<br><br>SYMBOL MMPWCF CUSIP NO. 695627109 | 1 | $360,000.00 | | | | $360,000.00 |
| **Total:** | | | | $360,000.00 | | | | $360,000.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.