# October 2001 - December 2001



| | | |
|---|---|---|
| Value on September 28 | $ | .00 |
| Value on December 31 | $ | .00 |

## UBS PaineWebber℠ Investment Account

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113053-X6 - 1201 - TX - 1

Account Number [redacted] NZ9L113053-X6

Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

### Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 32,843.52 | $ 309,580.77 |
| Net security earnings | $ 32,843.52 | $ 309,580.77 |

Duplicate statement for the account of
MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

### Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current income & capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

Account Instructions
Statement copies are sent to 1 interested party.

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

### Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 09/28 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX 63911 7100 | | | 184,242.30 |

Continued on page 2



APP-B-283

CH 635

SANDS8060

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22357-0119 | 1,935,000.000 | 104.8750000 | -2,029,331.25 |
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE<br>LOT 1 OF 1 21814-0620 YTM = 4.30<br>ACCRUED INT RECD $6,674.95 | -1,935,000.000 | 101.2812500 | 1,966,467.14 |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22657-0162 | 4,515,000.000 | 102.5000000 | -4,627,875.00 |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE<br>LOT 1 OF 1 21524-0608 YTM = 2.92<br>ACCRUED INT RECD $24,900.72 | -4,515,000.000 | 99.7031250 | 4,526,496.81 |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.2600 09581-0119 ACCRUED INT RECD $355.13 | -1,935,000.000 | 104.8750000 | 2,029,686.38 |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.4200 09265-0162 ACCRUED INT RECD $912.72 | -4,515,000.000 | 102.5000000 | 4,628,787.72 |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | 1,935,000.000 | | -2,029,686.38 |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | 4,515,000.000 | | -4,628,787.72 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE 1.0000 22358-0119 OPEN REPOS SETTLE 12/31/2069 | -1,935,000.000 | 104.8750000 | 2,029,331.25 |

December 01/ TX 63912 LG

Continued on page 3

October 2001 - December 2001

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZ9L113055-X8

## Unsettled transaction activity - continued

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE 1.5000 22658-0162 OPEN REPOS SETTLE 12/31/2069 | -4,515,000.000 | 102.5000000 | 4,627,875.00 |
| | | | **Total pending securities sold** | | $ | 6,657,206.25 |

December 01/ TX 63912 LG

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041004016
COPY FOR ACCOUNT OF

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

PAGE 1 OF 1

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

TX 63912 1 0004E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 09265 | 4,515,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.4200 09265-0162<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $4,627,875.00 | | $912.72 | | $4,628,787.72 |
| Total: | 4,515,000 | | | $4,627,875.00 | | $912.72 | | $4,628,787.72 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041004014
COPY FOR ACCOUNT OF

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63912 1 0002

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/17/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 09581 | 1,935,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.2600 09581-0119<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,029,331.25 | | $355.13 | | $2,029,686.38 |
| Total: | 1,935,000 | | | $2,029,331.25 | | $355.13 | | $2,029,686.38 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

APP-B-287

CH 1639

SANDS8064

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041004013
COPY FOR ACCOUNT OF

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

CANCELS PREVIOUS CONFIRMATION

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63912 1 0004S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/31/2069 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22358 | 1,935,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE 1.0000 22358-0119<br>OPEN REPOS SETTLE 12/31/2069<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,029,331.25 | | | | $2,029,331.25 |
| Total: | 1,935,000 | | | $2,029,331.25 | | | | $2,029,331.25 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH 640