# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63912 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041004015
COPY FOR ACCOUNT OF

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

**CANCELS PREVIOUS CONFIRMATION**

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/12/2001 | 12/17/2001 | 12/31/2069 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-Up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22658 | 4,515,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.5000 22658-0162<br>OPEN REPOS SETTLE 12/31/2069<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $4,627,875.00 | | | | $4,627,875.00 |
| Total: | 4,515,000 | | | $4,627,875.00 | | | | $4,627,875.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002844
COPY FOR ACCOUNT OF

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63912 1 0002S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21814 | 1,935,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL SALE<br>LOT 1 OF 1 21814-0620<br>YTM = 4.30<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 101.2812500 | $1,959,792.19 | | $6,674.95 | | $1,966,467.14 |
| Total: | 1,935,000 | | | $1,959,792.19 | | $6,674.95 | | $1,966,467.14 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002845

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63912 1 0002E

COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/11/2001 | 12/11/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Markup | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 21524 | 4,515,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>PRINCIPAL SALE<br>LOT 1 OF 1 21524-0608<br>YTM = 2.92<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 99.7031250 | $4,501,596.09 | | $24,900.72 | | $4,526,496.81 |
| Total: | 4,515,000 | | | $4,501,596.09 | | $24,900.72 | | $4,526,496.81 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041003303
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 63912 1 0004S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22357 | 1,935,000 | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22357-0119<br>Order taken by LUEDKE, FRED<br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $2,029,331.25 | | | | $2,029,331.25 |
| Total: | 1,935,000 | | | $2,029,331.25 | | | | $2,029,331.25 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

APP-B-292

CH 0644

# UBS PaineWebber[SM] Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041003305
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

MARILYN SANDS
300 WILLOWBROOK OFFICE PK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 63912 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
ATTN: BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/12/2001 | 12/12/2001 | 12/12/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22657 | 4,515,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.5000 22657-0162<br><br>Order taken by LUEDKE, FRED<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $4,627,875.00 | | | | $4,627,875.00 |
| Total: | 4,515,000 | | | $4,627,875.00 | | | | $4,627,875.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence.
Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

December 2001



# UBS PaineWebber[SM] Investment Account

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ9L113086-X6 · 1201 · TX · 1

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| **Value on December 31** | $ | 24.14 |
| Cash in 12/31 value | $ | 24.14 |

**Account Number** [redacted] NZ9L113086-X6

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIATION
BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS PaineWebber Money fund dividends | $ 24.14 | $ 24.14 |
| **Total taxable security earnings** | $ 24.14 | $ 24.14 |
| **Total current year security earnings** | $ 24.14 | $ 24.14 |
| **Net security earnings** | $ 24.14 | $ 24.14 |

**Duplicate statement for the account of**
ANDREW STERN
300 WILOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Capital appreciation
Risk profile: Primary: Aggressive/Speculative Secondary: None Selected

**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |
| 12/06 | DEPOSIT | FEDERAL FUNDS DEPOSITED | | | 78,000.00 |
| 12/07 | BOUGHT | UBS PAINEWEBBER CASHFUND | 78,000.000 | 1 | -78,000.00 |
| 12/12 | TRANSFER | TO TX 64365 3100 | | | -64,933.01 |

Continued on page 2



APP-B-294

CH1654

SANDS8079

December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400

Page 2 of 2

UBS PaineWebber℠
Investment Account

NZ9L113087-X8

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/13 | SOLD | UBS PAINEWEBBER CASHFUND AS OF 12/12/01 | -64,933.010 | 1 | 64,933.01 |
| 12/17 | TRANSFER | TO TX 64438 2100 | | | -13,066.99 |
| 12/18 | SOLD | UBS PAINEWEBBER CASHFUND AS OF 12/17/01 | -13,066.990 | 1 | 13,066.99 |
| 12/18 | DIVIDEND | UBS PAINEWEBBER CASHFUND | | | 24.14 |
| 12/31 | | **Closing balance** | | $ | 24.14 |

December 01/ TX 64364 LG

December 2001

Page 1 of 2

# UBS PaineWebber℠ Investment Account

H

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| **Value on December 31** | $ | .00 |

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 800
DALLAS, TX 75201
NZFL050347-X6 -1201 - TX -

Account Number [redacted]

NZFL050347-X6

Your Financial Advisor
LUEDKE, FRED 214-220-0400

ANDREW STERN
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 12,984.64 | $ 12,984.64 |
| **Net security earnings** | $ 12,984.64 | $ 12,984.64 |

Bulletin Board
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.
VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

**Return objective:** Capital appreciation

**Risk profile:** Primary: Aggressive/Speculative Secondary: None Selected

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |
| 12/12 | TRANSFER | FM TX 64364 5100 | | | 64,933.01 |
| 12/12 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE 1.0000 22476-0128 | 765,000.000 | 104.8750000 | -802,293.75 |

Continued on page 2

01/25/2002 FRI 02:04 FAX 214 978 6052 PAINEWEBBER ☑008

December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE, FRED
214-220-0400



UBS PaineWebber™
Investment Account

NZFL050348-X8

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|---|
| 12/12 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 | | -765,000.000 | 101.2812500 | 777,440.49 |
| | | DTD 05/15/01 FC 11/15/01 PRINCIPAL SALE | | | | |
| | | LOT 1 OF 1 21828-0623 YTM = 4.30 | | | | |
| | | ACCRUED INT RECD $2,638.93 | | | | |
| 12/12 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 | | 1,785,000.000 | 102.5000000 | -1,829,625.00 |
| | | DTD 09/30/01 FC 03/31/02 REPO CONTRACT | | | | |
| | | RATE 1.5000 22706-0174 | | | | |
| 12/12 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 | | -1,785,000.000 | 99.7031250 | 1,789,545.25 |
| | | DTD 09/30/01 FC 03/31/02 PRINCIPAL SALE | | | | |
| | | LOT 1 OF 1 21556-0611 YTM = 2.92 | | | | |
| | | ACCRUED INT RECD $9,844.47 | | | | |
| 12/17 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 | | -765,000.000 | 104.8750000 | 802,434.15 |
| | | DTD 05/15/01 FC 11/15/01 REPO CONTRACT | | | | |
| | | RATE 1.2600 09802-0126 ACCRUED INT RECD | $140.40 | | | |
| 12/17 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 | | -1,785,000.000 | 102.5000000 | 1,829,965.84 |
| | | DTD 09/30/01 FC 03/31/02 REPO CONTRACT | | | | |
| | | RATE 1.4200 09278-0174 ACCRUED INT RECD | $360.84 | | | |
| 12/18 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06 | | 765,000.000 | | -802,434.15 |
| | | DTD 05/15/01 FC 11/15/01 AS OF 12/17/01 | | | | |
| 12/18 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03 | | 1,785,000.000 | | -1,829,965.84 |
| | | DTD 09/30/01 FC 03/31/02 AS OF 12/17/01 | | | | |
| 12/31 | | Closing balance | | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/12 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 | -765,000.000 | 104.8750000 | 802,293.75 |
| | | | DTD 05/15/01 FC 11/15/01 REPO CONTRACT | | | |
| | | | RATE 1.0000 22479-0126 OPEN REPOS SETTLE 12/31/2069 | | | |
| 12/12 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 | -1,785,000.000 | 102.5000000 | 1,829,625.00 |
| | | | DTD 09/30/01 FC 03/31/02 REPO CONTRACT | | | |
| | | | RATE 1.5000 22707-0174 OPEN REPOS SETTLE 12/31/2069 | | | |
| | | | Total pending securities sold | | $ | 2,631,918.75 |

December 01/ TX 64365 FL