12/11/2001 TUE 04:48 FAX 214 978 6052 PAINEWEBBER ☑007

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

TRADE TICKET

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 1785 M OF T 2 ¾ 09/30/03
MIN PIECE: 1000 * US TREASURY N/B *

PRICE 99-22+ YIELD 2.919179 to W Worst 9/30/03 100
( 99.7031250)

SETTLEMENT ON 12/12/01

NOTES: FOR: ANDREW STERN [redacted]

{9128277D Govt DES<GO>}

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 1,779,700.78 |
| ACCRUED ( 73 DAYS ) | | 9,844.47 |
| TOTAL | $ | 1,789,545.25 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:27:28

Bloomberg PROFESSIONAL

EXHIBIT 15

12/11/2001 TUE 04:50 FAX 214 978 6052 PAINEWEBBER 014

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28

## TRADE TICKET

AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 765 M OF T 4 5/8 05/15/06
* US TREASURY N/B *
MIN PIECE: 1000
PRICE 101-9 YIELD 4.303162 to Worst 5/15/06 100
(101.2812500)
SETTLEMENT ON 12/12/01

NOTES: FOR: ANDREW STERN [redacted]

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

## TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 774,801.56 |
| ACCRUED ( 27 DAYS ) | | 2,638.93 |
| TOTAL | $ | 777,440.49 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:34:33

Bloomberg PROFESSIONAL

SANDS8096

APP-B-299 CH 671

T 2.75 9/03 Govt BXT N236 Govt BXT

Enter <1><GO> to send screen via <MESSAGE> System.

12/11/2001 16:15

TRADE TICKET

AS OF: 12/11/01

ISIN US9128277D82

9128277D8

DATED 9/30/01

TRADER FRITZ LUEDKE

At UBS PAINEWEBBER INC.

BUY 4515 M OF T 2 ¾ 09/30/03

MIN PIECE: 1000

* US TREASURY N/B *

PRICE 99-22+ YIELD 2.919179 to Worst 9/30/03 100

( 99.7031250)

SETTLEMENT ON 12/12/01

NOTES: FOR: MARILYN SANDS [redacted]

{9128277D Govt DES<GO>}

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 4,501,596.09 |
| ACCRUED ( 73 DAYS ) | | 24,900.72 |
| TOTAL | $ | 4,526,496.81 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
I743-132-1 11-Dec-01 16:18:05

Bloomberg PROFESSIONAL

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28

TRADE TICKET

AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 1935 M OF T 4 5/8 05/15/06
MIN PIECE: 1000 * US TREASURY N/B *

PRICE 101-9 YIELD 4.303162 to W Worst 5/15/06 100
(101.2812500)

SETTLEMENT ON 12/12/01

NOTES: FOR: MARILYN SANDS [redacted]

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 1,959,792.19 |
| ACCRUED ( 27 DAYS ) | | 6,674.95 |
| TOTAL | $ | 1,966,467.14 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:31:12

Bloomberg PROFESSIONAL

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

TRADE TICKET

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 8330 M OF T 2 ¾ 09/30/03
MIN PIECE: 1000 ** US TREASURY N/B **
PRICE 99-22+ YIELD 2.919179 to W Worst 9/30/03 100
( 99.7031250)
SETTLEMENT ON 12/12/01

NOTES: FOR: MARVIN SANDS [redacted]

(9128277D Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 8,305,270.31 |
| ACCRUED ( 73 DAYS ) | | 45,940.87 |
| TOTAL | $ | 8,351,211.18 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
I743-132-1 11-Dec-01 16:28:13

Bloomberg PROFESSIONAL

CH1912

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28

## TRADE TICKET

AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 3570 M OF T 4 ⅝ 05/15/06
MIN PIECE: 1000 * US TREASURY N/B *

PRICE 101-9 YIELD 4.303162 to Worst 5/15/06 100
(101.2812500)

SETTLEMENT ON 12/12/01

NOTES: FOR: MARVIN SANDS [redacted]
(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

## TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 3,615,740.63 |
| ACCRUED ( 27 DAYS ) | | 12,315.02 |
| TOTAL | $ | 3,628,055.65 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:35:41

Bloomberg PROFESSIONAL

12/11/2001 TUE 04:47 FAX 214 978 6052 PAINEWEBBER ☑003

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

## TRADE TICKET

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 6615 M OF T 2 ¾ 09/30/03
MIN PIECE: 1000 ** US TREASURY N/B **
PRICE 99-22+ YIELD 2.919179 to W Worst 9/30/03 100
( 99.7031250)
SETTLEMENT ON 12/12/01

NOTES: FOR: ROBERT SANDS [redacted]

[9128277D Govt DES<GO>]

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? [] Highlights off? N

## TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 6,595,361.72 |
| ACCRUED ( 73 DAYS ) | | 36,482.45 |
| TOTAL | $ | 6,631,844.17 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:17:32

Bloomberg PROFESSIONAL

T 4.625 5/06 Govt BXT N236 Govt BXT

Enter <1><GO> to send screen via <MESSAGE> System.

12/11/2001 16:28 TRADE TICKET AS OF: 12/11/01

ISIN US9128276X55

9128276X5

DATED 5/15/01

TRADER FRITZ LUEDKE

At UBS PAINEWEBBER INC.

BUY 2835 M OF T 4 ⅝ 05/15/06

MIN PIECE: 1000 ** US TREASURY N/B **

PRICE 101-9 YIELD 4.303162 to Worst 5/15/06 100

(101.2812500)

SETTLEMENT ON 12/12/01

NOTES: FOR: ROBERT SANDS [redacted]

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? [ ] Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 2,871,323.44 |
| ACCRUED ( 27 DAYS ) | | 9,779.58 |
| TOTAL | $ | 2,881,103.02 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
I743-132-1 11-Dec-01 16:30:46

Bloomberg PROFESSIONAL

12/11/2001 TUE 04:47 FAX 214 978 6052 PAINEWEBBER ⓐ002

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

TRADE TICKET

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 5565 M OF T 2 ¾ 09/30/03
* US TREASURY N/B *
MIN PIECE: 1000
PRICE 99-22+ YIELD 2.919179 to W Worst 9/30/03 100
( 99.7031250)
SETTLEMENT ON 12/12/01

NOTES: FOR: RICHARD SANDS [redacted]

(9128277D Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 5,548,478.91 |
| ACCRUED ( 73 DAYS ) | | 30,691.59 |
| TOTAL | $ | 5,579,170.50 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:16:40

Bloomberg PROFESSIONAL

CH1839

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28

TRADE TICKET

AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 2385 M OF T 4 5/8 05/15/06
MIN PIECE: 1000
* US TREASURY N/B *

PRICE 101-9 YIELD 4.303162 to Worst 5/15/06 100
(101.2812500)

SETTLEMENT ON 12/12/01

NOTES: FOR: RICHARD SANDS [redacted]

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 2,415,557.81 |
| ACCRUED ( 27 DAYS ) | | 8,227.26 |
| TOTAL | $ | 2,423,785.07 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:29:43

Bloomberg PROFESSIONAL

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

TRADE TICKET

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 1995 M OF T 2 ¾ 09/30/03
MIN PIECE: 1000
* US TREASURY N/B *

PRICE 99-22+ YIELD 2.919179 to W Worst 9/30/03 100
( 99.7031250)

SETTLEMENT ON 12/12/01

NOTES: FOR: ABIGAIL STERN [redacted]

(9128277D Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 1,989,077.34 |
| ACCRUED ( 73 DAYS ) | | 11,002.64 |
| TOTAL | $ | 2,000,079.98 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:26:01

Bloomberg PROFESSIONAL

12/11/2001 TUE 04:50 FAX 214 978 6052 PAINEWEBBER 012

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28

TRADE TICKET

AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 855 M OF T 4 5/8 05/15/06
* US TREASURY N/B *

MIN PIECE: 1000

PRICE 101-9 YIELD 4.303162 to W Worst 5/15/06 100
(101.2812500)

SETTLEMENT ON 12/12/01

NOTES: FOR: ABIGAIL STERN [redacted]

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 865,954.69 |
| ACCRUED ( 27 DAYS ) | | 2,949.40 |
| TOTAL | $ | 868,904.09 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:32:57

Bloomberg PROFESSIONAL

T 2.75 9/03 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:15

**TRADE TICKET**

AS OF: 12/11/01
ISIN US9128277D82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

BUY 1995 M OF T 2 ¾ 09/30/03
MIN PIECE: 1000 * US TREASURY N/B *
PRICE 99-22+ YIELD 2.919179 to Worst 9/30/03 100
( 99.7031250)
SETTLEMENT ON 12/12/01

NOTES: FOR: ZACHARY STERN [redacted]

(91282770 Govt DES<GO>)
VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

**TRADE NUMBERS**

| | | |
|---|---|---|
| PRINCIPAL | $ | 1,989,077.34 |
| ACCRUED ( 73 DAYS ) | | 11,002.64 |
| TOTAL | $ | 2,000,079.98 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:26:37

Bloomberg PROFESSIONAL

12/11/2001 TUE 04:50 FAX 214 978 8052 PAINEWEBBER 013

T 4.625 5/06 Govt BXT N236 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/11/2001 16:28 TRADE TICKET AS OF: 12/11/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.
BUY 855 M OF T 4 5/8 05/15/06
MIN PIECE: 1000 * US TREASURY N/B *
PRICE 101-9 YIELD 4.303162 to Worst 5/15/06 100
(101.2812500)
SETTLEMENT ON 12/12/01

NOTES: FOR: ZACHARY STERN [redacted]
(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.0000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 865,954.69 |
| ACCRUED ( 27 DAYS ) | | 2,949.40 |
| TOTAL | $ | 868,904.09 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 11-Dec-01 16:32:31

Bloomberg PROFESSIONAL