Constellation

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716-218-2169
fax 716-218-2155

December 20, 2001

Lynn Lyttle
Merrill Lynch
Corporate Square
25 North Street
Canandaigua, NY 14424

Dear Lynn:

Please transfer $2,582 from RRMC Management Corp. #[redacted] to Alpha 1, LP #[redacted]

Thank you.

Sincerely,

Richard Sands

RS:jc

EXHIBIT
31