Constellation

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716-218-2169
fax 716-218-2155

December 13, 2001

Lynn Lyttle
Merrill Lynch
Corporate Square
25 North Street
Canandaigua, NY 14424

Dear Lynn:

Please deposit the following amounts from their respective accounts to Alpha I, LP #[redacted]:

| | |
|---|---|
| From Richard Sands #[redacted] | $223,675.31 |
| From Robert Sands #[redacted] | $265,614.43 |
| From Marilyn Sands #[redacted] | $181,736.19 |
| From Andy Stern #[redacted] | $ 72,694.48 |
| From Marvin Sands Master Trust #[redacted] | $335,512.97 |
| From Abigail Stern Trust #[redacted] | $ 80,383.31 |
| From Zachary Stern Trust #[redacted] | $ 80,383.31 |
| TOTAL | $1,240,000.00 |

Thank you.

Sincerely,

Richard Sands

Robert Sands

Marilyn Sands

Andrew Stern

EXHIBIT
tabbies
32

Constellation

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716-218-2168
fax 716-218-2155

December 13, 2001

Lynn Lyttle
Merrill Lynch
Corporate Square
25 North Street
Canandaigua, NY 14424

Dear Lynn:

Please transfer $80,383.31 from Alpha I #7[redacted] to each of the following accounts:

| | |
|---|---|
| To Abigail Stern Trust #7[redacted] | $80,383.31 |
| To Zachary Stern Trust #7[redacted] | $80,383.31 |
| TOTAL | $160,766.20 |

Thank you.

Sincerely,

Richard Sands

RS:jc

Constellation

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716-218-2169
fax 716-218-2155

December 13, 20001

Lynn Lyttle
Merrill Lynch
Corporate Square
25 North Street
Canandaigua, NY 14424

Dear Lynn:

Please transfer $160,766.63 from CWC Partnership-1 #[redacted] to Alpha I #70C-07P67.

Thank you.

Sincerely,

Richard Sands

RS:jc