Merrill Lynch ONLINE

• Quote • My Financial Picture • Customer Service • Help • Site M

Home | Accounts | Trade | Research

Account Info | History | Transfers & Checks | Bill Payment | Rewards Program | Update Account | New A

Account: [redacted] CMA)

Activity | Statements | Download | Trade Conf | Closed Pos

# Activity

[redacted]

## All Categories

From 12/01/2001 to 12/19/2001 as of Close of Business 12/19/2001

| Trade Date | Settlement Date | Symbol/ CUSIP | Explanation | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/17/2001 | 12/20/2001 | YHOO | PNDING PURCHASE | 33,400 | 17.950000 | -599530.00 |
| | YAHOO INC CAL PV$0.00017 | | | | | |
| 12/17/2001 | 12/20/2001 | GLW | PNDING PURCHASE | 67,525 | 8.822800 | -599811.07 |
| | CORNING INC | | | | | |
| | 12/17/2001 | | JOURNAL ENTRY | | | 72894.48 |
| | TR FROM 70C39947 N/O ANDREW STERN VS 70C39947 UNIT 16P BATCH # = 00030262421 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | -80383.31 |
| | TR TO 70C51104 N/O ANDREW STERN TTEE VS 70C51104 UNIT 16P BATCH # = 00030263455 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | -80383.31 |
| | TR TO 70C51103 N/O ANDREW STERN TTEE VS 70C51103 UNIT 16P BATCH # = 00030263455 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | 160766.63 |
| | TR FROM 70C07N24 N/O CWC PARTNERSHIP I VS 70C07N24 UNIT 16P BATCH # = 00030263445 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 223875.31 |
| | TR FROM 70C96241 N/O MR RICHARD ELLIOT SAVS 70C96241 UNIT 16P BATCH # = 00030218395 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 265814.43 |
| | TR FROM 70C96240 N/O MR ROBERT SCOTT SANDVS 70C96240 UNIT 16P BATCH # = 00030216385 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 335512.97 |
| | TR FROM 70C51351 N/O R.SANDS TTEE:R.SANDSVS 70C51351 UNIT 16P BATCH # = 00030216375 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 80383.31 |
| | TR FROM 70C51104 N/O ANDREW STERN TTEE VS 70C51104 UNIT 16P BATCH # = 00030216365 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 80383.31 |
| | TR FROM 70C51103 N/O ANDREW STERN TTEE VS 70C51103 UNIT 16P BATCH # = 00030216355 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 161736.19 |
| | TR FROM 16H27851 N/O MRS MARILYN D SANDS VS 16H27851 UNIT 41W BATCH # = 00030159175 | | | | | |

Specify activity to view.

Account:

[redacted] (WCMA)

Date Range:

Transaction Category:

C Today

TOTAL P.03

EXHIBIT 33

CH 1945

• Quote • My Financial Picture • Customer Service • Help • Site M

Merrill Lynch ONLINE Home Accounts Trade Research

Account Info History Transfers & Checks Bill Payment Rewards Program Update Account New A

Account: [redacted](WCMA)

Balances
Holdings
Open Orde
Available F
Unrealized
Asset Alloc
Insurance &
Visa Trans

## Holdings

[redacted]

As of Close of Business: 12/19/2001

Show with Intraday Updates

| | |
|---|---|
| **Cash Balance (Settled and Unsettled)** | (1,199,341) |

### Money Accounts

| Security | Security Description | Value |
|---|---|---|
| 989988913 | CMA MONEY FUND | 1,240,000 |
| **Total Money Accounts** | | 1,240,000 |

### Stocks & Related

| Security | Security Description | Rating | Quantity | Price | Value |
|---|---|---|---|---|---|
| GLW | CORNING INC | C-3-1-9 | 67,525 | 8.500 | 573,963 |
| YHOO | YAHOO INC CAL PV$0.00017 | D-2-1-9 | 33,400 | 17.710 | 591,514 |
| **Total Stocks & Related** | | | | | 1,165,477 |

| | |
|---|---|
| **Total Portfolio Value** | 1,206,135 |

*Click here for a printer-friendly version of this page.*

Contact Us © 2001 Merrill Lynch, Pierce, Fenner & Smith Incorporated. All rights reserved. Member, Securities Investor Protection Corporation (SIPC). System availability and response time are subject to market conditions and possible unscheduled outages. To view this site, one of the following browsers is required: Netscape Communicator 4.74 through 4.78, Internet Explorer 5.0 through 5.5, or America Online version 5.0. We also require Adobe Acrobat Reader 4.0.

12/20/2001
11:12:17 AM

Trademark Notices Privacy and Security Agreements and Disclosures



https://www.fs.ml.com/accounts/mlmcfholdings.asp 12/20/2001

DEC-20-2001 12:46 CANANDAIGUA BRANDS 716 218 2160 P.02/02

Merrill Lynch Online

• Quote • My Financial Picture • Customer Service • Help • Site M

Home | Accounts | Trade | Research

Account Info | History | Transfers & Checks | Bill Payment | Rewards Program | Update Account | New A

Activity
Statements
Download
Trade Conf
Closed Pos

Account: [redacted] (WCMA)

## Activity

[redacted]7

**All Categories**

From 12/01/2001 to 12/19/2001 as of Close of Business 12/19/2001

| Trade Date | Settlement Date | Symbol/ CUSIP | Explanation | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/17/2001 | 12/20/2001 | YHOO | PNDING PURCHASE | 33,400 | 17.950000 | -599530.00 |
| | YAHOO INC CAL PV$0.00017 | | | | | |
| 12/17/2001 | 12/20/2001 | GLW | PNDING PURCHASE | 67,525 | 8.822800 | -599811.07 |
| | CORNING INC | | | | 8.882 | |
| | 12/17/2001 | | JOURNAL ENTRY | | | 72694.48 |
| | TR FROM 70C39947 N/O ANDREW STERN VS 70C39947 UNIT 16P BATCH # = 00030262421 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | -80383.31 |
| | TR TO 70C51104 N/O ANDREW STERN TTEE VS 70C51104 UNIT 16P BATCH # = 00030263455 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | -80383.31 |
| | TR TO 70C51103 N/O ANDREW STERN TTEE VS 70C51103 UNIT 16P BATCH # = 00030263455 | | | | | |
| | 12/14/2001 | | JOURNAL ENTRY | | | 160766.63 |
| | TR FROM 70C07N24 N/O CWC PARTNERSHIP I VS 70C07N24 UNIT 16P BATCH # = 00030263445 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 223675.31 |
| | TR FROM 70C96241 N/O MR RICHARD ELLIOT SAVS 70C96241 UNIT 16P BATCH # = 00030216395 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 265614.43 |
| | TR FROM 70C96240 N/O MR ROBERT SCOTT SANDVS 70C96240 UNIT 16P BATCH # = 00030216385 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 335512.97 |
| | TR FROM 70C51351 N/O R.SANDS TTEE;R.SANDSVS 70C51351 UNIT 16P BATCH # = 00030216375 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 80383.31 |
| | TR FROM 70C51104 N/O ANDREW STERN TTEE VS 70C51104 UNIT 16P BATCH # = 00030216365 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 80383.31 |
| | TR FROM 70C51103 N/O ANDREW STERN TTEE VS 70C51103 UNIT 16P BATCH # = 00030216355 | | | | | |
| | 12/13/2001 | | JOURNAL ENTRY | | | 181736.19 |
| | TR FROM 16H27851 N/O MRS MARILYN D SANDS VS 16H27851 UNIT 41W BATCH # = 00030169175 | | | | | |

— net - Nasdaq

- add 4.00 commission

Specify activity to view.

Account: [redacted] (WCMA)

Date Range: ○ Today

Transaction Category:

TOTAL P.02