No. LC0058234

# STATE OF MISSOURI

SEAL OF THE SECRETARY OF STATE
MISSOURI

## Matt Blunt
## Secretary of State

CERTIFICATE OF ORGANIZATION

LIMITED LIABILITY COMPANY

WHEREAS,

BETA PARTNERS L.L.C.

filed its ARTICLES OF ORGANIZATION with this office on the 10th day of DECEMBER, 2001, and that filing was found to conform to the Missouri Limited Liability Company Act;

NOW, THEREFORE, I, MATT BLUNT, Secretary of State of the State of Missouri, by virtue of authority vested in me by law, do certify and declare that on the 10th day of DECEMBER, 2001, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 10th day of DECEMBER, 2001.

THE GREAT SEAL OF THE STATE OF MISSOURI
MDCCCXX

Matt Blunt
Secretary of State

$105.00

EXHIBIT
34

SOS #30 (1-01)

# ARTICLES OF ORGANIZATION
# OF
# BETA PARTNERS L.L.C.

FILED

DEC 10

Matt Blunt
SECRETARY OF STATE

SECRETARY OF STATE
STATE OF MISSOURI
P.O. BOX 778
JEFFERSON CITY, MISSOURI 65102

## ARTICLE ONE

The name of the limited liability company is Beta Partners L.L.C.

## ARTICLE TWO

The limited liability company is formed for the following purposes:

a) to engage in any lawful business for which a limited liability company may be organized under Sections 347.010 to 347.187 of the Missouri Limited Liability Company Act; and

b) to exercise all of the powers granted under the provisions of Sections 347.010 to 347.187 of the Missouri Limited Liability Company Act.

The foregoing clauses are to be construed both as objects and powers. It is hereby expressly provided that the foregoing enumeration of specific powers are not to be held to limit or restrict in any manner the powers of the limited liability company, nor will the limited liability company be required to exercise all of such powers at any one time.

## ARTICLE THREE

The name and address of the limited liability company's initial registered agent in Missouri is:

Michael D. Mulligan
500 North Broadway, Suite 2000
St. Louis, Missouri 63102

## ARTICLE FOUR

The management of the limited liability company is vested in one or more managers.

FILED
DEC 1 0 2001
Matt Blunt
SECRETARY OF STATE

## ARTICLE FIVE

The duration of the limited liability company is perpetual.

## ARTICLE SIX

The name and address of each organizer is as follows:

Brian D. Bouquet
13109 Barrett Meadows Drive
Des Peres, Missouri 63021

## ARTICLE SEVEN

For tax purposes, the limited liability company will be operating as a partnership.

IN AFFIRMATION THEREOF, the facts stated above are true.

Brian D. Bouquet
Brian D. Bouquet, Organizer

December 10, 2001
Date

902659.1