# TRANSFER AND ASSIGNMENT

THIS TRANSFER AND ASSIGNMENT, made and entered into December 20, 2001, by and between ALPHA I L.P., a Missouri limited partnership, whose current address is c/o 500 N. Broadway, Suite 2000, St. Louis, Missouri 63102, hereinafter referred to as "Assignor," and BETA PARTNERS L.L.C., a Missouri limited liability company, whose current address is c/o 500 N. Broadway, Suite 2000, St. Louis, Missouri 63102, hereinafter referred to as "Assignee."

## WITNESSETH:

WHEREAS, Assignor is the current owner of Paine Webber brokerage accounts, specifically account numbers [redacted] and [redacted] hereinafter referred to as the "Accounts";

WHEREAS, the Accounts presently hold the assets set forth on Exhibit A to this Transfer and Assignment (the "Assets");

WHEREAS, Assignor has certain obligations as provided by applicable statutes, regulations, and exchange rules in connection with open investment positions in the Accounts (the "Obligations");

WHEREAS, Assignor desires to assign all of the Assets of the Accounts to the Assignee, and to delegate the Obligations to the Assignee; and

WHEREAS, Assignee is willing to accept the Assets and the Obligations.

NOW, THEREFORE, the Assignor and Assignee agree as follows:

1. **TRANSFER AND ACCEPTANCE**: The Assignor hereby transfers and assigns the Assets and delegates the Obligations to Assignee, together with 67,525 shares of common stock of Corning, Inc. and 33,400 shares of common stock of Yahoo, Inc., for and in consideration of Assignee's accepting the transfer and assignment of the Assets and the delegation of the Obligations, and Assignee's issuing and transferring to Assignor ninety-nine and forty-three ten-thousandths percent (99.0043%) interest of BETA PARTNERS L.L.C. Assignee hereby accepts such transfer and assignment of the Assets and the delegation of the Obligations and, furthermore, hereby agrees to be bound by, observe and perform, all past (to the

EXHIBIT
36
tabbies

extent unsatisfied), present and future terms, provisions and covenants of Assignor under and associated with the Obligations.

2. INDEMNIFICATION: **Assignee does hereby agree to defend, indemnify, and hold harmless Assignor, against any and all claims, demands, judgments, damages, actions, injuries, administrative orders, consent agreements and orders, obligations, penalties, costs and expenses of any kind whatsoever, incurred by Assignor or any general partner of the Assignor in connection with the defense of any action, suit, or proceeding relating to the Obligations, whether civil, criminal, or administrative, in which the Assignor is made a party by reason of its ownership of the Obligations. Furthermore, Assignee releases Assignor from any claims or causes of action, of whatsoever kind or nature, whether known or unknown, accrued or yet to arise or accrue, which relate to or arise out of the Obligations.**

3. **SEVERABILITY:** In lieu of any provision of this Transfer and Assignment that may be deemed invalid or unenforceable for any reason, there shall be automatically added as a matter of law a provision as identical as possible which is deemed valid and enforceable, and the remaining provisions of this Transfer and Assignment shall not be affected thereby but rather shall be enforced to the greatest extent permitted by applicable law.

4. **COUNTERPARTS:** This Transfer and Assignment may be executed through the use of multiple original counterparts.

5. **GOVERNING LAW:** This Transfer and Assignment shall be construed in accordance with and governed by the laws of the State of Missouri.

6. **ASSIGNEE'S EXPENSES:** All taxes and other governmental charges and fees relating to the transaction evidenced by this instrument shall be paid by Assignee.

7. **BINDING EFFECT:** This Transfer and Assignment shall be binding upon the successors and assigns of the parties.

8. **DOCUMENTATION:** The Assignor and the Assignee shall execute and deliver such further and additional instruments, agreements, and other documents as may be necessary to evidence or carry out the provisions of this Transfer and Assignment.

9. **ENTIRE AGREEMENT:** This instrument contains the entire agreement between the parties, and may only be amended by instrument in writing signed by both of the parties hereto.

10. **NOTICES**: All notices or other documents under this Transfer and Assignment shall be in writing and delivered personally or mailed by certified mail, postage prepaid, addressed to the parties at their last known addresses.

11. **NON-WAIVER**: No delay or failure by either party to exercise any right under this Transfer and Assignment, and no partial or single exercise of such right, shall constitute a waiver of that or any other right, unless otherwise expressly provided herein.

12. **HEADINGS**: Headings in this instrument are for convenience only and shall not be used to interpret or construe its provisions.

13. **IRREVOCABLE**: This Transfer and Assignment is irrevocable and shall remain in full force and effect until its release in writing by Assignee.

*[remainder of page intentionally left blank; signatures appear on next page]*

IN WITNESS WHEREOF, the parties hereto have executed this Transfer and Assignment the day and year first above written.

ALPHA I L.P., a Missouri limited partnership

By: R, R, M & C Management Corporation, a Missouri corporation, Managing Partner

By: ______________________
Robert Sands, President

"Assignor"

BETA PARTNERS L.L.C., a Missouri limited liability company

By: ALPHA I L.P., a Missouri limited partnership, Manager

By: R, R, M & C Management Corporation, a Missouri corporation, Managing Partner

By: ______________________
Robert Sands, President

"Assignee"

904922.1

EXHIBIT A

PaineWebber Accounts:

[redacted] and [redacted] $45,637,127.17

2001/12/20 14:31 158

# Alpha I L.P.

500 North Broadway, Suite 2000
St. Louis, Missouri 63102-2147

December 20, 2001

Mr. Fritz Luedke
PaineWebber
100 Crescent Court Suite 600
Dallas, TX 75201
Phone: (214) 979-0404
Fax: (214) 965-6133

**Re: Account #[redacted] & #[redacted] in the name Alpha I L.P.**

Dear Mr. Luedke:

Please be advised that as of the close of business on December 20, 2001, I transferred and assigned all the assets, obligations and duties from the above-referenced brokerage account to account number [redacted] and [redacted] in the name of Beta Partners L.L.C. Please reflect this transfer in your records.

Respectfully,

Robert Sands as President of
R,R,M & C Management
Corporation as General Partner

UBS|PaineWebber

UBS PaineWebber Inc.
100 Crescent Court
Suite 600
Dallas, TX 75201
214 220 0400
214 754 7185 fax
800 527 5746 toll free
ubspainewebber.com

December 20, 2001

Alpha I, L.P.
Mr. Robert Sands &
Mr. Richard Sands
300 Willowbrook Office Park
Fairport, N.Y. 14450

Dear Mr. Sands & Mr. Sands:

The purpose of this letter is to acknowledge the receipt of a letter of authorization (LOA), on 12/20/01 that transfers absolute ownership and responsibility for the accounts entitled, Alpha I, L.P. [redacted] to the account entitled Beta Partners LLC, [redacted]6 and transfers absolute ownership and responsibility for the account entitled Alpha I, L.P., [redacted] to the account entitled Beta Partners LLC account, [redacted].

With the receipt of the above referenced LOA, ownership and responsibility for all positions in the original account were transferred to the new account. The new account has provided all required documents, including a trading authorization, to establish a new account in good standing.

Accordingly, and notwithstanding any provisions of our Customer Agreement or other documents, ownership and all responsibilities for the positions transferred are assumed by, and are the sole obligation of, the new account. Any transactions in the positions can only be initiated by individuals designated in the new account's trading authorization.

Sincerely,

Fritz C. Luedke

Fritz C. Luedke
Senior Vice President

FCL:le

Constellation

Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450
phone 716-218-2189
fax 716-218-2155

December 20, 2001

Lynn Lyttle
Merrill Lynch
Corporate Square
25 North Street
Canandaigua, NY 14424

Dear Lynn:

Please transfer the 67,525 shares of Corning Inc. (GLW) and 33,400 shares of Yahoo (YHOO) in the Alpha 1. LP account [redacted] to the Beta Partners, LLC account at Paine Webber via the DTC instructions below:

PW DTC # 0221
A/O Beta Partners, LLC
A/C [redacted]

Thank you.

Sincerely,

Richard Sands

RS:jc