txbg

TX64436 IE:LG Account Inquiry(Activity (A)) - BETA CF (as of 12/27) LSTMT:
2/28/01 6:55 AM RETURN: MIX RISK: 1) MODERATE 2) UNKNOWN 3) UNKNOWN

BETA PARTNERS, L.L.C
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

| | |
|---|---|
| Net MM Funds | 235,087 |
| Cr/Dr Balance | 1,240,964 |
| Tot Portfolio | 2,641,507 |
| Liquid Equity | 2,641,506 |
| HS Excess/Call | 0 |

| SDATE | SHARES | SECURITY DESC | PRINT PRICE | NET AMT | SECNO | TP |
|---|---|---|---|---|---|---|
| DEC20 | | FM TX 64438 2100 | TFRTT3540624 | 210,087.42CR | | 1 |
| | | JW=TRF2 BRTT2 BR08TXEE | TX0Z | | | |
| DEC20 | | 1220D3QCI20C001816 | FUNDS REC'D | 25,000.00CR | | 1 |
| | | | FM YYY K511100140 | | | |
| | | SY=DEP3 8900114061 | | | | |
| DEC21 L | 67525 | CORNING INC | MDH BOOK | .00 | 098191 | 1 |
| | | /* 5198219350105 | /* R | | | |
| | | SY=REC3 | | | | |
| DEC21 L | 33400 | YAHOO INC | MDH BOOK | .00 | 513AC0 | 1 |
| | | /* 5198984332106 | /* R | | | |
| | | SY=REC3 | | | | |
| DEC21 | | UBS PW CASHFUND | 1 | 235,087.42 | 919179 | 1 |
| DEC27 | | FM TX 64437 4100 | TFRGS3613438 | 1240,964.98CR | | 1 |
| | | JW=TRF2 GOG52 GO0101LM | Z$0R | | | |
| | | *** CASH *** | | 1,240,964.98CR | | |



EXHIBIT 37