EXHIBIT 38

Merrill Lynch

# PRIORITY CLIENT CMA® ACCOUNT

MR FREDDY ROBINSON
FAO GLORIA ROBINSON
[redacted]
GREENSBORO NC 27419

**Total Account Value As Of 12/31/2001** $3,218,092.87
** Duplicate Copy **

YOUR FINANCIAL ADVISOR:
KENNETH J MILLER
Ken_Miller@ml.com
(336) 333-7413

Your Merrill Lynch Office:
800 GREEN VALLEY RD. SUITE 400
GREENSBORO NC 27408

FOR CUSTOMER SERVICE QUESTIONS: 1-800-MERRILL (1-800-637-7455)

## Monthly Portfolio Summary

| Asset | 11/30/01 Value | % | 12/31/01 Value | % |
|---|---|---|---|---|
| Cash/Money Accounts | 31,721 | 1 | 3,038 | * |
| CD's/Equivalents | | | | |
| Government Securities | 158,320 | 5 | 157,223 | 5 |
| Corporate Bonds | 79,280 | 3 | 78,550 | 2 |
| Municipal Bonds | 36,648 | 1 | 36,532 | 1 |
| Equities | 2,799,158 | 89 | 2,910,492 | 90 |
| Mutual Funds | 31,278 | 1 | 31,235 | 1 |
| Options | | | | |
| Other | | | | |
| *-Less than 1 % | | | | |
| **Long Market Value** | 3,136,407 | | 3,217,073 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | 487 | | 1,019 | |
| Debit Balance | | | | |
| **Net Portfolio Value** | 3,136,894 | | 3,218,092 | |

## Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Tax-Exempt Funds | | 2,655.00 |
| Tax-Exempt Interest | | 9,666.33 |
| Reportable Interest | 547.15 | 48,729.41 |
| Reportable Dividends | 5,976.03 | 1,232.28 |
| Income Not Reported | | |
| **Total** | 6,523.18 | 62,283.02 |

## Items for Attention

| | Security | Message | Date |
|---|---|---|---|
| AXA | AMERN DEPSHS SPD | Opinion Downgraded | |

**Purchasing Power** 1,652,175 **Investor Credit Line** 1,651,009

## Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 10021.64 | 9851.56 | 10787.99 |
| Three-Month Treasury Bills | 1.71% | 1.77% | 5.88% |
| Long-Term Treasury Bonds | 5.47% | 5.27% | 5.45% |

## NEWS

From all of us at Merrill Lynch....Thank you for the opportunity to serve you and your financial needs. All the best for a happy and prosperous New Year.

PLEASE SEE REVERSE SIDE

Page Statement Period Account No.

APP-B-1157

SANDS 9156

Merrill Lynch

PRIORITY CLIENT CMA® ACCOUNT

FAO GLORIA ROBINSON

** Duplicate Copy **

## Summary of Checking Activity

| Date Cleared | Date Written | Check Number | Payee | Amount |
|---|---|---|---|---|
| 12/19 | 12/10 | 1064 | GUILFORD COUNTY TAX DEPARTMENT | 2,909.26 |
| 12/05 | 12/04 | 1082 | GLORIA ROHNSON | 3,000.00 |
| 12/14 | 12/13 | 1083 | GLORIA ROBINSON | 2,000.00 |
| 12/24 | 12/17 | 1084 | BK AMER | 5,560.93 |
| 12/24 | 12/18 | 1085 | AMERICAN EXPRESS | 28,151.24 |
| **Total Checking Activity** | | | | 41,621.43 |

## Daily Activity Review

| Date | | Transaction | Quantity | Description | Price | Amount | Cash Balance | Money Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30 | | Opening Balance | | | | | 1.48CR | 31,720 |
| 12/03 | | Deposit To | | ML BANKING ADVANTAGE | | 1.00 | .48CR | 31,721 |
| 12/05 | | Check | | GLORIA ROHNSON | | 3,000.00 | | |
| 12/05 | * | Exchange | -1,500 | WACHOVIA CORP PLG | | 720.00CR | | |
| | | | | ORIG SEC# 79989 | | | | |
| 12/05 | | Withdrawal | | ML BANKING ADVANTAGE | | 3,000.00CR | 720.48CR | 28,721 |
| 12/06 | | Deposit To | | ML BANKING ADVANTAGE | | 720.00 | .48CR | 29,441 |
| 12/10 | * | Dividend | | EXXON MOBIL CORP COM | | 1,932.00CR | | |
| | | | | HOLDING 8400.0000 | | | | |
| 12/10 | * | Dividend | | INTL BUSINESS MACH | | 672.00CR | | |
| | | | | HOLDING 4800.0000 | | | 2,604.48CR | 29,441 |
| 12/11 | | Deposit To | | ML BANKING ADVANTAGE | | 2,604.00 | .48CR | 32,045 |
| 12/14 | | Check | | GLORIA ROBINSON | | 2,000.00 | | |
| 12/14 | | Withdrawal | | ML BANKING ADVANTAGE | | 2,000.00CR | .48CR | 30,045 |
| 12/17 | * | Dividend | | WACHOVIA CORP NEW | | 1,344.00CR | | |
| | | | | HOLDING 5600.0000 | | | 1,344.48CR | 30,045 |
| 12/18 | | Deposit To | | ML BANKING ADVANTAGE | | 1,344.00 | .48CR | 31,389 |
| 12/19 | | Check | | GUILFORD COUNTY TAX DEPARTMENT | | 2,909.26 | | |
| 12/19 | | Withdrawal | | ML BANKING ADVANTAGE | | 2,909.00CR | .22CR | 28,480 |
| 12/20 | | Journal Entry | | TRANSFR FEE P20013542085 | | 20.00 | | |
| 12/20 | | Wire Transfer | | WIRE TRF OUTP20013542085 | | 25,000.00 | | |
| 12/20 | * | Dividend | | EASTMAN KODAK | | 225.00CR | | |
| | | | | HOLDING 500.0000 | | | | |
| 12/20 | | Withdrawal | | ML BANKING ADVANTAGE | | 25,020.00CR | 225.22CR | 3,460 |
| 12/21 | | Deposit To | | ML BANKING ADVANTAGE | | 225.00 | .22CR | 3,685 |
| 12/24 | | Check | | AMERICAN EXPRESS | | 28,151.24 | | |



APP-B-1158

SANDS 9157

Merrill Lynch

PRIORITY CLIENT CMA® ACCOUNT

FAO GLORIA ROBINSON

** Duplicate Copy **

## Daily Activity Review

| Date | | Transaction | Quantity | Description | Price | Amount | Cash Balance | Money Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/24 | | Check | | BK AMER | | 5,560.93 | | |
| 12/24 | | Withdrawal | | ML BANKING ADVANTAGE | | 3,685.00CR | 30,026.95 | |
| 12/27 | | Journal Entry | | DEPOSIT | | 5,163.29CR | | |
| | | | | TRF FROM 74681324 | | | | |
| 12/27 | | Journal Entry | | TR FROM 70C07P67 | | 25,999.13CR | | |
| | | | | N/O ALPHA I, L.P. | | | | |
| | | | | VS 70C07P67 UNIT 16P | | | | |
| | | | | BATCH # = 00030259456 | | | | |
| 12/28 | | Deposit To | | ML BANKING ADVANTAGE | | 1,166.00 | 1,135.47CR | |
| 12/31 | | Margin Interest | | * INTEREST CHARGE | | 19.06 | 30.53 | 1,166 |
| | | | | FOR 3 DR DAYS AT 7.625 | | | | |
| | | | | ON AVG DR BAL $29995 | | | | |
| | | | | BAL TO 12 31 $0 | | | | |
| 12/31 | * | Dividend | | CHATEAU COMMUNITIES INC | | 348.80CR | | |
| | | | | REIT | | | | |
| | | | | HOLDING 640.0000 | | | | |
| 12/31 | ¤ | Bond Interest | | HOUSEHOLD CAP TRUST I | | 515.63CR | | |
| | | | | Q-PAY TRUST ORIG PFD SEC | | | | |
| | | | | 8.250% JUN 30 2025 CUM | | | | |
| | | | | HOLDING 1000.0000 | | | | |
| 12/31 | * | Rpt Fgn Div | | ROYAL BK OF SCOT GRP PLC | | 1,140.62CR | | |
| | | | | SERIES D NON-CUM | | | | |
| | | | | PFD 9.125% | | | | |
| | | | | HOLDING 2000.0000 | | | | |
| 12/31 | | Fgn Div Tax | | ROYAL BK OF SCOT GRP PLC | | 114.06 | | |
| | | | | SERIES D NON-CUM | | | | |
| | | | | PFD 9.125% | | | | |
| | | | | NON-RECLAIMABLE TAX | | | | |
| 12/31 | ¤ | Bank Interest | | BANK DEPOSIT INTEREST | | 31.52CR | | |
| 12/31 | * | Dividend | | ML US HIGH YIELD FD CL C | | 313.61CR | | |
| 12/31 | | Reinvestment | | ML US HIGH YIELD FD CL C | | 313.61 | | |
| 12/31 | | Divd Reinv | 51 | ML US HIGH YIELD FD CL C | | | | |
| | | | | AGENT AS OF 12/31/01 | | | | |
| | | | | REINV AMOUNT $313.61 | | | | |
| | | | | REINV PRICE $6.07 | | | | |
| | | | | QUANTITY BOT 51.6660 | | | | |
| **12/31** | | **Closing Balance** | | | | 1,872.92CR | 1,872.92CR | 1,166 |

PLEASE SEE REVERSE SIDE

.SE S