# December 2001



**UBS PaineWebber℠ Investment Account**

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
NZ8L113097-X6 · 1201 · TX · 1

| | | |
|---|---|---|
| Value on November 30 | $ | .00 |
| Value on December 31 | $ | .00 |

Account Number [redacted]

NZ8L113097-X6

**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

**Duplicate statement for the account of**
BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
PLEASE READ THE ENCLOSED INVESTMENT INTELLIGENCE FOR IMPORTANT INFORMATION ABOUT CHANGES TO ACCOUNT AND TRANSACTION FEES.

VISIT OUR WEB SITE AT WWW.UBSPAINEWEBBER.COM.

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.*

| | Current period | Year-to-date |
|---|---|---|
| Plus non-municipal accrued interest received | $ 7,202.17 | $ 7,202.17 |
| Less non-municipal accrued interest paid | -275,600.72 | -275,600.72 |
| Net security earnings | $ -268,398.55 | $ -268,398.55 |

## Investment objectives

*The following return objective and risk profile describe overall goals for this account. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives or wish to change them, please contact your Financial Advisor or Branch Manager at your branch office to update your account objectives.*

Return objective: Current income & capital appreciation
Risk profile: Primary: Moderate Secondary: None Selected

## Activity

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 11/30 | | Balance forward | | | $ .00 |

Continued on page 2

December 01/ TX 64437 LG

EXHIBIT 39

APP-B-1160

CH1810

SANDS7513

December 2001

Account Number [redacted]G
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber™
Investment Account

NZ9L113098-X8

## Activity - continued

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|---|
| 12/21 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE .4500 48056-0750 AS OF 12/20/01 | | 13,200,000.000 | 104.8750000 | -13,843,500.00 |
| 12/21 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.2500 47892-0731 AS OF 12/20/01 | | 30,800,000.000 | 102.5000000 | -31,570,000.00 |
| 12/21 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE .3500 48080-0755 | | 13,200,000.000 | 104.8750000 | -13,843,500.00 |
| 12/21 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 REPO CONTRACT RATE .4500 48057-0750 ACCRUED INT RECD | $173.04 | -13,200,000.000 | 104.8750000 | 13,843,673.04 |
| 12/21 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE .8000 47925-0736 | | 30,800,000.000 | 102.5000000 | -31,570,000.00 |
| 12/21 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 REPO CONTRACT RATE 1.2500 47893-0731 ACCRUED INT RECD | $1,096.18 | -30,800,000.000 | 102.5000000 | 31,571,096.18 |
| 12/24 | DELIVER | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/21/01 | | -13,200,000.000 | | 13,844,943.96 |
| 12/24 | DELIVER | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/21/01 | | -13,200,000.000 | | 13,843,500.00 |
| 12/24 | DELIVER | US TSY NOTE 02.750 % DUE 09/30/03 DTD 09/30/01 FC 03/31/02 AS OF 12/21/01 | | -34,090,000.000 | | 31,573,218.38 |
| 12/26 | TRANSFER | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 FM TX 64439 1100 AS OF 12/20/01 | | | | 2,357.85 |
| 12/26 | RECEIVE | US TSY NOTE 04.625 % DUE 05/15/06 DTD 05/15/01 FC 11/15/01 AS OF 12/20/01 | | 13,200,000.000 | | -13,843,500.00 |

Continued on page 3

December 2001

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS
214-220-0400



UBS PaineWebber℠
Investment Account

NZ9L113098-X6

## Activity - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity | Price / Value / Comment | Amount |
|---|---|---|---|---|---|
| 12/26 | TRANSFER | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 FM TX 64439 1100<br>AS OF 12/20/01 | | | 6,033.17 |
| 12/26 | RECEIVE | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 AS OF 12/20/01 | 3,290,000.000 | | |
| 12/27 | TRANSFER | TO TX 64436 6100 | | | -1,240,964.98 |
| 12/27 | BOUGHT | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 PRINCIPAL PURCHASE<br>LOT 1 OF 1 22343-0519 YTM = 4.45<br>ACCRUED INT PAID $70,831.49 | 13,200,000.000 | 100.6718750 | -13,359,518.99 |
| 12/27 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .5000 30240-0755 ACCRUED INT RECD $1,153.62 | -13,200,000.000 | 104.8750000 | 13,844,653.62 |
| 12/27 | BOUGHT | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 PRINCIPAL PURCHASE<br>LOT 1 OF 1 22348-0520 YTM = 3.06<br>ACCRUED INT PAID $204,769.23 | 30,800,000.000 | 99.4765625 | -30,843,550.48 |
| 12/27 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE .8083 30193-0736 ACCRUED INT RECD $4,779.33 | -30,800,000.000 | 102.5000000 | 31,574,779.33 |
| 12/31 | TRANSFER | FM TX 64436 6100 AS OF 12/27/01 | | | 10,278.92 |
| 12/31 | | Closing balance | | $ | .00 |

## Unsettled transaction activity

*The following transactions are pending settlement.*

| Trade date | Settlement date | Activity | Description | Quantity | Price / Value | Amount |
|---|---|---|---|---|---|---|
| 12/21 | 12/31 | SOLD | US TSY NOTE 04.625 % DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01 REPO CONTRACT<br>RATE .3500 48081-0755 OPEN REPOS SETTLE 12/31/2069 | -13,200,000.000 | 104.8750000 | 13,843,500.00 |
| 12/21 | 12/31 | SOLD | US TSY NOTE 02.750 % DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02 REPO CONTRACT<br>RATE .8000 47826-0736 OPEN REPOS SETTLE 12/31/2069 | -30,800,000.000 | 102.5000000 | 31,570,000.00 |
| | | | Total pending securities sold | | $ | 45,413,500.00 |

December 01/ TX 64437 LG



CH 1812

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002446
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0002S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | 12/26/2001 | 12/26/2001 | 12/27/2001 |

| [illegible] | [illegible] | Description | Price | Gross amount | Commission/ Markup | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22343 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>PRINCIPAL PURCHASE<br>LOT 1 OF 1 22343-0519<br>YTM = 4.45<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 100.6718750 | $13,288,687.50 | | $70,831.49 | | $13,359,518.99 |
| [illegible] | 13,200,000 | | | $13,288,687.50 | | $70,831.49 | | $13,359,518.99 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH1813

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0002E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002447
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| BOUGHT | 12/26/2001 | 12/26/2001 | 12/27/2001 |

| Reference number | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 22348 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>PRINCIPAL PURCHASE<br>LOT 1 OF 1 22348-0520<br>YTM = 3.06<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 99.4765625 | $30,638,781.25 | | $204,769.23 | | $30,843,550.48 |
| Total | 30,800,000 | | | $30,638,781.25 | | $204,769.23 | | $30,843,550.48 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH1814

# UBS PaineWebber™ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002740
COPY FOR ACCOUNT OF *Import

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

Beta Partners, L.L.C.
Repo Interest
12/21 – 12/26

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0004E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

*Trade activity*
SOLD

| *ate processed* | *Payment date/ Settlement date* |
|---|---|
| /27/2001 | 12/27/2001 |

| Reference no. | Quantity/ Face Value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 30193 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE .9083 30193-0736<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | $4,779.33 | | $31,574,779.33 |
| Total | 30,800,000 | | | $31,570,000.00 | | $4,779.33 | | $31,574,779.33 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002738

COPY FOR ACCOUNT OF

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0002

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| SOLD | AS OF 12/21/2001 | 12/27/2001 | 12/27/2001 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 30240 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE .5000 30240-0755<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $13,843,500.00 | | $1,153.62 | | $13,844,653.62 |
| Total: | 13,200,000 | | | $13,843,500.00 | | $1,153.62 | | $13,844,653.62 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002737
COPY FOR ACCOUNT OF

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0004S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

*Important. Please retain for your records.*

CANCELS PREVIOUS CONFIRMATION

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/21/2001 | 12/27/2001 | 12/31/2069 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Markup | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 48081 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE .3500 48081-0755<br>OPEN REPOS SETTLE 12/31/2069<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $13,843,500.00 | | | | $13,843,500.00 |
| Total: | $13,200,000 | | | $13,843,500.00 | | | | $13,843,500.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

[redacted]

CH 1817

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002739
COPY FOR ACCOUNT OF

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

*Important. Please retain for your records.*

CANCELS PREVIOUS CONFIRMATION

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/21/2001 | 12/27/2001 | 12/31/2069 |

| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 47926 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE .8000 47926-0736<br>OPEN REPOS SETTLE 12/31/2069<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | | | $31,570,000.00 |
| Total | 30,800,000 | | | $31,570,000.00 | | | | $31,570,000.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH 1818

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0008S

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002920
COPY FOR ACCOUNT OF *Importa... ...records *

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

BETA PARTNERS L.L.C.
REPO INTEREST FOR
12/20/01 — $1,269.22

We confirm the following transaction(s):

| Trade activity | Date processed | Payment date/ Settlement date |
|---|---|---|
| BOUGHT | 2/21/2001 | 12/20/2001 |

| Reference | Quantity | Description | Commission/ Markup | Accrued Interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|
| 48056 | 13,200,000 | US TSY NOTE 04.<br>DUE 05/15/06<br>DTD 05/15/01 FC<br>REPO CONTRACT<br>RATE .4500 48056-0750<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | | | | $13,843,500.00 |
| Total | 13,200,000 | $13,843,500.00 | | | | $13,843,500.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002921
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

PAGE 1 OF 1

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0002

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| BOUGHT | 12/21/2001 | 12/21/2001 | 12/21/2001 |

| Reference | Quantity | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other Fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 48080 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE .3500 48080-0755<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $13,843,500.00 | | | | $13,843,500.00 |
| Total | $13,200,000 | | | $13,843,500.00 | | | | $13,843,500.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH 1820

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

Account Number [redacted]
Your Financial Advisor
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0003

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002922
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | AS OF 12/20/2001 | 12/21/2001 | 12/21/2001 |

| Reference number | Quantity/ Face value | Description | Price | Gross amount | Commission/ Markup | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 48057 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE .4500 48057-0750<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $13,843,500.00 | | $173.04 | | $13,843,673.04 |
| TOTAL | 13,200,000 | | | $13,843,500.00 | | $173.04 | | $13,843,673.04 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH 821

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002923
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0004

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| SOLD | 12/21/2001 | 12/21/2001 | 12/31/2069 |

| Reference number | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 48081 | 13,200,000 | US TSY NOTE 04.625 %<br>DUE 05/15/06<br>DTD 05/15/01 FC 11/15/01<br>REPO CONTRACT<br>RATE .3500 48081-0755<br>OPEN REPOS SETTLE 12/31/2069<br><br>CUSIP NO. 9128276X5<br>Capacity: Principal | 104.8750000 | $13,843,500.00 | | | | $13,843,500.00 |
| Totals | 13,200,000 | | | $13,843,500.00 | | | | $13,843,500.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH1822

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002924
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64437 1 0005

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| Trade activity | Trade date | Date processed | Payment date/ Settlement date |
|---|---|---|---|
| BOUGHT | AS OF 12/20/2001 | 12/21/2001 | 12/20/2001 |

| Reference number | Quantity/ Face value | Description | Price | Gross/ Principal amount | Commission/ Markup | Accrued interest | Other fees/ service charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 47892 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.2500 47892-0731<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | | | $31,570,000.00 |
| Total | 30,800,000 | | | $31,570,000.00 | | | | $31,570,000.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

0041002925
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0006

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| BOUGHT | 12/21/2001 | 12/21/2001 | 12/21/2001 |

| [illegible] | [illegible] | [illegible] | [illegible] | Gross Amount | Commission | Accrued interest | Other fees and charges | [illegible] |
|---|---|---|---|---|---|---|---|---|
| 47925 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE .8000 47925-0736<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | | | $31,570,000.00 |
| Total | 30,800,000 | | | $31,570,000.00 | | | | $31,570,000.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber™ Confirmation

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002928
COPY FOR ACCOUNT OF

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

*Important. Please retain for your records.*

PAGE 1 OF 1

**Account Number** [redacted]7
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0007

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| SOLD | AS OF 12/20/2001 | 12/21/2001 | 12/21/2001 |

| Reference number | Quantity/ face value | Description | Price | Principal amount | Commission/ Markup | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| 47893 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE 1.2500 47893-0731<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | $1,096.18 | | $31,571,096.18 |
| Totals | 30,800,000 | | | $31,570,000.00 | | $1,096.18 | | $31,571,096.18 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

CH 825

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201

D041002927
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C.
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400

TX 64437 1 0006E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATION
BRIAN CZERWINSKI
SUITE 800 EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| SOLD | 12/21/2001 | 12/21/2001 | 12/31/2069 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Commission | Accrued | Other Fees | Total amount |
| 47926 | 30,800,000 | US TSY NOTE 02.750 %<br>DUE 09/30/03<br>DTD 09/30/01 FC 03/31/02<br>REPO CONTRACT<br>RATE .8000 47926-0736<br>OPEN REPOS SETTLE 12/31/2069<br><br>CUSIP NO. 9128277D8<br>Capacity: Principal | 102.5000000 | $31,570,000.00 | | | | $31,570,000.00 |
| Total | $30,800,000 | | | $31,570,000.00 | | | | $31,570,000.00 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

# UBS PaineWebber℠ Confirmation

PAGE 1 OF 1

UBS PAINEWEBBER INC.
100 CRESCENT COURT
SUITE 600
DALLAS, TX 75201
D041002919
COPY FOR ACCOUNT OF

*Important. Please retain for your records.*

BETA PARTNERS, L.L.C
300 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4222

**Account Number** [redacted]
**Your Financial Advisor**
LUEDKE/GIBBONS 214-220-0400
TX 64436 1 0001E

DUPLICATE CONFIRMATION

HERITAGE ORGANIZATON
BRIAN CZERWINSKI
SUITE 800, EAST TOWER
5001 SPRING VALLEY RD
DALLAS TX 75244-3946

We confirm the following transaction(s):

| *Trade activity* | *Trade date* | *Date processed* | *Payment date/ Settlement date* |
|---|---|---|---|
| BOUGHT | 12/21/2001 | 12/21/2001 | 12/21/2001 |

| Reference | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark up | Accrued interest | Other fees and charges | Total amount |
|---|---|---|---|---|---|---|---|---|
| N / A | | PAINE WEBBER CASH FUND<br>SHARES BOUGHT 235087.420<br><br>Duplicate confirmation.<br><br>SYMBOL MMPWCF CUSIP NO. 695627109 | 1 | $235,087.42 | | | | $235,087.42 |
| Total | | | | $235,087.42 | | | | $235,087.42 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.