Govt SXT

Enter <1><GO> to send screen via <MESSAGE> System.
12/26/2001 11:54

TRADE TICKET

AS OF: 12/26/01
ISIN US912827TD82
9128277D8
DATED 9/30/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

SELL 30800 M OF T 2 ¾ 09/30/03

MIN PIECE: 1000

* US TREASURY N/B *

PRICE 99-15¼ YIELD 3.056512 to W Worst 9/30/03 100
( 99.4765625)

SETTLEMENT ON 12/27/01

NOTES: FOR: BETA

[912827TD Govt DES<GO>]

VIEW AMOUNTS IN USD @ 1.000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 30,638,781.25 |
| ACCRUED ( 88 DAYS ) | | 204,769.23 |
| TOTAL | $ | 30,843,550.48 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
I743-132-1 26-Dec-01 12:01:51

Bloomberg PROFESSIONAL

EXHIBIT 40

T 4.625 5/06 Govt SXT N236 Govt SXT
Enter <1><GO> to send screen via <MESSAGE> System.
12/26/2001 12:02 TRADE TICKET AS OF: 12/26/01
ISIN US9128276X55
9128276X5
DATED 5/15/01

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

SELL 13200 M OF T 4 5/8 05/15/06
MIN PIECE: 1000 * US TREASURY N/B *

PRICE 100-21+ YIELD 4.453453 to Worst 5/15/06 100
(100.6718750)

SETTLEMENT ON 12/27/01

NOTES: FOR: BETA

(9128276X Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 13,288,687.50 |
| ACCRUED ( 42 DAYS ) | | 70,831.49 |
| TOTAL | $ | 13,359,518.99 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 92041210
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 212 1000 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 26-Dec-01 12:03:41

Bloomberg PROFESSIONAL