# LIMITED LIABILITY COMPANY INTEREST PURCHASE AGREEMENT

This Limited Liability Company Interest Purchase Agreement ("Agreement") is made as of the 27th day of December, 2001, between ALPHA I L.P., a Missouri limited partnership ("Buyer") and GLORIA S. ROBINSON ("Seller").

## RECITALS

A. Seller owns a .9957% interest (the "LLC Interest") in Beta Partners L.L.C., a Missouri limited liability company (the "Company"), which LLC Interest entitles Seller to share in .9957% of the Company's profits, losses, credits, capital accounts, distributions, assets and capital, and to vote on Company matters. Buyer owns the remaining 99.0043% interest in the Company.

B. Buyer wishes to purchase and Seller wishes to sell the LLC Interest, upon the terms set forth herein.

## AGREEMENT

In consideration of the foregoing, the mutual covenants herein contained and other good and valuable consideration (the receipt, adequacy and sufficiency of which are hereby acknowledged by the parties by their execution hereof), the parties agree as follows.

1. **Purchase and Sale.** Seller hereby sells, assigns, transfers, grants, bargains, delivers and conveys to Buyer, and Buyer hereby purchases from Seller, all of Seller's right, title and interest in and to the LLC Interest, and all rights and powers of Seller as a member in the Company, free from any encumbrances or security interests whatsoever.

2. **Purchase Price and Payment.** The purchase price to be paid by Buyer for the LLC Interest is $25,999.13 (the "Purchase Price"). The Purchase Price is payable from Buyer to Seller by wire transfer of funds to an account designated by Seller, upon execution and delivery of this Agreement. The signing and closing of this transaction is being held on December 27, 2001.

3. **Responsibility of Buyer.** As of the date hereof, Buyer agrees to be responsible and obligated to perform any and all of the duties and obligations of Seller under the Company's Operating Agreement with respect to the LLC Interest. As of the date hereof, Seller will cease to be a member of the Company and shall have no further liabilities or obligations as a member of the Company, and Buyer hereby releases Seller from any and all claims relative to the Company or under the Operating Agreement existing through the date hereof.

4. **Captions.** Captions contained in this Agreement have been inserted herein only as a matter of convenience and in no way define, limit, extend or describe the scope of this Agreement or the intent of any provision hereof.

EXHIBIT 42

5. **Counterparts; Facsimile Signatures.** This Agreement may be executed by the parties on any number of separate counterparts, and all such counterparts so executed constitute one agreement binding on all the parties notwithstanding that all the parties are not signatories to the same counterpart. A signature of a party to this Agreement sent by facsimile or other electronic submission shall be deemed to constitute an original and fully effective signature of such party.

6. **Entire Agreement.** This Agreement constitutes the entire agreement among the parties pertaining to the subject matter hereof and supersedes all prior agreements, letters of intent, understandings, negotiations and discussions of the parties, whether oral or written.

7. **Further Assurances.** The parties will execute and deliver such further instruments and do such further acts and things as may be required to carry out the intent and purpose of this Agreement.

8. **Governing Law.** This Agreement and the rights and obligations of the parties hereunder are to be governed by and construed and interpreted in accordance with the laws of the State of Missouri applicable to contracts made and to be performed wholly within Missouri, without regard to choice or conflict of laws rules.

9. **Successors and Assigns.** All provisions of this Agreement are binding upon, inure to the benefit of and are enforceable by or against the parties and their respective heirs, executors, administrators or other legal representatives and permitted successors and assigns.

10. **Survival.** The indemnifications and the representations and warranties set forth herein survive the execution and delivery of this Agreement and the transfer of the LLC Interest from Seller to Buyer.

11. **Third-Party Beneficiary.** This Agreement is solely for the benefit of the parties and their respective successors and permitted assigns, and no other person has any right, benefit, priority or interest under or because of the existence of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first set forth above.

Gloria S. Robinson

GLORIA S. ROBINSON

ALPHA I L.P., a Missouri limited partnership

By: R, R, M & C Management Corporation, a Missouri corporation, Managing Partner

By:____________________________

Richard Sands, Secretary

904930.1

5. **Counterparts; Facsimile Signatures.** This Agreement may be executed by the parties on any number of separate counterparts, and all such counterparts so executed constitute one agreement binding on all the parties notwithstanding that all the parties are not signatories to the same counterpart. A signature of a party to this Agreement sent by facsimile or other electronic submission shall be deemed to constitute an original and fully effective signature of such party.

6. **Entire Agreement.** This Agreement constitutes the entire agreement among the parties pertaining to the subject matter hereof and supersedes all prior agreements, letters of intent, understandings, negotiations and discussions of the parties, whether oral or written.

7. **Further Assurances.** The parties will execute and deliver such further instruments and do such further acts and things as may be required to carry out the intent and purpose of this Agreement.

8. **Governing Law.** This Agreement and the rights and obligations of the parties hereunder are to be governed by and construed and interpreted in accordance with the laws of the State of Missouri applicable to contracts made and to be performed wholly within Missouri, without regard to choice or conflict of laws rules.

9. **Successors and Assigns.** All provisions of this Agreement are binding upon, inure to the benefit of and are enforceable by or against the parties and their respective heirs, executors, administrators or other legal representatives and permitted successors and assigns.

10. **Survival.** The indemnifications and the representations and warranties set forth herein survive the execution and delivery of this Agreement and the transfer of the LLC Interest from Seller to Buyer.

11. **Third-Party Beneficiary.** This Agreement is solely for the benefit of the parties and their respective successors and permitted assigns, and no other person has any right, benefit, priority or interest under or because of the existence of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first set forth above.

______________________________
GLORIA S. ROBINSON

ALPHA I L.P., a Missouri limited partnership

By: R, R, M & C Management Corporation, a Missouri corporation, Managing Partner

By: [signature]
Richard Sands, Secretary

904930.1