**ALPHA I L.P.**
500 N. Broadway, Suite 2000
St. Louis, Missouri 63102

*VIA FACSIMILE: (716) 396-7209*

TO: Merrill Lynch
Attn: Lynn Lyttle
Corporate Square
25 North Street
Canandaigua, New York 14424

DATE: December 27, 2001

This is to authorize and direct the immediate wire transfer of funds in the amount of $25,999.13 from Merrill Lynch account # [redacted] in the name of Alpha I L.P. The funds are to be wired prior to the close of business today as follows:

| | |
|---|---|
| Bank: | Mellon Bank of Pittsburgh |
| ABA Routing Number: | [redacted] |
| Account Name: | Merrill Lynch |
| Account Number: | [redacted] |
| Reference Account Name: | Gloria S. Robinson |
| Reference Account Number: | [redacted] |
| Amount: | $25,999.13 |

Please confirm to: Richard Sands
By facsimile at: (314) 612-7815

ALPHA I L.P.

By: R, R, M & C Management Corporation,
Managing Partner

By: ______________________
Richard Sands, Secretary

914947v1

EXHIBIT
43

TOTAL P.04

Page: 1 Document Name: untitled

FUNCTION ___ SELECT ______________ PW
14:08 12/27/01 PG 1

HIA JE ACCT TO ACCT INQUIRY REF # [redacted]
ROM: [redacted] CMA TO: [redacted] CMA
LPHA I, L.P. MRS GLORIA S ROBINSON
C/O CONSTELLATION BRANDS, INC [redacted]
300 WILLOWBROOK OFFICE PARK GREENSBORO NC 27410
FC: 1005 REL: RESIDUAL: N
AS OF DTE: LOA: IH CMPLNCE: N

EFFECTIVE DATE: AMT AVAIL: $17,241.81CR
TO ACCTS: PEND AMT AMOUNT QUANTITY SYM/NUM
[redacted] 25999.13

STAT PREV: AW-LOA CURR: AW-AP DAYS: 1 WIRE DEST:
C S NR-NAR P-PG F-FP HM DR-RTHST EP PP ACTION ________

Date: 12/27/ 1 Time: 02:08:22 PM

FUNCTION ___ SELECT ________________________ PW
14:08 12/27/01 PG 1

ASAP MESSAGE HISTORY

ACCT: [redacted] W/C: XJT TYPE: JEAAT FC: 1005

12/27/2001 * ACTION TAKEN BY LYNN LYTTLE
70C /NOAA * RCE - ENTRY BY BRANCH - SENT TO DC

12/27/2001 * ACTION TAKEN BY FUMIKO CARTER
NW /0002 *BROKER AUTH PROCESS OK - SP
BNW 0500 * BA 049 TRANSACTION BROKERAGE APPROVED
*JE LINK FOR MATCHOFF SUCCESSFUL
COMPLETED SUCCESSFULLY
*RCN - APPROVED BY DC - SENT TO AA

END

B-BACK,SEND-FORWARD,PS-P/SCREEN ACTION ________