Form 1065 — U.S. Return of Partnership Income — OMB No. 1545-0099 — 2002

Department of the Treasury, Internal Revenue Service

For calendar year 2002, or tax year beginning 2/26/02, and ending 12/31/02

▶ See separate instructions.

| | | |
|---|---|---|
| A Principal business activity: Investments | Name of partnership: Mickey Management, LP C/O Constellation Brands, Inc. | D Employer identification number: 04-3606051 |
| B Principal product or service: Investments | Number, street, and room or suite no. If a P.O. box, see page 14 of the instructions: 300 Willowbrook Office Park | E Date business started: 2/26/02 |
| C Business code number: 523900 | City or town, state, and ZIP code: Fairport NY 14450 | F Total assets (see page 14 of the instructions): $ 22,688,747 |

Use the IRS label. Otherwise, print or type.

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

COPY

| Section | Line | Description | | Line | Amount |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | | |
| | b | Less returns and allowances | 1b | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | |
| | 4 | Ordinary inc. (loss) from other partnerships, estates, & trusts (att. sch.) See Stmt 1 | | 4 | -149,860 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | -149,860 |
| Deductions (see pg. 15 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| | 10 | Guaranteed payments to partners | | 10 | |
| | 11 | Repairs and maintenance | | 11 | |
| | 12 | Bad debts | | 12 | |
| | 13 | Rent | | 13 | |
| | 14 | Taxes and licenses | | 14 | |
| | 15 | Interest | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c | |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 | |
| | 18 | Retirement plans, etc. | | 18 | |
| | 19 | Employee benefit programs | | 19 | |
| | 20 | Other deductions (attach schedule) See Stmt 2 | | 20 | 367 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 367 |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | 22 | -150,227 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

Preparer's signature — Date: 7/25/03 — Check if self-employed ▶ [ ] — Preparer's SSN or PTIN: P00174761

Firm's name: Bernard Robinson & Company, L.L.P. — EIN ▶ 56-0571159

PO Box 19608

Greensboro, NC 27419-9608 — Phone no. 336-294-4494

EXHIBIT 44

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. APP-B-1195 SANDS0010 Form 1065 (2002)

DAA

## Schedule A Cost of Goods Sold (see page 19 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership  b ☒ Domestic limited partnership<br>c ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership  f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of **Forms 8865,** Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

## Designation of Tax Matters Partner (see page 21 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Mickey Management, Inc.  Identifying number of TMP ▶ 04-3606044

Address of designated TMP ▶ C/O Constellation Brands, Inc.
Fairport NY 14450

## Schedule K Partners' Shares of Income, Credits, Deductions, etc.

| Section | Line | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -150,227 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a | Gross income from other rental activities 3a | | |
| | b | Expenses from other rental activities (attach sch.) 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): a Interest income | 4a | 45,596 |
| | b | Ordinary dividends | 4b | 12,296 |
| | c | Royalty income | 4c | 101 |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | -2,964,879 |
| | e | (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | 35,767 |
| | | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ | | |
| | f | Other portfolio income (loss) (attach schedule) See Stmt 3 | 4f | -852 |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach schedule) See Stmt 4 | 7 | 1,819 |
| Deductions | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) See Stmt 5 | 10 | 94,108 |
| | 11 | Other deductions (attach schedule) See Stmt 6 | 11 | 8,972 |
| Credits | 12a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | | (2) Other than on line 12a(1) | 12a(2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate act. (att. Form 3468) | 12b | |
| | c | Credits (other than cr. shown on lines 12a & 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits See Stmt 7 | 13 | 10 |
| Investment Interest | 14a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 57,141 |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | 2 |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a | Name of foreign country or U.S. possession ▶ See Statement 8 | | |
| | b | Gross income from all sources | 17b | 160,850 |
| | c | Gross income sourced at partner level See Stmt 9 | 17c | 41,385 |
| | d | Foreign gross income sourced at partnership level: (1) Passive ▶ 12,683 (2) Listed categories (attach schedule) ▶ (3) General limitation ▶ | 17d(3) | |
| | e | Deductions allocated and apportioned at partner level: (1) Interest expense ▶ 32,282 (2) Other ▶ | 17e(2) | 4,658 |
| | f | Deductions allocated & apprtn. at ptnrshp. level to foreign source inc.: (1) Passive ▶ 1,026 (2) Listed categories (attach schedule) ▶ (3) General limitation ▶ | 17f(3) | |
| | g | Total foreign taxes (check one): ▶ Paid [X] Accrued [ ] See Stmt 10 | 17g | 1,659 |
| | h | Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses See Stmt 11 | 21 | 562 |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items & amounts required to be reported separately to partners (att. sch.) | | |

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | 1 | -3,125,118 |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | -31,251 | | | | | |
| b Limited partners | | | -3,093,867 | | | |

**Note:** Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 58,908 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) See Stmt 12 | | | | 22,628,206 |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | 2,000 | |
| b Less accumulated amortization | | | 367 | 1,633 |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | | | 22,688,747 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | | | 22,688,747 |
| 22 Total liabilities and capital | | | | 22,688,747 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -2,677,356 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ See Stmt 14 636,000 | 636,000 |
| 2 Income included on Sch. K, ln. 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ See Stmt 13 188,238 | 188,238 | 8 Add lines 6 and 7 | 636,000 |
| 5 Add lines 1 through 4 | -2,489,118 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -3,125,118 |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 25,366,103 | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -2,677,356 | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 22,688,747 | 9 Balance at end of year. Subtract ln. 8 from ln. 5 | 22,688,747 |

SCHEDULE D (Form 1065)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

2002

Name of partnership: Mickey Management, LP

Employer identification number: 04-3606051

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|---|
| 1 | 4,600 shares Corning | 12/23/01 | 12/18/02 | 17,115 | 1,516,573 | -1,499,458 |
| | 2,300 shares Yahoo | 12/23/01 | 12/18/02 | 38,422 | 1,599,703 | -1,561,281 |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | 95,860 |
| 5 | **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | -2,964,879 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|---|
| 6 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | (f) | (g) |
|---|---|---|---|---|
| 7 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 | Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 | Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | 35,767 | |
| 10 | Capital gain distributions | 10 | | |
| 11 | Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 | **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | 35,767 | |

*28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

# SCHEDULE K-1 (Form 1065) Partner's Share of Income, Credits, Deductions, etc. 2002

See separate instructions

OMB No. 1545-0099

Partner #: 1 — For calendar year 2002 or tax year beginning 2/26/02, and ending 12/31/02

Partner's identifying number: 04-3606044

Partnership's identifying number: 04-3606051

Partner's name, address, and ZIP code:
Mickey Management, Inc.
C/O Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's name, address, and ZIP code:
Mickey Management, LP
C/O Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? Corporation

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | . . . . . . . . . . % | 1.000000% |
| Loss sharing | . . . . . . . . . . % | 1.000000% |
| Ownership of capital | . . . . . . . . . . % | 1.000000% |

E IRS Center where partnership filed return: Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):
Nonrecourse $
Qualified nonrecourse financing $
Other $

G Tax shelter registration number

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 253,641 | -26,773 | | 226,868 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -1,503 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 457 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 124 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 1 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -29,649 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | 358 | Sch. D, line 12, col. (f) |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | -9 | Enter on applic. ln. of your rtn. |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 18 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 942 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 90 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 573 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17b Gross income from all sources | 17b | 1,608 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 414 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 127 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 323 | Form 1116, Part I |
| (2) Other | 17e(2) | 47 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 10 | Form 1116, Part I |
| g Total foreign taxes (check one): ☐ Paid ☐ Accrued See Stmt | 17g | 16 | Form 1116, Part II |
| **Other:** | | | |
| 21 Nondeductible expenses See Stmt | 21 | 5 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

Interest from US Government Obligations 2

APP-B-1200

SANDS0015

Continued on Page 2

Supplemental Information (continued):

All ordinary income is non passive

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ -10 |
| Forester Partners | 1 |
| Total | $ -9 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Section 1256 gain | $ 23 |
| Section 1256 loss | -19 |
| Section 1256 gain | 14 |
| Total | $ 18 |

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 4 |
| Winston Growth Fund | 56 |
| Meridian Performance Partners | 865 |
| Forester Partners | 17 |
| Total | $ 942 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ 90 |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 31 |
| Forester Partners | 383 |
| Total | $ 414 |



Continued on Page 3

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ 4 |
| Forester Partners | 12 |
| Total | $ 16 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Forester Partners | $ 5 |

# SCHEDULE K-1 (Form 1065) Partner's Share of Income, Credits, Deductions, etc. 2002

See separate instructions

OMB No. 1545-0099

Partner #: 2 For calendar year 2002 or tax year beginning 2/26/02, and ending 12/31/02

Partner's identifying number: [redacted]-7444

Partnership's identifying number: 04-3606051

Partner's name, address, and ZIP code:

Marilyn Sands
[redacted]
Aventura FL 33180

Partnership's name, address, and ZIP code:
Mickey Management, LP
C/O Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member

B What type of entity is this partner? Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ..........% | 99.000000% |
| Loss sharing | ..........% | 99.000000% |
| Ownership of capital | ..........% | 99.000000% |

E IRS Center where partnership filed return:
Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):
Nonrecourse $............
Qualified nonrecourse financing $............
Other $............

G Tax shelter registration number ............

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 25,112,462 | -2,650,583 | | 22,461,879 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -148,724 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 45,139 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 12,172 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 100 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -2,935,230 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | 35,409 | Sch. D, line 12, col. (f) |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | -843 | Enter on applic. ln. of your rtn. |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 1,801 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 93,166 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 8,882 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 10 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 56,568 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 2 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17b Gross income from all sources | 17b | 159,242 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 40,971 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 12,556 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 31,959 | Form 1116, Part I |
| (2) Other | 17e(2) | 4,611 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 1,016 | Form 1116, Part I |
| g Total foreign taxes (check one): ☐ Paid ☐ Accrued See Stmt | 17g | 1,643 | Form 1116, Part II |
| **Other:** | | | |
| 21 Nondeductible expenses See Stmt | 21 | 557 | See pg. 9 of Partner's Instr. for Sch. K-1 |

Continued on Page 2

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

Interest from US Government Obligations 240

All ordinary income is non passive

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ -975 |
| Forester Partners | 132 |
| Total | $ -843 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Section 1256 gain | $ 2,234 |
| Section 1256 loss | -1,847 |
| Section 1256 gain | 1,414 |
| Total | $ 1,801 |

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 356 |
| Winston Growth Fund | 5,500 |
| Meridian Performance Partners | 85,608 |
| Forester Partners | 1,702 |
| Total | $ 93,166 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ 8,882 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 10 |



Continued on Page 3

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 3,082 |
| Forester Partners | 37,889 |
| Total | $ 40,971 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 49 |
| Meridian Performance Partners | 433 |
| Forester Partners | 1,161 |
| Total | $ 1,643 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 21 |
| Forester Partners | 536 |
| Total | $ 557 |

Form **4562** Depreciation and Amortization (Including Information on Listed Property) OMB No. 1545-0172 **2002**

Department of the Treasury Internal Revenue Service ▶ See separate instructions. ▶ Attach to your tax return. Attachment Sequence No. **67**

(s) shown on return: ..ickey Management, LP — Identifying number: 04-3606051

Business or activity to which this form relates: Regular Depreciation

**Part I** **Election To Expense Certain Tangible Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses | 1 | 24,000 |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see pg. 2 of the instr. | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2001 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2003. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified prop. (other than listed prop.) placed in service during the tax year (see pg. 3 of the instr.) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) | 16 | |

**Part III** **MACRS Depreciation (Do not include listed property.) (See page 4 of the instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2002 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B-Assets Placed in Service During 2002 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C-Assets Placed in Service During 2002 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** **Summary** (see page 6 of the instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations-see instr. | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions. APP-B-1206 SANDS0021 Form **4562** (2002)

DAA

Mickey Management, LP 0460560

Form 4562 (2002) Page 2

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A-Depreciation and Other Information (Caution:** See page 8 of the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? Yes No **24b** If "Yes," is the evidence written? Yes No

| (a) Type of prop. (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 7 of the instructions) | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use (see page 7 of the instructions): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use (see page 7 of the instructions): | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B-Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.

If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles-see page 2 of the instructions) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C-Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see page 8 of the instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See page 9 of the instructions.) | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2002 tax year (see page 9 of the instructions): | | | | | |
| Organization costs - lega | 2/26/02 | 2,000 | 709 | 5.0 | 367 |
| **43** Amortization of costs that began before your 2002 tax year | | | | 43 | |
| **44** Total. Add amounts in column (f). See page 9 of the instructions for where to report | | | | 44 | 367 |

DAA

APP-B-1207 SANDS0022 Form 4562 (2002)

# Federal Statements

## Statement 1 - Form 1065, Line 4 - Ordinary Income (Loss) from Other Entities

| Description | Amount |
|---|---|
| Winston Growth Fund Ltd. | $ -58,374 |
| Meridian Performance Partners, LP | -22,104 |
| Forester Partners, LP | -69,382 |
| Total | $ -149,860 |

## Statement 2 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| Amortization | $ 367 |
| Total | $ 367 |

## Statement 3 - Form 1065, Schedule K, Line 4f - Other Portfolio Income

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ -985 |
| Forester Partners | 133 |
| Total | $ -852 |

## Statement 4 - Form 1065, Schedule K, Line 7 - Other Income

| Description | Amount |
|---|---|
| Section 1256 gain | $ 2,257 |
| Section 1256 loss | -1,866 |
| Section 1256 gain | 1,428 |
| Total | $ 1,819 |

## Statement 5 - Form 1065, Schedule K, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 360 |
| Winston Growth Fund | 5,556 |
| Meridian Performance Partners | 86,473 |
| Forester Partners | 1,719 |
| Total | $ 94,108 |

## Statement 6 - Form 1065, Schedule K, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| Meridian Performance Partners | $ 8,972 |
| Total | $ 8,972 |

# Federal Statements

## Statement 7 - Form 1065, Schedule K, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 10 |
| Total | $ 10 |

## Statement 8 - Form 1065, Schedule K, Line 17a - Name of Foreign Country or Possession

| Foreign Country or U.S. Possession |
|---|
| Various |
| Various |
| Various |

## Statement 9 - Form 1065, Schedule K, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 3,113 |
| Forester Partners | 38,272 |
| Total | $ 41,385 |

## Statement 10 - Form 1065, Schedule K, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 49 |
| Meridian Performance Partners | 437 |
| Forester Partners | 1,173 |
| Total | $ 1,659 |

## Statement 11 - Form 1065, Schedule K, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 21 |
| Forester Partners | 541 |
| Total | $ 562 |

## Statement 12 - Form 1065, Schedule L, Line 8 - Other Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| Merrill Lynch equities | $ | $ 3,544,146 |
| Winston Growth Fund | | 3,014,680 |
| Meridian Performance Partners | | 6,821,755 |
| Forester Partners, LP | | 9,247,625 |
| Total | $ 0 | $ 22,628,206 |

# Federal Statements

## Statement 13 - Form 1065, Sch M-1, Ln 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Winston Growth Fund | $ 21 |
| Forester Partners | 541 |
| Book to tax adjustments - passthrough entities | 187,666 |
| US tax withheld - passthrough entities | 10 |
| Total | $ 188,238 |

## Statement 14 - Form 1065, Sch M-1, Ln 6 - Income Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Unrealized gains - passthrough entities | $ 636,000 |
| Total | $ 636,000 |

Mickey Management, LP
300 Willowbrook Office Park
Fairport, NY 14450

# Amortize Organizational Cost Election

Under IRC Section 709, the taxpayer elects to amortize over 60 months all organizational expenses. Refer to Form 4562 for the types, amounts and dates of the expenditures. See page 1 of Form 1065 for the date business began.

Form 8800 (Rev. September 2000)

Department of the Treasury Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1057

Please type or print. File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.

Name: Mickey Management, LP c/o Robert Sands

Employer identification number: 04-3606051

Number, street, and room or suite no. If a P.O. box, see instructions.: 300 Willowbrook Office Park

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.: Fairport NY 14450

1 I request an additional extension of time until 10/15/03, to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year ........, or other tax year beginning 2/26/02, and ending 12/31/02

b If this tax year is for less than 12 months, check reason: ☒ Initial return ☐ Final return ☐ Change in accounting period

4 Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
Additional time is requested to gather information to prepare a complete and accurate return.

INTERNAL REVENUE SERVICE RECEIVED 122 JUL 1 4 2003 BATCHING UNIT COVINGTON, KY

Has the entity filed Form 8736 to request an extension of time to file for this tax year? ☒ Yes ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ CPA Date ▶ 7-10-03

**File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.**

**Notice to Applicant-To Be Completed by the IRS.**

☑ We HAVE approved this application. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application.
However, we have granted a 10-day grace period to .................... . This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other: ....................

[signature] By: ____________ Date ____________

Director

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

Please Type or Print

Name: Bernard Robinson & Company, L.L.P.

Number, street, and room or suite no. (If a P.O. box, see instructions.): PO Box 19608

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.: Greensboro NC 27419-9608

Form 8736 (Rev. October 2000)
Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1054

Please type or print.

File by the due date for filing the return for which an extension is requested. See instructions.

Name
Mickey Management, LP

Employer identification number
04-3606051

Number, street, and room or suite no. If a P.O. box, see instructions.
300 Willowbrook Office Park

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.
Fairport NY 14450

1 I request an automatic **3-month** extension of time to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year ........, or other tax year beginning 2/26/02, and ending 12/31/02.

b If this tax year is for less than 12 months, check reason:
☒ Initial return ☐ Final return ☐ Change in accounting period

4 If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions) $ ______

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0- $ ______

c **Balance due.** Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) ▶ $ ______

**Caution:** Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.

COPY

SANDS0028