MLRR 07/31/2003 9:24 AM

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2002, or tax year beginning .............., and ending ................

▶ See separate instructions.

OMB No. 1545-0099

**2002**

| | | |
|---|---|---|
| A Principal business activity<br>Investments | Use the IRS label. Otherwise, print or type. Name of partnership<br>M, L, R & R<br>c/o Constellation Brands | D Employer identification number<br>16-1417876 |
| B Principal product or service<br>Investments | Number, street, and room or suite no. If a P.O. box, see page 14 of the instructions.<br>300 Willowbrook Office Park | E Date business started<br>6/01/92 |
| C Business code number<br>523900 | City or town, state, and ZIP code<br>Fairport NY 14450 | F Total assets (see page 14 of the instructions)<br>$ 80,308,164 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ ..........................

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 5

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Section | Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | | | |
| | b | Less returns and allowances | 1b | | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Ordinary inc. (loss) from other partnerships, estates, & trusts (att. sch.) See Stmt 1 | | | 4 | -28,585 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | -28,585 |
| Deductions (see pg. 15 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) | | | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | -28,585 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member ▶ Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date 7/31/03 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00174761 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ Bernard Robinson & Company, L.L.P.<br>PO Box 19608<br>Greensboro, NC 27419-9608 | | | EIN ▶ 56-0571159<br>Phone no. 336-294-4494 |

Fo... DA... e, see separate instructions.

Form **1065** (2002)

EXHIBIT 45

tabbies

APP-B-1214 SANDS0261

MLRR 07/31/2003 9:24 AM

Form 1065 (2002) M, L, R & R 16-1417876 Page 2

**Schedule A Cost of Goods Sold** (see page 19 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

If "Yes," attach explanation.

**Schedule B Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☒ Domestic general partnership b ☐ Domestic limited partnership<br>c ☐ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; and<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of **Forms 8865,** Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 21 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Richard E. Sands    Identifying number of TMP ▶ 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

Address of designated TMP ▶ c/o Constellation Brands, Inc.
Fairport NY 14450

DAA    APP-B-1215    SANDS0262    Form **1065** (2002)

MLRR 07/31/2003 9:24 AM

Form 1065 (2002) M, L, R & R 16-1417876 Page 3

**Schedule K Partners' Shares of Income, Credits, Deductions, etc.**

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -28,585 |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | -33,648 |
| | 3a Gross income from other rental activities — 3a | | |
| | b Expenses from other rental activities (attach sch.) See Stmt 2 — 3b 10,196 | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | -10,196 |
| | 4 Portfolio income (loss): a Interest income | 4a | 240,366 |
| | b Ordinary dividends | 4b | 159,060 |
| | c Royalty income | 4c | 60 |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | -4,275,885 |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | -57,276 |
| | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ 446 | | |
| | f Other portfolio income (loss) (attach schedule) See Stmt 3 | 4f | 80,449 |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | 82,821 |
| | 7 Other income (loss) (attach schedule) See Stmt 4 | 7 | 638,094 |
| Deductions | 8 Charitable contributions (attach schedule) See Stmt 5 | 8 | 268 |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 Deductions related to portfolio income (itemize) See Stmt 6 | 10 | 235,387 |
| | 11 Other deductions (attach schedule) See Stmt 7 | 11 | 141 |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate act. (att. Form 3468) | 12b | |
| | c Credits (other than cr. shown on lines 12a & 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits See Stmt 8 | 13 | 23 |
| Invest-ment Interest | 14a Interest expense on investment debts | 14a | 279,060 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 479,935 |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employ-ment | 15a Net earnings (loss) from self-employment | 15a | |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjust-ments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | 82,043 |
| | b Adjusted gain or loss | 16b | -4,540 |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ See Statement 9 | | |
| | b Gross income from all sources | 17b | 1,106,953 |
| | c Gross income sourced at partner level See Stmt 10 | 17c | 117,966 |
| | d Foreign gross income sourced at partnership level: See Stmt 11 (1) Passive ▶ 280,376 (2) Listed categories (attach schedule) ▶ 66 (3) General limitation ▶ | 17d(3) | 1,693 |
| | e Deductions allocated and apportioned at partner level: (1) Interest expense ▶ 591,083 (2) Other ▶ | 17e(2) | 1,131,079 |
| | f Deductions allocated & apprtn. at ptnrshp. level to foreign source inc.: See Stmt 12 (1) Passive ▶ 123,889 (2) Listed categories (attach schedule) ▶ 1 (3) General limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid ☒ Accrued ☐ See Stmt 13 | 17g | 25,397 |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | 1,984 |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses See Stmt 14 | 21 | 14,237,204 |
| | 22 Distributions of money (cash and marketable securities) | 22 | |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items & amounts required to be reported separately to partners (att. sch.) | | |

DAA Form 1065 (2002)

MLRR 07/31/2003 9:24 AM

Form 1065 (2002) M, L, R & R 16-1417876 Page 4

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b ... 1 -3,744,993

| Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | -1,807,942 | | -323,975 | | -1,613,076 |
| b Limited partners | | | | | | |

**Note:** Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 1,291,346 | | 884,139 |
| 2a Trade notes and accounts receivable | 163,334 | | | |
| b Less allowance for bad debts | | 163,334 | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) See Stmt 15 | | 271,710 | | 299,784 |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) See Stmt 16 | | 79,985,424 | | 79,124,241 |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 6,546 | | 6,546 | |
| b Less accumulated amortization | 6,546 | 0 | 6,546 | 0 |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 81,711,814 | | 80,308,164 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) See Stmt 17 | | 3,615 | | 3,615 |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 10,650,000 | | 10,250,000 |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | 71,058,199 | | 70,054,549 |
| 22 Total liabilities and capital | | 81,711,814 | | 80,308,164 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -17,980,213 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ 1,984 | 1,984 |
| 2 Income included on Sch. K, ln. 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ See Stmt 18 14,237,204 | 14,237,204 | 8 Add lines 6 and 7 | 1,984 |
| 5 Add lines 1 through 4 | -3,743,009 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -3,744,993 |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 71,058,199 | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 16,609,156 | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -17,980,213 | | |
| 4 Other increases (itemize): See Stmt 19 367,407 | 367,407 | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 70,054,549 | 9 Balance at end of year. Subtract ln. 8 from ln. 5 | 70,054,549 |

DAA Form 1065 (2002)

MLRR 07/31/2003 9:24 AM

Form **8825**

Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on back.

▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2002**

Name: L, R & R

Employer identification number: 16-1417876

1 Show the kind and location of each property. See page 2 for additional properties.

A ..........

B ..........

C ..........

D ..........

| | | Properties A | B | C | D |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through H | 17 | |
| 18 Total expenses. Add total expenses from line 16, columns A through H | 18 | ( ) |
| 19 Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | -33,648 |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) EIN |
|---|---|
| Farallon Capital Partners, LP | 94-3106322 |

21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on:
- **Form 1065 or 1120S:** Schedule K, line 2, or
- **Form 1065-B:** Part I, line 4

| 21 | -33,648 |
|---|---|

**For Paperwork Reduction Act Notice, see back of form.** Form **8825** (2002)

DAA

APP-B-1218 SANDS0265

MLRR 07/31/2003 9:24 AM

**SCHEDULE D** (Form 1065)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

**2002**

Name of partnership: M, L, R & R

Employer identification number: 16-1417876

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|---|
| 1 | 4,600 shares Corning | 12/20/01 | 12/18/02 | 17,070 | 1,516,528 | -1,499,458 |
| | 2,300 shares Yahoo | 12/20/01 | 12/18/02 | 38,426 | 1,599,673 | -1,561,247 |
| | Deltec-see attached schedule | | | 62,838 | | 62,838 |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | -1,278,018 |
| 5 | **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | -4,275,885 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|---|
| 6 | Deltec-see attached schedule | | | 89,879 | | 89,879 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | (f) | (g) |
|---|---|---|---|---|
| 7 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 | Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 | Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | -147,155 | |
| 10 | Capital gain distributions | 10 | | |
| 11 | Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 | **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | -57,276 | |

***28% rate gain or (loss)** includes all "collectibles gains and losses" (as defined in the instructions).

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

DAA

Schedule D (Form 1065) 2002

APP-B-1219

SANDS0266

# Schedule of Realiz ains & Losses
## M.L.R. R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Capital Reserves | | | | | | | | | | |
| 25 | Sell Long | 09/24/01 | 1.00 | 25 | 01/03/02 | 1.00 | 25 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 17,019 | Sell Long | 09/24/01 | 1.00 | 17,019 | 01/09/02 | 1.00 | 17,019 | 0 | 0 | 0 |
| 84,394 | Sell Long | 09/25/01 | 1.00 | 84,394 | 01/09/02 | 1.00 | 84,394 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 27,824 | Sell Long | 09/25/01 | 1.00 | 27,824 | 01/10/02 | 1.00 | 27,824 | 0 | 0 | 0 |
| 33,282 | Sell Long | 09/26/01 | 1.00 | 33,282 | 01/10/02 | 1.00 | 33,282 | 0 | 0 | 0 |
| Trikem 10.625% 7/24/07 Regs | | | | | | | | | | |
| 50,000 | Sell Long | 03/08/01 | 81.25 | 40,625 | 01/10/02 | 74.53 | 37,263 | (3,362) | (3,362) | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 9,227 | Sell Long | 09/26/01 | 1.00 | 9,227 | 01/11/02 | 1.00 | 9,227 | 0 | 0 | 0 |
| Trans Maritima Mexicana 9.50% 05/15/03 | | | | | | | | | | |
| 100,000 | Sell Long | 06/21/01 | 93.38 | 93,375 | 01/11/02 | 83.75 | 83,750 | (9,625) | (9,625) | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 25,152 | Sell Long | 09/26/01 | 1.00 | 25,152 | 01/14/02 | 1.00 | 25,152 | 0 | 0 | 0 |
| 72,918 | Sell Long | 09/27/01 | 1.00 | 72,918 | 01/14/02 | 1.00 | 72,918 | 0 | 0 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R



APP-B-1220

SANDS0267

**Schedule of Realiz( ains & Losses**
**M.L.R. R.**

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Capital Reserves | | | | | | | | | | |
| 2 | Sell Long | 09/27/01 | 1.00 | 2 | 01/23/02 | 1.00 | 2 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 625 | Sell Long | 09/27/01 | 1.00 | 625 | 01/25/02 | 1.00 | 625 | 0 | 0 | 0 |
| Venezuela FRB 3/31/07 Ser A | | | | | | | | | | |
| 55,000 | Sell Long | 05/18/99 | 77.95 | 22,458 | 01/29/02 | 73.15 | 21,075 | (1,383) | 0 | (1,383) |
| Venezuela DCB VRB 12/18/07 | | | | | | | | | | |
| 75,000 | Sell Long | 12/03/99 | 78.53 | 33,655 | 02/13/02 | 76.94 | 32,973 | (682) | 0 | (682) |
| 25,000 | Sell Long | 02/12/02 | 70.56 | 10,080 | 02/13/02 | 76.94 | 10,991 | 911 | 911 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 13,315 | Sell Long | 09/27/01 | 1.00 | 13,315 | 02/15/02 | 1.00 | 13,315 | 0 | 0 | 0 |
| 17,050 | Sell Long | 10/02/01 | 1.00 | 17,050 | 02/15/02 | 1.00 | 17,050 | 0 | 0 | 0 |
| Russian Federation 5.00% 3/31/30 144A | | | | | | | | | | |
| 235,000 | Sell Long | 04/10/01 | 42.50 | 99,875 | 03/06/02 | 66.19 | 155,541 | 55,666 | 55,666 | 0 |
| Republic of Peru PDI Var Rate 3/07/17 | | | | | | | | | | |
| 0 | Pay Princl L | 01/07/02 | 79.94 | 600 | 03/07/02 | 100.00 | 750 | 150 | 150 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R



APP-B-1221

SANDS0268

# Schedule of Realiz[illegible] ains & Losses
## M.L.R.[illegible]R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Russian Federation 8.75% 07/24/05 RegS | | | | | | | | | | |
| 100,000 | Sell Long | 01/11/01 | 79.25 | 79,250 | 03/07/02 | 103.75 | 103,750 | 24,500 | 0 | 24,500 |
| Venezuela FRB 3/31/07 Ser A | | | | | | | | | | |
| 0 | Pay Princl L | 05/18/99 | 77.95 | 5,383 | 03/28/02 | 100.00 | 6,905 | 1,522 | 0 | 1,522 |
| Alliance Capital Reserves | | | | | | | | | | |
| 9,672 | Sell Long | 10/02/01 | 1.00 | 9,672 | 04/09/02 | 1.00 | 9,672 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 7,344 | Sell Long | 10/02/01 | 1.00 | 7,344 | 04/11/02 | 1.00 | 7,344 | 0 | 0 | 0 |
| TV Azteca S.A. 10.50% 02/15/07 Ser B | | | | | | | | | | |
| 100,000 | Sell Long | 06/21/01 | 93.88 | 93,875 | 04/18/02 | 102.13 | 102,125 | 8,250 | 8,250 | 0 |
| 50,000 | Sell Long | 10/12/01 | 86.25 | 43,125 | 04/18/02 | 102.13 | 51,063 | 7,938 | 7,938 | 0 |
| Grupo Industrial Durango 13.125% 8/1/06 | | | | | | | | | | |
| 50,000 | Sell Long | 10/16/01 | 92.50 | 46,250 | 04/29/02 | 100.13 | 50,063 | 3,813 | 3,813 | 0 |
| 50,000 | Sell Long | 12/10/01 | 92.13 | 46,063 | 04/29/02 | 100.13 | 50,063 | 4,000 | 4,000 | 0 |
| Maxcom Telecom 13.75% 04/01/07 Ser B | | | | | | | | | | |
| 5,000 | Deliver Long | 08/08/00 | 64.75 | 3,237 | 04/29/02 | 64.75 | 3,237 | 0 | 0 | 0 |
| 70,000 | Deliver Long | 06/05/01 | 40.25 | 28,175 | 04/29/02 | 40.25 | 28,175 | 0 | 0 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R



APP-B-1222

SANDS0269

# Schedule of Realiz ains & Losses
M.L.R. R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Republic of Peru Floating Rate 3/7/17 | | | | | | | | | | |
| 100,000 | Sell Long | 10/16/01 | 65.50 | 65,500 | 05/08/02 | 71.43 | 71,430 | 5,930 | 5,930 | 0 |
| Republic of Peru PDI Var Rate 3/07/17 | | | | | | | | | | |
| 75,000 | Sell Long | 01/07/02 | 79.94 | 59,354 | 05/08/02 | 77.50 | 57,542 | (1,812) | (1,812) | 0 |
| Venezuela DCB VRB 12/18/07 | | | | | | | | | | |
| 0 | Pay Princl L | 02/12/02 | 70.56 | 2,520 | 06/18/02 | 100.00 | 3,572 | 1,051 | 1,051 | 0 |
| Brazil Fed Rep 12.75% 01/15/20 | | | | | | | | | | |
| 100,000 | Sell Long | 01/04/02 | 95.25 | 95,250 | 06/19/02 | 68.00 | 68,000 | (27,250) | (27,250) | 0 |
| Russian Federation 5.00% 3/31/30 144A | | | | | | | | | | |
| 140,000 | Sell Long | 04/10/01 | 42.50 | 59,500 | 06/19/02 | 68.81 | 96,338 | 36,838 | 0 | 36,838 |
| Russian Federation 5% 3/31/30 Regs | | | | | | | | | | |
| 100,000 | Sell Long | 01/12/01 | 40.56 | 40,563 | 06/19/02 | 68.81 | 68,813 | 28,250 | 0 | 28,250 |
| Transport Ferr Marit 0/11.75% 6/15/09 | | | | | | | | | | |
| 100,000 | Sell Long | 07/17/01 | 81.75 | 81,750 | 06/19/02 | 95.50 | 95,500 | 13,750 | 13,750 | 0 |

APP-B-1223

# Schedule of Realiz ains & Losses
M.L.R.__ R.

Begin Date: 01/01/02
As of Date: 12/31/02

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Republic of Turkey 11.875% 01/15/30 | | | | | | | | | | |
| 130,000 | Sell Long | 12/06/01 | 95.72 | 124,442 | 06/19/02 | 91.25 | 118,625 | (5,817) | (5,817) | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 10 | Sell Long | 10/02/01 | 1.00 | 10 | 07/02/02 | 1.00 | 10 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 3,406 | Sell Long | 10/02/01 | 1.00 | 3,406 | 07/15/02 | 1.00 | 3,406 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 62,300 | Sell Long | 10/02/01 | 1.00 | 62,300 | 07/17/02 | 1.00 | 62,300 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 5 | Sell Long | 10/02/01 | 1.00 | 5 | 07/23/02 | 1.00 | 5 | 0 | 0 | 0 |
| Republic Of Ecuador 5% 8/15/30 144A | | | | | | | | | | |
| 7,000 | Sell Long | 08/28/00 | 36.00 | 2,520 | 07/23/02 | 47.25 | 3,308 | 788 | 0 | 788 |
| 87,000 | Sell Long | 08/28/00 | 36.00 | 31,320 | 07/23/02 | 47.25 | 41,108 | 9,788 | 0 | 9,788 |
| Perez Companc 8.125% 7/15/07 Regs | | | | | | | | | | |
| 140,000 | Deliver Long | 01/09/02 | 66.01 | 92,414 | 08/02/02 | 66.01 | 92,414 | 0 | 0 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R

# Schedule of Realiz 'ains & Losses
M.L.R.__R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Republic Of Ecuador 12% 11/15/12 144A | | | | | | | | | | |
| 59,000 | Sell Long | 08/28/00 | 60.00 | 35,400 | 08/08/02 | 56.50 | 33,335 | (2,065) | 0 | (2,065) |
| 5,000 | Sell Long | 08/28/00 | 60.00 | 3,000 | 08/08/02 | 56.50 | 2,825 | (175) | 0 | (175) |
| 1,000 | Sell Long | 09/01/00 | 41.29 | 413 | 08/08/02 | 56.50 | 565 | 152 | 0 | 152 |
| Alliance Capital Reserves | | | | | | | | | | |
| 10,890 | Sell Long | 10/02/01 | 1.00 | 10,890 | 08/13/02 | 1.00 | 10,890 | 0 | 0 | 0 |
| 9,375 | Sell Long | 10/03/01 | 1.00 | 9,375 | 08/13/02 | 1.00 | 9,375 | 0 | 0 | 0 |
| 7,656 | Sell Long | 10/04/01 | 1.00 | 7,656 | 08/13/02 | 1.00 | 7,656 | 0 | 0 | 0 |
| 1,654 | Sell Long | 10/15/01 | 1.00 | 1,654 | 08/13/02 | 1.00 | 1,654 | 0 | 0 | 0 |
| 38,820 | Sell Long | 10/23/01 | 1.00 | 38,820 | 08/13/02 | 1.00 | 38,820 | 0 | 0 | 0 |
| 37,654 | Sell Long | 11/01/01 | 1.00 | 37,654 | 08/13/02 | 1.00 | 37,654 | 0 | 0 | 0 |
| 1,274 | Sell Long | 11/15/01 | 1.00 | 1,274 | 08/13/02 | 1.00 | 1,274 | 0 | 0 | 0 |
| 63,145 | Sell Long | 11/30/01 | 1.00 | 63,145 | 08/13/02 | 1.00 | 63,145 | 0 | 0 | 0 |
| 24,529 | Sell Long | 12/20/01 | 1.00 | 24,529 | 08/13/02 | 1.00 | 24,529 | 0 | 0 | 0 |
| 19,584 | Sell Long | 12/27/01 | 1.00 | 19,584 | 08/13/02 | 1.00 | 19,584 | 0 | 0 | 0 |
| Alestra 12.125% 5/15/06 | | | | | | | | | | |
| 50,000 | Sell Long | 07/17/01 | 87.75 | 43,875 | 08/28/02 | 29.75 | 14,875 | (29,000) | 0 | (29,000) |
| TV Azteca S.A. 10.50% 02/15/07 Ser B | | | | | | | | | | |
| 75,000 | Sell Long | 08/08/02 | 94.88 | 71,156 | 08/29/02 | 96.04 | 72,032 | 876 | 876 | 0 |
| Vietnam Par Step CPN 3/12/2028 | | | | | | | | | | |
| 200,000 | Sell Long | 06/05/01 | 43.00 | 86,000 | 08/29/02 | 56.75 | 113,500 | 27,500 | 0 | 27,500 |

Run Date: 03/26/03
Account Short Name: MLR&R



APP-B-1225

SANDS0272

# Schedule of Realiz ains & Losses
M.L.R._ R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Banco Nacional Desen Var. 06/16/08 Regs | | | | | | | | | | |
| 75,000 | Sell Long | 11/13/98 | 81.11 | 60,832 | 09/17/02 | 70.88 | 53,156 | (7,675) | 0 | (7,675) |
| Alliance Capital Reserves | | | | | | | | | | |
| 23,251 | Sell Long | 12/27/01 | 1.00 | 23,251 | 09/20/02 | 1.00 | 23,251 | 0 | 0 | 0 |
| Venezuela FRB 3/31/07 Ser A | | | | | | | | | | |
| 0 | Pay Princl L | 05/18/99 | 77.95 | 5,383 | 09/30/02 | 100.00 | 6,905 | 1,522 | 0 | 1,522 |
| Alliance Capital Reserves | | | | | | | | | | |
| 32,060 | Sell Long | 12/27/01 | 1.00 | 32,060 | 10/07/02 | 1.00 | 32,060 | 0 | 0 | 0 |
| 1,054 | Sell Long | 12/31/01 | 1.00 | 1,054 | 10/07/02 | 1.00 | 1,054 | 0 | 0 | 0 |
| 239 | Sell Long | 01/15/02 | 1.00 | 239 | 10/07/02 | 1.00 | 239 | 0 | 0 | 0 |
| 33,959 | Sell Long | 01/16/02 | 1.00 | 33,959 | 10/07/02 | 1.00 | 33,959 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 8,902 | Sell Long | 01/16/02 | 1.00 | 8,902 | 10/11/02 | 1.00 | 8,902 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 1 | Sell Long | 01/16/02 | 1.00 | 1 | 10/22/02 | 1.00 | 1 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 4,642 | Sell Long | 01/16/02 | 1.00 | 4,642 | 11/08/02 | 1.00 | 4,642 | 0 | 0 | 0 |
| 39,860 | Sell Long | 01/17/02 | 1.00 | 39,860 | 11/08/02 | 1.00 | 39,860 | 0 | 0 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R

# Schedule of Realiz[illegible] ains & Losses
## M.L.R.[illegible] R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Capital Reserves | | - cont. | | | | | | | | |
| 5,688 | Sell Long | 01/18/02 | 1.00 | 5,688 | 11/08/02 | 1.00 | 5,688 | 0 | 0 | 0 |
| 4,375 | Sell Long | 01/29/02 | 1.00 | 4,375 | 11/08/02 | 1.00 | 4,375 | 0 | 0 | 0 |
| 5,313 | Sell Long | 01/30/02 | 1.00 | 5,313 | 11/08/02 | 1.00 | 5,313 | 0 | 0 | 0 |
| 27,984 | Sell Long | 02/04/02 | 1.00 | 27,984 | 11/08/02 | 1.00 | 27,984 | 0 | 0 | 0 |
| 404 | Sell Long | 02/15/02 | 1.00 | 404 | 11/08/02 | 1.00 | 404 | 0 | 0 | 0 |
| 260 | Sell Long | 02/20/02 | 1.00 | 260 | 11/08/02 | 1.00 | 260 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 43,991 | Sell Long | 02/20/02 | 1.00 | 43,991 | 11/12/02 | 1.00 | 43,991 | 0 | 0 | 0 |
| 5,875 | Sell Long | 02/26/02 | 1.00 | 5,875 | 11/12/02 | 1.00 | 5,875 | 0 | 0 | 0 |
| 5,688 | Sell Long | 03/04/02 | 1.00 | 5,688 | 11/12/02 | 1.00 | 5,688 | 0 | 0 | 0 |
| 2,438 | Sell Long | 03/11/02 | 1.00 | 2,438 | 11/12/02 | 1.00 | 2,438 | 0 | 0 | 0 |
| 80,109 | Sell Long | 03/12/02 | 1.00 | 80,109 | 11/12/02 | 1.00 | 80,109 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 80,686 | Sell Long | 03/12/02 | 1.00 | 80,686 | 11/22/02 | 1.00 | 80,686 | 0 | 0 | 0 |
| 38,667 | Sell Long | 03/13/02 | 1.00 | 38,667 | 11/22/02 | 1.00 | 38,667 | 0 | 0 | 0 |
| 3,250 | Sell Long | 03/14/02 | 1.00 | 3,250 | 11/22/02 | 1.00 | 3,250 | 0 | 0 | 0 |
| 406 | Sell Long | 03/15/02 | 1.00 | 406 | 11/22/02 | 1.00 | 406 | 0 | 0 | 0 |
| 1,313 | Sell Long | 04/01/02 | 1.00 | 1,313 | 11/22/02 | 1.00 | 1,313 | 0 | 0 | 0 |
| 7,630 | Sell Long | 04/02/02 | 1.00 | 7,630 | 11/22/02 | 1.00 | 7,630 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 4,845 | Sell Long | 04/02/02 | 1.00 | 4,845 | 11/26/02 | 1.00 | 4,845 | 0 | 0 | 0 |
| 3,500 | Sell Long | 04/03/02 | 1.00 | 3,500 | 11/26/02 | 1.00 | 3,500 | 0 | 0 | 0 |
| 6,905 | Sell Long | 04/04/02 | 1.00 | 6,905 | 11/26/02 | 1.00 | 6,905 | 0 | 0 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R

# Schedule of Realiz ains & Losses
M.L.R. R.

Begin Date: 01/01/02
As of Date: 12/31/02

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alliance Capital Reserves | | - cont. | | | | | | | | |
| 2,500 | Sell Long | 04/08/02 | 1.00 | 2,500 | 11/26/02 | 1.00 | 2,500 | 0 | 0 | 0 |
| 634 | Sell Long | 04/15/02 | 1.00 | 634 | 11/26/02 | 1.00 | 634 | 0 | 0 | 0 |
| 9,851 | Sell Long | 04/16/02 | 1.00 | 9,851 | 11/26/02 | 1.00 | 9,851 | 0 | 0 | 0 |
| 15,381 | Sell Long | 04/24/02 | 1.00 | 15,381 | 11/26/02 | 1.00 | 15,381 | 0 | 0 | 0 |
| 103,443 | Sell Long | 05/03/02 | 1.00 | 103,443 | 11/26/02 | 1.00 | 103,443 | 0 | 0 | 0 |
| 130,317 | Sell Long | 05/14/02 | 1.00 | 130,317 | 11/26/02 | 1.00 | 130,317 | 0 | 0 | 0 |
| 654 | Sell Long | 05/15/02 | 1.00 | 654 | 11/26/02 | 1.00 | 654 | 0 | 0 | 0 |
| 6,931 | Sell Long | 05/16/02 | 1.00 | 6,931 | 11/26/02 | 1.00 | 6,931 | 0 | 0 | 0 |
| 815 | Sell Long | 06/14/02 | 1.00 | 815 | 11/26/02 | 1.00 | 815 | 0 | 0 | 0 |
| 4,194 | Sell Long | 06/19/02 | 1.00 | 4,194 | 11/26/02 | 1.00 | 4,194 | 0 | 0 | 0 |
| 3,000 | Sell Long | 06/20/02 | 1.00 | 3,000 | 11/26/02 | 1.00 | 3,000 | 0 | 0 | 0 |
| 16,660 | Sell Long | 06/21/02 | 1.00 | 16,660 | 11/26/02 | 1.00 | 16,660 | 0 | 0 | 0 |
| Republic Of Ecuador 12% 11/15/12 Reg S | | | | | | | | | | |
| 150,000 | Sell Long | 11/05/02 | 53.25 | 79,875 | 12/10/02 | 55.10 | 82,650 | 2,775 | 2,775 | 0 |
| 50,000 | Sell Long | 11/19/02 | 54.75 | 27,375 | 12/10/02 | 55.10 | 27,550 | 175 | 175 | 0 |
| Republic Of Ecuador 12% 11/15/12 Reg S | | | | | | | | | | |
| 75,000 | Sell Long | 11/19/02 | 54.75 | 41,063 | 12/16/02 | 57.50 | 43,125 | 2,063 | 2,063 | 0 |
| YPF SA 7.25% 03/15/03 | | | | | | | | | | |
| 75,000 | Sell Long | 03/12/02 | 91.00 | 68,250 | 12/16/02 | 98.70 | 74,025 | 5,775 | 5,775 | 0 |
| 25,000 | Sell Long | 09/17/02 | 94.00 | 23,500 | 12/16/02 | 98.70 | 24,675 | 1,175 | 1,175 | 0 |

Run Date: 03/26/03
Account Short Name: MLR&R



APP-B-1228

SANDS0275

# Schedule of Realiz ains & Losses
M.L.R. R.

**Begin Date: 01/01/02**
**As of Date: 12/31/02**

| Quantity (Units) | Transaction Type | Purchase Date | Unit Cost | Total Cost | Sale Date | Unit Proceeds | Total Proceeds | Realized Gain/(Loss) | Short Term Gain/(Loss) | Long Term Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Venezuela DCB VRB 12/18/07 | | | | | | | | | | |
| 0 | Pay Princl L | 02/12/02 | 70.56 | 2,520 | 12/18/02 | 100.00 | 3,572 | 1,051 | 1,051 | 0 |
| 0 | Pay Princl L | 11/21/02 | 83.13 | 7,917 | 12/18/02 | 100.00 | 9,524 | 1,607 | 1,607 | 0 |
| Argentina Bonte 11.75% 05/15/06 Regs | | | | | | | | | | |
| 250,000 | Sell Long | 01/16/02 | 21.00 | 52,500 | 12/20/02 | 18.50 | 46,250 | (6,250) | (6,250) | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 4,078 | Sell Long | 06/21/02 | 1.00 | 4,078 | 12/26/02 | 1.00 | 4,078 | 0 | 0 | 0 |
| 37,927 | Sell Long | 06/25/02 | 1.00 | 37,927 | 12/26/02 | 1.00 | 37,927 | 0 | 0 | 0 |
| Alliance Capital Reserves | | | | | | | | | | |
| 207,292 | Sell Long | 06/25/02 | 1.00 | 207,292 | 12/27/02 | 1.00 | 207,292 | 0 | 0 | 0 |
| GRAND TOTAL | | | | | | | | 152,717 | 62,838 | 89,879 |

APP-B-1229

MLRR 7/31/2003 9:24 AM

# SCHEDULE K-1 (Form 1065) Partner's Share of Income, Credits, Deductions, etc. 2002

See separate instructions

OMB No. 1545-0099

Partner #: 1 For calendar year 2002 or tax year beginning , and ending

Partner's identifying number: [redacted]3858

Partnership's identifying number: 16-1417876

Partner's name, address, and ZIP code:

Richard E. Sands
c/o Constellation Brands, Inc.
Fairport NY 14450

Partnership's name, address, and ZIP code:
M, L, R & R
c/o Constellation Brands
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ..........% | 17.335730% |
| Loss sharing | ..........% | 17.335730% |
| Ownership of capital | ..........% | 17.335730% |

E IRS Center where partnership filed return:
Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $............ |
| Qualified nonrecourse financing | $ 2,502,901 |
| Other | $ 1,777,541 |

G Tax shelter registration number .......................... ...........

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 12,713,543 | 2,880,128 | -3,053,307 | | 12,540,364 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -4,955 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 2 Net income (loss) from rental real estate activities | 2 | -5,833 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 3 Net income (loss) from other rental activities | 3 | -1,767 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 41,669 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 27,574 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 10 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -741,256 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | -9,930 | Sch. D, line 12, col. (f) |
| (3) Qualified 5-year gain | 4e(3) | 77 | Line 5 of wkst. for Sch D, ln. 29 |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | 13,947 | Enter on applic. ln. of your rtn. |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 14,358 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 110,618 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 8 Charitable contributions (see instr.)(att. sch) See Stmt | 8 | 46 | Sch. A, line 15 or 16 |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 40,806 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 24 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 4 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14a Interest expense on investment debts | 14a | 48,377 | Form 4952, line 1 |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 83,200 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 14,223 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| b Adjusted gain or loss | 16b | -787 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17a Name of foreign country or U.S. possession. See Statement | | | |
| b Gross income from all sources | 17b | 191,898 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 20,450 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 48,605 | Form 1116, Part I |

Continued on Page 2

MLRR 7/31/2003 10:59 AM
Partner #: 1 Richard E. Sands [redacted]-3858
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes:** | | | |
| (2) Listed categories (attach schedule) ....See..Stmt | 17d(2) | 11 | Form 1116, Part I |
| (3) General limitation .... | 17d(3) | 293 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense .... | 17e(1) | 102,469 | Form 1116, Part I |
| (2) Other .... | 17e(2) | 196,081 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive .... | 17f(1) | 21,477 | Form 1116, Part I |
| g Total foreign taxes (check one): ☒ Paid ☐ Accrued ....See..Stmt | 17g | 4,402 | Form 1116, Part II |
| **Other:** | | | |
| 19 Tax-exempt interest income .... | 19 | 344 | Form 1040, line 8b |
| 21 Nondeductible expenses ....See..Stmt | 21 | 2,468,124 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Section 1231 qualified 5 year gain - include only if the amount on the partner's Form 4797, line 7 is more than zero | 30 |
| Interest income on US obligations | 17,643 |
| All section 1231 gains and losses are passive | |
| Non Passive income included on line 1. | 20,636 |
| Passive loss included on line 1. | -25,591 |
| Partner's share of Ohio (Cleveland) source income | -10,768 |
| Unrecaptured Section 1250 gain | 1,214 |

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 8 |
| JP Morgan Multi-Strategy Fund | 13,939 |
| Total | $ 13,947 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 22,902 |
| Kingdon - Section 1256 gain | 9,432 |
| Feirstein Partners - Sec 1256 | 84,108 |
| JP Morgan - Section 1256 loss | -5,824 |
| Total | $ 110,618 |

Continued on Page 3

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| .nvestment fees | $ 18,133 |
| Bank charges | 75 |
| Accounting fees | 2,254 |
| Legal fees | 9,255 |
| China Auto Components Group | 3,689 |
| Farallon Capital Partners, LP | 329 |
| JP Morgan Multi-Strategy Fund | 7,071 |
| Total | $ 40,806 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 24 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 4 |

## Schedule K-1, Line 17a - Name of Foreign Country or Possession

| Description |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 20,450 |

Continued on Page 4

## Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| P Morgan Multi-Strategy | $ 11 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 908 |
| Grantham, Mayo, Van Otterloo | 882 |
| Farallon Capital Partners, LP | 284 |
| Kingdon Partners | 1,641 |
| Feirstein Partners, LP | 267 |
| JP Morgan Multi-Strategy Fund | 420 |
| Total | $ 4,402 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 47 |
| HH Bridge, LP | 552 |
| JP Morgan Multi-Strategy Fund | 16 |
| nrealized investment losses | 2,467,505 |
| S taxes withheld | 4 |
| Total | $ 2,468,124 |