MLRR 7/31/2003 9:24 AM

# SCHEDULE K-1 (Form 1065) Partner's Share of Income, Credits, Deductions, etc. 2002

See separate instructions

OMB No. 1545-0099

Partner #: 2 For calendar year 2002 or tax year beginning , and ending

**Partner's identifying number:** [redacted]-8045

**Partnership's identifying number:** 16-1417876

Partner's name, address, and ZIP code:

Robert S. Sands
[redacted]
Rochester NY 14618

Partnership's name, address, and ZIP code:
M, L, R & R
c/o Constellation Brands
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ..........% | 19.238070% |
| Loss sharing | ..........% | 19.238070% |
| Ownership of capital | ..........% | 19.238070% |

E IRS Center where partnership filed return: Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $............ |
| Qualified nonrecourse financing | $ 2,777,559 |
| Other | $ 1,972,596 |

G Tax shelter registration number ...........

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 14,102,039 | 3,195,777 | -3,388,364 | | 13,909,452 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -5,499 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 2 Net income (loss) from rental real estate activities | 2 | -6,473 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 3 Net income (loss) from other rental activities | 3 | -1,962 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 46,242 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 30,601 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 12 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -822,599 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | -11,018 | Sch. D, line 12, col. (f) |
| (3) Qualified 5-year gain | 4e(3) | 86 | Line 5 of wkst. for Sch D, ln. 29 |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | 15,476 | Enter on applic. ln. of your rtn. |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 15,933 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 122,757 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 8 Charitable contributions (see instr.)(att. sch) See Stmt | 8 | 52 | Sch. A, line 15 or 16 |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 45,284 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 28 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 4 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14a Interest expense on investment debts | 14a | 53,686 | Form 4952, line 1 |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 92,331 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 15,783 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| b Adjusted gain or loss | 16b | -873 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17a Name of foreign country or U.S. possession. See Statement | | | |
| b Gross income from all sources | 17b | 212,957 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 22,695 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 53,940 | Form 1116, Part I |

Continued on Page 2

MLRR 7/31/2003 10:59 AM
Partner #: 2 Robert S. Sands [redacted]8045
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes:** | | | |
| (2) Listed categories (attach schedule) ....See..Stmt | 17d(2) | 13 | Form 1116, Part I |
| (3) General limitation | 17d(3) | 326 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 113,713 | Form 1116, Part I |
| (2) Other | 17e(2) | 217,598 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 23,834 | Form 1116, Part I |
| g Total foreign taxes (check one): ☒ Paid ☐ Accrued ....See..Stmt | 17g | 4,886 | Form 1116, Part II |
| **Other:** | | | |
| 19 Tax-exempt interest income | 19 | 382 | Form 1040, line 8b |
| 21 Nondeductible expenses ....See..Stmt | 21 | 2,738,962 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Section 1231 qualified 5 year gain - include only if the amount on the partner's Form 4797, line 7 is more than zero | 34 |
| Interest income on US obligations | 19,579 |
| All section 1231 gains and losses are passive | |
| Non Passive income included on line 1. | 22,900 |
| Passive loss included on line 1. | -28,399 |
| Partner's share of Ohio (Cleveland) source income | -11,949 |
| Unrecaptured Section 1250 gain | 1,348 |

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 8 |
| JP Morgan Multi-Strategy Fund | 15,468 |
| Total | $ 15,476 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 25,415 |
| Kingdon - Section 1256 gain | 10,468 |
| Feirstein Partners - Sec 1256 | 93,337 |
| JP Morgan - Section 1256 loss | -6,463 |
| Total | $ 122,757 |

Continued on Page 3

MLRR 7/31/2003 9:24 AM
Partner #: 2 Robert S. Sands [redacted]-8045
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 3

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| .nvestment fees | $ 20,122 |
| Bank charges | 84 |
| Accounting fees | 2,501 |
| Legal fees | 10,270 |
| China Auto Components Group | 4,094 |
| Farallon Capital Partners, LP | 366 |
| JP Morgan Multi-Strategy Fund | 7,847 |
| Total | $ 45,284 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 28 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 4 |

## Schedule K-1, Line 17a - Name of Foreign Country or Possession

| Description |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 22,695 |

Continued on Page 4

## Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| ,P Morgan Multi-Strategy | $ 13 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 1,008 |
| Grantham, Mayo, Van Otterloo | 978 |
| Farallon Capital Partners, LP | 315 |
| Kingdon Partners | 1,822 |
| Feirstein Partners, LP | 296 |
| JP Morgan Multi-Strategy Fund | 467 |
| Total | $ 4,886 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 51 |
| HH Bridge, LP | 613 |
| JP Morgan Multi-Strategy Fund | 17 |
| nrealized investment losses | 2,738,277 |
| ,S taxes withheld | 4 |
| Total | $ 2,738,962 |

SANDS0284

MLRR 7/31/2003 9:24 AM

**SCHEDULE K-1** (Form 1065)

# Partner's Share of Income, Credits, Deductions, etc.

See separate instructions

2002
OMB No. 1545-0099

Partner #: 3 For calendar year 2002 or tax year beginning , and ending

Partner's identifying number: 16-1472626

Partnership's identifying number: 16-1417876

Partner's name, address, and ZIP code:
CWC Partnership - I
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's name, address, and ZIP code:
M, L, R & R
c/o Constellation Brands
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member
B What type of entity is this partner? Partnership
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ..........% | 8.650740% |
| Loss sharing | ..........% | 8.650740% |
| Ownership of capital | ..........% | 8.650740% |

E IRS Center where partnership filed return: Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):
Nonrecourse ........ $............
Qualified nonrecourse financing ........ $ 1,248,977
Other ........ $ 887,014

G Tax shelter registration number........ ..........

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2)........ ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 6,298,530 | 1,436,677 | -1,523,645 | | 6,211,562 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -2,473 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 2 Net income (loss) from rental real estate activities | 2 | -2,911 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 3 Net income (loss) from other rental activities | 3 | -883 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 20,792 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 13,759 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 5 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -369,896 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | -4,955 | Sch. D, line 12, col. (f) |
| (3) Qualified 5-year gain | 4e(3) | 39 | Line 5 of wkst. for Sch D, ln. 29 |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | 6,959 | Enter on applic. ln. of your rtn. |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 7,164 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 55,200 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 8 Charitable contributions (see instr.)(att. sch) See Stmt | 8 | 23 | Sch. A, line 15 or 16 |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 20,363 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 12 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 2 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14a Interest expense on investment debts | 14a | 24,140 | Form 4952, line 1 |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 41,515 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 7,098 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| b Adjusted gain or loss | 16b | -393 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17a Name of foreign country or U.S. possession. See Statement | | | |
| b Gross income from all sources | 17b | 95,760 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 10,205 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 24,253 | Form 1116, Part I |

Continued on Page 2

MLRR 7/31/2003 10:59 AM
Partner #: 3 CWC Partnership - I 16-1472626
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes:** | | | |
| (2) Listed categories (attach schedule) See Stmt | 17d(2) | 6 | Form 1116, Part I |
| (3) General limitation | 17d(3) | 147 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 51,132 | Form 1116, Part I |
| (2) Other | 17e(2) | 97,846 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 10,717 | Form 1116, Part I |
| g Total foreign taxes (check one): ☒ Paid ☐ Accrued See Stmt | 17g | 2,198 | Form 1116, Part II |
| **Other:** | | | |
| 19 Tax-exempt interest income | 19 | 171 | Form 1040, line 8b |
| 21 Nondeductible expenses See Stmt | 21 | 1,231,624 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Section 1231 qualified 5 year gain - include only if the amount on the partner's Form 4797, line 7 is more than zero | 15 |
| Interest income on US obligations | 8,804 |
| All section 1231 gains and losses are passive | |
| Non Passive income included on line 1. | 10,297 |
| Passive loss included on line 1. | -12,770 |
| Partner's share of Ohio (Cleveland) source income | -5,374 |
| Unrecaptured Section 1250 gain | 606 |

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 4 |
| JP Morgan Multi-Strategy Fund | 6,955 |
| Total | $ 6,959 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 11,428 |
| Kingdon - Section 1256 gain | 4,707 |
| Feirstein Partners - Sec 1256 | 41,971 |
| JP Morgan - Section 1256 loss | -2,906 |
| Total | $ 55,200 |

Continued on Page 3

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 9,049 |
| Bank charges | 38 |
| Accounting fees | 1,124 |
| Legal fees | 4,619 |
| China Auto Components Group | 1,840 |
| Farallon Capital Partners, LP | 164 |
| JP Morgan Multi-Strategy Fund | 3,529 |
| Total | $ 20,363 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 12 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 2 |

## Schedule K-1, Line 17a - Name of Foreign Country or Possession

| Description |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 10,205 |

Continued on Page 4

## Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy | $ 6 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 454 |
| Grantham, Mayo, Van Otterloo | 440 |
| Farallon Capital Partners, LP | 142 |
| Kingdon Partners | 819 |
| Feirstein Partners, LP | 133 |
| JP Morgan Multi-Strategy Fund | 210 |
| Total | $ 2,198 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 24 |
| HH Bridge, LP | 275 |
| JP Morgan Multi-Strategy Fund | 8 |
| Unrealized investment losses | 1,231,315 |
| US taxes withheld | 2 |
| Total | $ 1,231,624 |

SANDS0288

MLRR 7/31/2003 9:24 AM

**SCHEDULE K-1** (Form 1065)

# Partner's Share of Income, Credits, Deductions, etc.

See separate instructions

**2002** OMB No. 1545-0099

Partner #: 4 For calendar year 2002 or tax year beginning , and ending

| | |
|---|---|
| **Partner's identifying number:** [redacted]-0405 | **Partnership's identifying number:** 16-1417876 |
| Partner's name, address, and ZIP code:<br>Andrew Stern<br>[redacted]<br>Rochester NY 14610 | Partnership's name, address, and ZIP code:<br>M, L, R & R<br>c/o Constellation Brands<br>300 Willowbrook Office Park<br>Fairport NY 14450 |

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 11.702500% |
| Loss sharing | % | 11.702500% |
| Ownership of capital | % | 11.702500% |

E IRS Center where partnership filed return: Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ 1,689,586 |
| Other | $ 1,199,930 |

G Tax shelter registration number

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 8,531,925 | 1,942,996 | -2,061,137 | | 8,413,784 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -3,347 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 2 Net income (loss) from rental real estate activities | 2 | -3,938 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 3 Net income (loss) from other rental activities | 3 | -1,193 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 28,130 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 18,614 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 7 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -500,383 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | -6,703 | Sch. D, line 12, col. (f) |
| (3) Qualified 5-year gain | 4e(3) | 52 | Line 5 of wkst. for Sch D, ln. 29 |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | 9,416 | Enter on applic. ln. of your rtn. |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 9,692 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 74,673 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 8 Charitable contributions (see instr.)(att. sch) See Stmt | 8 | 32 | Sch. A, line 15 or 16 |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 27,548 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 16 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 3 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14a Interest expense on investment debts | 14a | 32,657 | Form 4952, line 1 |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 56,167 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 9,600 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| b Adjusted gain or loss | 16b | -532 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17a Name of foreign country or U.S. possession. See Statement | | | |
| b Gross income from all sources | 17b | 129,540 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 13,805 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 32,812 | Form 1116, Part I |

Continued on Page 2

SANDS0289

MLRR 7/31/2003 10:59 AM
Partner #: 4 Andrew Stern [redacted]-0405
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes:** | | | |
| (2) Listed categories (attach schedule) See Stmt | 17d(2) | 8 | Form 1116, Part I |
| (3) General limitation | 17d(3) | 198 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 69,172 | Form 1116, Part I |
| (2) Other | 17e(2) | 132,365 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 14,498 | Form 1116, Part I |
| (2) Listed categories (attach schedule) See Stmt | 17f(2) | 1 | Form 1116, Part I |
| g Total foreign taxes (check one): ☒ Paid ☐ Accrued See Stmt | 17g | 2,971 | Form 1116, Part II |
| **Other:** | | | |
| 19 Tax-exempt interest income | 19 | 232 | Form 1040, line 8b |
| 21 Nondeductible expenses See Stmt | 21 | 1,666,109 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Section 1231 qualified 5 year gain - include only if the amount on the partner's Form 4797, line 7 is more than zero | 21 |
| Interest income on US obligations | 11,910 |
| All section 1231 gains and losses are passive | |
| Non Passive income included on line 1. | 13,930 |
| Passive loss included on line 1. | -17,276 |
| Partner's share of Ohio (Cleveland) source income | -7,269 |
| Unrecaptured Section 1250 gain | 820 |

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 6 |
| JP Morgan Multi-Strategy Fund | 9,410 |
| Total | $ 9,416 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 15,460 |
| Kingdon - Section 1256 gain | 6,367 |
| Feirstein Partners - Sec 1256 | 56,777 |
| JP Morgan - Section 1256 loss | -3,931 |
| Total | $ 74,673 |

Continued on Page 3

MLRR 7/31/2003 9:24 AM
Partner #: 4 Andrew Stern [redacted]-0405
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 3

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| investment fees | $ 12,240 |
| Bank charges | 51 |
| Accounting fees | 1,522 |
| Legal fees | 6,247 |
| China Auto Components Group | 2,491 |
| Farallon Capital Partners, LP | 223 |
| JP Morgan Multi-Strategy Fund | 4,774 |
| Total | $ 27,548 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 16 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 3 |

## Schedule K-1, Line 17a - Name of Foreign Country or Possession

| Description |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 13,805 |

Continued on Page 4

## Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy | $ 8 |

## Schedule K-1, Line 17f(2) - Listed Categories Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 1 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 613 |
| Grantham, Mayo, Van Otterloo | 595 |
| Farallon Capital Partners, LP | 192 |
| Kingdon Partners | 1,108 |
| Feirstein Partners, LP | 180 |
| JP Morgan Multi-Strategy Fund | 283 |
| Total | $ 2,971 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 31 |
| HH Bridge, LP | 373 |
| JP Morgan Multi-Strategy Fund | 10 |
| Unrealized investment losses | 1,665,692 |
| US taxes withheld | 3 |
| Total | $ 1,666,109 |

MLRR 7/31/2003 9:24 AM

# SCHEDULE K-1 Partner's Share of Income, Credits, Deductions, etc. 2002

(Form 1065) See separate instructions OMB No. 1545-0099

Partner #: 5 For calendar year 2002 or tax year beginning , and ending

Partner's identifying number: 16-6495463

Partnership's identifying number: 16-1417876

Partner's name, address, and ZIP code:
The Marvin Sands Master Trust
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

Partnership's name, address, and ZIP code:
M, L, R & R
c/o Constellation Brands
300 Willowbrook Office Park
Fairport NY 14450

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? Trust

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ..........% | 43.072960% |
| Loss sharing | ..........% | 43.072960% |
| Ownership of capital | ..........% | 43.072960% |

E IRS Center where partnership filed return: Ogden, UT 84201-0011

F Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ ............ |
| Qualified nonrecourse financing | $ 6,218,796 |
| Other | $ 4,416,534 |

G Tax shelter registration number ...........

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawls and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 29,412,162 | 7,153,578 | -7,586,353 | | 28,979,387 |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss):** | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | -12,311 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 2 Net income (loss) from rental real estate activities | 2 | -14,493 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 3 Net income (loss) from other rental activities | 3 | -4,391 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 4 Portfolio income (loss): | | | |
| a Interest | 4a | 103,533 | Sch. B, Part I, line1 |
| b Ordinary dividends | 4b | 68,512 | Sch. B, Part II, line 5 |
| c Royalties | 4c | 26 | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 4d | -1,841,751 | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | 4e(1) | -24,670 | Sch. D, line 12, col. (f) |
| (3) Qualified 5-year gain | 4e(3) | 192 | Line 5 of wkst. for Sch D, ln. 29 |
| f Other portfolio income (loss) (att. schedule) See Stmt | 4f | 34,651 | Enter on applic. ln. of your rtn. |
| 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 35,674 | See pg. 6 of Partner's Instr. for Sch. K-1 |
| 7 Other income (loss) (attach schedule) See Stmt | 7 | 274,846 | Enter on applic. ln. of your rtn. |
| **Deductions:** | | | |
| 8 Charitable contributions (see instr.)(att. sch) See Stmt | 8 | 115 | Sch. A, line 15 or 16 |
| 10 Deductions related to portfolio inc. (att. sch.) See Stmt | 10 | 101,386 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| 11 Other deductions (attach schedule) See Stmt | 11 | 61 | See pgs. 7 & 8 of Partner's Instr. for Sch. K-1 |
| **Credits:** | | | |
| 13 Other credits See Stmt | 13 | 10 | See pg. 8 of Partner's Instr. for Sch. K-1 |
| **Investment Interest:** | | | |
| 14a Interest expense on investment debts | 14a | 120,200 | Form 4952, line 1 |
| 14b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 206,722 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Adjustments and Tax Preference Items:** | | | |
| 16a Depreciation adjustment on property placed in service after 1986 | 16a | 35,339 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| b Adjusted gain or loss | 16b | -1,955 | See pg. 9 of Partner's Instr. for Sch. K-1 |
| **Foreign Taxes:** | | | |
| 17a Name of foreign country or U.S. possession. See Statement | | | |
| b Gross income from all sources | 17b | 476,798 | Form 1116, Part I |
| c Gross income sourced at partner level See Stmt | 17c | 50,811 | Form 1116, Part I |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | 120,766 | Form 1116, Part I |

Continued on Page 2

MLRR 7/31/2003 10:59 AM
Partner #: 5 The Marvin Sands Master Trust 16-6495463
Schedule K-1 (Form 1065) 2002 M, L, R & R 16-1417876 Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Foreign Taxes:** | | | |
| (2) Listed categories (attach schedule) See Stmt | 17d(2) | 28 | Form 1116, Part I |
| (3) General limitation | 17d(3) | 729 | Form 1116, Part I |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | 254,597 | Form 1116, Part I |
| (2) Other | 17e(2) | 487,189 | Form 1116, Part I |
| f Deductions allocated and apportioned at partnership level: | | | |
| (1) Passive | 17f(1) | 53,363 | Form 1116, Part I |
| g Total foreign taxes (check one): ☒ Paid ☐ Accrued See Stmt | 17g | 10,940 | Form 1116, Part II |
| **Other:** | | | |
| 19 Tax-exempt interest income | 19 | 855 | Form 1040, line 8b |
| 21 Nondeductible expenses See Stmt | 21 | 6,132,385 | See pg. 9 of Partner's Instr. for Sch. K-1 |

**Supplemental Information:**

25 Supplemental information required to be reported separately to each partner (att. additional sch. if more space is needed):

| | |
|---|---|
| Section 1231 qualified 5 year gain - include only if the amount on the partner's Form 4797, line 7 is more than zero | 75 |
| Interest income on US obligations | 43,837 |
| All section 1231 gains and losses are passive | |
| Non Passive income included on line 1. | 51,272 |
| Passive loss included on line 1. | -63,584 |
| Partner's share of Ohio (Cleveland) source income | -26,754 |
| Unrecaptured Section 1250 gain | 3,017 |

## Schedule K-1, Line 4f - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 19 |
| JP Morgan Multi-Strategy Fund | 34,632 |
| Total | $ 34,651 |

## Schedule K-1, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 56,902 |
| Kingdon - Section 1256 gain | 23,436 |
| Feirstein Partners - Sec 1256 | 208,978 |
| JP Morgan - Section 1256 loss | -14,470 |
| Total | $ 274,846 |

Continued on Page 3

## Schedule K-1, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 45,053 |
| Bank charges | 187 |
| Accounting fees | 5,599 |
| Legal fees | 22,995 |
| China Auto Components Group | 9,165 |
| Farallon Capital Partners, LP | 818 |
| JP Morgan Multi-Strategy Fund | 17,569 |
| Total | $ 101,386 |

## Schedule K-1, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 61 |

## Schedule K-1, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 10 |

## Schedule K-1, Line 17a - Name of Foreign Country or Possession

| Description |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Schedule K-1, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 50,811 |

Continued on Page 4

## Schedule K-1, Line 17d(2) - Listed Categories Gross Income

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy | $ 28 |

## Schedule K-1, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 2,257 |
| Grantham, Mayo, Van Otterloo | 2,191 |
| Farallon Capital Partners, LP | 706 |
| Kingdon Partners | 4,078 |
| Feirstein Partners, LP | 663 |
| JP Morgan Multi-Strategy Fund | 1,045 |
| Total | $ 10,940 |

## Schedule K-1, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 116 |
| HH Bridge, LP | 1,371 |
| JP Morgan Multi-Strategy Fund | 39 |
| Unrealized investment losses | 6,130,849 |
| US taxes withheld | 10 |
| Total | $ 6,132,385 |

MLRR 07/31/2003 9:24 AM

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184

**2002**

Attachment Sequence No. **27**

(s) shown on return: M, L, R & R

Identifying number: 16-1417876

| | | |
|---|---|---|
| 1 Enter the gross proceeds from sales or exchanges reported to you for 2002 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) | 1 | |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft-Most Property Held More Than 1 Year (See instructions.)

| | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| 2 | Pass through entity (Sch K-1) | | | | | | 82,821 |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 82,821 |
| | **Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6, or Form 1120S, Schedule K, line 5. Skip lines 8, 9, 11, and 12 below<br>**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below. | | |
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions) | 9 | |

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 | Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: | 18 | |
| a | **For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed. | | |
| b | **For individual returns:** | | |
| | (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions | 18b(1) | |
| | (2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 | 18b(2) | |

**For Paperwork Reduction Act Notice, see page 7 of the instructions.** Form **4797** (2002)

DAA

There are no amounts for Page 2

APP-B-1250 SANDS0297

Form **8621** (Rev. December 2000) Department of the Treasury Internal Revenue Service

# Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund

▶ See separate instructions.

OMB No. 1545-1002

Attachment Sequence No. 69

Name of shareholder: .I,L,R & R

Identifying number (see page 2 of instructions): 16-1417876

Number, street, and room or suite no. (If a P.O. box, see page 2 of instructions.): C/O CONSTELLATION BRANDS, INC.

Shareholder tax year: calendar year 20 02 or other tax year beginning ______, 20 ___ and ending ______, 20 ___.

City or town, state, and ZIP code or country: FAIRPORT NY 14450

Check type of shareholder filing the return: ☐ Individual ☐ Corporation ☒ Partnership ☐ S Corporation ☐ Nongrantor Trust ☐ Estate

Name of passive foreign investment company (PFIC) or qualified electing fund (QEF): Brazilian Equity Investments III Ltd.

Employer identification number (if any)

Address (Enter number, street, city or town, and country.)

Tax year of company or fund: calendar year 20 ___ or other tax year beginning 10/01, 20 01 and ending 9/30, 20 02.

## Part I Elections (See instructions.)

A ☒ **Election To Treat the PFIC as a QEF.** I, a shareholder of a PFIC, elect to treat the PFIC as a QEF. *Complete lines 1a through 2c of Part II.*

B ☐ **Deemed Sale Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF, elect to recognize gain on the deemed sale of my interest in the PFIC. *Enter gain or loss on line 10f of Part IV.*

C ☐ **Deemed Dividend Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF that is a controlled foreign corporation (CFC), elect to treat an amount equal to my share of the post-1986 earnings and profits of the CFC as an excess distribution. *Enter this amount on line 10e.*

D ☐ **Election To Extend Time For Payment of Tax.** I, a shareholder of a QEF, elect to extend the time for payment of tax on the undistributed earnings and profits of the QEF until this election is terminated. *Complete lines 3a through 4c of Part II to calculate the tax that may be deferred.*

**Note:** *If any portion of line 1a or line 2a of Part II is includible under section 551 or 951, you may* **not** *make this election. Also, see sections 1294(c) and 1294(f) and the related regulations for events that terminate this election.*

E ☐ **Election To Recognize Gain on Deemed Sale of PFIC.** I, a shareholder of a former PFIC, elect to treat as an excess distribution the gain recognized on the deemed sale of my interest in the PFIC, or, if I qualify, my share of the PFIC's post-1986 earnings and profits deemed distributed, on the last day of its last tax year as a PFIC under section 1297(a). *Enter gain on line 10f of Part IV.*

F ☐ **Election To Mark-to-Market PFIC Stock.** I, a shareholder of a PFIC, elect to mark-to-market the PFIC stock that is marketable within the meaning of section 1296(e). *Complete Part III.*

## Part II Income From a Qualified Electing Fund (QEF). All QEF shareholders complete lines 1a through 2c. If you are making Election D, also complete lines 3a through 4c. (See page 5 of instructions.)

| Line | Description | | | | |
|---|---|---|---|---|---|
| 1a | Enter your pro rata share of the ordinary earnings of the QEF | 1a | 0 | | |
| b | Enter the portion of line 1a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 1b | 0 | | |
| c | Subtract line 1b from line 1a. Enter this amount on your tax return as dividend income | | | 1c | 0.00 |
| 2a | Enter your pro rata share of the total net capital gain of the QEF | 2a | 0 | | |
| b | Enter the portion of line 2a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 2b | 0 | | |
| c | Subtract line 2b from line 2a. This amount is a net long-term capital gain. Enter this amount in Part II of the Schedule D used for your income tax return. (See instructions.) | | | 2c | 0.00 |
| 3a | Add lines 1c and 2c | | | 3a | 0.00 |
| b | Enter the total amount of cash and the fair market value of other property distributed or deemed distributed to you during the tax year of the QEF. (See instructions.) | 3b | 0 | | |
| c | Enter the portion of line 3a not already included in line 3b that is attributable to shares in the QEF that you disposed of, pledged, or otherwise transferred during the tax year | 3c | 0 | | |
| d | Add lines 3b and 3c | | | 3d | 0.00 |
| e | Subtract line 3d from line 3a, and enter the difference (if zero or less, enter amount in brackets) | | | 3e | 0.00 |
| | **Important:** *If line 3e is greater than zero, and no portion of line 1a or 2a is includible in income under section 551 or 951, you may make Election D with respect to the amount on line 3e.* | | | | |
| 4a | Enter the total tax for the tax year (See instructions.) | 4a | 0 | | |
| b | Enter the total tax for the tax year determined without regard to the amount entered on line 3e | 4b | 0 | | |
| c | Subtract line 4b from line 4a. **This is the deferred tax, the time for payment of which is extended by making Election D. See instructions** | | | 4c | 0.00 |

**For Paperwork Reduction Act Notice, see page 7 of separate instructions.** Form **8621** (Rev. 12-2000)

ISA
STF FED6904F.1

SANDS0298

**Part III** **Gain or (Loss) From Mark-to-Market Election** (See page 5 of instructions.)

| | | | |
|---|---|---|---|
| 5 | Enter the fair market value of your PFIC stock at the end of the tax year | 5 | |
| 6 | Enter your adjusted basis in the stock at the end of the tax year | 6 | |
| 7 | **Excess.** Subtract line 6 from line 5. If a gain, **stop here.** Include this amount as ordinary income on your tax return. If a loss, go to line 8 | 7 | |
| 8 | Enter any unreversed inclusions (as defined in section 1296(d)). See instructions. | 8 | |
| 9 | Enter the smaller of line 7 or line 8. Include this amount as an ordinary loss on your tax return | 9 | |

**Part IV** **Distributions and Disposition of Stock in a Section 1291 Fund** (See page 6 of instructions.)
*Complete a **separate** Part IV for each excess distribution.*

| | | | |
|---|---|---|---|
| 10a | Enter your total distributions from the PFIC during the current tax year. If the holding period of the PFIC stock began in the current tax year, this amount is dividend income to the extent there are accumulated earnings and profits | 10a | |
| b | Enter the total distributions (reduced by the portions of such distributions that were excess distributions but not included in income under section 1291(a)(1)(B)) made by the company for each of the 3 years preceding the current tax year (or if shorter, the portion of the shareholder's holding period before the current tax year) | 10b | |
| c | Divide line 10b by 3. (See instructions if the number of preceding tax years is less than 3.) | 10c | |
| d | Multiply line 10c by 125%. Enter the lesser of line 10a or line 10d as a dividend on your income tax return | 10d | |
| e | Subtract line 10d from line 10a. This amount, if more than zero, is the total excess distribution. If zero or less and you did not dispose of stock during the tax year, **do not** complete the rest of Part IV. See instructions if you received more than one distribution during the current tax year | 10e | |
| f | Enter gain or loss from the disposition of stock of a section 1291 fund or former section 1291 fund. If a gain, complete line 11. If a loss, show it in brackets and **do not** complete line 11 | 10f | |
| 11a | Attach a statement for each distribution and disposition. Show your holding period for each share of stock or block of shares held. Allocate the excess distribution to each day in your holding period. Add all amounts that are allocated to days in each tax year. | | |
| b | Enter the total of the amounts determined in line 11a that are allocable to the current tax year and tax years before the foreign corporation became a PFIC (pre-PFIC tax years). Enter these amounts on your income tax return as other income | 11b | |
| c | Enter the aggregate increases in tax (before credits) for each tax year in your holding period (other than the current tax year and pre-PFIC years). (See instructions.) | 11c | |
| d | Foreign tax credit. (See instructions.) | 11d | |
| e | Subtract line 11d from line 11c. Enter this amount on your income tax return as "additional tax." (See instructions.) | 11e | |
| f | Determine interest on each net increase in tax determined on line 11e using the rates and methods of section 6621. Enter the aggregate amount of interest here. (See instructions.) | 11f | |

**Part V** **Status of Prior Year Section 1294 Elections and Termination of Section 1294 Elections**
*Complete a separate column for each outstanding election. Complete lines 9 and 10 only if there is a partial termination of the section 1294 election.*

| | (i) | (ii) | (iii) | (iv) | (v) | (vi) |
|---|---|---|---|---|---|---|
| 1 Tax year of outstanding election | | | | | | |
| 2 Undistributed earnings to which the election relates | | | | | | |
| 3 Deferred tax | | | | | | |
| 4 Interest accrued on deferred tax (line 3) as of the filing date | | | | | | |
| 5 Event terminating election | | | | | | |
| 6 Earnings distributed or deemed distributed during the tax year | | | | | | |
| 7 Deferred tax due with this return | | | | | | |
| 8 Accrued interest due with this return | | | | | | |
| 9 Deferred tax outstanding after partial termination of election | | | | | | |
| 10 Interest accrued after partial termination of election | | | | | | |

**Passive Foreign Investment Company Annual Information Statement**
**of**
**Brazilian Equity Investments III Ltd.**
**for the**
**Fiscal Year Ended September 30, 2002**

The Board of Directors of Brazilian Equity Investment III Ltd. ("BEI") hereby provides the following information to its shareholders in order for the shareholders which have elected to treat BEI as a "qualified electing fund" to comply with Sections 1293 and 1295 of the United States Internal Revenue Code ("IRC").

(1) This Information Statement applies to BEI's taxable year beginning on October 1, 2001 and ending on September 30, 2002.

(2) BEI's Ordinary Earnings: $0.00/share (a)

(3) BEI's Net Capital Gain: $0.00/share (b)

(4) The amount of cash and fair market value of other property distributed or deemed distributed by BEI during the year specified in paragraph (1): $0.00/share(c) (d) (e)

(5) BEI will permit shareholders to inspect and copy its permanent books of account, records or such other documents as may be maintained by BEI that are necessary to establish that BEI's ordinary earnings and capital gain, as provided in IRC section 1293(e), are compiled in accordance with US income tax principles.

BRAZILIAN EQUITY INVESTMENTS III LTD.

By: [signature]

Title: Managing Director

Date: 1/30/03

---

(a) If you made an election to treat BEI as a qualified electing fund, your share of ordinary earnings (*i.e.*, generally, item (2) times the number of shares you owned during the fiscal year) should be entered on form 8621, line 1a.

(b) If you made an election to treat BEI as a qualified electing fund, your share of net capital gain (*i.e.* generally, item (3) times the number of shares you owned during the fiscal year) should be entered on Form 8621, line 2a.

SANDS0300