(c) Your cash distribution (*i.e.*, generally, item (4) times the number of shares you owned during the fiscal year) should be entered on Form 8621, line 3b.

(d) All or a portion of the dividend distributed during Fiscal Year 2002 may represent previously taxed income to a shareholder if that shareholder is (or its predecessor in interest was) a US person that made a QEF Election with respect to BEI and has recognized income in prior years pursuant to the QEF provisions. See page 5 of the instructions to Form 8621.

(e) All or a portion of the Fiscal Year 2002 cash distribution may represent an "excess distribution" for a shareholder that has not had an election in effect to treat BEI as a qualified electing fund for its entire holding period with respect to BEI stock. Such shareholder should consult its tax adviser with respect to the tax treatment of the cash distribution.

Form **8621** (Rev. December 2000)
Department of the Treasury Internal Revenue Service

# Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund

▶ See separate instructions.

OMB No. 1545-1002
Attachment Sequence No. 69

Name of shareholder: .i,L,R & R
Identifying number (see page 2 of instructions): 16-1417876
Number, street, and room or suite no. (If a P.O. box, see page 2 of instructions.): C/O CONSTELLATION BRANDS, INC.
Shareholder tax year: calendar year 20 02 or other tax year beginning ______, 20 ___ and ending ______, 20 ___.
City or town, state, and ZIP code or country: FAIRPORT NY 14450

Check type of shareholder filing the return: ☐ Individual ☐ Corporation ☒ Partnership ☐ S Corporation ☐ Nongrantor Trust ☐ Estate

Name of passive foreign investment company (PFIC) or qualified electing fund (QEF): See attached
Employer identification number (if any):
Address (Enter number, street, city or town, and country.):
Tax year of company or fund: calendar year 20 02 or other tax year beginning ______, 20 ___ and ending ______, 20 ___.

## Part I Elections (See instructions.)

A ☒ **Election To Treat the PFIC as a QEF.** I, a shareholder of a PFIC, elect to treat the PFIC as a QEF. *Complete lines 1a through 2c of Part II.*

B ☐ **Deemed Sale Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF, elect to recognize gain on the deemed sale of my interest in the PFIC. *Enter gain or loss on line 10f of Part IV.*

C ☐ **Deemed Dividend Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF that is a controlled foreign corporation (CFC), elect to treat an amount equal to my share of the post-1986 earnings and profits of the CFC as an excess distribution. *Enter this amount on line 10e.*

D ☐ **Election To Extend Time For Payment of Tax.** I, a shareholder of a QEF, elect to extend the time for payment of tax on the undistributed earnings and profits of the QEF until this election is terminated. *Complete lines 3a through 4c of Part II to calculate the tax that may be deferred.*
**Note:** *If any portion of line 1a or line 2a of Part II is includible under section 551 or 951, you may* **not** *make this election. Also, see sections 1294(c) and 1294(f) and the related regulations for events that terminate this election.*

E ☐ **Election To Recognize Gain on Deemed Sale of PFIC.** I, a shareholder of a former PFIC, elect to treat as an excess distribution the gain recognized on the deemed sale of my interest in the PFIC, or, if I qualify, my share of the PFIC's post-1986 earnings and profits deemed distributed, on the last day of its last tax year as a PFIC under section 1297(a). *Enter gain on line 10f of Part IV.*

F ☐ **Election To Mark-to-Market PFIC Stock.** I, a shareholder of a PFIC, elect to mark-to-market the PFIC stock that is marketable within the meaning of section 1296(e). *Complete Part III.*

## Part II Income From a Qualified Electing Fund (QEF).

All QEF shareholders complete lines 1a through 2c. If you are making Election D, also complete lines 3a through 4c. (See page 5 of instructions.)

| Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|
| 1a | Enter your pro rata share of the ordinary earnings of the QEF | 1a | 0 | | |
| b | Enter the portion of line 1a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 1b | 0 | | |
| c | Subtract line 1b from line 1a. Enter this amount on your tax return as dividend income | | | 1c | 0.00 |
| 2a | Enter your pro rata share of the total net capital gain of the QEF | 2a | 0 | | |
| b | Enter the portion of line 2a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 2b | 0 | | |
| c | Subtract line 2b from line 2a. This amount is a net long-term capital gain. Enter this amount in Part II of the Schedule D used for your income tax return. (See instructions.) | | | 2c | 0.00 |
| 3a | Add lines 1c and 2c | | | 3a | 0.00 |
| b | Enter the total amount of cash and the fair market value of other property distributed or deemed distributed to you during the tax year of the QEF. (See instructions.) | 3b | 0 | | |
| c | Enter the portion of line 3a not already included in line 3b that is attributable to shares in the QEF that you disposed of, pledged, or otherwise transferred during the tax year | 3c | 0 | | |
| d | Add lines 3b and 3c | | | 3d | 0.00 |
| e | Subtract line 3d from line 3a, and enter the difference (if zero or less, enter amount in brackets) | | | 3e | 0.00 |
| | **Important:** *If line 3e is greater than zero, and no portion of line 1a or 2a is includible in income under section 551 or 951, you may make Election D with respect to the amount on line 3e.* | | | | |
| 4a | Enter the total tax for the tax year (See instructions.) | 4a | 0 | | |
| b | Enter the total tax for the tax year determined without regard to the amount entered on line 3e | 4b | 0 | | |
| c | Subtract line 4b from line 4a. **This is the deferred tax, the time for payment of which is extended by making Election D. See instructions** | | | 4c | 0.00 |

**For Paperwork Reduction Act Notice, see page 7 of separate instructions.** Form **8621** (Rev. 12-2000)
ISA
STF FED6904F.1

## Part III Gain or (Loss) From Mark-to-Market Election (See page 5 of instructions.)

| | | | |
|---|---|---|---|
| 5 | Enter the fair market value of your PFIC stock at the end of the tax year | 5 | |
| 6 | Enter your adjusted basis in the stock at the end of the tax year | 6 | |
| 7 | **Excess.** Subtract line 6 from line 5. If a gain, **stop here.** Include this amount as ordinary income on your tax return. If a loss, go to line 8 | 7 | |
| 8 | Enter any unreversed inclusions (as defined in section 1296(d)). See instructions. | 8 | |
| 9 | Enter the smaller of line 7 or line 8. Include this amount as an ordinary loss on your tax return | 9 | |

## Part IV Distributions and Disposition of Stock in a Section 1291 Fund (See page 6 of instructions.)

*Complete a **separate** Part IV for each excess distribution.*

| | | | |
|---|---|---|---|
| 10a | Enter your total distributions from the PFIC during the current tax year. If the holding period of the PFIC stock began in the current tax year, this amount is dividend income to the extent there are accumulated earnings and profits | 10a | |
| b | Enter the total distributions (reduced by the portions of such distributions that were excess distributions but not included in income under section 1291(a)(1)(B)) made by the company for each of the 3 years preceding the current tax year (or if shorter, the portion of the shareholder's holding period before the current tax year) | 10b | |
| c | Divide line 10b by 3. (See instructions if the number of preceding tax years is less than 3.) | 10c | |
| d | Multiply line 10c by 125%. Enter the lesser of line 10a or line 10d as a dividend on your income tax return | 10d | |
| e | Subtract line 10d from line 10a. This amount, if more than zero, is the total excess distribution. If zero or less and you did not dispose of stock during the tax year, **do not** complete the rest of Part IV. See instructions if you received more than one distribution during the current tax year | 10e | |
| f | Enter gain or loss from the disposition of stock of a section 1291 fund or former section 1291 fund. If a gain, complete line 11. If a loss, show it in brackets and **do not** complete line 11 | 10f | |
| 11a | Attach a statement for each distribution and disposition. Show your holding period for each share of stock or block of shares held. Allocate the excess distribution to each day in your holding period. Add all amounts that are allocated to days in each tax year. | | |
| b | Enter the total of the amounts determined in line 11a that are allocable to the current tax year and tax years before the foreign corporation became a PFIC (pre-PFIC tax years). Enter these amounts on your income tax return as other income | 11b | |
| c | Enter the aggregate increases in tax (before credits) for each tax year in your holding period (other than the current tax year and pre-PFIC years). (See instructions.) | 11c | |
| d | Foreign tax credit. (See instructions.) | 11d | |
| e | Subtract line 11d from line 11c. Enter this amount on your income tax return as "additional tax." (See instructions.) | 11e | |
| f | Determine interest on each net increase in tax determined on line 11e using the rates and methods of section 6621. Enter the aggregate amount of interest here. (See instructions.) | 11f | |

## Part V Status of Prior Year Section 1294 Elections and Termination of Section 1294 Elections

*Complete a separate column for each outstanding election. Complete lines 9 and 10 only if there is a partial termination of the section 1294 election.*

| | | (i) | (ii) | (iii) | (iv) | (v) | (vi) |
|---|---|---|---|---|---|---|---|
| 1 | Tax year of outstanding election | | | | | | |
| 2 | Undistributed earnings to which the election relates | | | | | | |
| 3 | Deferred tax | | | | | | |
| 4 | Interest accrued on deferred tax (line 3) as of the filing date | | | | | | |
| 5 | Event terminating election | | | | | | |
| 6 | Earnings distributed or deemed distributed during the tax year | | | | | | |
| 7 | Deferred tax due with this return | | | | | | |
| 8 | Accrued interest due with this return | | | | | | |
| 9 | Deferred tax outstanding after partial termination of election | | | | | | |
| 10 | Interest accrued after partial termination of election | | | | | | |

Partner Name: MLRR Investment Company
Partner ID#: 16-1417876
Partner #: 48

10. THE PARTNERSHIP OWNS AN INTEREST IN PHARMA MARKETING LTD. & PHARMA OPERATING LTD., NOMURA CBO AND WESTERN OIL SANDS PASSIVE FOREIGN INVESTMENT COMPANIES (PFIC) WHICH ARE TREATED AS QUALIFIED ELECTING FUNDS (QEF). YOUR ALLOCABLE SHARE OF INCOME ITEMS FROM THESE ENTITIES WHICH HAVE BEEN INCLUDED IN LINES 1, 4, AND 7 ARE:

| | WESTERN OIL SANDS | NOMURA CBO | PHARMA MKTG LTD. & PHARMA OPERATING, LTD. |
|---|---|---|---|
| ORDINARY INCOME | - | - | - |
| LONG-TERM CAPITAL G/(L) | - | - | - |

| | | |
|---|---|---|
| WESTERN OIL SANDS, INC.<br>SUITE 2400<br>440 SECOND AVE. SW<br>CALGARY, AT T2P 5E9<br>CANADA | NOMURA CBO 1997-1 LTD<br>C/O MAPLES AND CALDER<br>UGLAND HOUSE, SOUTH CHURCH ST<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS | PHARMA MARKETING LTD AND<br>PHARMA OPERATING LTD<br>PAR LA VILLE PLACE<br>14 PAR LA VILLE ROAD<br>HAMILTON HM 08<br>BERMUDA |

THE PFIC'S LISTED ABOVE ALL HAVE A CALENDAR YEAR END.

Form **8621** (Rev. December 2000)
Department of the Treasury Internal Revenue Service

# Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund

▶ See separate instructions.

OMB No. 1545-1002
Attachment Sequence No. **69**

Name of shareholder: .I,L,R & R
Identifying number (see page 2 of instructions): 16-1417876
Number, street, and room or suite no. (If a P.O. box, see page 2 of instructions.): C/O CONSTELLATION BRANDS, INC.
Shareholder tax year: calendar year 20 02 or other tax year beginning ______, 20 ___ and ending ______, 20 ___.
City or town, state, and ZIP code or country: FAIRPORT NY 14450

Check type of shareholder filing the return: ☐ Individual ☐ Corporation ☒ Partnership ☐ S Corporation ☐ Nongrantor Trust ☐ Estate

Name of passive foreign investment company (PFIC) or qualified electing fund (QEF): See attached
Employer identification number (if any):
Address (Enter number, street, city or town, and country.):
Tax year of company or fund: calendar year 20 02 or other tax year beginning ______, 20 ___ and ending ______, 20 ___.

**Part I** **Elections** (See instructions.)

A ☒ **Election To Treat the PFIC as a QEF.** I, a shareholder of a PFIC, elect to treat the PFIC as a QEF. *Complete lines 1a through 2c of Part II.*

B ☐ **Deemed Sale Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF, elect to recognize gain on the deemed sale of my interest in the PFIC. *Enter gain or loss on line 10f of Part IV.*

C ☐ **Deemed Dividend Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF that is a controlled foreign corporation (CFC), elect to treat an amount equal to my share of the post-1986 earnings and profits of the CFC as an excess distribution. *Enter this amount on line 10e.*

D ☐ **Election To Extend Time For Payment of Tax.** I, a shareholder of a QEF, elect to extend the time for payment of tax on the undistributed earnings and profits of the QEF until this election is terminated. *Complete lines 3a through 4c of Part II to calculate the tax that may be deferred.*
**Note:** *If any portion of line 1a or line 2a of Part II is includible under section 551 or 951, you may* **not** *make this election. Also, see sections 1294(c) and 1294(f) and the related regulations for events that terminate this election.*

E ☐ **Election To Recognize Gain on Deemed Sale of PFIC.** I, a shareholder of a former PFIC, elect to treat as an excess distribution the gain recognized on the deemed sale of my interest in the PFIC, or, if I qualify, my share of the PFIC's post-1986 earnings and profits deemed distributed, on the last day of its last tax year as a PFIC under section 1297(a). *Enter gain on line 10f of Part IV.*

F ☐ **Election To Mark-to-Market PFIC Stock.** I, a shareholder of a PFIC, elect to mark-to-market the PFIC stock that is marketable within the meaning of section 1296(e). *Complete Part III.*

**Part II** **Income From a Qualified Electing Fund (QEF).** All QEF shareholders complete lines 1a through 2c. If you are making Election D, also complete lines 3a through 4c. (See page 5 of instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1a | Enter your pro rata share of the ordinary earnings of the QEF | 1a | 32,553 | | |
| b | Enter the portion of line 1a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 1b | 32,553 | | |
| c | Subtract line 1b from line 1a. Enter this amount on your tax return as dividend income | | | 1c | 0.00 |
| 2a | Enter your pro rata share of the total net capital gain of the QEF | 2a | 0 | | |
| b | Enter the portion of line 2a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 2b | 0 | | |
| c | Subtract line 2b from line 2a. This amount is a net long-term capital gain. Enter this amount in Part II of the Schedule D used for your income tax return. (See instructions.) | | | 2c | 0.00 |
| 3a | Add lines 1c and 2c | | | 3a | 0.00 |
| b | Enter the total amount of cash and the fair market value of other property distributed or deemed distributed to you during the tax year of the QEF. (See instructions.) | 3b | 0 | | |
| c | Enter the portion of line 3a not already included in line 3b that is attributable to shares in the QEF that you disposed of, pledged, or otherwise transferred during the tax year | 3c | 0 | | |
| d | Add lines 3b and 3c | | | 3d | 0.00 |
| e | Subtract line 3d from line 3a, and enter the difference (if zero or less, enter amount in brackets) | | | 3e | 0.00 |
| | **Important:** *If line 3e is greater than zero, and no portion of line 1a or 2a is includible in income under section 551 or 951, you may make Election D with respect to the amount on line 3e.* | | | | |
| 4a | Enter the total tax for the tax year (See instructions.) | 4a | 0 | | |
| b | Enter the total tax for the tax year determined without regard to the amount entered on line 3e | 4b | 0 | | |
| c | Subtract line 4b from line 4a. **This is the deferred tax, the time for payment of which is extended by making Election D. See instructions** | | | 4c | 0.00 |

**For Paperwork Reduction Act Notice, see page 7 of separate instructions.**
ISA
STF FED6904F.1

Form **8621** (Rev. 12-2000)

SANDS0305

## Part III Gain or (Loss) From Mark-to-Market Election (See page 5 of instructions.)

| | | | |
|---|---|---|---|
| 5 | Enter the fair market value of your PFIC stock at the end of the tax year | 5 | |
| 6 | Enter your adjusted basis in the stock at the end of the tax year | 6 | |
| 7 | **Excess.** Subtract line 6 from line 5. If a gain, **stop here.** Include this amount as ordinary income on your tax return. If a loss, go to line 8 | 7 | |
| 8 | Enter any unreversed inclusions (as defined in section 1296(d)). See instructions. | 8 | |
| 9 | Enter the smaller of line 7 or line 8. Include this amount as an ordinary loss on your tax return | 9 | |

## Part IV Distributions and Disposition of Stock in a Section 1291 Fund (See page 6 of instructions.)

*Complete a **separate** Part IV for each excess distribution.*

| | | | |
|---|---|---|---|
| 10a | Enter your total distributions from the PFIC during the current tax year. If the holding period of the PFIC stock began in the current tax year, this amount is dividend income to the extent there are accumulated earnings and profits | 10a | |
| b | Enter the total distributions (reduced by the portions of such distributions that were excess distributions but not included in income under section 1291(a)(1)(B)) made by the company for each of the 3 years preceding the current tax year (or if shorter, the portion of the shareholder's holding period before the current tax year) | 10b | |
| c | Divide line 10b by 3. (See instructions if the number of preceding tax years is less than 3.) | 10c | |
| d | Multiply line 10c by 125%. Enter the lesser of line 10a or line 10d as a dividend on your income tax return | 10d | |
| e | Subtract line 10d from line 10a. This amount, if more than zero, is the total excess distribution. If zero or less and you did not dispose of stock during the tax year, **do not** complete the rest of Part IV. See instructions if you received more than one distribution during the current tax year | 10e | |
| f | Enter gain or loss from the disposition of stock of a section 1291 fund or former section 1291 fund. If a gain, complete line 11. If a loss, show it in brackets and **do not** complete line 11 | 10f | |
| 11a | Attach a statement for each distribution and disposition. Show your holding period for each share of stock or block of shares held. Allocate the excess distribution to each day in your holding period. Add all amounts that are allocated to days in each tax year. | | |
| b | Enter the total of the amounts determined in line 11a that are allocable to the current tax year and tax years before the foreign corporation became a PFIC (pre-PFIC tax years). Enter these amounts on your income tax return as other income | 11b | |
| c | Enter the aggregate increases in tax (before credits) for each tax year in your holding period (other than the current tax year and pre-PFIC years). (See instructions.) | 11c | |
| d | Foreign tax credit. (See instructions.) | 11d | |
| e | Subtract line 11d from line 11c. Enter this amount on your income tax return as "additional tax." (See instructions.) | 11e | |
| f | Determine interest on each net increase in tax determined on line 11e using the rates and methods of section 6621. Enter the aggregate amount of interest here. (See instructions.) | 11f | |

## Part V Status of Prior Year Section 1294 Elections and Termination of Section 1294 Elections

*Complete a separate column for each outstanding election. Complete lines 9 and 10 only if there is a partial termination of the section 1294 election.*

| | | (i) | (ii) | (iii) | (iv) | (v) | (vi) |
|---|---|---|---|---|---|---|---|
| 1 | Tax year of outstanding election | | | | | | |
| 2 | Undistributed earnings to which the election relates | | | | | | |
| 3 | Deferred tax | | | | | | |
| 4 | Interest accrued on deferred tax (line 3) as of the filing date | | | | | | |
| 5 | Event terminating election | | | | | | |
| 6 | Earnings distributed or deemed distributed during the tax year | | | | | | |
| 7 | Deferred tax due with this return | | | | | | |
| 8 | Accrued interest due with this return | | | | | | |
| 9 | Deferred tax outstanding after partial termination of election | | | | | | |
| 10 | Interest accrued after partial termination of election | | | | | | |

J.P. MORGAN MULTI STRATEGY FUND, L.P.
EIN: 13-3938201
SCHEDULE K-1 SUPPORTING SCHEDULE FORM 8621
FYE: DECEMBER 31, 2002

Partner Number: 118
Partner Name: M,L,R & R
Partner EIN/SS#: 16-1417876

| Name & Address of PFIC | Note (1) Line 1a | Note (2) Line 2a | Note (3) Line 3b |
|---|---|---|---|
| HIGHBRIDGE CAPITAL CORP.<br>(CLASS A STOCK)<br>P.O. BOX 30554<br>GRAND CAYMAN<br>CAYMAN ISLANDS, BWI<br>TAX YEAR: 1/1/02-12/31/02 | 28,288 | | |
| HIGHBRIDGE CAPITAL CORP.<br>(CLASS B STOCK)<br>P.O. BOX 30554<br>GRAND CAYMAN<br>CAYMAN ISLANDS, BWI<br>TAX YEAR: 1/1/02-12/31/02 | 869 | | |
| VEGA SELECT<br>OPPORTUNITIES FUND<br>C/O INVESTORS FUND SERVICES LTD<br>DELOITTE & TOUCHE HOUSE<br>29 EARLSFORT TERRACE<br>DUBLIN 2, IRELAND<br>TAX YEAR: 1/1/02-12/31/02 | 3,203 | | |
| SATELLITE FUND II, L.P.<br>623 FIFTH AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10022<br>TAX YEAR: 1/1/02-12/31/02 | 193 | | |

NOTES:

(1) These amounts are included in Dividend Income on lines 4b and 7 of your Schedule K-1

(2) These amounts are included in Net Long-Term Capital Gains (Loss) on lines 4e and 7 of your Schedule K-1.

(3) These amounts represent the cash & fair market value of other property distributed or deemed distributed from the above QEF's.

(4) Each of the PFIC's listed above will permit its shareholder's to inspect and copy the permanent books of account, records and such other documents maintained by the PFIC that are necessary to establish that the PFIC's ordinary earnings and net capital gains, as provided in §1293(e) of the U.S. Internal Revenue Code are computed in accordance with U.S. income tax principles.

MLRR 07/31/2003 11:42 AM

Form **6781**

Department of the Treasury
Internal Revenue Service

# Gains and Losses From Section 1256 Contracts and Straddles

▶ Attach to your tax return.

OMB No. 1545-0644

**2002**

Attachment Sequence No. **82**

Name(s) shown on tax return: ..., L, R & R

Identifying number: 16-1417876

Check all applicable boxes (see instructions).
A ☐ Mixed straddle election
B ☐ Straddle-by-straddle identification election
C ☐ Mixed straddle account election
D ☐ Net section 1256 contracts loss election

## Part I — Section 1256 Contracts Marked to Market

| (a) Identification of account | (b) (Loss) | (c) Gain |
|---|---|---|
| 1 see attached schedule | | 638,094 |
| | | |
| | | |

| Line | Description | | Amount |
|---|---|---|---|
| 2 | Add the amounts on line 1 in columns (b) and (c) | 2 ( ) | 638,094 |
| 3 | Net gain or (loss). Combine line 2, columns (b) and (c) | 3 | 638,094 |
| 4 | Form 1099-B adjustments. See instructions and attach schedule | 4 | |
| 5 | Combine lines 3 and 4 | 5 | 638,094 |
| | **Note:** If line 5 shows a net gain, skip line 6 and enter the gain on line 7. Partnerships and S corporations, see instructions. | | |
| 6 | If you have a net section 1256 contracts loss and you checked box D above, enter the amount of that loss to be carried back, as a positive number | 6 | |
| 7 | Combine lines 5 and 6 | 7 | |
| 8 | Short-term capital gain or (loss). Multiply line 7 by 40% (.40). Enter here and include on the appropriate line of Schedule D (see instructions) | 8 | |
| 9 | Long-term capital gain or (loss). Multiply line 7 by 60% (.60). Enter here and include on the appropriate line of Schedule D (see instructions) | 9 | |

## Part II — Gains and Losses From Straddles. Attach a separate schedule listing each straddle and its components.

### Section A-Losses From Straddles

| (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Loss. If column (e) is more than (d), enter difference. Otherwise, enter -0- | (g) Unrecognized gain on offsetting positions | (h) Recognized loss. If column (f) is more than (g), enter difference. Otherwise, enter -0- | *(i) 28% rate loss (see instr. below) |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| | | | | | | | | |

| Line | Description | | (h) | (i) |
|---|---|---|---|---|
| 11a | Enter the short-term portion of losses from line 10, column (h), here and include on the appropriate line of Schedule D (see instructions) | 11a | ( ) | |
| b | Enter the long-term portion of losses from line 10, columns (h) and (i), here and include on the appropriate line of Schedule D (see instructions) | 11b | ( ) | ( ) |

### Section B-Gains From Straddles

| (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain. If column (d) is more than (e), enter difference. Otherwise, enter -0- | *(g) 28% rate gain (see instr. below) |
|---|---|---|---|---|---|---|
| 12 | | | | | | |
| | | | | | | |

| Line | Description | | (f) | (g) |
|---|---|---|---|---|
| 13a | Enter the short-term portion of gains from line 12, column (f), here and include on the appropriate line of Schedule D (see instructions) | 13a | | |
| b | Enter the long-term portion of gains from line 12, columns (f) and (g), here and include on the appropriate line of Schedule D (see instructions) | 13b | | |

## Part III — Unrecognized Gains From Positions Held on Last Day of Tax Year. Memo Entry Only (see instructions)

| (a) Description of property | (b) Date acquired | (c) Fair market value on last busn. day of tax year | (d) Cost or other basis as adjusted | (e) Unrecognized gain. If column (c) is more than (d), enter difference. Otherwise, enter -0- |
|---|---|---|---|---|
| 14 | | | | |
| | | | | |
| | | | | |

*28% rate gain or loss includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock. See instructions for Schedule D (Form 1040).

For Paperwork Reduction Act Notice, see page 3.
DAA

Form **6781** (2002)

APP-B-1261

SANDS0308

**M, L, R & R**
**FEDERAL ID# 16-1417876**
**ATTACHMENT TO FORM 6781**
**GAINS AND LOSSES FROM SECTION 1256 CONTRACTS**

| PART 1 - SECTION 1256 CONTRACTS MARKED TO MARKET | GAIN (LOSS) |
|---|---|
| KINGDON PARTNERS<br>#13-3167187 | 54,410 |
| FARALLON CAPITAL PARTNERS, LP<br>#94-3106322 | 132,107 |
| JP MORGAN MULTI-STRATEGY FUND, LP<br>#13-3938201 | (33,594) |
| FEIRSTEIN PARTNERS, LP<br>#13-3671422 | 485,171 |
| | 638,094 |

MLRR M, L, R & R
16-1417876
FYE: 12/31/2002

# Federal Statements

7/31/2003 9:24 AM

## Statement 1 - Form 1065, Line 4 - Ordinary Income (Loss) from Other Entities

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 260,968 |
| Kingdon Partners | -226,506 |
| Feirstein Partners, LP | 14,579 |
| Fishers Road Hotel Properties, LP | 5,511 |
| HH Bridge, L.P. | -157,526 |
| J.P. Morgan Multi-Strategy Fund, LP | 74,389 |
| Total | $ -28,585 |

## Statement 2 - Form 1065, Schedule K, Line 3b - Expenses From Other Rental Activities

| Description | Amount |
|---|---|
| Losses From Pass Through | $ 10,196 |
| Total | $ 10,196 |

## Statement 3 - Form 1065, Schedule K, Line 4f - Other Portfolio Income

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 45 |
| JP Morgan Multi-Strategy Fund | 80,404 |
| Total | $ 80,449 |

## Statement 4 - Form 1065, Schedule K, Line 7 - Other Income

| Description | Amount |
|---|---|
| Farallon - Section 1256 gain | $ 132,107 |
| Kingdon - Section 1256 gain | 54,410 |
| Feirstein Partners - Sec 1256 | 485,171 |
| JP Morgan - Section 1256 loss | -33,594 |
| Total | $ 638,094 |

## Statement 5 - Form 1065, Schedule K, Line 8 - Charitable Contributions

| Description | 50% | 30% | 20% | Total |
|---|---|---|---|---|
| Farallon Capital Partners, LP | $ 268 | $ | $ | $ 268 |
| Total | $ 268 | $ 0 | $ 0 | $ 268 |

MLRR M, L, R & R
16-1417876
FYE: 12/31/2002

# Federal Statements

7/31/2003 9:24 AM

## Statement 6 - Form 1065, Schedule K, Line 10 - Deductions Related to Portfolio Income

| Description | Amount |
|---|---|
| Investment fees | $ 104,597 |
| Bank charges | 435 |
| Accounting fees | 13,000 |
| Legal fees | 53,386 |
| China Auto Components Group | 21,279 |
| Farallon Capital Partners, LP | 1,900 |
| JP Morgan Multi-Strategy Fund | 40,790 |
| Total | $ 235,387 |

## Statement 7 - Form 1065, Schedule K, Line 11 - Other Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 141 |
| Total | $ 141 |

## Statement 8 - Form 1065, Schedule K, Line 13 - Other Credits

| Description | Amount |
|---|---|
| US tax withheld | $ 23 |
| Total | $ 23 |

## Statement 9 - Form 1065, Schedule K, Line 17a - Name of Foreign Country or Possession

| Foreign Country or U.S. Possession |
|---|
| Various |
| Various |
| Various |
| Various |
| Various |

## Statement 10 - Form 1065, Schedule K, Line 17c - Gross Income Sourced at Partner Level

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 117,966 |
| Total | $ 117,966 |

MLRR M, L, R & R
16-1417876
FYE: 12/31/2002

# Federal Statements

7/31/2003 9:24 AM

## Statement 11 - Form 1065, Schedule K, Line 17d(2) - Listed Categories Gross Inc

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy | $ 66 |
| Total | $ 66 |

## Statement 12 - Form 1065, Schedule K, Line 17f(2) - Listed Categories Deductions

| Description | Amount |
|---|---|
| JP Morgan Multi-Strategy Fund | $ 1 |
| Total | $ 1 |

## Statement 13 - Form 1065, Schedule K, Line 17g - Total Foreign Taxes

| Description | Amount |
|---|---|
| Pimco PPA Tax-Eff Emerging | $ 5,240 |
| Grantham, Mayo, Van Otterloo | 5,086 |
| Farallon Capital Partners, LP | 1,639 |
| Kingdon Partners | 9,468 |
| Feirstein Partners, LP | 1,539 |
| JP Morgan Multi-Strategy Fund | 2,425 |
| Total | $ 25,397 |

## Statement 14 - Form 1065, Schedule K, Line 21 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 269 |
| HH Bridge, LP | 3,184 |
| JP Morgan Multi-Strategy Fund | 90 |
| Unrealized investment losses | 14,233,638 |
| US taxes withheld | 23 |
| Total | $ 14,237,204 |

## Statement 15 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Note receivable - Transport | $ 211,006 | $ 211,006 |
| Distribution Rec - Fishers | 6,000 | 5,881 |
| Accrued Income - Deltec | 54,704 | 82,897 |
| Total | $ 271,710 | $ 299,784 |

MLRR M, L, R & R
16-1417876
FYE: 12/31/2002

# Federal Statements

7/31/2003 9:24 AM

## Statement 16 - Form 1065, Schedule L, Line 8 - Other Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| Equity investments | $ 12,072,073 | $ 13,166,455 |
| Taxable bonds | 2,257,242 | 2,284,631 |
| Partnership interests | 65,656,109 | 63,673,155 |
| Total | $ 79,985,424 | $ 79,124,241 |

## Statement 17 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| A/P - Abigail Trust | $ 3,615 | $ 3,615 |
| Total | $ 3,615 | $ 3,615 |

## Statement 18 - Form 1065, Sch M-1, Ln 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Farallon Capital Partners, LP | $ 269 |
| HH Bridge, LP | 3,184 |
| JP Morgan Multi-Strategy Fund | 90 |
| Unrealized investment losses | 14,233,638 |
| US taxes withheld | 23 |
| Total | $ 14,237,204 |

## Statement 19 - Form 1065, Schedule M-2, Line 4 - Other Increases

| Description | Amount |
|---|---|
| Prior year investment adjustment | $ 367,407 |
| Total | $ 367,407 |

MLRR 07/09/2003 1:12 PM

Form 8800 (Rev. September 2000)
Department of the Treasury Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1057

Please type or print. File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.

| Name | Employer identification number |
|---|---|
| M, L, R & R<br>c/o Constellation Brands | 16-1417876 |
| Number, street, and room or suite no. If a P.O. box, see instructions.<br>300 Willowbrook Office Park | |
| City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.<br>Fairport NY 14450 | |

1 I request an additional extension of time until 10/15/03, to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year 2002, or other tax year beginning ............, and ending ............

b If this tax year is for less than 12 months, check reason: ☐ Initial return ☐ Final return ☐ Change in accounting period

4 Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
Additional time is requested to gather information to prepare a complete and accurate return.

COPY

INTERNAL REVENUE SERVIC
122 RECEIVED
JUL 1 4 2003
BATCHING UNIT
COVINGTON, KY

5 Has the entity filed Form 8736 to request an extension of time to file for this tax year? ☒ Yes ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ CPA Date ▶ 7-10-03

**File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.**

**Notice to Applicant-To Be Completed by the IRS.**

☒ We HAVE approved this application. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application.
However, we have granted a 10-day grace period to ............ . This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We HAVE NOT approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other: ............

[signature: Peggy Bogadi]
Director By: ............ Date

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

| Please Type or Print | |
|---|---|
| Name | Bernard Robinson & Company, L.L.P. |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) | PO Box 19608 |
| City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. | Greensboro NC 27419-9608 |

For Paperwork Reduction Act Notice, see back of form. Form 8800 (Rev. 9-2000)
DAA

APP-B-1267

SANDS0314

MLRR 04/14/2003 1:53 PM

Form **8736** (Rev. October 2000)
Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1054

| ase type or print. File by the due date for filing the return for which an extension is requested. See instructions. | Name: M, L, R & R | Employer identification number: 16-1417876 |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions. 300 Willowbrook Office Park | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. Fairport NY 14450 | |

1 I request an automatic 3-month extension of time to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year 2002, or other tax year beginning ..........., and ending ...........
b If this tax year is for less than 12 months, check reason:
☐ Initial return ☐ Final return ☐ Change in accounting period

4 If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions) $

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0- $

c Balance due. Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) ▶ $

**Caution:** Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.

COPY

DAA Form 8736 (Rev. 10-2000)