# CERTIFICATE

# OF

# LIMITED PARTNERSHIP

# OF

# MICKEY MANAGEMENT, LP

The undersigned, for the purpose of forming a limited partnership pursuant to Section 17-201 of the Delaware Revised Uniform Limited Partnership Act, does hereby certify:

1. Name. The name of the limited partnership is MICKEY MANAGEMENT, LP.

2. Registered Office and Registered Agent. The registered office of the partnership shall be Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, county of New Castle. The name of the registered agent at that address is The Corporation Trust Company.

3. The Name and Business Address of the General Partner. The name and place of business of the General Partner is as follows:

MICKEY MANAGEMENT, INC.
c/o Marilyn Sands
300 Willowbrook Office Park
Fairport, NY 14450

IN WITNESS WHEREOF, the undersigned, as the General Partner in the limited partnership, has caused this Certificate to be executed this 26th day of February, 2002.

Mickey Management, Inc.
a Delaware corporation

[signature]

By: Marilyn Sands
Sole Director

NY2:#4450693v1

EXHIBIT
46

APP-B-1269

SANDS3088