# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM

TEL (314) 444-7600

FAX (314) 241-6056

TO: Mr. Robert Sands

FROM: Michael D. Mulligan

FAX NUMBER: 716-218-2160

TELEPHONE NUMBER: 716-218-2120

DATE: August 20, 2001 TIME:

TOTAL NUMBER OF PAGES (including cover page): 13

CLIENT/MATTER NAME: Firm

CLIENT/MATTER NUMBER:

LEGAL MATTER NUMBER: SORT CODE:

PLEASE CALL (314) 444-7785 IF A PROBLEM OCCURS IN THE TRANSMISSION OF THIS DOCUMENT.

COMMENT:

EXHIBIT
tabbies
48

SANDS4462

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.



ST. LOUIS, MISSOURI • KANSAS CITY, MISSOURI • ST. LOUIS COUNTY • WASHINGTON, MISSOURI • BELLEVILLE, ILLINOIS

LEWIS, RICE & FINGERSH, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102-2147

314.444.7600
www.lewisrice.com

# FIRM PROFILE

## OUR FIRM

Lewis, Rice & Fingersh, L.C., with over 180 lawyers practicing in all of the major legal specialty areas, is one of the leading regional law firms in the central Midwest. Founded in 1909, our firm enjoys a strong historical foundation and reputation as well as the size and resources to serve the demanding and ever-changing needs of today's business community. We maintain four offices in the St. Louis area: in downtown, suburban Creve Coeur, Washington, Missouri and Belleville, Illinois, and two offices in the Kansas City area: in downtown and suburban Leawood, Kansas.

## OUR ATTORNEYS

Our philosophy is to recruit our attorneys directly out of law school and train them ourselves. This practice helps assure that the highest quality legal services continue to be provided to our clients from year to year and decade to decade. We believe that this philosophy is a principal reason why we have maintained, for 90 years, a reputation for consistently serving our clients with high quality legal services performed promptly and efficiently.

Our attorneys come from diverse educational, social, economic and cultural backgrounds. Our lawyers are graduates of over 30 different law schools and over 50 different colleges and universities. We believe that this diversity is one of our principal strengths; it brings a healthy variety of perspectives and approaches to our clients' diverse and dynamic legal needs.

## OUR PRACTICE

Our practice is not dependent for its financial stability upon any individual company, group of companies or industry concentration. We serve as counsel to a broad range of local, regional and national businesses as well as individuals. Our clients include banking organizations, manufacturers, wholesalers and retailers, publishers and broadcasters, municipalities, maritime firms, real estate brokers and developers, insurance companies, health care providers and service and professional firms, among others. We maintain a number of practice area groups to serve the diverse needs of our clients, including those described below.

**Admiralty** - We represent businesses engaged in the inland waterway transportation industry throughout the Mississippi, Ohio and Missouri river systems.

**Antitrust** - This group handles trade cases for plaintiffs and defendants in civil and criminal matters, and engages in counseling, including advice regarding distribution and franchise issues.

*Firm Profile (continued)*

LEWIS, RICE & FINGERSH, L.C.

**Banking and Financial** - We assist in the formation, operation, acquisition and disposition of banking and financial institutions throughout the country. We represent a large number of bank holding companies and their affiliates. We also handle a broad variety of transactional matters, both for our banking clients and other clients who deal with financial institutions.

**Bankruptcy** - This group has been involved in most of the large bankruptcy proceedings in the Midwest in recent years. We also regularly advise our banking and business clients concerning application of the bankruptcy laws to commercial transactions.

**Charitable and Cultural** - For many years, we have represented prominent not-for-profit charitable, cultural and educational institutions.

**Closely Held Businesses, Partnerships and Joint Ventures** - We organize, maintain, dissolve and advise large and small corporations, general and limited partnerships, joint ventures and business trusts.

**Criminal** - This group represents businesses and individuals in white-collar criminal areas such as antitrust, government contracts, securities, RICO and tax.

**Employment and Safety** - Our labor lawyers, while representing management, deal with protected classes, NLRB proceedings, union organization and negotiations, equal employment issues and safety matters, including OSHA.

**Environmental** - We assist clients with preventive planning, environmental licensing, Superfund clean up proceedings, and other administrative proceedings and litigation involving hazardous materials and toxic substances.

**Estate Planning and Administration** - We have been a leader in personal estate planning and administration and advising clients concerning individual tax planning, wills, trusts, private foundations, and intrafamily transfer of closely-held businesses.

**Finance** - We represent borrowers and lenders in financing of all kinds, including complicated asset based and real estate secured loans, equity participation, subordinated and convertible debt, mezzanine stage financings and leveraged buyouts.

**Health Care** - This group has experience with all legal aspects of the health care industry. Our clients include for profit and not-for-profit organizations, including hospitals, managed care organizations, long-term care facilities, health planning and management organizations, physician groups and ancillary service and medical equipment providers.

**High Technology** - For a number of years we have been active in assisting in the creation and growth of high technology enterprises. We formed the St. Louis Technology Center, the area's first incubator of high technology businesses, and assisted in the formation of the Kansas Technology Enterprise Corporation, a newly created independent state agency which, among other things, provides pre-seed funding to develop and commercialize applied technologies.

**Insurance** - Through our business law department, our firm represents insurance companies both in general corporate matters and in specific insurance law issues. In addition, we have an extensive litigation practice involving representation of various clients on behalf of

LEWIS, RICE & FINGERSH, L.C.

insurance underwriters. Our specific insurance defense cases include admiralty, products liability, environmental and toxic tort, media, medical malpractice, as well as general property and casualty representations such as premise liability, personal injury, motor carrier cargo and property.

**Intellectual Property** - We have a wide range of experience in all aspects of patent, trademark and copyright litigation. We actively prosecute and secure patent, trademark and copyright registrations to secure and protect our clients' rights. We have negotiated and drafted numerous licensing, dealership and franchise agreements to assist our clients in developing and exploiting their intellectual property rights.

**Litigation** - Our largest department is divided into areas of expertise which roughly parallel the practice areas described herein. We specialize in commercial litigation and other disputes involving business, such as antitrust, environmental, product liability, securities, zoning and toxic torts. Litigators frequently call upon our practice groups for assistance concerning litigation within our areas of expertise.

**Media and Communications** - We represent major print media and broadcast media in communications law and libel/slander matters.

**Medical, Products Liability and Professional Malpractice** - We represent various health care providers and medical products manufacturers in a broad range of tort, professional malpractice and products liability actions.

**Mergers and Acquisitions** - This group represents clients who purchase, sell or consolidate businesses in both negotiated and adversarial situations. It also plans and executes leveraged buyouts and ESOP transactions.

**Municipal Law and Finance** - Our representations include all legal aspects of local government, including cities, other political subdivisions and state and local bonding authorities as well as various entities in public finance transactions.

**Pension and Employee Benefits** - This group specializes in qualified and non-qualified retirement plans, profit sharing and other matters relating to ERISA.

**Real Estate** - We represent many of the leading developers in our region in the development of regional malls, strip shopping centers, high rise office buildings, office parks, warehouses, apartments and mixed use projects. Our practice encompasses all types of real estate transactions including acquisition of raw land and improved property, creation of joint ventures (and work on the tax aspects thereof), and preparation of lease and construction and architectural agreements. Additionally, we represent brokers, lenders, investment advisors and large businesses on real estate matters.

**Securities** - This group assists publicly-traded clients with registrations of new securities offerings and ongoing compliance with SEC, state and stock exchange laws and rules. It also assists clients in securing exemptions from registration for private issues of securities.

**Tax** - Our tax lawyers deal with federal, state and foreign income tax planning, tax litigation, sales, use and excise taxes, tax implications of business reorganizations and combinations and tax planning for partnerships, S corporations, joint ventures and individuals.

## ADDITIONAL INFORMATION

For additional information on the firm, please visit our web site at www.lewisrice.com.

LEWIS, RICE & FINGERSH, L.C.

# MICHAEL D. MULLIGAN, *Member*

**DEPARTMENT:** Estate Planning and Trust; Chairman

**PRACTICE AREAS:** Estate Planning; Closely Held Business; Partnerships and Joint Ventures; Executive Compensation

**JOINED LEWIS, RICE & FINGERSH, L.C.:** 1972

**BORN:** March 9, 1947, St. Louis, Missouri

## EDUCATION

Columbia University - J.D. - 1971, Harlan Fiske Stone Scholar, 1969-1970 and 1970-1971

Amherst College - B.A. - *cum laude* - Biology - 1968; Associate Member, The Society of the Sigma Xi

## LEGAL BACKGROUND

1971-72 Law Clerk - Honorable William H. Webster, then U.S. District Judge, Eastern District of Missouri, subsequently Director of both the Federal Bureau of Investigation and the Central Intelligence Agency

## BAR AND PROFESSIONAL ACTIVITIES

U.S. Court of Appeals, Eighth Circuit; U.S. District Court, Eastern District of Missouri; Supreme Court of Missouri; U.S. Tax Court; American Bar Association, Taxation Section, Real Property, Probate and Trust Section; Missouri Bar Association, Taxation Section, Probate and Trust Section; Bar Association of Metropolitan St. Louis; Fellow of American College of Trust and Estate Counsel; Former Board Member, Estate Planning Council of St. Louis

## PUBLICATIONS AND LECTURES

Member of the Editorial Board, Estate Planning Magazine. Author of numerous articles in tax and other professional journals, including the Journal of Taxation, Estate Planning Magazine, and the Journal of the Missouri Bar, and other publications on tax and estate planning, which include "Marital Deduction Planning and Drafting to Reflect Changes in the Law," 26 Estate Planning 339 (1999); "Sale to an Intentionally Defective Irrevocable Trust for a Balloon Note - An End Run Around Chapter 14?" 32 Annual University of Miami Philip E. Heckerling Institute on Estate Planning, chapter 15 (1998); "Family Limited Partnerships Can Create Discounts," 21 Estate Planning 195 (1994); "When the Credit for Prior Transfers May Be More Valuable than the Marital Deduction," 52 Journal of Taxation, 26 (1980)

LEWIS, RICE & FINGERSH, L.C.

*Publications and Lectures (continued)*

Frequent lecturer on tax and estate planning subjects. Mr. Mulligan has spoken at a number of tax institutes and seminars, including the Notre Dame Estate Planning Institute, the Midwest Estate, Tax & Business Planning Institute, Tennessee Federal Tax Institute, The Southern California Tax & Estate Planning Forum, The University of Miami Philip E. Heckerling Institute on Estate Planning, The Annual Duke Estate Planning Conference, The Great Southern Tax & Estate Planning Conference, The Great Plains Tax Institute, the UCLA-CEB Estate Planning Institute, the William F. Fratcher Trusts & Estates Symposium, The Annual Estate Planning Seminar of the Washington State Bar Association and the Estate Planning Council of Seattle, the Advanced Estate Planning Lecture Series sponsored by the Minnesota State Bar Association, the Annual Symposium of the Financial Planning Association of Upstate New York, the Virginia CLE Annual Advanced Estate Planning and Administration Seminar, and programs sponsored by PLI and ALI-ABA.

## ORGANIZATIONS

Former President, Amherst Association of St. Louis; Past President, St. Louis Priory Alumni Association; Former Member, Board of Trustees, John Burroughs School

# MICHAEL D. MULLIGAN

## LIST OF TAX PUBLICATIONS

*Warning: Appointing Individual Trustee Can Create Unexpected Generation-Skipping Tax*, 4 Estate Planning No. 6, 358 (1977) (with Richard B. Rothman)

*Timing is the Key to Cutting Estate Income Through Trapping Distributions*, 50 Journal of Taxation 342 (1979)

*When are Divorce-Related Payments Deductible as Claims Against Estate?*, 6 Estate Planning No. 4, 210 (1979)

*When the Credit for Prior Transfers May Be More Valuable Than the Marital Deduction*, 52 Journal of Taxation 26 (1980)

*Disclaimer: An Analysis of the New Missouri Statute - An Update*, 37 Journal of The Missouri Bar No. 7, p. 454 (October/November 1981)

*Planning for Income in Respect of a Decedent can Minimize Effects of Double Taxation*, 57 Journal of Taxation No. 2, 106 (1982)

*Drafting Marital Deduction Formula Clauses After ERTA to Achieve Maximum Tax Savings*, 57 Journal of Taxation No. 6, 362 (1982)

*Proposed Regulations Do Not Solve Ambiguities in Planning for Effective Use of Disclaimers*, 10 Estate Planning No. 1, 8 (1983)

*Inter Vivos Gifts of QTIP; Problems Created by a Surviving Donor's Retained Interest*, 60 Journal of Taxation No.1, 2 (1984)

*Spouse's Use of Disclaimer on Outright Bequest Maximizes Credit and Adds Flexibility*, 11 Estate Planning No. 6, 328 (1984)

*Automatic Survivor Benefit, Minimum Distribution Rules Complicate Planning for Death Benefits*, 12 Estate Planning No. 5, 258 (1985) (with Scot W. Boulton)

*Planning Opportunities That Take Advantage of the New Generation-Skipping Tax Provisions*, 14 Estate Planning No. 2, 66 (1987) (with Scot W. Boulton)

*New Generation-Skipping Tax: Higher Rates, Broadened Scope, New Exemptions*, 14 Estate Planning No. 1, 10 (1987) (with Scot W. Boulton)

*Proposed Generation-Skipping Tax Regs. Grandfather QTIP, but Add Uncertainties*, 15 Estate Planning No. 4, 195 (1988) (with Marian V. Mehan)

*TAMRA Has Wide Effect on the Taxation of Generation-Skipping Transfers*, 16 Estate Planning No. 2, 92 (1989) (with Lawrence P. Katzenstein)

*New Tax Law Restricts GRITs and Related Planning Tools but Opportunities Remain*, 18 Estate Planning No. 2, 66 (1991)

*Estate Freeze Rules Eased by New Tax Law but Other Restrictions are Imposed*, 18 Estate Planning No. 1, 2 (1991)

*Defective Grantor Trusts Offer Many Tax Advantages*, 19 Estate Planning No. 3, 131 (1992)

*How to Incorporate Retirement Benefits Into an Estate Plan*, 20 Estate Planning No. 6, 323 (1993)

*Family Limited Partnerships Can Create Discounts*, 21 Estate Planning No. 4, 195 (1994) (with Angela Fick Braly)

*Income, Estate, and Gift Tax Effects of Spousal Joint Trusts*, 22 Estate Planning No. 4, 195 (1995)

*Sale to a Defective Grantor Trust: An Alternative to a GRAT*, 23 Estate Planning No. 1, 3 (1996)

*Final GST Tax Regulations Make Important Changes*, 23 Estate Planning No. 6, 241 (1996)

*Family Limited Partnerships - Reducing Estate and Gift Taxes*, The Compleat Lawyer No. 3, Vol. 13, p. 29 (Summer 1996)

*Sale to an Intentionally Defective Irrevocable Trust for a Balloon Note – An End Run Around Chapter 14?*, 32 U. Miami Heckerling Inst. on Est. Plan. (1998)

*Dealing with the IRS' Arguments Against Family Limited Partnerships*, 26 Estate Planning No. 5, 195 (June 1999)

*Marital Deduction Planning and Drafting to Reflect Changes in the Law*, 26 Estate Planning No. 8, 339 (October 1999)

*Updated Planning for Marital Dispositions, Lifetime QTIPs and QDOTs*, 26 Estate Planning No. 9, 395 (November 1999)

*Metamorphic Estate Planning: The Results When a Transfer Changes Value*, 27 Estate Planning No. 7, 291 (August/September 2000)

*Adequate Disclosure: Its Impact on Gift Tax Return Strategies*, 28 Estate Planning No. 1, 3 (January 2001)

659364