LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

PERSONAL AND CONFIDENTIAL

Mr. Robert Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886395.4

EXHIBIT
50

IN ACCOUNT WITH

# LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
Mr. Robert Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380321
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

| | |
|---|---|
| Total Fees for Professional Services .........$ | 5,000.00 |
| Net Current Billing For This Matter ............. | 5,000.00 |
| | ========= |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................$ | 5,000.00 |

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
Mr. Robert Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380321

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services .................... | 5,000.00 | |
| Net Current Billing For This Matter ............ | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ..............................$ | | 5,000.00 |

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Mr. Richard Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886440.3

IN ACCOUNT WITH

# LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
Mr. Richard Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380320
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

Total Fees for Professional Services .........$ 5,000.00

Net Current Billing For This Matter ............ 5,000.00

=========

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................$ 5,000.00

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
Mr. Richard Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380320

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services ..................... | 5,000.00 | |
| Net Current Billing For This Matter ............. | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ...............................$ | | 5,000.00 |

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Zachary Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886444.3

APP-B-1301

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
Andrew Stern & Marilyn Sands,
Trs. Trust F/B/O Zachary Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380318
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

Total Fees for Professional Services .........$ 5,000.00

Net Current Billing For This Matter ............. 5,000.00
=========
PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................$ 5,000.00

APP-B-1302

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
Andrew Stern & Marilyn Sands,
Trs. Trust F/B/O Zachary Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380318

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services .................... | 5,000.00 | |
| Net Current Billing For This Matter ............ | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ..............................$ | | 5,000.00 |

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Abigail Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886447.4

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
Andrew Stern & Marilyn Sands,
Trs. Trust F/B/O Abigail Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380317
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

| | | |
|---|---|---|
| Total Fees for Professional Services .........$ | | 5,000.00 |
| Net Current Billing For This Matter ............. | | 5,000.00 |
| | | ========= |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................$ | | 5,000.00 |

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
Andrew Stern & Marilyn Sands,
Trs. Trust F/B/O Abigail Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380317

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services ..................... | 5,000.00 | |
| Net Current Billing For This Matter ............ | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ...............................$ | | 5,000.00 |

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Mrs. Marilyn Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mrs. Sands:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886441.4

APP-B-1307

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
c/o Mrs. Marilyn Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380316
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

| | |
|---|---|
| Total Fees for Professional Services .........$ | 5,000.00 |
| Net Current Billing For This Matter ............ | 5,000.00 |
| | ========= |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................$ | 5,000.00 |

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
c/o Mrs. Marilyn Sands
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380316

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services ..................... | 5,000.00 | |
| Net Current Billing For This Matter ............ | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ..............................$ | | 5,000.00 |

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Mr. Andrew Stern
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Stern:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
904476.V3

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
c/o Andrew Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380314
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

Total Fees for Professional Services .........$ 5,000.00

Net Current Billing For This Matter ............. 5,000.00

=========

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................$ 5,000.00

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
c/o Andrew Stern
Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380314

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services ..................... | 5,000.00 | |
| Net Current Billing For This Matter ............ | | 5,000.00 |
| | | ========= |
| Total Due For This Matter ..............................$ | | 5,000.00 |

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

TEL (314) 444-7600
FAX (314) 612-7757

June 20, 2002

**PERSONAL AND CONFIDENTIAL**

Marilyn Sands, Richard Sands and Robert Sands,
Trustees of The Marvin Sands Master Trust dated
October 28, 1996, as amended on April 1, 1999
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

Since we have rendered our opinion on the tax consequences of the Financial Plan, I have enclosed our statement for legal services rendered. The amount of the bill is that specified in my engagement letter of November 14, 2001.

It was a pleasure and a privilege for me and other attorneys affiliated with this firm to have the opportunity to be of service in your tax and financial planning. Please feel free to get in touch with me if you have any questions about the bill or any aspect of the Financial Plan.

Very truly yours,

Michael D. Mulligan

MDM:pf
Enclosure
886444.3

IN ACCOUNT WITH

LEWIS, RICE & FINGERSH

A LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600

FED. ID. 48-1072151

Sands Family
Marilyn Sands, Richard Sands,
Robert Sands Trs. Marvin Sands
Master Trust
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380322
Page 1

Our Matter # 111176.29117

Re: Estate Planning

Balance due for legal services rendered pursuant to engagement letter dated November 14, 2001

| | |
|---|---|
| Total Fees for Professional Services .........$ | 95,000.00 |
| Net Current Billing For This Matter ............. | 95,000.00 |
| | ========= |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................$ | 95,000.00 |

IN ACCOUNT WITH
LEWIS, RICE & FINGERSH
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
500 N. BROADWAY, SUITE 2000
SAINT LOUIS, MISSOURI 63102-2147
(314) 444-7600
FED. ID. 48-1072151

Sands Family
Marilyn Sands, Richard Sands,
Robert Sands Trs. Marvin Sands
Master Trust
300 Willowbrook Office Park
Fairport, NY 14450

June 20, 2002
Invoice 198380322

REMITTANCE COPY
PLEASE RETURN THIS WITH YOUR PAYMENT

Our Matter # 111176.29117

| | | |
|---|---|---|
| Fees for Professional Services ..................... | 95,000.00 | |
| Net Current Billing For This Matter ............ | | 95,000.00 |
| | | ========= |
| Total Due For This Matter ..............................$ | | 95,000.00 |