IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

EXHIBIT
tabbies
54

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**AFFIDAVIT OF KEVIN WITRIOL**

I, Kevin Witriol, being duly sworn, hereby state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I have been and am currently employed with Bernard Robinson & Company. I joined the firm in 2000. I am a Senior Tax Manager specializing in corporate, partnership, and individual taxation.

3. I was personally involved in preparing tax returns for Alpha I, L.P. ("Alpha ), M, L, R & R, and Mickey Management, L.P. and their partners in 2002. I have continued to assist in preparations of returns for these partnerships and their partners in more recent years.

4. Of the total losses claimed by Alpha, M, L, R & R, and Mickey Management, L.P. in 2002 and allocated to their partners, their partners could use only $7,811,557 of these short-term capital losses to offset their taxable income because they had net capital losses from other ventures.

5. In December 2001, Alpha I, L.P. received the assets of Beta Partners, LLC through a technical termination of Beta Partners, LLC and distributed the Yahoo and Corning shares to the Partners as follows in 2001: Marvin Sands Trust – 2,460 shares Yahoo and 5,001 shares

Corning; Richard Sands – 1,640 shares Yahoo and 3,334 shares Corning; Robert Sands – 1,947 shares Yahoo and 3,959 shares Corning; CWC-I Partnership – 1,178 shares Yahoo and 2,396 shares Corning; Andrew Stern – 533 shares Yahoo and 1,084 shares Corning; Marilyn Sands – 1,332 shares Yahoo and 2,709 shares Corning; R,R,M & C Management Corporation – 9 shares Yahoo and 19 shares Corning. Total remaining shares in Alpha I, L.P at December 31, 2001 were as follows: 24,301 shares Yahoo and 49,023 shares Corning.

6. In 2002, Alpha I, L.P. distributed additional shares of Yahoo and Corning to the Partners as follows: Marvin Sands Trust – 6,568 shares Yahoo and 13,251 shares Corning; Richard Sands – 2,508 shares Yahoo and 5,052 shares Corning; Robert Sands – 2,518 shares Yahoo and 5,069 shares Corning; CWC-I Partnership – 268 shares Yahoo and 528 shares Corning; Andrew Stern – 1,423 shares Yahoo and 2,871 shares Corning; Marilyn Sands – 3,558 shares Yahoo and 7,177 shares Corning. Total remaining shares in Alpha I, L.P at December 31, 2002 were as follows: 4,817 shares Yahoo and 9,794 shares Corning

7. As of July 3, 2007, Alpha, M, L, R & R, and Mickey Management, and/or their partners still hold 39,078 shares of the Yahoo and 39,649 shares of the Corning stock because those shares have not been sold. These amounts include stock splits since the original purchase.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 5th day of July 2007.

Kevin Witriol

Sworn to before me this
5th day of July, 2007
Phyllis J. Phillips
Notary Public

OFFICIAL SEAL
PHYLLIS J. PHILLIPS
Notary Public - Guilford County
State of North Carolina
My Commission Expires 1-31-2008