MLRR 08/02/2002 3:07 PM

Form 1065 — Department of the Treasury, Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning ..............., and ending ...............

▶ See separate instructions.

OMB No. 1545-0099

**2001**

| | | |
|---|---|---|
| A Principal business activity: Investments | Use the IRS label. Otherwise, print or type. Name of partnership: M, L, R & R c/o Constellation Brands | D Employer identification number: 16-1417876 |
| B Principal product or service: Investments | Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions.: 300 Willowbrook Office Park | E Date business started: 6/01/92 |
| C Business code number: 523900 | City or town, state, and ZIP code: Fairport NY 14450 | F Total assets (see page 14 of the instructions): $ 81,711,814 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 5

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | |
| | b | Less returns and allowances | 1b | 1c |
| | 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| | 4 | Ordinary inc. (loss) from other partnerships, estates, & trusts (att. sch.) See Stmt 1 | 4 | 44,535 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 44,535 |
| Deductions (see pg. 15 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Other deductions (attach schedule) | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | 44,535 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature | Date 8/02/02 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00174761 |
| Firm's name: Bernard Robinson & Company, L.L.P. PO Box 19608 Greensboro, NC 27419-9608 | | EIN ▶ 56-0571159; Phone no. 336-294-4494 |

For Paperwork Reduction Act Notice, see separate instructions. Form **1065** (2001)

EXHIBIT 58 tabbles

APP-B-1402

MLRR 08/02/2002 3:07 PM

Form 1065 (2001) c/o Constellation Brands 16-1417876 Page 2

**Schedule A** **Cost of Goods Sold** (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

If "Yes," attach explanation.

**Schedule B** **Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☒ Domestic general partnership  b ☐ Domestic limited partnership<br>c ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership  f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | X | |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; and<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of Forms 8865 attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Richard E. Sands — Identifying number of TMP ▶ 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

Address of designated TMP ▶ c/o Constellation Brands, Inc.
Rochester NY 14610

DAA



APP-B-1403

MLRR 08/02/2002 3:07 PM

Form 1065 (2001) c/o Constellation Brands 16-1417876 Page 3

**Schedule K Partners' Shares of Income, Credits, Deductions, etc.**

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 44,535 |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | -1,235 |
| | 3a Gross income from other rental activities — 3a | | |
| | b Expenses from other rental activities (attach sch.) See Stmt 2 — 3b 13,703 | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | -13,703 |
| | 4 Portfolio income (loss): a Interest income | 4a | 479,313 |
| | b Ordinary dividends | 4b | 250,107 |
| | c Royalty income | 4c | 82 |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | -10,819,118 |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | 2,322,422 |
| | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ | | |
| | f Other portfolio income (loss) (attach schedule) See Stmt 3 | 4f | -52 |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | 98,947 |
| | 7 Other income (loss) (attach schedule) See Stmt 4 | 7 | 326,043 |
| Deductions | 8 Charitable contributions (attach schedule) See Stmt 5 | 8 | 502 |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | 3 |
| | 10 Deductions related to portfolio income (itemize) See Stmt 6 | 10 | 304,591 |
| | 11 Other deductions (attach schedule) | 11 | |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate act. (att. Form 3468) | 12b | |
| | c Credits (other than cr. shown on lines 12a & 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits See Stmt 7 | 13 | 142 |
| Investment Interest | 14a Interest expense on investment debts | 14a | 1,361,967 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 729,450 |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a Net earnings (loss) from self-employment | 15a | |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | 90,939 |
| | b Adjusted gain or loss | 16b | -1,757 |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ VARIOUS | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: See Stmt 8 (1) Passive ▶ (2) Listed categories (attach sch.) ▶ 225,587 (3) General limitation ▶ | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: (1) Interest expense ▶ (2) Other ▶ | 17e(2) | |
| | f Deductions allocated & apprtn. at ptnrshp. level to foreign source inc.: See Stmt 9 (1) Passive ▶ (2) Listed categories (attach sch.) ▶ 16,429 (3) General limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid ☒ Accrued ☐ | 17g | 20,419 |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | 50 |
| | 20 Other tax-exempt income See Stmt 10 | 20 | 67,010 |
| | 21 Nondeductible expenses See Stmt 11 | 21 | 3,580 |
| | 22 Distributions of money (cash and marketable securities) | 22 | 2,660,822 |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items & amounts required to be reported separately to partners (att. sch.) Stmt 12 | | |

Form 1065 (2001)

DAA

MLRR 08/02/2002 3:07 PM

Form 1065 (2001) c/o Constellation Brands 16-1417876 Page 4

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b ... 1 -9,000,141

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | -4,344,937 | | -778,577 | | -3,876,627 |
| b Limited partners | | | | | | |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 2,509,986 | | 1,291,346 |
| 2a Trade notes and accounts receivable | 88,116 | | 163,334 | |
| b Less allowance for bad debts | | 88,116 | | 163,334 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) See Stmt 13 | | 442,420 | | 271,710 |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) See Stmt 14 | | 92,602,551 | | 79,985,424 |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | 6,546 | |
| b Less accumulated amortization | | | 6,546 | 0 |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 95,643,073 | | 81,711,814 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) See Stmt 15 | | | | 3,615 |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 19,150,000 | | 10,650,000 |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | 76,493,073 | | 71,058,199 |
| 22 Total liabilities and capital | | 95,643,073 | | 81,711,814 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -8,936,661 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ 50; See Stmt 17 67,010 | 67,060 |
| 2 Income included on Sch. K, ln. 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ See Stmt 16 3,580 | 3,580 | 8 Add lines 6 and 7 | 67,060 |
| 5 Add lines 1 through 4 | -8,933,081 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -9,000,141 |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 76,493,073 | 6 Distributions: a Cash | 2,660,822 |
| 2 Capital contributed during year | 6,162,609 | b Property | |
| 3 Net income (loss) per books | -8,936,661 | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 2,660,822 |
| 5 Add lines 1 through 4 | 73,719,021 | 9 Balance at end of year. Subtract ln. 8 from ln. 5 | 71,058,199 |

DAA Form 1065 (2001)

MLRR 08/02/2002 3:07 PM

**SCHEDULE D** (Form 1065)

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

**2001**

Name of partnership: c/o Constellation Brands

Employer identification number: 16-1417876

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|---|
| 1 | 9,176 Shares Corning, Inc. | Various | 12/31/01 | 79,968 | 3,025,175 | -2,945,207 |
| | 4,511 Shares Yahoo, Inc. | Various | 12/31/01 | 83,366 | 3,137,434 | -3,054,068 |
| | Chase Bank - See Attached Schedule | Various | Various | 8,148,308 | 8,421,620 | -273,312 |
| | Delted - See Attached Schedule | Various | Various | 6,032,456 | 6,104,375 | -71,919 |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 | Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 | Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | -4,474,612 |
| 5 | **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | -10,819,118 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| | (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|---|
| 6 | See Statement 18 | | | | | 2,041,640 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | (f) | (g) |
|---|---|---|---|---|
| 7 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 | Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 | Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | 280,652 | |
| 10 | Capital gain distributions | 10 | 130 | |
| 11 | Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 | **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | 2,322,422 | |

*28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**
DAA

Schedule D (Form 1065) 2001