08/23/2001 THU 04:05 FAX 214 978 6052 PAINEWEBBER 002

T 4.25 11/03 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
8/23/2001 16:57

DG16 Govt BXT

TRADE TICKET

AS OF: 8/23/01
ISIN US9128274U35
9128274U3
DATED 11/15/98

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

Sell ~~BUY~~ 23000 M OF T 4 ¼ 11/15/03
MIN PIECE: 1000
* US TREASURY N/B *

PRICE 100-25+ YIELD 3.870460 to Worst 11/15/03 100
(100.7968750)

SETTLEMENT ON 8/24/01

NOTES: TIMES 3 FOR: ROBERT, RICHARD, AND MARILYN SANDS

(9128274U Govt DES<GO>)

VIEW AMOUNTS IN USD @ 1.000000000(US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 23,183,281.25 |
| ACCRUED (101 DAYS ) | | 268,281.25 |
| TOTAL | $ | 23,451,562.50 |

Australia 61 2 9777 8655 Brazil 5511 3048 4500 Europe 44 20 7330 7575 Germany 49 69 92041210
Hong Kong 852 2977 6200 Japan 81 3 3201 8880 Singapore 65 212 1234 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 23-Aug-01 16:58:13

Bloomberg PROFESSIONAL

EXHIBIT 59

CG2177

APP-B-1407

SANDS8043

T 4.25 11/03 Govt BXT
Enter <1><GO> to send screen via <MESSAGE> System.
8/23/2001 16:57

DG16 Govt BXT

TRADE TICKET

AS OF: 8/23/01
ISIN US9128274U35
9128274U3
DATED 11/15/98

TRADER FRITZ LUEDKE
At UBS PAINEWEBBER INC.

SELL ~~BUY~~ 7500 M OF T 4 ¼ 11/15/03
MIN PIECE: 1000
* US TREASURY N/B *

PRICE 100-25+ YIELD 3.870460 to W Worst 11/15/03 100
(100.7968750)

SETTLEMENT ON 8/24/01

NOTES: TIMES 2 FOR: ZACHARY AND ABIGAIL STERN TRUSTS

(9128274U Govt DES<GO>)
VIEW AMOUNTS IN USD @ 1.0000000000 (US /US ) INVERT? Highlights off? N

TRADE NUMBERS

| | | |
|---|---|---|
| PRINCIPAL | $ | 7,559,765.63 |
| ACCRUED (101 DAYS ) | | 87,483.02 |
| TOTAL | $ | 7,647,248.65 |

Australia 61 2 9777 8655 Brazil 5511 3048 4500 Europe 44 20 7330 7575 Germany 49 69 92041210
Hong Kong 852 2977 6200 Japan 81 3 3201 8880 Singapore 65 212 1234 U.S. 1 212 318 2000 Copyright 2001 Bloomberg L.P.
1743-132-1 23-Aug-01 16:58:54

Bloomberg PROFESSIONAL

CG1867