# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: July 11, 2007)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER, Plaintiff, v. THE UNITED STATES, Defendant. | ) | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER, Plaintiff, v. THE UNITED STATES, Defendant. | ) | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER, Plaintiff, v. | ) | 06-409 T |

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | ) | 06-810 T |

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

ORDER

Before the court is Plaintiffs' Response to United States' Motion for Summary Judgment in Cause Nos. 06-407T, 06-408T, 06-411T, 06-810T, and 06-811T and Brief in Support and Plaintiffs' Cross Motion for Summary Judgment and Brief in Support, filed on July 6, 2007 (Response and Cross Motion). In addition, plaintiff separately filed Appendices A and B to its Response and Cross Motion (Appendices) and its Proposed Findings on Uncontroverted Fact (Proposed Findings) on July 6, 2007. The Clerk of Court notified chambers that plaintiffs' Appendices do not comply with the Rules of the United States Court of Federal Claims (RCFC) because the Appendices were not attached to plaintiffs' Response and Cross Motion pursuant to Rule 7(b) and plaintiffs did not include an index to its Appendices in the front of its Response and Cross Motion pursuant to Rule 5.2(a)(1)(A), 5.2(a)(1)(G).

Plaintiffs' Response and Cross Motion and any attached filings were due on July 5, 2007. Notwithstanding plaintiffs' late filing on July 6, 2007 and deficiencies regarding plaintiffs' Appendices, the court deems plaintiffs' Response and Cross Motion, Appendices, and Proposed Findings as FILED on July 6, 2007. Defendant shall be afforded an additional day to file its Reply to plaintiffs' Response and Cross Motion. Defendant shall file its Reply on or before Tuesday, August 7, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge