# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: July 24 , 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | 06-409 T |

THE UNITED STATES,

Defendant.

---

R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff, 06-410 T

v.

THE UNITED STATES,

Defendant.

---

CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,

Plaintiff, 06-411 T

v.

THE UNITED STATES,

Defendant.

---

MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,

Plaintiff, 06-810 T

v.

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | 06-811 T |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

The Clerk of the Court notified chambers that Plaintiff's Rule 30(b)(6) Notice to Defendant, filed on July 20, 2007 (Notice), does not comply with the Rules of the United States Court of Federal Claims (RCFC). Plaintiff's Notice does not comply with RCFC 5(d) because discovery "shall not be filed unless on order of the court." RCFC 5(d)(iv). Plaintiff's Notice is also not signed by plaintiff's attorney of record pursuant to RCFC 11 and 83.1(c)(2). Therefore, the court DISREGARDS plaintiff's Notice. The parties shall endeavor to make future filings in compliance with RCFC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge