# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

(E-Filed: August 2, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | 06-409 T |

THE UNITED STATES,

Defendant.

---

R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff, 06-410 T

v.

THE UNITED STATES,

Defendant.

---

CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,

Plaintiff, 06-411 T

v.

THE UNITED STATES,

Defendant.

---

MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,

Plaintiff, 06-810 T

v.

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

ORDER

Before the court is United States' Motion to Extend Deadlines (Motion). Defendant requests in its motion that the court extend the time for the taking of depositions, the exchange of expert reports, and expert discovery by 60 days. Based on the representations therein and in order to avoid a delay or break in discovery activities, the motion is GRANTED-IN-PART. The court extends the deadlines originally set in its scheduling order of November 13, 2006, see Order dated Nov. 13, 2006, by four weeks.

The court ORDERS the following:

1. Fact Discovery. The parties shall complete fact discovery on or before Wednesday, August 29, 2007.

2. Expert Reports. The parties shall exchange expert reports on or before Monday, October 29, 2007.

3. Expert Discovery. The parties shall complete expert discovery on or before Thursday, November 29, 2007.

4. Dispositive Motions. Dispositive motions shall be filed on or before Monday, January 14, 2007. The parties shall have up to and including 35

days after the filing date of dispositive motions to submit their responses. The parties shall have up to and including 14 days after the filing date of responses to submit their replies.

The parties are urged to file responsive briefing to the Motion to address whether further extension is warranted.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge