# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

PENGAD-Bayonne, N.J.
EXHIBIT
A

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**PLAINTIFFS' RULE 30(b)(6) NOTICE TO DEFENDANT**

Please take notice that commencing at 9 a.m. on Friday, July 20, 2007 at the offices of the Department of Justice at 717 N. Harwood, Suite 400, Dallas, Texas 75201, or other such place(s) and time(s) agreed upon by counsel for the parties, Plaintiffs will take the deposition of Defendant United States by oral examination of witness(es) designated by the United States to testify concerning the subjects listed below. Pursuant to RCFC 30(b)(6), the person(s) designated by Defendant United States will be examined and should be prepared to testify as to such matters known or reasonably available to Defendant

The deposition will be recorded by stenographic means by a court reporter duly authorized to administer oaths. The oral examination will continue from day to day until completed. Defendant is requested, prior to Friday, July 13, to provide counsel for Plaintiffs a written designation of the name and position of the person(s) designated to testify concerning the matters set forth below and, for each identified person, the matters on which he or she will testify.

The matters for which Plaintiffs request Defendant to designate one or more persons to testify on its behalf are as follows:

1. The identity and contents of documents produced in defendant's Rule 26(a) disclosures or in response to plaintiffs' discovery requests, including, but not limited to the documents in defendant's administrative file(s) relating to the audits of plaintiffs.

2. The identity and contents of documents in files of The Heritage Organization LLP reviewed by defendant's agents incident to their work in this matter.

3. The identity and contents of documents from the files of any other third parties (individuals or entities other than plaintiffs, plaintiffs' partners, or the Heritage Organization) reviewed by defendant's agents incident to their work in this matter.

4. The conduct of the IRS audits of plaintiffs and their partners, including, but not limited to issuance of the Notices of Beginning of Administrative Proceeding, issuance of information document requests, responses to information document requests, summonses, and interviews.

5. The facts and mixed matters of fact and law (including conclusions and opinions) upon which defendant based its determinations/adjustments in the following portions of the FPAAs issued to plaintiffs:

   a. Items I – IV and VI – VIII of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to R, R, M & C Group, L.P.

   b. Items I and III of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to Mickey Management, L.P.

c. Items I and III of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to M, L, R & R.

d. Items I – III and V of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to CWC Partnership I.

e. Items I – III and V – VI of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to R, R, M & C Partners, LLC.

f. Items I – II and IV – V of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to Beta Partners, LLC.

g. Items I – II and IV – V of the Explanation of Adjustments to Partnership Items and Partnership Level Determinations in the FPAA issued to Alpha I, L.P.

6. The conduct of the IRS in determining to apply accuracy-related penalties to Plaintiffs, including but not limited the following:

a. The facts gathered, discovered, or relied on to support the IRS's alternative determination that plaintiffs failed to make a reasonable attempt to comply with the provisions of the Internal Revenue Code or were careless, reckless or intentionally disregarded any rules or regulations.

b. The facts gathered, discovered, or relied on to support the IRS's alternative determination that plaintiffs' made substantial understatements.

c. The facts gathered, discovered, or relied on to support the IRS's alternative determination that any such understatement should not be reduced because

such understatement was attributable to tax treatment of an item for which there was substantial authority or was attributable to the tax treatment of an item which was adequately disclosed on the tax return and for which there was a reasonable basis.

d. The facts gathered, discovered, or relied on to support the IRS's alternative determination that plaintiffs' made a substantial valuation misstatement, including any appraisals or calculations.

e. The facts gathered, discovered, or relied on to support the IRS's alternative determination that plaintiffs' made a gross valuation misstatement, including any appraisals or calculations.

7. The facts, mixed matters of fact and law, and underlying documents relating directly or indirectly to the reasonable cause, good faith, or negligence of:

a. Plaintiffs.

b. Partners or Members of Plaintiffs.

8. The Internal Revenue Service's interpretation and application of I.R.C. § 752 prior to 1995 and in the years from 1995 to 2002, including but not limited to the following:

a. The identity and contents of documents prepared, relied upon, or used by the IRS in formulating its position with respect to the definition of "liability" in revenue rulings, revenue procedures, private letter rulings, technical advice memorandums, general counsel memorandums, briefs, or other IRS documents under I.R.C. § 752 (including documents relating to the ongoing

consideration, reconsideration, development, interpretation or application of the documents to short sales such as the short sales at issue in this case).

b. The identity and contents of documents of the defendant, including LMSB, SB/SE, Appeals Division, and Chief Counsel, citing or discussing *Helmer v. Commissioner*, T.C. Memo 1975-160 in the context of Internal Revenue Code § 752.

c. The identity and contents of documents relating to the decision of the IRS to promulgate Treas. Reg. § 1.752-6, including background and information notes with respect to such regulation.

d. The identity and contents of documents relating to the authority of the IRS to promulgate Treas. Reg. § 1.752-6.

e. The identity and contents of documents relating to the constitutionality of Treas. Reg. § 1.752-6.

f. The identity and contents of documents relating to the determination of the IRS to make the exception described in Treas. Reg. § 1.752-6 inapplicable to assumptions of liabilities by partnerships as part of a transaction the same as or substantially similar to any transaction described in Notice 2000-44.

g. The identity and contents of documents relating to the determination of the IRS to dispense with the notice and comment requirements of the Administrative Procedure Act when promulgating Treas. Reg. § 1.752-6.

h. The identity and contents of documents relating to the determination by the IRS that Treas. Reg. § 1.752-6 is not a "significant regulatory action" within the meaning of Executive Order 12866.

i. The identity and contents of documents relating to the promulgation of Treas. Reg. § 1.752-6, such as background information notes, the "Regulation File" and drafts of the regulation.

j. The identity and contents of documents relating to the decision of the IRS to issue Revenue Ruling 95-26, including background and information notes, drafts, correspondence, and other documents with respect to such ruling.

k. The identity and contents of documents relating to the issuance of Revenue Ruling 95-26, including background and information notes, drafts, correspondence, and other documents with respect to such ruling.

Dated: July 9, 2007

Respectfully submitted,

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8075
(404) 853-8806 (fax)

Of Counsel:

N. Jerold Cohen
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Kent L. Jones
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiffs' Rule 30(b)(6) Notice to Defendant has been made on July 9, 2007 by mailing a copy thereof to:

Thomas M. Herrin
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8075
(404) 853-8806 (fax)

Of Counsel:
N. Jerold Cohen
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com