IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 14, 2007)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-409 T |

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPENDIX B TO**
**UNITED STATES' RESPONSE TO PLAINTIFF' CROSS-MOTION FOR SUMMARY JUDGMENT AND TO PLAINTIFFS' REPLY TO**
**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**
**CAUSE NOS. 06-407T, 06-408T, 06-411T, 06-810T, AND 06-811T**


**EXHIBITS** **APPENDIX B** **PAGE**

26. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands, on May 10, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-1-13

27. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands and Robert Sands, on May 31, 2001 . . . . . . . . . . . . . . . . . . . . APP-B-14-47

28. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands and Robert Sands, on June 13, 2001. . . . . . . . . . . . . . . . . . . . . APP-B-48-99

29. Transcript of recorded meeting between representatives of The Heritage Organization and Robert Sands and Jim Locke, on June 27, 2001 . . . . . . . . . . . . . . . . . . . . APP-B-100-130

30. Copy of e-mails to/from Richard Sands and The Heritage Organization dated November 16, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-131-134

31. Engagement letters dated August 20, 2001 between the Sands family and Lewis, Rice & Fingersh, L.C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-135-144

32. Engagement letters dated November 14, 2001 between the Sands family and Lewis, Rice & Fingersh, L.C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-145-158

33. Deposition Excerpts from the Oral Deposition of Fred “Fritz” Luedke, July 17, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-159-165

34. Deposition Excerpts from the Oral Deposition of Andrew Stern, July 31, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-166-169

35. Deposition Excerpts from the Oral Deposition of Marilyn Sands, July 31, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-170-174

36. Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-175-183

37. Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-184-190