IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 14, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

I, Thomas M. Herrin, am a Trial Attorney with the Office of the United States Department of Justice, Tax Division, and in my capacity as such, and as part of my duties, I share responsibility for representing the United States of America in the above-entitled case. Attached hereto, as Appendix B, are true and correct copies of the following documents:

26. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands, on May 10, 2001, which was obtained from the Trustee for the Chapter 11 bankruptcy of The Heritage Organization, pursuant to an IRS Summons.

27. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands and Robert Sands, on May 31, 2001, which was obtained from the Trustee for the Chapter 11 bankruptcy of The Heritage Organization, pursuant to an IRS Summons.

28. Transcript of recorded meeting between representatives of The Heritage Organization and Richard Sands and Robert Sands, on June 13, 2001, which was obtained from the Trustee for the Chapter 11 bankruptcy of The Heritage Organization, pursuant to an IRS Summons.

29. Transcript of recorded meeting between representatives of The Heritage Organization and Robert Sands and Jim Locke, on June 27, 2001, which was obtained from the Trustee for the Chapter 11 bankruptcy of The Heritage Organization, pursuant to an IRS Summons.

30. E-mails to/from Richard Sands and The Heritage Organization dated November 16, 2001, which was obtained from the Trustee for the Chapter 11 bankruptcy of The Heritage Organization, pursuant to an IRS Summons.

31. Engagement letters dated August 20, 2001 between the Sands family and Lewis, Rice & Fingersh, L.C., which were provided to the United States by plaintiffs in response to a request for production of documents.

32. Engagement letters dated November 14, 2001 between the Sands family and Lewis, Rice & Fingersh, L.C., which were provided to the United States by plaintiffs in response to a request for production of documents.

33. Deposition Excerpts from the Oral Deposition of Fred “Fritz” Luedke, July 17, 2007.

34. Deposition Excerpts from the Oral Deposition of Andrew Stern, July 31, 2007.

35. Deposition Excerpts from the Oral Deposition of Marilyn Sands, July 31, 2007.

36. Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007.

37. Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007.

EXECUTED on August 14, 2007.

/s/ Thomas M. Herrin

THOMAS M. HERRIN
State Bar No. Texas 09533500
Attorneys, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9762/9745
(214) 880-9741/9742 (FAX)
ATTORNEY FOR THE UNITED STATES