**MEETING SET**

**PC**

**RICHARD SANDS - PC**

**PC 153557**

**CONSTELLATION**

**300 WILLOW BROOK OFFICE PARK**

**CANANDAIGUA, NY 14424**

**(716) 218-2169**

**5/10/01**

**CRD: alk**

RS:

CRD: Uh, wanted to see if, uh, you had the possibility of an asset sale or lookin' at some capital gains over the next couple years to talk with us. Uh, not tryin' to sell you anything, just wanted to met in your office at our expense to cover those topics, answer some questions and see if we can be of serv (cross speaking) …

RS: You talked, you talked to me personally one day.

CRD: Did we?

RS: Yeah, uh-huh. I asked you a little bit about it and you were as vague as can be and I expressed little interest.

CRD: Well, they kind of tie our hands a little bit about how much we can say initially in, in the phone conversations just because of what had happened to Coopers with their, their BOSS technique. They had a very effective, uh, taxation elimination technique and basically what they did was put it on a, a pamphlet and mail it out to about ten thousand people and somebody thought they had to fulfill their, uh, moral obligation to the IRS and provided them with it and, and pretty soon they legislated that part of the tax code out of existence and made that, uh, strategy obsolete.

RS: Okay, let, let me back up one second, okay? Can this be applied to a personal stock sale?

CRD: Yes, it can. It can be applied to any personal asset sale.

RS: Okay. And are we eliminating the capital gain tax entirely?



Copyright 2000 The Heritage Organization, L L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L.L C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C without the express written approval of the Chief Executive of The Heritage Organization, L L C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

GOVERNMENT EXHIBIT 26

CRD: Entirely.

RS: Zero.

CRD: Zero.

RS: Uh-huh.

CRD: Both, uh, the New York which, you know, is 6/85% roughly.

RS: Mm-hmm.

CRD: And the 20% federal.

RS: Uh-huh.

CRD: We've been doin' it for, for thirty years and the way with the, the president of the company, the owner of the company has a specific way that he goes about doing things.

RS: Mm-hmm.

CRD: And what he likes to do is for us to give the initial phone calls, send any, uh, correspondence as necessary and have the initial meeting set up where we come to meet you at our expense.

RS: Mm-hmm.

CRD: And, uh, spend about twenty, thirty minutes with you covering, getting a little bit more into detail. We don't get into the nuts and bolts of the strategies. Our strategies are very conservative and, uh, they're within the confines of the tax code. The reason why we keep a tight lid on 'em is because we start wavin' a flag around (cross speaking) …

RS: Mm-hmm.

CRD: Pretty soon they'll be legislated out of existence and we're back at square one.

RS: Mm-hmm.

CRD: So, uh, in the initial meeting we talk to you a little bit more about what we've done, talk to you about what your needs and goals are and, and how it would apply to you, then come back here. We get to work, our analytical team goes to work because it's not a cookie cutter strategy. It's actually specifically tailored to fit your specific gain. Um, then we come back, get together with all your king's horses, all the king's men, get into the nuts and bolts, say here it is, here's some



Copyright 2000 The Heritage Organization, L L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

references, people that have similar circumstances, both professional and client-wise, uh, to provide to you before you even make a decision what to do with this.

RS: Mm-hmm.

CRD: Now, if you do decide to go with our services, we're so confident in the abilities of our strategies that we are paid, uh, on a contingency fee basis. Basically, we make a percentage of the tax dollars you would have paid. You don't use out strategies, doesn't cost you anything unlike, you know, some advisors that bill you no matter what they do. Regardless of the results we are specifically results based and (cross speaking) …

RS: And if the IRS ultimately overrules do you, do you refund?

CRD: We haven't been in that situation. In thirty years we've never had a single transaction audited above a field agent level. It's never gone above that because, uh, the strategies that we employ, uh, actually have about sixty years of IRS (cross speaking) …

RS: Uh-huh.

CRD: Precedence and what they've decided in the past, uh, kind of backin' it up. (cross speaking) …

RS: Does, did, I mean, is it the case that you can utilize a, use a strategy or a construct from the strategy on any sale?

CRD: On any asset sale, on any personal asset sale, whether it be a stock, selling a business, uh, business unit, I mean, I mean, that equity in, in a property works as well. We do a lot of business with people in the (cross speaking) …

RS: And you have not run into a situation that you couldn't eliminate the capital gains tax on it.

CRD: Only, the only time we cannot eliminate the capital gains is if you already paid the tax. If the capital gain is in this calendar year, we can still help you. If it's gonna be in the future, that's even better. If it was last year, nothin' we can do to help you.

RS: Well, okay, you can come see me.

CRD: All right. We're gonna be in New York on Thursday, May 31st.

RS: Mm-hmm.

CRD: And wanted to see if we can come by at two o'clock, say, two, two-thirty.

RS: Thursday, May 31st. Hold on. Let me get my calendar.



Copyright 2000 The Heritage Organization, L L C.
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

PAUSE.

RS: What do you charge as a percent of the tax?

CRD: Uh, it, actually it's about 25% of what you would have paid or roughly about 5% of, of what, uh, that the gain is. It kind of works, it's a funny mathematical, that's how it works out. You can look at it either way. It's six, six of one, half a dozen of the other. 25% of what the tax would have been, so you're putting more of the gain in your pocket instead of givin' the government a big old commissions. But is Thursday, the 31st, uh, two o'clock, is that conducive to your schedule?

RS: Yeah. I'm just looking at something here. Now, you said you're coming to New York.

CRD: That's correct.

RS: New York City?

CRD: Well, uh, they've got a trip planned for the state. A couple of principals are gonna be up there so (cross speaking) …

RS: You know, you know we're in Rochester.

CRD: You're in Rochester, yes. I, I do know that but, um, there will be a principal to come meet with you. Uh, three are going so I'm not really sure which one's going to come see you at this specific time, but as it gets closer, of course, I'd be able to fill you in on that. But, uh, what I'd do now is just send you out a letter, uh, so you can put it on your calendar. And a couple, about four or five days before I'll call and make sure nothin' changed in your schedule. And let me give you my number in case somethin' changes.

RS: Okay. And it's Heritage?

CRD: Heritage Organization.

RS: Mm-hmm.

CRD: We're headquartered in Dallas, Texas.

RS: Mm-hmm.

CRD: Get down to Dallas much?

RS: Oh, periodically.



Copyright 2000 The Heritage Organization, L L C.
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L.C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of The Heritage Organization, L L C without the express written approval of the Chief Executive of The Heritage Organization, L L C, is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

CRD: Yeah.

RS: And Chet Decker.

CRD: C-H-E-T and then D-E-C-K-E-R, D as in David.

RS: And your telephone number?

CRD: It's 972-991-4411. Or if you prefer, (cross speaking) …

RS: 991?

CRD: It's 972.

RS: Mm-hmm.

CRD: 991.

RS: Mm-hmm.

CRD: 4411.

RS: Okay.

CRD: Or, as I was gonna say, we also have an 800 number.

RS: That's okay. Just out of curiosity, how many people do you make presentations to that turn you down?

CRD: Well, it's kind of funny. It, it depends on whether or not I'm, I'm actually talking to the decision-maker. If I'm getting the secretaries or the CFOs (cross speaking) …

RS: No, I mean, no, I don't mean on an appointment. Once you get in and you're making an appointment with someone and, and you've got the appointment and it's a decision-maker, how many people say no?

CRD: Well, it, the funny thing is, I, I don't have an exact number on that ratio, but the funny thing is, is we actually turn down more people than, than we accept. Uh, we work with a gain, uh, at this particular time we're only working with gains that are gonna be in excess of $20 million.

RS: Oh, okay.

CRD: Sometimes we talk to guys and they're at $15, $18, and, uh, our, back when the market was really strong our, our minimum was $30 million.



Copyright 2000 The Heritage Organization, L.L C.

This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L.L C. without the express written approval of the Chief Executive of The Heritage Organization, L L C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: Mm-hmm.

CRD: But, of course, we have to make adjustments according to the market and it, it really turns out, we see, uh, quite a few people a year. And it, it's really more or less, do we want to do business with them? That's what it basically comes down to. I know that sounds arrogant but, uh, with what we are capable of doing, uh, it, that's just how, it's how the president of the company has decided he's gonna do business and, uh, I really don't have an exact number on that. I just know that a lot more people are more interested in doin' business with us than we are with them.

RS: Uh-huh. And when you say a $20 million minimum, minimum gain (cross speaking) …

CRD: In this calendar year.

RS: You've, that, that's what my question was gonna be. For the sale of one asset or multiple assets within a calendar year?

CRD: Multiple assets.

RS: Mm-hmm.

CRD: If, if you're going to, if it's easier, of course, in a perfect world, if we're looking at a single gain, a single transaction of that, but that's not always the case.

RS: Does it have to be long term or can it be short term?

CRD: Well, uh, different tax rules apply to, to whether or not it's short term or long term. What, what are you actually lookin' at, uh, at sellin'?

RS: Well, you know, you're now making me think a little bit. I'll tell you exactly what's on my mind. First of all, let me just go back and ask a question. You know, my brother, myself own a good deal of, let's say, Constellation stock, which is the family company that we run.

CRD: Yes.

RS: And I could see maybe he and I want to sell stock that would amount to a $20 million gain. Would you consider that (cross speaking) …

CRD: Yes.

RS: A individual sale even though it's two people?

CRD: Yes.



Copyright 2000 The Heritage Organization, L L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L.L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: Okay. A family, a family (cross speaking) …

CRD: A family unit.

RS: Okay. You, you deal on that, on those things.

CRD: That's correct.

RS: Okay. Okay. So that was one thing that was on my mind. The second thing is, we have many investment accounts where there's constant gains being created. Now, I can't tell you in this market right now in this condition (cross speaking) …

CRD: (chuckles)

RS: Whether or not those investment accounts are actually generating net gains because (chuckles) it's been a pretty volatile market.

CRD: Oh, yes.

RS: But in past years, but I wouldn't say even all told those accounts generate $20 million. You know, they may generate $4 or $5 million of gains, which is below your threshold.

CRD: Right.

RS: Yeah.

CRD: Well, the, the beauty is, is we don't look to replace your advisors or, or, or come inside that relationship.

RS: Yeah.

CRD: We, we know that because we, we do business with Forbes 400 list families. Uh, I'd say our average client has a, has a net worth of $100 million.

RS: Mm-hmm.

CRD: And people at that, at that level, they've got advisors coming out their ears.

RS: Mm-hmm.

CRD: And we don't look to replace that. We actually provide you with the strategies and, uh, they have a shelf life of five to seven years, so once you have the strategies in your possession you can basically use 'em for, for virtually any gain. Now, gains around $3 or $4 million, there's,



Copyright 2000 The Heritage Organization, L L C.
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C only in the normal performance of their duties as an employee of The Heritage Organization, L.L C. without the express written approval of the Chief Executive of The Heritage Organization, L L.C, is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

there's government programs and, and what the Top Five can do for you to help reduce those taxes. It's when you start getting' upwards of, of $15, $25, $30 million that our strategies really come into play. That's why we have the minimum. Not only does it take a lot, uh, to put these strategies together to make it worth our while, we need to see a taxable gain of, of $20 million or more. But, uh, when you get below that level, uh, there's a lot of options to you. So, I mean, that might just be somethin' once, once you've got a chance to meet with us, you can run by your advisors.

RS: Yeah. Now, you said your strategies have a five to seven year shelf life.

CRD: Yes.

RS: Does that mean we can use your strategies without paying you in years 2, 3, 4 and 5?

CRD: You know, that's, that's somethin' that, uh, I, I believe that, that that's a yes on that because we have clients that have continuously used our strategies, but there was, there's one guy that, of course, I, we keep our clients in, in the strictest confidence but it (cross speaking) …

RS: Mm-hmm.

CRD: You, you would know him. He's, he's one of the top of, of the tech industry guys. He's one of the top guys on the, on the Forbes 400 list. He actually used our strategy a second time and sent us about $2 million as a, as a thank-you. He didn't have to do that. So (cross speaking) …

RS: Hmm.

CRD: So, basically once, the only thing we do not allow you to do is turn around and sell the strategies to somebody else.

RS: Mm-hmm.

CRD: That we, we will have, uh, non-competition agreements in place.

RS: Mm-hmm.

CRD: And, uh, confidentiality agreements. But, yes, you can use it again without sending anything our way.

RS: Mm-hmm. And, of course, I mean, you know, on a $20 million minimum you're making $5 million the first shot.

CRD: Typically.



Copyright 2000 The Heritage Organization, L L.C.
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L.L C without the express written approval of the Chief Executive of The Heritage Organization, L L C, is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

RS: Yeah. Or, or more.

CRD: Yeah. And, uh, we, we sign, uh, anywhere between eight to fifteen new clients a year. It, it, really, it just depends on the situation.

RS: Yeah. How did you get our name?

CRD: I have a 22-man research department that, uh, they are continuously watching the business news channels, uh, the Internet and, uh, the Journal and the business section of, of, uh, the Dallas Journal here. And, um, just, if they see an asset sale or, or you, you own a large, private business.

RS: No, it's public.

CRD: Is, is it public?

RS: Yeah.

CRD: Okay. I didn't see any indication here that there was a stock symbol, so I wasn't sure, but, uh, that's typically what they'll go after. If there's been recent asset sales, something of note. If your stock's goin' up (cross speaking) …

RS: Mm-hmm.

CRD: All of that's public knowledge. They're continuously researching that, so we're not just pullin' names out of a hat or, or dialin' through a phone book. We actually have a little bit of a, a comprehensive knowledge of, of the people that we're calling on.

RS: So we probably screened out because our stock has come up and the Sands family owns 20% of the equity or 25% roughly.

CRD: Exactly.

RS: So you know someone's sittin' there with a couple hundred million-dollar asset.

CRD: Right.

RS: They might want to peel a piece off.

CRD: Right. And, um, you know, with, with all the ways, different ways that we're taxes to Sunday, you know, a lot of people don't mind, uh, bein' able to eliminate capital gains taxes. And so that's why we, we make the call and that's basically what, what's been our bread and butter. We also have worked over the past thirty years, I don't know if this'll apply to you, but, uh, with



Copyright 2000 The Heritage Organization, L.L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of The Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

estate tax elimination. Don't have any idea where your estate is at at this point in time, but we also provide strategies that, uh, are conservative (cross speaking) ...

RS: Mm-hmm.

CRD: Within the confines of the tax code. Say way.

RS: Mm-hmm.

CRD: Uh, that eliminate the estate tax down to zero.

RS: Mm-hmm.

CRD: So, uh, we, we did do that, but with Bush tryin' to get it, um, eliminated, it kind of put, put that on hold. We, we switched gears. It was for folks on, primarily on cap gains.

RS: Mm-hmm.

CRD: And still haven't quite gotten out of that mode. I don't know if you know this, but the, uh, proposition has been tabled.

RS: Yeah (cross speaking) ...

CRD: Until the next year, which means it probably won't ever happen now. But, uh, it'd be nice if it did, but, uh, that's something that if you have an interest in it we can discuss with you also at that time.

RS: Yeah. No, we would have an interest in that and I think it's worth discussing because I don't think it's gonna ha, what Bush wants is gonna happen.

CRD: Yeah. It's, it's not goin' away.

RS: Yeah. With regards to estate taxes, how do you bill for that?

CRD: Same, same exact way. It actually, you know, estate tax is 55%.

RS: Yeah.

CRD: We eliminate the tax and then, uh, we take 7 1/4.

RS: 25%.

CRD: Of, of what it would have been.



Copyright 2000 The Heritage Organization, L L C.
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C. without the express written approval of the Chief Executive of The Heritage Organization, L L C , is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: No, that, no, that's not 25%.

CRD: That's, that's what we do on, on estate taxes. The way we bill for the capital gains is different than (cross speaking) …

RS: Right.

CRD: See, we, we get it down to 7 1/4 (cross speaking) …

RS: Mm-hmm.

CRD: Which is far better than, you know, (cross speaking) …

RS: You get the 55 down to 7 1/4.

CRD: Well, actually, we eliminate it completely.

RS: And you take 7 1/4.

CRD: Of what it would have been.

RS: Uh-huh. And when do you take it? At the time or (cross speaking) …

CRD: At the time, at the time that it's implemented, yes. When, whenever you decide we're implementing the strategy and the transaction takes place, that's when we get paid. If you don't use the, the transaction. I mean, excuse me, if you don't use the, the strategies when the transaction takes place we make nothing.

RS: And, and does the living person still control the asset?

CRD: Yes. It is not sending your money offshore or, or tying it up in an irrevocable trust or anything of that nature. You actually have control of the asset right, shortly after the transaction.

RS: And it, it's the case that you know whether it passes the IRS mustard shortly after the transaction? You don't have to die to know?

CRD: That, that's correct. (laughs) Yeah, like I said, we, we, we've been in the same, same place for thirty-one years and, and, uh, actually been in this building since it was built about, uh, twenty years ago, but we've been in Dallas for thirty-one years and, and just not lookin' to go anywhere. And by the, the last thing that we want or any of our clients want is to end up on the front page of the Journal discussing business.

RS: Yeah.



Copyright 2000 The Heritage Organization, L.L C.

This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

CRD: So (cross speaking) …

RS: And, and have you been using the same strategies for (cross speaking) …

CRD: No, no (cross speaking) …

RS: Or do the strategies change?

CRD: No, the strategies do change. And the way we develop these strategies is, is we, uh, we have a research and development department that spends about $5 million a year developing as well as purchasing proven strategies where it's worked for, under similar circumstances we'll purchase the right to that strategy.

RS: Uh-huh.

CRD: And then we can turn around and implement it as we see fit. It's like buyin' a copyright.

RS: Yeah.

CRD: So if we have a strategy that fits your specific situation then, you know, or we can modify and tailor suit, then it, it makes it all the better. So we're, I don't know of anybody else out there that's doing exactly what we're doing. Of course, there's gonna be top tax attorneys or top accountants somewhere that know the strategies. But are they trying to get it out there to the people? No. We, we're actually tryin' to, to provide this to others and, you know, make a little bit for ourselves in the, in the meantime. But, by far and large, you're putting more money in your pocket than what you would had you not implemented the strategies.

RS: Do you know an attorney named Blattmachr?

CRD: Blattmachr is a very familiar name. Um, for some reason, that name (cross speaking) …

RS: (?) wrote a book on estate planning and also he is an attorney who, his firm has implemented a number, actually implemented a number of his strategies for people.

CRD: He is somebody that we work with. In fact, we, we've got some of his books in the office, now that, now that you mention it. That's why I, I recognized the name. I haven't met him personally.

RS: Yeah.

CRD: But I have heard his name around the conference table.

RS: Yeah. Our last stock sale, he, we used one of his strategies.



Copyright 2000 The Heritage Organization, L L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C without the express written approval of the Chief Executive of The Heritage Organization, L L C., is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

CRD: well, there's also, uh (cross speaking) ...

RS: It didn't, it didn't reduce the capital gain to zero.

CRD: Well, I, I, who know, that he might, uh, we might take some things from him and some things from someplace else and with the combination of the two we, we do eliminate down to zero. I can tell you that, um, hands down.

RS: Okay.

CRD: So, uh, other than that, I will get a letter out to you and, uh, one, one of our principals, uh, will be in your office on, uh, Thursday, the 31st. Correct?

RS: Yup.

CRD: At, uh, (cross speaking) ...

RS: I've got it on my calendar.

CRD: At two o'clock.

RS: Sounds good.

CRD: And you've got my number there. If, uh, anything changes, please don't hesitate to give me a call.

RS: Okay. It sounds very interesting.

CRD: Enjoyed talking to you, Richard.

RS: Thank you, Chet.

CRD: Bye-bye.

RS: Bye-bye.

END.



Copyright 2000 The Heritage Organization, L L C
This document, and the information contained in it are Confidential Information owned by The Heritage Organization, L L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C only in the normal performance of their duties as an employee of The Heritage Organization, L L C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C, is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.