**MEETING**
**RICHARD SANDS, PHD - PC**
**ROBERT SANDS-BROTHER & PC**
**CONSTELLATION, INC.**
**300 WILLOWBROOK OFICE PARK**
**CANANDAIGUA, NY 14424**
**(716) 218-2169**
**PC ID 153557**
**05/31/01**

**(TWS):rlb**

**REC:** Hello.

**TWS:** Hi. How are you?

**REC:** Good.

**TWS:** I've got a meeting with Richard Sands, Tim Seaberg.

**REC:** Thank you.

**TWS:** Thanks.

**(Waiting for PC)**

**(Shuffling noise)**

**REC:** [?].

**TWS:** Ok, thank you.

**REC:** [?] at 2 or something.

**TWS:** Right around 2 or right at 2 I guess, yeah.

**REC:** Please make at yourself at home.

**TWS:** Ok thanks.

**(Waiting for PC)**

**(Shuffling noise)**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT 27

**REC:** [?]. (A lot of shuffling noise).

**TWS:** Ok. All right, thanks.

**(TWS walking)**

**TWS:** Hi, how are you?

**J:** [?].

**TWS:** Yes, Judy?

**J:** Yes.

**TWS:** Thank you nice to meet you Judy.

**J:** ...[?] be a minute.

**TWS:** Ok.

**J:** I'll show you the conference room where you're going to be.

**TWS:** That's fine.

**(Walking)**

**J:** Right through here. Do you want a cup of coffee?

**TWS:** Uh I'll take some water.

**J:** Water?

**TWS:** Yeah, thank you.

**(Waiting)**

**J:** Here you go.

**TWS:** Can I ask a question? Why is there sometimes an "n" an extra "n" and sometimes there's not?

**J:** An extra "n"?

**TWS:** It says...is there always supposed to be an "n" there?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**J:** Canan? Yeah.

**TWS:** Ok because there's not an "n" right there and I was just…

**J:** Betcha nobody even noticed that.

**TWS:** (Laughing).

**J:** Very good.

**TWS:** Well you know I try to be presentative.

**(Waiting a while)**

**PC:** Hello I'm Richard Sands.

**TWS:** Richard, Tim Seaberg.

**PC:** And how are you doing?

**TWS:** I'm doing good thanks.

**PC:** So you are a representative from Heritage?

**TWS:** That's me.

**PC:** Ok. You partnered, or?

**TWS:** Oh no it's a privately held company.

**PC:** Mm-hmm.

**TWS:** Yeah. So uh I'm a principal or whatever you want to call me I guess.

**PC:** Uh-huh.

**TWS:** Uh (shuffling noises)…

**RS:** [?] hello Tim it's nice to meet you.

**TWS:** Nice to meet you.

**PC:** I gathered from uh I guess, who called me…

**TWS:** Chet.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Chet Decker. I gathered his job is to make telephone calls and make appointments.

**TWS:** You got it.

**(Laughing)**

**TWS:** That's about right.

**PC:** He doesn't [?] these calls?

**TWS:** That's right.

**PC:** Once he's got the appointment and the foot in the door…

**TWS:** That's right.

**PC:** They send in someone else.

**TWS:** Yeah he said you had a fairly lengthy conversation for him I guess. Hopefully he didn't get in over his head.

**(Shuffling noises)**

**PC:** His first approach [?] and one day he called me and I actually answered my own phone and we engaged in a conversation and uh that was rather intriguing and uh so we are interested to hear how your approach works.

**TWS:** Ok, all right.

**PC:** You know Rob and I are brothers we both have a significant ownership interest in this company. Um that if we were to sell small portions of it would create uh significant capital gains. We also have uh other investments outside investments that [?] too much ordinary income and too much capital gains at times.

**TWS:** Mm-hmm.

**PC:** And um so…

**TWS:** What do you have that's creating the ordinary income?

**PC:** Well, we uh have uh family investments, pool of monies that are invested primarily in private investment partnerships that are not tax strategy driven. And that tends to create ordinary income in short term uh capital gains you know hedge funds, [?] the type of



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

thing that is generally uncorrelated with stock market and um what we're really looking for is a good level of return with low volatility.

**TWS:** Ok. All right.

**PC:** So...

**TWS:** That's the best place to be.

**PC:** Yeah so that generates uh...

**TWS:** Ok.

**PC:** ...a high degree of ordinary income across the family, ordinary income [?] short term capital gains.

**TWS:** Ok. Well, we're very specific we only deal with capital gains tax planning also traditionally estate planning, and also income tax on stock options. Um we've been around 30 years, 31 years now and this is all we've done the whole time so we're very unique in that aspect uh compared to maybe the accounting firms or law firms that tend to move in and out of this type of business. Um but we've got 120 people so that's a lot of people dealing with maybe a dozen to two dozen transactions a year. Um so that makes us pretty unique I think that's a lot of assets to allocate towards making sure things are implemented correctly and we've got uh I've got an MBA but we've got attorneys and CPAs um PhDs uh just a lot of smart people. Um and there would be actually a team assigned that would have uh an attorney uh several attorneys probably and accountants that would work on this case. Um so essentially what we do is buy information from other people, that's one way that we go out and bring together pieces of information that we don't think that there's any other way to get. So we spend over $10 million buying things like that last year and it's very unique and our founder recognized this a long time ago. Law firms don't buy information from one another so the only way attorneys get their information is just by professional relationships and trying to keep up with what's happening. Uh which works fairly good but we think that there's a better way to get information and that is to form relationships with attorneys who are very technically knowledgeable about specific techniques. And you go to that attorney and you sit down with them from time to time and he goes through cases that he's worked on recently and he thinks we have something that we might be interested in. Um it may be a twist it may be something that allows someone to maintain control of their assets or to uh a lot of times it's when a large net worth client comes in and he did something different for that guy. Ok, so he's not likely to go talk about that at a seminar he's not likely to write about it in a trade journal I mean this is his biggest client. A lot of times he'll have a couple hundred million dollar client that he does something like that for. Most of his clients are worth $5 to 10 million. So it becomes very difficult I think for even the best



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

attorneys to gather that kind of information if they're not out there doing that kind of R & D. So essentially when you take information from all the different techniques that are generally used out there—you take twists um different ways to do things and you put them together and you got a lot of smart people and you can figure out ways to use them together. Um it's also a different approach in that we don't try to develop specific techniques that we can then go out and market. We try and develop a solution to someone's problem using whatever techniques we have available, and in whatever combination we can use them in. Um and I think that's a very different approach um it's not I mean the accounting firms are probably the worst at this. They develop specific techniques they develop an internal opinion letter on them. Then they go out and try to market them to as many people as possible. And you know you're going to end up applying a situation—applying a technique in a situation where you probably shouldn't when you do that. Um you know and you've got different people implementing it uh than um actually came up with the idea in the first place. It's kind of a trickle down thing as far as their um abilities but when you implement a technique or uh a solution like that in a case where it doesn't fit you become a target for the service. And especially when you're implementing hundreds of them—we do a couple a dozen a year uh and they're doing hundreds of transactions exactly the same way. Um and that's usually how the cycle of tax planning turns uh eventually there's feedback to the service or the House Ways and Means Committee or the Treasury Secretary uh in the form of a letter or Fed Ex envelope from an attorney usually. Um just for whatever reasons uh these attorneys feel like they need to send things like that in. Um then the accounting firm gets scared and they stop doing it and they wait until they have another technique. But we've been around for 30 years and we've always had techniques. Um started out doing estate planning by itself and then evolved into capital gains planning within the estate tax plans. And in the last three or four years we've done probably I don't know probably a large percentage of our business has been capital gains tax planning. Um...

**PC:** Let's talk about specifics.

**TWS:** Sure.

**PC:** See if in fact we feel confident that you could address our specifics. Um...uh myself, my brother and uh a family partnership that represents our deceased sister.

**TWS:** Ok.

**PC:** All uh would have an interest in diversifying out of Constellation a small amount like maybe $30 million in stock. Um that could have anywhere from zero basis to $10 million basis. Um we can't do anything because of lock-ups from our last public offering until August, I think...Rob?

**RS:** I don't know.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

PC: Ok it could be August it could be September um…

RS: What day did we do the offering?

PC: I think it was February something.

RS: March, April, May…

PC: Was it a six month lock up, or?

RS: Maybe be only 90 days or I think it's 180…

PC: But ok there's a certain date that we can in fact it's in the calendar year.

TWS: Ok.

PC: Um and we…

RS: We can ask to do it sooner.

PC: Yes we can ask to do it sooner, but um you know I think we desire to do it because well our stock while we still consider it undervalued it's certainly had a nice run. Ok so here's the situation…

TWS: Ok. Yeah and I've been talking to a lot of people that are in a much more uncertain situation than you are in that I mean their stock is way down and they think it's going to go back up. But the key here is that you can do planning today to make yourself capital gains tax-free whenever you sell the stock, it really doesn't matter what the stock is.

PC: You mean it doesn't matter when you sell it?

TWS: No it doesn't matter when you sell it, no. Doesn't matter I mean we're doing transactions for people that may not sell the stock for two or three years. But the key is that you know what the law is today so you can implement…this is actually a transaction that's done it takes a period of about a month or so the whole thing. The transaction is done today you get the statute of limitations starting uh April 15th, ok so that starts running and whenever you sell the stock you know you sell it whenever you want to essentially. We've got people who don't even know they're going to sell it but um you can do it. It doesn't matter really what you're selling um I mean as long as you've got a fairly good idea of what assets you might want to liquidate in the next two years, three years, something like that. Um I mean…

PC: So we should be selling either a medium term zero or…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** No it can be sold anytime I mean this works even if you've already sold stock this year. We can't go back to the prior year but if you've sold stock um before today this year we can eliminate the capital gains taxes on that uh and we also do it on anything you sell going forward in the future.

**PC:** On short term capital gain or only long term?

**TWS:** Long term, yeah.

**PC:** Ok.

**TWS:** We can deal with some uh with some income it just depends on how it comes and it just depends on the situation.

**PC:** Ok now so um it takes a month to set this up…

**TWS:** No it takes a month for it to run—to set it up it doesn't take very long at all.

**PC:** And this is a technique that's in house that you know that works.

**TWS:** Well before you've sold the stock if we can do a transaction it's actually better. Because we can use a variety of techniques uh a lot of times we'll do more than one technique at the same time. If either one of the techniques works you're fine uh which dramatically increases your chances of you know of everything being fine.

**PC:** And this is not a tax deferral this is a complete elimination—are there any negatives?

**TWS:** Well…

**PC:** Do you lose control of the assets uh…

**TWS:** No you don't lose control uh you've got you put a small amount of money up for a small amount of risk in order to build economic substance into it. Um so it's not purely a tax transaction.

**PC:** Mm-hmm.

**TWS:** Uh but I mean it's inconsequential I mean we have clients that make money sometimes they lose money. Um…

**RS:** You mean you put up this small amount so that you're at risk.

**TWS:** Yeah, mm-hmm.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: But it's not an at risk transaction?

TWS: That's right.

RS: The service will [?] transaction.

TWS: That's right you don't want it to be perfectly hedged, which is a lot of what has happened in the past that we've seen.

PC: What's the nature of this transaction—a short term CRT with a high uh…

TWS: No, no…

PC: …what it is?

TWS: I understand you've dealt with Jonathan Blattmachr.

PC: Mm-hmm.

TWS: Ok, yeah.

PC: [?] one of principals as a matter of fact as I recall.

TWS: Uh-huh, uh-huh, yeah we've done a lot of work with Jonathan and he's obviously be a good person to ask about us. Um it's hard we've got a confidentiality agreement I guess is really the answer. It's not offshore it's not uh the short term CRT, um…

RS: Is it a dueling GRAT?

TWS: No.

RS: Using two um two uh…it's not a tool in a GRAT…

TWS: No.

RS: …considered completely opposite of [?] (Shuffling noises).

TWS: No uh…

PC: So you can't tell us what the transaction is…

**(Cross talking)**

TWS: Yeah I mean it's hard to…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L L C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

PC: …a general…

TWS: …yeah it's a legal transaction that takes place I mean when you see the thing it's very simple and it's really hard to tell you what it is without telling what it is. It's not an offshore deal uh…

RS: Has it been reviewed by the service?

TWS: Uh we haven't had any transaction get audited.

PC: How many transactions have you done?

TWS: Well, um…capital gains um…

PC: Using this vehicle.

TWS: Well see it always changes I mean we change it every year um…

**(Someone trying to "page")**

PC: Hello?

TWS: We've been doing I guess in this area of the tax code for probably three or four years. Um I mean there's a couple of different…

PC: …a specific transaction right now that avoids capital gains tax on low basis stock.

TWS: Yes any basis stock….

**(Someone trying to "page" again)**

??: Mr. Baycheck?

PC: Nope you have the wrong number.

??: I'm sorry.

TWS: We've got several transactions sometimes we can use both of them at the same time.

PC: And do you normally combine different ones?

TWS: Sometimes we do yeah.

PC: For [?] purpose of hedging the audit risk.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** But there are risk and it's both really I mean you've the risk uh you now the risk if it goes to tax court you know what are our chances of winning. Um it's at risk as well as the risk of getting audited.

**PC:** I understand that they're probably not going to challenge two transactions at once.

**TWS:** Yeah, yeah that's right that's right it's not good target…

**PC:** [?] a guy named Cubby?

**TWS:** Yeah mm-hmm.

**PC:** [?] a bunch of transactions.

**TWS:** Mm-hmm.

**PC:** Ok so you have a transaction that uh we could do right now that you [?] sell the stock this year or next year or the year after or the year after or the year after eliminates entirely the capital gains.

**TWS:** Absolutely.

**PC:** How do you guarantee your results?

**TWS:** What we do is offer a couple of different methods um and you don't want a guarantee so we come as close as we can to it.

**PC:** Mm-hmm.

**TWS:** I mean there would be no economic substance if we said if it doesn't work you get all your money back.

**PC:** Uh-huh.

**TWS:** Right? So the general deal is what everyone does is a 25/75 split we get 25% of the tax savings you get 75%. Ok that's the general deal now if you look at the whole thing and you're uneasy you think yeah it works but I want a guarantee. We'll do a 50/50 deal where we'll put all of it in escrow—all the money that would have been paid in taxes we'll put it in escrow leave it in there for three years let it draw interest. At the end of the three years at the end of statute period if they haven't come back and said you guys gotta pay these taxes or we're gonna look at this. We split whatever's I there 50/50 so I mean you know it's taking virtually all the risk out if it.

**PC:** Well, let's say they do come back.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TWS: Mm-hmm.

PC: Ok, the taxes are paid out of that account.

TWS: Then we don't get anything.

PC: Yeah well and we lose the taxes.

TWS: Well I mean that's worst case scenario—you would have paid the taxes anyway. Right?

PC: But I've done the transaction…

RS: You don't pay [?] in the event…

TWS: No, no, no.

RS: …other firms such as yourself there are some law firms that are selling similar type arrangements are paying defense costs.

TWS: Yeah.

RS: Deals that we've done we usually get defense costs through the appeal level.

TWS: Right well that probably is around a law firm I guess um and we wouldn't we would want you to find someone that's an expert…

PC: We might not have done the transactions we might have done nothing.

TWS: Right if you didn't do anything then you would pay the taxes, right?

PC: No.

TWS: Or you mean you might not have sold anything?

PC: Might not have sold anything.

TWS: Ok well you're not going to do this thing unless you're very comfortable that it works uh and that's really what it comes down to.

PC: Go back to this standard deal 25/75.

TWS: Ok.

PC: Do you get your 25% back if it's audited?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TWS: No, no here's what the risks are you're going to get a opinion letter from a Top 200 law firm.

PC: Mm-hmm.

TWS: Ok that's going to release you from penalties. The next worst case situation and we've never had anything go to tax court so when we talk about worst case…

PC: What level of opinion will we get?

TWS: More likely than not.

PC: That's as good as we're going to get?

TWS: Uh-huh. I mean that's what you need. Yeah. Um so when you look at the risks that are involved here you take that away first you take the risk and penalties away. And we've never had anything go to tax court so just by looking at other cases that are out there and cases that were perfectly hedged have gone through tax court and been settled. Uh but let's say the worst case scenario happens and you've got to pay all the taxes. Ok here's the deal you have use of the money during the period of time the service is looking at it right. And from what we've seen that's anywhere from 8, 10, 12 years not very much happens during that period of time you just have the use of the money. They're going to charge you around 8% so you've got use of the money you've basically got a loan from the government for 8% for 8 to 10 years. If you can make as much and we can show you economically if you can make 12% on your money that's going to more than pay our fee. That's if you have to pay the entire amount of tax back. I mean if you settle on any lower amount you're going to be that much further ahead.

PC: And it's never happened?

TWS: It's never happened. 30 years we've never had anything go to tax court nothing has even been overturned on audit. I mean this planning is conservative but it's sophisticated but it's conservative.

PC: So um I take it the way this works is um…if we're interested in the transaction we hire your company go over the agreement.

TWS: Well, what happens is…

RS: …then you disclose the transaction…

TWS: Yeah.

RS: Then we review it with our counsel…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** Yeah.

**RS:** But we don't know anything unless we engage in the transaction?

**TWS:** Pretty much right, yeah.

**RS:** Is that correct?

**TWS:** Yeah we've got an engagement agreement it's got the confidentiality it's also got a $22,500 retainer fee, tire kicker fee. Um so what we do is we just want to show you the agreement explain it, then we give you references, you already know Jonathan. We give you other professionals and clients of ours; ask them if we're for real if we can really do it. If they say yeah then you go ahead you pay us $22,500 you sign the confidentiality agreement then we come in and do everything else. I mean we design the plan, develop it, show you what it is the tax law that backs it up I mean it doesn't take that long. We'll come in and do a meeting with you or two meetings explain it to you guys and then you bring in whoever you want um…

**PC:** We don't owe you anymore if we don't do the transaction?

**TWS:** Absolutely not.

**PC:** If we *if* the transaction is available if we find out that the transaction is available to us from a source other than yourselves. Do we owe you the money?

**TWS:** You…

**PC:** If we find out there are other chances available from sources other than yourselves, I mean there's a lot of these things floating around so um you know so if Arthur Andersen happened to come to us with it.

**TWS:** It depends on when you find out. If you know about transactions beforehand, before you sign the agreement we can include those in the agreement, we'll just say these transactions are not included. You can do ahead and do these whenever you want um you know after you've signed agreement then if you find out somebody else is doing the same thing as us then yeah you still have to pay us if you implemented.

**PC:** Do you believe that that's true?

**TWS:** That it's true?

**PC:** Do you believe that there are others doing the same transaction?

**TWS:** No, no this thing is very…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** You believe this is proprietary.

**TWS:** I believe the combination and the way we set it up is proprietary. I mean you know it's difficult to define what that really means…

**RS:** Well, you said the combination in the way you set it up are you saying the fact that you're using a couple of different things makes it proprietary or do you think each of the nature of the transaction it self of proprietary? Of each discrete transaction…

**TWS:** I'm not going to say…

**RS:** …using two or three different types of vehicles are you saying each vehicle is proprietary or the fact that you're using three in combination makes it proprietary?

**TWS:** That's what I'm saying. I'm not saying that I'm not telling you that we're going to present you something that is purely proprietary because we just don't know it's impossible to know that. Uh this thing is so detailed oriented you gotta get the details right. Um and you know there's so many steps involved I mean not in the transactions itself but just in implementing it correctly. There's a lot of things you gotta do and we've become very good at that and there's the economic substance. I mean you could do a transaction and you could do maybe if you included some economic substance maybe it would include other reasons to do this. And we've got a list of reasons that we do it that are included in it I mean there is estate tax planning reasons for doing it that you may or may not do. Uh there's privacy reasons there's control things that can be uh included in this I mean so I think the fashion that we do it in is ours and ours alone. Um but yeah I can't say that the individual pieces are cause I don't know.

**PC:** Let me give…

**Cross talking)**

**TWS:** I don't think so…

**PC:** …parts of elements of the transaction.

**TWS:** We've heard of people doing similar portions of it poorly and have now stopped doing it cause they weren't doing it right.

**PC:** Ok. And um…

**TWS:** There was a treasury note known as 2000-44 that came out last year that um that dealt with I guess a similar area of the tax code and it caused some people to stop doing it uh what they were doing. Uh 2000-44 it addressed the BOSS techniques, Son of BOSS



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

techniques uh Bond Option Sale Strategy. Uh and Price Waterhouse Coopers was doing transactions they had set up several hundred people and you know they decided at the last minute they weren't comfortable with it and they pulled it back. Um you know that's how they do it they go in and out uh...

**PC:** Another transaction...we own (very loud shuffling noises) that also has borrowed money from us. We gave a million dollars to these guys part of the agreement has a put when the loan comes to term or if the borrower defaults on the loan. We put the warrants back to the borrower which is the company whose stock [?] price. And the reason I'm describing this in this amount of detail is at when that event occurs and it will occur is it under our control? And it may occur four months from today to four years from today. Ok, um what will control it will be the company has a [?] firs of all. Ok so um those are the events that...now a warrant is a security this is an option we own the warrant.

**TWS:** Mm-hmm.

**PC:** It's got these [?] provisions—it would seem to me that this would work—by the way there's $10 to 40 million of gain depending on when this happens.

**TWS:** Ok.

**PC:** Ok.

**TWS:** I don't think we've come across one exactly like that but it seems to me that what we have would apply to that. I just don't know offhand.

**PC:** And from what you said it's likely that you do something now...

**TWS:** Yes you wanna do it now.

**PC:** ...it sets you up for whenever and it doesn't matter whenever.

**TWS:** That's exactly right, yeah.

**PC:** Yeah the 25% that one takes...um or that you're proposing you can't tell what the capital gains is until you sell it.

**TWS:** Yeah you don't actually—actually you'll know what your benefit is going to be but you don't pay us until you actually sell it. We only ask for 20% and 80% whenever you sell it, 20% of our 25%.

**PC:** But are you suggesting that really your technique only eliminates capital gains as of the date of the transaction or does it eliminate capital gains right to the date of the sell of the ultimate asset? Let's use stock as an example—zero basis stock and stock selling today



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

at $40 a share. We do the transaction ok not sell the stock but *the* transaction that sets this up. Six months later we sell the stock and it's worth $50 ok we have no capital gains tax to pay.

**TWS:** You're gonna make and again there's a couple of different plans that you can use or that we would propose to you.

**PC:** Mm-hmm.

**TWS:** Um and some of the plans when you sell it there—you're gonna basically make a judgment call as to where you think the stock may be um when you sell it in the future. Um if you think it may be at 50 when you sell it um…

**RS:** This is part of the nature of the transaction—what you're explaining right now. Right?

**TWS:** Yeah.

**RS:** Ok.

**TWS:** But I mean if you think today that the stock's going to be at 50 in three years and you sell it in three years for 50 there won't be a capital gain.

**PC:** And what if you think it's going to be at 50 in three years and it's at 60.

**TWS:** Well, then you're going to pay a gain on the difference between 50 and 60.

**PC:** Ok and uh…

**TWS:** But you can also…or you're going to have a loss that you can use…that's what most people…

**PC:** …so obviously the technique readjusts the basis of the stock.

**TWS:** Well, that's one technique deals with that. That's right.

**PC:** Going back to this warrant situation the value of the warrants three months from today are $10 million. That's the taxable amount for long term capital gains, four years from today it's $40 million and it's all [?] when the event happens ok.

**TWS:** Right.

**PC:** And we don't control when the event happens so how would you estimate the price? (Shuffling noises)…cause there's gotta be…uh estimate it too high?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** …obviously from what you said the higher the estimate the bigger the loss if you sell below but you're not going to have any tax right.

**TWS:** That's right.

**RS:** So why would you pick a real high number?

**TWS:** No you wouldn't, yeah.

**(All cross talking)**

**RS:** …you're going beyond the tax now you're getting a tax credit.

**TWS:** Well that's essentially what you're doing when you eliminate a gain that's already happened this year if you already received cash. Essentially you're uh creating a loss and that offsets the gain.

**PC:** Ok.

**TWS:** It depends on the transaction there's some transactions where you can only increase the basis to today's market value but it just depends on a lot of different things.

**PC:** Ok now you mentioned stock options…

**TWS:** Mm-hmm.

**PC:** He and I have stock options.

**TWS:** Ok.

**PC:** Um they're worth $12 million…um and they're non-qualified so it's all ordinary income.

**TWS:** Ok.

**PC:** You can eliminate that?

**TWS:** Yeah we can eliminate that as well, yeah um I really don't think there's anyone else out there doing what we're doing with the stock options. Um I really don't think there is um I mean we've got some really good information that we've purchased and put together um and yeah non-qualified options if you haven't exercised them yet we can do that.

**PC:** Ok and…um we have other senior executives not family members…

**TWS:** Mm-hmm.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** ...who have millions of millions of dollars in stock options could this apply to them also?

**TWS:** Yeah I mean it would be an individual transaction uh but absolutely yeah I mean it just depends yeah. You know what...

**PC:** Here's the—uh Chet, Chet right?

**TWS:** Yeah.

**PC:** Chet Decker...he told me that there are minimums you don't do anything that doesn't involved uh what did he say...

**TWS:** Right the minimum here's what the deal with the minimums is um there's a minimum for an individual because he's going to have to get an opinion letter. Opinion letter is going to cost maybe $100,000 to 150,000 so you've got to get above a certain level before it makes sense for someone. That level is not $10 million but you know it's not $1 million either um so that there's a certain level individually that someone has to be above before they would want to do it. Um from our perspective it's just a matter of using our resources. Um so I mean if we're already in a situation it's very easy to go in and do some more deals for somebody. I mean...

**PC:** And you could pool them because it's the same deal basically. Chet told me by the way that all of our family would be pooled.

**TWS:** Yeah as far as like the 22,500 you only pay that one time uh it depends on how the things on how the assets are owned. There's going to be individual transactions done but I mean it can all be done very easily if everyone's you know all going at the same time. And you're talking about the same assets and you can run the whole thing through.

**(Very loud rustling noises)**

**RS:** [?].

**TWS:** That's right.

**RS:** ...you don't care [?] individual transactions [?]...

**TWS:** Well I mean it's more work I mean you've got to do a lot more work if you did 100 individual transactions uh as opposed to just one big transaction.

**RS:** Yeah ok.

**TWS:** But other than that.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** But you don't charge differently for that?

**TWS:** No, no.

**RS:** And what was your minimum?

**TWS:** Well I mean we generally deal with you know $20 million gains. Uh but you know that doesn't necessarily have to be in one year it could be over a period of a couple of years. Uh…

**PC:** And if you pay 20% up front and then the 80% would be at the time of sale. A $20 million gain we're talking about uh a…

**(Cross talking)**

**TWS:** Yeah absolutely. Dealing with the basis the basis is increased then you don't have any…

**PC:** You generally take a $1 million fee?

**TWS:** That's exactly right.

**PC:** Up front?

**TWS:** No.

**PC:** Up front you get 22,500…

**RS:** Well no…

**(Brothers cross talking)**

**PC:** …pay 20% of the final fee.

**TWS:** That's right. I understand…

**PC:** So on a $20 million gain it's a $5 million tax bill they're taking 25% a million 250 they want 20%, which is $250,000 at the time of the transaction.

**TWS:** Right.

**PC:** In addition to the 22,500…

**TWS:** Right. Yeah the 22,500 comes when you sign the agreements and the 20% doesn't come until implementation time.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** And of course these are all your [?] I assume…negotiate…

**TWS:** Well, we've got discounts but they don't start uh it's incredible we did a billion and a half dollar transaction last year um but our discounts don't start 'til about $500 million.

**PC:** People who can do billion and a half dollar transaction shouldn't need a discount.

**TWS:** I know they shouldn't get a discount…

**PC:** It's the people who do the [?] transaction that need the discount…

**(Cross talking and laughing)**

**TWS:** You're right…yeah I know.

**PC:** [?].

**TWS:** That's right, that's right.

**PC:** The 20 million people are poor…

**TWS:** That's right.

**PC:** …those are your poor ones.

**TWS:** I know we should do whatever we can to help them out.

**PC:** That's right.

**TWS:** Yeah.

**PC:** See then you can make them real wealthy people so they can do the half billion transactions and then they won't get the discount.

**TWS:** Yeah. That's true.

**PC:** So the stock option deal is you can eliminate it plain and simple. Is there any waiting period or is just how long [?] you have a way to do it and I don't pay any taxes.

**TWS:** Yeah I'm not going to say we can eliminate the options every time. We can dramatically reduce it um that's what I'll say now. Uh when we get in and look at it, it may be that we can actually eliminate it uh we just have to look at it.

**PC:** What determines that?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

TWS: Well, we just have to look at it…there's a couple of different techniques we can use depending on um the company the company structure um just depending on the details. And we haven't found a case yet where we couldn't I just don't want to tell you that we can eliminate it…come back and say we can reduce it by 60%…at least 75%.

**(Shuffling noises)**

PC: You can eliminate at least 75% of the tax, right?

TWS: Yeah. Not including I mean if you include our fee that's what we're doing we're reducing it 75%.

RS: …when you eliminate it 100% it's really 75% when include the fee.

TWS: That's correct.

PC: …that's including your fee 75% vs. 100%.

TWS: That's correct.

PC: Um ok let's move to estate taxes.

TWS: Ok. We've been…

PC: You can eliminate estate taxes.

TWS: I mean have you done a lot with Jonathan on this estate taxes?

PC: Yeah.

TWS: Ok has he got you down pretty well?

PC: Well we um we when our sister was dying um her death was unpredictable as a result…and that saved lots [?]. In our own estates uh and our father's estate uh he actually gave most of his assets to us when they had little value.

TWS: Ok.

PC: So that was taken care of but Rob's estate, my estate uh is largely not taken care of.

RS: [?] paid no taxes.

PC: Yes but [?] upon [?] death so there's a little bit there. [?] estate there is a tax issue…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** Right.

**PC:** …on $40 million.

**RS:** Right.

**(Brothers cross talking)**

**RS:** …on her assets at the time of her death were sheltered which is about probably right now $100 million.

**PC:** And then her asset value at the time of death…

**(Brothers cross talking)**

**PC:** There's that…it's money…

**TWS:** Yeah.

**PC:** It's sitting in a marital trust, the marital trust has a deferred interest in the family partnership.

**RS:** Right.

**PC:** Ok so that can be examined…

**TWS:** What are your net worth's individually?

**PC:** $110 million…

**TWS:** $110 a piece?

**PC:** $110 to 120 depends on the price of the stock.

**TWS:** All right. Have you followed the estate tax thing?

**PC:** What do you mean?

**TWS:** The legislation on it.

**PC:** Yeah.

**TWS:** Yeah.

**PC:** Yeah.



Copyright 2000 The Heritage Organization, L.L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TWS: If you die...

PC: It's eliminating.

TWS: If you die between January 1st and December 31st 2010 you're fine. Uh otherwise uh I don't know.

PC: January 1st?

TWS: Yeah that's the way it sounds right now. It finally gets repealed January 1st 2010 then...

PC: Fully repealed for a year?

TWS: Well the whole tax bill disappears after 2011, January 1st the whole thing's gone. Um its' the sunset provision they put in at the end uh it all has to be revoted on. I mean the status of the economy at that point in time is not likely I don't think to uphold the surplus estimates that we have now. And that's one of the first things that's going to go um the [?] income tax is the second thing that's going to go.

PC: So you're having trouble selling your estate tax services right at the moment because of the...

TWS: No, no the we have had problems over the last two years because there was so much uncertainty I mean they talked about immediate repeal for a while.

PC: Mm-hmm.

TWS: Uh now for the first time in a long time we know what we're dealing with.

PC: Mm-hmm.

TWS: We're dealing with the tax that doesn't hardly I mean it goes down to 45% by 2007, the exemption goes up to $3.5 million so hardly anything really happens to people in situations like yours uh before 2010. Um now the Democrats have got a little bit more power they're going to start calling for money in uh for prescription drug benefits um education uh even the republicans are going to need more money for missile defense.

PC: Mm-hmm.

TWS: And the two areas that they've identified are the estate tax and the top income tax rate until they go back and revisit. I don't think anything is going to happen now because it's just going to be grid locked again uh but I mean what's going to happen after the next elections uh in two years um you know and if George Bush is a one term President uh



Copyright 2000 The Heritage Organization, L L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

even if he's a two term President there's still two years there before uh before the tax gets repealed.

**PC:** So…

**TWS:** So I mean it's very questionable.

**PC:** Yeah so just going back can you eliminate estate taxes?

**TWS:** We can repeal the estate tax for you right now.

**PC:** Right that's uh…

**TWS:** Been doing it for ten years, yeah.

**PC:** Right.

**TWS:** The problem is it's not cheap and you pay for it now and you don't know whether it works until you die. I mean that's really the downside um of them doing it. Um our fee is essentially the same as it is on the uh it's 6% of the actual assets that you would use in a transaction with us in an estate tax transaction. Um so the fee's 6% um I mean you're not going to do this unless you talk to people that are very confident I mean the thing in airtight. All that we show you in estate tax planning is absolutely airtight I mean it's a voluntary tax as it stands today.

**PC:** So the fee is 6% of the total assets that you want to shelter from estate tax. Is that right?

**TWS:** That's correct.

**PC:** And uh do you have to pay something upfront or just your fee?

**TWS:** You well…

**PC:** Does the nature of the transaction require a cash outlay upfront in addition to your fees?

**TWS:** Not in addition to our fee, no.

**PC:** So when you say that it's expensive it's the 6% that's expensive.

**TWS:** That's right.

**PC:** Your fee is expensive.

**TWS:** That's right.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: With a net worth of $100 million that's a lot of money.

TWS: I mean you're talking about reducing the tax from 50% to 6% essentially.

PC: Can you use this technique for gifting?

TWS: Absolutely.

PC: So you said we gotta wait 'til we die to see…

TWS: Well people say well how do I know if it works until I die?

PC: Right but if you can use it for gifting….

TWS: Absolutely.

PC: …then you know it works.

RS: It does work equally for gifting?

PC: Absolutely.

RS: So I could make a gift tomorrow and pay a 6% fee to you?

TWS: Yeah you can set this up in a transaction in so that uh you control it…

RS: And I know it works [?]…

TWS: Yeah you control it and you can do whatever you want with it. Um whoever you want to receive benefits you can have them receive whatever they want. Um yeah it's absolutely correct.

PC: And you can have them receive whatever you want when you want it?

TWS: When you want it, absolutely.

PC: [?].

TWS: Absolutely.

PC: I could make a gift and there's no gift tax I just pay your fee.

TWS: You can do a transaction…

PC: An outright gift to the other party.



Copyright 2000 The Heritage Organization, L.L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** I wouldn't call it an outright gift you can give them whatever they could have gotten if you would have given them an outright gift. If they want a boat you can give them a boat…

**PC:** If they want $2 million you can give them $2 million.

**TWS:** You can give them whatever they can buy with $2 million.

**PC:** You can't give them $2 million in cash?

**TWS:** I'm not saying you can give them $2 million it depends on a lot of things…

**(Cross talking)**

**PC:** …making gifts to our children to…

**TWS:** We can get them cash.

**RS:** …but the object is to get it out of our estate to get it into their estate and not pay gift tax.

**TWS:** I'm saying the transaction the way it's set up is a little bit more complex than just writing them a check and its free. Um there's a lot of things involved um essentially they can end up with whatever you want them to end up with.

**RS:** Well, I have a weird situation ok I have six children that aren't mine.

**TWS:** Ok.

**RS:** And uh my plan is not to divide my estate among those six children but the majority of my estate will go to charity.

**TWS:** Ok.

**RS:** Ok or a charitable foundation [?] however those six children I will give millions of dollars doesn't matter whether it's dollars or stock when I die.

**TWS:** Ok.

**RS:** Which means 6 times millions take 3 is 18 million I'm gonna pay $9 million in estate tax.

**TWS:** Mm-hmm.

**RS:** When I die.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** Right.

**RS:** Ok now you are telling me that I could give them the $3 million at value now, not pay the gift tax pay you 6% and maybe even control the assets.

**TWS:** Absolutely, absolutely control the assets that's the number one thing.

**RS:** That is better than a gift.

**TWS:** That is better than a gift you're absolutely right. Control is by far the number one thing that people talk about uh productivity issues and the second thing which also goes back to control taxes are usually third flexibility is fourth. If your family situation changes you want to have some flexibility in there that's involved as well. We've been dealing with a lot of I know that's not new but we've dealt over time with a lot of privately held family businesses. And there's so many issues and there's so many issues there inactive, active family members that we've designed things. Um you know to work in those situations and you know they work in all situations really but that's kind of where they came from. Uh there's a lot of complicated situations where taxes is a big issue but it's not the only issue. And that goes back to us having a lot of people working on a few transactions a year and being able to only work on big transactions and implement them correctly and give people what they really want. Um and instead of coming to you with a technique I think it's uh amazing that there's not more people doing it really. Uh it's just not how accounting firms and law firms are set up to operate.

**PC:** So for all areas that we've talked about we just need to pay you one retainer?

**TWS:** Mm-hmm.

**PC:** And does that retainer specify your fees? Do we need to have a fee negotiation?

**TWS:** It specifies the fees absolutely.

**PC:** So we need to have the fee negotiation prior to the retainer agreement?

**TWS:** Well, we can talk about the fee we don't negotiate fees.

**PC:** He wants to negotiate the negotiations already.

**(Cross talking and laughing)**

**PC:** …we'll talk about negotiating later…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** There's a few things in the agreement that from time to time it makes sense to change uh generally it's a non-negotiable agreement but it's a strong agreement I won't you can ask Jonathan about it.

**PC:** Oh I think they should send us the agreement.

**TWS:** What we'll do is Jonathan called our agreement a ball buster one time uh it just it's uh what we like to do is sit down and explain it uh so that's what we generally do. We'll just come back and then we'll go through it.

**PC:** [?].

**TWS:** We'll do it on our nickel it doesn't matter we'll just sit down with you and explain it and make sure…

**PC:** First of all he's a lawyer and it would be far more productive to give is the agreement in advance so that we can…

**TWS:** Yeah I know that's an extra step in there…but we'll explain it and then we'll leave you alone. We'll leave you guys with it.

**PC:** We'll probably have him represent us…

**TWS:** That's fine.

**RS:** [?].

**TWS:** Yeah I mean…

**(Cross talking)**

**TWS:** Well how about we do that?

**RS:** Let's schedule something if you want to get this thing going send us the agreement and then we'll set up a time to discuss it.

**TWS:** What if we…here's what I'd like to do I'd like to come out bring our chairman back who is friends with Jonathan knows Jonathan has done business with him. Um he's also the founder of the company um and at that time…

**PC:** What's his name…

**TWS:** Gary Kornman.



Copyright 2000 The Heritage Organization, L L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Kornman.

**TWS:** Yeah.

**PC:** The insurance, financial planning guy?

**TWS:** Well initially he did start out doing a lot of insurance and then he was in a niche he was a very smart attorney who knew a lot about insurance. And all the insurance seminars he went to nobody uh there were no attorneys there.

**PC:** [?].

**TWS:** Well he started out in Alabama he's originally from Alabama then he went to Vanderbilt, yeah. Um and uh on the other side none of the attorneys were interested in selling any insurance and so he had this niche in there of using insurance in very smart ways. But over the years there were a lot of his clients that didn't want insurance or couldn't get it so he started doing planning without insurance. And today we do a lot of estate plans that have absolutely no insurance at all. I mean we can show people how to use insurance very intelligently but it just depends on the situation. So I'd like to bring him back we'll just go over the agreements and we can take the next step from there.

**PC:** That'll be great.

**TWS:** Ok great let's…

**PC:** You wanna set it up right now?

**TWS:** Yeah let's do that if we can I was going to ask you about a couple of dates I had…

**PC:** Now we wouldn't have Jonathan…

**(The brothers talking)**

**(Went to get calendars)**

**TWS:** June 13th was the first suggestion. Um is that a possibility?

**PC:** Um I think so.

**TWS:** Ok we've got New York the next day.

**PC:** Yep that works for me.

**TWS:** 2:00?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

**RS:** Here?

**TWS:** Yeah.

**RS:** Yes that would work for me.

**TWS:** Is there a better time or?

**RS:** Let's see if that works for him.

**TWS:** Ok, ok.

**PC:** What we the other possible date?

**TWS:** Uh that was uh that would be the best day the next one would be out a couple of weeks. Oh well it might work the 15th in the afternoon that would be kind of tight.

**RS:** 13th looks fine for me.

**TWS:** Ok hopefully…it doesn't matter when you want to get Jonathan involved I mean it's up to you I guess. But he's seen the agreements before um so he could tell you about them I'm sure. Or we could just meet and uh we could explain them and you could call him after you get the agreements.

**RS:** [?].

**TWS:** Yeah have you talked to him about us?

**RS:** Mm-hmm.

**TWS:** Ok, ok. Well I mean he's the type of guy that uh you know he doesn't pull any punches he'll tell you what he thinks about somebody.

**RS:** Mm-hmm.

**TWS:** So.

**PC:** You got dates?

**RS:** June 13th at 2:00.

**PC:** June 13th?

**RS:** 2:00.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Let me see...looks good.

**TWS:** Great.

**RS:** What's the fellow's name?

**TWS:** I'm sorry?

**RS:** Who's going to come?

**TWS:** Oh Gary...

**PC:** You don't need me anymore, right?

**TWS:** No we got the date down so we're good.

**PC:** What do you figure, two hour meeting and hour meeting?

**TWS:** Uh two hours at the most I mean just to be safe.

??: [?].

**TWS:** Oh I'm sorry first name is Gary last name is Kornman, (spelling).

**RS:** Kornman?

**TWS:** Right, (spelling). All right great. That's fine. Well nice to see...

**RS:** Yeah...

**(Shuffling noises/leaving)**

**RS:** Ok good.

**TWS:** All right sounds good. Is uh Judy Richard's secretary?

**RS:** Richard's yeah.

**(Shuffling noises/walking)**

**RS:** My secretary is Karen she's at the uh 212 number...

**TWS:** All right thanks Rob.

**RS:** Ok. You know you're way out?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**TWS:** Yeah I think I can make it. Ok thanks Rob.

**RS:** Bye-bye.

**END.**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

Directions