**MEETING**
**RICHARD SANDS - PC**
**PC AND ROB SANDS-BROTHER**
**CONSTELLATION, INC.**
**300 WILLOWBROOK OFC PARK**
**FAIRPORT, NY 14450**
**(716) 218-2169**
**PC ID 153557**
**06/13/01**

**(GMK & TWS):rlb**

**K:** Tim?

**TWS:** Yes, hi.

**K:** I'm Karen.

**TWS:** Karen, hi. Thank you.

**K:** [?].

**TWS:** No sure didn't were supposed to go through uh [?] through LaGuardia.

**K:** ...airport...

**TWS:** Yeah I know that's what scared me initially because of the LaGuardia thing there were 13 airplanes lined up to take off by the time they finally got out there. But there wasn't many lined up here and that's nice.

**K:** No...go down to the right.

**TWS:** Ok.

**PC:** Hello.

**TWS:** How you doing?

**PC:** Good how are you?

**TWS:** Good to see you.

**PC:** Good to see you again.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 28

**GMK:** Hello, Gary Kornman.

**PC:** Nice to meet you.

**GMK:** Nice to see you, how are you?

**PC:** Good.

**TWS:** Sorry we're running behind today.

**PC:** Yeah.

**TWS:** We had a couple of different routes established and it just didn't work out too good.

**(Loud shuffling noises/getting settled in)**

**TWS:** Dallas, yeah was supposed to go through Chicago was the original plan and ended up going through LaGuardia.

**PC:** [?].

**TWS:** It was mechanical problems out of Dallas and we had to switch planes and they cancelled that flight and ended up going through LaGuardia.

**K:** Would you like coffee or anything?

**GMK:** Water would be nice.

**TWS:** Yeah I'll take some water.

**K:** Water.

**TWS:** That'd be great.

**PC:** ...I'll get Rob.

**RS:** How are you?

**TWS:** Good.

**RS:** Hi.

**GMK:** Gary Kornman.

**RS:** Nice to meet you Gary.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**(Shuffling/inaudible talking)**

**TWS:** Yeah that's a popular piece of hardware. It's amazing. Thanks Karen. I didn't think it got this hot up here in June apparently it does.

**RS:** Nice isn't it?

**TWS:** Mm-hmm, yeah. It is nice. Beats Texas.

**GMK:** Your weather up here in the summer is a lot nicer than ours.

**RS:** It gets hot down there, huh?

**GMK:** Oh yeah.

**TWS:** Yeah.

**RS:** You in Dallas? Where are those floods, Houston?

**TWS:** Houston, yeah.

**GMK:** ...we had a drought this summer... Tell me Tim said y'all thought you would be selling some stock. I took your stock price it was around 38 ½ today it looks like it's been on a pretty good climb. Tell me your plans as far as what you think you might do and as far as stock sales or options or I really don't know that much about your situation as far as what you have as far as what you might be doing in the future—could you kind of fill me in?

**PC:** Well, I think there are really two situations that potentially could uh result in significant capital gains that uh from our conversation with Tim you might be able to alleviate. One is to sell stock we uh have a good deal of our personal wealth invested in Constellation and when I say I really mean Rob, myself, and a family partnership that is was set up uh prior to my sister uh our sister's dying. And the beneficiaries of that partnership are a series of trusts for her heirs. So um...

**GMK:** What's the [?] of stock in that partnership?

**PC:** Uh each one of our holdings the holdings are split up among many different entities and so if you take the total which includes some other trusts it's probably about $350 to 400 million.

**GMK:** How much do you think you would diversify of that in the next let's say three to five years? It's a hard question...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** I think it's easier for us to think in short term uh I you know I could see us doing uh oh this time around $8 or 9 million what do you think personally, Rob? I could go 10.

**RS:** Uh I was looking at that recently um…

**PC:** …or more.

**RS:** Yeah 30, 40, 50 million something like that.

**PC:** Yeah so I would say uh let's say we do 10 per person I would imagine we'd find ourselves three to five years out wanting potentially to do another ten per person.

**GMK:** Ok.

**PC:** Um so…

**GMK:** You mother's trust…some of the stock.

**PC:** Now my mother is the income beneficiary of a remainder interest trust. Um…

**RS:** She's got a life estate…

**GMK:** It's a typical martial trust?

**RS:** No.

**PC:** No.

**RS:** No she's got a life estate.

**GMK:** She's got a life estate.

**RS:** We did a reminder interest sale.

**GMK:** Ok gotcha.

**RS:** About in 1988.

**GMK:** Ok.

**RS:** So on uh basically on 1.175 million shares in '88 she sold the three of us, my sister, my brother, myself uh each a life estate. She sold us the remainder interest and retained the life estate of 1.5 million shares. So that's uh…

**PC:** 60 million [?] shares…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** That stock desires not to be sold ever until her death.

**PC:** At least superficially we think that would be the case. Because obviously...

**GMK:** Ok so you get the capital appreciation and uh ok...

**PC:** We get the total value of the assets.

**GMK:** Right.

**PC:** Estate tax free at that time because we actually purchased the remainder interest.

**GMK:** Sure. All right. I understand you used Jonathan Blattmachr.

**PC:** Mm-hmm.

**GMK:** He's very good.

**PC:** Mm-hmm.

**GMK:** We've worked with him on several occasions he is a very, very smart guy. You've done well there. I'm sure he's given you advice.

**PC:** [?].

**GMK:** [?] to show what he didn't know...knows everything...

**PC:** [?].

**GMK:** Yeah he's retired now. Uh in fact Jonathan...estate planning every year and [?] used to keep my updated and now Jonathan does.

**RS:** Yeah.

**GMK:** So he kind of took over for him.

**PC:** So that's one situation we have another situation where we own warrants in a company such that um if the company were to default on a loan that it has to us for um refinance. Or at the end of some period of time we have a put if certain events occur at a highly appreciated price.

**GMK:** Can the company afford to...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Not right now. No but the reason this is important is when they can afford they have a call also again at a highly appreciated price. When they can afford to refinance the loan that was somewhat associated with this. It really wasn't associated but when they can afford to refinance the loan and therefore uh either call or force us to put um we would want to do so. And this is a way of converting what would have been a great deal of interest income into capital gains.

**GMK:** Ok how big a transaction would that be in all?

**PC:** That will be $8 million for those warrants and uh if it would happen this year it would be $10, 11 million. If it happens in three years it could be 20 million.

**GMK:** Ok.

**PC:** So you know $10 to 30 million over three to five years.

**GMK:** Ok. Going back to you mother just a second. When you're father died did your mother, what's your mother's estate at this point not counting the life estate.

**PC:** Um...it's uh about $40 million all in a Q-TIP trust to the given to charity well not charity really a private foundation controlled by us.

**GMK:** Yeah.

**PC:** Because of the sense that we all don't need a great deal of money and would benefit more by having the funds preserved and available for philanthropic premises.

**GMK:** Ok so your mother doesn't have a tax problem.

**PC:** I mean she has a tax problem if she changes the uh the ultimate heirs to any of her children which is all that she's allowed to do. She can change it to her children of the children of her children.

**GMK:** Ok and you would say at this point it's unlikely that she would do that?

**PC:** Um yeah it's unlikely well we're actually in a sense in control of that we would recommend that under the current state of affairs because of our own personal wealth and the only situation that I could see that occurring would be a collapse of the value of Constellation stock. Therefore a feeling of deterioration of personal wealth and then we'd have that wealth not go to the foundation but come to us to subsidize our needs. And we hope that never happens.

**GMK:** Right.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Now those monies of hers that are in that trust are largely not Constellation.

**GMK:** Ok so they're other…

**PC:** Yeah so that's why I say if something were to fail with Constellation that would still remain in tact.

**GMK:** Let me ask you a question—this is just a thought—if your mother's estate could come to y'all without paying estate taxes would you still shove it over to the foundation?

**PC:** Probably not.

**GMK:** Ok cause we can do that. We can eliminate the estate taxes; we can cut the estate tax to zero no problem. That repeal isn't for 10 years ok so that's something you might want to think about.

**PC:** Yeah. I mean and first of all you're saying with no estate tax obviously…

**RS:** The answer would be yes.

**PC:** Yeah.

**RS:** We would do that.

**PC:** Yeah. For this reason obviously then we'd make the charitable contribution…

**(Brother cross talking)**

**RS:** …charitable deduction…

**PC:** …so clearly the answer is…

**RS:** …and then we'd donate as we wanted to donate it and it's just going to sit there anyway so.

**GMK:** Ok.

**RS:** I think it's clear-cut or am I missing something?

**PC:** No.

**RS:** Ok.

**PC:** Just the concept of no estate tax obviously there's a transaction cost.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Yeah 6%...

**PC:** So I'm thinking 94% we'd still do it.

**RS:** ...the charitable deductions are gone...

**GMK:** [?] 40% I think sure...

**PC:** Well it's clear cut she can pass it's just that her estate is primarily liquid assets in a Q-TIP trust she can simply...

**GMK:** We had the same situation go through audit...

**PC:** Is it just plain and simple straight forward?

**GMK:** The tax plan is really never that plain and simple straight forward but let me just put it to you this way the—we've had clients go through gift tax audit. Let me give you some background, ok. We've had clients go through gift tax audits on our strategies we've had clients go through estate tax audits in 31 years of doing business we've never had a client have a change on audit, ok? So I mean I don't know did y'all talk to Jonathan at all about that?

**PC:** [?].

**GMK:** Ok he told you we were legitimate, right? I mean he said [?] more references they'll tell you we get the results we say we can. And it's not we [?] what we do is we take known things and put them together in ways that were never intended. I mean when clients get audited...go to the next level before you run into somebody that knows what they're talking about. But they say we know what this is we know what this is and we know what this is but we've never seen it put together like this. And that's I mean it's just like...

**PC:** Well, I guess what my real question was um more or less I assumed I actually assumed that there would be...but the aspects of the transaction that were not going to...tie us up in some fashion. Are the funds going to have to be put in trusts is there going to be a loss or is my mother going to have to divest herself of her estate for a period of time? You know is she going to have to...is there some element of the transaction that's going to be burdensome? If so we're not going to like it and it's just going to be too much of a pain in the neck for us to bother with.

**GMK:** No we have never had a client say to us well because we've been doing this for 31 years. And the thing that we learned first of all...people have to have control of their assets. I had a client in Florida yesterday the family is worth close to $100 million and the wife uh they started out with about $200 million and we have at this point uh the husband



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

unfortunately is deceased...about ten years ago. And a lot of people how old is your mother?

PC: 75.

GMK: Ok, how's her health?

PC: Good.

GMK: Ok no health problems...any health problems at all?

PC: She's had breast cancer?

GMK: How long ago?

PC: Over ten years ago.

GMK: Ok so she's...ok so anyhow we had this lady that we had managed to take—and she still controls everything. She and he husband...she controls it she still has the ability to determine which of the children and grandchildren get it. She should get income from it and right now there's only about $40 million left in her estate it'll be taxable to her and we're in the process of doing that last little bit.

PC: Why did she leave [?]?

GMK: People when they're...she was in her early 60s...early 70s now and I mean people do things actually this'll be the third transaction we did for them. We did the first transaction on their company. We did another transaction on marketable securities and now we're doing a third transaction on what was left over. She doesn't need...

PC: The point of how the $40 million is invested doesn't have to change. The uh the person my mother in this case actually still controls the principal, gets whatever benefit she had been getting from the $40 million. And if there is not a transfer of the asset 'til her time of death?

GMK: When you say a transfer we're talking about taxable transfers in other words it's not just a gift tax, let me say that to you.

PC: Yeah if you got...who owns the asset?

GMK: A non-taxable people or non-taxable entity...the asset—it depends on what your mother wants. In other words we can leave her in total control and it would be on...and distribute it out to y'all when she's gone.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

**RS:** ...total control...Richard, Rob and Mickey are the trustees. Mickey's the mother...

**(Brothers cross talking)**

**PC:** ...and then as far as principal distributions go that's us.

**GMK:** Right. What I started to say was we have a situation...

**PC:** [?].

**GMK:** Right. The uh we have a situation out West where we have a Q-TIP trust I mean as long as you've got [?] trustees you're fine.

**PC:** [?].

**GMK:** No.

**PC:** In the new entity...

**GMK:** ...exact same situation the mother had a Q-TIP beneficiary and her three sons were the trustees. Actually it was a co-trustee...

**PC:** I think she's a co-trustee. The new entity that holds the asset, holds the asset, which is a non-taxable entity you said um does the asset have to reside in that entity forever?

**GMK:** No, my point is...the only reason you put them in that entity is so she can have control over them in her lifetime. And in her death they distribute out to y'all and you can start giving them to charity. ...an income reduction...

**PC:** Or we can do whatever we want.

**GMK:** Right, that's exactly right.

**PC:** And if in fact they were distributed out to our children is the skip person...

**RS:** Grandchildren, too?

**GMK:** Yeah...do you have children that have children?

**PC:** Uh no but my sister well actually if the mother's deceased you don't have the generation skipping right?

**GMK:** Right.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Even if the father's still alive?

**GMK:** I don't know…I have to go look it up. Let's just say this when we get through with the transaction there is absolutely no GST tax of any kind.

**PC:** Ok now I assume the reason that you're picking on our mother as opposed to picking on either of us is because my mother has a likelihood of dying before we… Shadow of elimination of the estate tax…

**GMK:** Let me tell you…there's something else uh that I mean you may let me give you an example. My-the bulk of my assets are in a trust, which I have total control over. But it will never be taxed and because the trust was set up in a certain way I'm never going to be taxed—have any estate tax it's exempt from creditors, it's divorce proof, it's everything. Now when people understand as far as estate planning goes there are a lot of people that say I want one of those things you got. But that's and while your mother's alive it would be useful to have…got all these asset protection trusts.

**RS:** [?].

**GMK:** …Alaska, offshore—never done any offshore we don't believe you should go visit your money. But what happens is it is possible to set up a structure—my trust that owns my assets which I have…I have two of them. One was set up by my grandmother it was…and one was set up by my mother. And there are a number of ways that I got assets into those trusts so that a substantial part of my net worth is in those trusts today. It's divorce proof if somebody sues me they can't get to it it's protected from all types of transfer taxes. And you may want to do something like that while your mother's alive because the strange thing…

**PC:** …with our assets?

**GMK:** If your mother sets the trust up and you do it with your assets then you get all benefits except you can be your individual trustee for yourself. And it's not taxable in your estate it seems pretty amazing but it's true. As long as—and if your exempt from any kind of creditor it's exempt from creditors, it's exempt from divorce it's exempt from everything.

**PC:** And the fact that we're our own trustees gives us ultimate control.

**GMK:** Absolutely.

**PC:** Because we can take money out…

**GMK:** Give yourself income, give yourself principal the only thing that you can't do for yourself is you can't distribute the entire trust proceeds for yourself. But for example Rob can



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

distribute the entire trust to you yet you and Rob agree and you can distribute the entire trust to Rob his trust to him...my sister and I...

**PC:** Can I do 95% of the trust?

**GMK:** Sure you can do whatever you want as long as you Rob are together...

**PC:** Now [?] yourself...

**GMK:** ...give yourself all the income and principal you will ever need for tech support, maintenance in other words you can live like Donald Trump if you want to.

**PC:** ...support, maintenance, um [?].

**GMK:** Yeah.

**PC:** For invasion of principal.

**GMK:** For invasion of principal or income I mean in my particular situation I don't take anything out of my trust I just let it accumulate. But the point of it is, is that you can take as much or as little out as you want and nobody's really going to come after you on it because that's such a...so if you wanna buy art you can buy art. You wanna buy a house you can buy a house and use it uh I mean the flexibility is so broad once you...say gee. What you don't have is any of the problems you have everything else. In my particular case my sister [?] with me and the trustee, we're very close. I did what she wanted on her trust and she did what I wanted on my trust. But that's just...

**PC:** But the fact that our mother is alive creates an opportunity...

**GMK:** A very substantial opportunity.

**PC:** ...that we might want to take advantage of.

**GMK:** That's correct.

**RS:** So we have to do this through a trust she sets up.

**GMK:** And the reason is because under the various—one of the big benefits of this is if somebody sues you besides the tax one of the biggest things is that if somebody sues you they can't get to these assets, ok. And so you could have a stockholders suit you could have whatever you wanted and these assets would be exempt from those claims.

**PC:** Mm-hmm. As long as she set the trust up?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** That's right.

**PC:** But now are you saying that the same trust that won't be taxable upon her demise that her $40 million of assets is that the same trust you're talking about?

**GMK:** No I wouldn't do that...

**PC:** But it's simple...

**RS:** It's two completely separate transactions...[?] her estate to us tax free is not connected with the asset protection trust that you were talking about. However, that requires her to set up that trust as well.

**GMK:** Right.

**RS:** And so you're really talking about two different things here?

**GMK:** Yes.

**RS:** And the reason...

**PC:** Is the asset protection trust that we're talking about that she would set up that would protect our assets also tax uh estate tax free?

**GMK:** Mm-hmm and...

**PC:** For the same reasons that her trust is estate tax free?

**GMK:** Right.

**PC:** But the trust that she sets up with her own assets is not asset does not provide her asset protection?

**GMK:** No you cannot get asset protection on a trust that you set up for yourself in spite of what Jonathan says. He thinks that uh and he and I argue about this, ok, he thinks that Alaska law uh gives you asset protection under a self-funded trust.

**PC:** Cause that Q-TIP trust that she has does not give her asset protection. Because it's a trust that Marvin set up for her.

**RS:** Yes. They changed the laws in Alaska basically

**GMK:** Yes. The issue has never been litigated.



Copyright 2000 The Heritage Organization, L.L C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Jonathan and his brother…

**GMK:** Yeah Jonathan does some creative things…

**PC:** …handle these transactions…they tried to model the Alaska law to give you credit or protection on a grant or a trust, right?

**GMK:** Right.

**RS:** Right.

**(Cross talking)**

**PC:** Now did that uh given that the $40 million…

**GMK:** Excuse me for one second Richard…the issue with Alaska which nobody knows the answer including Jonathan. Is there's something called [?] credit and that is one state if there's a judgment in New York there's a very strong constitutional argument that Alaska has to five full [?] credit to that judgment that New York judgment in the Alaska system. Now the dispute is whether or not…which way it's going to go in court if it ever goes to court. Someday it's going to court…so that's the reason why I'm not sure.

**PC:** Similar to the [?] issue on the foreign trust.

**GMK:** Right that's exactly right.

**PC:** [?] with The United States so there's no way to enforce the judgment [?].

**GMK:** Right but you got [?] credit in The United States.

**PC:** So Mickey's assets really are in a Q-TIP trust that provides asset protection, um when we put those assets into…

**GMK:** It'll change in the new structure…I think that's where you're going.

**PC:** Yeah if they still will be asset protected by the Q-TIP not necessarily by the new entity.

**GMK:** Right.

**PC:** Ok.

**GMK:** Yeah.

**RS:** …Mickey's assets estate tax free…asset protection trust for ourselves.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Why did you ask prior to this how much stock we would see selling over the next three to five years? Why did you go out over time as opposed to this transaction we're contemplating this year?

**GMK:** Ok. The largest transaction we did last year was $1.5 billion, and what we did in that transaction for the client was we created basis that he could use for the rest of his life, ok. Now he had a $300 million gain in the year 2000 which we could protect but just to…everything goes under a degree of risk taking, ok. The first level of risk is audit risk. If you—in the year that we did his transaction it created $1.5 billion of basis he had a $300 million capital gain. And obviously paid the tax on it what do you think the chances are of him getting audited in that year? Virtually zero so the year that he did the transaction his risk of audit was non-existent so from that I mean it's very low. The risk of audit on the transactions that we do is fairly…the type of transaction there's three different ways that you can do a transaction to eliminate capital gains tax. Three different general issues the first one has about a 20% audit risk, something less than 20%. Have y'all ever been audited or when is the last time you were audited?

**PC:** We personally have never been audited.

**GMK:** Let me explain to you why you've never been audited and this is the thing that most people don't know. And we only learned this about the last year because we hired a guy that had been up in the IRS. The IRS has a union and you have to be a certain GS grade to audit substantial taxpayers. They can't hire a new guy and have him come out here and audit you, unless they hired a GS whatever they don't have enough of those people to audit high income tax payers. So I mean we the guy we do the $1.5 billion transaction we were talking about…what was the largest capital gain you've had before this year and he said $50 million. I said did you get audited? And he said no. I said well why don't you think you got audited? We can't find anybody that's been audited on a capital gain transaction of just stock. We can't—I'll tell you how to get audited if you want to get audited on a capital gain—sell a house. Because people don't have good records on their home and there's a good chance that if you sell a home for a substantial amount of money you will get audited on capital gains. Because people don't have records you know I sold my house for this and gee I think my basis was this but the records aren't there. And that's the strangest way but the only way we've ever seen anybody audited on capital gains. Even real estate…

**PC:** Going back to [?] it would seem to me my understanding from [?] is that if you do a transaction that increases your basis you certainly are going to have capital gains on that new increased basis. But not on the appreciation…

**GMK:** They both have basis now we give you as much basis as you want to be used anytime in the future, ok. Now we charge for that we charge our normal fee but we only charge 20% of it in the first year and we charge you for the other 80% when it's used. [?] five year [?]



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

so that's the reason I asked that. So for example I'll give you an example...this fellow we did the transaction for he has $1.5 billion worth of basis that he can use against any asset he wanted to sell. It was on a bunch of stock he has a bunch of hedge funds and stuff that are [?] short term gains. The way we set it up he can use that however he wants to.

**PC:** We have a bunch of hedge funds that [?] short term gains.

**GMK:** Ok. We can set it up where it's you know whatever you can put it to short term you can put it to long term you can put it to ordinary income which again y'all said y'all has some stock options.

**RS:** You can put it as ordinary income?

**GMK:** As long as it's investment income not earned income...

**PC:** Yeah so...

**(Brothers cross talking)**

**RS:** How does basis have anything to do with that?

**GMK:** Oh I'm sorry the basis doesn't I was talking about actually sheltering for example your stock options, ok.

**PC:** Yeah.

**GMK:** We can create shelter for you stock option gain, which it's ordinary income...

**(Cross talking)**

**RS:** So now [?] we can create basis to shelter long term capital gains?

**GMK:** Right.

**RS:** And short term capital gains for that matter.

**GMK:** Right.

**RS:** [?] the basis if you don't have the gain. And you can shelter ordinary investment income?

**GMK:** Right.

**RS:** Which has nothing to do with basis?

**GM:** Right.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

**RS:** Different transaction?

**GMK:** Yes…we've got a case…

**PC:** But the one single transaction provides you with basis to shelter capital gains whether they be short or long term.

**GMK:** We can set it up either way you have to set it up so that you do it the way that it's going to apply to those assets. So the answer is yes.

**PC:** So why do people uh why'd the guy only do a billion and a half…[?] in taxes well not taxes but taxes on the gain.

**GMK:** On the gain…that's the way he wanted to do it I mean we get people we just tell…

**PC:** You could have given him $1.8 billion of…

**GMK:** Sure we could completely eliminate—the difference is let me just explain to you why the $300 million had a higher risk factor to it and let me explain to you why. It would have showed up on his tax return when we do transactions they come through usually on K-1's and the reason is the service has no way to audit a K-1. In other words they can match up to see they don't have a computer fastest enough to do this yet but this is their project. Their project is they want to be able to match K-1's like they match interest and dividends. Because they believe right now that people—that K-1's are being sent out but not being put on returns. You're life's pretty good you're not going to commit fraud…

**PC:** Right.

**GMK:** And we're not going to help you either there's something called conspiracy to commit tax fraud and we're not interested in that either. But they're concerned about that but frankly what happens when you do when everything flows through a K-1 then it's on what they call white pages. And the white pages they have no way to computerize that in other words I don't know if you've got a lot of [?] investments. But I must have 200 K-1's that I get on my tax return from various things.

**PC:** We probably have 20.

**GMK:** Ok so you've got a whole bunch so it's a white page with a whole bunch of them on there.

**PC:** Yeah.

**GMK:** And they net out when they come to the tax return itself. Well, when you do that it makes it it's impossible to see this on a tax return. However, when we if we had done a



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

transaction we did the transaction, created basis. Another alternative is to do a transaction to create loss he had already sold the $300 million worth of stock ok that was the difference.

**PC:** Ok.

**GMK:** We couldn't create basis in something that had already been sold so we had to create a loss in his case he had a long term gain so since we couldn't create a long term uh loss we'd create a short term loss and that would show up on different lines on his tax return.

**PC:** Ok.

**GMK:** So it's a little more visible and if you just create basis in something.

**PC:** So going to our situation let's say that we said we were going to sell in the next five years $100 million worth of stock. We don't know how many shares we don't know at what price because it's all a function of what the price of the stock is over the next five years. But we're going to have $100 million this is zero basis stock in this discussion. We're going to have $100 million of gain over the next five years. Um really saying we want to create $100 million in liquidity and we're going to hopefully take advantage of the good times the market has shown. Ok now would you then suggest to us we should create $100 million in basis in one transaction? Ok why do it that way as opposed to creating $30 million of basis this year in a transaction and $30 million two years from today and…

**GMK:** Well, the law may change once you get your basis increase you can use that basis against anything. I'll tell you another story—I tell a lot of stories because we've got a lot of situations. We did a transaction for a large real estate developer and he had stock in the company…and he has a $50 million gain so he did a $50 million transaction and he's an aggressive taxpayer. And he did the basis step up it was a loss creation and he took the loss [?]. And by the way just so you know I mean I can tell you the loss creation is the riskiest and I use that term very loosely…your chances of being audited on that are less than 20%. As long as you take the philosophy that you're going to say no if they ask you to pay the tax [?] and this little word no. Years ago I asked him what in the hell is that for he said I want my tax people to remember my last [?] when it comes to paying taxes the answer is no. Let me ask you a question [?] if you could borrow money and I don't know what else you do with your money besides your company…let me ask this question. If you could make a loan on this basis tell me how much money you would take on this basis. The basis is…

**RS:** Am I borrowing or making the loan?

**GMK:** You're borrowing…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** All right.

**GMK:** You're borrowing money, how much money would you borrow if you had to put up no collateral, you could keep the money for 10 to 15 years with 7 or 8% interest you didn't have to pay the interest the interest accrued [?] the interest accrued 7 or 8% at the end of let's call it 12 years. We're going to flip a coin three times if it comes up tails all three times you have to pay off the loan and the interest. If it doesn't come up tails all three times the loan and all the interest is forgiven. There is about a $30 to 40,000 a year loan-servicing fee for each year. How much money are you borrowing on that basis?

**(Cross talking)**

**PC:** ...if you have to pay off the loan and the interest is the interest deductible then?

**GMK:** No.

**PC:** Never deductible.

**GMK:** Never deductible.

**PC:** And if you don't have to pay off the loan you have no income tax associated with the uh...

**RS:** And you're saying that the probability is one out of eight the same probability of flipping a coin three times and having it come up tails.

**PC:** And the only penalty is you lose the interest deduction?

**GMK:** Well the only possibility is that you'd have to pay the money back without taking the deduction that's right.

**PC:** Well, I mean usually you borrow money to...

**(Cross talking)**

**GMK:** ...you lose you if you don't...

**PC:** If you do lose...

**(Cross talking)**

**PC:** ...if they do lose they can make you pay in other words.

**GMK:** Well assuming you have assets...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**(Laughing/talking)**

**GMK:** Richard that's a good question.

**PC:** Now if you've got your assets protected…this is yet another transaction for one who wants to borrow money?

**GMK:** No, no this is the worst thing that can happen to you if you do a tax transaction. That's the reason why…

**(Cross talking)**

**PC:** …don't have a creditor that would lend money on this basis.

**GMK:** Yeah I do.

**PC:** The US Government.

**GMK:** The US Government…

**PC:** I get your point.

**GMK:** You can take…

**PC:** I get your point.

**GMK:** We talked to a fellow in St. Louis whose company is being sold right now and he says if I had a tax case going with the Internal Revenue Service I couldn't sleep at night. But if you're a business man who'd got…another case right now where the guy's selling the company for uh $3.7 billion and he's getting about a billion of it. And he wants to use his money for the next round he's [?] company after company after company he wants to use his money for the next company. He's selling one company and doing a $1 billion IPO on the other company. And he wants to keep going on what he's been doing and so he says you're telling me that I mean first of all they can't charge you with fraud because you're going to have an opinion from one of the top 200 law firms in the United States. Who say it's more likely than not that you are taking the correct action. Did y'all ever do [?] short term [?] trust?

**PC:** Yeah.

**GMK:** Ok nothing ever happened, right? It was [?] ok that's going happen here I mean…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** The borrowing money analogy was just to point out that basically you're not paying—taking a 12.5% chance [?] worst case scenario is you pay the cash and the penalty, which is 7 or 8% non-deductible.

**GMK:** Right.

**PC:** That was really your point.

**GMK:** That was my point it's a business decision and the question is can you make more that 7 or 8% after tax on the money over the next twelve to fifteen years.

**PC:** It takes 15 years to litigate that matter.

**GMK:** That's exactly right.

**PC:** Now here's uh you've mentioned audit risk and put percentages on the table yet the reality is in no case have you had an audit turn against you no less had to go to court.

**GMK:** Right.

**PC:** Ok so why [?] you pick 1 out of 8 12.5%?

**GMK:** It's as negative as I know how to be.

**PC:** You could say 1 out of 20.

**GMK:** I could tell you what the chances are of this happening I happen to know that Peat Marwick in about 35 or 40 transactions they have had two get audited. And one settled for no tax and the other is in the process of settling.

**PC:** ...transaction...

**GMK:** It's just a different transaction I mean I'm just talking about no matter what you do the chances of you being audited are just so small...especially with our transaction it's not a loss creation your chances are about 3% or 4%. I mean they're next to nothing but I don't I'd rather uh Richard to answer your question I'm gonna make my case the worst it is and tell you what I think is the worst thing instead of what I think is the best thing.

**PC:** But...

**GMK:** I've done $200 million of these transactions myself in [?] trust [?]...

**PC:** The reason you're [?] creation is because basically what you're saying is that you can create losses and shelter it all...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

GMK: Yeah.

PC: And it's most aggressive transaction, but you're using the government's money.

GMK: Right.

PC: Well, ok there's two different transactions one shelters capital gains, one shelters investment income.

GMK: Right.

PC: Um when you do the capital gains...

GMK: I'm sorry I don't mean to throw so much at you but you asked me a question and I'm just trying to answer.

PC: Yeah. When you do the capital gains shelter transaction you suggested that if shelters any capital gain no matter what the assets you sell which what you've really done is created a loss.

GMK: You've created something that—if you create basis you haven't created a loss.

PC: I guess that's true.

GMK: Ok. And that never shows up on your tax return. That's a very, very safe...

RS: How do you tack this basis on to anything?

GMK: Just [?] but we can, ok...

RS: So you can tack the basis onto anything?

GMK: Let me tell you what we did for this guy who was this real estate developer. He did this $6 million loss creation transaction. After we got done he said look and [?] I've done extremely well in the real estate business [?]. I've done extremely well in the real estate business but all my life I have done two things. I have done 1031 exchanges like kind exchanges for other properties, or I have over mortgaged my properties. Either one of those thing resulted in my basis being very low in my properties. What I actually have gotten to the point of doing is when you do a like kind exchange I converted capital gains into ordinary income. Because my properties are throwing off income that I don't have the appreciation to shelter out of these. The thing throwing off income got so big he can's do deals to create enough appreciation to shelter. He says can you come up with something? And we said yes and so we spent a lot of time thinking about it and working on it and what we came up with is a structure that literally someone in the real estate



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

business can take and create a billion dollars or whatever number you want of basis and glue it on to any asset that they sell in the future. And it's absolutely invisible...

**PC:** And legal within code?

**GMK:** Absolutely you're going to get a...

**PC:** But it's not going to be invisible because when you demonstrate how you got your basis you're going to have to disclose the transaction then the transaction is legal.

**GMK:** Sure.

**PC:** Have you ever had this transaction audited? The basis creation transaction?

**GMK:** No we've never had one discovered.

**PC:** But if you were audited and that was your point before on the capital gains it's almost impossible to be audited um and therefore you've never tested it.

**GMK:** Well there's all kinds of stuff out there that would lead you to believe that it's 100%. I mean we'll show you some—one of the things we do when we work with a client is we show them all the legal authority behind what they're doing.

**PC:** Can you get rid of past due taxes?

**GMK:** No if we could do that we'd really have something.

**(Laughing)**

**PC:** I have a real estate friend who has past due taxes from a great deal of phantom income and lack of cash flow that he could desperately use help with as you can imagine.

**(Laughing)**

**GMK:** ...we have a little saying...if you can get it to do a backstroke you've really got something. We can't do the backstroke...

**PC:** So...you can create basis that can be attached to any asset that would generate a capital gain short or long term thereby avoiding the capital gain. Or you can create losses that can offset investment income.

**GMK:** Right and in fact we're working on a case right now we haven't done this but we have a client who has a private company who has $150 million this year in pre-tax income from an S-Corp. We're setting up a structure where he will have another S-Corp that will have



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

a $120 million loss this year he doesn't want to offset, wisely and I agree with him he doesn't want to go from last year he had $120 million [?]. He doesn't want to go from 120 to zero, ok. Again that's just kinda [?] better judgment so we're going to do 120 this year and he'll have 30 he'll pay taxes...a whole bunch of S-Corp just like you do and a lot of our clients do. A bunch of K-1's I should say he gets the K-1. One K-1 is going to have a negative 120; one K-1 is going to have a positive 150 it's going to go over to his return as 30 positive. He'll pay ordinary income on $30 million of ordinary income and go about his business.

**PC:** Now in our particular situation all of our liquid assets are invested in a partnership that primarily invested in hedge funds and other uh types of investments that tend to create either ordinary income or capital gains.

**GMK:** Sure.

**PC:** And there are five participants in this including my mother's Q-TIP trust, myself, my brother, our brother-in-law as an individual, and his related family partnerships that's the basic asset of the Q-TIP trust, his Q-TIP trust. So those five parties are experiencing about $7 million of either short term capital gains or investment income and I suspect if I really looked at it I'd find it's more on short term capital gain stuff but because it's all sorts of arbitrage schemes it's not interest.

**GMK:** Right.

**PC:** But we could look at that now you are saying if we were going to deal with that one take the tax bite out of that.

**GMK:** Yeah we can't [shuffling noises] I'm being candid with you it was the size that was worth the time and effort.

**PC:** Ok. But just take one of us let's say Rob owns 20% of that 7 million, ok uh so that's 1.4 million. Would you set something up, would you set something up [?] or would you set something up for the next five years?

**GMK:** Pretty much do it now.

**RS:** [?] it's primarily short term gains...

**(Brothers cross talking)**

**GMK:** Yeah but you don't want to, ok. Cause in order to take basis [?] it's gotta go all the way down to the bottom and you don't want to do that.

**PC:** Right so you can tack basis...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.