**GMK:** What you can do is you can use basis I can attach basis to this glass. Let's make is simple let's just say you've got 100 shares of stock. You can put basis, a million dollars worth of basis or 10 million or whatever on 100 shares of stock you can do it on...you want to be reasonable in other words it depends on how much you want you may want to tack it on a 1000 shares. But for example where clients have had a lot of stock in a public company we have tacked the basis onto a relatively maybe 10 or 20% of their stock.

**PC:** Mm-hmm.

**GMK:** That let them do whatever they wanted to with that 20% without them having to sell all their stock to use their basis. So it was that inner 20% [?] they would chop off a little of that basis they would...it's really pretty simple. Let's say you have shares of Constellation and you have 20% of your shares that have basis in them. And you [?] have another whatever you have some shares that don't have basis and you have some shares that do have basis. Before you sell it we drop it into we take it to another little S-Corp or something so we have two partners. We drop it into a partnership or a limited liability company, when you sell those two things you're going to say ok I've got 100 shares in here and I've got 1000—I've got 100 shares that have basis on them I have 100 shares that didn't have basis and they're the exact same stock it's going to be in a partnership. You're going to lump them together you have probably the same purchase date and everything else, no difference. You're going to lump them together, you're going to sell them at the same time and the basis created from the 100 shares is going to be in a partnership and it's gonna offset the gain on the 1000 shares. And when you get a K-1 there's nothing there to speak of so you...

**PC:** I understand I really do. What I was really asking is in this case let's say that we have $1.4 million for him of investment income...

**GMK:** Short term gains.

**PC:** Short term...

**GMK:** That's what they really are.

**PC:** Ok. But you're distinguishing between investment income and short term capital gains.

**GMK:** I used the thing because short term gains are taxes if you're investment income.

**PC:** Do you need a different vehicle for investment income versus short-term gains?

**GMK:** Yes, yes if you're talking about S-Corp earnings you can't do anything about interest, ok so I may have mislead you there I didn't mean to it just may have not been clear. Um so interest is not something that we can do something with; without—let's just leave that alone cause first of all nobody has enough interest that's worth our while to do...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L L C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** The truth is the sell of stock options is short term gains.

**GMK:** Yes those are large transactions so we can turn around and create a short term loss for the stock…

**PC:** So we're really talking…

**(Cross talking)**

**PC:** Ordinary cause it's short term?

**GMK:** No it's not short term it's ordinary income it's not even a gain.

**PC:** Oh ok you're going to use an ordinary income loss?

**GMK:** Right.

**PC:** To offset a short term capital gain?

**GMK:** No to offset the stock option ordinary income…

**PC:** Oh it is ordinary income?

**GMK:** Right.

**PC:** But it's not interest income.

**GMK:** That's right.

**PC:** Ok, ok. So…

**GMK:** Do you understand all the investment rules and…

**PC:** I forget them.

**GMK:** …complicated…

**PC:** Right. So in this case he's going to have $1.4 million probably of short term capital gains so it answers my question…trading gains would be short term capital gains.

**GMK:** Yeah that's right. And we will offset that against something that he's got in another pocket.

**PC:** Right which he has access basis…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Now remember one thing.

**PC:** Mm-hmm.

**GMK:** At his level we can take and take he has an interest in this partnership, right?

**PC:** Mm-hmm.

**GMK:** We can take that partnership and put that partnership and put it in another partnership that had the…

**RS:** [?] basis.

**GMK:** You got it.

**RS:** That's how you [?]…

**GMK:** And then comes up as one K-1and you just slice off a little piece in that other partnership.

**PC:** Yeah that's because…

**(Cross talking)**

**GMK:** Yeah.

**PC:** That's just trying to…

**GMK:** Avoid the audit.

**PC:** Avoid the audit because if it came in with two K-1's…by the way this is 1.4 million of short term gains you need 1.4 million of short term losses each year.

**GMK:** It depends on how you do it.

**PC:** You can…

**GMK:** Usually you can take a long term gain and I'll say it against a short term…that you can do that and it's the same thing. Because you can't offset a long term loss against ordinary but you can offset against short term gains. There's a $3000 a year limitation against ordinary income that you can't offset against short term losses. I said it backwards—long term losses against short term gains offset.

**PC:** Once you've dealt with all your long term gains.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Yes.

**PC:** Ok. So it's the same transaction that is avoiding the tax on our stock sale that could avoid the ordinary income tax each year that we're paying not the ordinary income tax really the short term gain tax that we're paying coming though our K-1's and our hedge funds.

**GMK:** Right. But like you said you have to offset against long term first...

**PC:** Yeah.

**GMK:** ...and then short term. We did a transaction for a fellow last year who had a whole bunch of short term gains and he just decided he would pay the tax money on his long term gains, which were less. And obviously taxed at a lower rate and offset the short term. When you get into this the choices are pretty [shuffling noises] and you just look at it and say ok I mean you look at it and say well now we have people make all kinds of [?] for all kinds of reasons. Just look at it and figure out what you want to do I mean if you want to be a [?] have a good use for your money then you want to pay as little tax as possible until hell freezes over.

**PC:** So in looking at our situation I want to go back to the warrants, the warrants fit right in there, too.

**GMK:** Sure.

**PC:** I mean they're just another gain. So I'm looking at our situation I take it what you would really do is look at exactly how the family assets are organized and where in fact we anticipate I'll call them long term gains but those are sporadic and where we anticipate short term gains because those tend to be recurring on the basis of your style of investing. And put together the appropriate I'll call it hedge at various levels within our structure, which would be for each individual taxpayer probably.

**GMK:** But then you have to look and see if we're going to do a trust my trust remember that I said my mother and grandmother set up is a separate taxpayer.

**PC:** Correct.

**GMK:** If I'm going to have assets in my trust as opposed to individually I've got to make sure the losses are in the trust not with me individually.

**PC:** Right.

**GMK:** So you...

**(Cross talking)**



Copyright 2000 The Heritage Organization, L.L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** So we'd have to decide...whether we're going to have asset protection trusts utilizing our mother's being alive.

**GMK:** Right.

**PC:** And we have to decide where her assets are going to lie because she's...

**RS:** [?]...

**(Shuffling noises)**

**GMK:** [?]...

**PC:** ...battle with the IRS over this stuff. [?] throw you in jail for not paying Social Security taxes uh you've never seen anything like that...

**RS:** I pay Social Security taxes, by the way.

**PC:** When do you pay Social Security taxes?

**RS:** I pay on my household employees.

**PC:** Oh I thought you meant for yourself.

**RS:** No on my household employees cause I don't want them coming around using that to leverage me on some major issue.

**GMK:** You got it. You're smart.

**(Laughing/cross talking_**

**GMK:** ...is I have my household employees employed through the company and they do everything and then I reimburse the company for everything including their medical benefits.

**RS:** Oh...

**PC:** ...Social Security taxes, are you?

**RS:** Sure.

**PC:** And therefore your household employees [?] income?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** I don't know what they do; I don't care what they do. What you're really asking is do I withhold? No. That's what I don't do; I pay their Social Security tax. A quarterly return is filed for my household employees and I pay the Social Security tax...my only legal obligation what they do after that—I told them I pay their Social Security tax. The IRS [?] somebody who makes a couple hundred buck a week...matching up whether each person filed an income tax return with the same amount of income that is represented by the...I doubt that seriously.

**(Cross talking)**

**RS:** ...what can I say. If my household employees don't pay their taxes I can't do anything about it and I don't have a legal obligation to withhold.

**PC:** You know I should probably...Social Security taxes...

**(Cross talking about household employees)**

**PC:** So where do we go from here?

**GMK:** The next step is for us to bring back—let me tell how we're compensated what our agreements say. We have three different agreements—one agreement is capital gains, one agreement for ordinary income type things-options that type thing, one agreement; there's actually four I'm sorry. One agreement for...

**TWS:** Estate.

**GMK:** ...estate, and the way we started which is not something [?] in the first place but we started our business years ago the reason [?] we show you an insurance contract if you decide to avoid income tax [?]. If you don't have any estate taxes you don't need life insurance. Do y'all have a bunch of life insurance?

**PC:** We have none.

**GMK:** Ok well the reason our clients [?] tax-free...anyhow those are the four agreements...

**PC:** Give me the four agreements—estate tax elimination...

**GMK:** Capital gains elimination, income tax elimination, estate tax, and the insurance...

**RS:** What's the insurance deal?

**GMK:** Ok let me explain that to you. The way our company started 31-years ago is [?] is we made all of our money from the brokerage commission on securities and life insurance. We started out doing nothing but estate planning and then some securities but not a lot.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

Um we didn't make any money unless a client took action, we didn't charge a fee back then—what we learned very quickly was that major law firms spend no money for research and development. To have a major law firm go spend money to buy information from another law firm doesn't happen, ok. Last year we spent $12 million buying information from major law firms, which we bring back in our company, we have 120 employees. And each person in the company has to take three IQ tests and they have to average 140 to be a receptionist so we—and to get into our research and development department and our analytical department is we've got people in there that we don't know what their IQ is. They've never made less than a perfect score on [?] and our test doesn't go that high. So these people take those ideas and put them together and get these results. And the results I mean you're going to walk out of here and look at each other and say this sounds way too good to be true. If we had a nickel for every time that's been said but it's true, but it's true. I mean we've gotten opinions on everything we've done from major law firms all across the country. Um so we take these things and we and that's what we learn ok then eventually we did that in the estate area. Then eventually we said ok we're going to start charging fees because we can do stuff that [?] we didn't need insurance. If you could reduce the estate tax to zero you can pretty well eliminate the need for insurance. So we started fees based on a percentage if the client implemented what we showed them. And that's why I say if we show you, your mother whatever if we show y'all an estate tax plan it's 6% of the amount of the assets put into the transaction. Um and it scales down by size but anyhow then on capital gains transactions or income tax transactions you keep 75% of the benefit and we get 25% of the benefit. If it's a current benefit in other words something you were going to use in 12 months then we're paid immediately. If it's something you're going to use in the next five years then we get 20% of it when we do it and we get the other 80% when you actually use the benefit.

**PC:** So for instance on this gain on this basis creation now we just said to you we want to create $100 million in basis that would save us...

**GMK:** $24 or 25 million.

**PC:** ...24 or 25 million you'd then get 25% of that but you'd actually get 4 or 5 % of that up front.

**GMK:** No we wouldn't get that much?

**PC:** 5% of the tax?

**GMK:** No we would get no cause you're not going to use it all in the first year. You're going to use it over a period...

**PC:** [?].



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Ok if you're not going to use it in the first year you pay us 20%, which is [?] a million dollars. You pay us 20% of the 6.whatever...you pay us 20% of that.

**PC:** We pay about a million buck, a million two and then we'd have about 4 ½ or so to go as we used the $100 million basis.

**(Laughing/cross talking)**

**GMK:** ...really want to aggravate...we have to charge something on that stuff...

**PC:** So the 80% carries interest?

**GMK:** Yes [?].

**RS:** And there's a retainer.

**GMK:** The retainer is $22,500.

**PC:** Now as I understand this arrangement...we pay the retainer you then will disclose to us the exact nature of these transactions.

**GMK:** Everything you need to know.

**PC:** And to our lawyers and accountants and so and so...

**GMK:** Yeah they have to be somebody that will sign confidentiality basically a confidentiality agreement. Our confidentiality agreement is not really a confidentiality agreement what it basically says is it's really a [?] what it says is if you compete with us by telling anyone you pay us $2 million for each person you tell that has not already signed an agreement with us. So for example Blattmachr's signed agreements with us so you can use him with no problem. But if a client has another or your accounting firm [?] let me tell you none of the national accounting firms will sign our agreement. Uh the way we do that is we have a medium size accounting firm in Dallas where all the partners [?] and they do K-1's and it passes through to our clients tax returns. So if you use one of the top accounting firms they don't have to sign a retainer fee [?] K-1's...

**PC:** We don't use an accounting firm.

**GMK:** Ok well whoever but the key thing is there we've learned from experience that you know that you don't want to have to—if you've got a major law firm and you're protected under all these various things you don't want to have [?] who doesn't know what's going on... [?] he doesn't have to [?] a liability of any kind before these transactions [?].

**PC:** Um the agreement you say is a non-compete...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** It's a non-compete in let me put it this way the reason I say it's a non-compete is because we are just so cautious when you see our agreement [?] capital gains or income taxes [?] say we're going to do all these other things. We're going to diversify, we're going to have to protect your assets because if we never had a client go to court, but if we ever do we want that client to be in the best position possible. And every time cases come out and [?] the courts have said if you have a contingent fee in other words the fee is contingent on the tax savings. That's an indication that that's all the transaction was entered into for. So when you see our [?]...

**TWS:** [?]...

**GMK:** ...so um the I'm sorry I lost my train of thought.

**PC:** Contingent fee.

**GMK:** Yeah...

**PC:** So your agreements don't really speak in terms of contingent fee...

**GMK:** Right.

**PC:** It's disguised as some other fashion.

**GMK:** Well, it's not [?] on getting the tax benefit in fact our agreement releases us and says that we are in now way responsible...oh my god these people are released and [?]. We don't give you guarantees, ok, that's very clear that we don't give an guarantees because the courts have said if there's anything that resembles a guarantee then that [?]... In other words whenever you do a transaction it's got to have economic substance, and/or business purpose. If it's an economic transaction there's some other kind of transactions...your charitable remainder trust, ok how big was the transaction y'all did on that?

**RS:** Hell if I remember...15 million.

**PC:** I think...

**RS:** Five million each.

**PC:** I think it was bigger.

**RS:** 7 million each uh 21 million—I'd say 21 million.

**GMK:** Ok that's an off return transaction, you ended up having your capital gain taxed to a charitable entity, right?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Yes.

**GMK:** That's what we call an off return transaction in those kinds of cases you don't have to have a business purpose for doing that. The law is very clear on that we've researched that technique up and down one side down the other. I mean it was an absolutely perfect transaction, one of the things...

**PC:** [?].

**GMK:** Well no they changed the law, there's still ways to do it but they've changed the law.

**PC:** I thought they just came out [?].

**GMK:** Ok the law is...

**RS:** Did they change the law?

**GMK:** Yeah.

**RS:** Ok.

**GMK:** They changed it to where...back when you did it...

**PC:** I don't even remember how that thing works so there's not point in...

**(Laughing)**

**PC:** ...it was a timing thing.

**GMK:** Right. It was an absolutely safe transaction...but it was...

**PC:** Anybody get audited on that?

**GMK:** Some people, none of our clients did but I think...

**PC:** It went?

**GMK:** Yeah absolutely. Yeah and that's the thing I mean the service came out with notices and stuff that said—it sounded like they were going to shoot everybody on sight that had one of those. [?] thank you very much, good-bye.

**PC:** So back to the way you work—we give the $22,500 retainer that buys us the full analysis and then the disclosure of the transactions and then the recommendation of what transactions um would apply to ourselves, basically the matrix of transactions that we



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

might use. You're going to say well your mother if you want to you can do the estate transactions for yourselves you can do [?] we have large estates and children.

**GMK:** Right.

**PC:** We can do the estate tax transaction plus with the Mother's trust you can do with the trust from your mother you can do the uh creditor protection, asset protection trust. Um you've got ordinary income, ordinary investment income and you've got potential capital gains so we can do the ordinary income tax transaction and we can do the capital gains transaction. Now have you ever had anybody do it all at once?

**GMK:** No, you can't. It's too mind boggling.

**PC:** You said it's too mind boggling?

**GMK:** The likely thing is [?] you'll do a basis increase and you'll do your Mother's situation first. After we've gotten all that through then we'll...

**PC:** Are the transactions [?]?

**GMK:** No once you do the basis increase ok now remember the basis lasted onto the assets, so we can do a basis increase and then move them anywhere we want to move them. It's the loss thing that—it's your hedge funds because that's going back to you. That has to be corrected...

**PC:** [?].

**GMK:** The nature? I'm sorry I don't understand the question?

**PC:** The nature of the estate tax elimination transaction [?]...

**GMK:** You keep control.

**PC:** But the individual [?] and it's on a chunk right?

**GMK:** Yes whatever you...

**PC:** [?] do you have to specifically identify the assets or it's only a dollar amount?

**GMK:** No you identify the assets [?].

**PC:** Ok. Um the problem with hedge funds is the assets are sitting [?] investment partnership. Now actually...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

**GMK:** Another issues [?] hedge funds, how many do you have in there?

**PC:** Probably only five or six this was my point being within this investment partnership that we have within this family partnership or it's really just a regular old partnership…within that…

**RS:** A general partnership.

**PC:** Right. Within that actually many of the investments are not hedge funds a number of them are just um stock portfolios managed by some manager. Now we could…

**GMK:** You can't do anything down in there because to glue basis on to the original asset it has to start up here with you and go down each level down through the partnership [?].

**PC:** Right.

**GMK:** It has to go all the way from you all he way down to that share of stock so it doesn't make any sense to try to get to the core of that thing.

**PC:** But if you're creating gains there and you have offsetting capital losses…

**GMK:** Yeah you just take…

**PC:** …personally…

**GMK:** You're just going to…

**PC:** …you're just going to match them.

**GMK:** That's right. We're going to create something with basis so that you can use that basis, as you need year by year to create an offsetting loss. [?] and do it however you want and you put everything in the partnership and you can put and this is an interesting thing. If you start one you have one partnership, you and your corporation. You can keep adding basis you can have the basis asset outside and each year but as much in as you need or put a bunch in and just hold it there. And then sell it as you need to offset the [?]…

**(Cross talking)**

**PC:** …the only reason you're doing that through a partnership is—the only reason you're doing that through a partnership is to get it into a K-1 form.

**GMK:** Where they offset each other so they don't—you don't have—I mean I've got [?] on my tax return. In a lot of ways I'm involved in a transaction [?] so I mean I've got so many K-1's [?]. You got huge pluses and huge minuses, our airplanes [?].



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** We had an airplane—airplane transaction?

**GMK:** We have three or four airplanes…

**PC:** Why didn't you fly out here on one?

**TWS:** Well, we came separate.

**GMK:** [?]…

**PC:** Oh.

**GMK:** And then came through Dallas [?]…

**PC:** What type of planes?

**GMK:** The primary plane we fly is a Jet Star II; we're not a public company so we fly the cheapest and the best. Do y'all have a plane?

**PC:** Mm-hmm.

**GMK:** What do you have?

**PC:** [?] 50.

**GMK:** Nice plane.

**PC:** Mm-hmm. Well familiar with the Jet Star II.

**GMK:** Great airplane.

**PC:** Oh great airplanes.

**GMK:** [?]…

**PC:** As long as you don't have any corrosion problems.

**(Talking about airplanes)**

**GMK:** …we haven't been audited probably in the last eight or ten years but since [?] we just pay our taxes and do what we're supposed to do. And after every meeting we dictate a debrief of the meeting because we'd never remember all this [?]. And so when they come in and want to audit business expenses or anything else we just lay out a stack of debriefs about this thick and then go ok [?].



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** So you've got multiple [?]?

**GMK:** We have a Jet Star II and we have [?] I think we're about to get rid of the [?]. And then we have two [?].

**(More airplane talk)**

**GMK:** You know a lot about planes, are you a pilot?

**PC:** No.

**GMK:** [?].

**PC:** You know a lot about them too, are you a pilot?

**GMK:** No.

**PC:** So you've bought and sold a few, same here.

**GMK:** Ok.

**PC:** Probably have a consultant you've been working with for years depending on the kind of airplanes you have you have to have a certain kind of person [?] a certain kind of [?] to recognize the value. Most people [?] I buy a new car every two years, I need to go buy a brand new airplane—I don't care about the fact that you can get a Jet Star II that does everything that a Citation Seven will do. And [?] one's going to cost me 2 and one's going to cost me 10.

**GMK:** Right, you got it. Yeah that's [?] and we have our own [?]. All right [?] we will come back with our agreements and go through them with you and you know. The agreements…sum it up. What we're going to do is we are going to basically show you everything if you use it you're going to pay us as we've discussed, if you don't use it your only obligation is not to tell anybody unless you want we can also tell you where to send you $2 million checks if you want to.

**PC:** Let me ask you another question about that um you feel that when the transaction [?] particularly if your client's advisors were particularly not eligible. The tax attorneys and so on and so forth that there's a general feeling that what you have charged for and what you have disclosed is in fact viewed as proprietary information that could not have otherwise been obtained um without going [?] a high degree of satisfaction that when the client walked away and the client's advisors walked away that they said yep we only could get this from one place. It was proprietary and it's not you know some transaction that you know next week J P Morgan's going to be calling me or KPMG's going to be calling me or Blattmachr's going to be calling me. [Shuffling noises]. One guy's



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L.C only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

charging by the hour, one guy's got a contingency fee and you know we paid you some relatively large amount of money.

**GMK:** The guy that was [shuffling noises]…

**PC:** The short versus long?

**GMK:** Yeah.

**PC:** I was just looking at that…bottom of the right hand page maybe or left hand page?

**GMK:** They've changed that I just wanted to make sure what I said to you was right. [?]. Yeah any capital loss is deductible only to the extent of any capital gains plus $3000 a year. And thus both net long term capital losses and net short term capital losses…

**PC:** There's a sequencing that takes place…

**GMK:** Yeah you have to offset…you offset your long term gains against your short term and you used them up against long term [?]. And they've changed that they played with that. I'm sorry what was your question [?]…

**PC:** [?].

**GMK:** Ok the guy that did the 1.5 we're in the meeting and we're [?] why couldn't you guys come up with this so I could pay you by the hour and wouldn't have to pay these assholes these outrageous fees. That's the…you asked a question and that is everybody feels like they got absolute value for what they paid. They don't like the fact that they have the best law firms; the best accounting firms and these people aren't doing anything for them. That the client resent that they are being charged a lot of money and they're not getting what they should get I mean [?].

**PC:** So you don't think that AA or KPMG they don't have these transactions?

**GMK:** We've worked with AA clients we've worked with KPMG and [?].

**PC:** And we can't bring in—we will not be able to bring in a major accounting firm to [?] on your transaction because you don't believe they'll sign your agreement.

**GMK:** We know they won't. We're absolutely certain of that.

**PC:** But we can bring in our minor accounting firm [?] they'll sign your agreement, which I don't know my guess is they probably will. And your agreement does contain an exclusion for information that is already in their possession…if they can demonstrate that they already knew of the transaction…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** It does not—here's the exclusion that it gives. [?] professionals it includes a public domain exclusion. What it—everything that we do in fact it's in our agreement is known to somebody.

**PC:** Right.

**GMK:** But it's the way it's put together the sequence and the combination and all this stuff. It's the way it's put together, and our agreement says if it comes out –it's like your charitable remainder trust your short term charitable remainder trust. Once that hit the public domain anybody that had signed our agreements was free to use it. I mean the IRS came out with a notice that said we don't like these things and I mean [?] constantly. I mean [?]...

**PC:** [?] two weeks later KPGM comes to us with the same thing...

**GMK:** That's not public domain, [?]...

**PC:** ...and then we implement and use KPGM.

**GMK:** No, you still owe us a fee...it doesn't have anything to do with you because we spend an enormous amount of time educating. [?]...

**PC:** Excuse me...

**GMK:** Sure go ahead go.

**(Loud moving around noises/inaudible talking)**

**GMK:** ...we'll go through that with you when we bring the agreements back. [?] it's different levels; there's levels for different types of planning. I never thought I'd ever see a fee agreement where our fee was reduced down for everything over 5 billion...thought that would be our top bracket. But [?]...

**PC:** Um do you find that when you do transactions with people like ourselves who bring in their lawyers and maybe their accountants if uh they're not one of the Big firms. Uh do those people in turn end up finding customers for you? I mean because there's nothing in you agreements that say...

**GMK:** I'll give you an example right now.

**PC:** Mm-hmm.

**GMK:** We've got a meeting next week with a law firm that uh Bank of America came to and they signed an agreement with us. They can't use what we've shown them [?] various



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

people involved in a particular transaction. [?] we get quite a bit we get mixed reaction from professionals.

**PC:** Mm-hmm.

**GMK:** They hate us in one respect because we charge enormous fees. They can't deliver what we can deliver but that doesn't seem to bother them. I mean they just they get very upset that somebody—I think that is what the average lawyer thinks about the average [?] attorney, the ambulance chasers.

**PC:** Yeah. Um can you reduce capital gains for um corporations?

**GMK:** We don't do any corporate work and the reason is you run into a whole bunch of registration rules and stuff on corporations and we [?]. S-Corp by the way is not a C-Corp.

**PC:** Yeah I understand.

**GMK:** Ok.

**PC:** Um and you said you will come up here with the agreements—we had the same conversation with Tim. You were supposed to come up with the agreements this time.

**GMK:** He brought me instead.

**PC:** Yeah well he was going to bring you and the agreements.

**GMK:** Ok.

**PC:** Um but you know we'd be perfectly satisfied if you just send us the agreements.

**GMK:** We uh [?] I will tell you something Richard; everybody that reads the agreement I mean pardon me for being crude one of our clients who signed the agreement said if you had just written "fuck you" at the top of every page it would have been shorter reading. I mean they're written by lawyers and they're you know.

**PC:** Well, I mean obviously you come up here we have—bring the agreements with you we haven't read them…

**GMK:** We're not going to ask you to sign them when we bring them…

**PC:** Right but what are you going to do? Just…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** We're going to explain to you the intent of each one of the various paragraphs and what they really mean, ok. [?] go over them with you, leave them with you, let you read them at your leisure uh whatever. And by the way [?] if you want more references we'll give you more references and a couple of clients you can talk to.

**PC:** Uh what time is it?

**TWS:** It's 10 after 5.

**PC:** Ok, how do you deal with um [?] my mother—well the problem is…

**(Shuffling noises)**

**GMK:** …in other words you agreement will be [?] do you have a wife?

**PC:** Mm-hmm.

**GMK:** And Rob and his wife [?] do you think your sister's [?] will be involved in this?

**PC:** Mm-hmm. Andy himself could be involved, my sister's partnership could be involved.

**GMK:** Ok we just need the names of anybody that could be involved in this, do you have another brother?

**PC:** No, brother-in-law.

**GMK:** Brother-in-law, ok.

**PC:** I guess here's my question, which is and I think this is fairly easy to answer. It's not any particular partnership it's individuals with mouths that's of interest to you.

**GMK:** Right.

**PC:** So if in fact um…

**GMK:** With a trust [?].

**PC:** Correct so that's the person's name you want?

**GMK:** Yeah like your mother's trust we'll need the name of your father's marital trust and…

**PC:** Ok you do need the name of the trust?

**GMK:** Yes.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** In addition to the signing trustee?

**GMK:** Yeah cause we'll put on there the trustee by whoever it is.

**PC:** Let me just get something.

**GMK:** Ok.

**(GMK & TWS talking while waiting for PC)**

**PC:** [?] lost track of the time.

**GMK:** [?] the names of all the relative people and entities so we can, cause you and your wife will have an agreement, I assume you're married?

**PC:** Yeah.

**GMK:** Ok you and your wife will have an agreement, Richard and his wife will have an agreement, your mother and her trust will have an agreement.

**(Shuffling noises/inaudible talking)**

**RS:** Do you know the name of Mickey's marital trust?

**PC:** It's not a taxable entity—I don't know. But—you wanna put all the agreements together and just have one?

**GMK:** Well as close as we can…

**PC:** [?] leave it blank.

**GMK:** We can't we won't be able to do that—here's what we're going to have to do. The agreements are so terrible…

**(Brothers talking)**

**GMK:** Do you have your stuff set up in…

**PC:** Yeah.

**GMK:** [?] and I'll bring you mine?

**PC:** Um what information?

**GMK:** Your home address and all that stuff?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** Um no.

**GMK:** Ok. [?] is it in there?

**PC:** No my home address—I know mine…

**GMK:** What you can do is…

**(Loud shuffling noises)**

**(Talking about "beaming" the Palm Pilot)**

**TWS:** I'll get the calendar.

**PC:** I do want a list of references that I can talk to.

**GMK:** [?].

**PC:** I know Jonathan and you and him are personal friends, right?

**GMK:** Right.

**PC:** And I trust him [?] he's a good guy a very good guy.

**GMK:** He is [?] even though we're friends…

**PC:** Yeah.

**GMK:** Sometimes he gives us more grief then you could possibly imagine…

**PC:** He's a good lawyer.

**GMK:** He is.

**PC:** [?] lawyer I think.

**GMK:** Uh how does Wednesday afternoon June 27th look?

**PC:** Wednesday, afternoon June 27th.

**RS:** Do we have a Board meeting Wednesday morning or is that Thursday morning?

**PC:** I think—Board of Directors meeting at 10:30…

**RS:** At what time?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** It's at 10:30 am. Yeah so we could do it [?] on that Wednesday.

**GMK:** Two, three, whatever.

**PC:** Yeah why don't we make it three?

**GMK:** Ok. Done. I'm glad you looked that up Rich I thought it was that way [?] and verify each time.

**RS:** [?].

**TWS:** Yeah I think it is.

**PC:** Ok the 27th at 3:00.

**GMK:** [?] in our company there are only three correct answers—yes, no, and we don't know but we'll find out.

**PC:** [?] I'm just looking at…

**RS:** Thank you.

**GMK:** Nice seeing you.

**TWS:** Bye Rob.

**RS:** Are you guys done?

**PC:** Do you need…

**GMK:** …to New York.

**TWS:** I'm going to Syracuse.

**RS:** I'm going to the airport right now if you want a ride.

**PC:** [?] where are you going?

**RS:** Philadelphia.

**PC:** How come?

**RS:** The basketball game the uh 76ers and uh the uh…

**TWS:** Yeah you better get going.



Copyright 2000 The Heritage Organization, L.L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** It's going to be a good game.

**(All talking at once)**

**PC:** Why do you want our wives' names?

**GMK:** So [?] wills and trusts and stuff like that. And they may want and I have no idea of your marital relations. There are some guys that do everything and never tell their wives anything...

**PC:** Mm-hmm.

**GMK:** ...and we have other people who do everything and their wife has to agree to it or they're not comfortable. So we put them on there [?] by the way if you don't want your wife to sign we still put her name on there because if down the road you want her to—you want to explain all this to her for some reason then the way our agreement is it only binds those people who sign it when they sign. So...

**PC:** Ok I'm actually interested in my ex brother-in-law's wife—my brother-in-law's new wife.

**GMK:** Ok.

Robert

**PC:** Is my question—I'm not concerned with Jennifer or Nancy, his wife and my wife.

**GMK:** Well, [?]?

**PC:** Let's not...

**GMK:** You don't have to have her in that.

**PC:** Yeah I'd rather not.

**GMK:** Ok.

**PC:** Now here's the—I think I know the answer to this question but this is overly confusing but eventually we'll explain all this to you. Constellation stock sits in this partnership, ok. That's the main holder [?] my sister there's two partnerships. One partnership which our family partnership with my brother and myself this is a Blattmachr um death time freeze she had cancer for 12 months. Um my brother and I have ½ % interest in these partnerships.

**GMK:** Ok.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** And the um partnerships have what I call deferred partners and [?] which is not partnership terms but—and my sister's children are the common partners i.e. getting the appreciation and they get that through trusts under her will.

**GMK:** Ok.

**PC:** And my brother-in-law gets the deferred interest, which is fixed, um through the two martial trusts. One major marital trust [?]—so there's stock sitting in this trust for Constellation. Constellation stock and then Richard has his own and Robert has his own and I believe Andy has a little bit, too.

**GMK:** Ok.

**PC:** So if we were going to have a stock sale it's clear Robert's a taxpayer, Richard's a taxpayer coming through here what will happen is...capital gains tax...

**GMK:** [?] the agreement and see how it allocates.

**PC:** Yeah because it may allocate [?]. But...

**GMK:** Are you a partner here?

**PC:** Yes, as is Rob.

**GMK:** And there are [?]...

**PC:** That's correct, as are these.

**GMK:** Ok the trustees here [?]...

**PC:** Well, do you need to we'll get all that for you.

**GMK:** Ok.

**PC:** Ok? It looks to me like I can answer this question because if the capital gains tax goes into here and a tax is paid here because taxes are paid within the trust to the extent that they're not distributed. As is not the case here all ordinary income is passed through.

**GMK:** Are capital gains treated as ordinary income or are they allocated [?].

**PC:** Yeah I'm going to have to look at that. So does this mean you're going to need potentially agreements with this trust, this trust, this trust, and this trust?

**GMK:** Yes.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** And of the trustees of the trusts?

**GMK:** Yes. One trustee can sign, two of the trustees of the trust…

**PC:** It's always a combination of Marvin not uh Marilyn Sands, Richard Sands, Robert Sands, Andy Stern. You're only going to be dealing with Richard, Robert, Andy and my mother—that's it.

**GMK:** Ok. What we'll [?].

**PC:** Ok, I have some work to do here.

**GMK:** Ok you've got my card you want to just fax that to me? I've got my fax number on there.

**PC:** Ok.

**GMK:** Do you have your Palm? I'll send you my business card.

**PC:** Uh I lost my Palm—it's temporarily misplaced.

**GMK:** I understand. I'm gonna put my cell number on here.

**PC:** Ok.

**GMK:** And…

**PC:** So what we're really—let's say a particular trust…doesn't pay taxes it's a pass through trust.

**GMK:** Ok.

**PC:** And doesn't really hold any of the securities that will be sold…

**GMK:** [?] partnership interest?

**PC:** Yeah.

**GMK:** Well then you gotta take it all the way through…

**PC:** So you'll need an agreement—for example I believe Andy Stern [?] it's only [?] partnership interest in [?] which holds the stock that's going to be sold.

**GMK:** Ok.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**PC:** And then someone down here's going to pay the tax it may not be a case I betcha the tax is paid here...

**GMK:** Most trust allocate [?]...

**PC:** Yeah, yeah.

**GMK:** Unless—sometimes they give the trustee the authority to allocate as they desire.

**PC:** Yeah. Including short term capital gains?

**GMK:** Yeah.

**PC:** Yeah because that's what's generating all the uh I think Andy pays all the taxes...[?] trust itself pays a good piece of tax, yeah. So, Andy's marital trust—all ordinary income is passed through and the beneficiary pays it.

**GMK:** Right.

**PC:** Um and capital gains are paid at the trust level.

**GMK:** Right, that would be normal.

**PC:** And [?] the kids' trusts ordinary income taxes are only paid to the extent the money's distributed and that's what's called complex trust?

**GMK:** Yes.

**PC:** Ok so these are called complex trusts and the standard marital trust is not a complex trust.

**GMK:** Uh no it has to pay out all the income to the wife.

**(Long Silence)**

**GMK:** Here's these fax numbers.

**PC:** Ok.

**GMK:** One of them is my travel fax that my travel assistant has and that way when you fax [?].

**PC:** Ok, ok well we'll get you all the information.

**GMK:** Ok.

**PC:** And we'll make sure we have the proper signing powers.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** And if there's something wrong with the first draft we'll still have time to change it.

**PC:** Ok.

**GMK:** We have some clients that we literally have to put an exhibit of all the entities and then have all the family members sign and they sign—they're signing individually and [?] for any and all the entities included in exhibit A.

**PC:** Yeah.

**GMK:** So…

**PC:** Since the death of my sister and what we did there and my father's death I mean that's why I make these flow charts, which I have had on my action for the last year to update flow charts.

**GMK:** That's one of the things we do [?] first of all you're going to get all the legal stuff.

**PC:** Mm-hmm.

**GMK:** You'll get cases, statutes whatever you can get. You'd get diagrams showing how everything works.

**PC:** Mm-hmm.

**GMK:** You'll get—along with that you'll get a—it'll have executive summary type stuff full of information on what each diagram does and what the purpose of it is. And then we will financially model on a cash flow basis, on income tax basis, as asset building basis everything [?]. So you'll have good—all you need to make an intelligent decision. You'll have [?] there will be an investment risk in some of the strategies you'll know what the investment risk is.

**PC:** Mm-hmm.

**GMK:** We model that out—what the maximum exposure is because they have to have economic possibility of gain or loss if you're doing a non-off return transaction. Which there's three transactions—you can do a loss creation, you can do a basis step up, or you can do an off return. You've done an off return so you know what that looks like.

**PC:** Mm-hmm.

**GMK:** The other two it doesn't have to have any economic reason at all [?] and the code says this entity is tax exempt. If you do any of the other two either a loss generation or a basis creation you have to uh have an economic risk. It has to be a real transaction—



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

Colgate/Palmolive is a case an ACM case. But Colgate/Palmolive did a transaction that met the tax law but was totally [?] there was no economic possibility of property loss. They lost the case in court. An attorney that we bought research from was representing a client who did the exact same transaction but his CPA wouldn't let him hedge 100% the attorney was going through the audit and the IRS agent said well show me this [?] the attorney said no there was risk here. The IRS agent said show me where the risk was wanted to know if they made money or lost money, he looked at it and said ok that's it thank you, good-bye. That little bit I mean it doesn't have to be an enormous amount but there has to be some [?] loss in every transaction. You need to know what that is—the fellow that we did the $1.5 billion for he had looked at transactions from all the major accounting firms two investment banking firms and two commercial banks. And he was not comfortable with the risk [?] one of his biggest objections was the risk was too great.

**PC:** There was real risk.

**GMK:** That's exactly right.

**PC:** Sure. Wouldn't you think at some point in time that the code will be changed [?] there's not a question of is there risk but is the risk of a certain magnitude?

**GMK:** Thank god we have a Republican administration that's unlikely to change for the next four years but there's no question about it…

**PC:** The Democrats would…

**GMK:** The Democratic Treasury tried to get [?] through Congress would basically eliminate being able to get tax benefits if that was a predominant reason or almost any reason. And Congress thank god it was a Republican Congress they couldn't get it through. But you know at least for a while that's relatively safe. That's one of the reasons I mean once you do the transaction you create basis [?] you're done so I mean that's the [?] we've got clients right now that set up [?]. We started talking to them when they were worth a lot more than they are today and they're not willing to sell at these prices but we're going ahead and creating basis and [?] transaction. And then by the time they start selling the statute will have run [?].

**PC:** Hmm, interesting. Ok.

**GMK:** Good.

**PC:** All right.

**GMK:** Ok.

**(Talking/shuffling)**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** That's American Airlines.

**TWS:** Yeah I'm telling you [?] thunderstorms get worse this time of year. It's hard to miss them when you're flying across the country.

**PC:** Ok let me show you the way out.

**GMK:** [?].

**PC:** Yes. You know um yeah today we have a nice blend of internal growth and acquisitions in theory our top line growth is about 6 or 7%, which is a high level [?]. Then we try to compliment that with acquisitions that uh take us up to about 15% per year.

**GMK:** Well, the one thing I've learned in my travels of Scandinavian countries and obviously Russia's this way. I learned the more Socialistic a society becomes the more they trade.

**PC:** That's the truth.

**GMK:** So either way you win, right?

**PC:** Yeah. Ok.

**GMK:** All right.

**PC:** There you go. Thank you very much.

**TWS:** Thanks a lot.

**PC:** Thank you. See you.

**END.**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.