**MEETING**
**ROB SANDS - PC**
**ROB & JIM LOCKE-ATTORNEY**
**CONSTELLATION BRANDS, INC.**
**300 WILLOWBROOK OFFICE PARK**
**CANANDAIGUE, NY 14450**
**(716) 218-2169**
**PC ID 153557**
**06/27/01**

**(GMK & TWS):rlb**

**TWS:** Hi there.

**REC:** Hi. How are you?

**TWS:** I'm fine. Heritage—here for Rob. Thank you.

**(Walking/talking to receptionist)**

**RS:** Hey guys, how are you?

**TWS:** Good.

**RS:** Nice to see ya. This is Jim Locke.

**GMK:** Gary Kornman.

**JL:** Hi Gary nice to meet you.

**TWS:** Jim, Tim Seaberg.

**JL:** Hi Tim, nice to meet you.

**RS:** Jim's with our outside firm Nixon Peabody up here. Somebody wanted water? Or both perhaps.

**TWS:** Both.

**RS:** Want ice in it or not…

**(Getting drinks and getting settled)**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
29

RS: Jim's firm would in all likelihood be doing the I'll call it the detail work um involved these transactions if we went forward here. Because um he's pretty much been the lead on all of our various estate planning transactions and his people are well aware of all of the trusts. Familiar with all of the trust agreements, the wills, trusts in the wills, the uh [?] trusts and so on and so forth that we all have. Which were done by a combination of his firm and Milbank and Jonathan will probably be involved in this too, to a certain degree as well.

GMK: All right let me get my card I wasn't expecting somebody else.

RS: As a matter of fact…

**(Shuffling around)**

GMK: …carries my cards.

TWS: Yeah I got one right here.

GMK: Yeah [?] away for business and nothing happened.

RS: You mean no customer has ever came to you…

**(Shuffling around)**

GMK: No not sitting in my office—in fact one did one time…him out of doing what he wanted to do. And I couldn't do it and two years later I just wish I had been a better salesman because he was so unhappy. He had done it and he did it over my extreme objections so. He was a bachelor who had no real heirs, who had no real need for estate planning and he wanted to do estate planning and after he got through doing it—two years later why'd I do this? Because you wanted to and I told you—he was a fairly young guy [?] he didn't like his nieces and nephews you know. Well, um what questions do you have?

RS: Um well I don't think that um I do have some questions. Um…we did put together some information [?] as to the various nature (a lot of shuffling/rustling noise) [?], that we wanted to go over with you to see um whether they were of the nature that you had in your repertoire um the ability to eliminate [?] taxes. Because [?] to be exact about that uh we already asked the question about gift taxes and your answer was that you have the transaction to eliminate [?] let me tell you a story [?]… Jim's firm who also by the way would probably be providing us the tax opinions most importantly…

GMK: Can I make a suggestion to you?

RS: Yes.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** [?] Jim give you an oral opinion of what he thinks of the transactions but since these tax opinions run 40 to 60 pages depending on the complexity of the transaction and since the firms have to go through them. I mean for a tax opinion to be any good it has to be based on fact and the firms that we use to do the various transactions I mean we use uh obviously we use different firms for different types of transactions. For him to try to get up to speed on what may be two or three different transactions enough to write an opinion and get it through I mean you're going to pay—pardon me for saying it—a bloody fortune and the time consumption…

**RS:** So what's your suggestion?

**GMK:** Let them function as an oral advisory in other words…

**RS:** Do you have a firm in other words that…

**GMK:** We have firms depending on what the transaction is have done it before and gone through it. And everyone is different depending on what the entities are and everything the way they're set up and they've been through enough of them I mean I laugh the most complicated, convoluted things we've ever seen. I used to think [?] was bad luck so [?] cable TV business, and the cable TV business I mean. You can charge organizational charges it goes around the room just layers and layers and you'll have someone like AT&T as a partner with a privately held company I mean you get into all kinds of complications. So the long and short of it is everything is custom done based on the clients' facts and it's just more economically efficient for them to tell you what they think I mean you know. If they say to you if they look in and go well we don't think it's got a snowball's chance in a hot place of ever working then you're not going to do it. On the other hand uh we did have a client who spent a lot of time 15 years ago on a—do you have a background in estate planning?

**JL:** No personally I come from a business background.

**GMK:** Good that's good that's the best way to [?] the transaction. But there's something called a sale to the defected trust and we were probably some of the first ones [?] those in the United States about 15 years ago. And we had a client who got his law firm who had never done one before and they ran up $800,000 in hourly fees before they finally said well we think this has a strong probability of working and today that's just a common old transaction. But and then on top of it they said well—he actually ended up putting in such a small amount—we walked out and his stock in his public company went up and down in day more than he ended up putting in the transaction after spending 800. He ended up putting $15 million in there—after he spent $800,000 to get an opinion. When he started it was two opinions he wanted to be real conservative—but the first one kind of cured him of that. So the long and short of it is let him give you a reasonable opinion as to the reasonability of what it is and they can read the opinion that the other firm prepares



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L L.C. without the express written approval of the Chief Executive of The Heritage Organization, L L C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

and see if they think—it's important because I'll be honest with you we don't accept opinions at face value. There are firms giving opinions that we believe the opinion is worthless. Some of the investment banks have tallied deals where the opinion was given to the investment bank as opposed to given to the client. Well that just doesn't work and uh so we [?] so the answer to your question is if you want them to they can I'm just it's just not very efficient.

**RS:** Well, yeah we'll work in whatever the most efficient manner is. Um as long as the opinion is in written form which you do recommend.

**GMK:** Always.

**RS:** Comes from a uh you know suitable source uh that will be fine. [?] on the transaction in essence I don't care whether it's verbal or written. Um and I do agree that's more or less a question of what's the most economic, efficient approach, um.

**GMK:** On every opinion we do not an opinion that's not from one of the Top 200 law firms in the United States. I mean you're talking about a 100 man plus law firm so there's nobody it's not two guys in…

**RS:** So who would you recommend that we get the opinion from?

**GMK:** Well it just depends on what the transactions are—I mean estate transactions there are all types of different transactions and we don't know yet.

**JL:** Well, I don't know details of what we're talking about so it's hard to add anything [?] we probably have around 550 lawyers we are involved in a number of major transactions and a fair amount of estate tax planning and other tax planning [?]…

**(Cross talking)**

**GMK:** …if you're that large and you have the expertise and maybe you've seen or done transactions or pieces of it I mean we're happy—we're always looking for good firms to work with. So it's not anything that we are in any way trying to [?] I apologize.

**JL:** I just wanted to give you some comfort.

**GMK:** That is that's very comforting I mean…

**RS:** Um I think that um so the you know the two things that um that interest us the most um would be probably a straight forward capital gains tax reduction and the sell of some Constellation stock by various members of the family and entities by the family. So that would be number one I think that's not too difficult to describe in that um it's probably



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

low basis to zero basis stock held by either individuals or a trust or um or uh...trust within partnerships.

**GMK:** Mm-hmm.

**RS:** Um and that's pretty much one element of the [?] another possible um transaction would be uh my mother's side as we spoke the current plan on her side is um that my father's estate which is in a Q-TIP trust for her benefit pursuant to um a uh trust he created while he was alive [?]. Um...

**GMK:** His [?] was Q-TIP?

**RS:** Yeah.

**GMK:** Ok.

**RS:** I believe that uh what we so what we have we've got the Q-TIP all right and then she's got...I'm not sure if it's my mother or uh the trustees...whoever is allowed to have power of appointment. I think she's got the power of appointment and...

**(Cross talking)**

**JL:** [?] of the Q-TIP trust. That's just my recollection...

**GMK:** When we looked at some of your public documents it looked like that remainder of that thing was in a—was to a couple of y'all plus a partnership.

**RS:** Ok now we're talking about something completely different...

**(Cross talking)**

**GMK:** ...talking about the life estate...

**RS:** Uh no, her—my father's entire estate...

**GMK:** Do me a favor.

**RS:** Yes.

**GMK:** Can you draw me pictures?

**RS:** Sure.

**GMK:** If you don't mind...thank you.



Copyright 2000 The Heritage Organization, L L C
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

RS: Um so my MS is my father, my mother MJ—MS is deceased um he created a living will [?] before he died which basically provided um that his whole estate would go to my mother in a Q-TIP. Ok now she's the beneficiary of this trust, which is comprised almost entirely of liquid assets...

GMK: How much is that worth?

RS: $30-40 million something like that--$40 million. Ok, um...

GMK: And she has testamentary power of appointment?

RS: She has the testamentary power well she just has the power [?] we executed—({talking to self}....yes it is testamentary power of appointment) that is correct. [?] for her entire life for tax purposes and therefore [?]...

GMK: You don't practice on the side do you?

RS: I used to. Uh no never practiced on the side and um so then under the power of appointment ok she's currently appointed the Mac and [?] Sands Foundation which is our personal family foundation um and so consequently that's how her estate works at the current time. This does not include the uh remainder interest sale because obviously um that is a testamentary substitute and uh her uh Marvin Sands master trust uh has nothing to do with the remainder interest sale which occurred in 1988. [?] she also has some independent assets of her own. The one's in my father's estate I think those are somewhat irrelevant but those assets as well are under her will, ok. She's got a living trust, a [?] trust that matches my father's [?] trust with a spillover will and then that stuff also goes in and would be...

GMK: How much are her assets—if it's 40 here how much would the rest be?

RS: Of hers?

GMK: Yeah.

RS: Nothing of major significance and nothing unusual. All right um so that all goes to the foundation so that's going to be a non-taxable estate.

GMK: Now if there were no taxes would you take that money rather than put it in a foundation?

RS: Right so the first transaction was [?] going to sell some Constellation Brand stock um we don't want to pay capital gains tax on the sell of that low basis stock that's completely irrelevant a completely separate transaction from this. However if in fact we could eliminate all the estate taxes on this even if we do have that as our intention to contribute that $40 million to a charitable entity we might as well—we might as well have it come



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

to us and then we ought to get the charitable deduction for it. Whereas right now we don't get the benefit of the charitable deduction.

**GMK:** You're talking about the…

**RS:** Am I correct about that?

**GMK:** Yeah you're talking about another uh…

**RS:** I'm talking about 40% of $40 million or $12 million of charitable deduction.

**GMK:** Plus you're talking about the tax savings that you generate that can be re-contributed so you're talking about yeah…

**RS:** So that would be transaction number two. All right so transaction number one would be um reduction of cap gains on stock sale transaction number two elimination of estate tax on um my parents' estate ok transaction number three it relates to this little document right here is basically we have various forms we have an investment partnership and some other entities which we I don't think we really need to get into the exact nature of the partnerships. This and that but these things generate various sources of income tax for us every year.

**GMK:** Can I take a look at that to see what's showing up?

**RS:** Yeah and honestly I haven't really studied this entirely myself…

**GMK:** …done by a very young person.

**RS:** I think what this shows is these are the various entities [?] this is an estimate of our 2001 taxes so here's the question—ordinary income tax uh what's that say-ordinary income [?] non-passive. Do you have anything to do what that?

**GMK:** Uh yes we can but not in the quantities is this in thousands or is this in…

**JL:** Let me see this. Looks like it's actual numbers to me.

**GMK:** Well, if those are the number you wouldn't want to fool with those transactions for those amounts.

**RS:** Ok so that's probably…

**(Cross talking)**

**GMK:** …$150 million…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** ...ordinary income from a trader business passive.

**GMK:** Oh it's again...

**RS:** That looks like various entities have some losses, looks like we have all passive losses so it doesn't look like it's been...net income from rental real estate.

**(Cross talking)**

**RS:** Simple interest income...

**GMK:** I don't see anything in the seven figures so I...

**RS:** No um dividends. Short term capital gains and these are you know all...

**GMK:** Yeah we can eliminate that.

**RS:** Long term capital gains...

**GMK:** Yeah.

**RS:** Let's see what it says about those. So...

**GMK:** So it's constantly a reoccurring thing...

**(Talking quietly)**

**GMK:** I would say non-recognition...

**RS:** Section 1256 gain—private/foreign investment company long term cap gains—private/foreign investment company ordinary income. P/fix ordinary, P/fix long term...

**GMK:** What's it look like...

**JL:** What about in this category right here?

**GMK:** Have to do some research—don't know the answer to that.

**RS:** Does the fact that a lot of these are somewhat small numbers out of a whole bunch of different entities it all adds up to millions of dollars of income.

**GMK:** Right.

**RS:** But it's spread all over the place—does that make it sort of impractical to deal with this?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** It doesn't make it impractical it just makes it more a nuisance for us I guess that's impractical. Uh yeah in other words your short term and long term gains we can set up structures that will take care of those years and years to come. How ever much you want to do…

**RS:** That we can use in the various entities and partnerships and so on and so forth?

**GMK:** Right, right. In other words I mean you take a particular trust and you say ok I'm going to dispose of this much stock over this period of time so the gains are going to be "x" so let's just say it's $10 million. We'd so ok for that entity we'll create $10 million worth of tax benefits that can be used whenever it's used.

**RS:** Mm-hmm.

**GMK:** So the fact of how much it is per year is not a major factor the major factor is how much is it in total over some reasonable period of time.

**RS:** Ok, ok all right just to give me an idea of this stuff here the entities we're talking about—we've got an entity called um RHD um which…

**JL:** It's an L.L.C.

RHD

**RS:** It's an L.L.C. um that owns a uh loan and therefore receives investment income. And then distributes that investment income…

**GMK:** Who owns RHD?

**RS:** Uh Richard, Robert, and CWC [?] which is a partnership.

**GMK:** Ok.

**RS:** So it distributes its income to Richard, to Robert and to the Partnership.

**GMK:** Ok.

**RS:** Ok CWC-1 is a partnership that was formed by myself, my brother and my sister before she passed away.

**GMK:** Ok.

**RS:** She transferred all of her assets into the partnership we transferred in very minor amounts such that we have a 1% interest and she had a 99% interest. Basically it was a um that transaction involved a lifetime uh estate tax free…

CWC-I



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** ...under Chapter 14 you could [?] the lifetime but you could do the [?].

**TS:** That's exactly right. So the testamentary...

**GMK:** We do those things all the time.

**RS:** [?] into a preferred interest and an uh...and an ordinary interest and then upon her death she transferred the-her preferred interest. She owned 99% of the preferred interest—she transferred that into a Q-TIP trust for the benefit of her husband. The ordinary the non-preferred interest we structured it so it was not an excess of the unified credit she transferred that to trusts for the benefit of her children. Ok such that all future appreciation of her estate would be captured by the children in all and that the husband would have in essence in a Q-TIP the income from the existing value of the estate. And then we actually what we did is we then um...the Q-TIP owns the partnership interest is that right?

CWC-I

**JL:** Yes I think that's correct.

**RS:** The Q-TIP owns the partnership and the way the partnership works is we really he doesn't even have any income because it's just a partnership interest. So in fact there's no income from the preferred portion except to the extent that the managing partners Richard and I and the partnership—make and deem distributions to Andy and then those distributions are treated as income from the partnership. And we do make distributions and generate income so that we don't get into a uh you know a uh [?] you know about...

**GMK:** Right. You know a lot about this stuff.

**RS:** So that's what CWC-1 is.

**GMK:** Ok.

**RS:** CWC-1 is a partnership, which holds all my sister's assets, which the Q-TIP trust, which she created in the benefit of her husband, owns the preferred partnership interest.

**GMK:** Ok and what was [?]...

**RS:** Yeah that's another partnership ok that um has different partners. It's me and a trust for the benefit of my children um and then my sister. It's the same idea the preferred interest [?] a non-preferred interest, ok. The reason we did this is because there was a variety of different assets there were some weird assets. Interest in some GRITs that were created before GRITs were not made permissible for anything other than residential real estate. There were GRITs there was the remainder interest um these were residual type interest and um I can't remember all the whys and wherefores but it was decided that it was better to do this in another partnership. Same partners—form of partnership but slightly



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

different partners um for some reason there was a reason not to have it all in CWC-1 but to split it up and have a different set of partners for all these um residual interests. The interest we had in the GRITs the interest we had in the remainder. I think those are the two things that are in it the remainder interest gale and the GRITs, were the only assets that went into that. Um and uh I don't uh that's not on there because there's nothing in there that I think we're thinking of doing anything with. So, so third transaction is uh elimination of um short term and long term cap gains.

**GMK:** Right.

**RS:** Ok which is probably the same thing as the first transaction based on what you told us before it's probably just a question of how much basis we decide to create.

**GMK:** How much benefit, yeah.

**RS:** Or something to that effect. [?] um and then uh it looks like these other forms of income probably are not going to be practical to eliminate through your transactions.

**GMK:** Unless they're bigger than the previous figures…

**RS:** I think that they're not and then you know maybe um a [?]. You know I don't know having done a lot of [?] way too complicated…this right here elimination of the capital gains on the sale of the stock that's probably the first thing that we would embark upon with you.

**GMK:** Sure.

**RS:** Simply as that…

**GMK:** We're going down these things really in order importance.

**RS:** Well…

**GMK:** When you start talking about paying tax—capital gains tax is probably the greatest tax you're facing.

**RS:** This is the first level of importance because we're thinking of selling [?] stock. The entities that would be selling that stock ok would be um MLRR which is a New York state general partnership the partners of which are Richard, Rob, this is my brother-in-law, Andy Stern. This is the MS trust this is the inner [?] most trust created by my father prior to his death. My mother, Mickey is a partner…

**GMK:** Is this the master trust?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** Yeah that's the master trust.

**GMK:** Ok.

**RS:** Marvin Sands master trust. My mother Mickey is a partner of that CWC-1 as a partnership of that trust. Each one of these entities owns [?] as a partnership of that trust. Each on of their various entities owns [?] company stock, CWC-1 owns [?] stock, Mickey does, the uh...no uh CWC-1 does [?]. What am I talking about the stock is owned by MLRR, the sellers of the stock would be Rich, Rob, MLRR, and CWC-1 probably.

**GMK:** Ok.

**(Inaudible talking/laughing/cross talking)**

**JL:** Well it's confusing.

**RS:** It's amazing this stuff gets more and more and more confusing as time goes on and people die. It's going to get so confusing one of these days I don't think anybody's going to be able to figure it out.

**GMK:** Well [?] simplified—in other words you'll do-we cannot do one thing we learned. One time we did a plan for some people who insisted they wanted to do it all at once. Another big mistake we had—we eliminated capital gains, we eliminated estate taxes—all this charitable stuff. We did it all at once put it on one sheet and they looked at it and their eyes glazed over and they go oh my god. So what you're saying is taking it a step at a time is how we'll do it. Now let me ask you about your mother's health—a couple of questions here. How is your mother's health? How old is she?

**RS:** Fine. 74.

**GMK:** Does she have any health problems whatsoever?

**RS:** Yeah.

**GMK:** What?

**RS:** She used to have cancer um...

**GMK:** Was that a long time ago?

**RS:** Ten years ago...no current uh life threatening patterns.

**GMK:** How long did her parents live?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** One died young, one died old. Excuse me one died young, one's still alive at 100. Her mother's 100 she's still alive. Her father died at 48.

**GMK:** Ok. Well…

**RS:** Well, listen she's 75 she's got an actual life expectancy right now of probably eight years is my guess.

**GMK:** Right. But with her mother living to be 100 uh what did her father die of?

**RS:** Heart disease, but that was years and years and years ago [?] die of heart disease now you have coronary bypass surgery.

**GMK:** So ok she's probably got a great life expectancy and the answer is yeah one of the question—who are the trustees of the Q-TIP trust?

**RS:** For Mickey?

**GMK:** Yeah.

**RS:** My mother?

**GMK:** Yeah.

**RS:** Uh I believe it's Richard, myself—Richard, Mickey, and me-and I.

**GMK:** Ok I got three of you ok that's fine that leaves us with the flexibility to do what we want. We don't have a bank to…

**RS:** A bank?

**GMK:** Uh-huh.

**RS:** No, no just the three of us.

**GMK:** All right that's fine. The life estate is how much—how much is in there?

**RS:** Ok now the life estate um that could become that's part that's actually yet another transaction.

**GMK:** Right.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** Ok two possible things there—number one we may want to sell some of the stock [?] all right that would be number one. And number two um we might want to clean up the life estate i.e. or e.g. transfer her life estate—gift the life estate to the remainder [?].

**GMK:** Without having to pay gift taxes.

**RS:** Not according to you.

**(Cross talking)**

**GMK:** …but you just want the assets to go to the remainder you don't care how they get there.

**RS:** No.

**GMK:** Who, how much is involved in that life estate?

**RS:** [?].

**JL:** How much?

**GMK:** What's the ballpark?

**(Inaudible talking)**

**JL:** Where'd you fly from today?

**TWS:** Different places—I came from Dallas.

**GMK:** Yeah I came from [?]…

**(Idle chitchat about airplanes)**

**RS:** About $65 million in face value so I don't know if this dates my mother at 75 I don't know if the relative values of the life estate and the remainder interest are actual…

**(Cross talking)**

**RS:** …so $65 million what's her life estate worth if she's got eight more years to go. What percentage?

**GMK:** I can't tell you because they just changed the interest rate tables they just went down and the lower the interest rate is the higher the value of the remainder interest.

**RS:** But it could be…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**JL:** 20%.

**GMK:** Oh yeah.

**RS:** Her life estate—30%?

**GMK:** At least…

**RS:** So you're thinking about $20 million in gifting.

**GMK:** Now that to my understanding is that would go to is that the one that goes to charity? Because you were talking about…

**RS:** No.

**GMK:** …this…

**RS:** No that's [?] for her estate.

**GMK:** Ok so that gets you going to the remainder amount.

**RS:** Well that was a transaction that we bought the remainder [?] the three of us my brother, my sister, and myself. My sister's no longer with us so it's now the trust and blah, blah, blah. We bought a remainder interest in 1 ½ million shares of Constellation Brand stock, why did we do that well you know [?] and blah, blah, blah…

**GMK:** It makes good sense.

**RS:** …and thus we were able to buy that remainder interest at that time at a very low price. Now that was 1988 and in 1988 our stock was probably selling for um in today's terms $1.00 today it sells for $40. So we bought oh $2 so we bought the value of that stock was $3 million then and then we bought the remainder interest and plus because the company was [?] number of shares were entitled to discounts for [?] and for lack of registration. So and I don't recall what we paid for it but it was not a lot that entitled us to receive the full interest upon my mother's death. There's no more transfer taxes, estate taxes or any other kind of taxes due and payable on that deal when she passes away. It's outside of her estate we already own the remainder interest.

**GMK:** My only question is you're talking about selling some of that. Do you have any idea under the [?] whether capital gains are allocated in income or principal?

**RS:** I would think the capital gains are uh allocated to income.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Well then that can make it more valuable obviously then uh if you start doing something [?] we just need to look at that—look at documents.

**RS:** But if we're going to sell some of that wouldn't the transfer [?] get rid of [?]...

**(Cross talking/shuffling)**

**GMK:** I don't know yet.

**RS:** And then do the transaction?

**GMK:** I can't give you answer right now.

**RS:** Right and I don't really know the answer to your question about whether capital gains are allocated...

**GMK:** You'll find out there's only three answers [?] is the other day when we were talking about the gains and Richard went out to look it up—we have a joke in our company there are only three correct answers to a question. Yes, no and we don't know and we'll find out. Well he asked me a question a tax question that I was pretty sure what the answer used to be, but I hadn't looked at it in a while. And I gave him the answer and then Richard went out brought back the tax [?] and I said mind if I borrow that for a second. And I just verified that the answer was right because I felt very uncomfortable because to me there's no maybes. It's either yes, no, or we'll find out and the other one that sometimes my kids would give me is well we just can't find that out it's just not knowable. They were teenagers so you get used to that answer.

**RS:** Yeah. So that pretty much outlines it.

**GMK:** Um we can set it up to do exactly what you want to do. I mean [?] capital gains long or short term it doesn't make a difference. We can eliminate the tax—you know another thing if I were y'all it would be down on this list but under number four I would go ahead and do at some point your own planning. Because we can leave you the flexibility to do whatever you want but I mean why would you not want to at this point in time if we could eliminate the taxes.

**(Cross talking)**

**GMK:** Hopefully you're down the road on that.

**RS:** [?].

**GMK:** Right.



Copyright 2000 The Heritage Organization, L L C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** So we gotta worry about that. My mother's death is not eminent.

**GMK:** But it could be.

**RS:** And our deaths are even less eminent. Now that doesn't mean that things won't happen…right? Right.

**GMK:** You got it. Nobody's got a pipeline uh so yeah I mean we can do those things very conservatively you'll you know you'll be pleased. I mean…

**RS:** Now tell us about this agreement and does their firm have to sign the agreement or not.

**GMK:** Yes, their firm does have to sign the agreement. And what the agreement basically says it's very simply—it says that uh you will only pay the 22,500 initial fee, which we'll combine, everything together [?] just a tire kicker fee. Um that you will pay us [?] you'll pay us on the capital gains 25% of the projected tax savings. You will pay us on the estate [?]. What's the total bracket, do you know for capital gains?

**(Cross talking)**

**GMK:** Probably 24 when I think when you offset one against the other if you use your deduction…

**(Cross talking/inaudible talking)**

**GMK:** …and then on the estate you're going to keep 96%--94% with a 6% fee on [?] assets that we do the transaction on. So you'll keep 93% of the capital gain and you'll keep 94% of the estate and that's the most. I don't know how big these transactions are we scale down for size so which we'll look at in a minute. Uh but that's the most it could cost you…

**RS:** Well is the scale on the agreement?

**GMK:** Yeah Tim's got the agreements…

**(Extremely loud shuffling to get agreements out)**

**RS:** He'll get excited and I'll just get bored.

**GMK:** …6% on the first $200 million—uh 5% between 300 and 400 and then it drops one percent down 'til it hits a billion.

**RS:** So 6% [?]…

**(Shuffling continues)**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** ...then from 4 to 6 then uh 3 from 6 to 8 and 2 from 8 to...

**RS:** Ok...

**(More LOUD shuffling)**

**GMK:** ...you've got the background and can understand this stuff and talk about it intelligently and quickly. But most of our clients after we walk out of the room and they get through and they put their papers away they can tell you they did some really sophisticated stuff. But they really can't tell you—you know [?]. They don't have to [?] and they go about their business. Ok so Jim as far as your concerned and we would not expect [?] 550 lawyers—we would not expect to sign 550 lawyers we let whoever the council is that's going to be involved in looking at the transaction, signing it. And it also has not for the client but for the professionals it has—we don't have any of those agreements with us but it has basically a um public domain exclusion that says that if the exact. [?] things that are known because I mean it's the way they're put together that makes them unique and if they're in the public domain [?] the combinations and the sequencing and all that then you're free to use them and do whatever you want to. We have never gone after anybody on anything but we just it's detrimental to our clients uh it's detrimental to us it's detrimental to everybody for somebody to be real cleaver and write and article about it. You know it's a great [?] University of Miami for estate planning and one year I counted down and there were 43 people from the IRS and the Treasury sitting in the audience. And I was pretty sure they were not there for the benefit of our clients. And so um so the point of it is the only thing that we ask is you basically give us your word. Because we're not going to bug you or anything since [?]...

**RS:** The agreement does not provide however that if one already knows of the transaction but it is not in the public domain...

**GMK:** You can't know that—in other words we want a clear understanding and that's [?] we just want a clear understanding that people will not discuss even if it's in the public domain—parts of everything that we do I mean it's court cases it's statute and it's all these you know things that are out there that are each piece. And we're had clients go through audit that's why the audits go relatively smoothly. We've never had a client go through just a regular audit and they walk away because you give them the 22 different pieces or the 12 different pieces whatever and they look at it and they say well we've just never seen it done this way. And they but when you show them each piece, each piece is very understandable I mean if I told you that we used a family limited partnership for control purposes—how revolutionary is that? But I mean...

**JL:** Now of course this agreement isn't binding any of us to not use or discuss family limited partnerships?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** No.

**RS:** Except in the concept of how it was used in this particular transaction—specific transaction.

**GMK:** Yes. And what we are actually going to do is we are going to actually give you—we've had clients say to us well how do I know you're not going to come after me and the people [?] well you might sue me for such and such and we say look—at each meeting we're going to give you a booklet of what we're going to show you. And we do we give three different kinds of booklets we give a book of diagrams explaining the transaction with bullet point executive summaries of what each thing does and why it's there. We do a financial analysis and our print's bigger than this of everything that's gone on from an asset basis, tax basis everything about it. Investment I mean when you do capital gains or any certain types of transactions you have to have business purpose. Um all those types of things are all spelled out and then we're going to give you a booklet with the law and so you're going to know [?] you're going to have very specific things so it's not just 12 different things or 22 or however many there may be. A family partnership may be a piece but it's a piece in combinations and sequence with all those other things so it is very clear cut on what we [?] it's not like you can say oh my goodness I just spilled the beans and didn't mean to. You have to you know say ok first you do this and then this and we've never had any kind of question with a client over that. We have an arbitration revision—or advisors ok.

**RS:** Well I know another person who uh has uh a lot of money and [?] these Heritage people um they can eliminate all your capital gains taxes. I know you're getting ready to sell some of your stock—well how's that done? Well I can't really tell you how that's done but you know they have some way of creating basis where you don't have to pay capital gains taxes. I'm assuming you'd like that kind of referral.

**GMK:** Yeah that's how we get a lot of our clients from referrals from both law firms and…

**RS:** Do we get any reduction in our um fees or expenses if we create some referrals for you?

**GMK:** Well, no.

**RS:** (Laughing). Are we back to those three answers or uh…

**GMK:** Uh the uh yeah the answer is no but we have uh that's a complicated question because on one hand we've dealt with big financial institutions who for whatever reason they wanted something for referring someone to us. And that's a common thing so the answer is and most of our clients I'll tell you we've made charitable contributions in their name before. If you want a charitable contribution to your foundation—the last thing most of our clients want is more ordinary income so I mean the answer is uh we've been extremely



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

generous and we appreciate that. And we demonstrate our appreciation in some form in the past that's why I can't give you a very specific yes or no. You'll find me kind of like going well this makes me uneasy because yes we've done something for a client like make a huge contribution to his college. On one hand uh because that's what he wanted so does that answer your question?

**RS:** [?] some referral information uh some references?

**GMK:** Yes, yes—did you get them together Tim or not I'll give them [?]?

**TWS:** Yes that's what you said you'd do.

**RS:** Can I just may I ask uh just back to the law firm so the agreement is not [?] binding on the firm generally? It's an agreement with respect to those that would be providing services...and just clarify that what I understood what you said was—for instance Jim would sign the agreement and if others in the firm [?] they're not bound by it. But he would be held responsible for their breach.

**GMK:** Yeah well [?] where we have two or three lawyers in a firm that may look at something you may bring in somebody that is an estate tax expert or an income tax expert. Each person signs their own agreement and he's not liable for them and you're not liable for him. Nobody's liable for anybody but themselves.

**RS:** So everybody who works on it would sign their own independent agreement?

**GMK:** Mm-hmm.

**RS:** Or you'd only expect one member of the firm to sign the agreement.

**GMK:** No if he's going to bring in a specialist then each one would sign their own agreement.

**RS:** So it's an individual liability situation based upon your behavior in other words if somebody else would disclose something I wouldn't be liable for that.

**GMK:** That's right.

**RS:** Is it the firm that's executing the agreement or the individual attorney?

**GMK:** [?] and you have to understand something we can't all find out what they said and what they did. I mean it's just its good faith I mean that's the only thing [?] and a client comes in and wants to do a transaction [?] we've got these folks you need to go talk to. And they've got a problem and we'd like to help them you know they'll get their legal fees and we'll get our fees and the client will save a bunch of money and everyone will go away happy.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** [?] practical side of…

**JL:** Well we'd have to be careful that it doesn't circumscribe because for example being a business lawyer I'm not going to have the background to make judgments about [?] estate planning. So uh we'd have estate planning or tax people involved uh they've got to get very comfortable because I'm asking them in a sense to sign up for a very high risk of liability here. Right and that's a completely [?] concept.

**GMK:** Oh it's terrible I mean literally about 50% of the people sign and about 50% don't. And once the client sees what is happening the client will most of the time will try to get their own firm to sign it and what…

**RS:** That's what I was afraid of…

**(Laughing/cross talking)**

**RS:** Exactly…

**GMK:** …sign it—they're going to tell you [?] we're not going to go out and give speeches we're not going to you know start promoting this thing I mean it's…common sense it goes back to what you said is uh one lawyer said are you going to stick a bug up my ass? And I said no [?] so the [?] we ask you in good faith to honor what you said. And we're not going to chase you around to find out what you did but at the same time it's in your clients interest and everybody's interest to I mean our agreement's a lot worse than the truth. The truth is we don't know what you say when you sleep so.

**(Inaudible talking/cross talking)**

**GMK:** …but again you're going to sign the same book. You're going to get a copy of the book and say this is what it was…

**RS:** So the agreement's tied into the book?

**GMK:** Well…

**RS:** Does the agreement describe the confidential information that which is disclosed to us in writing in the form of the book that you've presented us with?

**GMK:** It does not but [?]…

**RS:** You might want to make that [?]…

**GMK:** We have done that for people who were concerned about that.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** So there is some...you'll consider some reasonable modifications to your agreement?

**GMK:** Yeah I mean anything like that if the intent is there the intent is you're only responsible for what it is we show you.

**RS:** Right.

**GMK:** Uh and the way we actually...cause we put that in as anything that we show you because we may a lot of times we may do something we may change something uh as far as this is all going to be shown to you on a computer as a presentation. And we may not have the books printed out there may be a change made in the model or something and the books may not be printed before we get here. So you may get the books two days later...

**RS:** Well in the end we get a model and a summarization and a [?] from you that says what we did.

**GMK:** Sure.

**RS:** I understand it's a work in progress leading up to the end but we should get some documentation of what it is that we got...that we can [?] to say this is in fact the work product that this confidentiality agreement covers or whatever the hell that thing really is. This is the work product that it refers to this is the confidential information I mean that seems to me to be one element that takes some of the....

**GMK:** It does.

**RS:** ...which is the you know the concern that we talked about—what is confidential what is...but we gotta look at it, he's gotta look at it, I gotta look at it we all gotta look at it. We need to all put our thinking caps on....

**GMK:** Let's go through the agreement—you got a capital gains agreement?

**TWS:** Yeah I believe its capital gains.

**(Shuffling to get agreement)**

**GMK:** ...basically Article I starts dealing with the things that we are going to be dealing with. And the first thing is you want to have business purpose in any transaction we do especially for income tax or capital gains tax purposes. You don't need business purpose for estate planning transactions at least I've never seen that in court. Uh so if you look at on Article I, A-D are business purposes so that if—if you ever get audited and our agreement is part of what they'll see there's business purpose built into the original engagement agreement. Uh obviously when you sign this thing it won't have the bold E that says what we're really doing it for is capital gains. And uh it says that we'll



Copyright 2000 The Heritage Organization, L.L.C
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

communicate a financial analysis since we can't practice law [?] with anybody that represents you that has signed an agreement basically as I've described...

**RS:** So E is not in here?

**GMK:** Well no E is the thing you're really interested in...

**RS:** But that remains in the agreement.

**GMK:** Yeah it stays in the agreement...

**TWS:** Yeah let me give you...

**(Cross talking/shuffling)**

**GMK:** ...we'll first of all I presume you're filing a joint tax return.

**RS:** Yeah.

**GMK:** And so [?] what was going on...and the other thing too is uh remember I told you we have clients that after stuff was done they went through a divorce.

**RS:** Yeah.

**GMK:** This tends to help in those situations.

**RS:** Uh-huh.

**GMK:** You never know when somebody's wife is going to get senile [?] but anyhow so that's the purpose of this. Ok here's the page 2...so Article II says [shuffling noises]...and Article IV basically says that if you implement what we show you....and...

**(Shuffling)**

**RS:** Tell me about that again.

**GMK:** It just says that in the event of implementation...

**RS:** We pay the fee.

**GMK:** ...you pay the fee.

**RS:** Ok.

**GMK:** Ok so there's...



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** So the law firm must be signing something different.

**GMK:** Theirs is different from this.

**RS:** Correct and theirs is just strictly a non-disclosure…

**GMK:** …$2 million per person is all it says. Ok now…

**RS:** Unless those people pay you to [?]…

**GMK:** Yeah.

**RS:** [?] you collect from the disclosee.

**GMK:** [?] you know we have never gotten that complicated I have to say.

**(Laughing/cross talking)**

**GMK:** Yeah we understand…but anyhow uh this goes on for a period of 120 months from the time we disclose the [?] 4.2 is important in that is says the maximum fee uh let me give you an example. We may do one type of transaction for a capital gain and the stock let's just say it's at $100 when we do it. And we may do a second transaction for pure safety to complete eliminate all the risk and do a variety of other things [?]. The service one of the things we try to do first of all we eliminate audit risk by being very cosmetically conscience in what we do, ok. But if you get an audit and you've done two transactions either one of which by themselves is sufficient to eliminate the tax…the last thing we would want to do is have a case pending in the tax court for the next ten years where there is a [?] and so if you put more than two transactions together you absolutely will eliminate your chance of them making an [?]. Because what happens is when they make an assessment [?] seen the recent stuff where the circuits have overruled the courts on tax matters.

**RS:** Huh-unh.

**TWS:** I don't have it with me.

**GMK:** We'll send it to you—(talking about the court cases)….[Shuffling noises]…4.3 says strategies are not necessarily….(reading agreement)…

**JL:** [?]…

**RS:** Here.

**JL:** No it's downtown…



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Well let me go through this fairly quickly...

**JL:** Well no I didn't want to interfere I want to apologize...

**(Inaudible talking)**

**GMK:** ...Article V (reading agreement)

**(Reading of the agreement and inaudible talking in between)**

**GMK:** ...the definitions are pretty simple...uh New York by the way supports [?].

**RS:** Yeah.

**GMK:** The definitions are pretty simple—affiliates, claims, who would be an authorized arbitrary if there's any dispute which we've never used this. Uh it would be somebody an investment banker that wouldn't have any knowledge of either one of us. Primarily somebody engaged [?] the rules of the AAA I'll skip the rest of these. The last thing here, Rob, is [?] 10.17 and we would be happy to put in here that our [?]. Article 11 is again [?] prior agreements...

**(Shuffling)**

**GMK:** The only other thing is the arbitration [?] we can't have any lawsuits, no punitive damages. Nothing that a court can't do...

**RS:** No punitive...

**JL:** [?] Dallas County in Texas?

**GMK:** Yeah the arbitration would be in Dallas County and any [?] would be in Dallas County. Uh and then the arbitration [?]...last page is the signature page. Which this is kind of [?] it just basically says that each person [?] when they sign it. What we did Rob if you'll look at the last signature page—we've had that for a lot of clients. There is an exhibit B and on the first page [?] all the entities listed in exhibit B attached here too. That's how we get it... Here's the exhibit A that is the uh all consequential...this is more than [?]. That's it now let me just do one other thing for you and that is show you the estate –I'm going to give you just estate tax pages which are basically the only thing different and what they are is Article 1 talks about different things and Article 4...

**RS:** You're going to give us the actual...

**GMK:** I'm just going give [?]...



Copyright 2000 The Heritage Organization, L.L.C.

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**JL:** These are just for references?

**GMK:** Yes.

**JL:** You have actual agreements…

**(Shuffling/inaudible talking)**

**GMK:** …this is a full estate agreement.

**RS:** [?] law firm agreements for him?

**GMK:** I didn't bring [?]…

**(Cross talking)**

**JL:** …yeah I do have a cell phone…

**(Cross talking/shuffling/saying goodbye to Jim Locke)**

**JL:** John?

**GMK:** John Blattmachre?

**JL:** Oh sure. I know John I mean he's…

**GMK:** When we started working on cases [?].

**JL:** Yeah Jonathan and I go back [?]. Um yeah I'll be happy to do that and I might call or I might have some [?]…

**(Cross talking/inaudible)**

**JL:** I do apologize…

**GMK:** Take care, thank you.

**TWS:** Thanks Jim.

**GMK:** Did John practice law at one time?

**RS:** Yes he did.

**GMK:** Was he with your firm or….



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**(Inaudible talking)**

**GMK:** Well that's the thing I've never asked a client to do something I wouldn't do myself in the same circumstance.

**RS:** As I told you I do want references and I'll check the references and whatnot but I'm not just wasting your time either because [?] to Jonathan and he has worked with [?] and he knows you. So I have one reference already that says that um you are legitimate.

**GMK:** And you know I have to tell you I mean [?] if we [?] the largest transaction we did last year was 1.5 billion and we [?] the affidavit about well have you ever been in any lawsuits. I mean he didn't know us from Adam's housecat his firm thought it was [?] and would not sign the agreement. But he said look [?] nobody can help me and if you can do what you say you can do I want to do it.

**RS:** Well, it doesn't surprise me [?] the big accounting firms and whatnot and I mean you know...they'd be knocking down our door if they had transactions [?] fees on...you know they just don't have it.

**TWS:** Mm-hmm.

**RS:** I don't know why but they don't. It's just not they're way of doing business either they work by the hour and that's that.

**GMK:** One of the fellows that we'll give you as a reference was a guy we met who was only with Arthur Andersen's primary tax technique he was really one of their top guys [?]...and he couldn't get any support. They're so structured he couldn't get them to give him staff to do the research and the work he needed to do. And we [?] and they—there's another issue too-the professional jealousy inside those firms is enormous and if a guy is really smart and can come up with stuff and can bring in millions of dollars in revenue [?]. I don't know what you know about this but this [?] Jonathan is one of the most underpaid guys in America. When you did the GRAT...

**(Cross talking)**

**GMK:** ...the short term charitable remainder trust...

**RS:** Yeah.

**GMK:** He brought in with that strategy on a [?] but that year he brought in—in addition to his revenues his normal revenues he brought in and please don't repeat this.

**RS:** No.



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law

**GMK:** He brought in $3 million in additional fees. Do you know how much he got out of that $3 million?

**RS:** No.

**GMK:** $50,000.

**RS:** Whew.

**GMK:** I mean Jonathan's one of those guys that has been there forever and he says well that's just the way it is. And uh but I mean [?] can people be I mean you're not going to bust your butt I mean would a firm ever spend $12 million to go out and buy ideas from other firms and then spend millions more to uh…

**RS:** That's just not the way they work.

**GMK:** No it's not so thank god for that it leaves a great [?] in the marketplace, which we will gladly fill. So we'll send you some references.

**TWS:** Yeah I have that written down.

**GMK:** And uh we'll send uh Jim a couple of references…[?] I mean you get to the point where [?] is all it's own. I mean we walked out of one guy a billion dollar case and we were in a meeting kind of like this and he must have asked us four different ways if he did a transaction after we showed him how would we know he did it. And I walked out of the meeting and said take that guy off our list. You know I mean you don't deal with people's integrity.

**RS:** Yeah—one of the reasons I brought in Jim it is a big law firm and a big [?] um Jim's firm does a lot of work for our company, he's done a lot of work for our family. We have a big relationship um in terms of fees that our company and our family generates for their firm. Um therefore uh you know they're not going to rip us off [?] it's not going to be like going to a New York City firm and whatever and you know they're going to say [?] and this and that. But there's a lot bigger relationship there than what's [?] so that's why and plus given the complexity of all this estate planning and all the transactions we have done in the past I you know one of the things we're trying to do I'm trying to do is create a centralized [?] of the information about our estate planning and the structure of our entities and whatnot. So that you know…I know a lot of bigger so called…

**(Cross talking)**

**GMK:** …this same client that uh was probably our first billion-dollar client it was a long time ago [?]. He went around looking at family offices and he came away it's interesting with the same philosophy [?].



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**RS:** True, true.

**GMK:** He says it makes everybody dependent. It doesn't let anybody take risk on their own and it turns your family into a bureaucracy that's protected by bureaucrats.

**RS:** Yeah. Well, we don't have it and we don't really need it because Richard and I control everything. We've got a company we've got resources right here and we don't need it cause we control everything.

**GMK:** Right.

**RS:** And you know as far as bringing resources [?] no problem for us.

**GMK:** Tell me about your children. What do you have?

**RS:** I have an 11-year-old and a 13-year-old and he's got uh stepchildren but none of his own.

**GMK:** Ok. Boys or girls for you?

**RS:** Girl and a boy for me and [?].

**GMK:** One of the things I would say and [?] let your children take risk early.

**RS:** Mm-hmm.

**GMK:** You know that's the thing [?] if it's a mistake I see people make it's people that were that have taken business, calculated business risks all their lives. They try to protect their kids from taking any kind of risk and are afraid to give them money to do something.

**RS:** Mm-hmm. Well we actually come from a culture in our family where that's not the case.

**GMK:** That's great.

**RS:** Our father actually um did a lot of very early estate planning and transferred a vast majority of his estate to us in the form of gifts well before it had the significant value that it had. Uh not in a trust not in anything so and he would [?] which was you can't control everything forever and...

**GMK:** I personally am a believer in economic survival of the fittest uh my youngest son [?] he says dad if we don't know how to handle it you can't leave us that money to take care of us. He's pretty right.

**RS:** Does he work in the firm?



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

**GMK:** Well my youngest son graduated from Georgetown and is in a venture capital firm in Baltimore [?] and my oldest son went out and wanted to start a business and has five restaurants with about 300 employees.

**RS:** Where at?

**GMK:** In Texas.

**RS:** Oh what's the name of the chain?

**GMK:** Oh it's various he developed a whole area [?] he bought a warehouse area [?] and did very well.

**(RS talking to secretary)**

**GMK:** Briefly—I had a client [?] he had to beg him to come back and help him and that's [?] he's now the COO of our company as well as [?] five restaurants.

**RS:** Oh that's great. And you're in Dallas?

**GMK:** Dallas.

**RS:** Do you know the [?] family there at all?

**GMK:** [?] but wouldn't say I [?]. It's interesting y'all have done a great job of expanding the business. I was telling Tim it's a great business [?] go to Europe, you go to [?]...

**RS:** Yeah it's true.

**GMK:** I'll never forget being in Copenhagen and just looking around at all the people drinking [?] especially beer.

**RS:** Yeah we've got it all.

**(Saying good-byes)**

**(Setting a follow up meeting for July 10th)**

**END.**



Copyright 2000 The Heritage Organization, L.L.C.
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law