**Analytical Internet**

**From:** <Richard.Sands@cbrands.com>
**To:** "analytical" <analytical@heritageorganization.com>
**Cc:** <Rob.Sands@cbrands.com>
**Sent:** Friday, November 16, 2001 8:14 AM
**Subject:** Re: Due Diligence

brian

rob will be talking to you about the questions.

with regards to the generic transaction - rob and i are both content to use corning and target an increase of $300 per share. this would mean that we would buy approx. 150,000 shares at $8.00 or $1.2 million - how does this sound to you and if ok please utilize this in the $ matrix you are going to send me.

richard

"analytical"
<analytical@heritageorganiz To: <richard.sands@cbrands.com>
ation.com> cc:
Subject: Due Diligence
11/14/2001 06:40 PM

Richard,

A few things.....

I spoke with Bill Falk and Tuesday at 10:00am, Nov. 20th will work for him. As of now he will contact you guys at Constellation. If you want done differently let me know.

Also, Bill is comfortable with Gloria Robinson being the other investor in Beta Partners L.L.C.- if this is your preference.

Here is a list of the type of questions you should expect to be asked in your interwiew with Bill:

Due diligence checklist

1. Concerned about decline in XYZ securities and prospects for future?
2. Fair to say that XYZ is a capital-intensive business?

703-205-1236

GOVERNMENT EXHIBIT 30

3. Reasonable to expect that XYZ (or any successor entities) will continue to be a capital-intensive business?
4. As a capital-intensive business, would you say that its profitability would be diminished by a rise in interest rates?
5. Notwithstanding speculation about a cut in the XYZ dividend, would you say that a rise in interest rates would make it more difficult to continue paying a high dividend on XYZ stock?
6. In your experience and judgment, would a rise in interest rates tend to diminish the stock price of XYZ, other things being equal?
7. In your judgment, would shorting Treasury securities diminish your risk of loss on XYZrelated to interest rate fluctuations?
8. Re: current year pretransaction sales of XYZ stock
a. Were those dispositions motivated by a desire to preserve capital and to diversify your portfolio?
b. Would you continue to do so irrespective of the implementation of the plan presented by the Heritage Organization?
9. Over the last 10 years, have you held a well-diversified invcstment portfolio?
a. If no, in what industry(ies) / company(ies) has your portfolio been concentrated in the past 10 years?
b. During the last 10 years, what have been your largest holdings?
10. What significant changes have you made in the investment of your net worth over the past 10 years?
11. Personal investment experience: have you ever held or engaged in any of the following types of investments or investment techniques [Yes/No]
a. privately-held stock
b. publicly-traded stock
c. corporate bonds
(i) convertible bonds
d. US treasury obligations
e. mutual funds
f. unit trusts
g. general partnership / joint venture
h. limited partnerships
i. LLCs
j. stock options
(i) compensatory
(ii) other
k. short sales
(i) short sales against the box
l. index futures
m. caps (equity? debt?)
n. floors (equity? debt?)
o. collars (equity? debt?)
p. commodity options
q. commodity futures
r. use of margin accounts to leverage positions
s. hedging
(i) securities?
(ii) commodities?

(iii) tcchnique(s) used?
12. (if applicable) Why haven't you engaged in any short sales to date?
13. (if applicable) Why haven't you made any investments-long or short-in US Treasury securities to date?
14. Do you subscribe to any investment services? (If yes, which ones? E.g., Value Line)
15. What investment publications do you rcad regularly? (e.g., Wall St. Jl., Barron's, Business Week, Forbes, Fortune, Inc., Investor's Daily, Money, others?)
16. What industry publications do you read regularly?
17. What economic data do you monitor on a regular basis?
a. GDP
b. consumer spending
c. housing starts
d. consumer debt
e. inventory levels
f. trade balance
g. discount rate
h. foreign exchange rates
i. money supply
j. inflation rate
k. consumer price index
l. producer price index
m. federal budget deficit or surplus
n. unemployment rate
o. yields on government debt obligations
p. trend of equity prices
18. Do you have an opinion regarding the likely state of the economy over the next six months? Specifically, do you see it slowing down, heating up, or doing neither?
a. How did you develop that opinion
b. What specific sources used, analysis done, track record of sources
19. Do you know what the Open Market Committee of the Federal Reserve Board is? Are you familiar with the actions taken by that Committee over the past few years?
a. Do you have an opinion regarding their likely actions over the next six months? What is that opinion?
b. How did you develop that opinion
c. What specific sources used, analysis done, track record of sources
20. Do you have an opinion regarding the likely trend over the next six months of interest rates in general?
a. How did you develop that opinion
b. What specific sources used, analysis done, prior use of these sources, track record of sources21. Under present economic circumstances, regardless of the outcome of the election, are you concerned about a rise in interest rates?
22. Do you view that probable trend in interest rates as a concern, an opportunity, or both?
23. In your judgment, under present economic circumstances, is a short sale of Treasury securities an attractive investment opportunity?

24. Do you believe that there is a reasonable prospect for significant profit on a short sale of U.S. Treasury securities?
25. Is it your understanding that if interest rates drop, you could realize a substantial loss on such a short sale of Treasury securities?
26. Would you deem a short sale of Treasury securities an attractive investment opportunity if it presented no tax benefits?
27. Have you used limited liability entities (corporations, limited partnerships, LLCs) to limit risk of loss in your investment activities?
28. Have you used limited liability entities to limit risk of loss in your business dealings?
29. In general, how do you make your investment decisions?
30. Have you used a broker or investment advisor over the past 10 years? If yes, how do you (did you) work with your investment advisor?
31. Have you discussed the proposed strategy with your investment advisor? If yes, what investment advisor did you use (get contact info) and what advice did he or she provide?

If you have any questions please give me a call or email me.

Brian Czerwinski
The Heritage Organization, L.L.C.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.