# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

August 20, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Zachary Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to protect the value of your investment in Constellation Brands, Inc. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $20,000, including expenses, of which $10,000 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $10,000 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $10,000.

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
31

SANDS 11558

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886444.1

AGREED: TRUST F/B/O ZACHARY STERN
U/W LAURIE SANDS

By: ______________________________
Andrew Stern, Trustee

Date: ______________________________

By: Marilyn Sands trustee
Marilyn Sands, Trustee

Date: 8/21/01

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

August 20, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Zachary Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to protect the value of your investment in Constellation Brands, Inc. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $20,000, including expenses, of which $10,000 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $10,000 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $10,000.

SANDS 11560

LEWIS, RICE & FINGERSH, L.C.

Andrew Stern and Marilyn Sands, Trustees
August 20, 2001
Page 2

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886444.1

AGREED: TRUST F/B/O ZACHARY STERN
U/W LAURIE SANDS

By: ______________________
Andrew Stern, Trustee

Date: ______________________

By: Marilyn Sands (trustee)
Marilyn Sands, Trustee

Date: 8/21/01

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

August 20, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Mr. Richard Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to protect the value of your investment in Constellation Brands, Inc. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $45,000, including expenses, of which $22,500 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $22,500 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $22,500.

SANDS 11566

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886440.1

Agreed: ______________________
RICHARD SANDS

Date: 8/21/01

LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

August 20, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Mr. Robert Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to protect the value of your investment in Constellation Brands, Inc. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $45,000, including expenses, of which $22,500 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $22,500 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $22,500.

SANDS 11570

LEWIS, RICE & FINGERSH, L.C.



If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886395.1

Agreed: ______________________
ROBERT SANDS

Date: 8/22/01

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

August 20, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Ms. Marilyn Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Ms. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to protect the value of your investment in Constellation Brands, Inc. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $45,000, including expenses, of which $22,500 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $22,500 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $22,500.

SANDS 11574

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886440.1

Agreed: ______________________
MARILYN SANDS

Date: 8/21/01