# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Marilyn Sands, Richard Sands and Robert Sands,
Trustees of The Marvin Sands Master Trust dated
October 28, 1996, as amended on April 1, 1999
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $95,000, including expenses, of which $50,000 is to be paid as a non-refundable retainer upon your acceptance of this engagement letter. The remaining $45,000 will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me, together with your retainer in the amount of $50,000.

GOVERNMENT EXHIBIT 32
PENGAD-Bayonne, N. J.

SANDS 11578

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886444.2

AGREED: THE MARVIN SANDS MASTER TRUST DATED OCTOBER 28, 1996, AS AMENDED ON APRIL 1, 1999

By: ______________________________
Marilyn Sands, Trustee

Date: ______________________________

By: ______________________________
Richard Sands, Trustee

Date: ______________________________

By: ______________________________
Robert Sands, Trustee

Date: ______________________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Mr. Robert Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11580

Sands
000059

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886395.2

Agreed: ______________________
ROBERT SANDS

Date: ______________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Mr. Richard Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11582

LEWIS, RICE & FINGERSH, L.C.



If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886440.2

Agreed: ______________________________
RICHARD SANDS

Date: ______________________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Ms. Marilyn Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Ms. Sands:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11584

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886440.2

Agreed: ______________________________
MARILYN SANDS

Date: ______________________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Abigail Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11586

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886447.2

AGREED: TRUST F/B/O ABIGAIL STERN U/W LAURIE SANDS

By: ______________________
Andrew Stern, Trustee

Date: ______________________

By: ______________________
Marilyn Sands, Trustee

Date: ______________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

**VIA FEDERAL EXPRESS**

**PERSONAL AND CONFIDENTIAL**

Mr. Andrew Stern
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Mr. Stern:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11588

LEWIS, RICE & FINGERSH, L.C.



If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
904476.V1

Agreed: ______________________________
ANDREW STERN

Date: ______________________________

# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LRF.COM
MMULLIGAN@LEWISRICE.COM

MICHAEL D. MULLIGAN
DIRECT (314) 444-7757

TEL (314) 444-7600
FAX (314) 612-7757

November 14, 2001

VIA FEDERAL EXPRESS

**PERSONAL AND CONFIDENTIAL**

Andrew Stern and Marilyn Sands, Trustees
of Trust F/B/O Zachary Stern U/W Laurie Sands
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport, New York 14450

Dear Trustees:

I am writing you to set forth our proposal regarding the legal services which this firm is to provide you. This letter identifies those services and the terms of our engagement by you.

Services to be Rendered. We are to furnish legal services in connection with steps you propose to take in the year 2001 to establish and implement specific business strategies and to protect the value of certain of your investments. Our services will include preparing documents forming various entities to implement your planning decisions, and rendering advice concerning the tax and legal consequences of the transactions in which you engage. We shall also furnish you a written legal opinion as to the tax consequences of those transactions.

Fees and Expenses. We propose to perform the above services for a total sum of $5,000, including expenses, which will be due within ten days after we have furnished our opinion letter.

Confidentiality. All matters which you discuss with us are personal and confidential. Those matters will not be shared with any individuals outside the firm without your consent.

I am sending you two signed originals of this letter. If the foregoing is acceptable to you as the terms of your engagement of this firm, please sign and date one of those originals and return it to me.

SANDS 11590

If you have any questions regarding the above, please feel free to get in touch with me.

Very truly yours,

Michael D. Mulligan

MDM:pf
886444.2

AGREED: TRUST F/B/O ZACHARY STERN
U/W LAURIE SANDS

By: ______________________________
Andrew Stern, Trustee

Date: ______________________________

By: ______________________________
Marilyn Sands, Trustee

Date: ______________________________