IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T, 06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 16, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES,<br><br>Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs move the Court for an Order extending the time for them to reply to the United States' response to plaintiffs' cross-motion for summary judgment. Plaintiffs' reply is presently due on August 31, 2007. Plaintiffs request this Court to extend the date for filing the reply by two weeks, until September 14, 2007. In support hereof, plaintiffs would respectfully show that the motion should be granted for the following reasons:

1) Defendant filed its motion for summary judgment on June 4, 2007, before it or plaintiffs had completed discovery.

2) The Court originally scheduled discovery to end on August 1, 2007. However, defendant was unable to complete discovery by that date. Defendant also did not produce a witness for a Rule 30(b)(6) deposition that had been scheduled to occur on July 20, 2007 to cover certain topics and filed a motion for a protective order as to other topics, such that plaintiffs also were unable to complete discovery by August 1, 2007.

3) On August 1, 2007, defendant filed a motion to extend certain deadlines in this case. Plaintiffs agreed to not oppose that motion to the extent it sought additional time to take depositions of certain witnesses. However, plaintiffs were concerned that if the Court were to grant defendant's motion for additional time, the depositions might be

rescheduled to a time that would interfere with plaintiffs' preparation of a reply brief on the cross motions for summary judgment. Thus, plaintiffs agreed to not oppose defendant's motion for additional time with respect to certain depositions, in exchange for the government's agreement to not oppose this motion for an extension of time for plaintiffs to file their reply on the cross-motions for summary judgment.

4) On August 2, 2007, the Court partially granted defendant's request for an extension of the discovery period (beyond what the parties had agreed to) and extended the discovery period to August 29.

5) The parties have now scheduled seven depositions to take place before the close of discovery. Counsel for plaintiffs will have to travel to each of these depositions. These depositions will directly interfere with plaintiffs' preparation of a reply brief.

6) On August 1, 2007 defendant produced several thousand pages of discovery to plaintiffs (belatedly, in plaintiffs' view). On August 14, 2007 defendant made another large production of discovery to plaintiffs. Several of the depositions that defendant scheduled to occur later this month have been scheduled specifically to ask questions about these documents. Thus, plaintiffs are focusing their resources on these documents and are spending significant time preparing for these depositions. Plaintiffs will therefore be prejudiced if they are forced to prepare for these depositions while also working on a reply brief.

7) On August 6, 2007, defendant filed a motion seeking an additional 30 days to file its response to the cross-motion for summary judgment. The Court tentatively gave the government an additional 30 days to file its response, although defendant filed its response on August 14, 2007.

**CONCLUSION**

For the reasons stated above, plaintiffs respectfully request an Order that extends the time for them to file a reply to defendant's response to plaintiffs' cross-motion for summary judgment until September 14, 2007.

Respectfully submitted this 16th day of August, 2007.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT has been made on August 16, 2007 via the Court's CM/ECF system to:

Thomas M. Herrin
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201
thomas.m.herrin@usdoj.gov

s/ Lewis S. Wiener
LEWIS S. WIENER