IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: September 5, 2007)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TWENTY PAGES**

Plaintiffs hereby move for leave to file a reply brief to United States' Response to Plaintiffs' Cross-Motion for Summary Judgment ("Defendant's Response") in excess of the 20 page limitation found in Ct. Fed. Cl. R. 5.2. Defendant's Response raises a new, alternative ground to support its motion for summary judgment by arguing that summary judgment is appropriate based on the validity and applicability of Treas. Reg. § 1.752-6. Defendant's Motion for Summary Judgment did not rely on Treas. Reg. § 1.752-6, and Plaintiffs did not address it in their cross-motion and response to Defendant's Motion. The only court to have considered Treas. Reg. § 1.752-6 has determined that it is invalid. *See Klamath Strategic Investment Fund, LLC v. United States*, 440 F. Supp. 2d 608 (E.D. Tex 2006).

Plaintiffs believe that the Court's rules allow them to file a combined reply of 20 pages and response of 30 pages because Defendant has raised this entirely new argument; however, in an abundance of caution, Plaintiffs hereby request leave to file a brief not exceeding fifty (50) pages to adequately respond to the new, alternative ground for summary judgment raised in Defendant's Response. An extension of the page limitation will allow Plaintiffs to address this new argument and to address the remaining issues contained in Defendant's Response. Plaintiffs

believe an extension of the page limitation will accordingly be helpful to the Court in analyzing and ruling on the issues before it. Counsel for Defendant has expressly consented to Plaintiffs' request and does not object to the granting of this motion.

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to File Reply Brief in Excess of Twenty Pages and allow Plaintiffs to file a brief not exceeding 50 pages.

Respectfully submitted this 5th day of September, 2007.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiffs' Motion for Leave to File Reply Brief in Excess of Twenty Pages has been made on September 5, 2007 via the Court's CM/ECF system to:

Thomas M. Herrin
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201
thomas.m.herrin@usdoj.gov

s/ Lewis S. Wiener
LEWIS S. WIENER