**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: September 14, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**APPENDIX A AND B TO**
**PLAINTIFFS' RESPONSE AND REPLY TO UNITED STATES' RESPONSE TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND TO PLAINTIFFS' REPLY TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT**


| EXHIBIT | APPENDIX A | PAGE |
|---|---|---|
| 8. | Excerpts from 1997 F.S.A. (Nov. 21, 1997) at 1997 WL 33313960 | APP-A-1 |
| 9. | Excerpt from the Brief for the Appellee in *Colm Producer, Inc. v. United States* | APP-A-4 |
| 10. | Letter from the American Institute of Certified Public Accountants to Commissioner Mark Everson, *reprinted in AICPA Comments on Proposed and Temporary Regulations on Assumption of Partner Liabilities Under I.R.C. Section 752*, 83 DTR G-7 (April 30, 2004) | APP-A-6 |
| 11. | Letter from Fred Goldberg, Jr. (former IRS Chief Counsel, Commissioner of IRS, and Assistant Secretary of the Treasury for Tax Policy) to IRS, *reprinted in Goldberg Suggests Son of Boss Regs Will Diminish Settlement Prospects*, 2003 Tax Notes Today 219-47 (Nov. 13, 2003) | APP-A-16 |
| 12. | Letter from New York State Society of Certified Public Accountants to Mr. Horace Howells at IRS, *reprinted in CPAs Comment On Proposed Definition of Partnership Liabilities*, 2003 Tax Notes Today 195-16 (Sept. 15, 2003) | APP-A-20 |
| 13. | Excerpts from Industry Specialization Program Coordinated Issue, *"Basis Shifting" Tax Shelter*, 2002 WL 32351285 (Dec. 3, 2002) | APP-A-27 |

14. Excerpts from Industry Specialization Program Coordinated Issue, *Notional Principal Contracts*, 2005 WL 43711 (Jan. 6, 2005) APP-A-30

| **EXHIBIT** | **APPENDIX B** | **PAGE** |
|---|---|---|
| 60. | Deposition Excerpts from the Oral Deposition of Chet Decker, August 28, 2007 | APP-B-1 |
| 61. | Deposition Excerpts from the Oral Deposition of Brian Czerwinski, August 28, 2007 | APP-B-11 |
| 62. | Deposition Excerpts from the Oral Deposition of Timothy Seaberg, August 29, 2007 | APP-B-38 |
| 63. | Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007 | APP-B-60 |
| 64. | Debrief of Contact with Richard Sands (Exhibit 18 from the Deposition of Chet Decker) | APP-B-72 |
| 65. | Wire Transfers to and Invoices from Lewis, Rice & Fingersh, L.C. to Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust | APP-B-73 |
| 66. | Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007 | APP-B-114 |
| 67. | Deposition Excerpts from the Oral Deposition of Marilyn Sands, July 31, 2007 | APP-B-119 |
| 68. | Deposition Excerpts from the Oral Deposition of Andrew Stern, July 31, 2007 | APP-B-122 |
| 69. | Deposition Excerpts from the Oral Deposition of Fred “Fritz” Luedke, July 17, 2007 | APP-B-126 |
| 70. | Deposition Excerpts from the Oral Deposition of Vickie Walker, August 29, 2007 | APP-B-144 |
| 71. | Supplemental Affidavit of William Falk | APP-B-151 |