IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: September 14, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiff,

v. 06-811 T

THE UNITED STATES,

Defendant.

## DECLARATION OF JULIE P. BOWLING

I, Julie P. Bowling, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiffs in the above-entitled case. Attached hereto, as exhibits in Appendix A and Appendix B, are true and correct copies of the following:

**EXHIBIT** **APPENDIX A**

8. Excerpts from 1997 F.S.A. (Nov. 21, 1997) at 1997 WL 33313960

9. Excerpt from the Brief for the Appellee in *Colm Producer, Inc. v. United States*

10. Letter from the American Institute of Certified Public Accountants to Commissioner Mark Everson, *reprinted in AICPA Comments on Proposed and Temporary Regulations on Assumption of Partner Liabilities Under I.R.C. Section 752,* 83 DTR G-7 (April 30, 2004)

11. Letter from Fred Goldberg, Jr. (former IRS Chief Counsel, Commissioner of IRS, and Assistant Secretary of the Treasury for Tax Policy) to IRS, *reprinted in Goldberg Suggests Son of Boss Regs Will Diminish Settlement Prospects*, 2003 Tax Notes Today 219-47 (Nov. 13, 2003)

12. Letter from New York State Society of Certified Public Accountants to Mr. Horace Howells at IRS, *reprinted in CPAs Comment On Proposed Definition of Partnership Liabilities*, 2003 Tax Notes Today 195-16 (Sept. 15, 2003)

13. Excerpts from Industry Specialization Program Coordinated Issue, *"Basis Shifting" Tax Shelter*, 2002 WL 32351285 (Dec. 3, 2002)

14. Excerpts from Industry Specialization Program Coordinated Issue, *Notional Principal Contracts*, 2005 WL 43711 (Jan. 6, 2005)

**EXHIBIT** **APPENDIX B**

60. Deposition Excerpts from the Oral Deposition of Chet Decker, August 28, 2007

61. Deposition Excerpts from the Oral Deposition of Brian Czerwinski, August 28, 2007

62. Deposition Excerpts from the Oral Deposition of Timothy Seaberg, August 29, 2007

63. Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007

64. Debrief of Contact with Richard Sands (Exhibit 18 from the Deposition of Chet Decker)

65. Wire Transfers to and Invoices from Lewis, Rice & Fingersh, L.C. to Richard Sands, Robert Sands, Marilyn Sands, Andrew Stern, Abigail Stern Trust, Zachary Stern Trust, and The Marvin Sands Master Trust

66. Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007

67. Deposition Excerpts from the Oral Deposition of Marilyn Sands, July 31, 2007

68. Deposition Excerpts from the Oral Deposition of Andrew Stern, July 31, 2007

69. Deposition Excerpts from the Oral Deposition of Fred "Fritz" Luedke, July 17, 2007

70. Deposition Excerpts from the Oral Deposition of Vickie Walker, August 29, 2007

71. Supplemental Affidavit of William Falk

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 14th day of September 2007.

Julie P. Bowling

Julie P Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8023
F: 404-853-8806