# PHONE CONVERSATION SUMMARY
## RICHARD SANDS
## PC ID 153557

CONSTELLATION BRANDS, INC.
300 WILLOW BROOK OFFICE PARK
FAIRPORT, NY 14450
716-218-2169
03/19/01
CRD:mml

This is a debrief of PC contact with Richard Sands. I spoke with Richard, the PC, about capital gains. He showed mild interest however was adamant about not meeting until he sees some documentation on our company. I used the standard mailer loops. And advisor loops and came back around to it. He would be interested after receiving a letter, possibly. So I'll be sending out the THO 1 letter. And then following up with him next week once he gets a chance to review it.

END

EXHIBIT
tabbies
64

mml:March 29, 2001
Page 1 of 1

Copyright 2000 The Heritage Organization, L.L.C. This document and the information contained in it are the Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C only in the normal performance of their duties as an employee of The Heritage Organization, L.L.C without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and prosecuted to the limits of the law

DEPOSITION EXHIBIT
18



THO-000392