COPY



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407T

(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

- - - - - - - - - - - - - - - - X

ALPHA I, L.P., by and through )
ROBERT SANDS, a notice partner, )
Plaintiff )Case No. 06-407T
-vs- )
THE UNITED STATES, )
Defendant )

- - - - - - - - - - - - - - - - X

Deposition of ROBERT SANDS taken pursuant to notice at Constellation Brands, 370 Woodcliff Drive, Suite 300, Fairport, New York on Wednesday, June 13, 2007 commencing at 9:30 a.m.

Reported by:
COMPUTER REPORTING SERVICE
Amy M. Condon, CSR, RPR
270 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614 (585) 325-3170

APP-B-114



EXHIBIT
tabbies
66

APPEARANCES:

SUTHERLAND, ASBILL & BRENNAN, LLP
By: KENT L. JONES, Esq.
JULIE BOWLING, Esq.
1275 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
Attorneys for plaintiff.

U.S. DEPARTMENT OF JUSTICE
By: THOMAS M. HERRIN, Esq.
MICHELLE C. JOHNS, Esq.
717 North Harwood Street, Suite 400
Dallas, Texas 75201
Attorneys for defendant.

MR. HERRIN: All right. I can live with that.

BY MR. HERRIN:

Q. How many meetings did you attend with Heritage Personnel?

A. I don't know.

Q. Approximately?

A. I don't know.

Q. More than one?

A. Yes.

Q. More than five?

A. I don't know.

Q. As far as actual meetings, not telephone conversations, did the meetings that you attended, were they conducted here in New York, Rochester, were they in Dallas or someplace else?

A. Rochester.

Q. The initial meeting, do you recall when that happened? Again, I'm dealing just with meetings, not telephone calls.

A. No.

Q. All right. Do you recall who attended?

A. Are you asking do I recall everyone who attended the first meeting?

Q. Yes.

A. I don't really recall the first meeting.

Q. Okay. Do you recall anything about the first meeting?

A. Not really, no.

Q. The purpose of it?

A. To discuss, you know, various ideas that they had relative to financial planning and other concepts.

Q. Okay. Was this meeting different from subsequent meetings in terms of how it evolved, what they were presenting?

A. I don't really remember the first meeting other than --

Q. Just having a meeting?

A. -- there was a meeting and I know that we discussed various financial planning type concepts. That's all I remember about the first meeting.

Q. I want to go a little bit deeper. Just as far as in terms of yourself and your family members, do you recall who would have attended that meeting?

A. I believe Richard attended that meeting.

Q. Richard and yourself or just Richard?

A. I assume you're talking about a meeting that I was at?

Q. Would it help to look at a document, would that refresh your memory?
A. You can show me any document you want.
Q. Let's move on.
A. Okay.
Q. Let's talk about the Yahoo and Corning stock. Who decided to purchase Yahoo and Corning stock as opposed to some other stock in connection with these transactions?
A. I did.
Q. How did you pick Yahoo and Corning as opposed to something else?
A. I thought that they were going to be particularly good investments.
Q. And what did you base that on?
A. I don't recall who I talked to, but I talked to a number of people about, you know, what stocks we might buy and what had a chance of increasing in value and we picked Yahoo and Corning.
Q. Other than the stock purchase and the association with the second set of partnership transactions, had you purchased Yahoo or Corning stock before?
A. I don't recall.