COPY



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407T

(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

- - - - - - - - - - - - - - - - X

ALPHA I, L.P., by and through )
ROBERT SANDS, a notice partner, )
Plaintiff )Case No. 06-407T
-vs- )
THE UNITED STATES, )
Defendant )

- - - - - - - - - - - - - - - - X

Deposition of MARILYN SANDS taken pursuant to notice at Constellation Brands, 370 Woodcliff Drive, Suite 300, Fairport, New York on Tuesday, July 31, 2007 commencing at 9:30 a.m.

Reported by:
COMPUTER REPORTING SERVICE
Amy M. Condon, CSR, RPR
270 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614 (585) 325-3170

APP-B-119

EXHIBIT
67

APPEARANCES:

SUTHERLAND, ASBILL & BRENNAN
By: THOMAS A. CULLINAN, Esq.
JULIE BOWLING, Esq.
1275 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
Attorneys for plaintiff.

U.S. DEPARTMENT OF JUSTICE
By: THOMAS M. HERRIN, Esq.
717 North Harwood Street, Suite 400
Dallas, Texas 75201
Attorneys for defendant.

APP-B-120

Mrs. Sands?

A. Beg your pardon?

Q. Are you familiar with this document?

A. No.

Q. Are you familiar with the law firm Lewis, Rice & Fingersh?

A. No.

Q. If you would turn to the last page of that document. Is that your signature?

A. Yes.

Q. Do you recall any of the circumstances surrounding when you signed this document?

A. No.

Q. Do you recall having any discussions with anybody on behalf of or with the law firm of Lewis, Rice & Fingersh?

A. No.

Q. In paragraph one on the first page the second sentence, if you'd take a minute to read that sentence please.

Would it be fair to say that the sentence says, any representations that are made later on were made based on knowledge and understanding from your sons as opposed to yourself?