IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407T
(Into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

**Certified Copy**

ALPHA I, L.P. BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,

Plaintiff,

VS. ) No. 06-407T

THE UNITED STATES,

Defendant,

---

BETA PARTNERS, L.L.C., BY AND THROUGH Alpha I, L.P., A NOTICE PARTNER,

Plaintiff,

VS. ) No. 06-408T

THE UNITED STATES,

Defendant,

---

R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,

Plaintiff,

VS. ) No. 06-409T

THE UNITED STATES,

Defendant,

---

APP-B-126

R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,

EXHIBIT
tabbles
69

| | |
|---|---|
| VS. | ) No. 06-410T |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER, | ) |
| Plaintiff, | ) |
| VS. | ) No. 06-411T |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER, | ) |
| Plaintiff, | ) |
| VS. | ) No. 06-810T |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |
| M, L, R & R, BY AND THROUGH RICHARD E. Sands, TAX MATTERS PARTNER, | ) |
| Plaintiff, | ) |
| VS. | ) No. 06-811T |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**************************************************************

ORAL DEPOSITION OF

FRED "FRITZ" LUEDKE

JULY 17, 2007

VOLUME 1

**************************************************************

ORAL DEPOSITION OF FRED "FRITZ" LUEDKE, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 17th day of July, 2007, from 1:26 p.m. to 5:03 p.m., before Lisa C. Hundt, CSR in and for the State of Texas, reported by machine shorthand, at the offices of the DOJ, located at 717 North Harwood, Suite 400, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR THE PLAINTIFFS:

Ms. Julie P. Bowling
And
Mr. Thomas A. Cullinan
SUTHERLAND, ASBILL & BRENNAN
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
404.853.8075
404.853.8806 (Fax)

FOR THE DEFENDANT:

Ms. Michelle C. Johns
And
Mr. Thomas M. Herrin
DEPARTMENT OF JUSTICE
717 N. Harwood
Suite 400
Dallas, Texas 75201
214.880.9721
214.880.9741 (Fax)

FOR THE WITNESS:

Mr. Steven Berry
BERRY, ODOM & RABINOWITZ
611 9th Avenue
Fort Worth, Texas 76104
817.850.9100
817.546.3210 (Fax)

P R O C E E D I N G S

FRED "FRITZ" LUEDKE,

having been first duly sworn, testified as follows:

EXAMINATION

BY MS. BOWLING:

Q. Mr. Luedke, would you please state your name and spell your name for the record?

A. Sure. My birth certificate name is Fred Carl -- F-R-E-D, Carl, C-A-R-L, Luedke, L-U-E-D as in David K-E.

Q. And what name do you go by?

A. Fritz generally.

Q. And can you tell us your address?

A. Yes. It's 8214 Forest Hills, two words, Boulevard, Dallas, 75218.

Q. Have you ever been deposed before?

A. I don't recall so, no. This is a fairly new experience. I don't think -- I don't think I have.

Q. Have you ever testified in court?

A. I went to jury duty once, but I don't recall ever having gone to court, no.

Q. Do you understand how depositions work?

A. Not really, no.

Q. Well, what's going to happen is, I will ask you questions and you'll respond; and Michelle may also ask

you questions. It's possible that your attorney or I or Michelle will object at some point. We need to make sure we don't talk over each other so the court reporter can get everything down. And you need to make sure you answer audibly; no nodding, no "uh-huh" or "huh-uh."

A. Okay.

Q. Great. If I interrupt you before you finish answering a question, will you let me know so you can finish your answer?

A. Sure, yes.

Q. And if I ask you something you don't understand, will you ask me to rephrase it or otherwise let me know you don't understand the question?

A. Yes.

Q. All right. Have you done anything to prepare for your deposition today other than having conversations with your attorney?

A. No.

Q. Can you tell us all a little bit about your education?

A. Sure. High school in Westport, Connecticut. Went off to Wesleyan University in Middletown, Connecticut; graduated with a BA, bachelor of arts, in 1977. Then went off to Wharton Business School where I got my MBA in 1979.

Q. And what did you do when you finished at Wharton?

A. I went off to New York City working for Solomon Brothers -- in New York City, as I said. And -- would you like me to continue? I worked there for three and a half, four years. Then went to Merrill Lynch, also in New York City. Worked there for about a year, and then moved over to Paine Weber, which was also in New York. And then -- I don't know the years; about eight years --

Q. That's fine.

A. -- seven, eight years. Paine Weber sent me down to Dallas, then sent me out to L.A., and then I came back to Dallas after about -- three years in Dallas and two years in L.A. -- I came back to Dallas. And I've been in Dallas now for about, oh, I'd say 15 years, maybe 16 years, working for UBS. Actually, Paine Weber was purchased by UBS about eight years ago -- maybe seven, eight years ago -- and I've been with UBS since then.

Q. What is your current position at UBS?

A. I'm a first vice president, or senior vice president maybe, at fixed income sales.

Q. And what do you do in that position?

A. I buy and sell fixed income securities and occasionally stocks. I'm very much a generalist. I trade a wide variety of securities, largely fixed income,

though, in nature.

Q. And the position as vice president, do you have people under you?

A. I have an assistant I share, and I've got a partner who's kind of under me but he's a partner. But not a staff by any means.

Q. Do you know what your position was with UBS Financial and Paine Weber in 2001 and 2002?

A. What my position was? Like a title?

Q. Yes.

A. Oh, gosh, I wasn't being cute when I said I'm a senior first vice president. I mean, titles really don't mean -- I'd have to look at my business card. I think it says -- I'm being serious about this. I think I'm a first vice president or something, but it doesn't really matter that much to me.

I'm a senior vice president now. I don't know what I was. I really -- I've been a vice president since I started. And rather give you a raise, they give you a new title. You're a first vice president, you're a senior vice president, you're a double -- you know, they give you -- and it's kind of cute. But I was a vice president of some kind.

Q. Do you know what your job consisted of in2001 and 2002?

A. Yeah. I would state fairly certainly that it was very similar to what I'm doing now, is buying and selling fixed income securities, largely. Same thing.

Q. And can you tell us what does UBS Financial do?

A. UBS is a huge global bank based in Zurich, Switzerland. It does everything. It's a huge global bank. I can't -- I don't know the numbers, but it's in 300 countries with 800 offices and 60 -- it's just huge. It's very active here in the United States, very large presence in most major centers. It's a huge financial enterprise.

Q. Okay. And would you say that Paine Weber was a similar type company when the company was named Paine Weber?

A. It was a -- not as large and not as global, as but it was a prime broker, big, major player on Wall Street, yes.

Q. You said you traded fixed income and securities. Can you explain those a little more fully? What is fixed income trading?

A. Largely -- if you divide Wall Street by -- it's very hard to draw lines between equity and fixed income. There's equity and bonds, stocks and bonds. And equity is something that is -- you know, that's what hedge funds are and mutual funds. And I do a little stock trading,

but the vast majority of my business is fixed income, which comprises of an interest rate. You're purchasing or selling coupon securities. That's a very general -- very general comment.

Q. And when you say implies an interest rate, what do you mean by that?

A. Well, you are buying or selling a bond -- a bond, or something bond like, that has an implied interest to it, like a 3 1/2 percent coupon or a -- you put money in the bank and get a 4 percent -- or a junk bond would have a 8 or 10 percent -- it's got a percentage of implied yield or yield you would expect to realize.

Q. So are you familiar with U.S. interest rates?

A. Yes, very much.

Q. Do you think U.S. interest rates are volatile?

A. Oh, yeah. Unequivocally.

Q. How so?

A. They change on a daily basis, on a minute-by-minute basis, by every up tick or down tick, or every economic release. This morning alone there was producer price index, producer price -- price index food and energy and then cap utilization, industrial production, every number, zip, zip, zip, as does the stock market. Very similar to the stock market; very

A. No.
Q. Hundreds, thousands?
A. Dollars or...?
Q. No, number of trades.
A. Transactions? Short sales, it's a small percentage, and it's been a very long time. So -- it's relatively small percentage of transactions I do. Different time periods, but I really can't -- it is a small part of my business.
Q. Is it something that is common in other areas, I guess, less with institutional? Do you know --
MS. BOWLING: Strike that.
Q. (BY MS. BOWLING) Do you know how common short sales are in individual investment arena?
A. No.
Q. Can you tell us how a short sale works?
A. In terms of government bonds or stocks or...?
Q. In general.
A. General? You are selling -- make sure I have this right, because I'm sure there's different techniques. But typically -- and the way I picture it is, you are selling a security that you either don't own or are borrowing, typically. This is the way it works in stocks. You are selling a security and borrowing it elsewhere in hopes that over the next -- in the

foreseeable future, the price of it will go down so when you buy it back, you'll have -- you can return it at a lower price. You're selling at 60, hoping to buy it at 50 and make 10 bucks in a time period. You're betting the price will go down on a short sale.

Q. So first the investor has to borrow securities from someone else?

A. He can do it simultaneously with the transaction.

Q. So he can borrow and then he can sell?

A. Yes.

Q. Or at the same time?

A. I don't understand. Yeah; simultaneously, yes. For simultaneous settlement, yes.

Q. Let's go back. Why would a person -- you said you have to buy them back at the end. Why do you have to do that?

A. You want to cover your short. If it's gone the way you want, you've sold stock or bonds at 60 and now they're at 50. You want to buy at 50 and say, here, you go and you make 10 bucks. You cover your short, if -- if the market's gone your way. Now it gets up to 70, 80, oh, my gosh, then you lose money. Then your investment has not gone the way you expected it to.

Q. So does an investor receive cash when they

first borrow the securities or do they have to sell them on the open market first?

A. They sell something, they get cash.

Q. Okay. That's what I wanted to know.

Why would an investor want to sell -- make a short sell of something?

A. Because they thought the price of the security -- just generally again, because there are -- generally, when you short a security, you're betting that the price will go down.

Q. Let's talk about Treasury notes now specifically.

A. Okay.

Q. Why would an investor want to short sale Treasury notes?

A. Because he thought that the interest rates were going up. Because as interest rates go up, prices go down. So same thing like you're shorting, you think prices will go down. So if you think the Fed is going to be tightening, you would -- and it's going to happen in a week or two -- if you thought interest rates were going to drift up, you would short the governments in order to buy them back later at a lower price.

Q. And could such an investment be profitable?

A. Oh, sure.

Q. How?
A. Like I said, if the interest rates had gone down, you covered them, you'd make back the difference.
Q. Is another reason an investor would short sell Treasury notes to hedge on some other investment they hold?
A. I don't know.
Q. Okay. When a customer closes a short sale, how does that work through UBS System, do you know?
A. I would just see it as a buy, and would net the position. But I don't know how the operations would work at all.
Q. Does -- do you know if UBS actually acquires the securities to close the sale?
A. UBS would not require them. The account would -- the account would acquire them.
Q. The account would acquire the securities to close the short sale?
A. Yes. They would have to if they want to close it because they're short, they would have to cover their short.
Q. And do they have to cover them with the same sort of securities they sold?
A. Definitely.
Q. When a customer executes a short sale of

Treasury notes for example, can you tell them how much it will cost to close short sale?

A. Heavens no.

Q. Why not?

A. To close it out?

Q. Uh-huh.

A. It is -- it's unforeseeable. There's no way on earth you could. If interest rates go up, they'll make money, if interest rates go down, they'll lose money. You're making an interest rate call.

Q. So how will a customer know, when they have to close the short sale, what it will cost?

A. There's mathematical formulas for -- on a straight short sale, if you've sold bonds at par, and bought them back at 99, well, you've made $10,000 on a million bonds. My math may not be right. Point -- .10,000 bucks. So on a short, it's very easy. You sold them at X, you bought them at X; the difference between that is what you make. If they go up, you had to cover them at 101, then you've lost $10,000 per million bucks.

Q. But when the customer executes the short sale of Treasury notes, they don't know then what it's going to cost to cover the short sale?

MR. BERRY: To close?

A. To close the transaction? Absolutely not. Of

course, not -- let me think. When you buy a stock, you know what's it's going to be in a week? No. And it's similar to that. You don't know. That's the market.

Q. When do they know what it will cost?

A. When they close the transaction, when they cover their short.

Q. How is the price of Treasury notes determined; do you know?

A. No. If I knew that... I've been pondering that for 28 years.

Q. Do you know any of the factors that relate?

A. What moves the markets.

Q. Can you give an example?

A. This morning PPI came out -- X Food Energy came out at something, .2 or .3, and people was expecting .1, so government prices shot down because inflation's going to go up. It's a very volatile market. It reacts to every -- anything and everything. Even lack of demand, yields will drift higher. It's very akin to the stock market where no one's really sure what it will do on any day. There's lots of economic factors tugging at it.

Q. And what?

A. Producer price index comes out monthly.

Q. We have to make sure we all understand the acronyms.

Q. Looking at Exhibits 9 and Exhibit 4, is there a specific -- is there a requirement to close these short sales at a specific time?

A. No. There is not a requirement. It is watched very carefully by our margin department. And if you're making money, you let it run. If you lose money, there might be a margin call. It's watched by credit people very carefully.

Q. With the exception of margin being an issue, when does a client have to close a short sale like these?

A. I am not sure. But I've never been told you have to close this trade. It is something that remains open. It's the client's discretion. He can -- can keep making money or losing money as long as he wants, to a point. There's no requirement, that I'm aware of -- there might be something -- I'm unaware of any requirement of a client having to close a trade.

Q. When the trades shown or the information shown in Exhibit 9 and Exhibit 4, when those trades were made, what was the -- could the client tell what the cost to cover those short sales was at the time the trades were made?

A. If these, indeed, were short sales, which I think we determined, he could not tell. So your question was -- he could not tell.

99 -- 100 bucks right now, 100 par. And I say, I'll pay you 100, and he can say, okay, you're done, you're done. But if he calls back in five minutes, and what will you pay me now? Well, I can only pay you 99 bucks now. That's how much the market moves. And you literally have the trader on the line, live, to confirm a transaction. Done or not done, done or not done. What I mean is, you can't guarantee a price. The markets move all the time. Think of it as a share of IBM. You can get out of it at 49 1/2 or you call a minute later and it's 50. It's the same thing -- exactly the same thing. The market's always in fluctuation.

Q. So the cost to cover is going to be contingent on what the market does?

A. Exactly.

Q. Secondly, Ms. Johns mentioned the term "liability," and I don't know that you used that before. Were you testifying that the obligation to close a short sales was a liability, or were those her words?

A. I don't know what you mean by "liability."

Q. Okay.

A. Asset liability is something that you -- I don't know what you mean. On a balance sheet, you're short. It's -- you're not long, you're short. So it's asset liability. I guess it is -- I showed my prowess in