**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

No. 06-407 T
(into which have been consolidated Nos. 06-408 T, 06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant* | 06-409 T |
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-410 T |



EXHIBIT
tabbies
71

| | |
|---|---|
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-810 T |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>*Plaintiff*,<br><br>v<br><br>THE UNITED STATES,<br><br>*Defendant*. | 06-811 T |

**SUPPLEMENTAL DECLARATION OF WILLIAM J. FALK**

1. My name is William J. Falk. I am over the age of 18 and am fully competent to make this declaration. The facts contained in this declaration are within my personal knowledge or based upon information made available to me, and are true and correct

2. As I indicated in my declaration dated July 5, 2007, I personally conducted a due diligence process to determine certain facts that my colleagues and I deemed important to our work for the Sands family That due diligence included a detailed telephone interview by me and Lawrence Weltman, another lawyer at Lewis, Rice & Fingersh, L.C. ("Lewis Rice"), on November 20, 2001, of Robert Sands and his mother, Marilyn ("Mickey") Sands. My interview notes confirm that all such persons were participants.

3. Following the due diligence interview, Lewis Rice prepared proposed representation letters from the participating members of the Sands family to Lewis Rice and contacted them. Any information that Lewis Rice needed to prepare the proposed representation letters was provided to us, including financial information and pertinent facts. Robert Sands provided information concerning the other members of his family which Lewis Rice incorporated in the proposed representation letters.

4. Transmittal letters and other communications with members of the Sands family requested that each recipient review the representations for factual accuracy and, if the recipient was not comfortable with the accuracy of the representation letter or if the recipient believed that any information or clarification would be helpful, he or she should contact me.

5. Lewis Rice received representations letters from Richard Sands, Robert Sands, Marilyn Sands, and Andrew Stern, individually, and/or in their representative capacities, on two occasions: a first set, dated December 28, 2001, and a second set, dated April 11, 2002. The representation letters within each set were substantially identical.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on this 13th day of September 2007.

LEWIS, RICE & FINGERSH, L.C.

By: ______________________________

WILLIAM J. FALK

Its: Member

Dallas 1275522v 7