# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIM
NO. 06-407-T
(Into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T and 06-811T)
JUDGE EMILY C. HEWITT

ALPHA I, LP, BY AND THROUGH )
ROBERTS SANDS, A NOTICE )
PARTNER, ) No. 06-407T
Plaintiff, )
)
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

BETA PARTNERS, LLC, BY AND )
THROUGH ALPHA I, LP, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-408T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

R,R,M & C PARTNERS, LLC, BY )
AND R,R,M & C GROUP, LP, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-409T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

R,R,M & C, LP, BY AND )
THROUGH ROBERT SANDS, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-410T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

CWC PARTNERSHIP I, BY AND )
THROUGH TRUST FBO ZACHARY )
STERN U/A FIFTH G, ANDREW ) No. 06-411T
STERN AND MARILYN SANDS, )
TRUSTEES, A NOTICE PARTNER, )
Plaintiff, )
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

MICKEY MANAGEMENT, LP, BY AND)
THROUGH MARILYN SANDS, A )
NOTICE PARTNER, )
Plaintiff, )
) No. 06-810T
VS. )
)
UNITED STATES OF AMERICA, )
Defendant. )

---

M,L,R & R, BY AND THROUGH )
RICHARD E. SANDS, TAX MATTERS)
PARTNER, ) No. 06-811T
Plaintiff, )
)
VS. )
)
UNITED STATES OF AMERICA, )
Defendant. )

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION OF
RITA DAUGHERTY
AUGUST 30, 2007
Volume No. 1

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION of RITA DAUGHERTY, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 30th of August, 2007, from 1:59 p.m. to 3:36 p.m., before Sherry Folchert, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Department of Justice, Tax Division, 717 North Harwood, Suite 400, Dallas, Texas, pursuant to the Texas Rules of Civil Procedure.

APPEARANCES

FOR THE PLAINTIFFS:

Thomas A. Cullinan
SUTHERLAND ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
404-853-8075
tom.cullinan@sablaw.com

FOR THE DEFENDANT:

Thomas Herrin and Michelle C. Johns
US DEPARTMENT OF JUSTICE
717 North Harwood Street, Suite 400
Dallas, Texas 75201
214-880-9762
Michelle.C.Johns@usdoj-gov

And

Elaine Harris
INTERNAL REVENUE SERVICE
4050 Alpha Road, Suite 1300
Dallas, Texas 75244
972-308-7980

documents come -- did any of those documents come out of 372 boxes of data that were reviewed in late November?

A. I think what you did was jump a whole bunch of steps. There were 372 boxes of documents. We whittled that down to 66 full or partial boxes that had -- that we, Darla Hunter or I identified as data that we may or may not need. Okay. Then we went through a process where we got permission to pay a whole lot of money to get them photocopied and electronically copied. Because we got hard copies and electronic copy.

Q. Okay.

A. Then it took the vendor a while to do that. So then on April 11, 2007, the vendors delivered to 405 Alpha Road where I work 28 boxes and the electronic copy. 28 boxes of hard copies and the electronic copy.

Q. That date was, I'm sorry?

A. April 11th. So if your question was when was it in the hands of IRS I guess you want April 11th. Right?

Q. Well, initial -- that came from the same -- the documents that the vendor delivered to you on April 11th essentially were the documents that --

A. We selected.

Q. -- that you had in your possession in late November, early December of 2006?

A. It was partial. We didn't want all of them.

Q. All right.

A. So the 28 boxes they delivered was the copies that we wanted of the data we selected.

Q. Documents you thought to be important?

A. Right.

Q. Were those documents indexed in any form?

A. No, not then.

Q. When did they become indexed?

A. On April the 30th I began to review them. On May the 1st some other agents arrived to assist me. And by February -- by May 23rd we completed the indexing and by June the 5th, a spreadsheet was completed that was searchable, or our index.

Q. You're referring to a document as you're answering my questions. What document is it that you are --

A. This is a time line that I created because there's no way I was going to remember all these dates.

MR. CULLINAN: Can I have a copy of the time line please?

THE WITNESS: I only have one copy.

MR. HERRIN: Want to take a break and we'll make one.

MR. CULLINAN: Sure. Take a break.

(A break was taken 2:27 p.m.

Ms. Harris?

A. No -- well, wait a minute. Depends on how you mean that. I gave access to 28 boxes to all the agents that indexed it. But I didn't -- they didn't take -- I didn't provide it. I mean they had access to help me do it.

Q. How many agents had access to these documents?

A. All in all... I can only tell you about the indexing process.

Q. Okay. Tell me about that.

A. Rita, Darla, Denise, Judy, David, Randy, that other David guy, Nick. Eight.

Q. So eight agents assisted with the indexing process?

A. Right.

Q. When did the indexing process take place?

A. From April the 30th through -- well, there was two different sections of it. April 30th through to May 4 when I had all the help. But when they all left, there were partial boxes that were incomplete. I personally finished it on May the 23rd.

Q. Okay. When was it finalized?

A. Don't know what that means.

Q. Have you completed the index at this point in time?

A. Yes.
Q. Okay. You said partially finalized it on May 23rd?
A. I finished all the partial boxes that were left when the other agents left.
Q. Oh, okay. I thought you said you had partially finalized it. You completed the process on May 23rd?
A. Yes.
Q. Okay.
(Exhibit No. 90 was marked.)
THE WITNESS: You want me to look at it?
MR. CULLINAN: Yes, ma'am.
THE WITNESS: Sorry.
Q. (BY MR. CULLINAN:) Can you identify that document?
A. Well, this is our index. When the agents were there we created this index. So this is our index.
Q. So this index was created then sometime prior to May 23rd of 2007?
A. Well, depends on how you -- I don't know -- I'm not sure about that question. Okay. All I can tell you is that all of us showed up and on April the 30th we decided what the index was going to look like. And this is how we decided we were going to type all that stuff together. So we had a column for the investor. We had a

column for the description of what it was we saw when we scanned through the boxes (indicating). And document types, we didn't put dates on it. And we had the THO -- like 6 through 9 was based upon the Bates stamps that were assigned to each document (indicating). So the agents created how it was going to look.

Q. All right. So the index would have gone from THO 0001 all the way to THO 89,994?

A. 89,994.

Q. And as you go through this you'll note that -- and by this I mean Exhibit 90, there are various Bates ranges within that 1 to 89,000 that pertain to the Sands?

A. Right.

Q. Is that correct?

A. Right.

Q. Including the -- it looks like the very first documents THO 0001, right?

A. Right.

Q. So those were the first documents to actually get indexed were the Sands documents?

A. They were in box one.

Q. Okay.

A. We -- each agent that indexed got a box. One -- one got one. One got two. One got three. One got four. And they went through their box. When they finished that