**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed: September 18, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**INDEX TO PLAINTIFFS' MOTION TO STRIKE**

**EXHIBIT**

1. Deposition Excerpts from the rough copy of the Oral Deposition of Rita Daugherty, August 30, 2007

2. Deposition Excerpts from the Oral Deposition of Chet Decker, August 28, 2007

3. Deposition Excerpts from the Oral Deposition of Timothy Seaberg, August 29, 2007

4. Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007

5. Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007

6. Deposition Excerpts from the Oral Deposition of Brian Czerwinski, August 28, 2007

7. Deposition Excerpts from the Oral Deposition of Vickie Walker, August 29, 2007

8. Deposition Excerpts from the Oral Deposition of Joseph Van Voorhis, November 30, 2006

9. Deposition Excerpts from the Oral Deposition of W. Ralph Canada, February 22, 2006