IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: October 1, 2007)

ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. — 06-407 T

THE UNITED STATES,

Defendant.

---

BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. — 06-408 T

THE UNITED STATES,

Defendant.

---

R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,

Plaintiff,

v. — 06-409 T

THE UNITED STATES,

Defendant.

---

R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. — 06-410 T

THE UNITED STATES,

Defendant.

---

| | | |
|---|---|---|
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE**

On September 14, 2007, plaintiff filed a Motion to Strike summary judgment exhibits attached to the United States' Response to Plaintiffs' Motion for Summary Judgment. Counsel for the United States mis-calendered the response date. While the United States has begun work on the response, additional time is needed to fully respond to the motion. Additionally, the parties are currently engaged in settlement talks which may obviate the need to respond. For these reasons, the United States requests that a two week extension be granted to respond to plaintiffs' Motion to Strike.

The United States has conferred with plaintiff's counsel regarding this extension request and plaintiffs do not oppose the requested two week extension to respond to their Motion to Strike.

For the reasons set forth above, the United States respectfully requests that the time to file a response to plaintiffs' Motion to Strike be extended until October 15, 2007.

Respectfully submitted,

/s/ Thomas M. Herrin
THOMAS M. HERRIN
Attorney of Record
Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9745 / (214) 880-9762
(214) 880-9742 (FAX)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

LOUISE HYTKEN
Chief, Southwestern Civil Trial Section
MICHELLE C. JOHNS
Trial Attorney