IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: October 15, 2007)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-407 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-408 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-409 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPENDIX A TO UNITED STATES'**
**RESPONSE TO PLAINTIFFS' MOTION TO STRIKE**

**EXHIBITS** **APPENDIX A** **PAGE**


1. Deposition Excerpts from the Oral Deposition of Chet Decker, August 28, 2007 . . . . . . . APP-A-1-14

2. Deposition Excerpts from the Oral Deposition of Timothy Seaberg, August 29, 2007 . . . APP-A-15-25

3. Deposition Excerpts from the Oral Deposition of Vickie Walker, August 29, 2007 . . . . . APP-A-26-33

4. Deposition Excerpts from the Oral Deposition of Brian Czerwinski, August 28, 2007 . . . APP-A-34-36

5. Deposition Excerpts from the Oral Deposition of Richard Sands, June 12, 2007 . . . . . . . . APP-A-37-43

6. Deposition Excerpts from the Oral Deposition of Robert Sands, June 13, 2007 . . . . . . . . APP-A-44-46

7. Deposition Excerpts from the Oral Deposition of Marilyn Sands, July 31, 2007 . . . . . . . . APP-A-47-48

8. Deposition Excerpts from the Oral Deposition of Rita Daugherty, August 30, 2007 . . . . . APP-A-49-61

9. Excerpts from The Heritage Organization, L.L.C. Contractor Training Manual . . . . . . . . APP-A-62-72