COPY

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407T

(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

- - - - - - - - - - - - - - - - - X

ALPHA I, L.P., by and through )
ROBERT SANDS, a notice partner, )
Plaintiff )Case No. 06-407T
-vs- )
THE UNITED STATES, )
Defendant )

- - - - - - - - - - - - - - - - - X

Deposition of MARILYN SANDS taken pursuant to notice at Constellation Brands, 370 Woodcliff Drive, Suite 300, Fairport, New York on Tuesday, July 31, 2007 commencing at 9:30 a.m.

Reported by:
COMPUTER REPORTING SERVICE
Amy M. Condon, CSR, RPR
270 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614

GOVERNMENT EXHIBIT 1

PENGAD-Bayonne, N. J.

A. Probably from Richard and Rob, but I don't really remember anything about it, but I remember the name.
Q. So other than the name you don't remember any of the things they told you?
A. No, I really don't.
Q. Are you familiar with the name Gary Kornman?
A. No.
Q. Do you recall ever speaking with anybody on behalf of The Heritage Organization?
A. No.
Q. Either in person or on telephone?
A. No, I don't think anybody ever spoke to me.
(Exhibit No. 2 - agreement - marked for identification.)
BY MR. HERRIN:
Q. I'd ask you before, I don't know if it got on the record, are you familiar with this document? I don't know if she got it down on the record when you made your statements.
A. You mean this document?
Q. Yes.
A. No, I'm not familiar with it.
Q. This appears to be an agreement between





yourself and The Heritage Organization. If you would turn to -- it's page 10 of 14 of the document.
A. It's my signature.
Q. Do you know why you would have entered into an agreement with The Heritage Organization?
A. No.
Q. If you look at Article 4.1 on the first page, the very first page, and this appears to be an agreement, basically the payment agreement to pay a fee of 25 percent of all present and future taxes that would have been incurred as projected for the principals.
MR. CULLINAN: I'm going to object. The document speaks for itself. That's your characterization of it. Counsel is testifying.
BY MR. HERRIN:
Q. Do you know what you were agreeing to pay Heritage for doing?
A. No.
MR. CULLINAN: I'm going to object. The witness has already testified that she's not familiar with the document.
MR. HERRIN: That's true, but I need to know if she knows why she was agreeing to pay Heritage.





It's a different question.
If you can answer his objection will be in the record.
THE WITNESS: No, I don't.
BY MR. HERRIN:
Q. Okay. Do you recall if you paid Heritage for any services that were provided by that business?
A. No.
Q. Are you familiar with the name Ralph Canada?
A. No.
Q. How about Brian Czerwinski?
A. No.
Q. Are you familiar with Rodney Johnson?
A. No.
Q. In connection with the two documents that I've shown you, the agreement with Heritage and the partnership formation of Alpha that had your signatures, do you know -- did you know back when you signed these documents what was transpiring or were you just asked to sign the documents?
MR. CULLINAN: I'm going to object. I think the witness has answered. She says she doesn't recall signing the documents.
MR. HERRIN: I'm trying to figure out whether





or not at the time you signed the documents if you were familiar with what was going on and if since -- and have since forgotten or whether or not you were just asked to sign documents.
MR. CULLINAN: I object again. I'm not even sure we established when she signed the documents.
MR. HERRIN: All right. We can go down that road.
BY MR. HERRIN:
Q. Mrs. Sands, these documents are dated. Do you have any reason to believe that they were not signed at or about the time they were dated?
A. I don't know. I mean, I'm sure they were signed and dated. Whatever it says on there.
Q. Okay.
A. But I do not have any recollection about anything to do with it.
Q. All right.
(Exhibit No. 3 - letter - marked for identification.)
BY MR. HERRIN:
Q. Mrs. Sands, if you'd look at Exhibit 3 please. This is a letter from Richard Sands to transfer money from one of your accounts.
Do you recall why funds were being transferred?