# The Heritage Organization L.L.C.



# Contractor Training Manual

GOVERNMENT EXHIBIT 9

PENGAD-Bayonne, N. J.

# GREEN SHEET

The Green Sheet is the form used to request tape transcription or a letter (or both) from Marketing Support. Every conversation you have with a PC, every letter that you send, and every meeting that you set will require it's own Green Sheet. Fortunately, the computer does most of the work!

To get to the automated Green Sheet, click the desktop icon (bookmark)






Type in the **PC ID#** and your initials and press **get info**. The computer will automatically fill in today's date, the PC's name, and the PC's company address.

APP 2379



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

## A. Green Sheet Components

For the most part, the Green Sheet is self-explanatory; you simply need to fill in (or edit) the blanks. Here are some of the common items:

> PC Information – At the top, you have numerous spaces for the PC's name, address, title, phone number, etc. The most important thing to remember about this section is that it must always be filled out
>
> Correctly !!!

Make sure that if you talk to someone other than the PC, that this is reflected in the **Conversation With** field. It is also important that you fill in some sort of **Title** here to show this person's relation to the PC (PC's son, PC's wife, CFO, etc.)

If you are not sending a letter, DO NOT fill in "letter to" !!!!



Transcript Information – Next is the area for tapes. If all you are doing is a letter and there is no tape, then you may skip this section completely.

If you *are* turning in a tape, check the telephone call box, as well as any other boxes below that that are pertinent (**Meeting Set**, **Directions to Meeting**, etc.) As Initiators, you will never check the boxes marked

- Meetings
- Phone Interview
- Debrief of Phone Interview

CONFIDENTIAL

© 1999 - THE HERITAGE ORGANIZATION, LLC

DALLAS, TEXAS

This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

If your conversation is a DQ or Set DQ, then fill in your Initials where it says **For Points Copy To**. Support will then know to give you a copy of the transcript, that you will in turn give to

Deanna DRR for scoring.

*p.s. There is generally NO NEED to have other copies given to anyone else.*

Meeting Set Information – If you are filling out the Green Sheet because you set a meeting, fill out the four blanks that show the **Day**, **Date**, **Time**, and **Location** of the upcoming meeting.




Letter Information – If you are sending a letter, including a confirmation letter to go with your meeting set, you fill out the Letter section.

Indicate which letter you would like to send by pulling down either the **Letter** or **Email** tab. If you want to send an enclosure with the letter, pull down the **Enclosures** tab and select one of them from the list. Just remember, never send

Never send more than 1 enclosure!!!

Next, mark how you want the letter to be sent by pulling down the **Delivery** tab. You can mail, fax, email, or Fed Ex – although Fed Ex can only be used if the PC himself has asked you for information. Fed Ex delivery must be approved by Management and must have the PC's telephone number on the Green Sheet.

APP 2381



© 1999 - THE HERITAGE ORGANIZATION, LLC DALLAS, TEXAS
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TEELOVE 002799

CONFIDENTIAL

f you have any other special instructions, are modifying a letter slightly, or want to use the Contractor's name for a follow-up Confirmation Letter, note this in the **Special Instructions** field.

When finished, click to deliver the Green Sheet to Support.

APP 2382

CONFIDENTIAL



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TEELOVE 002800

## B. TRANSCRIPTIONS

For tape transcriptions, fill out a the Green Sheet, then label your tape with "2-Line Wide" Post-it tape in the following manner:

| | |
|---|---|
| Initials | PC'S NAME |
| Date | ID # |

↑ DNT (Do not transcribe)

**Remember – 1 conversation per tape (in most cases)**

**And Do Not Rewind.**

You will not need to take your tape to Marketing Support. Just set the tape aside. Support will pick it up, process it, do the transcription, and distribute the copies appropriately. The only thing you need to do is check your box in Support 1-2 times each day to pick things up.

**WHAT TO RECORD**

All conversations must be recorded (except in non-record states*). What should be turned in for transcription includes:

- ALL [PC] conversations
- ALL conversations with [CFO/Gatekeeper/Significant] where you make a presentation, handle objections and/or discuss meeting details
- ALL Meeting reschedules, cancellations, or moves with the PC or PC assistant

**Non-Record States include **CA, CT, DE, FL, IL, MD, MA, MI, MT, NV, NH, PA,** and **WA**. Recording conversations in these states is forbidden by law. DO NOT record such conversations under any circumstances.*

APP 2383



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

Go ahead and turn in ALL conversations with PC's, regardless of how short or insignificant they seem. If they seem insignificant, you can mark them as INT and skip the Green Sheet process. Support will keep the tapes, but will not transcribe them.

Occasionally you will find tapes in your box. These are tapes of other Initiator's conversations and are for training purposes. Listen to them for ideas and get together with the other Initiators to discuss them.

**MISC NOTES**

After a transcript is done, you will receive a copy when the tape is a DQ or a Set DQ. Keep a list of these as you turn them in to DRR for scoring. At the end of the month, you can then check your Incentive Compensation Statement to be sure you have been scored.

If you have set a meeting that is a RUSH, then **DON'T WAIT** for Support to come and pick up the tape!!! Go to Support directly and place the tape next to the "Log In" computer. Tell someone in Support that there is a tape (or letter) waiting.

Rush
Mon/Tues
Wed → Fri

Rush Mtg.
Anything next week
" next two weeks

CONFIDENTIAL

© 1999 - THE HERITAGE ORGANIZATION, LLC 8 DALLAS, TEXAS
This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

## C. TAPES AND GREEN SHEETS

Obviously, whenever meetings are set it is important to have the conversation transcribed. You will also need to instruct Marketing Support to send out a Confirmation Letter. For these reasons, you must both ***submit a tape*** and ***a Green Sheet*** for Marketing Support when a meeting is set.

As usual, you will label the tape like this:

| | |
|---|---|
| Initials | Name |
| Date | PC ID # |

Then you will fill out the Green Sheet as you would for any other transcript. Fill in the day of the week, the date, the time, and the place of the meeting. Under the **Letters** section, ask for a Confirmation Letter by pulling down the **Letters** tab.

Once completed, double-check that the Green Sheet is filled out correctly and submit it. Leave the meeting set tape where Support can pick it up. If the meeting is a Rush, immediately take the labeled tape to Support, leave it next to the "Log In" computer, and let someone in there know right away.

***Note: Support defines a "Rush" meeting as one that will take place:***

CONFIDENTIAL



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

## PROCEDURAL COMPLIANCE

Paperwork is a major function of your job as a THO Initiator and it is very important that all procedures be followed with great care. We cannot afford to lose information because a transcript/debrief is missing or incomplete. For this reason, we have implemented the following system to ensure that the paperwork details receive proper attention. The following is not to be viewed as punitive, but rather as a method of encouraging compliance.

A. MISSING OR INCOMPLETE TRANSCRIPTS/DEBRIEFS

If you speak to a PC in a state where the conversation *can* be recorded, but fail to record the conversation (or any *part* of the conversation) - you are subject to a $50.00 fine. This fine can be waived at the discretion of Marketing Management; Marketing Management will evaluate each transcript individually.

The best way to avoid the fine is to press record at the start of dial of every conversation (assuming it's not in a non-record state!). Record everything: the phone dialing, the receptionist answering, the gatekeeper, etc. Then, if you do not have an important conversation, you rewind the tape and begin again.

Once a fine is levied, it can be appealed to MMK.

APP 2409



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TEELOVE 002827

CONFIDENTIAL

APP-A-00070

## H. GOOD TRANSCRIPTS

One thing that is extremely useful to our Contractors as they attend a meeting are transcripts of conversations; especially those transcripts that ultimately resulted in a meeting being scheduled. These are important because the Contractors want to maintain a consistency between what they say and what you said. Furthermore, they are interested in what the PC *said to you*. There are various "clues" in the PC's side of the conversation that may help unveil "hot buttons" or better prepare the Contractor for objections. Try to do the following things to maximize the Contractor's ability to use the transcript.

1. Make sure you provide a Complete transcript. Always begin recording BEFORE dialing to insure that you record the entire call. Please be aware that fines may be assessed by marketing management for failure to provide complete transcripts.



2. Include a "post-conversation" debrief at the end of your transcript if you notice any "stand-out" impressions that may not show through in the Transcript. Anything you can do to better prepare the Contractor will also benefit you.

You should turn in EVERY [redacted] conversations should be a[redacted]

Conversations that are NO[redacted] significant call might be tha[redacted] didn't discuss anything, so [redacted] out a Green Sheet and mar[redacted]

If you are NOT sure what is[redacted] Management. Err on the si[redacted] enough information).

CONFIDENTIAL

© 1999 - THE HERITAGE ORGANIZATION, LLC DALLAS, TEXAS



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and protected to the limits of the law.

TEELOVE 002895

APP 2485

## I. GOOD DEBRIEFS

It is illegal to record conversations in some states. In these instances, you are required to turn in a tape with YOUR side of the conversation only; and then to record a ***debrief*** as a substitute for the remainder of the transcript. It is essential that you provide as much information in the debrief as possible (without providing so much detail that the debrief becomes useless). Use the **Call Summary Outline** sheet in the Miscellaneous section of this manual to make sure you do a complete debrief. Without a complete debrief, the Contractor could miss vital clues that will better prepare him for the meeting.

**NON-RECORD STATES**

* California
* Connecticut
* Delaware
* Florida
* Maryland
* Massachusetts
* Michigan
* Montana
* Nevada
* New Hampshire
* Pennsylvania
* Washington

APP 2486

CONFIDENTIAL

© 1999 - THE HERITAGE ORGANIZATION, LLC DALLAS, TEXAS



This document and the information contained in it are Confidential Information owned by The Heritage Organization, L.L.C. The removal, copying or disclosure of this document and the information contained in it by anyone, other than an authorized employee of The Heritage Organization, L.L.C. only in the normal performance of their duties as an employee of the Heritage Organization, L.L.C. without the express written approval of the Chief Executive of The Heritage Organization, L.L.C. is strictly prohibited by law and by contract and will be enforced according to any contract and prosecuted to the limits of the law.

TEELOVE 002896