IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: October 17, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiff,

v. 06-811 T

THE UNITED STATES,

Defendant.

**CONSOLIDATED JOINT MOTION TO EXTEND DEADLINES AND UNOPPOSED MOTION TO EXTEND PLAINTIFFS' TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

The parties jointly move to extend the deadlines set forth in the Court's scheduling order of September 26, 2007 as set forth below, and Plaintiffs also hereby request the Court to extend the time for Plaintiffs to reply in support of their Motion to Strike by 14 days from October 29, 2007 to November 12, 2007.

Joint Request to Extend Deadlines

The parties are exploring the possibility of settlement and the requested extension of time should allow the parties to engage in negotiations and avoid the costs associated with preparation of expert reports, completion of expert discovery, and preparation and filing of further motions relating to discovery. At this time, no trial date has been set for this case, so the requested extension would not result in the delay of a trial date. The Court previously extended these deadlines by 28 days in its August 2, 2007 order and again by 18, 15, and 17 days respectively in its September 26, 2007 order.

The Court's scheduling order of September 26, 2007 sets the following deadlines:

1) Exchange of expert reports – November 16, 2007.

2) Completion of expert discovery – December 14, 2007.

3) Filing of dispositive motions – January 31, 2007.

The parties propose to extend the above deadlines by the number of days and to the specific dates set forth below:

1) Exchange of expert reports – Extend 31 days to December 17, 2007

2) Completion of expert discovery – Extend 42 days to January 25, 2008.

3) Filing of dispositive motions – Extend 32 days to March 3, 2008.

Unopposed Request to Extend Plaintiffs' Time to Reply in Support of Their Motion to Strike

Plaintiffs also request the Court to extend Plaintiffs' time to reply in support of their Motion to Strike by 14 days, from October 29, 2007 to November 12, 2007. This is Plaintiffs' first request for an enlargement of time to file their reply, and Defendant does not oppose Plaintiffs' request. In support hereof, Plaintiffs state as follows:

Plaintiffs filed their Motion to Strike on September 14, 2007. Defendant's Response was due on October 1, 2007. On October 1, 2007, Defendant filed an unopposed motion requesting an extension of time to October 15 to file its response, which was granted by the Court on October 1, 2007.

Defendant's response raises a number of issues to which Plaintiffs are compelled to respond. Additional time is needed for Plaintiffs to prepare their Reply. Moreover, the parties' settlement discussions may obviate the need for Plaintiffs to file a Reply.

Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion to Extend Deadlines, and Plaintiffs respectfully request the Court to grant their Unopposed Motion to Extend Plaintiffs' Time to Reply in Support of Plaintiffs' Motion to Strike.

Respectfully submitted this 17th day of October, 2007.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs

Thomas M. Herrin by: Julie Bowling w/permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section
Michelle C. Johns
Trial Attorney