# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

(E-Filed: October 18, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | 06-409 T |

THE UNITED STATES,

Defendant.

---

R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff, 06-410 T

v.

THE UNITED STATES,

Defendant.

---

CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,

Plaintiff, 06-411 T

v.

THE UNITED STATES,

Defendant.

---

MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,

Plaintiff, 06-810 T

v.

THE UNITED STATES,

Defendant.

---

M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

06-811 T

---

ORDER

Before the court is the parties' Consolidated Motion to Extend Deadlines and [Plaintiffs'] Unopposed Motion to Extend Plaintiffs' Time to Reply in Support of Plaintiffs' Motion to Strike (Motion). For the reasons stated therein, the Motion is GRANTED. Plaintiffs shall file their reply to their Motion to Strike on or before Monday, November 12, 2007. Further, the court's Order of September 26, 2007 is AMENDED, and the court ORDERS the following schedule:

1. Expert Reports. The parties shall exchange expert reports on or before Monday, December 17, 2007.

2. Expert Discovery. The parties shall complete expert discovery on or before Friday, January 25, 2008.

3. Dispositive Motions. Dispositive motions shall be filed on or before Monday, March 3, 2008. The parties shall have up to and including 35 days after the filing date of dispositive motions to submit their responses. The parties shall have up to and including 14 days after the filing date of responses to submit their replies.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge