IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: November 7, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PLAINTIFFS' TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

Plaintiffs hereby request the Court to extend the time for Plaintiffs to reply in support of their Motion to Strike by 18 days from November 12, 2007 to November 30, 2007. This is Plaintiffs' second request for an enlargement of time to file their reply, and Defendant does not oppose Plaintiffs' request. In support hereof, Plaintiffs state as follows:

Plaintiffs filed their Motion to Strike on September 14, 2007. Defendant's Response to Plaintiffs' Motion to Strike was due on October 1, 2007. On October 1, 2007, Defendant filed an unopposed motion requesting an extension of time to October 15 to file its response, which was granted by the Court. On October 17, 2007, Plaintiffs requested the Court to extend the time for them to reply by 14 days from October 29, 2007 to November 12, 2007, which the Court granted.

Plaintiffs are requesting an additional 18 days to file their reply in order to continue settlement discussions with Defendant and avoid the need for the parties to file further responses during the continuing negotiations. The parties' settlement discussions may obviate the need for Plaintiffs to file a reply to issues raised in Defendant's response and other discovery-related

motions. In order to spend available time in attempting to reach a settlement rather than having both parties engage in a motion practice, Plaintiffs are requesting this additional time.

Fore the reasons stated above, Plaintiffs respectfully request the Court to grant their Unopposed Motion to Extend Plaintiffs' Time to Reply in Support of Plaintiffs' Motion to Strike by 18 days from November 12 to November 30, 2007.

Respectfully submitted this 7th day of November, 2007.

s/ Lewis S. Wiener

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:
N. Jerold Cohen, Esq.
Thomas A. Cullinan, Esq.
Joseph M. DePew, Esq.
Julie P. Bowling, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806

Kent L. Jones, Esq.
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorneys for Plaintiffs