IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: November 28, 2007)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiff,

v. 06-811 T

THE UNITED STATES,

Defendant.

**CONSOLIDATED JOINT MOTION TO EXTEND DEADLINES AND UNOPPOSED MOTION TO EXTEND PLAINTIFFS' TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

The parties jointly move to extend the deadlines set forth in the Court's scheduling order of October 18, 2007 as set forth below, and Plaintiffs also hereby request the Court to extend the time for Plaintiffs to reply in support of their Motion to Strike by 60 days from November 30, 2007 to January 30, 2008.

Joint Request to Extend Deadlines

The parties are exploring the possibility of settlement and the requested extension of time should allow the parties to consider potential settlement options with input from all the appropriate decision makers. While the attorneys for the parties have been discussing settlement, any decision reached would have to be approved at higher levels within the Department of Justice. Due to the coming holiday season, the parties request additional time in order to arrange and hold a meeting with the necessary decision makers to discuss potential settlement. At this time, no trial date has been set for this case, so the requested extension would not result in the delay of a trial date. The Court previously extended these deadlines by 28 days in its August 2, 2007 order, by 18, 15, and 17 days respectively in its September 26, 2007 order, and by 31, 42, and 32 days respectively in its October 18, 2007 order.

The Court's scheduling order of October 18, 2007 sets the following deadlines:

1) Exchange of expert reports – December 17, 2007.

2) Completion of expert discovery – January 25, 2008.

3) Filing of dispositive motions –March 3, 2008.

The parties propose to extend the above deadlines by the number of days and to the specific dates set forth below:

1) Exchange of expert reports – Extend 60 days to February 15, 2008

2) Completion of expert discovery – Extend 60 days to March 25, 2008.

3) Filing of dispositive motions – Extend 60 days to May 2, 2008.

Unopposed Request to Extend Plaintiffs' Time to Reply in Support of Their Motion to Strike

Plaintiffs also request the Court to extend Plaintiffs' time to reply in support of their Motion to Strike by 60 days, from November 30, 2007 to January 30, 2008. This is Plaintiffs' third request for an enlargement of time to file their reply, and Defendant does not oppose Plaintiffs' request. In support hereof, Plaintiffs state as follows:

Plaintiffs filed their Motion to Strike on September 14, 2007. Defendant's Response to Plaintiffs' Motion to Strike was due on October 1, 2007. On October 1, 2007, Defendant filed an unopposed motion requesting an extension of time to October 15 to file its response, which was granted by the Court. On October 17, 2007, Plaintiffs requested the Court to extend the time for them to reply by 14 days from October 29, 2007 to November 12, 2007, which the Court granted. On November 7, 2007, Plaintiffs requested an additional 18 days to file their reply, which the Court granted.

Plaintiffs request an additional 60 days to file their reply in order to permit sufficient time for the parties to coordinate meetings to discuss potential settlement, thereby avoiding the need to file further responses while negotiations are ongoing. The parties' settlement discussions may obviate the need for Plaintiffs to file a reply to issues raised in Defendant's response and other discovery-related motions and for Defendant to respond to Plaintiffs' filings.

Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion to Extend Deadlines, and Plaintiffs respectfully request the Court to grant their Unopposed Motion to Extend Plaintiffs' Time to Reply in Support of Plaintiffs' Motion to Strike.

Respectfully submitted this 28th day of November, 2007.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Thomas M. Herrin by Julie Bowling w/ permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section
Michelle C. Johns
Trial Attorney

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs