IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: January 24, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**CONSOLIDATED JOINT MOTION TO EXTEND DEADLINES AND UNOPPOSED MOTION TO EXTEND PLAINTIFFS' TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

The parties jointly move to extend the deadlines set forth in the Court's scheduling order of November 28, 2007 as set forth below, and Plaintiffs also hereby request the Court to extend the time for Plaintiffs to reply in support of their Motion to Strike by 30 days, from January 30, 2008, to February 29, 2008.

Joint Request to Extend Deadlines

The parties are exploring the possibility of settlement, and the attorneys for the parties and decision makers from the Department of Justice met recently to discuss potential settlement options. The requested extension of time should allow the parties to weigh potential settlement options with input from all the appropriate individuals and determine whether an agreement can be reached at this time. At this time, no trial date has been set for this case, so the requested extension would not result in the delay of a trial date. The Court previously extended these deadlines by 28 days in its August 2, 2007 order, by 18, 15, and 17 days respectively in its September 26, 2007 order, by 31, 42, and 32 days respectively in its October 18, 2007 order, and by 60 days each in its November 28, 2007 order.

The Court's scheduling order of November 28, 2007 sets the following deadlines:

1) Exchange of expert reports – February 15, 2008.

2) Completion of expert discovery – March 25, 2008.

3) Filing of dispositive motions – May 2, 2008.

The parties propose to extend the above deadlines by the number of days and to the specific dates set forth below:

1) Exchange of expert reports – Extend 31 days to March 17, 2008

2) Completion of expert discovery – Extend 31 days to April 25, 2008.

3) Filing of dispositive motions – Extend 31 days to June 2, 2008.

Unopposed Request to Extend Plaintiffs' Time to Reply in Support of Their Motion to Strike

Plaintiffs also request the Court to extend Plaintiffs' time to reply in support of their Motion to Strike by 30 days, from January 30, 2008 to February 29, 2008. This is Plaintiffs' fourth request for an enlargement of time to file their reply, and Defendant does not oppose Plaintiffs' request. In support hereof, Plaintiffs state as follows:

Plaintiffs filed their Motion to Strike on September 14, 2007. Defendant's Response to Plaintiffs' Motion to Strike was due on October 1, 2007. On October 1, 2007, Defendant filed an unopposed motion requesting an extension of time to October 15 to file its response, which was granted by the Court. On October 17, 2007, Plaintiffs requested the Court to extend the time for them to reply by 14 days from October 29, 2007 to November 12, 2007, which the Court granted. On November 7, 2007, Plaintiffs requested an additional 18 days to file their reply, which the Court granted. On November 28, 2007, Plaintiffs requested an additional 60 days to file their reply, which the Court granted.

Plaintiffs request an additional 30 days to file their reply in order to permit sufficient time for the parties to consider potential settlement options with all the appropriate individuals, thereby avoiding the need to file further responses while negotiations are ongoing. The parties' settlement discussions may obviate the need for Plaintiffs to file a reply to issues raised in Defendant's response and other discovery-related motions and for Defendant to respond to Plaintiffs' filings.

Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion to Extend Deadlines, and Plaintiffs respectfully request the Court to grant their Unopposed Motion to Extend Plaintiffs' Time to Reply in Support of Plaintiffs' Motion to Strike.

Respectfully submitted this 24th day of January, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000

Thomas Herrin by: Julie Bowling with permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section
Michelle C. Johns
Trial Attorney

(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs