UNITED STATES COURT OF FEDERAL CLAIMS

ALPHA I, L.P., )
BY AND THROUGH )
ROBERT SANDS, )
A NOTICE PARTNER, )
)
Plaintiffs, )
)
V. ) No. 06-407-T
)
UNITED STATES OF AMERICA, )
)
)
Defendant. )

*******************************************************

ORAL DEPOSITION OF
BRIAN CZERWINSKI
AUGUST 28, 2007
VOLUME I

*******************************************************

ORAL DEPOSITION OF BRIAN CZERWINSKI, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 28th day of August, 2007, from 9:06 a.m. to 2:49 p.m., before Stacey R. Cruz, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Department of Justice, Tax Division, located at 717 North Harwood Street, Suite 400, Dallas, Texas, in accordance with the United States Court of Federal Claims and the provisions stated on the record or attached hereto.

PENGAD-Bayonne, N.J.
EXHIBIT
10

APPEARANCES

FOR THE PLAINTIFFS:

MR. THOMAS A. CULLINAN
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
404.853.8075
404.853.8806 (Fax)

FOR THE DEFENDANT:

MS. MICHELLE C. JOHNS
-AND-
MR. THOMAS HERRIN
U.S. Department of Justice
Tax Division
717 North Harwood Street
Suite 400
Dallas, Texas 75201
214.880.9762
214.880.9741 (Fax)

specific rules, I guess, from each state that says you can or can't record, or -- and I had that thing above my phone that would tell me whether I could or couldn't record. But it was very rare they would ever record a conversation.

Q. Do you know -- let me ask you this. Did Heritage have a transcript department who would transcribe the recorded tapes?

A. Yes.

Q. And how many people were in that transcription department?

A. I -- I don't know. I think it was part of -- you call it "transcription department." I think it was marketing support, so it did -- it did other things other than transcription, but that was one of the -- one of the -- I guess, their job responsibilities was to transcribe tapes.

Q. Was there a supervisor of the transcription group?

A. Not that I was aware of.

Q. So if you had a tape that you had recorded of a -- a client meeting, how -- what would do you with your tape?

A. Of a client meeting?

Q. Right.

A. I don't think I've ever recorded a client meeting.

Q. Okay. What about a telephone conversation?

A. If I'd had a -- a tape from a telephone conversation, I would have given it to Claudia McElroy.

Q. And then what would Claudia -- would you have given it to Claudia with the intention that it be transcribed?

A. Yes.

Q. Okay. And then would Claudia give it to the appropriate person to -- for transcription?

A. I don't -- I don't think so, because I think the reason why I gave it to Claudia, was because it was a -- it would have been a conversation with a client, and the marketing support people didn't have access to information related to actual clients.

They dealt with -- they dealt with potential clients, and once someone was a client, they didn't really have access to the information that the client was -- had given to Heritage.

Q. Okay. So I -- let me make sure I'm not confused.

A. So I think Claudia would have transcribed --

Q. Okay.

A. -- that phone number call herself.