IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T, 06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: February 29, 2008)

---

ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-407T

---

BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-408T

---

R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-409T

---

EXHIBIT 11

PENGAD-Bayonne, N.J.

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | |
|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-811T |

**DECLARATION OF THOMAS A. CULLINAN**

I, Thomas A. Cullinan, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiffs in the above-entitled case.

1. On June 16, 2004, I participated in a conversation with representatives of the Heritage Organization, including former Heritage employees. We discussed what information Heritage had produced to the IRS regarding the Sands family.

2. The Heritage representatives described what they had produced, which I understood to be duplicative of documents I already possessed.

3. No one from or representing Heritage indicated that purported transcripts of conversations between Heritage personnel and the Sands existed or that other similar documents relating to the Sands were in the files of Heritage.

4. I later received a CD of documents pertaining to the Sands that Heritage had produced to the IRS from Elaine Harris, IRS Counsel. These documents were largely duplicative of documents I had already obtained in the course of my representation. Nothing in these documents indicated that further Heritage documents relating to the Sands family existed.

5. I believed that the documents we obtained from the Sands coupled with what we received from the IRS represented the entire universe documents pertinent to the short sale transactions at issue in this case.

6. I did not know that Heritage and the IRS might have purported transcripts pertaining to the Sands until July 2007. Had I known before then that such documents existed, we would have made an immediate attempt to obtain the purported transcripts.

7. Upon learning that Heritage documents other than duplicates of the documents we had already obtained from the IRS might exist, attorneys in our firm, including me, made multiple requests to Jeff Tillotson, counsel for several former Heritage employees, beginning in mid-July 2007, to determine whether any purported transcripts of conversations with the Sands existed and to obtain copies of those purported transcripts.

8. After numerous telephone conversations and requests from me and other attorneys in our firm, on July 30, 2007, Mr. Tillotson informed us that some purported transcripts relating to the Sands existed and that he would provide those to us. We received the purported transcripts later that day but were not informed of the existence of any purported tapes of the Sands.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 26th day of February 2008.

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8075
F: 404-853-8806