IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-filed: February 29, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff, | ) | |
| v. | ) | No. 06-811T |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

**NOTICE OF RECENT AUTHORITY**

Please take notice that Plaintiffs are filing the following recent authority in further support of Plaintiffs' Cross-Motion for Summary Judgment: *Jade Trading, LLC v. United States*, 80 Fed. Cl. 11 (2007). A copy of the opinion is attached to this notice as Exhibit A. Plaintiffs believe *Jade Trading* is relevant to this Court's decision regarding Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment for the reasons set forth below.

In *Jade Trading*, the Court determined that the taxpayers literally complied with the Code where they determined that their bases in their partnership interests in Jade Trading, LLC increased by the value of purchased options they contributed to the partnership, but did not decrease by the value of the sold options assumed from them by the partnership. In so ruling, the Court determined that under *Helmer v. Comm'r*, 34 T.C.M. (CCH) 727 (1975), and its progeny, which were good law at the time the taxpayers entered the transactions at issue in the case, the sold call options assumed by Jade Trading, LLC would not be considered liabilities for purposes of Section 752 and that the taxpayers' reporting of their bases in the partnership complied with Section 752.

The Court found that the taxpayers nevertheless were not entitled to the tax benefits claimed based on *Coltec Indus., Inc. v. United States*, 454 F.3d 1340 (Fed. Cir. 2006). Under the

Court's reading of *Coltec* and its findings of fact in the case, the transactions at issue lacked economic substance.

In the instant case, Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment concern whether Section 752 applies to disallow the tax benefits claimed by the taxpayers in this case. The recent opinion in *Jade Trading* supports Plaintiffs' view that the obligations to close the short sales that Alpha and Beta assumed were not liabilities under Section 752. Thus, the transactions at issue in this case, and Plaintiffs' reporting thereof, complied with the provisions of the Internal Revenue Code in effect at the time of the transactions. Additionally, because the *Jade Trading* case determined that the taxpayers complied with the literal requirements of the Internal Revenue Code, it is relevant to determining whether substantial authority or a reasonable basis for the positions taken by Plaintiffs existed.

Respectfully submitted this 29th day of February, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Recent Authority has been made on February 29, 2008 via the Court's CM/ECF system to:

Thomas M. Herrin
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201
thomas.m.herrin@usdoj.gov

s/ Lewis S. Wiener
LEWIS S. WIENER