IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: March 7, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**JOINT STATUS REPORT**

Following receipt of this Court's Order dated March 4, 2008, the parties conferred via telephone on March 5, 2008 to discuss the issues raised in the Court's order. As a consequence of the parties' discussion and pursuant to the Court's order, the parties jointly state as follows:

Over the past few months, the parties have in good faith pursued settlement of the pending case. The parties engaged in several telephonic meetings and one in-person meeting on January 15, 2008 in Dallas, Texas to discuss settlement possibilities for the pending case. The parties have also exchanged correspondence regarding issues raised in these various meetings. These discussions have been productive in that they highlighted the issues most important to each party, but the parties have been unable to reach a mutually agreeable resolution.

Based on the parties' review of the filings, the following motions are pending currently:

A. Defendant's Motion for Summary Judgment, filed June 4, 2007 (fully briefed).

B. Plaintiffs' Cross Motion for Summary Judgment, filed July 6, 2007 (fully briefed).

C. Plaintiffs' Motion to Strike, filed September 14, 2007 (fully briefed).

D. Plaintiffs' Motion to Substitute Certain Parties and to Dismiss Certain Causes of Action for Lack of Jurisdiction, filed March 29, 2007 (fully briefed).

E. Defendant's Motion for Protection or Protective Order, filed July 18, 2007 (fully briefed).

F. Defendant's Supplemental Motion for Protection or Protective Order, filed August 29, 2007 (fully briefed).

The parties jointly request an additional three weeks from March 11, 2008 until April 2, 2008 to file a further status report to respond to the Court's requests regarding the relevance of the above-pending motions and to propose scheduling of further proceedings related thereto, hopefully as a joint recommendation. The parties request the additional time to confer in an effort to agree on a strategy for the procedural and substantive disposition of the pending motions. Additionally, the parties will exchange expert reports on or before March 17, 2008, which may assist them in making a recommendation on scheduling.

Respectfully submitted this 7th day of March, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309

Thomas M. Herrin by: Julie Bowling with permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section
Michelle C. Johns
Trial Attorney

(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs