IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407 T
(into which have been consolidated Nos. 06-408 T, 06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: April 2, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 10, 2008, the parties jointly state and respond to the Court's order as follows:

**1. The prospects for settlement of all or any portion of this action.**

Plaintiffs are preparing and intend to file by the end of next week a motion for leave to amend their complaints that, if granted, will effectuate a concession of some of the adjustments that are at issue in these cases. Plaintiffs have discussed the motion they intend to file with counsel for defendant. The parties do not believe that the issues that will remain for resolution after such concession are likely to be settled, but will continue to consider that possibility.

**2. The relevance of each currently pending motion, particularly in light of the contemplated "[f]iling of dispositive motions" contained in the parties' several requests to extend deadlines.**

The amended complaints would make it unnecessary for the Court to decide the issue raised in the pending cross-motions for summary judgment of whether an obligation to "cover" a short sale is a liability for purposes of Section 752 of the Internal Revenue Code. See Defendant's Motion for Summary Judgment, Docket No. 28, filed June 4, 2007 and Plaintiffs' Cross Motion for Summary Judgment, Docket No. 35, filed July 6, 2007. The amended

complaints will not resolve the issue of whether penalties are applicable to plaintiffs (raised in Defendant's Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment) or the issues raised in the Plaintiffs' Motion to Substitute Certain Parties and to Dismiss Certain Causes of Action for Lack of Jurisdiction (Docket No. 21, filed March 29, 2007). Following review of the amended complaints by counsel for defendant, the parties intend to discuss what effect, if any, the amended complaints have on the remaining outstanding motions.

**3. Any proposals for scheduling further proceedings, if necessary, including any requests to be heard in oral argument on any pending motion.**

The parties jointly request that they be permitted to file another Joint Status Report within one month after the Court rules on plaintiffs' forthcoming motion for leave to amend their complaints to advise the Court of the impact of such ruling on the pending motions, consistent with paragraph 2, above.

Respectfully submitted this 2nd day of April, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling

Tom Herrin by: Julie Bowling with permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section

Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Michelle C. Johns
Trial Attorney

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs