IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: April 21, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CONSOLIDATED JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE AND DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Joint Request to Extend Expert Discovery Deadline

The parties jointly move to extend the deadline to complete expert discovery set forth in the Court's scheduling order of January 25, 2008 from April 25 to May 16, 2008, as set forth below.

The Court's scheduling order of January 25, 2008 sets the following deadline for completion of expert discovery:

1) Completion of expert discovery – April 25, 2008.

The parties propose to extend the above deadline by the number of days and to the specific date set forth below:

1) Completion of expert discovery – Extend 21 days to May 16, 2008.

The parties have been working to schedule depositions of their respective expert witnesses at a time convenient to counsel and all the witnesses. One of the witnesses has been unavailable for a deposition when counsel was available due to his obligation to testify in a trial during the last half of April. Because of this conflict, the parties have arranged, if the Court permits leave, to depose all expert witnesses in Washington, D.C. on May 14 and 15. The

requested extension of time should allow the parties to handle expert discovery in the most cost-effective manner for both parties. At this time, no trial date has been set for this case, so the requested extension would not result in the delay of a trial date or any other pending deadlines.

The Court previously extended this deadline by 28 days in its August 2, 2007 order, by 15 days in its September 26, 2007 order, by 42 days in its October 18, 2007 order, by 60 days in its November 28, 2007 order, and by 31 days in its January 25, 2008 order.

Defendant's Unopposed Motion to Extend the Deadline for Filing Dispositive Motions

The United States moves to extend the deadline for filing dispositive motions set forth in the Court's scheduling order of January 25, 2008 from June 2 to July 2, 2008, as set forth below.

The Court's scheduling order of January 25, 2008 sets the following deadline for filing dispositive motions:

1) Filing of dispositive motions – June 2, 2008..

Defendant proposes to extend the above deadline by the number of days and to the specific date set forth below:

1) Filing of dispositive motions – Extend 30 days to July 2, 2008.

Defendant requests the extension so that expert witness depositions will be available for use in any dispositive motions, should such use be necessary. At this time, no trial date has been set for this case, so the requested extension would not result in the delay of a trial date. The Court previously extended this deadline by 28 days in its August 2, 2007 order, by 17 days in its September 26, 2007 order, by 32 days in its October 18, 2007 order, by 60 days in its November 28, 2007 order, and by 31 days in its January 25, 2008 order.

Plaintiffs and Defendant respectfully request that the Court grant the Joint Motion to Extend the Expert Discovery Deadline, and Defendant requests that the Court grant its Unopposed Motion to Extend the Deadline for Filing Dispositive Motions.

Respectfully submitted this 21st day of April, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593

Attorney for Plaintiffs

Thomas Herrin by Julie Bowling with permission
THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suit 400
Dallas, Texas 75201
Tel: (214) 880-9745
Fax: (214) 880-9741

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Louise Hytken
Chief, Southwestern Civil Trial Section
Michelle C. Johns
Trial Attorney