# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

(E-Filed: April 22, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | 06-409 T |

| | |
|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) |
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | ) 06-810 T |

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

ORDER

Before the court are the parties' Consolidated Joint Motion to Extend Expert Discovery Deadline (Consolidated Joint Motion) and Defendant's Unopposed Motion to Extend the Deadline For Filing Dispositive Motions (defendant's Motion). For the reasons stated therein, the parties' Consolidated Joint Motion and defendant's Motion are GRANTED. The court's Order of January 25, 2008 is AMENDED, and the court ORDERS the following schedule:

1. Expert Discovery. The parties shall complete expert discovery on or before Friday, May 16, 2008.

2. Dispositive Motions. Dispositive motions shall be filed on or before Wednesday, July 2, 2008. The parties shall have up to and including 35 days after the filing date of dispositive motions to submit their responses. The parties shall have up to and including 14 days after the filing date of responses to submit their replies.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge