# In the United States Court of Federal Claims

No. 06-407 T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)

(E-Filed: May 14, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | 06-409 T |

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v. | ) | 06-810 T |

| | | |
|---|---|---|
| THE UNITED STATES,<br><br>Defendant. | ) | |
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-811 T |

ORDER

Before the court are Plaintiffs' Motion For Leave To Amend Their Complaints (plaintiffs' Motion or Pls.' Mot.), and the United States' Response to Plaintiffs' Motion For Leave To Amend Their Complaints (defendant's Response or Def.'s Resp.). Plaintiffs move "for leave to amend their complaints by conceding certain issues before the Court in these consolidated cases." Pls.' Mot. 3. According to plaintiffs, "such concession also eliminates the possibility of incurring a 40 percent penalty." Id. at 4. "The United States does not oppose allowing plaintiffs to amend their Complaints to concede that, under 26 U.S.C. §465, none of the partnership transactions or activities increased the amount by which their partners were considered to be at risk for any activity." Def.'s Resp. 3. According to defendant, however, "[p]laintiffs' concession of the partnership components of §465 does not alter the fact that the 40% penalty imposed by 26 U.S.C. § 6662(b)(3) and (h) remains applicable." Id. at 5 (footnote omitted). The disputed factual and legal issues are not addressed by this order and remain disputed.

In the interests of judicial economy and efficiency, and because it is unopposed, plaintiffs' Motion is GRANTED. Plaintiffs shall file their amended complaints with the court at their earliest convenience. The parties shall file a Joint Status Report (JSR) on or before Wednesday, June 11, 2008 and advise the court of:

1. The prospects for settlement of all or any portion of this action;

2. The relevance of each currently pending motion; and

3. Any proposals for scheduling further proceedings, if necessary, including any requests to be heard in oral argument on any pending motion.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge