IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: July 2, 2008)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPENDIX A TO**
**UNITED STATES' MOTION FOR SUMMARY JUDGMENT IN**
**CAUSE NOS. 06-409T, 06-410T, 06-411T**

**EXHIBITS** **APPENDIX A** **PAGE**


1. Selected excerpts from the oral deposition of Brian Czerwinski, August 28, 2007 . . . . . . . . . . APP-A-1-11

2. A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for the Sands Family, 7/30/02 . . . . . . . . . . APP-A-12-47

3. A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for the Sands Family, 7/30/02 . . . . . . . . . . APP-A-48-104

4. Sands Transaction Calendar . . . . . . . . . . APP-A-105-108

5. Implementation List for Sands Family . . . . . . . . . . APP-A-109-128

6. Selected excerpts of handwritten notes of Brian Czerwinski . . . . . . . . . APP-A-129-131

7. Agreement of Limited Partnership of R,R,M & C Group, L.P. Dated as of August 23, 2001 . . . . . . . . . . APP-A-132-161

8. Articles of Incorporation of R,R,M & C Management Corporation Dated as of August 23, 2001 . . . . . . . . . . APP-A-162-165

9. Unanimous Written Consent of the Directors of R,R,M & C Management Corporation dated August 28, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-166

10. Articles of Organization of R,R,M & C Partners, L.L.C. dated August 23, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-167-169

11. Schedule D of Form 1065, U.S. Return of Partnership Income, R,R,M & C Group, L.P. for the 2001 tax year . . . . . . . . . . . . . . . . . . . . APP-A-4-170-171

12. Letter from James M. Love, MD dated June 1, 2007 . . . . . . . . . . . . . . . . . . . APP-A-172

13. Form 1065, U.S. Return of Partnership Income, R,R,M & C Partners, LLC for the 2001 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-173-181

14. Selected Excerpts from Appraisal of the R,R,M & C Group Limited Partnership September 21, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-182-187

15. Designation of Charity dated January 28, 2002 . . . . . . . . . . . . . . . . . . . APP-A-188-189

16. Irrevocable Designation of Charity dated February 22, 2002 . . . . . . . . APP-A-190-192

17. Richard Sands Charitable Remainder Unitrust 2001 . . . . . . . . . . . . . . . APP-A-193-228

18. Selected excerpts from the oral deposition of Richard Sands, June 12, 2007 APP-A-229-234

19. Selected excerpts from the oral deposition of Robert Sands, June 13, 2007 APP-A-235-239

20. Selected excerpts from the Constellation Brands, Inc. 2008 Annual Report APP-A-240-241

21. Plaintiffs' Responses to United States' First Set of Interrogatories . . . . APP-A-242-260

22. Schedule M-2, Form 1065, U.S. Return of Partnership Income, CWC Partnership I, for the 2001 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-261-262

23. Letter from George E. Goerig to Brian Czerwinski, dated February 26, 2002 regarding updated appraisal of the R,R,M & C Group Limited Partnership . APP-A-263

24. Expert Witness Report of Jerry J. McCoy . . . . . . . . . . . . . . . . . . . . . . . APP-A-264-276

25. Appointment of Co-Trustees dated September 25, 2003 . . . . . . . . . . . . . . . . APP-A-277

26. Transcript of Telephone Meeting with Potential Investor and Jonathan Blattmachr, December 5, 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-278-323

27. Letter dated February 25, 2002 from George E. Goerig to Brian Czerwinski regarding updated appraisal of the R, R, M & C Group Limited Partnership . . . . . APP-A-324-325

28. Merrill Lynch Account Statement for R, R, M & C Group, LP for period February 1, 2002 to February 28, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . APP-A-326-337