# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

7/30/02

Page No.


1 Cover Page
2 Disclaimer
3 - 5 Acknowledgment
6 - 7 Index

PLAN GRAPHICS

8 - 9 COVER PAGE
10 Ownership of CWC-1
11 Summary of Shares of Constellation Brands, Inc. to be Sold
12 - 13 BUSINESS PURPOSES OF TRANSACTIONS

Stage 1
14 Open Margin Accounts
15 - 19 Execute Securities Transactions Utilizing a Short Sale
20 Strategies Related to a Short Sale Transaction - Text
21 Strategies Related to a Short Sale Transaction - Summary

Stage 2
22 Contributions into CWC-I
23 Formation of an Investment Control Entity Limited Partnership Interest
24 Overview of Effect on Limited Partner's Bases
25 Strategies Related to an Investment Control Enitity - Text
26 Strategies Related to an Investment Control Enitity - Summary

Stage 3
27 - 29 Formation of an Investment Trading L.L.C. Equity Interest
30 Overview of Effect on R, R, M & C Group, L.P.'s Basis
31 Summary of Plan Structure
32 Strategies Related to an Investment Trading Entity - Text
33 Strategies Related to an Investment Trading Entity - Summary

Stage 4
34 Purchase U.S. Treasuries to Cover Settlement Obligations
35 - 36 Strategies Related to Covering Settlement Obligations - Text
37 Strategies Related to Covering Settlement Obligations - Summary


PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT 3

DEPOSITION EXHIBIT 2

C00006

THO-021351

Stage 5

38 Purchase of Gloria Robinison's Interest by R, R, M & C Group, L.P.
39 Results of Termination of R, R, M & C Partners, L.L.C.
40 Overview of Basis Allocation at Termination of L.L.C.
41 Strategies Related to Termination of R,R,M & C Partners L.L.C. - Text
42 Strategies Related to Termination of R,R,M & C Partners L.L.C. - Summary

Stage 6

43 - 46 Gift of Interests in R,R,M & C Group, L.P. to Charitable Remainder Unitrust
47 Summary of Plan Structure Following Charitable Contributions
48 Sale of Shares of Constellation Brands, Inc. in Secondary Offering
49 - 50 Strategies Related to Disposition of Stock - Summary

Stage 7

51 Creation of a Supporting Organization by Richard & Robert Sands
52 - 54 Creation of a Supporting Organization - Text

Stage 8

55 Purchase of Remainder Interest in Future Year by Each of Richard Sands, Robert Sands, Marilyn Sands and CWC-I
56 Merger of Interests in Richard Sands Charitable Remainder Unitrust 2001
57 Richard Sands Charitable Remainder Unitrust 2001 Terminates
58 Tax Free Distribution of Assets to Richard Sands Upon Termination
59 Summary of Asset Ownership Following Purchases of Remainder Interests
60 - 61 Strategies Related to Purchase of Remainder Interest - Text
62 Strategies Related to Purchase of Remainder Interest - Summary

# Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family and Entities

Copyright 2002 The Heritage Organization, L.L.C.

# Individuals or Entities Selling Shares of Constellation Brands, Inc. (STZ)

Copyright 2002 The Heritage Organization, L.L.C.

C00009

THO-021354


Ownership of CWC-1
Richard Sands
.5% Class 1
.5% Class 2
Robert Sands
.5% Class 1
.5% Class 2
CWC - I
500,000 Shares of STZ
to Be Sold
98.06%
Class 1
.94%
Class 1
49.5%
Class 2
49.5%
Class 2
Andy Stern Trust
U/W Laurie Sands
5(D)
all ordinary income
passed through to
the income beneficiary
- other paid at the
trust level
Andy Stern Trust
U/W Laurie Sands
5(C)
all ordinary income
passed through to
the income beneficiary
- other paid at the
trust level
Zac Stern
Trust U/W
Laurie Sands
ordinary income paid
by beneficiaries to
extent of distribution
- all else paid at trust
level
Abigail Stern
Trust U/W
Laurie Sands
ordinary income paid
by beneficiaries to
extent of distribution
- all else paid at trust
level
Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

| Beneficial Owner | Number of Shares |
|---|---|
| Marilyn Sands | 500,000 |
| Richard Sands | 500,000 |
| Robert Sands | 500,000 |
| Zac Stern Trust (thru CWC-I) | 250,000 |
| Abigail Stern Trust (thru CWC-I) | 250,000 |
| | 2,000,000 |

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Business Purposes of Transactions

I. Investments are made in an attempt to profit from fluctuations in interest rates by shorting U.S. Treasury securities.

II. Brokerage accounts are opened in order to increase diversification of holdings and transact short sales which serve as a hedge versus current holdings.

III. A limited partnership is formed as an Investment Control Entity to provide consolidation and control of diversified investments with the flexible structure and tax benefits of a partnership.

IV. A Management Corporation is formed to manage the investments within the Investment Control Entity and ensure continuity of management while the equity ownership of the Investment Control Entity may change.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Business Purposes of Transactions

V. The Management Corporation will elect to be treated as an S-Corporation in order to avoid the dual levels of taxation inherent in corporate taxation.

VI. A limited liability company is formed as an Investment Trading Entity to provide a vehicle for engaging in high risk investments with other investors while providing maximum liability protection for the Investment Control Entity.

VII. The Limited Liability Company combines the tax advantages of a partnership with the liability protection of a corporation while not having the ownership restrictions of an S-Corporation.

VIII. Implement estate planning to effect the dispositive intent involving transfers of assets for benefit of descendants while protecting such beneficiaries against significant interest rate fluctuations and related market risks.

Copyright 2002 The Heritage Organization, L.L.C.




C00014

THO-021359




C00015

THO-021360

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 1

## Execute a Securities Transaction Utilizing A Short Sale




Copyright 2002 The Heritage Organization, L.L.C.

C30016

THO-021361

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 1

## Execute a Securities Transaction Utilizing A Short Sale




Copyright 2002 The Heritage Organization, L.L.C.




C0001

THO-021363


Stage 1
Execute a Securities Transaction Utilizing A Short Sale
Abigail Stern Trust U/W Laurie Sands
Account TX-63919 & TX-63920
Borrow U.S. Treasuries
Settlement Obligation
Execute Short Sale of U.S. Treasuries
Cash Proceeds of $ 7,647,248.65
Broker
Market
Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 1: Text

## Strategies Related to a Short Sale Transaction

**Strategy 1.** Margin accounts with a brokerage firm are opened for the purpose of enacting security transactions (e.g., short sales of U.S. Treasury Securities).

**Strategy 2.** A short sale is essentially a contractual arrangement under which the seller is obligated to make delivery of a specified amount of specified property at some date in the future.

The usual form of a short sale transaction is the seller's borrowing of property from a broker which is immediately sold on the open market. After sale of the borrowed property, the proceeds (or collateral of substantially equal value) are retained by the broker to secure the seller's obligation to return the borrowed property.

**Strategy 3.** For income tax purposes, a short sale is not deemed to be consummated until delivery of property to close the short sale under I.R.C. § 1233, and specifically Treas. Reg. 1.1233-1(a)(1) .

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 1: Summary

## Strategies Related to Short Sale Transaction

Stage 1: In this analysis, it is assumed that Marilyn Sands, Richard Sands, Robert Sands, the Zac Stern Trust, and the Abigail Stern Trust will open margin accounts with a brokerage firm and execute short sales of U.S. Treasury Securities. Each participant will contribute cash into the margin accounts for the required margin.

A short sale of U.S. Treasury Securities will likely result in a profit if interest rates rise while the short position is open. This occurs because as interest rates rise, there is a decreasing cost of the bonds needed to replace those previously borrowed and sold. Contrarily, if interest rates fall while the short position is open, a net loss will likely occur due to an increasing cost of the bonds.

Multiple transactions may be executed in the accounts, depending upon market conditions, in an attempt to maximize profits.

Copyright 2002 The Heritage Organization, L.L.C.




C30023

THO-021367

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 2

## Formation of an Investment Control Entity Limited Partnership Interest




Copyright 2002 The Heritage Organization, L.L.C.

C00023

THO-021368

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 2

Overview of Effect on Limited Partner's Basis Due to Contribution of Assets of Margin Accounts, Cash and Stock

Assumes that the Collective Transaction for The Sands Family is $ 85MM with 3.0% Margin Required

| Effect on Basis | | Asset Contributed |
|---|---|---|
| $ | 3,430,972 | Cash Contributions by Limited Partners |
| $ | 85,649,185 | Cash Proceeds From Short Sale |
| $ | 0 | Unknown Value of Obligation to Return 84,000 U.S. Treasuries |
| $ | 9,127,434 | 2,000,000 Shares of Constellation Brands, Inc. (Avg. $ 4.56 Basis/Share) * |
| $ | 98,207,591 | Total Basis in R,R,M & C Group, L.P. Received by Family Members and Entities |

* R, R, M & C Management Corporation also contributed 2,002 shares of Constellation Brands, Inc.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 2: Text

## Strategies Related to an Investment Control Entity

Strategy 4. One or more individuals establish a corporation taxed under Subchapter-S of the U.S. Internal Revenue Code.

Strategy 5. An entity (i.e., a limited partnership or limited liability company) is formed with an S-Corporation as its managing general partner and with Individuals and/or Trusts as holder of its other equity interests.

Strategy 6. Assets are contributed to an entity (i.e., a limited partnership). The capital contributions are an exchange of one asset (cash, stock, real estate, interests in partnerships, and/or marketable securities) for another (Partnership Interests) and thus do not create taxable events.

Strategy 7. The Individual(s) and/or Entities receive an outside basis in the Partnership equal to their cash contributions plus any prior basis on the assets that are contributed. The short sale obligations are not liabilities in accordance with I.R.C. § 752 and, hence, do not reduce outside basis.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 2: Summary

### Strategies Related to an Investment Control Entity

Stage 2: In this analysis, Marilyn Sands, Richard Sands, Robert Sands and CWC-I each contribute the assets of their PaineWebber ("PW") margin accounts, 500,000 shares of Constellation Brands, Inc. and $ 125,000 cash to R,R,M & C Group, L.P., a newly formed limited partnership. The basis in the Limited Partnership Interests received for each partner is equal to the cash proceeds received from the short sale of U.S. Treasuries, plus any additional cash contributed (including the required margin), plus any prior basis in the appreciated shares of Constellation Brands, Inc. contributed by such partner. The outstanding obligations to return the U.S. Treasuries do not affect basis due to the fact that the obligations are not fixed and determinable.

R.R.M & C Management Corporation contributes a small amount of cash and 2,002 shares of Constellation Brands, Inc. in exchange for its General Partnership Interest.

R.R.M & C Group, L.P. is used for the consolidation of assets held by The Sands Family in order to simplify their estate structure, enhance their ability to effect a coordinated wealth preservation and wealth transfer strategy, while providing some liability protection.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 3

## Formation of an Investment Trading Entity

## L.L.C. Equity Interest




Copyright 2002 The Heritage Organization, L.L.C.


A Group of Strategies to Maximize Capital Preservation
and Provide Investment Profits for The Sands Family
Stage 3
Formation of an Investment Trading Entity
L.L.C. Equity Interest
Gloria Robinson
.2837 % L.L.C. Equity Interest
Contribution of $ 250,000 Cash
R,R,M & C Partners, L.L.C.
PW Account TX-63943 & TX-63944
Shares of Constellation Brands, Inc.
Copyright 2002 The Heritage Organization, L.L.C.




C00929

THO-021374

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 3

Overview of Effect on R,R,M & C Group, L.P.'s Basis Due to Contribution of Margin Account and Stock

Assumes that the Collective Transaction for The Sands Family is $ 85MM with 3.0% Margin Required

| Effect on Basis | Asset Contributed |
| --- | --- |
| $ 2,985,234 | Cash Contributions by Limited Partners |
| $ 85,649,185 | Cash Proceeds From Short Sale |
| $ 0 | Unknown Value of Obligation to Return 84,000 U.S. Treasuries |
| $ 9,129,762 | 2,002,002 Shares of Constellation Brands, Inc. |
| $ 97,764,181 | Total Basis in R,R,M & C Partners, L.L.C. Received by R,R,M & C Group, L.P. |

Copyright 2002 The Heritage Organization, L.L.C.


A Group of Strategies to Maximize Capital Preservation
and Provide Investment Profits for The Sands Family
Stage 3
Summary of Plan Structure
MS
RSS
RES
CWC-I
99.9% L.P. Interest
R,R,M & C Group, L.P.
R,R,M & C Management Corporation
.1 % G.P. Interest
Corporate Stock
RSS
RES
Gloria Robinson
99.7163 % L.L.C. Equity Interest
.2837 % L.L.C. Equity Interest
R,R,M & C Partners, L.L.C.
Account TX-63943 & TX-63944
Shares of Constellation Brands, Inc.
Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 3: Text

## Strategies Related to an Investment Trading Entity

Strategy 8. An entity (i.e., a limited liability company) is formed with two or more members as owners of its equity interests.

Strategy 9. Assets in the form of stock, marketable securities, cash and/or real estate are contributed to the entity (i.e., a limited liability company). The capital contribution is an exchange of one asset (cash, stock, real estate, interests in partnerships, and/or marketable securities) for another (Partnership Interests) and thus does not create a taxable event

Strategy 10. An entity (i.e., a limited liability company) with more than one member, is designated for partnership taxation at formation. The entity (i.e., a limited liability company) is formed in a state which allows for a single member L.L.C.

Strategy 11. The members receive outside basis in the entity equal to their cash contributions plus any prior basis on the stock, real estate and marketable securities that are contributed. The short sale obligations are not liabilities in accordance with I.R.C. § 752 and, hence, do not reduce outside basis.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 3: Summary

## Strategies Related to an Investment Trading Entity

Stage 3: In this analysis, R,R,M & C Partners, L.L.C. is formed by R,R,M & C Group, L.P. and Gloria Robinson.

R,R,M & C Partners, L.L.C., a limited liability company, is shown to be formed with a capital contribution by R,R,M & C Group, L.P. of the assets of the margin accounts and shares of Constellation Brands, Inc. in return for 99.7163 % of the L.L.C. Equity Interests. The Shares of Constellation Brands, Inc., as well as the other assets of the margin accounts were previously contributed by Marilyn Sands, Richard Sands, Robert Sands, CWC-I and R, R, M & C Management Corporation to R,R,M & C Group, L.P. The basis in the L.L.C. Interests received is equal to the cash proceeds received from the short sale of U.S. Treasuries and the required margin (plus earnings), plus any prior basis in the appreciated shares of Constellation Brands, Inc. The outstanding obligations to return the U.S. Treasuries do not affect basis due to the fact that the obligations are not fixed and determinable.

Gloria Robinson contributes $ 250,000 cash in return for .2837 % of the L.L.C. Equity Interests.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 4

## Purchase U.S. Treasuries to Cover Settlement Obligations




Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 4: Text

### Strategies Related to Covering Settlement Obligations

**Strategy 12.** After sale of the borrowed property for cash, the seller incurred an obligation to return the borrowed property on an unspecified future date. The short seller will repay the borrowed property to the lender with property the seller held at the time of the short sale or with property the seller purchases in the market, whichever it chooses.

**Strategy 13.** The act of delivering property to the lender in repayment for the borrowed property is referred to as "closing" the short sale.

**Strategy 14.** The taxable event following a short sale does not occur when the sales agreement was made, nor when the borrowed property was delivered to the purchaser, but only when the seller delivers stock to the lender to "close" the sale.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 4: Text

## Strategies Related to Covering Settlement Obligations

**Strategy 15.** Gain or loss from "closing" the sale is dependent upon the difference between the amount realized from the sale of the borrowed property and the cost of the property used to "close" the sale.

**Strategy 16.** The limited liability company's purchase and delivery of Treasury securities to close its short sale is different from the type of expenditures contemplated under I.R.C. § 705(a)(2)(B) and therefore does not cause a downward adjustment in the tax basis of an interest in the Partnership under I.R.C. § 705.

**Strategy 17.** In addition, the purchase and delivery of Treasury securities to close out a short sale should not be deemed an expenditure for purposes of I.R.C. § 705(a)(2)(B) because such purchase and delivery of Treasury securities in and of itself does not give rise to an expense, deduction or loss to the limited liability company which is disallowed by a specific section of the Code.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 4: Summary

## Strategies Related to Covering Settlement Obligations

Stage 4: In this analysis, R. R. M & C Partners, L.L.C., a limited liability company, purchases identical U.S. Treasury Securities to those previously sold short to cover the short sale obligations.

R. R. M & C Partners, L.L.C. repays the borrowed property to the lender with the U.S. Treasury Securities it purchases. This "closes" the short sales.

After closing the short sales, R. R. M & C Partners, L.L.C. holds 2,002,002 shares of Constellation Brands, Inc. and the initial cash contributed for the required margin, plus or minus the performance of any transactions in the margin accounts, plus the capital contribution made by Gloria Robinson.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 5

## Purchase of Gloria Robinson's Interest by R, R, M & C Group, L.P. Results in Termination of R, R, M & C Partners, L.L.C.




Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family
## Stage 5
## Results of Termination of R,R,M & C Partners, L.L.C.




Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 5

Overview of Basis Allocation on Termination of
R, R, M & C Partners, L.L.C.

Assumes that the Collective Transaction for The Sands Family is $ 85MM with 3.0% Margin Required

| | |
|---|---|
| $ 97,591,072 | Total Basis in L.L.C. at Termination After Taking Into Account Purchase Price Paid & Income Attributed to R, R, M & C Group L.P. |
| **Basis Allocation** | **Asset Receiving Basis Allocation** |
| $ 2,833,707 | Cash and Receivables |
| $ 94,757,365 | 2,002,002 Shares of Constellation Brands, Inc. |
| $ 97,591,072 | Total Basis Allocated to Assets at Termination |

Copyright 2002 The Heritage Organization, L.L.C.

C00040

THO-021385

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 5: Text

## Strategies Related to Termination of R, R, M & C Partners, L.L.C.

**Strategy 18.** The acquisition by one member of all the equity interests in a limited liability company being taxed as a partnership results in the termination of the limited liability company for tax purposes because a partnership cannot exist with only one partner.

**Strategy 19.** Following the termination of the limited liability company, all assets held by the limited liability company may be distributed to its remaining member. Under I.R.C. § 732 (b) the basis of property distributed by a partnership to a partner in liquidation of the partner's interest shall be an amount equal to the adjusted basis of such partner's interest in the partnership reduced by any money distributed in the same transaction. If the assets are not distributed a deemed distribution and re-contribution to a limited liability company now taxed as a sole proprietorship occurs.

**Strategy 20.** Any future sale of the assets will result in recognized gain on any amount in excess of the assets' adjusted basis, which was created at the time of the termination.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 5: Summary

## Strategies Related to Termination of R,R,M & C Partners, L.L.C.

Stage 5: In this analysis. R. R. M & C Group. L.P. purchases Member Interests in R. R. M & C Partners. L.L.C. from Gloria Robinson in exchange for cash. Following the purchase. R. R. M & C Group. L.P. owns 100.0% of the equity. Since the limited liability company is taxed as a partnership. and a partnership cannot exist with only one member. a termination of the limited liability company would occur.

Upon becoming a single member L.L.C.. R. R. M & C Partners. L.L.C. would be terminated for federal income tax purposes and the basis of the partnership property (Shares of Constellation Brands, Inc.) may be adjusted in accordance with I.R.C. § 732 (b) and I.R.C. § 732 (c).

Anytime thereafter that shares of Constellation Brands, Inc. are sold, capital gains will be incurred on any amount in excess of their adjusted basis.

Copyright 2002 The Heritage Organization, L.L.C.




C0004

THO-021388




C0004

THO-021389




C0004

THO-021390




C0004

THO-021391




C30047

THO-021392




C00048

THO-021393

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 6: Summary

## Strategies Related to Disposition of Stock

Stage 6: In this analysis, Richard Sands gifts his discounted partnership interests in R.R.M & C Group, L.P. to Richard Sands Charitable Remainder Unitrust 2001.

Robert Sands gifts his discounted partnership interests in R, R, M & C Group, L.P. to Robert Sands Charitable Remainder Unitrust 2001.

Marilyn Sands gifts her discounted partnership interests in R, R, M & C Group, L.P. to Marilyn Sands Charitable Remainder Unitrust 2001.

CWC Partnership I gifts its discounted partnership interests in R.R.M & C Group, L.P. to CWC Partnership I Charitable Remainder Unitrust 2001.

These Charitable Remainder Unitrusts are established for a term of twenty years. Each of the respective partners is the lead beneficiary of their established Unitrust and will receive payments for 20 years, and a Public Charity of each of their choices will be the remainder beneficiaries.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 6: Summary

## Strategies Related to Disposition of Stock

**Stage 6:** Each party will receive a current income tax deduction for the present value of the remainder interest gifted to charity. The deduction may be used to offset 30% of Adjusted Gross Income over the next six years.

Following the creation and funding of these Charitable Remainder Unitrusts, R, R, M & C Partners, L.L.C. sells its shares of Constellation Brands, Inc. in a secondary offering.

copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 7

## Creation of a Supporting Organization by Richard & Robert Sands to Be Named as Charitable Beneficiary of Family CRT's




- A Supporting Organization is an organization which supports one or more publicly supported charities. It allows the individual creating it most of the advantages of a private foundation with few of the disadvantages.

**Board of Trustees of Supporting Organization**

↑ Freddy H. Robinson

↑ James A. Locke, III

↑ Wesley M. Stallings

**Direct Distribution of Funds to Supported Organizations**

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 7: Text

## Strategies Related to a Supporting Organization

Strategy 21. A Supporting Organization is an organization which supports one or more publicly supported charities. It allows the individual creating it most of the advantages of a private foundation with few of the disadvantages.

Strategy 22. The Supporting Organization is not subject to the taxes imposed on private foundations or the various excise taxes on private foundations.

Strategy 23. In accordance with I.R.C. § 509(a)(3), the Supporting Organization must be "organized, and at all times thereafter is operated, exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more specified organizations" described in §509(a)(1)or (2). These organizations are known as the "Supported Organizations."

Strategy 24. The Supporting Organization must satisfy the control test which requires the Supporting Organization not to be controlled by one or more disqualified persons either directly or indirectly.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family
## Stage 7: Text

### Strategies Related to a Supporting Organization

Strategy 25. A "disqualified person" as defined in I.R.C. § 4946 is one of the following:

A substantial contributor to the foundation

An owner of more than 20% of a) the total combined voting power of a corporation, b) the profits interest of a partnership, or c) the beneficial interest of a trust or unincorporated enterprise, which is a substantial contributor to the foundation.

A member of the family (spouse, ancestors, children, grandchildren, great grandchildren, and the spouses of children, grandchildren and great grandchildren) of any individual described above

A corporation of which persons described above own more than 35% of the voting power

A partnership in which persons described above hold more than a 35% profits interest

A trust or estate in which persons described above hold more than a 35% beneficial interest

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 7: Text

## Strategies Related to a Supporting Organization

Strategy 26. A Supporting Organization will be considered to be controlled if the disqualified person(s) directly or indirectly control 50% or more of the voting power in the organization or if one or more disqualified person(s) have the right to exercise veto power over the organization's actions.

Strategy 27. The Supporting Organization must also meet the requirement of the "integral part" test set forth in Internal Revenue Code Section 1.509(a)-4(i)(3) of the Regulations. The supporting Organization shall satisfy either of the following requirements:

(I) substantially all of the income shall be paid to or for the use of one or more of the Supported Organizations and the amount paid shall be sufficient to ensure the attentiveness of one or more of the Supported Organizations to the operations of the Supporting Organization.

(ii) the activities in which the Supporting Organization engages for or on behalf of the Supported Organizations shall be activities to perform the functions of, or to carry out the purposes of, the Supported Organizations.

Copyright 2002 The Heritage Organization, L.L.C.


Stage 8
Purchase of Remainder Interest in Future Year by Each of Richard Sands, Robert Sands, Marilyn Sands and CWC-I
Richard Sands
Cash Purchase of Remainder Interest for Amount Equal to Present Value of Remainder on Date of Purchase
Income Beneficiary
Richard Sands Charitable Remainder Unitrust 2001
The Education & Health Support Fund
Copyright 2002 The Heritage Organization, L.L.C.




C3005

THO-021401


Stage 8
Richard Sands Charitable Remainder Unitrust 2001 Terminates Following Purchase of Remainder Interest by Richard Sands
Richard Sands
Income Beneficiary
The Education & Health Support Fund
Recipient of CASH
Copyright 2002 The Heritage Organization, L.L.C.


Stage 8
Tax Free Distribution of Assets to Richard Sands
Upon Termination
Richard Sands
Income
Beneficiary
Tax Free Distribution of
High Basis L.P. Interests
Basis in L.P. Interests
Attributed to Income
Beneficiary will be Equal
to Basis that CRT had in
L.P. Interests.
Basis in L.P. Interests
Attributed to
Remainderman will be
Equal to Purchase Price
of Interests
Copyright 2002 The Heritage Organization, L.L.C.




C 30059
THO-021404

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 8: Text

### Strategies Related to Purchase of Remainder Interest

**Strategy 28.** The assets held by the Trust are sold in any year or years preceding the sale of the remainder interest to the beneficiary of the income interest.

**Strategy 29.** The beneficiary of the income interest will make an offer to purchase the remainder interest from the charity which is the remainder beneficiary. If the offer is accepted, and the sale of the remainder interest occurs, the remainder will no longer be payable to an organization described in section 170(c) of the Code and as a result, the trust will lose its exempt status from that point forward.

**Strategy 30.** The Cash Realization Trust is drafted such that after the purchase of the remainder interest, the income interest and the remainder interest will merge. The doctrine of merger provides for the termination of a trust in the happenstance that all of the interests are joined in or held by one person.

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 8: Text

## Strategies Related to Purchase of Remainder Interest

Strategy 31. The termination of the trust is not an income taxable event for either of two reasons:

1) either the trust is no longer treated as an entity separate from you for income tax purposes after the purchase, or

2) because the distributions in satisfaction of the "income interest" and the remainder interest are pro-rata.

Strategy 32. The basis of assets distributed from a trust to a beneficiary is carried over from the trust unless the distribution is a gain recognition event, because the distribution is in satisfaction of a pecuniary amount, or the trustee elects to recognize gain as stated in I.R.C. § 643(e). Since the distribution to the beneficiary in termination of the Trust is a pro rata distribution, no gain is recognized on the terminating distribution.

Strategy 33. Any assets purchased by the trustee of the Trust will have a cost basis, which will be carried over to the Individual when the assets are distributed from the Trust in satisfaction of the income interest. A purchased remainder interest, on the other hand, has a basis equal to the purchaser's cost. Treas. Reg. § 1.1014-8(c).

Copyright 2002 The Heritage Organization, L.L.C.

# A Group of Strategies to Maximize Capital Preservation and Provide Investment Profits for The Sands Family

## Stage 8: Summary

## Strategies Related to Purchase of Remainder Interest

Stage 8: In this analysis, it is assumed that R, R, M & C Partners, L.L.C. sells its marketable securities in the market. Any gains realized on the sale of assets will sit at the trust level until they are allocated pro-rata to unitrust payments and/or trust distributions made to non-charitable income beneficiaries. In the following year, each Income Beneficiary will make an offer to purchase the remainder interest from The Education and Health Support Fund. The purchase price will be equal to the value of the remainder interest calculated on the date of purchase.

Assuming the offer is accepted by The Education and Health Support Fund to sale the remainder interests, each of Richard Sands, Robert Sands, Marilyn Sands, and CWC-I become both the income beneficiary and the remainder beneficiary of their respective CRTs which causes the Trusts to no longer be a separate taxpaying entity. The assets of the trusts are distributed to each of their respective owners. Because the distribution of assets is a pro rata distribution issued in termination of the trust, and not a gain recognition event, the basis of the assets with respect to the income beneficiary portion carry over to each of Richard Sands, Robert Sands, Marilyn Sands, and CWC-I and no gain is recognized on the distribution. The basis in the assets attributed to the remainder beneficiary are equal to the amount paid by each party for the remainder interests.

Copyright 2002 The Heritage Organization, L.L.C.