08/21/2001 TUE 10:21 FAX ☒001

# The Heritage Organization, L.L.C.

Suite 800, East Tower
5001 Spring Valley Road
Dallas, Texas 75244-3942

972-991-4411 • 1-800-331-9999 • Fax: 972-991-3325

## Fax Cover Sheet

Privileged Information To Be Read Only By The Person To Whom It Is Addressed

Please deliver immediately to: Jaime Mendez

From: Brian Czerwinski

At telephone #: ______ Confirmation call requested: ____ Yes ____ No

Regarding: RES and RSS

Date: 8-21-01 Total pages (including cover sheet): 2

Fax number called: (314) 612-7815

If all pages are not received or any are illegible, or if a confirmation call is requested, please call 1-800-272-9829 and ask for: Brian

Comments: ______

**Confidentiality Notice**

This facsimile transmission (and/or the documents accompanying it) contains confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

DEPOSITION EXHIBIT 15

SANDS 11234

GOVERNMENT EXHIBIT 4

# SANDS'S TRANSACTION CALENDAR

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| <u>August 20, 2001</u><br>Open Brokerage Accounts | <u>August 21, 2001</u> | <u>August 22, 2001</u><br>Transfer money to fund margin accounts | <u>August 23, 2001</u><br>Enter into short sales | <u>August 24, 2001</u><br>Settlement of short sales |
| Monday<br><u>August 27, 2001</u><br>Move trusts brokerage accounts [redacted] into CWCI | Tuesday<br><u>August 28, 2001</u><br>Move brokerage accounts and stock into R,R,M&C Group, L.P. | Wednesday<br><u>August 29, 2001</u> | Thursday<br><u>August 30, 2001</u><br>Move brokerage accounts and stock into R,R,M&C Partners, L.L.C. Investment partner makes capital contribution | Friday<br><u>August 31, 2001</u> |
| Monday<br><u>September 3, 2001</u><br>LABOR DAY | Tuesday<br><u>September 4, 2001</u><br>Make capital call on Members | Wednesday<br><u>September 5, 2001</u><br>close short sales 9/4 thru 9/10 | Thursday<br><u>September 6, 2001</u> | Friday<br><u>September 7, 2001</u> |
| Monday<br><u>September 10, 2001</u> | Tuesday<br><u>September 11, 2001</u><br>Final date to satisfy capital call | Wednesday<br><u>September 12, 2001</u><br>Redeem investment partner and terminate LLC | Thursday<br><u>September 13, 2001</u> | Friday<br><u>September 14, 2001</u> |

08/21/2001 TUE 10:21 FAX 001

# The Heritage Organization, L.L.C.

Suite 800, East Tower
5001 Spring Valley Road
Dallas, Texas 75244-3942

972-991-4411 • 1-800-331-9999 • Fax: 972-991-3325

## Fax Cover Sheet

Privileged Information To Be Read Only By The Person To Whom It Is Addressed

Please deliver immediately to: Jaime Mendez

From: Brian Czerwinski

At telephone #: ______ Confirmation call requested: ____ Yes ____ No

Regarding: RES and RSS

Date: 8-21-01 Total pages (including cover sheet): 2

Fax number called: (314) 612-7815

If all pages are not received or any are illegible, or if a confirmation call is requested, please call 1-800-272-9829 and ask for: Brian

Comments:

**Confidentiality Notice**

This facsimile transmission (and/or the documents accompanying it) contains confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

EXHIBIT
VS Deposition
11
6-12-07 AMS

SANDS 11236

08/21/2001 TUE 10.21 FAX

002

RRMC Mgmt
8/23 corp formed + funded

(E)(2E) add'l cap contrib of STZ stock

# SANDS'S TRANSACTION CALENDAR

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| August 20, 2001<br>Open Brokerage Accounts | August 21, 2001 | August 22, 2001<br>Transfer money to fund margin accounts | August 23, 2001<br>Enter into short sales | August 24, 2001<br>Settlement of short sales |
| August 27, 2001<br>Move trusts brokerage accounts [redacted] into CWCI | August 28, 2001<br>Move brokerage accounts and stock into R,R,M&C Group, L.P. | August 29, 2001 | ~~August 30, 2001~~<br>Move brokerage accounts and stock into R,R,M&C Partners, L.L.C. Investment partner makes capital contribution | August 31, 2001 |
| September 3, 2001<br>LABOR DAY | September 4, 2001<br>~~Make capital call on Members~~ | September 5, 2001<br>~~close short sales 9/4 thru 9/10~~ | September 6, 2001<br>close short | September 7, 2001<br>settlement of short sale |
| September 10, 2001<br>Sale of Gloria Robinson interest<br>wire funds to close | September 11, 2001<br>~~Real date to satisfy capital call~~<br>Prince Edward offering | September 12, 2001<br>~~Redeem investment partner and terminate LLC~~ | September 13, 2001 | September 14, 2001 |

SANDS 11237

12/26/2001 WED 19:28 FAX 002

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

## Formation of Margin Accounts and Short Sale Execution

| Date of Event | No. | Event |
|---|---|---|
| 08/21/01 | 1 | Margin account opened by Richard Sands at PaineWebber. Funds of $ 240,000 PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 2 | Margin account opened by Robert Sands at PaineWebber. Funds of $ 285,000 PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 3 | Margin account opened by Marilyn Sands at PaineWebber. Funds of $ 195,000 PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 4 | Margin account opened by Trust FBO Zac Stern at PaineWebber. Funds - $ 86,250 PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Abigail Stern at PWebber. Funds- $ 86,250 PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 12-6-01 |
| 11/27/01 | 6 | Margin account opened by Marvin Sands Trust at PaineWebber. Funds- $ 360,000 PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 11/27/01 | 7 | Margin account opened by Andrew Stern at PaineWebber. Funds of $ 78,000 PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 8 | Margin account opened by CWC-I at PaineWebber PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL |
| 12/11/01 | 9 | Margin account opened by Alpha I L.P. at PaineWebber PW Margin Acct. Cash # TX-[redacted]-LG ; Repo TX-[redacted]-LG |
| 12/11/01 | 10 | Margin account opened by Beta Partners L.L.C. at PaineWebber PW Margin Acct. Cash # TX-[redacted]-LG ; Repo TX[redacted]-LG |
| 12/11/01 | 11 | Richard Sands executes a short sale of U.S. Treasuries (Proceeds-$ 8,002,955.57) in his PaineWebber account. |
| 12/11/01 | 12 | Robert Sands executes a short sale of U.S. Treasuries (Proceeds-$ 9,512,947.19) in his PaineWebber account. |
| 12/11/01 | 13 | Marilyn Sands executes a short sale of U.S. Treasuries (Proceeds-$ 6,492,963.95) in her PaineWebber account. |
| 12/11/01 | 14 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries (Proceeds-$ 2,868,984.07) in its PaineWebber account. |
| 12/11/01 | 15 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries (Proceeds-$ 2,868,984.07) in its PaineWebber account. |

GOVERNMENT EXHIBIT 5

PENGAD-Bayonne, N. J.

Copyright 2001 The Heritage Organization, L.L.C.

DEPOSITION EXHIBIT 22

SANDS 11427

DOJ-017605

12/26/2001 WED 19:28 FAX 003

# IMPLEMENTATION LIST FOR SANDS FAMILY

**12/11/01** 16 Andrew Stern executes a short sale of U.S. Treasuries (Proceeds-$ 2,566,985.74) in its PaineWebber account.

**12/11/01** 17 Marvin Sands Master Trust executes a short sale of U.S. Treasuries (Proceeds-$ 11,979,266.83) in its PaineWebber account.

## Formation of Entities and Bank Accounts

**08/23/01** 18 Create R, R, M & C Management Corporation (Missouri S-Corporation).
Tax ID# 43-1936515
- 18a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 18b Robert makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 18c File S- Election as of 8/23/01. Filed 8/30/01.

**Done** 19 Set up Bank account for R, R, M & C Management Corporation.
*Merrill Lynch Acct. #* [redacted]

**12/03/01** 20 Form Alpha I L.P. (Missouri Limited Partnership)
Filed 12-3-01 - Tax ID# 43-1946228

**12/10/01** 21 Set up Bank account for Alpha I L.P.
*Merrill Lynch Acct. #* [redacted]

**12/13/01** 22 Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct # TX[redacted]FL ; Repo TX-[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX[redacted]FL).

**12/13/01** 23 Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct # TX-[redacted]-FL ; Repo TX[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX-[redacted]FL).

**12/17/01** 24 Richard contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG ; Repo TX-[redacted]LG) in exchange for 18.022% L.P. interests. In Addition, Richard contributes $ 223,875.31 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

**12/17/01** 25 Robert contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 21.401% L.P. interests. In Addition, Robert contributes $ 265,614.43 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash actually went in on 12-14-01)

**12/17/01** 26 Marilyn contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX[redacted]-LG) in exchange for 14.641% L.P. interests. In Addition, Marilyn contributes $ 181,736.19 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash actually went in on 12-14-01)

Copyright 2001 The Heritage Organization, L.L.C.

SANDS 11428

DOJ-017606

# IMPLEMENTATION LIST FOR SANDS FAMILY

| Date | No. | Transaction |
|---|---|---|
| 12/17/01 | 27 | Andy contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG ; Repo TX[redacted]-LG) in exchange for 5.857% L.P. Interests. In Addition, Andy contributes $ 72,694.48 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01) |
| 12/17/01 | 28 | Marvin Sands Trust contributes assets and obligations of PaineWebber acct. # TX[redacted]-FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG Repo TX[redacted]LG) in exchange for 27.030% L.P. Interests. In Addition, Marvin Trust contributes $ 335,512.97 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash in on 12-14-01) |
| 12/17/01 | 29 | CWC-I contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG ; Repo TX-[redacted]LG) in exchange for 12.949% L.P. Interests. In Addition, CWC-I contributes $ 160,766.63 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash actually went in on 12-14-01) |
| 12/17/01 | 30 | R, R, M & C Management Corporation contributes cash ($ 2,582.00) to Alpha I L.P. in exchange for a .1% G.P. Interest. Money moved on 12-20-01. |
| 12/17/01 | 31 | Alpha I L.P. bought 67,525 shares of GLW for $ 8.8228/share<br>Alpha I L.P. bought 33,400 shares of YHOO for $ 17.95/share |
| | | **Formation of Beta Partners L.L.C.** |
| 12/10/01 | 32 | Form Beta Partners L.L.C. - Filed 12-10-01. Tax ID# 43-1946833<br>*Operating Agreement Dated 12-10-01* |
| 12/20/01 | 33 | Alpha I L.P. contributes assets of PaineWebber account Cash # TX-[redacted]LG ; Repo TX-[redacted]LG (open short) to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX-[redacted]-LG) in exchange for Member Interests. In Addition, 67,525 Shares of GLW & 34,000 Shares of YHOO are contributed from an account of Alpha I L.P. (ML Acct. #[redacted]) to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX-[redacted]LG). |
| 12/20/01 | 34 | Gloria Robinson contributes cash worth $ 25,000 to Beta Partners L.L.C. for Member Interest |
| | | **Transaction Involving Beta Partners L.L.C.** |
| 12/26/01 | 35 | Beta Partners L.L.C. closes the open short positions. Settle on 12-27-01 (PW Margin Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) |
| ________ | 36 | Alpha I L.P. purchases Member Interests in Beta Partners L.L.C. from Gloria Robinson. |
| ________ | 37 | Alpha I L.P. wired from its Merrill Lynch Acct. #[redacted] $ __________ to an account of Gloria Robinson as payment for the purchase of her interests in Beta Partners L.L.C. |

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

## Formation of Margin Accounts and Short Sale Execution

| | | |
|---|---|---|
| 08/21/01 | 1 | Margin account opened by Richard Sands at PaineWebber. Funds of $ 240,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 2 | Margin account opened by Robert Sands at PaineWebber. Funds of $ 285,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 3 | Margin account opened by Marilyn Sands at PaineWebber. Funds of $ 195,000<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 4 | Margin account opened by Trust FBO Zac Stern at PaineWebber. Funds - $ 86,250<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Abigail Stern at PWebber. Funds- $ 86,250<br>PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX-[redacted]-FL. Funded on 12-6-01 |
| 11/27/01 | 6 | Margin account opened by Marvin Sands Trust at PaineWebber. Funds- $ 360,000<br>PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX[redacted]-FL. Funded on 12-6-01 |
| 11/27/01 | 7 | Margin account opened by Andrew Stern at PaineWebber. Funds of $ 78,000<br>PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 12-6-01 |
| 08/21/01 | 8 | Margin account opened by CWC-I at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL |
| 12/11/01 | 9 | Margin account opened by Alpha I L.P. at PaineWebber<br>PW Margin Acct. Cash # TX-[redacted]-LG ; Repo TX[redacted]-LG |
| 12/11/01 | 10 | Margin account opened by Beta Partners L.L.C. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-LG ; Repo TX-[redacted]-LG |
| 12/11/01 | 11 | Richard Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 8,002,955.57) in his PaineWebber account. |
| 12/11/01 | 12 | Robert Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 9,512,947.19) in his PaineWebber account. |
| 12/11/01 | 13 | Marilyn Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 6,492,963.95) in her PaineWebber account. |
| 12/11/01 | 14 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 2,868,984.07) in its PaineWebber account. |
| 12/11/01 | 15 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 2,868,984.07) in its PaineWebber account. |

Copyright 2001 The Heritage Organization, L L C

## IMPLEMENTATION LIST FOR SANDS FAMILY

12/11/01 16 Andrew Stern executes a short sale of U.S. Treasuries (Proceeds-$ 2,566,985.74) in its PaineWebber account.

12/11/01 17 Marvin Sands Master Trust executes a short sale of U.S. Treasuries (Proceeds-$ 11,979,266.83) in its PaineWebber account.

### Formation of Entities and Bank Accounts

08/23/01 18 Create R, R, M & C Management Corporation (Missouri S-Corporation). Tax ID# 43-1936515

- 18a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 18b Robert makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 18c File S- Election as of 8/23/01. Filed 8/30/01.

Done 19 Set up Bank account for R, R, M & C Management Corporation. *Merrill Lynch Acct. #[redacted]*

12/03/01 20 Form Alpha I L.P. (Missouri Limited Partnership) Filed 12-3-01 - Tax ID# [redacted]

12/10/01 21 Set up Bank account for Alpha I L.P. *Merrill Lynch Acct. #[redacted]*

12/13/01 22 Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct. # TX[redacted]-FL ; Repo TX-[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX-[redacted]FL).

12/13/01 23 Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL. (open short) to an account of CWC-I (PaineWebber Acct. # TX [redacted]FL; TX-[redacted]FL).

12/17/01 24 Richard contributes assets and obligations of PaineWebber acct. # TX-[redacted]-FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]-LG ; Repo TX-[redacted]LG) in exchange for 18.022% L.P. interests. In Addition, Richard contributes $ 223,675.31 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 25 Robert contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 21.401% L.P. interests. In Addition, Robert contributes $ 265,614.43 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 26 Marilyn contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 14.641% L.P. interests. In Addition, Marilyn contributes $ 181,736.19 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

Copyright 2001 The Heritage Organization, L.L.C

# IMPLEMENTATION LIST FOR SANDS FAMILY

12/17/01 27 Andy contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG ; Repo TX-[redacted]-LG) in exchange for 5.857% L.P. interests. In Addition, Andy contributes $ 72,694.48 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 28 Marvin Sands Trust contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]-LG Repo TX-[redacted]-LG) in exchange for 27.030% L.P. interests. In Addition, Marvin Trust contributes $ 335,512.97 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash in on 12-14-01)

12/17/01 29 CWC-I contributes assets and obligations of PaineWebber acct. # TX[redacted]-FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 12.949% L.P. interests. In Addition, CWC-I contributes $ 160,766.63 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 30 R, R, M & C Management Corporation contributes cash ($ 2,582.00) to Alpha I L.P. in exchange for a .1% G.P. interest. Money moved on 12-20-01.

12/17/01 31 Alpha I L.P. bought 67,525 shares of GLW for $ 8.8228/share
Alpha I L.P. bought 33,400 shares of YHOO for $ 17.95/share

Formation of Beta Partners L.L.C.

12/10/01 32 Form Beta Partners L.L.C. - Filed 12-10-01. Tax ID# 43-1946833
*Operating Agreement Dated 12-10-01*

12/20/01 33 Alpha I L.P. contributes assets of PaineWebber account Cash # TX-[redacted]LG ; Repo TX-[redacted]LG (open short) to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX-[redacted]LG) in exchange for Member Interests. In Addition, 67,525 Shares of GLW & 34,000 Shares of YHOO are contributed from an account of Alpha I L.P. (ML Acct. #[redacted] to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX-[redacted]LG).

12/20/01 34 Gloria Robinson contributes cash worth $ 25,000 to Beta Partners L.L.C. for Member Interest

Transaction Involving Beta Partners L.L.C.

______ 35 Beta Partners L.L.C. closes the open short positions. Settle on ______. (PW Margin Acct. Cash # TX[redacted]LG ; Repo TX-[redacted]LG)

______ 36 Alpha I L.P. purchases Member Interests in Beta Partners L.L.C. from Gloria Robinson.

______ 37 Alpha I L.P. wired from its Merrill Lynch Acct. #[redacted]$ __________ to an account of Gloria Robinson as payment for the purchase of her interests in Beta Partners L.L.C.

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

**Steps Required for Completion of Transaction**

| | | |
|---|---|---|
| ____________ | 38 | Reps & Warranties completed by Lewis Rice & sent to respective parties |
| ____________ | 39 | Opinion Letter completed by Lewis Rice and sent to respective parties |
| ____________ | 40 | Tax Return filed for R, R, M & C Management Corporation. |
| ____________ | 41 | Tax Return filed for Beta Partners L.L.C. |
| ____________ | 42 | Tax Return filed for Alpha I L.P. |
| ____________ | 43 | Provide Family with original documents regarding transaction. |

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

## Formation of Margin Accounts and Short Sale Execution

| Date of Event | No. | Event |
|---|---|---|
| 08/21/01 | 1 | Margin account opened by Richard Sands at PaineWebber. Funds of $ 240,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 08/21/01 | 2 | Margin account opened by Robert Sands at PaineWebber. Funds of $ 285,000<br>PW Margin Acct. Cash # TX-[redacted]L ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 08/21/01 | 3 | Margin account opened by Marilyn Sands at PaineWebber. Funds of $ 195,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 08/21/01 | 4 | Margin account opened by Trust FBO Zac Stern at PaineWebber. Funds - $ 86,250<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Abigail Stern at PWebber. Funds- $ 86,250<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 11/27/01 | 6 | Margin account opened by Marvin Sands Trust at PaineWebber. Funds- $ 360,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL. Funded on 12-6-01 |
| 11/27/01 | 7 | Margin account opened by Andrew Stern at PaineWebber. Funds of $ 78,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL. Funded on 12-6-01 |
| 08/21/01 | 8 | Margin account opened by CWC-I at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL |
| 12/11/01 | 9 | Margin account opened by Alpha I L.P. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-LG ; Repo TX-[redacted]-LG |
| 12/11/01 | 10 | Margin account opened by Beta Partners L.L.C. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]LG ; Repo TX[redacted]-LG |
| 12/11/01 | 11 | Richard Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 8,002,955.57) in his PaineWebber account. |
| 12/11/01 | 12 | Robert Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 9,512,947.19) in his PaineWebber account. |
| 12/11/01 | 13 | Marilyn Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 6,492,963.95) in her PaineWebber account. |
| 12/11/01 | 14 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 2,868,984.07) in its PaineWebber account. |
| 12/11/01 | 15 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 2,868,984.07) in its PaineWebber account. |

Copyright 2001 The Heritage Organization, L L C

## IMPLEMENTATION LIST FOR SANDS FAMILY

| | | |
|---|---|---|
| 12/11/01 | 16 | Andrew Stern executes a short sale of U.S. Treasuries (Proceeds-$ 2,566,985.74) in its PaineWebber account. |
| 12/11/01 | 17 | Marvin Sands Master Trust executes a short sale of U.S. Treasuries (Proceeds-$ 11,979,266.83) in its PaineWebber account. |
| | | Formation of Entities and Bank Accounts |
| 08/23/01 | 18 | Create R, R, M & C Management Corporation (Missouri S-Corporation).<br>Tax ID# 43-1936515<br>18a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.<br>18b Robert makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.<br>18c File S- Election as of 8/23/01. Filed 8/30/01. |
| Done | 19 | Set up Bank account for R, R, M & C Management Corporation.<br>*Merrill Lynch Acct. #[redacted]* |
| 12/03/01 | 20 | Form Alpha I L.P. (Missouri Limited Partnership)<br>Filed 12-3-01 - Tax ID# [redacted] |
| 12/10/01 | 21 | Set up Bank account for Alpha I L.P.<br>*Merrill Lynch Acct. #[redacted]* |
| 12/13/01 | 22 | Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX [redacted]FL; TX-[redacted]FL). |
| 12/13/01 | 23 | Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct. # TX[redacted]FL , Repo TX[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX[redacted]FL). |
| 12/17/01 | 24 | Richard contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]G ; Repo TX-[redacted]LG) in exchange for 18.022% L.P. Interests. In Addition, Richard contributes $ 223,675.31 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01) |
| 12/17/01 | 25 | Robert contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 21.401% L.P. Interests. In Addition, Robert contributes $ 265,614.43 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01) |
| 12/17/01 | 26 | Marilyn contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]L to an account of Alpha I L.P. (PW Acct. Cash # TX[redacted]LG ; Repo TX[redacted]G) in exchange for 14.641% L.P. Interests. In Addition, Marilyn contributes $ 181,736 19 cash to an account of Alpha I L.P. (ML Acct. #[redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01) |

Copyright 2001 The Heritage Organization, L L C.

## IMPLEMENTATION LIST FOR SANDS FAMILY

12/17/01 27 Andy contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]G) in exchange for 5.857% L.P. Interests. In Addition, Andy contributes $ 72,694.48 cash to an account of Alpha I L.P. (ML Acct. # [redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 28 Marvin Sands Trust contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX-[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG Repo TX-[redacted]LG) in exchange for 27.030% L.P. Interests. In Addition, Marvin Trust contributes $ 335,512.97 cash to an account of Alpha I L.P. (ML Acct. #[redacted]) to meet any additional cash needs. (Cash in on 12-14-01)

12/17/01 29 CWC-I contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL to an account of Alpha I L.P. (PW Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG) in exchange for 12.949% L.P. Interests. In Addition, CWC-I contributes $ 160,766.63 cash to an account of Alpha I L.P. (ML Acct. # [redacted] to meet any additional cash needs. (Cash actually went in on 12-14-01)

12/17/01 30 R, R, M & C Management Corporation contributes cash ($ 2,582.00) to Alpha I L.P. in exchange for a .1% G.P. interest. Money moved on 12-20-01.

12/17/01 31 Alpha I L.P. bought 67,525 shares of GLW for $ 8.8228/share
Alpha I L.P. bought 33,400 shares of YHOO for $ 17.95/share

Formation of Beta Partners L.L.C.

12/10/01 32 Form Beta Partners L.L.C. - Filed 12-10-01. Tax ID# 43-1946833
*Operating Agreement Dated 12-10-01*

12/20/01 33 Alpha I L.P. contributes assets of PaineWebber account Cash # TX-[redacted]LG ; Repo TX-[redacted]LG (open short) to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX-[redacted]LG) in exchange for Member Interests. In Addition, 67,525 Shares of GLW & 34,000 Shares of YHOO are contributed from an account of Alpha I L.P. (ML Acct. #[redacted]) to an account of Beta Partners L.L.C. (PaineWebber Cash # TX[redacted]LG ; Repo TX[redacted]-LG).

12/20/01 34 Gloria Robinson contributes cash worth $ 25,000 to Beta Partners L.L.C. for Member Interest

Transaction Involving Beta Partners L.L.C.

12/26/01 35 Beta Partners L.L.C. closes the open short positions. Settle on ______. (PW Margin Acct. Cash # TX-[redacted]LG ; Repo TX-[redacted]LG)

12/27/01 36 Alpha I L.P. purchases Member Interests in Beta Partners L.L.C. from Gloria Robinson.

12/27/01 37 Alpha I L.P. wired from its Merrill Lynch Acct. #[redacted] $ 25,999.13 to an account of Gloria Robinson as payment for the purchase of her interests in Beta Partners L.L.C.

Copyright 2001 The Heritage Organization, L L C

## IMPLEMENTATION LIST FOR SANDS FAMILY

### Steps Required for Completion of Transaction

| | | |
|---|---|---|
| ____________ | 38 | Reps & Warranties completed by Lewis Rice & sent to respective parties |
| ____________ | 39 | Opinion Letter completed by Lewis Rice and sent to respective parties |
| ____________ | 40 | Tax Return filed for R, R, M & C Management Corporation. |
| ____________ | 41 | Tax Return filed for Beta Partners L.L.C. |
| ____________ | 42 | Tax Return filed for Alpha I L.P. |
| ____________ | 43 | Provide Family with original documents regarding transaction. |

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

### Formation of Margin Accounts and Short Sale Execution

| Date of Event | | |
|---|---|---|
| 08/21/01 | 1 | Sands family borrows 4.216 MM from MLR&R. |
| 08/21/01 | 2 | Margin account opened by Richard Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]L Funded on 8-[illegible]-01 |
| 08/21/01 | 3 | Margin account opened by Robert Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]L Funded on 8-[illegible]-01 |
| 08/21/01 | 4 | Margin account opened by Marilyn Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]-FL Funded on 8-[illegible]-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Zac Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL Funded on 8-[illegible]-01 8/12 |
| 08/21/01 | 6 | Margin account opened by Trust FBO Abigail Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL Funded on 8-[illegible]-01 |
| 08/21/01 | 7 | Margin account opened by CWC-I at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]FL |
| 08/24/01 | 8 | Margin account opened by R, R, M & C Group, L.P. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL |
| 08/24/01 | 9 | Margin account opened by R, R, M & C Partners, L.L.C. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL |
| 08/23/01 | 10 | Richard Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 11 | Robert Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 12 | Marilyn Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 13 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248.65) in its PaineWebber account. |
| 08/23/01 | 14 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248 65) in its PaineWebber account. |

Copyright 2001 The Heritage Organization, L.L.C.

11/20/2001 TUE 16:34 FAX 010

# IMPLEMENTATION LIST FOR SANDS FAMILY

## Formation of Entities and Bank Accounts

08/23/01 15 Create R, R, M & C Management Corporation (Missouri S-Corporation).
Tax ID# 43-1936515
- 15a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 15b Robert makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 15c File S- Election as of 8/23/01. Filed 8/30/01.

Done 16 Set up Bank account for R, R, M & C Management Corporation.
*Merrill Lynch Acct. #* [redacted]

08/23/01 17 Form R, R, M & C Group, L.P. (Missouri Limited Partnership)
Filed 8/23/01 - Tax ID# 43-1936516

Done 18 Set up Bank account for R, R, M & C Group, L.P.
*Merrill Lynch Acct. #* [redacted]

08/27/01 19 Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]-FL (open short) to an account of CWC-I (PaineWebber Acct. # TX [redacted]FL; TX-[redacted]-FL).

08/27/01 20 Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX [redacted]FL; TX-[redacted]).

~~21 Richard contributes cash to CWC-I to maintain his .5% ownership interest~~

~~22 Robert contributes cash to CWC-I to maintain his .5% ownership interest~~

NEED TO DISCUSS w/ FREDDIE ERENSON

08/28/01 21 Richard contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX-[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Richard contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. # [redacted] to meet any additional cash needs.

08/28/01 22 Robert contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Robert contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]) to meet any additional cash needs.

08/28/01 23 Marilyn contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX-[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]L ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Marilyn contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]) to meet any additional cash needs.

Copyright 2001 The Heritage Organization, L.L.C.

11/20/2001 TUE 16:35 FAX 011

# IMPLEMENTATION LIST FOR SANDS FAMILY

| | | |
|---|---|---|
| 08/28/01 | 24 | CWC-I contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX-[redacted]FL ; Repo TX-[redacted]FL) in exchange for 24.975% L.P. interests. In Addition, CWC-I contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]) to meet any additional cash needs. |
| 08/28/01 | 25 | R, R, M & C Management Corporation contributes 2,002 shares of STZ and cash ($ 3,403.40) to R, R, M & C Group, L.P. in exchange for a .1% G.P. interest. |

Formation of R, R, M & C Partners, L.L.C.

| | | |
|---|---|---|
| 08/23/01 | 26 | Form R, R, M & C Partners, L.L.C. - Filed 8/23/01. Tax ID# 43-1936519 *Operating Agreement Dated 8/30/01* |
| 09/04/01 08/31/01 | 27 | R, R, M & C Group, L.P. contributes assets of PaineWebber account # TX[redacted]-FL ; Repo TX-[redacted]FL (1,095,025 Shares of STZ, open short) to an account of R, R, M & C Partners, L.L.C. (PaineWebber Acct. # TX-[redacted]FL ; TX-[redacted]L) in exchange for Member Interests. In Addition, 906,977 Shares of STZ contributed in certificate form. |
| 08/31/01 | 28 | Gloria Robinson contributes cash worth $ 250,000 to R, R, M & C Partners, L.L.C. for Member Interest |

Transaction Involving R, R, M & C Partners, L.L.C.

| | | |
|---|---|---|
| 09/06/01 | 29 | R, R, M & C Partners, L.L.C. closes the open short positions. Settle on 9/07/01. (PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX-[redacted]FL) |
| 09/10/01 | 30 | R, R, M & C Group, L.P. purchases Member Interests in R, R, M & C Partners, L.L.C. from Gloria Robinson. |
| 09/10/01 | 31 | R, R, M & C Group, L.P. wired from its Merrill Lynch Acct. #[redacted]$ 227,278.71 to an account of Gloria Robinson as payment for the purchase of her interests in R, R, M & C Partners, L.L.C. |

Steps Required for Completion of Transaction

| | | |
|---|---|---|
| ______ | 32 | Reps & Warranties completed by Lewis Rice & sent to respective parties |
| ______ | 33 | Opinion Letter completed by Lewis Rice and sent to respective parties |
| ______ | 34 | Tax Return filed for R, R, M & C Management Corporation. |
| ______ | 35 | Tax Return filed for R, R, M & C Partners, L.L.C. |
| ______ | 36 | Tax Return filed for R, R, M & C Group, L.P. |
| ______ | 37 | Provide Family with original documents regarding transaction. |

Copyright 2001 The Heritage Organization, L.L.C

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

## Formation of Margin Accounts and Short Sale Execution

| Date | No. | Event |
|---|---|---|
| 08/21/01 | 1 | Sands family borrows 4.216 MM from MLR&R. |
| 08/21/01 | 2 | Margin account opened by Richard Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 3 | Margin account opened by Robert Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 4 | Margin account opened by Marilyn Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Zac Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 6 | Margin account opened by Trust FBO Abigail Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 7 | Margin account opened by CWC-I at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]-FL |
| 08/24/01 | 8 | Margin account opened by R, R, M & C Group, L.P. at PaineWebber<br>PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL |
| 08/24/01 | 9 | Margin account opened by R, R, M & C Partners, L.L.C. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]-FL |
| 08/23/01 | 10 | Richard Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 11 | Robert Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 12 | Marilyn Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 13 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248.65) in its PaineWebber account. |
| 08/23/01 | 14 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248.65) in its PaineWebber account. |

Copyright 2001 The Heritage Organization, L L C

11/20/2001 TUE 16:34 FAX 010

# IMPLEMENTATION LIST FOR SANDS FAMILY

## Formation of Entities and Bank Accounts

08/23/01 15 Create R, R, M & C Management Corporation (Missouri S-Corporation).
Tax ID# 43-1936515
- 15a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 15b Robert makes a contribution of cash ($ 55,000) In return for 50% of company stock as of 8-23-01.
- 15c File S- Election as of 8/23/01. Filed 8/30/01.

Done 16 Set up Bank account for R, R, M & C Management Corporation.
*Merrill Lynch Acct. #* [redacted]

08/23/01 17 Form R, R, M & C Group, L.P. (Missouri Limited Partnership)
Filed 8/23/01 - Tax ID# 43-1936516

Done 18 Set up Bank account for R, R, M & C Group, L.P.
*Merrill Lynch Acct. #*[redacted]

08/27/01 19 Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX[redacted]FL).

08/27/01 20 Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]FL. (open short) to an account of CWC-I (PaineWebber Acct. # TX[redacted]FL; TX[redacted]FL).

~~21 Richard contributes cash to CWC-I to maintain his .5% ownership interest~~

~~22 Robert contributes cash to CWC-I to maintain his .5% ownership interest~~

NEED TO DISCUSS w/ FREDDY (OPENSION)

08/28/01 21 Richard contributes assets and obligations of PaineWebber acct. # TX[redacted]-FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Richard contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]) to meet any additional cash needs.

08/28/01 22 Robert contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX-[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]-FL ; Repo TX-[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Robert contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]) to meet any additional cash needs.

08/28/01 23 Marilyn contributes assets and obligations of PaineWebber acct. # TX-[redacted]-FL , Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) In exchange for 24.975% L.P. Interests. In Addition, Marilyn contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted] to meet any additional cash needs.

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

| | | |
|---|---|---|
| 08/28/01 | 24 | CWC-I contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, CWC-I contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted] to meet any additional cash needs. |
| 08/28/01 | 25 | R, R, M & C Management Corporation contributes 2,002 shares of STZ and cash ($ 3,403.40) to R, R, M & C Group, L.P. in exchange for a .1% G.P. interest. |

Formation of R, R, M & C Partners, L.L.C.

| | | |
|---|---|---|
| 08/23/01 | 26 | Form R, R, M & C Partners, L.L.C. - Filed 8/23/01. Tax ID# 43-1936519<br>*Operating Agreement Dated 8/30/01* |
| 09/04/01<br>08/31/01 | 27 | R, R, M & C Group, L.P. contributes assets of PaineWebber account # TX[redacted]-FL ; Repo TX-[redacted]FL (1,095,025 Shares of STZ, open short) to an account of R, R, M & C Partners, L.L.C. (PaineWebber Acct. # TX[redacted]-FL ; TX-[redacted]-FL) in exchange for Member Interests. In Addition, 906,977 Shares of STZ contributed in certificate form. |
| 08/31/01 | 28 | Gloria Robinson contributes cash worth $ 250,000 to R, R, M & C Partners, L.L.C. for Member Interest |

Transaction Involving R, R, M & C Partners, L.L.C.

| | | |
|---|---|---|
| 09/06/01 | 29 | R, R, M & C Partners, L L.C. closes the open short positions. Settle on 9/07/01. (PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX[redacted]-FL) |
| 09/10/01 | 30 | R, R, M & C Group, L.P. purchases Member Interests in R, R, M & C Partners, L.L.C. from Gloria Robinson. |
| 09/10/01 | 31 | R, R, M & C Group, L.P. wired from Its Merrill Lynch Acct. #[redacted], $ 227,278.71 to an account of Gloria Robinson as payment for the purchase of her interests in R, R, M & C Partners, L.L.C. |

Steps Required for Completion of Transaction

| | | |
|---|---|---|
| ______ | 32 | Reps & Warranties completed by Lewis Rice & sent to respective parties |
| ______ | 33 | Opinion Letter completed by Lewis Rice and sent to respective parties |
| ______ | 34 | Tax Return filed for R, R, M & C Management Corporation. |
| ______ | 35 | Tax Return filed for R, R, M & C Partners, L.L.C. |
| ______ | 36 | Tax Return filed for R, R, M & C Group, L.P. |
| ______ | 37 | Provide Family with original documents regarding transaction. |

Copyright 2001 The Heritage Organization, L.L.C.

09/14/2001 FRI 11:00 FAX ☒005

# IMPLEMENTATION LIST FOR SANDS FAMILY

Date of Event

## Formation of Margin Accounts and Short Sale Execution

| Date of Event | | |
|---|---|---|
| 08/21/01 | 1 | Sands family borrows 4.216 MM from MLR&R. |
| 08/21/01 | 2 | Margin account opened by Richard Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX-[redacted]-FL ; Repo TX[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 3 | Margin account opened by Robert Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]FL. Funded on 8-24-01 |
| 08/21/01 | 4 | Margin account opened by Marilyn Sands at PaineWebber with $ 725,000<br>PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX-[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 5 | Margin account opened by Trust FBO Zac Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX[redacted]-FL. Funded on 8-24-01 |
| 08/21/01 | 6 | Margin account opened by Trust FBO Abigail Stern at PaineWebber with $ 362,500<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL. Funded on 8-24-01 |
| 08/21/01 | 7 | Margin account opened by CWC-I at PaineWebber<br>PW Margin Acct. Cash # TX-[redacted]FL ; Repo TX[redacted]-FL |
| 08/24/01 | 8 | Margin account opened by R, R, M & C Group, L.P. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL |
| 08/24/01 | 9 | Margin account opened by R, R, M & C Partners, L.L.C. at PaineWebber<br>PW Margin Acct. Cash # TX[redacted]-FL ; Repo TX[redacted]FL |
| 08/23/01 | 10 | Richard Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 11 | Robert Sands executes a short sale of U.S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 12 | Marilyn Sands executes a short sale of U S. Treasuries<br>(Proceeds-$ 23,451,562.50) in his PaineWebber account. |
| 08/23/01 | 13 | Trust FBO Zac Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248 65) in its PaineWebber account. |
| 08/23/01 | 14 | Trust FBO Abigail Stern executes a short sale of U.S. Treasuries<br>(Proceeds-$ 7,647,248.65) in its PaineWebber account. |

Copyright 2001 The Heritage Organization, L.L.C.

# IMPLEMENTATION LIST FOR SANDS FAMILY

## Formation of Entities and Bank Accounts

08/23/01 — 15 — Create R, R, M & C Management Corporation (Missouri S-Corporation).
Tax ID# 43-1936515
- 15a Richard makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 15b Robert makes a contribution of cash ($ 55,000) in return for 50% of company stock as of 8-23-01.
- 15c File S- Election as of 8/23/01. Filed 8/30/01.

Done — 16 — Set up Bank account for R, R, M & C Management Corporation.
*Merrill Lynch Acct #* ____________

08/23/01 — 17 — Form R, R, M & C Group, L.P. (Missouri Limited Partnership)
Filed 8/23/01 - Tax ID# 43-1936516

Done — 18 — Set up Bank account for R, R, M & C Group, L.P.
*Merrill Lynch Acct #* [redacted]

08/27/01 — 19 — Trust FBO Zac Stern contributes assets and obligations of PaineWebber acct # TX-[redacted]-FL ; Repo TX[redacted]FL (open short) to an account of CWC-I (PaineWebber Acct # TX[redacted]FL; TX-[redacted]FL).

08/27/01 — 20 — Trust FBO Abigail Stern contributes assets and obligations of PaineWebber acct. # TX-[redacted]FL ; Repo TX[redacted]L (open short) to an account of CWC-I (PaineWebber Acct # TX[redacted]L; TX-[redacted]FL).

08/28/01 — 21 — Richard contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Richard contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted] to meet any additional cash needs.

08/28/01 — 22 — Robert contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Robert contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. # [redacted]to meet any additional cash needs.

08/28/01 — 23 — Marilyn contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, Marilyn contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted]to meet any additional cash needs.

Copyright 2001 The Heritage Organization, L.L.C.

## IMPLEMENTATION LIST FOR SANDS FAMILY

08/28/01 24 CWC-I contributes assets and obligations of PaineWebber acct. # TX[redacted]FL ; Repo TX[redacted]FL and 500K shares of STZ to an account of R, R, M & C Group, L.P. (PW Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL) in exchange for 24.975% L.P. Interests. In Addition, CWC-I contributes $ 125,000 cash to an account of R, R, M & C Group, L.P. (ML Acct. #[redacted] to meet any additional cash needs.

08/28/01 25 R, R, M & C Management Corporation contributes 2,002 shares of STZ and cash ($ 3,403.40) to R, R, M & C Group, L.P. in exchange for a .1% G.P. Interest.

Formation of R, R, M & C Partners, L.L.C.

08/23/01 26 Form R, R, M & C Partners, L.L.C. - Filed 8/23/01. Tax ID# 43-1936519
*Operating Agreement Dated 8/30/01*

09/04/01

08/31/01 27 R, R, M & C Group, L.P. contributes assets of PaineWebber account # TX[redacted]FL ; Repo TX[redacted]FL (1,095,025 Shares of STZ, open short) to an account of R, R, M & C Partners, L.L.C. (PaineWebber Acct. # TX[redacted]FL ; TX[redacted]FL) in exchange for Member Interests. In Addition, 908,977 Shares of STZ contributed in certificate form.

08/31/01 28 Gloria Robinson contributes cash worth $ 250,000 to R, R, M & C Partners, L.L.C. for Member Interest

Transaction Involving R, R, M & C Partners, L.L.C.

09/06/01 29 R, R, M & C Partners, L.L.C closes the open short positions. Settle on 9/07/01 (PW Margin Acct. Cash # TX[redacted]FL ; Repo TX-[redacted]FL)

09/10/01 30 R, R, M & C Group, L.P. purchases Member Interests in R, R, M & C Partners, L.L.C. from Gloria Robinson.

09/10/01 31 R, R, M & C Group, L.P wired from its Merrill Lynch Acct. #[redacted], $ 227,278.71 to an account of Gloria Robinson as payment for the purchase of her interests in R, R, M & C Partners, L.L.C.

Steps Required for Completion of Transaction

32 Reps & Warranties completed by Lewis Rice & sent to respective parties

33 Opinion Letter completed by Lewis Rice and sent to respective parties

34 Tax Return filed for R, R, M & C Management Corporation.

35 Tax Return filed for R, R, M & C Partners, L.L.C.

36 Tax Return filed for R, R, M & C Group, L.P.

37 Provide Family with original documents regarding transaction.

Copyright 2001 The Heritage Organization, L.L.C.