PRIVILEGE LOG - Rev. Rul 95-26

| | Date | Author | Recipient(s) | Document Type | Privilege | Description | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 1 | 06/26/02 | Grimm | | form 9612 | | request for records | 10928 |
| 2 | 03/10/95 | ACC:PSI | TR:FP F:B | memo | | referral of item for publication | 10929 |
| 3 | 4/3/95 | | | Case Status | | CASE-MIS status form | 10930 |
| 4 | 6/1/95 | Thomson | Dunn | Memo | [10931, 10937] executive privilege | [fax cover sheets released] drafts of the proposed RR | 10932-10936, 10938-10942 |
| 5 | 6/1/95 | Thomson | Dunn | Memo | [10943] executive privilege | [fax cover sheet] draft of the proposed RR | 10944-10948 |
| 6 | | | | Case Processing form | | blank form | 10949-10950 |
| 7 | 6/1/95 | IRS | | Revenue Ruling | executive privilege | Draft | 10951-10955 |
| 8 | 6/1/95 | IRS | | Revenue Ruling | executive privilege | Draft | 10956-10960 |
| 9 | 5/31/95 | Starke | Thomson | fax | executive privilege | draft revenue ruling | 10961 release 10962-10966 withhold |
| 10 | 5/26/95 | | | revenue ruling | executive privilege | draft revenue ruling | 10967-10976 |
| 11 | 5/18/95 | | | Meeting confirmation form | executive privilege | discusses ruling and contains a draft as well as a background information note The BIN is released | 10977 partial release 10978-10979 full release 10980-10989 withhold |
| 12 | 5/19/95 | Starke | Rooney | fax | executive privilege | contains draft ruling | 109912-10995 |



PLAINTIFF'S EXHIBIT C

PENGAD 800-631-6989

| | Date | Author | Recipient(s) | Document Type | Privilege | Description | Bates Numbers |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 13 | 3/7/95 | | | Meeting Request form | executive privilege | Briefing material discussing proposed ruling, including an outline | 10996 release<br>10997–10999 withhold<br>11000-11003 release<br>11004-11005 withheld<br>11006-11008 release |
| 14 | 4/13/95 | Penico | Dist | briefing package | executive privilege | contains draft and notes | 11009-11012 release<br>11013–11022 withhold<br>11023-11025 release |
| 15 | 6/1/95 | Todd | Nisewarner | email | executive privilege | summary of briefing with comments | 11026–11028 |
| 16 | | Starke | | Case log | executive privilege | discusses progress and steps of ruling, includes descriptions of draft language of ruling | 11029–11065 release in part |
| 17 | 6/1/95 | Penico | | BIN | | background information note | 11066-11067 |
| 18 | 6/1/95 | IRS | | Revenue Ruling | executive privilege | Draft of ruling | 11068–11072 |
| 19 | | | | memorandum | executive privilege | proposal for ruling, includes copies of legal research | 11073–11077 withhold<br>11078-11082 release |
| 20 | 6/22/00 | Bell | | Case Closing form | | | 11083 release |
| 21 | | | | Chief Counsel Briefing meeting summary | Executive privilege | Contains comments on proposed ruling | 11084-11085 |
| 22 | | | | draft | executive privilege | draft of ruling | 11086 – 11089 withheld<br>11090 – 11091 release |

| | Date | Author | Recipient(s) | Document Type | Privilege | Description | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 23 | | | | analysis | executive privilege | draft and analysis | 11092 – 11093 |
| 24 | | | | legal memo | executive privilege | proposal of revenue ruling | 11094 – 11098 |
| 25 | 6/6/95 | Penico | | BIN | | background notes | |
| 26 | 5/15/95 | Penico | | BIN | | background notes | |