IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: July 25, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSIVE BRIEF IN EXCESS OF THIRTY PAGES**

Plaintiffs hereby move for leave to file a responsive brief to United States' Motion for Summary Judgment in Cause Nos. 06-409T, 06-410T, and 06-411T ("Defendant's Motion") in excess of the 30-page limitation found in Ct. Fed. Cl. R. 5.3. On pages 9 and 10 of Defendant's Motion, defendant incorporates by reference its brief in its Motion for Summary Judgment filed on June 4, 2007. According to Ct. Fed. Cl. R. 5.3(b)(3), the brief that defendant incorporated by reference should be counted toward the maximum allowable length of briefs. Defendant's Motion was therefore 48 pages long.

Plaintiffs seek leave to incorporate by reference in their response to Defendant's Motion a portion of the brief (24 pages) that they filed on July 6, 2007 in response to Defendant's Motion for Summary Judgment filed on June 4, 2007. Plaintiffs' responsive brief will exceed the 30-page limitation found in Ct. Fed. Cl. R. 5.3 if plaintiffs incorporate their previous brief by reference in accordance with Ct. Fed. Cl. R. 5.3(b)(3). Plaintiffs hereby request leave to file a brief not exceeding fifty-four (54) pages to adequately respond to Defendant's Motion and incorporate 24 pages of their previous brief by reference.

An extension of the page limitation will allow plaintiffs to properly address the argument

previously briefed by the parties and to address the remaining issues contained in Defendant's Motion. Plaintiffs believe an extension of the page limitation will accordingly be helpful to the Court in analyzing and ruling on the issues before it. Counsel for defendant does not object to the granting of this motion.

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to File Responsive Brief in Excess of Thirty Pages and allow plaintiffs to file a brief not exceeding 54 pages.

Respectfully submitted this 25th day of July, 2008.

s/ Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones

Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiffs' Motion for Leave to File Responsive Brief in Excess of Thirty Pages has been made on July 25, 2008 via the Court's CM/ECF system to:

Thomas M. Herrin
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201
thomas.m.herrin@usdoj.gov

s/ Lewis S. Wiener
LEWIS S. WIENER