**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed August 4, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | | |
|---|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | ) | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**APPENDIX TO PLAINTIFFS' SECOND MOTION TO STRIKE**


| **EXHIBIT** | | **PAGE** |
|---|---|---|
| 1. | Expert Report of Jerry McCoy | APP- 1 |
| 2. | Excerpts from the deposition of Jerry McCoy taken on 5/14/2008 | APP-17 |
| 3. | Excerpts from the deposition of Rita Dougherty taken on 8/30/2007 | APP-47 |
| 4. | Excerpts from the deposition of Chet Decker taken on 8/28/2007 | APP-55 |
| 5. | Excerpts from the deposition of Timothy Seaberg taken on 8/29/2007 | APP-69 |
| 6. | Excerpts from the deposition of Brian Czerwinski taken on 8/28/2007 | APP-94 |
| 7. | Excerpts from the deposition of Vickie Walker taken on 8/29/2007 | APP-98 |
| 8. | Excerpts from the deposition of W. Ralph Canada taken on 2/22/2006 | APP-109 |
| 9. | Excepts from the deposition of Joseph Van Voorhis taken on 11/30/2006 | APP-113 |