IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 4, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DECLARATION OF JULIE P. BOWLING

I, Julie P. Bowling, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiffs in the above-entitled case. Attached hereto, as Appendix to Plaintiffs' Second Motion to Strike, are true and correct copies of the following:

1. Expert Report of Jerry McCoy
2. Excerpts from the deposition of Jerry McCoy taken on 5/14/2008
3. Excerpts from the deposition of Rita Dougherty taken on 8/30/2007
4. Excerpts from the deposition of Chet Decker taken on 8/28/2007
5. Excerpts from the deposition of Timothy Seaberg taken on 8/29/2007
6. Excerpts from the deposition of Brian Czerwinski taken on 8/28/2007
7. Excerpts from the deposition of Vickie Walker taken on 8/29/2007
8. Excerpts from the deposition of W. Ralph Canada taken on 2/22/2006
9. Excepts from the deposition of Joseph Van Voorhis taken on 11/30/2006

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated this 4th day of August, 2008.

Julie P. Bowling

Julie P Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8023
F: 404-853-8806