IN THE UNITED STATES COURT OF FEDERAL CLAIM
NO. 06-407-T
(Into which have been consolidated Nos. 06-408T,
06-409T, 06-410T, 06-411T, 06-810T and 06-811T)
JUDGE EMILY C. HEWITT

ALPHA I, LP, BY AND THROUGH )
ROBERTS SANDS, A NOTICE )
PARTNER, ) No. 06-407T
Plaintiff, )
)
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

BETA PARTNERS, LLC, BY AND )
THROUGH ALPHA I, LP, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-408T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

R,R,M & C PARTNERS, LLC, BY )
AND R,R,M & C GROUP, LP, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-409T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

R,R,M & C, LP, BY AND )
THROUGH ROBERT SANDS, )
A NOTICE PARTNER, )
Plaintiff, ) No. 06-410T
)
VS. )
)
THE UNITED STATES, )
Defendant. )

PLAINTIFF'S EXHIBIT 3
PENGAD 800-631-6989

CWC PARTNERSHIP I, BY AND )
THROUGH TRUST FBO ZACHARY )
STERN U/A FIFTH G, ANDREW ) No. 06-411T
STERN AND MARILYN SANDS, )
TRUSTEES, A NOTICE PARTNER, )
Plaintiff, )
)
VS. )
)
THE UNITED STATES, )
Defendant. )

---

MICKEY MANAGEMENT, LP, BY AND)
THROUGH MARILYN SANDS, A )
NOTICE PARTNER, )
Plaintiff, )
) No. 06-810T
VS. )
)
UNITED STATES OF AMERICA, )
Defendant. )

---

M,L,R & R, BY AND THROUGH )
RICHARD E. SANDS, TAX MATTERS)
PARTNER, ) No. 06-811T
Plaintiff, )
)
VS. )
)
UNITED STATES OF AMERICA, )
Defendant. )

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION OF
RITA DAUGHERTY
AUGUST 30, 2007
Volume No. 1

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION of RITA DAUGHERTY, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 30th of August, 2007, from 1:59 p.m. to 3:36 p.m., before Sherry Folchert, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Department of Justice, Tax Division, 717 North Harwood, Suite 400, Dallas, Texas, pursuant to the Texas Rules of Civil Procedure.

investors, not names.

MR. HERRIN: That's fine.

THE WITNESS: And so I got like their agreements, their contracts, their -- copies of debriefings, e-mails, phone conversation transcripts. I got magnetic tapes from computers and computer hard drives. And little video cassette tapes that I couldn't read because my -- they -- there was no cassette player that would read them. A lot of dust. Old beat-up boxes that were busted. Folders, notebooks, their little promotional gifts, calendars, handwritten notes.

Do you want me to keep going?

Q. (BY MR. CULLINAN:) No, I'm getting the gist. And you said you issued the summons October 12, 2006 or is that when you --

A. That's when I delivered it.

Q. That's when you delivered it.

A. I delivered it at 2:25 that day.

Q. And you remember that why?

A. Because I have to write it down on my summons.

Q. All right. And when did -- who responded to the summons?

A. Dennis Faulkner.

Q. Who is Dennis Faulkner?

A. Dennis Faulkner is the Lain & Faulkner. He's

Faulkner of Lain & Faulkner. It's the bankruptcy trustee for the Heritage Organization.

Q. What is Lain & Faulkner?

A. It's a law firm I guess.

MR. HERRIN: I will tell you from my understanding, I don't know whether it's a law firm or an accounting firm. But it's one of those two.

Q. (BY MR. CULLINAN:) And when did Mr. Faulkner respond?

A. 11/29/2006.

Q. And that's when he produced all of these items that you were describing before, the gifts, investor data, debriefings, all that?

A. Yes.

Q. It was the volume of the response?

A. 372 boxes of data.

Q. How was it produced? Did they just give you access to a room? Did they drop it off in semi-truck or?

A. They stored a lot of it in the basement. And down there was also their other clients. So they wouldn't grant us access to the basement. When we would finish whatever they trolleyed up, we would tell them it was finished and they would take it down and bring us up another load.

Q. And this is -- when you say the basement, this

electronic copy of the Sands documents were distributed?
A. Peter Brokus.
Q. When did that occur?
A. July the 13th.
Q. Okay. Going back to the chronological. The scanning began around March 29th and was completed April 10th; is that right?
A. Yes. Delivered April 11.
Q. On the 12th --
A. I opened a couple to see what -- how much work, what resources I was going to need.
Q. Okay. The entry on April 19th, counsel IT creating ten copies of disks for distribution of electronic copies. What does that mean?
A. We only got one copy of -- of the scanned documents, the whole 90,000.
Q. You mean the electronic copy, the disk?
A. Yeah, we only got one. We have numerous agents that's going to need the data. So there were ten copies made.
Q. Okay. What is counsel IT?
A. I -- IT is like our -- I can't think of what IT means. But our commuter technology people, our computerized specialists, they're computer gurus. IT.
Q. Okay.

A. Technology.

Q. And what's the reference to counsel? Do they work for IRS counsel or --

A. Well, just about every division has their own IT people.

Q. All right. You received the disk back on the 27th?

A. Yes.

Q. And then on the 30th, you're talking about how the spreadsheet would be presented. Does the spreadsheet refer to the index?

A. Yes.

Q. The portion of which we have in Exhibit 90?

A. Right.

Q. And then you have agents arriving on the 1st to assist you with indexing. You said there were eight agents that assisted you in the process?

A. Over the course of that week, yes.

Q. And then you say: Continued to work on the summonsed documents.

At that point what you're doing is just indexing them on May 2nd and May 3rd; is that right?

A. Right.

Q. Same thing on the 4th?

A. Right.

Q. Then there's a gap between the 4th and the 23rd. Was any work done during that point in time?

A. Yes. But me alone.

Q. Just you alone. You were continuing to work on the indexing?

A. Right. The partial boxes. So I only entered the last day I -- when I -- it was done and that was May 23rd (indicating).

Q. Okay. And now on the 5th you said you received the database and spreadsheet index of summonsed documents.

What does that mean?

A. You have to understand this spreadsheet was a huge spreadsheet. Okay. And no one computer could handle the volume of this spreadsheet. Okay. So we had a CAS take everybody's piece of the spreadsheet and put it together and make a searchable -- make it searchable. So that if you wanted all the documents that belonged to Mr. and Mrs. Sands, you went in there in description and you hit -- and you typed in Sands and whalah all of them showed up.

Q. So that was --

A. That was what I received.

Q. That was on June 5th it became searchable.

A. Yes. Right. Up until that point it was a whole