IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) CASE 04-35574-BJH-11 |
| THE HERITAGE | ) (Chapter 11) |
| ORGANIZATION, L.L.C. | ) |
| Debtor. | ) |
| | |
| MERALEX, L.P. AND HOWARD | ) |
| M. JENKINS, | ) |
| Plaintiffs, | ) ADVERSARY NO. 05-03699 |
| | ) Transferred from the |
| VS. | ) United States District |
| | ) Court, Northern |
| THE HERITAGE | ) District of Texas |
| ORGANIZATION, L.L.C., et | ) Civil Action No. |
| al., | ) 3-03CV0991-B |
| Defendants. | ) |
| | |
| THE HERITAGE | ) |
| ORGANIZATION, L.L.C., et | ) |
| al., | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| W. RALPH CANADA, | ) |
| Third-Party Defendant. | ) |

---

ORAL DEPOSITION OF
W. RALPH CANADA
FEBRUARY 22, 2006
Volume 1

---

PLAINTIFF'S EXHIBIT 8
PENGAD 800-631-6989

ORAL DEPOSITION OF W. RALPH CANADA, Volume 1, produced as a witness at the instance of the Plaintiffs,

A. Well, I have lots of reasons to dispute the accuracy of anything that was in the control of the Kornman group for four or five years so --

Q. Explain.

A. I mean, the whole process of litigating with them they, you know, withheld documents until the last second. I mean, there were a lot of documents we should have gotten, we never got. A lot of things may have been manipulated during that time period. So, I mean, just generally I don't vouch for anything that came from them.

Q. Are you aware of instances where Gary Kornman manipulated or altered documents?

A. No, not specifically.

Q. Or manipulated or altered any of the transcripts?

A. Yeah. I -- yeah. I mean, there were -- there were times like in in-house meetings at Heritage he would just simply run the recorders back and erase things before they were given to someone to transcribe. So, I mean, I saw him do things like that in my presence.

These are surprisingly free of what I would call verbal garbage, that is, people, you know, saying uh-huh, huh-uh, stuff like that, and also