**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No.06-407T
(into which have been consolidated Nos. 06-408T, 06-409T, 06-410T, 06-411T, 06-810T, 06-811T)
Judge Emily C. Hewitt
(E-Filed August 4, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-407T |
| BETA PARTNERS, L.L.C, BY AND THROUGH ALPHA I, L.P., A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-408T |
| R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-409T |

| | |
|---|---|
| R,R,M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 06-410T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G, ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-411T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-810T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 06-811T |

**APPENDIX TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN CAUSE NOS. 06-409T, 06-410T AND 06-411T**

## LEGAL


| EXHIBIT | | PAGE |
|---|---|---|
| 1. | Argument on Section 752 from Plaintiffs' Cross Motion for Summary Judgment and Brief in Support, filed on 7/6/2007 | APP-L-1 |
| 2. | Relevant portions of the deposition transcript of Jerry McCoy taken on 5/14/2008 | APP-L-26 |
| 3. | WILLIAM S. MCKEE, ET AL., FED. TAX'N OF P'SHIPS AND PARTNERS ¶ 1.05 (4th ed. 2008) | APP-L-34 |
| 4. | Declaration and Expert Report of Stuart Smith | APP-L-35 |


## FACT


| EXHIBIT | | PAGE |
|---|---|---|
| 1. | Agreement of Limited Partnership of R, R, M & C Group, L.P. | APP-1 |
| 2. | R, R, M & C Group, L.P. Certificate of Limited Partnership | APP-31 |
| 3. | Appraisal of the R, R, M & C Group, L.P. | APP-33 |
| 4. | Robert Sands Charitable Remainder Unitrust 2001 formation agreement | APP-128 |
| 5. | Richard Sands Charitable Remainder Unitrust 2001 formation agreement | APP-166 |

| | | |
|---|---|---|
| 6. | Marilyn Sands Charitable Remainder Unitrust 2001 formation agreement | APP-202 |
| 7. | CWC Partnership I Charitable Remainder Unitrust 2001 formation agreement | APP-239 |
| 8. | Assignment and Assumption of Partnership Interest for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I | APP-275 |
| 9. | Notice of Assignment of Partnership Interest for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I | APP-287 |
| 10. | Consent to Assignment of Partnership Interest by R,R,M & C Management Corporation for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I | APP-291 |
| 11. | Relevant portions of Robert Sands' personal tax return for the Year Ended 12/31/2001 | APP-299 |
| 12. | Relevant portions of Richard Sands' personal tax return for the Year Ended 12/31/2001 | APP-302 |
| 13. | Relevant Portions of Marilyn Sands' personal tax return for the Year Ended 12/31/2001 | APP-305 |
| 14. | Relevant Portions of Form 1065 for CWC Partnership I for the Year Ended 12/31/2001 | APP-309 |
| 15. | R, R, M & C Group, L.P. Form 1065 for the Year Ended 12/31/2001 | APP-312 |
| 16. | Relevant portions of the deposition transcript of Peter Brokus taken on 8/30/2007 with additional responses included | APP-342 |
| 17. | Affidavit of Robert Sands | APP-354 |
| 18. | Educational and Health Support Fund formation document | APP-360 |
| 19. | Affidavit of Freddy Robinson | APP-384 |
| 20. | Affidavit of James Locke | APP-390 |
| 21. | Purchase Agreement between Robert Sands and the trustees of the Educational Health and Support Fund | APP-396 |
| 22. | Account statement of the Educational Health and Support Fund | APP-412 |
| 23. | Milbank Tweed opinion dated 6/21/2002 | APP-413 |
| 24. | R, R, M & C Group, L.P. Form 1065 for the Year Ended 12/31/2002 | APP-433 |

| | | |
|---|---|---|
| 25. | Factual representations prepared by Lewis Rice dated 12/28/2001 | APP-448 |
| 26. | Lewis Rice opinion dated 12/28/2001 | APP-483 |
| 27. | Declaration of Jonathan Blattmachr | APP-553 |
| 28. | Affidavit of Wesley Stallings | APP-585 |
| 29. | Marilyn Sands Charitable Remainder Unitrust 2001 Form 5227 for the Year Ended 12/31/2002 | APP-591 |
| 30. | Limited Liability Company Interest Purchase Agreement dated 9/10/2001 | APP-601 |
| 31. | Increase in Number of Co-Trustees dated 2/22/2002 | APP-606 |
| 32. | Checks from Richard Sands and Robert Sands payable to R,R,M&C Management Corporation in the amount of $55,000.00 | APP-608 |