IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 4, 2008)

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER

Plaintiff,

v. — 06-410 T

THE UNITED STATES,

Defendant.

---

CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,

Plaintiff,

v. — 06-411 T

THE UNITED STATES,

Defendant.

---

MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,

Plaintiff,

v. — 06-810 T

THE UNITED STATES,

Defendant.

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DECLARATION OF JULIE P. BOWLING

I, Julie P. Bowling, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiffs in the above-entitled case. Attached hereto, as Appendix to Plaintiffs' Response to Defendant's Motion for Summary Judgment in Cause Nos. 06-409T, 06-410T, 06-410T and 06-411T, are true and correct copies of the following:

Legal

1. Argument on Section 752 from Plaintiffs' Cross Motion for Summary Judgment and Brief in Support, filed on 7/6/2007

2. Relevant portions of the deposition transcript of Jerry McCoy taken on 5/14/2008

3. WILLIAM S. MCKEE, ET AL., FED. TAX'N OF P'SHIPS AND PARTNERS ¶ 1.05 (4th ed. 2008)

4. Declaration and Expert Report of Stuart Smith

Fact

1. Agreement of Limited Partnership of R, R, M & C Group, L.P.

2. R, R, M & C Group, L.P. Certificate of Limited Partnership

3. Appraisal of the R, R, M & C Group, L.P.

4. Robert Sands Charitable Remainder Unitrust 2001 formation agreement

5. Richard Sands Charitable Remainder Unitrust 2001 formation agreement

6. Marilyn Sands Charitable Remainder Unitrust 2001 formation agreement

7. CWC Partnership I Charitable Remainder Unitrust 2001 formation agreement

8. Assignment and Assumption of Partnership Interest for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I

9. Notice of Assignment of Partnership Interest for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I

10. Consent to Assignment of Partnership Interest by R,R,M & C Management Corporation for Robert Sands, Richard Sands, Marilyn Sands and CWC Partnership I

11. Relevant portions of Robert Sands' personal tax return for the Year Ended 12/31/2001

12. Relevant portions of Richard Sands' personal tax return for the Year Ended 12/31/2001

13. Relevant Portions of Marilyn Sands' personal tax return for the Year Ended 12/31/2001

14. Relevant Portions of Form 1065 for CWC Partnership I for the Year Ended 12/31/2001

15. R, R, M & C Group, L.P. Form 1065 for the Year Ended 12/31/2001

16. Relevant portions of the deposition transcript of Peter Brokus taken on 8/30/2007 with additional responses included

17. Affidavit of Robert Sands

18. Educational and Health Support Fund formation document

19. Affidavit of Freddy Robinson

20. Affidavit of James Locke

21. Purchase Agreement between Robert Sands and the trustees of the Educational Health and Support Fund

22. Account statement of the Educational Health and Support Fund

23. Milbank Tweed opinion dated 6/21/2002

24. R, R, M & C Group, L.P. Form 1065 for the Year Ended 12/31/2002

25. Factual representations prepared by Lewis Rice dated 12/28/2001

26. Lewis Rice opinion dated 12/28/2001

27. Declaration of Jonathan Blattmachr

28. Affidavit of Wesley Stallings

29. Marilyn Sands Charitable Remainder Unitrust 2001 Form 5227 for the Year Ended 12/31/2002

30. Limited Liability Company Interest Purchase Agreement dated 9/10/2001

31. Increase in Number of Co-Trustees dated 2/22/2002

32. Checks from Richard Sands and Robert Sands payable to R,R,M&C Management Corporation in the amount of $55,000.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated this 4th day of August, 2008.

Julie P. Bowling

Julie P Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8023
F: 404-853-8806