It would be a far simpler tax system—and this would be a much shorter treatise—if no special treatment were accorded capital gains and losses. Under such a regime, §§ 707(b)(2), 724, 735, 751, and 755(b) could be eliminated from Subchapter K, and a host of non–Subchapter K provisions that contribute mightily to the complexity of partnership taxation could also be repealed.[52] This would eliminate Chapters 17, 20, and 21 in their entirety as well as parts of Chapters 4, 9, 11, 13, 16, 18, 23, 24, and 25 of this treatise.

The latest adjustments to the ordinary income and long-term capital gains rates are scheduled to sunset on December 31, 2010. Regardless of whether this sunset date is deferred, future legislation will almost inevitably adjust the relationship between ordinary income and capital gain rates. It would be very helpful if future legislation ensured that the relationship between any new rate preference and Subchapter K is clearly defined. Unfortunately, the history of other non–Subchapter K legislation suggests that this is unlikely to be the case. To the extent the interface is less than perfect, it will create additional planning opportunities for those familiar with the intricacies of partnership taxation, traps for those unversed in such mysteries, and additional work for those who toil to supplement this treatise.

## ¶ 1.05 SUBCHAPTER K ANTI-ABUSE RULE

### [1] Overview

Regulations § 1.701-2 was proposed in 1994, and then finalized in 1995 over the protests of most practitioners, including the authors. This provision of the Regulations contains a broad two-part anti-abuse rule aimed at partnerships. The first part (i.e., the "abuse-of-Subchapter-K" rule) is aimed at perceived abuses of the rules of Subchapter K. The second part (i.e., the "abuse-of-entity-treatment rule") limits perceived abuses of the entity concept of partnerships. The preamble to the final Regulations states that it is "expected primarily to affect a relatively small number of partnership transactions that make inappropriate use of the rules of Subchapter K. The Regulation is not intended to interfere with bona fide joint business arrangements conducted through partnerships."[53]

---

[52] E.g., §§ 617(d), 1239, 1245, 1250, 1252, 1253 , 1254, 1271, 1276.

[53] TD 8588, 1995-1 CB 109.



PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT 3