C

# ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST

THIS ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST (hereinafter referred to as the "Assignment") is made and entered into as of this 21st day of September, 2001, by and between Robert Sands (hereinafter referred to as "Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (hereinafter collectively referred to as "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September ___, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities.

## RECITALS

A. Assignor is the owner of an Interest as a Limited Partner in R, R, M & C Group, L.P. (the "Partnership") pursuant to that certain Agreement of Limited Partnership of R, R, M & C Group, L.P. dated as of August 23, 2001 (the "Partnership Agreement") between R, R, M & C Management Corporation, as General Partner, and Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership I, as Limited Partners. All terms used herein and not otherwise defined are assigned the definitions set forth in the Partnership Agreement.

B. Assignor has agreed to assign to Assignee, and Assignee has agreed to assume from Assignor, his entire Interest as a Limited Partner in the Partnership (the "Assigned Partnership Interest") and Assignee has agreed to act as a Substitute Limited Partner of the Partnership in accordance with this Assignment and the terms of the Partnership Agreement.

## AGREEMENT

In consideration of the premises and the mutual covenants hereinafter set forth, the parties hereto agree as follows:

1. Assignor hereby assigns and delivers Assignor's right, title and interest in and to the Assigned Partnership Interest to Assignee.

2. Assignee hereby assumes and agrees, as a Substitute Limited Partner under the terms and conditions of the Partnership Agreement, to be responsible and obligated to perform any and all of the duties and obligations of Assignor.

3. Assignor represents and warrants to Assignee, and Assignee agrees that:

(a) Assignor has not heretofore pledged, assigned, hypothecated or otherwise encumbered or conveyed any interest of Assignor in and to the Assigned Partnership Interest; and

(b) No other person has any right or option to purchase or otherwise obtain Assignor's Interest in the Assigned Partnership Interest except as set forth in the Partnership Agreement.



PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT 8

4. This Assignment will inure to the benefit of, and be binding upon, the respective parties hereto, their heirs, successors and assigns.

5. This Assignment shall be governed by and construed in accordance with the laws of the State of Missouri.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Partnership Interest to be executed on the day and year first above written.

"ASSIGNOR"

______________________________
Robert Sands, as Assignor

"ASSIGNEE"

Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee, of the ROBERT SANDS CHARITABLE REMAINDER UNITRUST 2001

By:__________________________
Robert Sands
Independent Trustee

By:__________________________
Richard Sands
Independent Trustee

SANDS8963



NY2:#4429184v1

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Assignor and Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

KAREN J. MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared RICHARD SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York

Notary Public

JUDITH A. CELENTANI
Notary Public in the State of New York
County of Ontario #4762158
Commission Expires December 31, 2002

C

## ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST

THIS ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST (hereinafter referred to as the "Assignment") is made and entered into as of the 21st day of September, 2001, by and between Richard Sands (hereinafter referred to as "Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (hereinafter collectively referred to as "Assignee"), of the Richard Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Richard Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities.

### RECITALS

A. Assignor is the owner of an Interest as a Limited Partner in R, R, M & C Group, L.P. (the "Partnership") pursuant to that certain Agreement of Limited Partnership of R, R, M & C Group, L.P. dated as of August 23, 2001 (the "Partnership Agreement") between R, R, M & C Management Corporation, as General Partner, and Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership I, as Limited Partners. All terms used herein and not otherwise defined are assigned the definitions set forth in the Partnership Agreement.

B. Assignor has agreed to assign to Assignee, and Assignee has agreed to assume from Assignor, his entire Interest as a Limited Partner in the Partnership (the "Assigned Partnership Interest") and Assignee has agreed to act as a Substitute Limited Partner of the Partnership in accordance with this Assignment and the terms of the Partnership Agreement.

### AGREEMENT

In consideration of the premises and the mutual covenants hereinafter set forth, the parties hereto agree as follows:

1. Assignor hereby assigns and delivers Assignor's right, title and interest in and to the Assigned Partnership Interest to Assignee.

2. Assignee hereby assumes and agrees, as a Substitute Limited Partner under the terms and conditions of the Partnership Agreement, to be responsible and obligated to perform any and all of the duties and obligations of Assignor.

3. Assignor represents and warrants to Assignee, and Assignee agrees that:

(a) Assignor has not heretofore pledged, assigned, hypothecated or otherwise encumbered or conveyed any interest of Assignor in and to the Assigned Partnership Interest; and

(b) No other person has any right or option to purchase or otherwise obtain Assignor's Interest in the Assigned Partnership Interest except as set forth in the Partnership Agreement.

4. This Assignment will inure to the benefit of, and be binding upon, the respective parties hereto, their heirs, successors and assigns.

5. This Assignment shall be governed by and construed in accordance with the laws of the State of Missouri.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Partnership Interest to be executed on the day and year first above written.

"ASSIGNOR"

Richard Sands, as Assignor

"ASSIGNEE"

Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee, of the RICHARD SANDS CHARITABLE REMAINDER UNITRUST 2001

By:____________________________
Robert Sands
Independent Trustee

By:____________________________
Richard Sands
Independent Trustee

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared RICHARD SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Assignor and Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Judith A. Celentani
Notary Public

JUDITH A. CELENTANI
Notary Public in the State of New York
County of Ontario #4762158
Commission Expires December 31, 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, NY.

Karen J Megaffee
Notary Public

KAREN J MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

C

# ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST

THIS ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST (hereinafter referred to as the "Assignment") is made and entered into as of the 21st day of September, 2001, by and between Marilyn Sands (hereinafter referred to as "Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (hereinafter collectively referred to as "Assignee"), of the Marilyn Sands Charitable Remainder Unitrust 2001, created under an agreement dated September ___, 2001 by and between Marilyn Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities.

## RECITALS

A. Assignor is the owner of an Interest as a Limited Partner in R, R, M & C Group, L.P. (the "Partnership") pursuant to that certain Agreement of Limited Partnership of R, R, M & C Group, L.P. dated as of August 23, 2001 (the "Partnership Agreement") between R, R, M & C Management Corporation, as General Partner, and Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership I, as Limited Partners. All terms used herein and not otherwise defined are assigned the definitions set forth in the Partnership Agreement.

B. Assignor has agreed to assign to Assignee, and Assignee has agreed to assume from Assignor, her entire Interest as a Limited Partner in the Partnership (the "Assigned Partnership Interest") and Assignee has agreed to act as a Substitute Limited Partner of the Partnership in accordance with this Assignment and the terms of the Partnership Agreement.

## AGREEMENT

In consideration of the premises and the mutual covenants hereinafter set forth, the parties hereto agree as follows:

1. Assignor hereby assigns and delivers Assignor's right, title and interest in and to the Assigned Partnership Interest to Assignee.

2. Assignee hereby assumes and agrees, as a Substitute Limited Partner under the terms and conditions of the Partnership Agreement, to be responsible and obligated to perform any and all of the duties and obligations of Assignor.

3. Assignor represents and warrants to Assignee, and Assignee agrees that:

(a) Assignor has not heretofore pledged, assigned, hypothecated or otherwise encumbered or conveyed any interest of Assignor in and to the Assigned Partnership Interest; and

(b) No other person has any right or option to purchase or otherwise obtain Assignor's Interest in the Assigned Partnership Interest except as set forth in the Partnership Agreement.

4. This Assignment will inure to the benefit of, and be binding upon, the respective parties hereto, their heirs, successors and assigns.

5. This Assignment shall be governed by and construed in accordance with the laws of the State of Missouri.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Partnership Interest to be executed on the day and year first above written.

"ASSIGNOR"

Marilyn Sands, as Assignor

"ASSIGNEE"

Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee, of the MARILYN SANDS CHARITABLE REMAINDER UNITRUST 2001

By:____________________
Robert Sands
Independent Trustee

By:____________________
Richard Sands
Independent Trustee

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 20th day of Sept. in the year 2001 before me, the undersigned, personally appeared MARILYN SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and she acknowledged to me that she executed the same, and that by her signature on the instrument, the individual executed the instrument as Assignor, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

KAREN J MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared RICHARD SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

JUDITH A. CELENTANI
Notary Public in the State of New York
County of Ontario #4762158
Commission Expires December 31, 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of September in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

KAREN J MEGAFFEE
Notary Public State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

C

# ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST

THIS ASSIGNMENT AND ASSUMPTION OF PARTNERSHIP INTEREST (hereinafter referred to as the "Assignment") is made and entered into as of this e 21st day of September, 2001, by and between CWC Partnership I (hereinafter referred to as "Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (hereinafter collectively referred to as "Assignee"), of the CWC Partnership I Charitable Remainder Unitrust 2001, created under an agreement dated September ___, 2001 by and between CWC Partnership I, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities.

## RECITALS

A. Assignor is the owner of an Interest as a Limited Partner in R, R, M & C Group, L.P. (the "Partnership") pursuant to that certain Agreement of Limited Partnership of R, R, M & C Group, L.P. dated as of August 23, 2001 (the "Partnership Agreement") between R, R, M & C Management Corporation, as General Partner, and Marilyn Sands, Richard Sands, Robert Sands and CWC Partnership I, as Limited Partners. All terms used herein and not otherwise defined are assigned the definitions set forth in the Partnership Agreement.

B. Assignor has agreed to assign to Assignee, and Assignee has agreed to assume from Assignor, its entire Interest as a Limited Partner in the Partnership (the "Assigned Partnership Interest") and Assignee has agreed to act as a Substitute Limited Partner of the Partnership in accordance with this Assignment and the terms of the Partnership Agreement.

## AGREEMENT

In consideration of the premises and the mutual covenants hereinafter set forth, the parties hereto agree as follows:

1. Assignor hereby assigns and delivers Assignor's right, title and interest in and to the Assigned Partnership Interest to Assignee.

2. Assignee hereby assumes and agrees, as a Substitute Limited Partner under the terms and conditions of the Partnership Agreement, to be responsible and obligated to perform any and all of the duties and obligations of Assignor.

3. Assignor represents and warrants to Assignee, and Assignee agrees that:

(a) Assignor has not heretofore pledged, assigned, hypothecated or otherwise encumbered or conveyed any interest of Assignor in and to the Assigned Partnership Interest; and

(b) No other person has any right or option to purchase or otherwise obtain Assignor's Interest in the Assigned Partnership Interest except as set forth in the Partnership Agreement.

4. This Assignment will inure to the benefit of, and be binding upon, the respective parties hereto, their heirs, successors and assigns.

5. This Assignment shall be governed by and construed in accordance with the laws of the State of Missouri.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Partnership Interest to be executed on the day and year first above written.

"ASSIGNOR"

CWC PARTNERSHIP I

By:______________________________
Robert Sands
Managing Partner

By:______________________________
Richard Sands
Managing Partner

"ASSIGNEE"

Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee, of the CWC PARTNERSHIP I CHARITABLE REMAINDER UNITRUST 2001

By:______________________________
Robert Sands
Independent Trustee

By:______________________________
Richard Sands
Independent Trustee

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS and RICHARD SANDS, the Managing Partners of CWC PARTNERSHIP I, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose name is subscribed to the within instrument and they acknowledged to me that they executed the same, and that by their signature on the instrument, the individuals executed the instrument as Managing Partners of CWC PARTNERSHIP I, in its capacity as Assignor, and that such individuals made such appearance before the undersigned in Fairport, New York

Notary Public

KAREN J. MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared RICHARD SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

JUDITH A. CELENTANI
Notary Public in the State of New York
County of Ontario #4762158
Commission Expires December 31, 2002

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and he acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument as Independent Trustee, and that such individual made such appearance before the undersigned in Fairport, New York

Notary Public

KAREN J. MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

SANDS9066