# NOTICE OF ASSIGNMENT OF PARTNERSHIP INTEREST

TO: R, R, M & C Group, L.P.
c/o R, R, M & C Management Corporation, General Partner
500 North Broadway, Suite 2000
St. Louis, MO 63102-2147

Pursuant to the Assignment and Assumption of Partnership Interest by and between Robert Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, dated as of the same date hereof, Assignor has assigned to Assignee his entire Interest as a Limited Partner (hereinafter referred to as the "Assigned Partnership Interest") and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed and all substitutes therefor (the "Partnership Agreement"). From the date hereof you are to pay directly to Assignee all amounts of income, earnings, fees, distributions, profits and capital accounts and other benefits to which Assignor was entitled with respect to the Assigned Partnership Interest under the Partnership Agreement. Assignor hereby releases you from any and all liability to Assignor, and Assignor's successors, heirs and assigns, as a result of your complying with this Notice.

Assignee has assumed any and all of the obligations of Assignor with respect to the Assigned Partnership Interest under the Partnership Agreement and Assignee will be responsible for all of Assignor's duties with respect to the Assigned Partnership Interest under the Partnership Agreement.

Dated this 21st day of September, 2001.

"ASSIGNOR"

Robert Sands, as Assignor

SANDS8965

PLAINTIFF'S EXHIBIT 9

PENGAD 800-631-6989

NY2:#4429184v1

# NOTICE OF ASSIGNMENT OF PARTNERSHIP INTEREST

TO: R, R, M & C Group, L.P.
c/o R, R, M & C Management Corporation, General Partner
500 North Broadway, Suite 2000
St. Louis, MO 63102-2147

Pursuant to the Assignment and Assumption of Partnership Interest by and between Richard Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Richard Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Richard Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, dated as of the same date hereof, Assignor has assigned to Assignee his entire Interest as a Limited Partner (hereinafter referred to as the "Assigned Partnership Interest") and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed and all substitutes therefor (the "Partnership Agreement"). From the date hereof you are to pay directly to Assignee all amounts of income, earnings, fees, distributions, profits and capital accounts and other benefits to which Assignor was entitled with respect to the Assigned Partnership Interest under the Partnership Agreement. Assignor hereby releases you from any and all liability to Assignor, and Assignor's successors, heirs and assigns, as a result of your complying with this Notice.

Assignee has assumed any and all of the obligations of Assignor with respect to the Assigned Partnership Interest under the Partnership Agreement and Assignee will be responsible for all of Assignor's duties with respect to the Assigned Partnership Interest under the Partnership Agreement.

Dated the 21st day of September, 2001.

"ASSIGNOR"

[signature]

Richard Sands, as Assignor



SANDS9016

NY2:#4429184v1

# NOTICE OF ASSIGNMENT OF PARTNERSHIP INTEREST

TO: R, R, M & C Group, L.P.
c/o R, R, M & C Management Corporation, General Partner
500 North Broadway, Suite 2000
St. Louis, MO 63102-2147

Pursuant to the Assignment and Assumption of Partnership Interest by and between Marilyn Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Marilyn Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Marilyn Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, dated as of the same date hereof, Assignor has assigned to Assignee her entire Interest as a Limited Partner (hereinafter referred to as the "Assigned Partnership Interest") and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed and all substitutes therefor (the "Partnership Agreement"). From the date hereof you are to pay directly to Assignee all amounts of income, earnings, fees, distributions, profits and capital accounts and other benefits to which Assignor was entitled with respect to the Assigned Partnership Interest under the Partnership Agreement. Assignor hereby releases you from any and all liability to Assignor, and Assignor's successors, heirs and assigns, as a result of your complying with this Notice.

Assignee has assumed any and all of the obligations of Assignor with respect to the Assigned Partnership Interest under the Partnership Agreement and Assignee will be responsible for all of Assignor's duties with respect to the Assigned Partnership Interest under the Partnership Agreement.

Dated this 21st day of September, 2001.

"ASSIGNOR"

Marilyn Sands
Marilyn Sands, as Assignor

# NOTICE OF ASSIGNMENT OF PARTNERSHIP INTEREST

TO: R, R, M & C Group, L.P.
c/o R, R, M & C Management Corporation, General Partner
500 North Broadway, Suite 2000
St. Louis, MO 63102-2147

Pursuant to the Assignment and Assumption of Partnership Interest by and between CWC Partnership I ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the CWC Partnership I Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between CWC Partnership I, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, dated as of the same date hereof, Assignor has assigned to Assignee its entire Interest as a Limited Partner (hereinafter referred to as the "Assigned Partnership Interest") and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed and all substitutes therefor (the "Partnership Agreement"). From the date hereof you are to pay directly to Assignee all amounts of income, earnings, fees, distributions, profits and capital accounts and other benefits to which Assignor was entitled with respect to the Assigned Partnership Interest under the Partnership Agreement. Assignor hereby releases you from any and all liability to Assignor, and Assignor's successors, heirs and assigns, as a result of your complying with this Notice.

Assignee has assumed any and all of the obligations of Assignor with respect to the Assigned Partnership Interest under the Partnership Agreement and Assignee will be responsible for all of Assignor's duties with respect to the Assigned Partnership Interest under the Partnership Agreement.

Dated the 21st day of September, 2001.

"ASSIGNOR"

CWC PARTNERSHIP I, as Assignor

By:____________________
Robert Sands
Managing Partner

By:____________________
Richard Sands
Managing Partner

SANDS9067



NY2:#4429184v1