# CONSENT TO ASSIGNMENT OF PARTNERSHIP INTEREST

# AND

# SUBSTITUTION OF LIMITED PARTNER

The undersigned, being all of the General Partners of R, R, M & C Group, L.P. (the "Partnership") hereby consent and agree to (i) the assignment pursuant to the Assignment and Assumption of Partnership Interest dated September 21, 2001, by and between Robert Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Robert Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Robert Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, of Robert Sand's entire Interest as a Limited Partner and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed, and all substitutes therefor, and (ii) to the substitution of Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee of the Robert Sands Charitable Remainder Unitrust 2001 dated September 21, 2001, as a Limited Partner of the Partnership.

Dated as of the 21st day of September, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________
Robert Sands
President

PLAINTIFF'S EXHIBIT 10
PENGAD 800-631-6989

SANDS8966

NY2:#4429184v1

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 17th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and he acknowledged to me that he resides at Rochester, NY ; that he is President of R, R, M & C MANAGEMENT CORPORATION, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he executed the instrument by like order, in its corporate capacity and that such individual made such appearance before the undersigned in Fairport, New York.

Karen J. Megaffee
Notary Public

KAREN J MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

SANDS8967

NY2:#4429184v1

# CONSENT TO ASSIGNMENT OF PARTNERSHIP INTEREST AND SUBSTITUTION OF LIMITED PARTNER

The undersigned, being all of the General Partners of R, R, M & C Group, L.P. (the "Partnership") hereby consent and agree to (i) the assignment pursuant to the Assignment and Assumption of Partnership Interest dated September 21, 2001, by and between Richard Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Richard Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Richard Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, of Richard Sand's entire Interest as a Limited Partner and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed, and all substitutes therefor, and (ii) to the substitution of Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee of the Richard Sands Charitable Remainder Unitrust 2001 dated September 21, 2001, as a Limited Partner of the Partnership.

Dated as of the 21st day of September, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________
Robert Sands
President

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 12th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and he acknowledged to me that he resides at Rochester, NY ; that he is President of R, R, M & C MANAGEMENT CORPORATION, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he executed the instrument by like order, in its corporate capacity and that such individual made such appearance before the undersigned in Fairport, New York.

Karen J Megaffee

Notary Public

KAREN J MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

NY2:#442918 7v1

SANDS9018

# CONSENT TO ASSIGNMENT OF PARTNERSHIP INTEREST AND SUBSTITUTION OF LIMITED PARTNER

The undersigned, being all of the General Partners of R, R, M & C Group, L.P. (the "Partnership") hereby consent and agree to (i) the assignment pursuant to the Assignment and Assumption of Partnership Interest dated September 21, 2001, by and between Marilyn Sands ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the Marilyn Sands Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between Marilyn Sands, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, of Marilyn Sand's entire Interest as a Limited Partner and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed, and all substitutes therefor, and (ii) to the substitution of Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee of the Marilyn Sands Charitable Remainder Unitrust 2001 dated September 21, 2001, as a Limited Partner of the Partnership.

Dated as of the 21st day of September, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________________
Robert Sands
President

NY2:#4429137v1



SANDS8915

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 18 day of September in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and he acknowledged to me that he resides at Rochester, NY ; that he is President of R, R, M & C MANAGEMENT CORPORATION, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he executed the instrument by like order, in its corporate capacity and that such individual made such appearance before the undersigned in Fairport, NY.

Karen J Megaffee
Notary Public

KAREN J. MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002

# CONSENT TO ASSIGNMENT OF PARTNERSHIP INTEREST AND SUBSTITUTION OF LIMITED PARTNER

The undersigned, being all of the General Partners of R, R, M & C Group, L.P. (the "Partnership") hereby consent and agree to (i) the assignment pursuant to the Assignment and Assumption of Partnership Interest dated September 21, 2001, by and between CWC Partnership I ("Assignor"), and Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee (collectively "Assignee"), of the CWC Partnership I Charitable Remainder Unitrust 2001, created under an agreement dated September 21, 2001 by and between CWC Partnership I, as Grantor, and Robert Sands, Richard Sands, and Alaska Trust Company, in their aforementioned capacities, of CWC Partnership I's entire Interest as a Limited Partner and all rights (including the right to receive income, earnings, fees, distributions, profits and capital accounts) of Assignor with respect to the Assigned Partnership Interest under R, R, M & C Group, L.P. Partnership Agreement dated as of August 23, 2001, as amended or renewed, and all substitutes therefor, and (ii) to the substitution of Robert Sands and Richard Sands, as the Independent Trustees, and Alaska Trust Company, as the Administrative Trustee of the CWC Partnership I Charitable Remainder Unitrust 2001 dated September 21, 2001, as a Limited Partner of the Partnership.

Dated as of the 21st day of September, 2001.

R, R, M & C MANAGEMENT CORPORATION,
General Partner

By: ______________________________
Robert Sands
President

STATE OF New York )
: ss.:
COUNTY OF Monroe )

On the 18th day of Sept. in the year 2001 before me, the undersigned, personally appeared ROBERT SANDS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and he acknowledged to me that he resides at Rochester, NY ; that he is President of R, R, M & C MANAGEMENT CORPORATION, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he executed the instrument by like order, in its corporate capacity and that such individual made such appearance before the undersigned in Fairport, New York.

Notary Public

KAREN J. MEGAFFEE
Notary Public, State of New York
No. 01ME5037146
Ontario County
Commission Expires December 19, ~~19~~ 2002