Form **1040** Department of the Treasury- Internal Revenue Service
# U.S. Individual Income Tax Return 2001
(99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending , 20 — OMB No. 1545-0074

**Label** (See instructions on page 19.)

LABEL HERE

| | | | |
|---|---|---|---|
| Your first name and initial: Robert S. | Last name: Sands | | Your social security number: [redacted]-8045 |
| If a jt. rtn., sp. first name & initial: J. Nancy | Last name: Sands | | Spouse's social security number: [redacted]-1713 |
| Home address (number and street). If you have a P.O. box, see page 19.: 4000 East Avenue | | Apt. no. | **Important!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: Rochester NY 14618 | | | |

**Use the IRS label.** Otherwise, please print or type.

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: ☐ Yes ☒ No — Spouse: ☐ Yes ☒ No

## Filing Status
Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☒ **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 20) |
|---|---|---|---|---|
| Lauren | Sands | [redacted]-9466 | Daughter | X |
| Mackenzie | Sands | [redacted]-5542 | Son | X |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 20.

No. of your children on 6c who:
● lived with you: 2
● did not live with you due to divorce or separation (see page 20):
Dependents on 6c not entered above:
Add numbers entered on lines above ▶ 4

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see page 21.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 1,035,020 |
| 8a | **Taxable** interest. Attach Schedule B if required | | 8a | 414,228 |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b 7,988 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 9 | 173,851 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | | 10 | 70,625 |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | 1,001 |
| 15a | Total IRA distributions | 15a; b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities | 16a; b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | 104,018 |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits | 20a; b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type & amt. (see page 27) See Statement 1 | | 21 | -6 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 1,795,737 |

## Adjusted Gross Income

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | | |
| 24 | Student loan interest deduction (see page 28) | 24 | | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | |
| 32 | Add lines 23 through 31a | | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | 33 | 1,795,737 |

APP-299

PLAINTIFF'S EXHIBIT 11
PENGAD 800-631-6989

Form **8283**
(Rev. October 1998)
Department of the Treasury
Internal Revenue Service

# Noncash Charitable Contributions

▶ **Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.**
▶ **See separate instructions.**

OMB No. 1545-0908
Attachment Sequence No. **55**

Name(s) shown on your income tax return: obert S. & J. Nancy Sands
Identifying number: [redacted]-8045

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A-** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

## Part I Information on Donated Property- If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | R. Sands Charitable Remainder Trust<br>300 Willowbrook Office Park<br>Fairport NY 14450 | 24.975% interest in RRMC Group, LP |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 9/21/01 | Various | Purchase | 23,880,413 | 519,893 | Other |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

## Part II Other Information- Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a-e.

a Enter the letter from Part I that identifies the property ▶ A . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: **(1)** For this tax year ▶ 519,893

**(2)** For any prior tax years ▶ ______

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above):

Name of charitable organization (donee) ______

Address (number, street, and room or suite no.) ______

City or town, state, and ZIP code ______

APP-300

d For tangible property, enter the place where the property is located or kept ▶ ______

e Name of any person, other than the donee organization, having actual possession of the property ▶ ______

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions).

| | | Yes | No |
|---|---|---|---|
| a | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c | Is there a restriction limiting the donated property for a particular use? | | |

**Robert S. Sands**
**Robert Sands Charitable Remainder Unitrust 2001**
**Calculation of Present Value of Remainder Interest**

**Charitable Remainder Unitrust - Period for a Term of Years**

| | | | |
|---|---|---|---|
| **Donor** | Robert Sands | **Term** | 20 years |
| **Date of transfer** | September 21, 2001 | **Section 7520 interest rate** | 5.80% |
| **Pmt Frequency** | Annually | **First Annuity Payment Date** | 12/1/2001 |

**Contribution to unitrust** 24.975% Interest in R, R, M, & C Group, LP
**Unitrust contribution** 5,198,897.00

| | |
|---|---|
| 1. Amount Contributed | 5,198,897 |
| 2. Annuity rate (per trust agreement) | 10.8868% |

**STEP 1: Determine adjusted payout rate.**

| | |
|---|---|
| 3. Factor from Table F of Reg. 1.664-4(e)(6) using the assumed September 2001 Section 7520 interest rate of 5.8% | 0.990647 |
| 4. Adjusted payout rate (line 2 x line 3) | 0.107850 |

**STEP 2: Calculate the appropriate remainder factor.**

| | |
|---|---|
| 5. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is less than the adjusted payout rate listed on line 4 | 0.106000 |
| 6. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 5 | 0.106353 |
| 7. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is greater than the adjusted payout rate listed on line 4 | 0.108000 |
| 8. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 7 | 0.101694 |
| 9. Line 6 less line 8 | 0.004659 |
| 10. Line 4 less line 5 | 0.001850 |
| 11. Line 10 divided by .002 | 0.924879 |
| 12. Line 9 multiplied by line 11 | 0.004309 |
| 13. Line 6 minus line 12 *(adjusted to be as close to 10% as mathematically possible)* | 0.100001 |

**STEP 3: Determine present value of remainder interest.**

| | |
|---|---|
| 14. Value of charitable remainder interest (line 1 multiplied by line 13) ( ie, the donor's charitable contribution) | $ 519,893 |