CWCI 09/16/2002 10:35 AM

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning ............... , and ending ................

▶ See separate instructions.

OMB No. 1545-0099

**2001**

| | | | |
|---|---|---|---|
| A Principal business activity<br>Investments | Use the IRS label. Otherwise, print or type. | Name of partnership<br>CWC Partnership I<br>c/o Constellation Brands, Inc. | D Employer identification number<br>[redacted]2626 |
| B Principal product or service<br>Investments | | Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions.<br>300 Willowbrook Office Park | E Date business started<br>1/16/95 |
| C Business code number<br>523900 | | City or town, state, and ZIP code<br>Fairport NY 14450 | F Total assets (see page 14 of the instructions)<br>$ 61,113,057 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ ..........................

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 6

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Section | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | | | |
| | b | Less returns and allowances | 1b | | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Ordinary inc. (loss) from other partnerships, estates, & trusts (att. sch.) See Stmt 1 | | | 4 | 81,016 |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 81,016 |
| Deductions (see pg. 15 of the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion (**Do not deduct oil and gas depletion.**) | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) | | | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | 81,016 |

PLAINTIFF'S EXHIBIT 14
PENGAD 800-631-6989

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ ______________________________ ▶ ____________
Signature of general partner or limited liability company member Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date 9/16/02 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00174761 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ Bernard Robinson & Company, L.L.P.<br>PO Box 19608<br>Greensboro, NC 27419-9608 | | | EIN ▶ 56-0571159<br>Phone no. 336-294-4494 |

For Paperwork Reduction Act Notice, see separate instructions.
DAA

SANDS0101

Form 1065 (2001)

CWCI 09/16/2002 10:35 AM

Form **8283** (Rev. October 1998)

Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.

▶ See separate instructions.

OMB No. 1545-0908

Attachment Sequence No. 55

Name(s) shown on your income tax return: /o Constellation Brands, Inc.

Identifying number: [redacted]2626

**Note:** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A-** List in this section only items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I Information on Donated Property-** If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | CWC Partnership I Charitable Trust<br>300 Willowbrook Office Park<br>Fairport NY 14450 | 24.975% R,R,M & C Group, LP |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 9/21/01 | Various | purchase | 23,338,608 | 519,892 | Other |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II Other Information-** Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a-e.

a Enter the letter from Part I that identifies the property ▶ ____ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ▶ ________ . (2) For any prior tax years ▶ ________ .

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d For tangible property, enter the place where the property is located or kept ▶ ________

e Name of any person, other than the donee organization, having actual possession of the property ▶ ________

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement *(see instructions)*.

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

For Paperwork Reduction Act Notice, see page 4 of separate instructions.

DAA

Form **8283** (Rev. 10-98)

SANDS0127

**CWC Partnership I**
**CWC-I Charitable Remainder Unitrust 2001**
**Calculation of Present Value of Remainder Interest**

**Charitable Remainder Unitrust - Period for a Term of Years**

| | | | |
|---|---|---|---|
| **Donor** | CWC Partnership I | **Term** | 20 years |
| **Date of transfer** | September 21, 2001 | **Section 7520 interest rate** | 5.80% |
| **Pmt Frequency** | Annually | **First Annuity Payment Date** | 12/1/2001 |

**Contribution to unitrust** 24.975% Interest in R, R, M, & C Group, LP
**Unitrust contribution** 5,198,897.00

| | |
|---|---|
| 1. Amount Contributed | 5,198,897 |
| 2. Annuity rate (per trust agreement) | 10.8868% |

**STEP 1: Determine adjusted payout rate.**

| | |
|---|---|
| 3. Factor from Table F of Reg. 1.664-4(e)(6) using the assumed September 2001 Section 7520 interest rate of 5.8% | 0.990647 |
| 4. Adjusted payout rate (line 2 x line 3) | 0.107850 |

**STEP 2: Calculate the appropriate remainder factor.**

| | |
|---|---|
| 5. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is less than the adjusted payout rate listed on line 4 | 0.106000 |
| 6. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 5 | 0.106353 |
| 7. Nearest rate from Table D of Reg. 1.664-4(e)(7) that is greater than the adjusted payout rate listed on line 4 | 0.108000 |
| 8. Factor from Table D of Reg. 1.664-4(e)(7) for the rate listed on line 7 | 0.101694 |
| 9. Line 6 less line 8 | 0.004659 |
| 10. Line 4 less line 5 | 0.001850 |
| 11. Line 10 divided by .002 | 0.924879 |
| 12. Line 9 multiplied by line 11 | 0.004309 |
| 13. Line 6 minus line 12 *(adjusted to be as close to 10% as mathematically possible)* | 0.100001 |

**STEP 3: Determine present value of remainder interest.**

| | |
|---|---|
| 14. Value of charitable remainder interest (line 1 multiplied by line 13) ( ie, the donor's charitable contribution) | $ 519,892 |