*Merrill Lynch*
*Pierce, Fenner & Smith Inc.*
Member, Securities Investor Protection Corporation (SIPC)

Statement of Security Account

A-1/12
8177

| 'OUNT # | F/A # | PAGE # | TELEPHONE # |
|---|---|---|---|
| 6 04F13 | 2029 | 1 | 336-333-7413 |

| STATEMENT PERIOD | SS OR ID |
|---|---|
| 02/01/02 TO 02/28/02 | 52-7252313 |

| FINANCIAL ADVISOR | INVESTOR |
|---|---|
| KENNETH J MILLER | CREDIT LINE |

| OFFICE SERVING YOUR ACCOUNT | TYPE |
|---|---|
| 800 GREEN VALLEY RD. SUITE 400 GREENSBORO NC 27408 | CASH |

THE EDUCATIONAL AND HEALTH
SUPPORT FUND
PO BOX 19608
GREENSBORO NC 27419-9608

** 27419-9608

***** ACCOUNT SUMMARY *****

| OPENING BALANCE | CLOSING BALANCE | INVESTMENTS | MONEY ACCOUNTS | PRICED PORTFOLIO |
|---|---|---|---|---|
| $.00 | $2200298.24CR | $0 | $.00 | $2,200,298.24 |

***** DAILY ACCOUNT ACTIVITY *****

| DATE | TRANSACTION | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 02 27 | Journal Entry | TR FROM 16H27851 N/O MRS MARILYN D SANDS VS 16H27851 UNIT 41W BATCH # = 00030188164 | | $550074.56CR |
| 02 27 | Journal Entry | TR FROM 70C07N24 N/O CWC PARTNERSHIP I VS 70C07N24 UNIT 16P BATCH # = 00030241224 | | $550074.56CR |
| 02 27 | Journal Entry | TR FROM 70C96240 N/O MR ROBERT SCOTT SAND VS 70C96240 UNIT 16P BATCH # = 00030241434 | | $550074.56CR |
| 02 27 | Journal Entry | TR FROM 70C96241 N/O MR RICHARD ELLIOT SA VS 70C96241 UNIT 16P BATCH # = 00030241454 | | $550074.56CR |
| 02 28 | CLOSING BALANCE | | | $2200298.24CR |

THE BUSINESS CENTER PROVIDES THE TOOLS, TIPS AND INFORMATION THAT CAN HELP YOU RUN YOUR BUSINESS. VISIT WWW.BUSINESSCENTER.ML.COM TODAY.

PLAINTIFF'S EXHIBIT 22
PENGAD 800-631-6989

APP-412

000001-000007320 END OF STATEMENT FEBRUARY 2002

FOR AN EXPLANATION OF SYMBOLS, PLEASE SEE REVERSE SIDE

CODE 5036R (R1/94)

Merrill Lynch