# IN THE UNITED STATES FEDERAL COURT OF CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-81 1 T)
Judge Emily C Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | 06-407 I |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | 06-408 I |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L P , A NOTICE PARTNER,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | 06-409 I |

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT 27

| | | |
|---|---|---|
| R, R, M & C GROUP, LP, BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | 06-410 I |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | 06-411 I |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | 06-810 I |
| M, L. R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | ) | 06-811 I |

**DECLARATION OF JONATHAN G. BLATTMACHR**

JONATHAN G. BLATTMACHR, pursuant to 28 U.S.C. § 1746, hereby declares, upon information and belief, as follows:

1. I am an attorney admitted to practice in the States of New York, California and Alaska. I am a partner of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), a law firm based in New York, New York.

2. Since my graduation from Columbia University Law School in 1970, I have concentrated my legal practice in the area of Trusts and Estate Planning. From 1970 to 1977, with the exception of a twenty-month period during which I served in the United States Army, I was a law clerk and an associate attorney at Simpson, Thatcher & Bartlett. In 1977, I joined Milbank as an associate attorney, and I became a partner of Milbank in January 1980. I presently serve as Chairman of Milbank's Trusts & Estates Department. A substantially current version of my curriculum vitae is attached hereto as Exhibit A.

3. Since in or about 1993, Milbank has represented several members of the Sands family in a variety of trusts and estate planning matters. Among the members of the Sands family whom Milbank has represented are Robert Sands, Richard Sands, and Marilyn Sands (the "Sands").

4. Beginning in or about August 2001, Milbank provided legal services to the Sands with respect to a transaction involving several Charitable Remainder Unitrusts ("CRUTs"). I was the partner-in-charge of this representation.

5. In connection with this assignment, Milbank assisted in the drafting of four CRUT instruments for the Sands: (i) the Marilyn Sands Charitable Remainder Unitrust 2001; (ii) the Robert Sands Charitable Remainder Unitrust 2001; (iii) the

Richard Sands Charitable Remainder Unitrust 2001; and (iv) the CWC Partnership I Charitable Remainder Unitrust 2001 (the "Sands CRUTs"). Richard and Robert Sands were the Managing Partners of the CWC Partnership I.

6. In addition, Milbank provided legal advice to the Sands with respect to the tax implications that would arise from any purchase by them of the remainder interests in the Sands CRUTs. Specifically, on or about June 21, 2002, Milbank issued opinion letters addressing (i) whether the remainder interests of the Sands CRUTs could be assigned under governing state law; (ii) whether the Sands CRUTs would terminate upon purchase of the remainder interests; and (iii) whether the purchase of the remainder interests in, and termination of, the Sands CRUTs would result in an income tax recognition event under Federal income tax laws.

7. Each Milbank opinion letter concluded that it was "more likely than not" that the remainder interest in each Sands CRUT could be assigned; that the purchase of the remainder interest in each Sands CRUT would not result in the loss of charitable remainder trust status; and that termination of each Sands CRUT would not result in an income tax recognition event.

8. Review of Milbank's billing records reflects that nine different Milbank personnel spent a total of approximately 240 hours providing professional services during the course of this assignment. A senior associate named Erik X. Wallace had the primary responsibility for researching and drafting the Milbank opinion letters relating to the Sands CRUTs. I carefully supervised the work of Mr. Wallace.

9. To my knowledge, no member of the Sands family withheld any material facts from Milbank in connection with this representation. In my view, the opinions

expressed by Milbank in its June 21, 2002 letters were the product of extensive research and analysis of the pertinent legal authorities available at the time; the assumptions set forth in Milbank's letters were reasonable; and Milbank's opinions are fully consistent with the experience and professional judgment of the attorneys who worked on this matter.

10. I believed, and continue to believe, as of the date that each Milbank opinion was issued, that—subject to the assumptions and limitations stated therein—each such opinion properly reflected the applicable legal authorities at the time it was issued.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 1st day of August 2008.
New York, New York

By: Jonathan G. Blattmachr
Jonathan G. Blattmachr

**APP-557**

# EXHIBIT A

# JONATHAN G. BLATTMACHR

Date of Birth: April 7, 1945

Admitted to Practice: Second Department of New York (State) (1973)
Southern and Eastern Districts of New York (Federal) (1973)
United States Tax Court (1983)
California (State) (1987)
Alaska (State) (1988)
Ninth Circuit (Federal) (1989)
United States Supreme Court (1989)

## PROFESSIONAL EMPLOYMENT AND AFFILIATIONS

Partner
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005

Associate/Law Clerk, 1970 to 1977 (except for 20 months in U.S. Army during 1970-1972)
Simpson Thacher & Bartlett
One Battery Park Plaza
New York, New York 10004

* * *

Lecturer-in-law, Columbia University School of Law, 1979 - 1987

Adjunct Professor of Law, New York University School of Law, 1983, 1997, 1998

Former Member, Advisory Board, New York University Institute on Federal Taxation

Fellow and Former Regent, American College of Trust & Estate Counsel (formerly, American College of Probate Counsel)

Former Member, Board of Editors, *Trusts & Estates*

Former Member, Commerce Clearing House, Inc. *Financial & Estate Planning Advisory Board*

Advisor, The American Law Institute, Restatement of The Law, *Trusts 3rd*

Former Member, Board of Advisors, *The Journal of Taxation of Estates and Trusts*

Fellow and Trustee, The New York Bar Foundation

Fellow, American Bar Foundation

NY2:#4144695v1

Academician, The International Academy of Estate and Trust Law

Former Chairperson, Trusts & Estates Law Section, New York State Bar Association

Former Chairperson, Interest on Lawyer Account (IOLA) Advisory Committee, New York State Bar Association

Past Chairperson, Estate & Gift Tax Committee, American College of Trust & Estate Counsel

Former Member-at-Large, Tax Section, New York State Bar Association

Former Member-at-Large and Chairperson, Estate & Gift Tax Committee, Tax Law Section, New York State Bar Association

Former Member, Committee on Judicial Administration, New York State Bar Association

Former Chairperson, Committee on Marital Deduction-Estate Planning, Real Property Probate & Trust Law Section, American Bar Association

Former Chairperson, Committee on Generation-Skipping Transfer Taxation, Real Property, Probate & Trust Law Section, American Bar Association

Former Member, Lectures and Continuing Legal Education, Association of the Bar of the City of New York

Former Member, Trusts, Estates and Surrogate's Courts Committee, Association of the Bar of the City of New York

Co-chairperson, Committee on Life Insurance, Real Property Probate & Trust Law Section, American Bar Association

Member, Long Island Tax and Estate Planning Council

Member, New York City Estate Planning Council

Former Member, Editorial Advisory Board, Estate Tax Planning Advisor

Member, Planned Giving Committee of Yeshiva University

* * *

Former Chairperson (1990 to 1999), New York State IOLA Fund
(Appointed by Governor Cuomo)

* * *

NY2:#4144695v1

Designated as a Distinguished Accredited Estate Planner by the
National Association of Estate Planners & Councils

* * *

## PROFESSIONAL PUBLICATIONS

Co-Author of book *Carryover Basis Under the 1976 Tax Reform Act* (47 The Journal of Taxation 1977)

Author of book *Wealth Preservation And Protection For The Closely Held Business Owner (And Others)* ( 1993, Libey Publishing Incorporated, Washington, D.C.; republished in 1999 by Eagle Publications as *The Complete Guide to Wealth Preservation and Estate Planning*)

Co-Author of book *Income Taxation of Estates and Trusts* (Practising Law Institute) 1976 to date

Co-Author of BNA Tax Management Portfolio *"Partial Interests - GRATs, GRUTs, QPRTs, (Section 2702)"*

Co-Developer of *Wealth Transfer Planning*, a windows based computerized lifetime estate planning software program which includes document assembly and client specific advice memorandum systems

Co-Author of *The Circular 230 Deskbook* (Practising Law Institute 2006).

* * *

Author or co-author of published articles, including:

"New York Trusts and Estates Lawyers Respond to Questionnaire on Practice" 113 *Trusts & Estates* 794 (1974);

"Carryover Basis: How Fresh Start Adjustment Works for Marketable Securities," 4 *Estate Planning* (1977);

"Carryover Basis: How Fresh Start Adjustment Works for Other Assets," 4 *Estate Planning* (1977);

"Estate Planning for Tax Shelters In View of the Impact of the Carryover Basis Rules," 47 *The Journal of Taxation* (1977);

"Pre-Mortem Estate Planning," *The Review of Taxation of Individuals* (Spring 1978);

"New Problems in Funding Pecuniary Bequests," 30 *S. Cal Tax Inst.* 831 (1978);

"The *New* New York Estate Tax: An Explanation," 51 *New York State Bar Journal* 266 (June 1979);

"The *New* New York Estate Tax: New Opportunities and Pitfalls," 51 *New York State Bar Journal* 375 (1979);

"The Choice Between Pecuniary and Fractional Marital Deduction Formula Provisions: The Ultimate Ambulatory Will," 32 *S. Cal. Tax Inst.* 13-1 (1980);

"IRS Fighting for Group Policy Funds; Seeks Estate Taxes on Coverage Assignments," *National Law Journal* 22 (October 1979);

"Electing Carryover Basis -- Why and When to Consider this Tax-Cutting Alternative," 52 *The Journal of Taxation* 266 (May 1980);

"Technical Corrections Act of 1979 Will Have Impact on Many Estates," *National Law Journal* Vol. 2, p. 17 (June 1980);

"Controversy Surrounds IRS Ruling on Removal of Corporate Trustee," *National Law Journal* Vol. 2, p. 18(2) (January 1980);

"Court Consolidation and the Surrogate's Court," 52 *New York State Bar Journal* 22 (January 1980);

"Family Tax Planning: How to Shift Income," *Bottom Line* (March 15, 1981);

"New York Expands Virtual Representation," *Trusts & Estates* 37 (September 1981);

"The New Tax Law: *Major* Opportunities," *Bottom Line* (September 15, 1981);

"Estate Planning for the Wealthy," Million Dollar Round Table *Proceedings* 764 (1982);

"The New Estate Tax Marital Deduction: Many Questions and Some Answers," 121 *Trusts & Estates* 18 (January 1982);

"Selected Considerations in Structuring Wills (or Will Substitutes)," 121 *Trusts & Estates* 37 (May 1982);

"Lack of Conformity Between U.S., New York Estate, Gift Tax Laws," *New York Law Journal*, p. 1, col. 3 (July 12, 1982);

"State Death Taxation in Light of ERTA," *The Chase Review* (July 1982);

"The New 1041 Audit System of the Internal Revenue Service," *The Chase Review* (October 1982);

"New York Conforms to U.S. Rules for Estate and Gift Taxes," *New York Law Journal*, p. 1, col. 2 (December 27, 1982);

"Federal Appeals Court Attributes Capital Gains to Donors When Charities' Ownership of Donated Stock Had "Ripened" To Right to Receive Proceeds of Stock in Corporate Merger", *Current Issues of The Chase Law Journal* ___________.

"TEFRA and Estate Planning," *The Chase Review* (January 1983);

"Generation-Skipping Transfer Taxation," *The Chase Review* (April 1983);

"New York Estate and Gift Tax Provisions Conformed to Federal Rules," 55 *New York State Bar Journal* 34 (April 1983);

"Valuing Certain Split Interests," 122 *Trusts & Estates* 27 (June 1983);

"Selected Considerations in the Use of Revocable Trusts," *The Chase Review* (July 1983);

"To Divide (Income) May be to Conquer (Income Tax)," *The Chase Review* (October 1983);

NY2:#4144695v1

"Marital-Property Settlements: The Implications of *Cook*," 122 *Trusts & Estates* 43 (November 1983);

"The Impact of the Change in Treasury Department Valuation Tables," *The Chase Review* (January 1984);

"*Alexander v. Commissioner*: The Ultimate Marital Deduction Freeze May Be Here," 123 *Trusts & Estates* 51 (March 1984);

"Supreme Court Rules Against Taxpayers on Gift Tax Consequences on 'Crown' Loans," *The Chase Review* (April 1984);

"The Tax Effects of Equitable Adjustments: An Internal Revenue Code Odyssey," 18th *University of Miami Estate Planning Institute* ¶1400 (1984);

"Planning Considerations Under the Deficit-Reduction Act of 1984," *The Chase Review* (July 1984);

"Estate and Gift Provisions of New Law May Require Revisions of Estate Plans," 61 *The Journal of Taxation* 140 (September 1984);

"Valuation of Partial Interests," 9 *Tax Management Estates, Gifts and Trusts Journal* 135 (September-October 1984);

"The Heightened Importance of Valuation and Discounts After the Deficit Reduction Act of 1984," *The Chase Review* (October 1984);

"Statutory Will" Positive Development, *123 Trust & Estates (*January 1984*)*

"The Effect of Equitable Adjustments", *18 University of Miami Heckerling Inst. on Est. Planning* (1984)

"Choosing the Marital Deduction Formula Provision," *The Chase Review* (January 1985);

"Ramifications of the Treasury Tax Proposal," 124 *Trusts & Estates* 32 (January 1985);

"Estate Planning for 'Pension' Benefits After Major 1984 Acts," *The Chase Review* (April 1985);

"A Primer on the Tax Effects of Equitable Adjustments," 124 *Trusts & Estates* 21 (June 1985);

"Effects of the President's Proposal for Tax Changes on Estate Planning," *The Chase Review* (July 1985);

"Selected (1984) Techniques," 43 *NYU Inst. on Fed. Tax.*, Chapter 45 (1985);

"Estate Planning for Individuals with Short Life Expectancies," 124 *Trusts & Estates* 22 (August 1985);

"Proposed Tax Changes Prompt Giving in 1985," 124 *Trusts & Estates* 15 (September 1985);

"Economic Ramifications of the Use of the Marital Deduction and Related Matters," *The Chase Review* (October 1985);

"An Overview of Selected Aspects of Income in Respect of a Decedent," *155 PLI/Est. 31* (February 1, 1985);

"Selected Aspects of Taxation Relating to Life Insurance and Deferred Compensation, *155 PLI/Est. 237* (February 1985);

"Tax Shelters in Estate Planning and Administration--An Overview," *The Chase Review* (January 1986);

"The Marital Deduction," *Practising Law Institute,* March 1, 1986 (165 PLI/Est. 111);

"Financial Planning Thoughts," *The Chase Review* (1986);

"The IRS' New Program for Auditing Fiduciary Income Tax Returns," *The Practical Accountant* (March 1986) reprinted in *How to Deal with the IRS* (1989 edition);

"Dividends and DNI," 125 *Trusts & Estates* 20 (March 1986);

"Selected Considerations of Estate and Gift Tax Ramifications of Marriage, and Divorce," *Practising Law Institute, March 1, 1986* (165 PLI/Est. 79);

"Income in Respect of a Decedent," *The Chase Review* (April 1986), updated and reprinted in 12 *Probate Notes* 45;

"Section 6166: Special Opportunity for the Owner of a Closely-Held Business," *The Chase Review* (July 1986);

"Determining If Flower Bonds Are Warranted for a Client's Estate, and How Much to Buy," Vol. 13 No. 5 *Estate Planning* 264, (September 1986);

"The Tax Legislation's Effect on Trust and Estate Planning," *The National Law Journal*, Vol. 9 p. 15 (September 1986);

"Tax Reform and Estate Planning," *The Chase Review* (October 1986);

"The Tax Reform Act of 1986 and Income in Respect of a Decedent,", *Practising Law Institute,* April 1, 1987 (175 PLI/Est. 109);

"The Tax Reform Act of 1986 and the Throwback Rule," *Practising Law Institute,* April 1, 1987 (175 PLI/Est. 109);

"How to Apply or Not Apply the Treasury Department Valuation Tables," *45 NYU Inst. on Federal Tax'n,* 32.1 (1987);

"Changing the Fundamentals," 126 *Trusts & Estates* 42 (January 1987);

"Child's Income May Be Taxed At Parent's Rate," 66 *The Journal of Taxation* 48 (January 1987);

"Avoiding N.Y. Minimum Tax on Charitable Gifts," *New York Law Journal*, p. 2, col. 3 (January 6, 1987);

"Planning For and With Disclaimers," *The Chase Review* (February, 1987);

"Qualified Plans and Estate Planning After Tax Reform," *The Chase Review* (May, 1987);

"Structuring Wills in Light of the Tax Reform Act of 1986," *The Chase Review* (July, 1987);

"To Apply or Not to Apply the Treasury Department Valuation Table - That Is the Question," 45 *NYU Inst. on Fed. Tax* Chapter 32 (1987);

"Current Developments in the Income Taxation of Estates, Trusts and Beneficiaries and Estate and Gift Taxation," 45 *NYU Institute on Federal Taxation* Chapter 47 (1987);

"The Tax Apportionment Clause - Often the Most Important Provision in the Will," *The Chase Review* (November 1987), reprinted in 60 *New York State Bar Journal* 26 (April 1988), 60 *New York State Bar Journal* 42 (May 1988) 14 *CMJ ALI-ABA Course Materials Journal* 107 (1989);

"A Primer on Life Insurance in Estate Planning," *The Chase Review* (January 1988);

"The Tripartite Will: A New Form of Marital Deduction," 127 *Trusts & Estates* 47 (April 1988);

"Irrevocable Life Insurance Trusts," *The Chase Review* (April 1988);

"Putting the Heat on Freezes," 2 *Probate & Property* 12 (May/June, 1988);

"Using 'Delaware Tax Trap' to Avoid Generation-Skipping Taxes," 68 *The Journal of Taxation* 242 (April 1988), updated and reprinted in 24 *Real Property Probate and Trust Journal* 75 (Spring 1989);

"The Technical Corrections Bill's Impact on Generation-Skipping Transfer Taxation - A Summary of the Latest Version of the Bill and the Effect of its Provisions," 1 *Estate & Tax Planning for the Elderly and Disabled*, No. 3, p. 2 (1988);

"An Alternative Form of Effecting the Tripartite Will," 127 *Trusts & Estates* 50 (June, 1988);

"OBRA Will Require Revision of Some Estate Plans," Vol. 2, No. 4 *Probate & Property* 50 (July/August, 1988);

"The Effects of Domicile on Estate Planning," *The Chase Review* (July 1988), reprinted in Vol. 13, No. 6 *Tax Management Estates, Gifts and Trust Journal* 203 (November 10, 1988);

"Charitable Remainder Trusts," *The Chase Review* (October 1988);

"A New Quirk in QTIPS: The Estate of Rose Howard," 127 *Trusts & Estates* 43 (November 1988);

"Important Changes to Estate Planning Made by the Technical and Miscellaneous Revenue Act of 1988," Vol. X No. 3 *Estate Planning & California Probate Reporter* 70;

"Highlights of Important Changes to Estate Planning Made by the Technical and Miscellaneous Revenue Bill of 1988," Vol. 14 No. 3 *Probate Notes* 292 (Winter 1988);

"Adventures in Generation-Skipping or How to Grow to Love the 'Delaware Tax Trap'," 14 *Probate Notes* 97 (Fall 1988);

"TAMRA and Its Effects on Estate Planning," Chase Review (January 1989);

"An Analysis of the TAMRA Changes to the Valuation Freeze Rules: Part I," 70 *The Journal of Taxation* 14 (January 1989);

"An Analysis of the TAMRA Changes to the Valuation Freeze Rules: Part II," 70 *The Journal of Taxation* 74 (February 1989);

"Current Developments Relating to Irrevocable Life Insurance Trusts," *The Chase Review* (April 1989);

"Using Charitable Remainder Trusts as Asset Management, Estate Planning and Private Retirement Plan[sm]," *The Chase Review* (July 1989);

"IRD and S Corporations," Vol. 5, No. 2 *Touro Law Review* 213 (Spring 1989);

"At Last: The IRS Announcement on Section 2036(c)," *The Chase Review* (October, 1989);

"Are You Using the 'Wrong' Tax Apportionment Clause?" *Probate & Property 23* (November/December, 1989), reprinted in U.S. Bank's *Estate & Tax Briefs* (January 1990) and Republic National Bank of New York's *Estate Planning Update* (January 1990);

"Adventures in Generation-Skipping, or How we learned to Love the 'Delaware Tax Trap', 24 *Real Prop. Prob. & Tr.* J. 75 1989-1990.

"The Master Living Trust," *The Twenty Third Annual Philip E. Heckerling Institute on Estate Planning (1989), reprinted as "A Special Form of Living Trust Ensures Effective Estate Planning," PrivateBanking* 19 (Summer 1990);

"The Tax Effect of Equitable Adjustments," *ALI-ABA Course of Study* ) April 23, 1990);

"Cutting the Federal Tax Bite on IRD Down to Size," 2 *The Journal of Taxation of Estates and Trusts* 13; Winter 1990

"Attorney's Fees in Estate Administration," *The Chase Review* (January, 1990), reprinted in 63 *New York State Bar Journal* 24;

"Estate Planning Issues Relating to Real Estate," *The Chase Review* (April, 1990);

"The Fundamental Accumulation 'Throwback Rules'," *Practising Law Institute,* March 15, 1990 (192 PLI/Est. 85);

"Building An Effective Life Insurance Trust," 129 *Trusts & Estates* 29 (May 1990);

"Some New Opportunities in Transfers To Grandchildren," 129 *Trusts & Estates* 49 (August 1990); Practising Law Institute, September, 1998 (267 PLI/Est. 715)

"Estate Planning For The Subsequent Marriage," *The Chase Review* (July, 1990);

"Recent Developments: Income in Respect of a Decedent," *Practising Law Institute,* March 15, 1990 (192 PLI/Est. 71);

"Health Care Proxies and Living Wills: Now More Than Ever Important Parts of the Estate Plan," *The Chase Review* (October, 1990);

"Megatrusts[sm] And Megainsurancetrusts[sm]," XLV, No. 2 *Journal of the American Society of CLU & ChFC* 30 (March 1991);

"The New 'Anti-Freeze' Rules," *The Chase Review* (January 1991);

"The Unified Credit - Some Fundamentals and Other Related Matters," *The Chase Review* (April 1991);

"House GRITs," *The Chase Review* (July 1991);

"Getting It Clean and Keeping It Clean (Another Generation-Skipping Adventure)," *8-1 49th Annual Institute on Federal Taxation* (1991), reprinted as "Another Generation-Skipping Adventure," ¶472 *Macmillan, Inc. - Tax Ideas* (July 1991);

"Charitable Trusts Can Avoid Loss of Benefits," Vol. 18, No. 5 *Estate Planning* 292 (September/October 1991);

"Don't be Driven by Tax Driven Formula Clauses," Vol. 5, No. 5 *Probate & Property* 34 (September/ October 1991);

"An Overview of Estate and Gift Tax Appeals and Litigation Procedures," *The Chase Review* (October 1991);

"The Megatrust[sm]: An Ideal Family Wealth Preservation Tool," *Trusts & Estates* 20 (November 1991);

"Assigning Insurance Policies to Charities," LXII/No.1 *The CPA Journal* 66 (January, 1992);

"Rethinking the Use and Ownership of Survivorship Insurance," *The Chase Review* (January 1992), reprinted in 18 *ACTEC Notes* 186 (1992);

"How the Final Chapter 14 Anti-Freeze Regulations Affect Estate Planning Strategies," 4 *The Journal of Taxation of Estates & Trusts* 5 (Spring 1992);

"Selected Aspects of Creditors' Rights in the Context of Estate Planning," *The Chase Review* (April 1992);

"What Accountants Should Know About Income in Respect of a Decedent," Vol. 25/No. 6 *The Practical Accountant* 38 (June 1992);

"Planning for Split-Interest Transfers Under the Section 2702 Final Regulations," 77 *The Journal of Taxation* 18 (July 1992); reprinted *Practicing Law Institute* September, 1995 (240 PLI/Est 103)

"Something Pretty Scary: Application of Certain Private Foundation and UBTI Rules in Estate Planning and Administration" *The Twenty Sixth Annual Philip E. Heckerling Institute on Estate Planning (1992);*

"Expatriation: The Ultimate Estate Plan?," *The Chase Review* (July 1992);

"Executor and Trustee Tort and Related Liability to a Third Party," *The Chase Review* (October 1992);

"What Accountants Should Know About Income In Respect of A Decedent", *The Practical Accountant*, Volume 25, Issue 6 – June 1992, pg. 38

"One Hundred Plus Post-Mortem Tax Planning Options," *The Chase Review* (January 1993); reprinted in revised form in 66 *New York State Bar Journal"* No. 5, 26 (July/August 1994);

"Skipping Generations With Irrevocable Life Insurance Trusts," *Trusts & Estates* 10 (April 1993);

"Administering an Estate Which Has Made The Section 6166 Election," *The Chase Review* (April 1993);

"Tax and Nontax Advantages of Community Foundations," 132 *Trusts & Estates* 30 (August 1993);

"Some Fundamentals and Fine Points of Charitable Giving and Associated Tax Planning," *The Chase Review* (July 1993); Practising Law Institute, September, 1998) (267 PLI/Est. 715)

"Special Use Valuation: It Is Not Just For Farmers," *The Chase Review* (October 1993);

"Adventures In Partial Interest Transfers: Avoiding The Legacy Of Zero Valuation Under Section 2702," *The Forty-Fifth Institute on Federal Taxation (1993)*;

"What Every Lawyer Should Know About IOLA," 28 *New York Law Journal* 3 (November 28, 1993);

"When Should Planners Consider Using Split Interest Transfers?," Vol. 21 *Estate Planning* 20 (January/February 1994);

"Split Purchase Trusts[sm]," *The Chase Review* (January 1994);

"Possible Death Knell for Rev. Rul. 79-353," 19 *ACTEC Notes* 129 (1994);

"Charitable Remainder Trusts: Benefitting Both Individuals and Charities," *The New York Community Trust* (1994);

"The Charitable Remainder Trust: The Swiss-Army Knife for the Planned Giving Professional," *New York University Twenty-Second Conference on Tax Planning for 501(c)(3)* (1994);

"QTIP: The Final Regulations," The Chase Review (April 1994);

"Using The Income-Only Charitable Remainder Unitrust for Retirement Planning" *The New York Community Trust* 1994);

"IOLA: Setting the Record Straight," *New York Law Journal* (July 11, 1994, p.2);

"GRATS v. GRUTS: GRATS Win As An Important Estate Planning Strategy," *The Chase Review* (July 1994);

"More Than One Hundred Post-Mortem Tax Planning Elections," *New York State Bar Journal*, (July/August 1994);

"GRATs and SPLATS," *The Chase Review* (October 1994);

"Charitable Lead Trusts: An Attractive Financial and Estate Planning Arrangement," *The New York Community Trust - Professional Notes* (October 1994);

"Proposed Tax Legislation in the House May Affect U.S. Citizens who Become Expatriates as Well as Foreign Trust Beneficiaries, *Vol. 17 No. 35 Nat'l Law J. B-4* (May, 1995);

"Selection of Trustees: Tax and Other Issues, Including Sample Provisions", *The Chase Review* (January 1995);

"Family Holding Companies: The Good, the Bad and the Unknown," *The Chase Review* (April 1995);

"A Primer On Charitable Lead Trusts: Basic Rules and Uses," *Trusts & Estates* (April 1995);

"Split Purchases and Other Ways to Live With Section 2702," 29th *University of Miami Estate Planning Institute* ¶1000 (1995);

"Crummey Powers and Income Taxation," The Chase Review (July 1995);

"And the Cobbler's Children Had No Shoes: Personal Estate-Planning Dilemmas for the Life Insurance Agent," *Selling Life Insurance* 80 (August 1995);

"Life Insurance Trusts: How to Avoid Estate and GST Taxes" 2 *Estate Planning* (September/October 1995);

"The Internal Revenue Service Has Revoked a 15-Year-Old Ruling that Limited the Right of a Trust's Creator to Remove and Replace a Trustee," *The National Law Journal* (October 9, 1995);

"IRS Revokes Rev. Rul. 79-353 But Leaves a Small Black Cloud Hanging," *ACTEC Notes*, Volume 21, No. 3, Winter 1995;

"A Practical Look At the Prudent Investor Rule" *The Chase Review* (October, 1995);

"Don't Skip Final Tax Rules," *The National Law Journal* (March 18, 1996);

"Having made changes to the proposed regulations, the IRS issued final rules affecting the generation-skipping transfer tax," *The National Law Journal* (March 18, 1996);

"Estate Tax Deduction For Principal Residences," *The New York Law Journal* (March 22, 1996);

"Selected Estate Planning Guidelines For Qualified Plans and IRAs," *The Chase Review* (Winter, 1996);

"Primer on Estate Planning for Closely-Held Business Owners," *The Estate Planner's Alert* (June, 1996);

"Selected Planning and Drafting Aspects of Generation-Skipping Transfer Taxation," *The Chase Review* (Spring 1996);

"New York Estate Tax Deduction for Principal Residences: COMPLICATIONS ABOUND," *New York State Bar Journal*, Vol. 68, No. 6, September/October 1996;

"Estate Planning For the Surviving Spouse," *The Chase Review* (Summer 1996);

"1996 Federal Legislation Makes Many Changes Affecting Estate Planning," *The Chase Review* (Fall 1996);

"When the Grapes Turn Sour: Exit Strategies For Split-Interest Transfers," *Philip E. Heckerling Institute on Estate Planning,* Volume 31 (1997);

"The Complimentary Estate Planning and Asset Protection Goals of Using Trusts," *Journal of Asset Protection* (January/February 1997);

"Planning Under The New Clayton QTIP Regulations," *Probate Practice* Volume 9, Number 4 (April 1997);

"Freeze Out Your Creditors And the IRS... With an Alaskan Asset Protection Trust,"*Tax Hotline* August 3, 1997;

"Coping With The New Clayton QTIP Regulations," 136 *Trusts & Estates* 41 (May 1997), reprinted *The Monthly Digest of Tax Articles* (November 1997);

"Alaska Trusts: New Estate Planning Opportunities," *Estate Planner's Alert* 3 (June 1997);

"Alaska's revision of its trust act, which sets out to permit trusts to preserve assets and reduce taxes, may have implications for trust planning nationwide," *The National Law Journal* (June 16, 1997);

"Does the New Alaska Trusts Act Provide an Alternative to the Foreign Trust?", *Journal of Asset Protection* (July/August 1997);

"Estate Planning on America's Last Frontier: Alaska Trusts, Limited Partnerships and LLCs," *23 ACTEC Notes* 240 (Winter 1997).

"Estate Planning and The Act," *Estate Planner's Alert* 1 (August 1997);

"Drafting For Estate Administration Expenses After Hubert," 136 *Trusts & Estates* 57 (August 1997);

"Alaska Trusts: Something New in the Asset Protection Arsenal," *Journal of Asset Protection,* July/August 1997

"Asset Protection and Estate Planning Implications of the Alaska Trust", *CCG Financial and Estate Planning Estate Planning Review (Issue 427* September 19, 1997)

"Estate Planning with Alaska Trusts," *Probate Practice* Volume 9, Number 9 (September 1997);

"Estate Planning After the Taxpayer Relief Act of 1997," *Journal of Taxation*, Volume 87, Number 3 (September 1997);

"Unique Protection Under Alaska Law – Americans in All States Can Benefit," *Trusts & Estates* (September 1997);

"New Alaska Trust Act Provides Many Estate Planning Opportunities," *Estate Planning* Volume 24, Number 8 (October 1997);

"Drafting Tips In Light Of The Changes To The Internal Revenue Code Contained In The Taxpayer Relief Act Of 1997," *The Chase Journal Professional Notes*, Volume I Issue 1, 1997.

"The Taxpayer Relief Act of 1997: How it Affects Estate Planning", The Chase Journal, Volume I, Issue I (Fall 1997)

"Some Advanced Considerations and Uses of Life Insurance in Estate Planning," The Chase Journal, Volume I Issue II (Winter 1997);

"Estate Planning and The Act"," *Estate Planner's Alert* (August 1997)

"A New Direction in Estate Planning: North to Alaska," *Trusts & Estates*, Volume 136 Number 10 (September 1997).

"Factors in Considering the Use, Structure and Situs of Trusts", *September, 1998 29th Annual Estate Planning Institute 1*.

"Outright Marital Deduction Bequest Via Delayed QTIP: A Good Drafting Idea," *Estate Planner's Alert* 3 (June 1998)

"Alaska Community Property Act: A Potential New Opportunity in Estate Planning for Some Married Americans," *Estate Planner's Alert*, July 1998.

"Selected Drafting Issues With Charitable Lead Trusts, Especially if Funded with Closely Held Business Interests", *The Chase Journal Professional Notes*, Volume II Issue 1, 1998.

"Clinton Administration Issues Estate Planning Proposals," *The Chase Journal*, Volume II Issue 2 (Spring 1998)

"Special Provisions Relating To Trustees," *The Chase Journal Professional Notes*, Volume II Issue 2 (Spring 1998)

"The New Alaska Community Property Act and Other Important Changes That Affect Our Clients, Alaska CLE entitled "Tax Planning With Consequential Community, Alaska's New Community Property Law." *Anchorage, AK (August 4, 1998), page 29.*

"The Right Answer: Put It All In Trust," *Trust & Investments*, September/October 1998, republished in *NYSBA*

*Elder Law Attorney*, Winter 2000, Vol. 10, No. 1 at pg. 12

"Charitable Lead Trusts"," *Professional Tax & Estate Planning Notes*, October 1998

"Alaska Consensual Community Property Law And Property Trust," *137 Trusts & Estates 65*, November 1998

"Drafting Tips for Estate Planning with Qualified Plans and IRAs" *The Chase Journal Professional Notes*, Volume II Issue 3, 1998.

"Selected Estate Planning Guidelines for Qualified Plans and IRAs," *The Chase Journal,* Volume II Issue 3 (Fall 1998)

"Made in the USA – Estate Planning With U.S. Asset Protection Trusts," *University of Southern California Law School's Fiftieth Annual Institute on Federal Taxation-Major Tax Planning,* Chapter 16 (1998).

"Dividing Income Between Or Among Taxpayers Has Long Been Used To Reduce Income Taxes," *The Chase Journal Professional Notes,* Volume II Issue 4 (1998).

"Split Purchase Trusts Vs. Qualified Personal Residence Trusts," *Trusts & Estates Magazine*, February 1999

"Selected Estate Planning Strategies for Persons with Less than $3 million", *Estate Planning,* July 1999

"The Use of Trusts for Asset Protection", *Vanderbilt Journal of Transnational Law*, May 1999, Volume 32, Number 3

"Adventures in Partial Interests" 138 *Trusts & Estates Magazine, 44, 46* October 1999

"Adventures in Partial Interest Transfers: Avoiding the Legacy of Zero Valuation Under Section 2702" *Major Tax Planning – University of Southern California's Annual Institute of Federal taxation,* 1999

"Self-Settled Spendthrift Trusts: Should a Few Bad Apples Spoil the Bunch?" *republished Journal of Bankruptcy Law and Practice*, November/December 1999 (Vol. 9, No. 1); republished *Journal of Bankruptcy Law and Practice;* November/December 1999 (Vol. 9 No. 1)

"Tax Planning With Consensual Community Property: Alaska's New Community Property Law," 33 *Real Prop. Prob. & Tr.J.* 615 *Real Property, Probate and Trust Journal Winter*, 1999

"Wilderness no more: Alaska as the new 'offshore 'trust' jurisdiction" *Amicus Curiae, Journal of the Society for ADVANCED LEGAL STUDIES,* Issue 22, November 1999.

"Drafting and Practical Issues Relating To The Situs Of A Trust," *The Chase Journal Professional Notes,* Volume III Issue I, 1999.

"Flexibility: A Key Element In Drafting For The Twenty-First Century," *The Chase Journal Professional Notes,* Volume III Issue 2, 1999.

"Gift And Estate Tax Issues In Matrimonial Actions And Settlements," *The Chase Journal Professional Notes,* Volume III Issue 3, 1999.

NY2:#4144695v1

"Selected Aspects Of Certain Charitable Contributions," *The Chase Journal Professional Notes,* Volume III Issue 4, 1999.

"Estate Planning for Persons with Less than $3 Million". *NYSBA One on One (A Publication of the General Practice Section of the New York State Bar Association)*, Volume 21, Spring 2000

"Planning and Drafting for Closely-Held Business Interests", *The Chase Journal*, Volume IV, Issue 4, pg. 105.

"The Anti-Hubert Regulations", *Tax Notes*, May 15, 2000, Volume 87, Number 7; The *Exempt Organization Tax Review*, June 2000 – Vol. 28, No. 3.

"The Current Wealth Transfer Tax System and The Use and Overuse of Formula Clauses", *The Chase Journal Professional Notes*, Volume IV Issue 1, 2000.

"Fundamental Rules, Pitfalls & Planning Opportunities of Grantor Trusts," *So. Calif. Tax & Est. Plan. Forum (Oct. 2000)*

"Provisions To Exploit Investment-Driven Estate Planning," *The Chase Journal Professional Notes,* Volume IV Issue 2 2000.

"Life Insurance and Some Common 2035/2036 Problems: A Suggested Remedy", 139 *Trusts & Estates*, 58 (May 2000), reprinted in 26 ACTEC Notes 39-44 (Summer 2000); republished *ACTEC Notes* (2000), pg. 39.

"Wealth Transfer Tax Repeal: Some Thoughts on Policy and Planning", *Tax Notes*, January 15, 2001.

"A New Paradigm in Estate Planning: The Non-Estate Tax Aspects of Estate Planning," *140 Trusts & Estates 38-49*, March 2001.

"Split-Dollar Insurance and IRS Notice 2001-10", *The Chase Journal, Professional Notes,* Volume 5, Issue 1 2001.

"Grantor Trusts and Income Tax Reporting Requirements: A Primer", *Probate Practice Reporter*, Volume 13, Number 5, May 2001.

"Estate Planning Changes in the 2001 Tax Act – More Than You Can Count", Volume 95, *The Journal of Taxation,* pages 74-90 (August 2001)

"Wealth Transfer Tax Repeal: Some Thoughts on Policy and Planning", *National Tax Journal*, May 2001, p. 569.

"Planning for Carryover Basis That Can Be/Should Be/Must Be Done Now", *Estate Planning,* March 2002, Volume 29/Number 3, pg. 99.

"The Tax Joy of Pre-1977 Joint Property", *Estate Tax Planning Advisor*, Volume 1, Issue 5, June 2002.

"Income Tax Effects of Termination of Grantor Trust Status by Reason of the Grantor's Death", *Journal of Taxation*, September 2002, Page 149.

NY2:#4144695v1

"Deathbed Planning – What Options Are Available During the Three Years Before a Client's Demise?," *Trusts & Estates*, December 2002, Page 23.

"Adventures In Life Insurance! (And You Thought It Would be Boring)," *The Thirty-Seventh Annual Heckerling Institute on Estate Planning*, January 2003.

"A Potential New Problem in Estate and Trust Administration", *Probate Practice Reporter*, May 2003, Volume 15, Number 5, reprinted and updated in *NYSBA Trusts and Estates Law Section Newsletter*, Fall 2003, Vol. 36, No. 3. .

"*Strangi*: A Critical Analysis and Planning Suggestions", *Tax Notes*, Volume 100, Number 9, Monday, September 1, 2003; reprinted in *The Monthly Digest of Tax Articles*, July 2004 pg. 1.

"Planning for the HIPAA Privacy Rule", *ACTEC (2004) Journal* 307 pg. 29

"The Final 'Income' Regulations: Their Meaning and Importance", *Tax Notes*, May 17, 2004, pg. 891.

"Estate Tax Decoupling", *New York Law Journal*, Friday, June 25, 2004 pgs. 4-5

"Possible Strategy to Make Fuller Use of Each Spouse's Exemption", *Probate Practice*, July 2004, Volume 16, Number 7.

"Some Good News About Grantor Trusts: Rev. Rul. 2004-64," *ESTATE PLANNING*, Vol. 31 No. 10, at 467 (October 2004).

"Gifts By Fiduciaries By Tax Options and Elections", *Probate & Property*, November/December 2004, Vol. 18 No. 6; republished in *Digest of Tax Articles* (March 2005).

"Quadpartite Will: - and the Next Generation of Instruments", *Estate Planning*, April 2005, Pg. 3.

"The Application of Circular 230 in Estate Planning"; 107 *Tax Notes* 61 (April 4, 2005).

Circular 230 Redux: Questions of Validity and Compliance Strategies *Tax Notes* (June 20, 2005).

"Quadpartite Will Redux: Coping `with the Effects of Decoupling", *Estate Planning*, October 2005, Pg. 15-18.

"Deference and Family Limited Partnerships: A Case Study", *Heckerling Institute on Estate Planning, University of Miami School of Law*, Volume 39, 2005.

"Making Spousal Estate Tax Exemptions Transferable", *Probate & Property*, November/December 2005, Volume 19, Number 6. Article starts on page 10. pg. 10.

"Dueling Dicta", *Steve Leimberg's Estate Planning Newsletter*, Archive Message #911

NY2:#4144695v1

"Evaluating the Potential Success of a GRAT Against Competing Strategies to Transfer Wealth", *Tax Management Memorandum*, January 23, 2006, Vol. 47, No. 2; BNA Tax Management, March 16, 2006; , Steve Leimberg's Estate Planning Email Newsletter; Summary and Updated Archive Message #976

"Parallel GRATs: Sometimes, Perhaps, a Good Notion", *Steve Leimberg's Estate Planning Newsletter* # 939 (March 7, 2006) at www.leimbergservices.com

"Dueling Dicta", *Steve Leimberg's Estate Planning Email Newsletter* – Archive Message #911; 34 Cap. U. L. Rev. ____ (2006), on SSRN.

"13 Great Drafting Tips", *Steve Leimberg's Estate Planning Newsletter* – Archive Message #978 (June 13, 2006).

"GRATs – Avoiding Drafting Errors", *Steve Leimberg's Planning Newsletter* – Archive Message #976, summarized and updated.

"Rev. Rul. 2006-26 Guidance on QTIP Qualification in Context of IRAs and Other Qualified Accounts", *Steve Leimberg's Estate Planning Email Newsletter*, Archive Message 989

"What Estate Planners Need to Know About the New Pension Protection Act", *Journal of Taxation*, October 2006, pg. 199.

"Planning for IRD After Elimination of the State Death Tax Credit", *Estate Planning* (March 2006), pg. 3.

"Drafting and Administration to Maximize GRAT Performance", *Probate & Property* November/December 2006 Vol. 20 No. 5, pg. 16.

"Alaska's 2006 Amendments to its Trust and Estate Statutes", *Estate Planning Magazine*, January 2007 Volume 34/Number 1.

"Estate Planning for Persons With Less Than $5 Million", *Estate Planning Magazine* (March 2007), pg. 18, reproduced in Substance and Forum at substanceforum.com.; republished in *Journal of Pension Planning & Compliance* Volume 33, Number 3, Fall 2007.

"New Penalties on Appraisers and Related Valuation Worries Spawned by the Pension Protection Act of 2006", *ACTEC Journal 281(2007)* page 285.

"World's Greatest Gift Tax Mystery Solved", *Tax Notes 243*, Vol. 115, No. 3 (April 16, 2007).

"Selected Comparisons of Selected Estate Tax Reduction Strategies", *Proceedings of Fall 2007 ACTEC meeting* (2007)

NY2:#4144695v1

"Family Limited Partnership Formation: Dueling Dicta", *Capital University*, Volume 35, Fall 2006, Number 1

Family Limited Partnership: Dueling Dicta, 35 Cap. U. L. Rev. 1 (2006)

"Thinking About the Impossible for 2010", *Probate & Property*, May/June 2007 Vol. 21 No. 3, pg. 12.

"Tax Return Preparer Penalties Under the Iraq Appropriations Act", *Steve Leimberg's Estate Planning Newsletter*, Archive Message #1129.

"The ESBT: Making S Corporations More Available for Estate Planning – Part I", *Probate Practice Reporter*™, June 2007, Volume 19, Number 6.

"Return Preparer Penalties – Sharks in Water", *Steve Leimberg's Estate Planning Newsletter*, Archieve Message #1140.

"Proposed Retained Interest Regs: Much Left Unanswered", *Tax Notes*, Volume 116, Number 2 July 9, 2007.

"The ESBT: Making S Corporations More Available for Estate Planning – Part II", *Probate Practice Reporter*™, July 2007, Volume 19, Number 7.

"Supercharged Credit Shelter Trust", *Probate & Property*, July/August 2007, pg. 52.

"Treatment of GRATs Under the Section 2036 Proposed Regulations – Questions Remain", *Journal of Taxation*, Sept. 2007, pg. 143

"Treasury Amends Circular 230 (again) in Another Important Way", *Steve Leimberg's Estate Planning Email Newsletter* – Archive Message #1176

"Proposed Regs. on the Deduction for Administration Expenses and Claims", *Estate Planning*, October 2007, pg. 3

"The ESBT: Making S Corporations More Available for Estate Planning", *Estate Planning Studies*, October 2007.

"Planning With UTMA Accounts and Other Transfers to Minors", *Estate Planning*, December 2007, pg. 3.

"Planning Options for UTMA Accounts and Other Transfers to Minors", *Estate Planning*, January 2008, pg. 11.

"Estate Tax Exemption Portability: What Should the IRS Do? And What Should Planners Do in the

Interim?", *Real Property, Probate and Trust Journal,* Volume 42, Number 3, Fall 2007.

"Selected Comparisons of Selected Estate Tax Reduction Strategies", *Proceedings of Fall 2007 ACTEC Meeting*

"A Suggestion for Deciding Knight", *Tax Notes,* Volume 118, Number 3 January 14, 2008

"Notice 2008-13 IRS Fleshes Out New Return Preparer and Advisor Rules under Section 6694", *Steve Leimberg's Estate Planning Newsletter* – Archive Message #1235

"Tax Preparers: Notice 2008-13 Offers Interim Guidance on Tax Return Preparation and Advice", *BNA Daily Tax Report*, Number 22, February 4, 2008

"Adventures in Allocating GST Exemption in Different Scenarios", *Estate Planning*, pg. 3, April 2008

"Notice 2008-13 Offers Interim Guidance on Tax Return Preparation and Advice", *Daily Tax Report* Viewpoint, 2-4-08

"Knight v. Commr: The Two Percent Floor and a Fiduciary's Investment Advisory Fees", *Daily Tax* Report, Number 71, April 14, 2008; republished in BNA *Tax Management Memorandum*, Vol. 49, No. 8, April 14, 2008

"Viewpoint: 'Knight' impact on 2 Percent Floor, Fiduciary Investment Fees", *BNA, Inc. Daily Tax Report*, Monday April 14, 2008, Number 71

"Circular 230 and Preparer Penalties: Evil Siblings for Practitioners", *Tax Notes,* April 28, 2008, pg. 397

"Tax Preparers Notice 2008-13 Offers Interim Guidance on Tax Return Preparation and Advice", *The Bureau*, The Bureau of National Affairs, Inc., Daily Tax Report, February 4, 2008

"Gift Tax Effects of Substituting A Lower AFR Note for a Higher AFR Note", *Steve Leimberg's Estate Planning Email Newsletter* – Archive Message #1303, June 03, 2008

"Reducing Estate and Trust Litigation Through Disclosure. In Terroreum Clauses, Mediation and Arbitration", *Cardozo Journal of Conflict Resolution,* Volume 9, Spring 2008, Number 2

"ExtraCrummey Trust(sm): Maybe the Best Annual Exclusion Vehicle Around", *Probate &* Property, July/August 2008 Vo. 22 No. 4; Northeast *Wealth Management Business*, Volume 1, Issue 5, June 2008

"Power to Substitute in Grantor Does Not Cause Inclusion, With a Significant Caveat", *Estates, Trusts, & Gifts Journal of Taxation*, July 2008 pg. 32.

"How low can you go? Some consequences of substituting a lower AFR note for a higher AFR note", *Journal of Taxation*, July 2008, Vol. 109 No. 1, pg. 22

**April 2008**

"A More Real World Clause for Disposition of Tangibles"

**October 2007**

ExtraCrummey Trust(sm): It May Be the Best Annual Exclusion Vehicle Around

**March 2007**

The Issue of "Issue"

**November/December 2006**

Cascading Crummey Powers

The "Supercharged" Credit Shelter Trust(SM)

Fingernails on a Blackboard: Thinking About the Possibility of Carryover Basis in 2010

Managing WTP Discussion Forum Email Traffic

**October 2006**

Making Spousal Estate Tax Exemptions Transferable

**August/September**

Estate Planning Aspects of the Pension Protection Act of 2006

**June/July 2006**

IRAs, QTIPs and the Marital Deduction, Lessons Learned from Revenue Ruling 2006-26

New Import Contact Records from Microsoft Outlook

Exiting the Wealth Transfer Planning Program

**March/April 2006**

An Introduction to Parallel GRATs

NY2:#4144695v1

Disabling WTP's Login Requirement

**November 2005**

A Few Words About Joint Trusts

**September 2005**

Six Steps to a Marital Deduction for a Walton GRAT or How I Learned to Love the Bomb

**June 2005**

The Application of Circular 230 to Estate Planners

Maintaining System Data in Wealth Transfer Planning

**May 2005**

No Fear, *Chawla* and the ILIT: Past, Present and Future

**April 2005**

WTP's New Provisions Provide Substantial Planning Opportunity for Married Couples in States with Exemptions Smaller Than the Federal Exemption

**March 2005**

The Application of Circular 230 to Estate Planners

**February 2005**

A Spring in Your Step: Answering the HIPAA "Springing Medical Power of Attorney" Question

**January 2005**

The Tax Apportionment Clause – Two Important Matters

NY2:#4144695v1

Trusts – Appointment of Trustees Under WTP System

Wills – Appointment of Fiduciaries Under WTP System

**November 2004**

Non-Tax Advantages of Family Limited Partnerships

**October 2004**

Outright v. In Trust Transfers: How to Decide What is Best

**September 2004**

Estate of Thompson and the Family Partnership: Its Lessons

**August 2004**

Estate of Kimbell: Its Potential Effect on Strangi-Type FLPs

**May 2004**

Blocking Gifts by Fiduciaries by Will and Trust Provisions

**April 2004**

An Introduction to Drafting and Related Challenges and Opportunities Under the New Income Regulations

**March 2004**

Planning for the HIPAA Privacy Rule

**February 2004**

Some Considerations in Deciding if a Trust Should be a Grantor Trust

**December 2003**

HIPAA Privacy and the Incomplete Trustee

Creating Mirror Image Documents in WTP

**November 2003**

Stone v. Strangi – Don't Get Too Excited; Section 2036 is Still There for FLPs

**October 2003**

Avoiding the Strangi II Legacy for Old & New Partnerships

Cash Gifts – Not So Simple

* * *

Editor of *The Chase Review* (published quarterly by the Chase Manhattan Bank, N.A. from 1982-1997)

Former Editor, *Probate Notes* (published quarterly by the American College of Trust & Estate Counsel)

Former Editor-in-Chief of *Conspectus Current.*

Panelist/lecturer for professional organizations, including the American Bar Association; the Internal Revenue Service; the American College of Trust & Estate Counsel; Trusts & Estates Law Section, New York State Bar Association; Tax Section, New York State Bar Association; Continuing Legal Education, New York State Bar Association; Columbia University School of Law; New York University School of Law; Hofstra Law School; Fordham Law School; NYU Institute on Federal Taxation; Practising Law Institute; ALI-ABA; University of Miami Estate Planning Heckerling Institute; national and local bar, estate planning, tax, banking and insurance organizations.

Awarded the 2004 Excellence in Writing Award from the Real Property, Probate and Trust Law Section of the American Bar Association.

Awarded the 2005 Excellence in Writing Award from the Real Property, Probate and Trust Law Section of the American Bar Association

## LEGAL EDUCATION

Columbia University School of Law
J.D. degree cum laude, 1970
Harlan Fiske Stone Scholar
Dean's List

## PRE-LEGAL EDUCATION

Bucknell University
Lewisburg, Pennsylvania
A.B. degree, 1967
Major: Mathematics
Honors: Dean's List; Omicron Delta Epsilon (the National Economics Honorary)
The Distinguished Military Student (ROTC 1966)
The Distinguished Military Graduate (ROTC 1967)

NY2:#4144695v1

## MILITARY SERVICE

Captain, United States Army Reserve, Adjutant General's Corps.
Active Duty 1970-1972 (20 months); Army Commendation Medal; The Distinguished Graduate, Adjutant General's Corps Officer Basic Course.