IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T, 06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt

| | |
|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-407 T |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-408 T |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-409 T |

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
28

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, Plaintiff, v. THE UNITED STATES, Defendant. | ) | 06-811 T |

**AFFIDAVIT OF WESLEY M. STALLINGS**

I, Wesley M. Stallings, being duly sworn, hereby state as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I am currently Chief Financial Officer with Blue Ridge Companies, located in High Point, North Carolina. Blue Ridge Companies is a large multi-family and commercial developer. I have been with the company since November 2007. Prior to working here, I was a tax partner with Bernard Robinson & Company, located in Greensboro, North Carolina from August 1999 to November 2007. I began my career with Bernard Robinson & Company, LLP in July 1990 after graduation from college.

3. I graduated from the University of North Carolina at Chapel Hill with an undergraduate degree in Business Administration and a Master of Accounting degree in May 1990. I became a CPA in 1991 and was a member of the American Institute of Certified Public Accountants ("AICPA") and the North Carolina Association of Certified Public Accountants ("NCACPA"). When I left Bernard Robinson & Company, LLP and accepted the position with Blue Ridge Companies in November 2007, I notified the North Carolina State Board of Certified Public

Accountants that I wanted to place my license on inactive status. If I want to renew my license to practice as a CPA, I can do so by completing forty hours of continuing professional education.

4. When I worked at Bernard Robinson, I assisted in the preparation of various individual, partnership and corporate income tax returns for the Sands family. I also worked closely with the Sands family in providing consulting and tax planning advice on their various real estate holdings. The firm had provided personal tax preparation services to the Sands family for many years, beginning in the 1950s.

5. During my career at Bernard Robinson & Company, LLP, I served as trustee or executor for numerous client entities. Even after leaving Bernard Robinson & Company, LLP, I still continue to serve in this role for various former clients. I am acutely aware of my fiduciary responsibility when I serve as a trustee or board member of such an entity. In such positions, I exercise my independent business judgment to fulfill my responsibilities to all the beneficiaries or stakeholders involved.

6. In early 2002, I was asked to serve on the Board of Directors of the Educational and Health Support Fund ("the Fund"), a Section 501(c)(3) supporting organization the Sands family sought to establish.

7. I agreed to serve as a trustee of the Fund. As a trustee, it was my duty to exercise my independent judgment and make decisions in the best interest of the Fund and its charitable goals.

8. The other members of the Board of Directors of the Fund were James Locke and Freddy Robinson.

9. Freddy was the Executive Partner of Bernard Robinson & Company. As part of his work at Bernard Robinson, Freddy served as trustee for numerous client entities. I believe that he took

his fiduciary responsibility in such appointments very seriously. Over the seventeen years that I practiced with Freddy, I can recall numerous occasions where Freddy stood up to clients, fellow board members or co-trustees when an individual wanted to do something Freddy believed was improper. Freddy has a long record of serving his community and is one of the most respected business leaders in Greensboro, North Carolina. To this day, Freddy would be the first person I would recommend to someone to serve in any type of fiduciary role.

10. After our appointments to the Board of Directors, the other trustees and I were approached by the Sands family members with an offer to sell the Fund's remainder interests in certain charitable remainder unitrusts ("CRUTs") to the lead beneficiaries Richard Sands, Robert Sands, Marilyn Sands, and CWC Partnership I, for their present value.

11. We considered the offer. I believed that the best interests of the Educational and Health Support Fund would be served by obtaining money in 2002 rather than waiting for up to 20 years to obtain the remainder interests in the CRUTs. The value could fluctuate significantly during that time. The other board members also reached the same conclusion.

12. We agreed to sell the remainder interests the Fund held in the CRUTs to the grantors of the CRUTs.

13. When I was appointed as trustee of the Fund, I did not have a prearrangement, agreement, or understanding with the Sands family members that as trustee I would agree to sell the Fund's remainder interests in the CRUTs to the grantors of those CRUTs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 1st day of August 2008.

Wesley M. Stallings

Sworn to before me this
1st day of August, 2008

Notary Public Amy J Gaskill

OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF ROCKINGHAM
AMY J. GASKILL
My Commission Expires 11-13-12