SANDS4576 03/29/2003 12:40 PM

Form **5227**

Department of the Treasury
Internal Revenue Service

# Split-Interest Trust Information Return

▶ See separate instructions.

OMB No. 1545-0196

**2002**

Name of trust
arilyn Sands Charitable Remainder Unitrust 2001

Name of trustee
Richard Sands & Robert Sands, Ttees

Number, street, and room or suite no. (If a P.O. box, see page 2 of the instructions.)
300 Willowbrook Office Park

City, state, and ZIP code
Fairport NY 14450

**A** Employer identification number
[redacted]4576

**B** Type of Entity
- (1) ☐ Charitable lead trust
- (2) ☐ Charitable remainder annuity trust described in section 664(d)(1)
- (3) ☒ Charitable remainder unitrust described in section 664(d)(2)
- (4) ☐ Pooled income fund described in section 642(c)(5)
- (5) ☐ Other

**C** Fair market value (FMV) of assets at end of tax year

**D** Date the trust was created
9/21/01

**E** Check applicable boxes (see instructions) ☐ Initial return ☒ Final return ☐ Amended return
Change in trustee's ▶ ☐ Name ☐ Address

**F** Did the split-interest trust have any unrelated business taxable income (section 664 trusts only)? If "Yes," file Form 1041 ☐ Yes ☒ No

## Part I Ordinary Income (Section 664 trust only)

| | | | |
|---|---|---|---|
| 1 | Interest income | 1 | |
| 2 | Dividends | 2 | 58,668 |
| 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | 3 | |
| 4 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | 4 | |
| 5 | Farm income or (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Ordinary gain or (loss) (attach Form 4797) | 6 | |
| 7 | Other income (state nature of income) | 7 | |
| 8 | **Total** ordinary income (combine lines 1 through 7) | 8 | 58,668 |

### Deductions Allocable to Ordinary Income

| | | | |
|---|---|---|---|
| 9 | Interest | 9 | |
| 10 | Taxes | 10 | |
| 11 | Other deductions (att. a separate sheet listing deductions) | 11 | |
| 12 | **Total** deductions (add lines 9 through 11) | 12 | |
| 13 | Ordinary income less deductions (subtract line 12 from line 8). Enter here and on line 21, column (a) | 13 | 58,668 |

### Capital Gains (Losses) and Allocable Deductions

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Total short-term capital gain or (loss) for tax year (attach Schedule D (Form 1041)) | | | 14 | | | |
| 15 | Deductions allocable to short-term capital gains | | | 15 | | | |
| 16 | **Balance** (subtract line 15 from line 14). Enter here and on line 21, column (b) | | | | | 16 | |
| 17a | Total long-term capital gain or (loss) for tax year (attach Schedule D (Form 1041)) | | | 17a | | | |
| b | 28% rate gain or (loss) | 17b | | | | | |
| c | Qualified 5-year gain | 17c | | | | | |
| d | Unrecaptured section 1250 gain | 17d | | | | | |
| 18 | Deductions allocable to long-term capital gains | | | 18 | | | |
| 19 | **Balance** (subtract line 18 from line 17a). Enter here and on line 21, column (c) | | | | | 19 | |

PLAINTIFF'S EXHIBIT
29
PENGAD 800-631-6989

## Part II Accumulation Schedule (Section 664 trust only)

| | Accumulations | (a) Ordinary income | Capital gains and (losses) (b) Net short-term | (c) Net long-term | (d) Nontaxable income |
|---|---|---|---|---|---|
| 20 | Undistributed from prior tax years | | | -4,759,672 | |
| 21 | Current tax year (before distributions) | 58,668 | | | |
| 22 | Total (add lines 20 and 21) | 58,668 | | -4,759,672 | |
| 23 | Undistributed at end of tax year | 0 | | -4,759,672 | |

## Part III Current Distributions Schedule (Section 664 trust only)

| | Name of recipient | Identifying number | (a) Ordinary income | Capital gains (b) Short-term | (c) Long-term | (d) Nontaxable income | (e) Corpus |
|---|---|---|---|---|---|---|---|
| a | Marilyn A. Sands | 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 | 58,668 | | | | 35,639 |
| b | | | | | | | |
| c | | | | | | | |

**For Paperwork Reduction Act Notice, see page 8 of the instructions.**

Form **5227** (2002)

DAA

SANDS0456

SANDS4576 03/29/2003 12:40 PM

Form 5227 (2002) Marilyn Sands Charitable Remainder [redacted]4576 Page 2

**Part IV** Balance Sheet (see page 5 of the instructions)

| Assets | | | | (a) Beginning-of-Year Book Value | (b) End-of-Year Book Value | (c) FMV (see instructions) |
|---|---|---|---|---|---|---|
| Cash - non-interest-bearing | | | 25 | | | |
| Savings and temporary cash investments | | | 26 | | | |
| 27a Accounts receivable | 27a | | | | | |
| b Less: allowance for doubtful accounts | 27b | | | | | |
| 28 Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | | | 28 | | | |
| 29a Other notes and loans receivable | 29a | | | | | |
| b Less: allowance for doubtful accounts | 29b | | | | | |
| 30 Inventories for sale or use | | | 30 | | | |
| 31 Prepaid expenses and deferred charges | | | 31 | | | |
| 32a Investments - U.S. and state gov't. obligations | | | 32a | | | |
| b Investments - corporate stock (att. schedule) | | | 32b | | | |
| c Investments - corporate bonds (att. schedule) | | | 32c | | | |
| 33a Investments - land, buildings, and equipment: basis (att. schedule) | 33a | | | | | |
| b Less: accumulated depreciation | 33b | | | | | |
| 34 Investments - other (attach schedule) See Stmt 1 | | | 34 | 18,896,980 | | 5,451,408 |
| 35a Land, buildings, and equipment: basis | 35a | | | | | |
| b Less: accumulated depreciation | 35b | | | | | |
| 36 Other assets (describe ▶ ) | | | 36 | | | |
| 37 **Total assets** (add lines 25 through 36) (must equal line 47) | | | 37 | 18,896,980 | | 5,451,408 |
| **Liabilities** | | | | | | |
| 38 Accounts payable and accrued expenses | | | 38 | | | |
| 39 Deferred revenue | | | 39 | | | |
| 40 Loans from officers, directors, trustees, and other disqualified persons | | | 40 | | | |
| 41 Mortgages & other notes payable (att. schedule) | | | 41 | | | |
| Other liabilities (describe ▶ ) | | | 42 | | | |
| 43 **Total liabilities** (add lines 38 through 42) | | | 43 | | | |
| **Net Assets** | | | | | | |
| 44 Trust principal or corpus | | | 44 | 23,656,652 | | |
| 45a Undistributed income | | | 45a | | | |
| b Undistributed capital gains | | | 45b | -4,759,672 | 0 | |
| c Undistributed nontaxable income | | | 45c | | | |
| 46 **Total net assets** (add lines 44 through 45c) | | | 46 | 18,896,980 | | |
| 47 **Total liabilities and net assets** (add lines 43 and 46) | | | 47 | 18,896,980 | | |

**Part V-A** **Charitable Remainder Annuity Trust Information** (to be completed only by a section 664 charitable remainder annuity trust)

| | | |
|---|---|---|
| 48a Enter the initial fair market value (FMV) of the property placed in the trust | 48a | |
| b Enter the total annual annuity amounts for all recipients (attach schedule showing the amount for each recipient if more than one) | 48b | |

**Part V-B** **Charitable Remainder Unitrust Information** (to be completed only by a section 664 charitable remainder unitrust)

| | | |
|---|---|---|
| 49a Enter the unitrust fixed percentage to be paid to the recipients | 49a | 10.8868 % |
| If there is more than one recipient, attach a schedule showing the percentage of the total unitrust dollar amount payable to each recipient. | | |
| b **Unitrust amount.** Subtract line 43, column (c), from line 37, column (c), and multiply the result by the percentage on line 49a | 49b | 593,484 |
| **Note:** Complete lines 50a through 51b only for those unitrusts whose governing instruments provide for determining required distributions with reference to the unitrust's income. Otherwise, enter the amount from line 49b on line 52. | | |
| 50a Trust's accounting income for 2002 | 50a | |
| b Enter the smaller of line 49b or line 50a here, and on line 52 on page 3, unless the Caution below applies | 50b | |
| **Caution:** Lines 51a and b need to be completed by those unitrusts whose governing instruments provide for current distributions to make up for any distribution deficiencies in previous years due to the trust income limit. See Regulations section 1.664-3(a)(1)(i)(b)(2). For these trusts, when completing line 52 enter the smaller of line 50a or line 51b. | | |

DAA



APP-592 SANDS0457

SANDS4576 03/29/2003 12:40 PM

Form 5227 (2002) Marilyn Sands Charitable Remainder [redacted]4576 Page 3

| | | | |
|---|---|---|---|
| 51a | Total accrued distribution deficiencies from previous years (see page 6 of the instructions) | 51a | |
| b | Add lines 49b and 51a | 51b | |
| 52 | Unitrust distributions for 2002 (Final Period: Jan 1 - Feb 27, 2002) | 52 | 94,307 |
| | Carryover of distribution deficiency (subtract line 52 from line 51b) | 53 | |

Did the trustee change the method of determining the fair market value of the assets? [ ] Yes [X] No
If "Yes," attach an explanation.

55 Were any additional contributions received by the trust during 2002? [ ] Yes [X] No
If "Yes," attach a schedule that lists the assets and the date(s) received.

## Part VI-A Statements Regarding Activities (see page 6 of the instructions)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Are the requirements of section 508(e) satisfied either: • By the language in the governing instrument; or • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 1 | X | |
| 2 | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | 2 | | X |

## Part VI-B Statements Regarding Activities for Which Form 4720 May Be Required

**File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Self-dealing (section 4941): | | | |
| a | During 2002, did the trust (either directly or indirectly): | | | |
| | (1) Engage in the sale or exchange, or leasing of property with a disqualified person? [ ] Yes [X] No | | | |
| | (2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? [ ] Yes [X] No | | | |
| | (3) Furnish goods, services, or facilities to (or accept them from) a disqualified person? [ ] Yes [X] No | | | |
| | (4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person? [ ] Yes [X] No | | | |
| | (5) Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? [ ] Yes [X] No | | | |
| | (6) Agree to pay money or property to a government official? (**Exception.** Check "No" if the trust agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) [ ] Yes [X] No | | | |
| b | If any answer is "Yes" to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page 7 of the instructions)? N/A | 1b | | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ▶ [ ] | | | |
| c | Did the trust engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before January 1, 2002? | 1c | | X |
| 2 | Does section 4947(b)(3)(A) or (B) apply? (See page 7 of the instructions.) (If "Yes," check the "N/A" box in questions 3 and 4.) [ ] Yes [X] No | | | |
| 3 | Taxes on excess business holdings (section 4943): [ ] N/A | | | |
| a | Did the trust hold more than a 2% direct or indirect interest in any business enterprise at any time during 2002? [ ] Yes [X] No | | | |
| b | If "Yes," did the trust have excess business holdings in 2002 as a result of (1) any purchase by the trust or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? N/A | 3b | | |
| | Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2002. | | | |
| 4 | Taxes on investments that jeopardize charitable purposes (section 4944): [ ] N/A | | | |
| a | Did the trust invest during 2002 any amount in a manner that would jeopardize its charitable purpose? | 4a | | X |
| b | Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before January 1, 2002? | 4b | | X |
| 5 | Taxes on taxable expenditures (section 4945) and political expenditures (section 4955): | | | |
| a | During 2002 did the trust pay or incur any amount to: | | | |
| | (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? [ ] Yes [X] No | | | |
| | (2) Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? [ ] Yes [X] No | | | |
| | (3) Provide a grant to an individual for travel, study, or other similar purposes? [ ] Yes [X] No | | | |
| | (4) Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? [ ] Yes [X] No | | | |
| | (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational, or for the prevention of cruelty to children or animals? [ ] Yes [X] No | | | |

SANDS4576,03/31/2003 4:52 PM

Form 5227 (2002) Marilyn Sands Charitable Remainder [redacted]4576 Page 4

| | | | Yes | No |
|---|---|---|---|---|
| 5b | If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see page 7 of the instructions)? N/A | 5b | | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ▶ ☐ | | | |
| | If the answer is "Yes" to question 5a(4), does the trust claim exemption from the tax because it maintained expenditure responsibility for the grant? (See page 7 of the instructions.) N/A ☐ Yes ☐ No | | | |
| | If "Yes," attach the statement required by Regulations section 53.4945-5(d). | | | |
| 6 | Personal benefit contracts (section 170(f)(10)): | | | |
| a | Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No | | | |
| b | Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | 6b | | X |
| | If "Yes" to 6b, file Form 8870 (see instructions). | | | |

**Part VII** **Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts**

## Section A-Charitable Lead Trusts

1 Does the governing instrument require income in excess of the required annuity or unitrust payments to be paid for charitable purposes? ☐ Yes ☐ No

| | | | |
|---|---|---|---|
| 2 | Enter the amount of any excess income required to be paid for charitable purposes for 2002 | 2 | |
| 3 | Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2002 | 3 | |
| 4 | Enter the amount of annuity or unitrust payments required to be paid to private beneficiaries for 2002 | 4 | |

## Section B-Pooled Income Funds

| | | | |
|---|---|---|---|
| 1 | Enter the amount of contributions received during 2002 | 1 | |
| 2 | Enter the amount required to be distributed for 2002 to satisfy the remainder interest | 2 | |
| 3 | Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | 3 | |
| 4 | Enter the amount of income required to be paid to private beneficiaries for 2002 | 4 | |
| 5 | Enter the amount of income required to be paid to the charitable remainder beneficiary for 2002 | 5 | |

## Section C-Charitable Remainder Trusts and Other Information
(All split-interest trusts, check applicable boxes.)

1 Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose charitable interests involve only cemeteries or war veterans' posts ▶ ☐

2 Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day of the tax year. (See page 8 of the instructions.) ▶ ☐

3 Check this box if any of the split-interest trust's income interests expired during 2002 ▶ ☒

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge.

▶ Signature of trustee or officer representing trustee ▶ Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 3/31/03 | Check if self-employed ☐ | Preparer's SSN or PTIN P00174761 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Bernard Robinson & Company, L.L.P. PO Box 19608 Greensboro, NC 27419-9608 | EIN 56-0571159 | Phone no. 336-294-4494 |

Form 5227 (2002)

DAA

SANDS4576 03/29/2003 12:40 PM

Beneficiary 1

**SCHEDULE K-1** (Form 1041)

Department of the Treasury
Internal Revenue Service

# Beneficiary's Share of Income, Deductions, Credits, etc.

for the calendar year 2002, or fiscal year

beginning ................, ending ................

▶ Complete a separate Schedule K-1 for each beneficiary.

OMB No. 1545-0092

**2002**

☐ Amended K-1

☒ Final K-1

Name of trust or decedent's estate
Marilyn Sands Charitable Remainder Unitrust 2001

Beneficiary's identifying number ▶ [redacted]-7444

Estate's or trust's EIN ▶ [redacted]4576

Beneficiary's name, address, and ZIP code
Marilyn A. Sands
4939 West Lake Road
Canandaigua NY 14424

Fiduciary's name, address, and ZIP code
Richard Sands & Robert Sands, Ttees
c/o Constellation Brands, Inc.
300 Willowbrook Office Park
Fairport NY 14450

| | (a) Allocable share item | | (b) Amount | (c) Calendar year 2002 Form 1040 filers enter the amounts in column (b) on: |
|---|---|---|---|---|
| 1 | Interest | 1 | | Schedule B, Part I, line 1 |
| 2 | Ordinary dividends | 2 | 58,668 | Schedule B, Part II, line 5 |
| 3 | Net short-term capital gain | 3 | | Schedule D, line 5 |
| 4 | Net long-term capital gain: a Total for year | 4a | | Schedule D, line 12, column (f) |
| b | 28% rate gain | 4b | | Schedule D, line 12, column (g) |
| c | Qualified 5-year gain | 4c | | Ln. 5 of the worksheet for Schedule D, ln. 29 |
| d | Unrecaptured section 1250 gain | 4d | | Ln. 11 of the worksheet for Schedule D, ln. 19 |
| 5a | Annuities, royalties, and other nonpassive income before directly apportioned deductions | 5a | | Schedule E, Part III, column (f) |
| b | Depreciation | 5b | | Include on the applicable line of the appropriate tax form |
| c | Depletion | 5c | | |
| d | Amortization | 5d | | |
| 6a | Trade or business, rental real estate, and other rental income before directly apportioned deductions (see instructions) | 6a | | Schedule E, Part III |
| b | Depreciation | 6b | | Include on the applicable line of the appropriate tax form |
| c | Depletion | 6c | | |
| d | Amortization | 6d | | |
| 7 | Income for minimum tax purposes | 7 | | |
| 8 | Income for regular tax purposes (add lines 1, 2, 3, 4a, 5a, and 6a) | 8 | 58,668 | |
| 9 | Adjustment for minimum tax purposes (subtract ln. 8 from ln. 7) | 9 | | Form 6251, line 14 |
| 10 | Estate tax deduction (including certain generation-skipping transfer taxes) | 10 | | Schedule A, line 27 |
| 11 | Foreign taxes | 11 | | Form 1040, line 45 or Schedule A, line 8 |
| 12 | Adjustments and tax preference items (itemize): | | | |
| a | Accelerated depreciation | 12a | | Include on the applicable line of Form 6251 |
| b | Depletion | 12b | | |
| c | Amortization | 12c | | |
| d | Exclusion items | 12d | | 2003 Form 8801 |
| 13 | Deductions in the final year of trust or decedent's estate: | | | |
| a | Excess deductions on termination (see instructions) | 13a | | Schedule A, line 22 |
| b | Short-term capital loss carryover | 13b | ( | Schedule D, line 5 |
| c | Long-term capital loss carryover | 13c | ( | Schedule D, line 12, columns (f) and (g) |
| d | Net operating loss (NOL) carryover for regular tax purposes | 13d | ( | Form 1040, line 21 |
| e | NOL carryover for minimum tax purposes | 13e | | See the instructions for Form 6251, line 27 |
| f | | 13f | | Include on the applicable line of the appropriate tax form |
| g | | 13g | | |
| 14 | Other (itemize): | | | |
| a | Payments of estimated taxes credited to you | 14a | | Form 1040, line 63 |
| b | Tax-exempt interest | 14b | | Form 1040, line 8b |
| c | See K-1 Supplement | 14c | | Include on the applicable line of the appropriate tax form |
| d | | 14d | | |
| e | | 14e | | |
| f | | 14f | | |
| g | | 14g | | |
| h | | 14h | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1041.** **Schedule K-1 (Form 1041) 2002**

DAA

SANDS4576 03/29/2003 12:40 PM

| Form 1041 | Schedule K-1 Supplemental Form<br>For calendar year 2002, or tax year beginning , and ending | 2002 |
|---|---|---|

Name of trust or decedent's estate
"arilyn Sands Charitable Remainder
nitrust 2001

| Beneficiary's identifying number ▶ [redacted]7444 | Trust's or Decedent's Estate's EIN ▶ [redacted]4576 |
|---|---|
| Beneficiary's name, address, and ZIP code<br>Marilyn A. Sands<br>4939 West Lake Road<br>Canandaigua NY 14424 | Fiduciary's name, address, and ZIP code<br>Richard Sands & Robert Sands, Ttees<br>c/o Constellation Brands, Inc.<br>300 Willowbrook Office Park<br>Fairport NY 14450 |

Line 14. Other

| | |
|---|---|
| Other investment income included on Schedule K-1, P1 | 58,668 |
| Distribution of corpus by charitable remainder trust | 35,639 |

SANDS4576 03/29/2003 12:40 PM

Schedule E (Form 1040) 2002 — Attachment Sequence No. 13 — Page 2

Name(s) shown on return. Do not enter name and social security number if shown on other side.
Marilyn Sands Charitable Remainder Unitrust 2001

Your social security number: [redacted]4576

*. If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

## Part II Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk act., you must check either col. (e) or (f) on ln. 27 to describe your investment in the activity. See page E-1. If you check col. (f), you must att. Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | R,R,M & C Group, LP | P | | [redacted]6516 | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 0 | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( ) |
| 31 | **Total partnership and S corporation income or (loss).** Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | **Total estate and trust income or (loss).** Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | 39 | |
| 40 | **Total income or (loss).** Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | |
| 41 | **Reconciliation of Farming and Fishing Income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

DAA

Schedule E (Form 1040) 2002

APP-597

SANDS0462

Marilyn Sands Charitable Remainder Unitrust 2001
300 Willowbrook Office Park
Fairport, NY 14450
[redacted]4576
Year Ending: December 31, 2002

In accordance with the requirements of IRC Sec. 6012(b)(5) and Reg. 1.6012-3(c), the fiduciary executing this return states that he or she has sufficient knowledge of the affairs of the above mentioned trust to enable him or her to execute this return, and that this return is, to the best of his or her knowledge and belief, true and correct.

SANDS4576 Marilyn Sands Charitable Remainder
[redacted]4576
FYE: 12/31/2002

3/29/2003 12:40 PM

# Federal Statements

## Statement 1 - Form 5227, Part IV, Line 34 - Other Investments

| Description | Beginning of Year | End of Year | Fair Market Value |
|---|---|---|---|
| 24.975% Interest in R,R,M & C Group Limited Partnership | $ 18,896,980 | $ | $ 5,451,408 |
| Total | $18,896,980 | $ 0 | $ 5,451,408 |

## Statement 2 - Form 1041-A, Part IV, Line 35 - Other Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| 24.975% Interest in R,R,M & C Group Limited Partnership | $ 18,896,980 | $ |
| Total | $ 18,896,980 | $ 0 |

APP-599



SANDS0464

SANDS4576 Marilyn Sands Charitable Remainder
[redacted]4576
FYE: 12/31/2002

3/29/2003 12:40 PM

# Federal Statements

## Dividend Income

| Description | Amount |
|---|---|
| Dividends from Schedule K-1's | $ 58,668 |
| Total | $ 58,668 |