# INCREASE IN NUMBER OF CO-TRUSTEES

Pursuant to the terms of paragraph 6 of Article III of The Educational and Health Support Fund, U/T/A dated February 22, 2002, and as amended, we, the undersigned members of the Board of Trustees of said Trust, hereby increase the Board of Trustees to five (5) members.

This Increase in Number of Co-Trustees may be executed through the use of multiple original counterparts.

DATED this 25th day of September, 2003.

Freddy H Robinson
Freddy H. Robinson

James A. Locke, III

Wesley M. Stallings

"Co-Trustees"

PLAINTIFF'S EXHIBIT 31
PENGAD 800-631-6989

**INCREASE IN NUMBER OF CO-TRUSTEES**

Pursuant to the terms of paragraph 6 of Article III of The Educational and Health Support Fund, U/T/A dated February 22, 2002, and as amended, we, the undersigned members of the Board of Trustees of said Trust, hereby increase the Board of Trustees to five (5) members.

This Increase in Number of Co-Trustees may be executed through the use of multiple original counterparts.

DATED this 25th day of September, 2003.

________________________
Freddy H. Robinson

[signature]
James A. Locke, III

________________________
Wesley M. Stallings

"Co-Trustees"