RICHARD ELLIOT SANDS
C/O CONSTELLATION BRANDS
300 WILLOWBROOK OFFICE PARK
FAIRPORT, NY 14450-4222

CMA Cash Management Account 5329

DATE 2/23/2001

PAY TO THE ORDER OF R, R, M & C Mgt. Corp. $ 55,000 00/100

fifty-five thousand and 00/100 DOLLARS

Merrill Lynch
BANK ONE

MEMO

⑆044000804⑆ 30108373994⑈ 5329

PLAINTIFF'S EXHIBIT 32



SANDS5523

ROBERT S SANDS
4000 EAST AVE
ROCHESTER, NY 14618

CMA Cash Management Account

7080

DATE 8/23/01

16-60/440

PAY TO THE ORDER OF R, R, M & C Management Corporation $ 55,000.00

Fifty five thousand and 00/100 ---------------- DOLLARS

Merrill Lynch

BANK ONE. BANK ONE, COLUMBUS, NA

MEMO

⑆044000804⑆ 30111630434⑈ 7080



SANDS5524

TOTAL P.03