IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 21, 2008)

ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER )
)
Plaintiff, )
)
v. ) 06-407 T
)
THE UNITED STATES, )
)
Defendant. )
)

BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER )
)
Plaintiff, )
)
v. ) 06-408 T
)
THE UNITED STATES, )
)
Defendant. )
)

R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER, )
)
Plaintiff, )
)
v. ) 06-409 T
)
THE UNITED STATES, )
)
Defendant. )
)

| | |
|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

I, Thomas M. Herrin, am a Trial Attorney with the Office of the United States Department of Justice, Tax Division, and in my capacity as such, and as part of my duties, I share responsibility for representing the United States of America in the above-entitled case. Attached hereto is a true and correct copy of a document printed from the Alaska Trust Company web site.

EXECUTED on August 21, 2008.

/s/ Thomas M. Herrin
THOMAS M. HERRIN
State Bar No. Texas 09533500
Attorneys, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9762/9745
(214) 880-9741/9742 (FAX)
ATTORNEY FOR THE UNITED STATES

## The genesis of the Alaska Trust Company, the Alaska Trust Act, and other unique trust legislation

A number of years ago, I took off from Lake Hood, Anchorage's well-known seaplane base, with my brother Jonathan Blattmachr, a noted estate planning attorney, and Richard Thwaites, an estate planning attorney and life-long Alaskan. We were on our way to the Kenai Peninsula to meet my wife, Patti, who was waiting to take us on a drift boat trip to catch silver salmon. It was the first time landing in the Kenai River since I had left Alaska a few years earlier. As we were landing, we all remarked at how beautiful the aquamarine color of the river was.

During the trip, we had a great day catching our limit of silver salmon. As we slowly drifted down the river remarking on the beautiful day and what a great place Alaska is, Patti turned to me and asked "Why don't we move back to Alaska?". At that point, Richard commented that Alaska could really use an organization that is committed to trust services. We all spoke about the formation of a trust company and how we might accomplish that task.

A couple of years later, we were all in Alaska, again on a fishing trip. We discussed how great it would be to move to Alaska and create a financial services industry built around trust and investment services to help the economy diversify from oil and mining into an industry that would have no negative impacts on the environment. At that point, Jonathan said, "If we can get the Alaska Legislature to make some changes in its trust statutes, Alaska could become the premiere jurisdiction to have trusts established and administered." With that, a major effort was made.

First we needed to form a trust company. Even though Alaska had statutes on its books for forty years for the formation of a trust company, no one had ever formed an independent trust company in Alaska. In addition, we needed to draft legislation and get it to the legislature. Jonathan drafted the Alaska Trust Act. We were able to get the Act passed, form a trust company, as well as make changes to Alaska's limited liability and limited partnership statutes. It took over two years to accomplish these tasks. With hard work and the foresight of both the Legislature and the Governor's office, we were able to accomplish what we set out to do, to make Alaska the premiere jurisdiction for trust services. Over the next several years additional unique pieces of legislation have been passed in the Alaska Legislature.

From the beginning, our goal was to provide the finest trust services in the country and to make a commitment to Alaska.

Douglas J. Blattmachr, President and CEO

(c) Copyright 2008. All Rights Reserved
Alaska Trust Company email: aktrust@alaskatrust.com
Voice: (888)544-6775 or (907)278-6775 Fax: (907)258-1649
1029 W. Third Avenue, Suite 400, Anchorage, Alaska 99501-1981 USA

GOVERNMENT EXHIBIT 1
PENGAD-Bayonne, N.J.