IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-407 T
(into which have been consolidated Nos. 06-408 T,
06-409 T, 06-410 T, 06-411 T, 06-810 T, 06-811 T)
Judge Emily C. Hewitt
(E-Filed: August 21, 2008)

| | | |
|---|---|---|
| ALPHA I, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-407 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| BETA PARTNERS, L.L.C., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-408 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| R, R, M & C PARTNERS, L.L.C., BY AND THROUGH R, R, M & C GROUP, L.P., A NOTICE PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-409 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| R, R, M & C GROUP, L.P., BY AND THROUGH ROBERT SANDS, A NOTICE PARTNER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-410 T |
| CWC PARTNERSHIP I, BY AND THROUGH TRUST FBO ZACHARY STERN U/A FIFTH G. ANDREW STERN AND MARILYN SANDS, TRUSTEES, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-411 T |
| MICKEY MANAGEMENT, L.P., BY AND THROUGH MARILYN SANDS, A NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 06-810 T |

| | | |
|---|---|---|
| M, L, R & R, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-811 T |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPENDIX B TO UNITED STATES' MOTION SUMMARY JUDGMENT IN CAUSE NOS. 06-409T, 06-410T and 06-411T**


| **EXHIBITS** | **APPENDIX B** | **PAGE** |
|---|---|---|
| 1. | The Educational and Health Support Fund Trust Agreement | APP-B-1-47 |
| 2. | T.D. 8380, 1992-1 C.B. 218 | APP-B-48-56 |
| 3. | PS-49-91, 1991-2 C.B. 1125 | APP-B-57-66 |
| 4. | *Introduction, Findings, and Executive Summary of Report by United States Senate Committee on Governmental Affairs, Permanent Subcommittee on Investigations* (2003) | APP-B-67-85 |
| 5. | Selected Comments on proposed Treas. Reg. Section 1.701-2 | APP-B-86-105 |
| 6. | Staff of the Joint Committee on Taxation, 98th Cong., General Explanation of the Revenue Provisions of the Deficit Reduction Act of 1984, at 238 (Comm. Print 1985) | APP-B-106-107 |
| 7. | S. Rep. No. 94-938, at 100 (1976) | APP-B-108-109 |
| 8. | H.R. Rep. No. 83-2543, at 59 (1954) | APP-B-110-111 |
| 9. | S. Rep. No. 83-1622, at 89 (1954) | APP-B-112-113 |
| 10. | H.R. Rep. No. 83-1337, at 65 (1954) | APP-B-114-115 |

11. H.R. Rep. No. 1337, 83d Cong., 2d Sess. (1954), *reprinted in* 1954 U.S.C.C.A.N. 4019, 4091 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-116-117

12. S. Rep. No. 1622, 83d Cong., 2d Sess. (1954) *reprinted in* 1954 U.S.C.C.A.N. 4623, 4722 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-118-119

13. S. Rep. No. 1622, 83d Cong., 2d Sess. (1954) *reprinted in* 1954 U.S.C.C.A.N. 4623, 4733 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-120-121

14. T.D. 8588, 1995-1 C.B. 109, 111 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APP-B-122-148

15. Expert Report of David DeRosa, Ph.D., March 17, 2008 . . . . . . . . . . . . . APP-B-149-212